**FILED**

Wednesday, 21 July, 2004  11:04:39 AM

Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS -- SPRINGFIELD DIVISION

| | | |
|---|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, and COMPAQ TRADEMARK,B.V., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | NO.  04-3055 |
| MIDWEST INFORMATION TECHNOLOGY GROUP, INC., and MICHAEL LAUBER, | ) ) ) | |
| Defendants. | ) | |

REVISED SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure a scheduling conference was held on  June 8, 2004  with  Attorneys Scott Spooner, Elizann Carroll, Delmer Mitchell and James Hansen.

TIME  LIMITS  AND  SETTINGS  ARE  ORDERED  AS  FOLLOWS:

1.      No motions to join other parties and to amend the pleadings to be filed after October 1, 2004.

2.      April 1, 2005, to complete all fact discovery.
        Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply before April 1, 2005.

        January 15, 2006, to complete all expert discovery.

3.      March 15, 2006,  to file dispositive motions.
        No dispositive motions filed after March 15, 2006, will be considered by the Court.

4.      June  23, 2006, at 10:00 a.m.,  for  a Final  Pre-trial Conference.    All  Motions in  Limine  to  be  filed per Local Rule 16.1 (E) (8).

5.      July 10, 2006, at 9:00 a.m., for trial on the trailing trial calendar.

6.      April 15, 2005, for all plaintiffs and counterclaim plaintiff to identify testifying experts and provide Rule 26 reports.

August 15, 2005, for all defendants and counterclaim defendants to identify testifying experts and provide Rule 26 reports.

December 15, 2005, for all parties to identify rebuttal experts and provide Rule 26 reports.
(NOTE: This includes treating physicians and all other witnesses, medical and non-medical.)

NOTE:   A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRE-TRIAL DATE, DOES NOT ALTER OR EXTEND ANY OF THE OTHER ABOVE DATES.

ENTERED:   JULY 20, 2004.

COPIES MAILED TO:

       s/Charles H. Evans
       CHARLES H. EVANS
       United States Magistrate Judge