E-FILED
Tuesday, 07 September, 2004  03:09:05 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
SEP 0 7 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, and COMPAQ TRADEMARK B.V., <br><br> Plaintiffs, <br><br> vs. <br><br> MIDWEST INFORMATION TECHNOLOGY GROUP, INC. and MICHAEL LAUBER, <br><br> Defendants. | Civil Action No. 04-3055 |

## CERTIFICATE OF SERVICE

I, the undersigned, on the __3rd__ day of September, 2004, deposited a copy of Defendant Midwest Information Technology Group, Inc.'s Supplement Responses to Hewlett-Packard Development Company, LP.'s Request for Production of Documents, postage prepaid, in the United States Mail, addressed to all counsel of record listed below:

Ms. Elizann Carroll
Thompson & Knight, LLP
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201-4693

_____
One of the Attorneys for the Defendants

Delmer R. Mitchell
James A. Hansen
Schmiedeskamp, Robertson, Neu & Mitchell
Attorneys for Defendants/Counterclaim Plaintiffs
525 Jersey
P.O. Box 1069
Quincy, Illinois   62306
Telephone:  217-223-3030
Facsimile:   217-223-1005