UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, and COMPAQ TRADEMARK B.V., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No. 04-3055 |
| MIDWEST INFORMATION TECHNOLOGY GROUP, INC. and MICHAEL LAUBER, | ) ) ) ) ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, the undersigned, on the __2__ day of __DECEMBER__, 2004, deposited a copy of Defendant Midwest Information Technology Group, Inc.'s Second Request for Production of Documents to Plaintiff, postage prepaid, in the United States Mail, addressed to all counsel of record listed below:

Ms. Molly Buck Richard
Thompson & Knight, LLP
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201-4693

Ms. Elizann Carroll
Juneau, Boll & Ward
15301 Spectrum Dr., Ste. 300
Addison, Tx. 75001

_____
One of the Attorneys for the Defendants

Delmer R. Mitchell
James A. Hansen
Schmiedeskamp, Robertson, Neu & Mitchell
Attorneys for Defendants/Counterclaim Plaintiffs
525 Jersey
P.O. Box 1069
Quincy, Illinois  62306
Telephone:  217-223-3030
Facsimile:  217-223-1005

## CERTIFICATE OF SERVICE

  I hereby certify that on the 2nd day of December, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Ms. Elizann Carroll
    Juneau, Boll & Ward
    15301 Spectrum Drive, Suite 300
    Addison, TX 75001

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

    Ms. Molly Buck Richard
    Thompson & Knight, LLP
    1700 Pacific Avenue, Suite 3300
    Dallas, TX 75201-4693

        s/_____James A. Hansen_____
        James A. Hansen IL Bar #6244534
        Attorney for Defendant Midwest
        Information Technology Group, Inc.
        Schmiedeskamp, Robertson, Neu & Mitchell
        525 Jersey Street, P. O. Box 1069
        Quincy, IL 62306-1069
        Telephone: (217) 223-3030
        Facsimile: (217) 223-1005
        E-mail: jhansen@srnm.com