UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, and COMPAQ TRADEMARK B.V., | § § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § § | Civil Action No. 04-3055 |
| MIDWEST INFORMATION TECHNOLOGY GROUP, INC. and MICHAEL LAUBER, | § § § § § | |
| Defendants. | § § | |

## NOTICE OF CHANGE OF ADDRESS OF LEAD COUNSEL

Elizann Carroll, one of the attorneys' representing Plaintiffs Hewlett-Packard Development Company, L.P., Hewlett-Packard Company and Compaq Trademark, B.V. hereby files this Notice of Change of Address to advise the Court and all parties of record that Elizann Carroll has changed firms and addresses, but will continue to serve as an attorney of record for Plaintiffs and as lead counsel. Elizann Carroll is no longer with the firm of Thompson & Knight L.L.P. Her new firm name, address, phone and fax numbers, and e-mail address are as follows:

> Elizann Carroll
> Juneau, Boll & Ward
> 15301 Spectrum Dr., Ste. 300
> Addison, Texas 75001
> (972) 866-8333
> (972) 866-8378 *fax*
> ecarroll@juneauboll.com

Molly Buck Richard of the firm of Thompson & Knight and Scott D. Spooner of the firm

**NOTICE OF CHANGE OF ADDRESS - Page 1**

of Heyl, Royster, Voelker & Allen will continue to represent Plaintiffs in this matter.

                    Respectfully submitted,

                    s/ Elizann Carroll
                    ELIZANN CARROLL
                    State Bar No. 00787209
                    JUNEAU, BOLL & WARD
                    15301 Spectrum Dr., Suite 300
                    Addison Texas 75001
                    (972) 866-8333
                    (972) 866-8378 *fax*

                    MOLLY BUCK RICHARD
                    State Bar No. 16842800
                    THOMPSON & KNIGHT, LLP
                    1700 Pacific Ave., Suite 3300
                    Dallas, Texas 75201
                    (214) 969-1700
                    (214) 969-1750

                    SCOTT D. SPOONER
                    Heyl, Royster, Voelker & Allen
                    Suite 575 National City Center
                    1 North Old State Capital Plaza
                    P. O. Box 1687
                    Springfield, IL 62705
                    Ph:   (217) 522-8822
                    FAX:  (217) 523-3902

                    ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of December, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to James Hansen, counsel for Defendants, and Scott Spooner, counsel for Plaintiffs and I hereby certify that I have mailed a copy of same by US Postal Service to the following non-CM/ECF participant, Molly Buck Richard, counsel for Plaintiff.

/s Elizann Carroll
ELIZANN CARROLL
State Bar No. 00787209
JUNEAU, BOLL & WARD
15301 Spectrum Dr., Suite 300
Addison Texas 75001
(972) 866-8333
(972) 866-8378 *fax*
ecarroll@juneauboll.com