E-FILED
Friday, 31 December, 2004  11:43:28 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, and Compaq TRADEMARK B.V., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No. 04-3055 |
| MIDWEST INFORMATION TECHNOLOGY GROUP, INC. and MICHAEL LAUBER, | ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO COMPEL

COMES NOW the Defendant/Counterclaim Plaintiff, **Midwest Information Technology Group, Inc.**, by and through its attorneys, **Schmiedeskamp, Robertson, Neu & Mitchell**, and for its Motion to Compel pursuant to Rule 37 of the Federal Rules of Civil Procedure states as follows:

1. On or about July 28, 2004 Defendant/Counterclaim Plaintiff, Midwest Information Technology Group, Inc. ("MITG") submitted Interrogatories and Request for Production of Documents to Plaintiffs. (Attach hereto as Group Exhibit A are the interrogatories and request for production submitted to Plaintiffs.)

2. On or about August 31, 2004 MITG received Plaintiff's Objections and Answers to Interrogatories and Objections and Responses to Request for Production of Documents.

3.    In response to the Objections, Answers and Responses received from Plaintiffs, counsel for MITG wrote to counsel for Plaintiffs in an attempt to resolve the differences regarding the Objections. (A copy of the letter dated September 7, 2004 is attached hereto and incorporated herein as Exhibit B.)

4.    Shortly after the letter referenced as Exhibit B was sent, both the undersigned and Ms. Elizann Carroll, as counsel for Plaintiffs, had a telephone conversation on September 13, 2004 in an attempt to resolve the discovery disputes. As a result of the conversation, the parties were not able to resolve completely the differences on the objections.

5.    In fact, a letter outlining the remaining disagreements was sent to opposing counsel. (A copy of the letter dated September 13, 2004 is attached hereto and incorporated herein as Exhibit C.)

6.    To date Plaintiffs have refused and continue to refuse to supplement their answers to interrogatories and responses to request for production despite the good faith efforts of the undersigned to confer with the party not making the disclosures. As such, MITG is forced to file this Motion to Compel.

7.    Pursuant to Rule 37 MITG respectfully requests this Court afford MITG an opportunity to be heard as to the necessity for the Motion filed herein if needed.

WHEREFORE, Defendant/Counterclaim Plaintiff Midwest Information Technology Group, Inc. respectfully prays that this Court grant its Motion to Compel, require Plaintiffs to answer the Interrogatories and produce the documents in response to the Request for Production accordingly, award Defendant/Counterclaim Plaintiff its costs, attorneys' fees and expenses incurred herein pursuant to Rule 37(4)(A) and for such other and further relief as this Court deems just and proper.

        s/           James A. Hansen
James A. Hansen IL Bar #6244534
Attorney for Defendant/Counterclaim Plaintiff,
Midwest Information Technology Group, Inc.
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: jhansen@smm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of December, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Molly Buck Richard
Thompson & Knight, LLP
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201-4693

Elizann Carroll
Juneau, Boll & Ward
15301 Spectrum Drive, Suite 300
Addison, TX 75001

Scott Spooner
Heyl, Royster, Voelker & Allen
Suite 575, National City Center
1 North Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

        s/_____James A. Hansen_____
        James A. Hansen IL Bar #6244534
        Attorney for Defendant/Counterclaim Plaintiff,
        Midwest Information Technology Group, Inc.
        Schmiedeskamp, Robertson, Neu & Mitchell
        525 Jersey Street, P. O. Box 1069
        Quincy, IL 62306-1069
        Telephone: (217) 223-3030
        Facsimile: (217) 223-1005
        E-mail: jhansen@srnm.com