## Schmiedeskamp, Robertson, Neu & Mitchell
### LAWYERS

DELMER R. MITCHELL
DENNIS W. GORMAN
WILLIAM G. KELLER, JR.
WILLIAM M. McCLEERY, JR.
TED M. NIEMANN
GENA J. AWERKAMP*
BRETT K. GORMAN*
HAROLD B. OAKLEY*
MICHAEL A. BICKHAUS*
DAVID G. PENN
JAMES A. HANSEN*
GREGORY A. PRATT
ANDREW K. CASHMAN*
MELINDA S. MADISON**
MAREC E. EDGAR

525 JERSEY
P.O. BOX 1069

Quincy, Illinois
62306

CARL G. SCHMIEDESKAMP (1898-1987)
JOHN T. ROBERTSON (1916-1995)

RICHARD B. NEU • RETIRED

(217) 223-3030

FAX (217) 223-1005

www.srnm.com

F.E.I.N. 37-0670873

*ALSO LICENSED IN MISSOURI
**ALSO LICENSED IN NEW YORK

September 13, 2004

Ms. Elizann Carroll
Thompson & Knight, LLP
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201-4693

Re: Hewlett-Packard Development Company, L.P., Hewlett-Packard Company, and COMPAQ Trademark B.V., vs. Midwest Information Technology Group, Inc. and Michael Lauber
Civil Action No. 04-3055

Dear Ms. Carroll:

This will confirm our conversation today regarding my letter dated September 7, 2004 and our attempt to resolve the discovery disputes. Based on our discussion we were not able to resolve the disputes as to Interrogatories 11 and 12. However, we both agreed that these most likely will need to be resolved by the court at a later date.

As to the Request for Production of Documents, I will agree that request Number 3 has already been answered and documents produced by HP. Further, I agree to pass on any request for supplementation at this time or further discussion on Number 16.

As to the remaining items, we could not resolve the dispute as to Number 5 or Number 20. Again, similar to Interrogatories 11 and 12 we were in agreement that these most likely will be resolved by the court at a later date based on the positions of the parties. You also indicated that you were either waiting on additional documents to supplement or were going to identify which documents already produced by HP relate to Requests 4, 7, 14 and 15. Accordingly, I will wait for that supplementation.

1

EXHIBIT
C

*1914 • Celebrating 90 Years of Service to Our Valued Clients • 2004*

Should anything contained herein not accurately reflect our conversation please advise me immediately. Otherwise, I will wait for your supplementation, spread sheet and additional disk you indicated you would be sending.

Thank you for your courtesies in this matter.

Very truly yours,

James A. Hansen

JAH/jet

cc:   Delmer R. Mitchell