E-FILED
Friday, 31 December, 2004 03:49:52 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, and Compaq TRADEMARK B.V., <br><br> Plaintiffs, <br><br> vs. <br><br> MIDWEST INFORMATION TECHNOLOGY GROUP, INC. and MICHAEL LAUBER, <br><br> Defendants. | Civil Action No. 04-3055 |

## MOTION TO COMPEL RULE 30(b)(6) DEPOSITION

COMES NOW the Defendant/Counterclaim Plaintiff, **Midwest Information Technology Group, Inc.**, by and through its attorneys, **Schmiedeskamp, Robertson, Neu & Mitchell**, and for its Motion to Compel Rule 30(b)(6) Deposition, pursuant to Rule 37 of the Federal Rules of Civil Procedure, states as follows:

1. On or about October 6, 2004, Defendant/Counterclaim Plaintiff, Midwest Information Technology Group, Inc. ("MITG") submitted a Notice of Deposition to Plaintiffs pursuant to Fed. R. Civ. P. 30(b)(6), requesting Plaintiffs designate a corporate representative to testify regarding allegations made against MITG. (Attached hereto as Exhibit A is the letter and Rule 30(b)(6) Deposition Notice MITG sent to Plaintiffs).

2. After receiving no response from Plaintiffs naming a Rule 30(b)(6) deponent, MITG's counsel sent a second letter to Plaintiffs' counsel requesting that a deponent be named. (See December 7, 2004 letter from James A. Hansen to Elizann Carroll, attached as Exhibit B).

3. On December 15, 2004, MITG's counsel received a letter from Plaintiffs' counsel advising that Plaintiffs did not have a Rule 30(b)(6) deponent to produce. (See Letter from Elizann Carroll to James A. Hansen, attached as Exhibit C).

4. Plaintiffs have a duty to produce a Rule 30(b)(6) deponent, and to date, Plaintiffs have refused to do so, despite the good faith efforts of the undersigned to confer with Plaintiffs' counsel concerning the need to depose a corporate representative. As such, MITG is forced to file this Motion to Compel.

5. Pursuant to Fed. R. Civ. P. 37, MITG respectfully requests this Court afford MITG an opportunity to be heard as to the necessity for the Motion filed herein if needed.

WHEREFORE, Defendant/Counterclaim Plaintiff, **Midwest Information Technology Group, Inc.**, respectfully prays that this Court grant its Motion to Compel, require Plaintiffs to produce a corporate representative for deposition as required by Fed. R. Civ. P. 30(b)(6), award MITG its costs, attorneys' fees, and expenses incurred herein pursuant to Rule 37(a)(4)(A), and for such other and further relief as this Court deems just and proper.

s/_____James A. Hansen_____
James A. Hansen IL Bar #6244534
Attorney for Defendant/Counterclaim Plaintiff,
Midwest Information Technology Group, Inc.
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: jhansen@srnm.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of December, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Molly Buck Richard
>Thompson & Knight, LLP
>1700 Pacific Avenue, Suite 3300
>Dallas, TX 75201-4693
>
>Elizann Carroll
>Juneau, Boll & Ward
>15301 Spectrum Drive, Suite 300
>Addison, TX 75001
>
>Scott Spooner
>Heyl, Royster, Voelker & Allen
>Suite 575, National City Center
>1 North Old State Capitol Plaza
>P.O. Box 1687
>Springfield, IL 62705-1687

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

>s/        James A. Hansen
>James A. Hansen IL Bar #6244534
>Attorney for Defendant/Counterclaim Plaintiff,
>Midwest Information Technology Group, Inc.
>Schmiedeskamp, Robertson, Neu & Mitchell
>525 Jersey Street, P. O. Box 1069
>Quincy, IL 62306-1069
>Telephone: (217) 223-3030
>Facsimile: (217) 223-1005
>E-mail: jhansen@srnm.com

3