# Schmiedeskamp, Robertson, Neu & Mitchell
## LAWYERS

DELMER R. MITCHELL
DENNIS W. GORMAN
WILLIAM G. KELLER, JR.
WILLIAM M. McCLEERY, JR.
TED M. NIEMANN
GENA J. AWERKAMP*
BRETT K. GORMAN*
HAROLD B. OAKLEY*
MICHAEL A. BICKHAUS*
DAVID G. PENN
JAMES A. HANSEN*
GREGORY A. PRATT
ANDREW K. CASHMAN*
MELINDA S. MADISON**
MAREC E. EDGAR

*ALSO LICENSED IN MISSOURI
**ALSO LICENSED IN NEW YORK

525 JERSEY
P.O. BOX 1069
Quincy, Illinois
62306

CARL G. SCHMIEDESKAMP (1898-1987)
JOHN T. ROBERTSON (1916-1995)

RICHARD B. NEU • RETIRED

(217) 223-3030

FAX (217) 223-1005

www.srnm.com

F.E.I.N. 37-0670873

October 6, 2004

Ms. Elizann Carroll
Thompson & Knight, LLP
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201-4693

Re: Hewlett-Packard Development Company, L.P., Hewlett-Packard Company, and
COMPAQ Trademark B.V., vs. Midwest Information Technology Group, Inc.
and Michael Lauber
Civil Action No. 04-3055

Dear Elizann:

Enclosed is a draft Notice to Take Deposition and Exhibit whereby we request HP to identify an individual to testify to the items mentioned in the Exhibit pursuant to Federal Rule 30(b)(6). Please contact me once you have determined who the deponent will be so we may set the date, hour and place of deposition after that individual has been identified.

Thank you for your attention to this matter.

Very truly yours,

James A. Hansen

JAH/jet
Enclosures
cc: Delmer R. Mitchell



EXHIBIT
4

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, and COMPAQ TRADEMARK B.V., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | Civil Action No. 04-3055 |
| MIDWEST INFORMATION TECHNOLOGY GROUP, INC. and MICHAEL LAUBER, | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE TO TAKE DEPOSITION**

TO:  Ms. Elizann Carroll         Mr. Scott D. Spooner
     Thompson & Knight, LLP      Heyl, Royster, Voelker & Allen
     1700 Pacific Avenue, Suite 3300   Attorneys at Law
     Dallas, TX 75201-4693       Suite 575, National City Center
                                 1 North Old State Capitol Plaza
                                 P.O. Box 1687
                                 Springfield, IL 62705-1687

DATE AND HOUR:

PLACE OF DEPOSITION:

DEPONENT: Hewlett-Packard Development Company, L.P.

PLEASE TAKE NOTICE that at the above date, hour and place, we shall cause the deposition of the witness identified by Plaintiffs pursuant to Exhibit A to be taken on oral interrogatories and stenographically and/or orally recorded, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure governing such depositions before a Notary Public, at which time any party

or their attorney may appear and cross-examine if they may see fit.

      Dated this _____ day of _____, 2004

                                           MIDWEST INFORMATION TECHNOLOGY GROUP, INC. and MICHAEL LAUBER, Defendants

                                           By:_____
                                                   One of Its Attorneys

Delmer R. Mitchell
James A. Hansen
Schmiedeskamp, Robertson, Neu & Mitchell
Attorneys for Defendants
525 Jersey, P.O. Box 1069
Quincy, Illinois   62306
Telephone:  217-223-3030
Facsimile:  217-223-1005

## PROOF OF SERVICE

     THE UNDERSIGNED certifies under penalty of perjury in accordance with a copy of the foregoing instrument was served upon the attorneys of record for all parties in the above entitled cause by enclosing the same in an envelope addressed to each attorney at his or her business address as disclosed by the pleadings of record herein, with postage full prepaid, and by depositing the envelope in a United States Post Office mailbox in Quincy, Illinois, on the _____ day of _____, 2004.

_____

# **EXHIBIT A**

DEFENDANT Midwest Information Technology Group, Inc. hereby requests Plaintiff Hewlett-Packard Development Company, L.P. ("HP") designate one or more officers, directors, or managing agents, or other persons to testify on behalf of HP, which person or persons have the most knowledge and/or information as to the matters on which this examination is requested:

1. The allegations that the Defendants actions were willful and done with the intention of trading upon Hewlett-Packard's valuable goodwill;

2. The allegations that Defendants actions were for the willful and calculated purpose of distributing its products based upon the goodwill of Hewlett-Packard's trademarks and business reputation;

3. The allegations that Defendants have acted to compete unfairly by misappropriating Hewlett-Packard's work product by trading on Hewlett-Packard's competitive advantage;

4. The damages alleged by Plaintiffs in this case as a result of Defendants alleged conduct;

5. The allegations that MITG seeks to capitalize on Hewlett-Packard's success by using domain names confusingly similar to Hewlett-Packard's marks and it is therefore infringing on Hewlett-Packard's rights and trademarks;

6. The allegations that MITG is using domain names in connection with the sale of various products causing confusion, mistake or deception as to the source, origin or sponsorship of MITG's goods and services;

7. The allegations that the public and others are likely to believe that MITG's goods and services are provided by, sponsored by, approved by, licensed by, affiliated with or in some other way connected with Hewlett-Packard;

8. The allegations that Hewlett-Packard has suffered irreparable harm as a result of MITG's use of any domain names in connection with the sale of various products.

The individual or individuals identified by Hewlett-Packard Development Company, L.P. to testify pursuant to this Notice are hereby requested to produce any and all documents relating to any of the requests mentioned herein prior to the date of the deposition set forth in this notice.