E-FILED
Tuesday, 04 January, 2005 11:50:15 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, and COMPAQ TRADEMARK B.V., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No. 04-3055 |
| MIDWEST INFORMATION TECHNOLOGY GROUP, INC. and MICHAEL LAUBER, | ) ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANT MIDWEST INFORMATION TECHNOLOGY GROUP, INC.'S MOTION FOR LEAVE TO FILE AMENDED COUNTERCLAIM

COMES NOW Defendant **Midwest Information Technology Group, Inc.** by and through its attorneys, **Schmiedeskamp, Robertson, Neu & Mitchell**, and for its Motion for Leave to File Amended Counterclaim pursuant to Rule 15 of the Federal Rules of Civil Procedure states as follows:

1. Plaintiffs filed their original Complaint on February 27, 2004.

2. Defendant Midwest Information Technology Group, Inc. ("MITG") filed its timely Answer, Affirmative Defenses and Counterclaim on April 26, 2004. On June 8, 2004, this Court entered its Scheduling Order. The deadline to amend the pleadings pursuant to this Scheduling Order was October 1, 2004.

3. Defendants and Plaintiffs conducted initial written discovery and MITG has initiated depositions of Plaintiffs' representatives.

4. Various depositions of Plaintiffs' representatives were completed the weeks of September 27, 2004 and October 11, 2004 after the October 1, 2004 deadline.

5. To date, Plaintiffs have not taken any depositions of any representatives from the Defendants. However, depositions of Defendants' representatives have been scheduled in February 2005.

6. During the depositions of Plaintiffs' representatives additional information became available to MITG regarding additional claims to its previously filed counterclaim. MITG respectfully requests Leave to Amend its Counterclaim against Plaintiffs and file the Amended Counterclaim attached hereto as Exhibit A instanter.

7. Plaintiffs will not be prejudiced by the filing of the Amended Counterclaim as they will have adequate opportunity to cross-examine Defendants' representatives at upcoming scheduled depositions.

8. Further, Rule 15 of the Federal Rules of Civil Procedure allows for a party to amend the party's pleading by leave of court and leave shall be freely given when justice so requires.

9. MITG will be prejudiced if they will not be allowed to amend their counterclaim for information that became known after the October 1, 2004 deadline.

WHEREFORE, Defendant Midwest Information Technology Group, Inc. prays that this Court grant its Motion for Leave to Amend Its Counterclaim pursuant to Rule 15 of the Federal Rules of Civil procedure and allow the Amended Counterclaim be filed instanter.

                                  s/             James A. Hansen
                                          James A. Hansen IL Bar #6244534
                                          Attorney for Defendant/Counterclaim Plaintiff,
                                          Midwest Information Technology Group, Inc.
                                          Schmiedeskamp, Robertson, Neu & Mitchell
                                          525 Jersey Street, P. O. Box 1069
                                                  Quincy, IL 62306-1069
                                          Telephone: (217) 223-3030
                                          Facsimile: (217) 223-1005
                                          E-mail: jhansen@srnm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 4th day of January, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                               Molly Buck Richard
                               Thompson & Knight, LLP
                               1700 Pacific Avenue, Suite 3300
                               Dallas, TX 75201-4693

                               Elizann Carroll
                               Juneau, Boll & Ward
                               15301 Spectrum Drive, Suite 300
                               Addison, TX 75001

                               Scott Spooner
                               Heyl, Royster, Voelker & Allen
                               Suite 575, National City Center
                               1 North Old State Capitol Plaza
                               P.O. Box 1687
                               Springfield, IL 62705-1687

      and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

> s/ James A. Hansen
> James A. Hansen IL Bar #6244534
> Attorney for Defendant/Counterclaim Plaintiff,
> Midwest Information Technology Group, Inc.
> Schmiedeskamp, Robertson, Neu & Mitchell
> 525 Jersey Street, P. O. Box 1069
> Quincy, IL 62306-1069
> Telephone: (217) 223-3030
> Facsimile: (217) 223-1005
> E-mail: jhansen@srnm.com