**E-FILED**
Tuesday, 11 January, 2005  12:03:05 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, AND COMPAQ TRADEMARK B.V. | § § § § § § § § § § § § § § | |
| Plaintiffs | | Civil Action No. 04-3055 |
| vs. | | |
| MIDWEST INFORMATION TECHNOLOGY GROUP, INC. AND MICHAEL LAUBER, | | |
| Defendants. | | |

**PLAINTIFFS' RESPONSE TO MIDWEST INFORMATION
TECHNOLOGY GROUP, INC.'S MOTION TO COMPEL
THE DEPOSITION OF A 30(b)(6) REPRESENTATIVE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, Plaintiffs Hewlett-Packard Development Company, L.P., Hewlett-Packard

Company and Compaq Trademark B.V., file this Response to Midwest Information Technology

Group, Inc.'s Motion to Compel and for good cause would show this Court as follows:

**PLAINTIFFS HAVE AGREED TO PRODUCE THE REQUESTED WITNESS**

Counsel for Plaintiffs has contacted counsel for Defendant Midwest Information

Technology Group, Inc. ("MITG") and informed him of Plaintiffs agreement to produce the

requested witness. The parties are working on the scheduling of that and many other

depositions. Plaintiffs maintain that certain of the categories listed call for matters protected by

or subject to the attorney client privilege or work product exception or call for legal conclusions.

Plaintiffs reserve the right to assert its good faith objections during the deposition. Moreover,

certain information must be provided by MITG before Plaintiffs can provide an appropriate

witness. For example, Plaintiffs' trademark damages are based in part on the amount of revenue

generated by MITG's use of the trademarks at issue. Plaintiffs requested such documents in

discovery, but same have not been produced[1]. Regardless, a witness with knowledge of the

issues listed in Exhibit A to the 30(b)(6) notice will be produced in accordance with Rule

30(b)(6) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiffs have agreed to produce the requested witness and will proceed

accordingly.

Respectfully submitted,

/s Elizann Carroll
ELIZANN CARROLL
State Bar No. 00787209
JUNEAU, BOLL & WARD,
P.L.L.C.
15301 Spectrum Dr., Suite 300
Addison Texas 75001
(972) 866-8333
(972) 866-8378 *fax*

MOLLY BUCK RICHARD
State Bar No. 16842800
THOMPSON & KNIGHT, LLP
1700 Pacific Ave., Suite 3300
Dallas, Texas 75201
(214) 969-1700
(214) 969-1750 *fax*

SCOTT D. SPOONER
Heyl, Royster, Voelker & Allen
Suite 575 National City Center
1 North Old State Capital Plaza
P. O. Box 1687
Springfield, IL 62705
(217) 522-8822
(217) 523-3902 *fax*

ATTORNEYS FOR PLAINTIFFS

---

[1] Counsel for the parties have discussed this issue and it is Plaintiffs' desire to resolve that issue without seeking the Court's assistance.

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO**
**COMPEL THE DEPOSITION OF A 30(B)(6) REPRESENTATIVE**                    **Page 2**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of January, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to James Hansen, counsel for Defendants, and Molly Buck Richard and Scott Spooner, counsel for Plaintiffs.

/s Elizann Carroll
ELIZANN CARROLL
State Bar No. 00787209
JUNEAU, BOLL & WARD
15301 Spectrum Dr., Suite 300
Addison Texas 75001
(972) 866-8333
(972) 866-8378 *fax*
ecarroll@juneauboll.com