**E-FILED**
Friday, 14 January, 2005  11:58:44 AM
Clerk, U.S. District Court, ILCD

## DECLARATION OF TROY BLOOMQUIST

1. My name is Troy Bloomquist. I am over the age of 18 years, am fully competent to make this Declaration and hereby make this Declaration under penalty of perjury. The matters stated herein are within my personal knowledge and are true and correct.

2. I have been employed by Hewlett-Packard ("HP") since August 1992 ___. I was originally hired by Compaq to work for the Compaq Direct ("CDI") on October 1999 . I was the primary contact between Compaq Direct and MITG and signed the Standard Support Agreement for Compaq Direct.

3. During the term of the Standard Support Agreement, when a CDI customer ordered a sourced part, MITG found a vendor, ordered the part from the vendor for shipment to the customer and invoiced Compaq/HP. Compaq/HP generated the invoice to the customer and reimbursed MITG for the cost of the product and paid MITG 75% of the gross profit on the part sale. If the customer ordered a Compaq/HP part that was in-stock, MITG ordered the part through Compaq/HP and Compaq/HP handled the rest of the transaction, such as shipping, invoicing, etc. No monies were paid to MITG for the sale of these parts.

4. The only money CDI/HP Direct paid to MITG for sales of Compaq/ HP stocked parts to Direct customers was the $41,000 for month under the Agreement.

5. All profit paid to MITG for sales under the Agreement were for sales of sourced parts, as the 75%/25% split did not apply to in-stock parts.

So sworn under penalty of perjury this 12 day of January, 2005 in Omaha, NE.

Troy Bloomquist