## DECLARATION OF CHARLES SCHMADERER

1. My name is Charles Schmaderer. I am over the age of 18 years, am fully competent to make this Declaration and hereby make this Declaration under penalty of perjury. The matters stated herein are within my knowledge and are true and correct.
2. I have been employed by Hewlett-Packard ("HP") since November of 2000. I was originally hired by Compaq to work for the Compaq Direct, supporting the Sales Finance Division, as a Finance Manager.
3. Over 55% of MITG's sales were from sourced parts, an area in which HP did not compete.
4. The reduction in payments to MITG (or loss of revenue to MITG) on the profit generating business was a drop of less than $1/16^{th}$ of the annual amounts paid to MITG. HP's general ledger documents show that MITG was paid $4,417,559 in 2002 and $4,191,730 in 2003, a difference of $225,829, on the portion of business on which MITG got a 75% profit split.
5. Total payments to MITG for payment of parts ordered by Direct Customers, plus MITG's portion of the profit split on third party parts, or by internal HP groups in need of third party parts, and fees paid to MITG for call center support in 2002-2003 were approximately $10 million. Over the entire relationship payments to MITG totaled approximately $13.8 million.

So sworn under penalty of perjury on this the 11th day of January, 2005 at Omaha, NE.

*Charles Schmaderer*
Charles Schmaderer