## DECLARATION OF GARY W. LOVE

1. My name is Gary W. Love. I am over the age of 18 years, am fully competent to make this Declaration and hereby make this Declaration under penalty of perjury. The matters stated herein are within and are true and correct.
2. I have been employed by Hewlett-Packard ("HP") since Dec. 14, 1992. I was originally hired by Compaq and worked in the Compaq Services division in Houston, as a Manager, Parts Business Dev. I was involved in spare parts and customer service for Compaq Services until the time of the merger.
3. Prior to the merger of Compaq and HP, Compaq operated call centers for customer service purposes, with authorized resellers who sold Compaq spare parts to Compaq end user customers through other channels unrelated to the CDI/MITG channel. Both the authorized resellers and Compaq Direct ordered Compaq parts through an application called CSN.

So sworn under penalty of perjury, this 11th day of January, 2005 at Houston, TX.

_____
Gary W. Love

DECLARATION OF GARY LOVE  Page 1