## DECLARATION OF RICHARD CHIZEK

1. My name is Richard Chizek. I am over the age of 18 years, am fully competent to make this Declaration and hereby make this Declaration under penalty of perjury. The matters stated herein are within my personal knowledge and are true and correct

2. I have been employed by Hewlett-Packard.("HP") since May, 1990. I have been the Parts Business Vendor and Call Center Manager since June of 2000 and have managed the Roseville call center during that period.

3. I have reviewed Interrogatory No. 11. HP call center representatives were not set up to detail information about a call that did not result in a sale by HP. Thus, if a caller wanted a non-stocked part, the caller generally was given names of one or more third party distributors that might be able to supply the part. Whether the caller purchased from that third party is beyond the records of HP. HP's call centers unrelated to MITG referred their customers to third parties to acquire parts, but HP has no records that would enable it to provide the information sought in Interrogatory No. 11.

4. I searched for emails or other forms of communication from my department relating to misdirected or misdialed calls intended for Direct/MITG, but did not locate any such documents. Further, I do not recall seeing any communications relating to this topic.

So sworn under penalty of perjury this 12th day of January 2005 at Roseville, CA.

*[signature]*
Richard Chizek

DECLARATION OF RICHARD CHIZEK   PAGE 1

TOTAL P.01