## DECLARATION OF SHARI ELLIS

1. My name is Shari Ellis. I am over the age of 18 years, am fully competent to make this Declaration and hereby make this Declaration under penalty of perjury. The matters stated herein are within and are true and correct.
2. I have been employed by Hewlett-Packard.("HP") since July 6th 1991. I was originally hired by Compaq to work for the Compaq Direct on March 2000, as a Service Programs Coordinator.
3. I was asked to locate InFormer documents from the archives. InFormer documents were the name given by Compaq Direct to internal communications to all CDI employees. The only InFormer documents I located that dealt with the Direct/MITG spare parts business during the term of the Agreement have produced and are attached again to this Declaration.

So sworn under penalty of perjury on this 11th day of January, 2005 at Omaha, NE.

*Shari Ellis*
Shari Ellis

Author: Chris Horner
Last Modified: 01/27 02:30 PM
Category: Events
Subcategory: General

Hewlett-Packard Confidential    -    For Internal Use Only

Subject: Events [General] - Redefinition, realignment, and consolidation of some HP's ordering processes and support services

Details:
Attached you will find the basic HP Parts Business support services information that HP Direct personnel will need to be aware of during this period to answer partner questions and concerns, including primary points of contact and online options customers to order HP and Pre-merger Compaq branded parts. If you have any questions, please contact Shari Ellis.

<< File: MITG_customer letter_Internal_V3.doc >>

Primary Distribution:

Additional Distribution:

Archive Information:

This document was scheduled to be archived on 01/28/2004 and coded as Inactive in the database. Should the scheduled date change, the document contained within the database will be updated accordingly.



January 27, 2004

Attn: HP Direct personnel

## Overview
Effective February 7, 2004, HP will be redefining, realigning and consolidating some ordering processes and support services. Below you will find the basic HP Parts Business support services information you will need to be aware of during this period to answer partner questions and concerns, including primary points of contact and online options for them to order HP and Pre-merger Compaq branded parts.

## Major changes
> Business consolidation

To reduce the number of locations our customers call for various HP and pmCompaq parts options, HP Parts Business is consolidating spare parts ordering into one location. Effective February 7, 2004, parts ordering through the organization previously known as "HP Direct" will <u>no longer</u> be included in the portfolio of parts services.

- HP Direct Online Site http://www.compaqdirectonline.com
- Phone numbers: 800-848-9771 and 800-848-4589.

Additional websites affected are:
- http://www.hpdirectonline.com/cust/index.asp
- http://www.hponlineparts.com/cust/index.asp
- http://www.compaqonlineparts.com

> Support program modification

Although HP and pmCompaq parts can still be ordered from the HP Parts Business Online Site and Parts Sales Center, some service offerings are affected. Services previously offered at 'HP Direct,' that will <u>no longer</u> be available through the HP Parts Business Center include:

1. Dedicated Account Management and assigned Sales Representatives.
2. Per incident parts sourcing and delivery options for HP and pmCompaq branded parts that are not in the current catalog of inventory.
3. Per incident parts sourcing and delivery options for other 'Multi-Vendor,' i.e. Non-HP and pmCompaq parts.

> Net 30 Parts Accounts

HP Parts Business is moving any existing 'HP Direct' Net 30 Accounts to the HP Parts Business Center Accounts programs. (Due to current business infrastructure, separate accounts are established for purchase of HP and pmCompaq parts.)

> Vista Accounts

HP Direct Program customers have an account number originally set up in Vista billing system. Effective Feb 7th, these customers will not be able to access their Vista accounts to make parts purchases. They will need to obtain new account numbers for HP and CPQ trade parts by calling the HP Parts Business Sales Center outlined below.

> HP Parts Business Ordering

Effective February 7, 2004 please refer to the following ordering and returns processes for HP and pmCompaq service and replacement parts. Primary parts support and ordering options for HP and pmCompaq parts are available both online and through the HP Parts Sales Center.

- HP Parts Store online
  The HP Parts Store on the web is available 7 days a week, 24 hours a day for ordering both HP and pmCompaq branded parts
    o Go to the website at www.hp.com/buy/parts
    o Click 'Register' and follow the necessary steps
    o The main page lists reference numbers for assistance.

- HP Parts Business Sales Center
  A partner will be able to reach an HP Parts Sales Center Representative for ordering for both HP and pmCompaq branded parts at 800-227-8164 during normal hours of operation Monday through Friday, 5AM - 5PM PST. HP Parts Sales agents at each of these options can address parts inquiries, parts identification, pricing and availability, order placement, order status, and backorder inquiries. Order Reference Numbers will be provided for completed orders.
    - Select Option #2 on the phone menu pmCompaq branded parts issues, parts identification, and ordering options, select Option #2.
    - Select Option #3 on the phone menu for HP branded parts issues, parts identification, and ordering options, select Option #3.

- Payment Terms
    - HP Parts accepts Visa, MasterCard, Discover, and American Express credit cards.
    - An HP or pmCompaq Parts Account is required for any Net 30 orders.
      - Partners should be able to provide the following information: an account number, purchase order number, part number, quantity, and Ship-To information.

- Returns
    - Please call 800-227-8164, and select Option #4.
      - Partners should be able to provide the following information: Original order number, PO from the original order, Part Number, Quantity to return, Reason for the return
    - For eligible part returns issues, an RMA (Return Material Authorization) will be provided.
    - Returns should be done as instructed and reference an RMA number

**Author:** Mark Sass
**Last Modified:** 03/12/2003 02:52 PM
**Category:** Policy Announcements Order Management
**Subcategory:** General

**Hewlett-Packard Confidential    -    For Internal Use Only**

**Subject:** Policy Announcements Order Management [General]  -  Ordering "Spare Parts"

## Introduction:
A separate PO from your customer is no longer needed for "spare parts" to be ordered.

## Effective Date:
03/12/2003

## More Details/Instructions:

A separate PO from your customer is no longer needed for "spare parts" to be ordered. Your customer may incorporate the spare part on the same Purchase Order as pristine goods.

*Once you have the customer's PO, place your order as normal. However, do NOT place the spare part on your order.
*Fax a copy of the PO, with the spare part circled, to the Service Parts group at 1-573-221-0599. They will place a separate order. They will then reply back to Customer Services with

## Link:


<< OLE Object: Picture (Metafile) >>

**Subject:** Policy Announcements General [Misc.] - Ordering Spare Parts

### Introduction:
The process and contacts for ordering Spare Parts is attached.

### Effective Date:
03/27/2003

### More Details/Instructions:
<< OLE Object: Picture (Metafile) >>

Please direct questions to Troy Bloomquist, 1-402-758-3650.

### Link:

<< OLE Object: Picture (Metafile) >>
**Author:** Chris Horner
**Last Modified:** 11/12/2002 11:46 AM
**Category:** Product Announcements
**Subcategory:** General
**Vendor:** HP

Hewlett-Packard Confidential     -     For Internal Use Only

**Subject:** Product Announcements [General] - Spare Parts Support Information

### Details:

# HP DIRECT SUPPORT SERVICES
# THE COMPLETE SOURCE FOR REPLACEMENT PARTS

www.compaq.com/sparestore    www.partsdirect.hp.com

## HP Direct Online

Our professional technical staff will assist Direct Customers/Partners with HP, Compaq or Third Party Spare Part number questions, quotes and availability.

# THE PARTS YOU NEED

# WHEN AND WHERE YOU NEED THEM.

FOR SPARE PARTS QUESTIONS, QUOTES, and AVAILABILITY.

## 800-848-9771 opt 3

## www.HpDirectonline.com << OLE Object: Picture (Metafile) >>