## DECLARATION OF ELIZANN CARROLL

1. My name is Elizann Carroll. I am over the age of 18 years, am fully competent to make this Declaration and hereby make this Declaration under penalty of perjury. The matters stated herein are within my personal knowledge and are true and correct.

2. In response to other requests HP has produced documents that refer to the phone numbers to reach Direct/MITG during the Agreement and the handling of calls to Direct after the termination of the Agreement.

3. HP did not maintain copies of the daily Parts Business Center Operations ("PBCO") Metrics reports. Ms. Ngo, the HP employee who prepared the reports, testified that the daily reports were not retained for more than a month. In an effort to locate copies of the reports, I requested that each recipient be asked to review their email and physical files for copies. The employees located some reports and all located reports were produced.

So sworn under penalty of perjury on this 13th day of January 2005 at Roseville, California.

/s Elizann Carroll