**E-FILED**
Friday, 04 February, 2005  05:14:27 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, and COMPAQ TRADEMARK B.V., ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Civil Action No. 04-3055 |
| MIDWEST INFORMATION TECHNOLOGY GROUP, INC. and MICHAEL LAUBER, ) ) ) ) | |
| Defendants. ) | |

### DEFENDANT/COUNTERCLAIM PLAINTIFF MIDWEST INFORMATION TECHNOLOGY GROUP, INC.'S REPLY TO AFFIRMATIVE DEFENSES OF PLAINTIFFS/COUNTER-DEFENDANTS

Comes now Defendant/Counterclaim Plaintiff, **MIDWEST INFORMATION TECHNOLOGY GROUP, INC.**, by and through its counsel, SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL and for their Reply to the Affirmative Defenses submitted by Plaintiffs/Counter-Defendants, states as follows:

1. Defendant/Counterclaim Plaintiff denies Counter-Defendants' affirmative defense alleged within this paragraph.

2. Defendant/Counterclaim Plaintiff denies Counter-Defendants' affirmative defense alleged within this paragraph.

3. Defendant/Counterclaim Plaintiff denies Counter-Defendants' affirmative defense alleged within this paragraph.

4.  Defendant/Counterclaim Plaintiff denies Counter-Defendants' affirmative defense alleged within this paragraph.

WHEREFORE, Defendant/Counterclaim Plaintiff, **MIDWEST INFORMATION TECHNOLOGY GROUP, INC.**, respectfully requests that this Court strike all of Counter-Defendants' affirmative defenses, and for such other and further relief as the Court deems just and proper.

          s/ James A. Hansen
          James A. Hansen IL Bar #6244534
          Attorney for Defendant/Counterclaim Plaintiff,
          Midwest Information Technology Group, Inc.
          Schmiedeskamp, Robertson, Neu & Mitchell
          525 Jersey Street, P. O. Box 1069
          Quincy, IL 62306-1069
          Telephone: (217) 223-3030
          Facsimile: (217) 223-1005
          E-mail: jhansen@srnm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the ___4th___ day of February, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Molly Buck Richard
>Thompson & Knight, LLP
>1700 Pacific Avenue, Suite 3300
>Dallas, TX 75201-4693
>
>Elizann Carroll
>Juneau, Boll & Ward
>15301 Spectrum Drive, Suite 300
>Addison, TX 75001
>
>Scott Spooner
>Heyl, Royster, Voelker & Allen
>Suite 575, National City Center
>1 North Old State Capitol Plaza
>P.O. Box 1687
>Springfield, IL 62705-1687

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

>s/_____James A. Hansen_____
>James A. Hansen IL Bar #6244534
>Attorney for Defendant/Counterclaim Plaintiff,
>Midwest Information Technology Group, Inc.
>Schmiedeskamp, Robertson, Neu & Mitchell
>525 Jersey Street, P. O. Box 1069
>      Quincy, IL 62306-1069
>Telephone: (217) 223-3030
>Facsimile: (217) 223-1005
>E-mail: jhansen@srnm.com