E-FILED
Friday, 18 February, 2005  03:06:53 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, and COMPAQ TRADEMARK B.V., <br><br> Plaintiffs, <br><br> vs. <br><br> MIDWEST INFORMATION TECHNOLOGY GROUP, INC. and MICHAEL LAUBER, <br><br> Defendants. | Civil Action No. 04-3055 |

## JOINT MOTION OF THE PARTIES FOR REVISED SCHEDULING ORDER

COMES NOW the Parties, by and through their counsel of record, and hereby jointly move the Court for an entry of a revised scheduling order and in support hereof state as follows:

1. This Court entered its original scheduling order on June 8, 2004 pursuant to Rule 16(b) of the Federal Civil Rules of Procedure.

2. A revised scheduling order was entered on July 21, 2004 after a typographical error was located by counsel for plaintiff in the original order.

3. The parties to this date have not sought any revision to the previously mentioned scheduling orders.

4. As a result of the complexity and nature of this case depositions are scheduled up to March 29 and 30, 2005 and discussions have taken place for depositions after April 1, 2005.

5. The original fact discovery deadline was April 1, 2005.

6. The original date for plaintiffs and counterclaim plaintiff to identify testifying experts and provide Rule 26 reports was April 15, 2005.

7. Based on the complexity of the issues involved in the trademark and breach of contract claims, the parties hereby request the Court enter the jointly agreed upon revised scheduling order as follows:

   1. May 15, 2005 to complete all fact discovery.

   2. July 1, 2005 for all plaintiffs and counterclaim plaintiff to identify testifying experts and provide Rule 26 reports.

   3. October 1, 2005 for all defendants and counterclaim defendants to identify testifying experts and provide Rule 26 reports.

   4. February 1, 2006 for all parties to identify rebuttal experts and provide Rule 26 reports.

   5. March 1, 2006 to complete all expert discovery.

   6. April 1, 2006 to file dispositive motions.

8. The parties revised scheduling order does not effect the trial date in this matter.

9. The parties will not be prejudiced by this revised scheduling order as both are presenting this request jointly.

WHEREFORE, Plaintiffs and Defendants, jointly, hereby request that this Court enter the proposed revised scheduling order contained herein and for such other and further relief as the Court deems proper.

s/          James A. Hansen
James A. Hansen IL Bar #6244534
Attorney for Defendant/Counterclaim Plaintiff,
Midwest Information Technology Group, Inc.
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: jhansen@srnm.com


s/          Elizann Carroll
Elizann Carroll
Juneau, Boll & Ward
15301 Spectrum Drive, Suite 300
Addison, TX 75001
Telephone: (972) 866-8333
Facsimile: (972) 866-8378
E-mail: ecarroll@juneauboll.com


**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of February, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Molly Buck Richard
Thompson & Knight, LLP
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201-4693

Elizann Carroll
Juneau, Boll & Ward
15301 Spectrum Drive, Suite 300
Addison, TX 75001

Scott Spooner
Heyl, Royster, Voelker & Allen
Suite 575, National City Center
1 North Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

                    s/           James A. Hansen
                        James A. Hansen IL Bar #6244534
                        Attorney for Defendant/Counterclaim Plaintiff,
                        Midwest Information Technology Group, Inc.
                        Schmiedeskamp, Robertson, Neu & Mitchell
                        525 Jersey Street, P. O. Box 1069
                              Quincy, IL 62306-1069
                        Telephone: (217) 223-3030
                        Facsimile: (217) 223-1005
                        E-mail: jhansen@srnm.com