E-FILED
Tuesday, 22 February, 2005  02:44:55 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, AND COMPAQ TRADEMARK B.V.<br><br>Plaintiffs<br><br>VS.<br><br>MIDWEST INFORMATION TECHNOLOGY GROUP, INC. AND MICHAEL LAUBER,<br><br>Defendants. | Civil Action No. 04-3055 |

### PLAINTIFFS' MOTION TO DISMISS COUNTS II AND IV OF MIDWEST INFORMATION TECHNOLOGY GROUP, INC.'S AMENDED COUNTERCLAIM PURSUANT TO RULE 12(B)(6)

Plaintiffs/Counter-Defendants' Hewlett-Packard Development Company, L.P., Hewlett-Packard Company and Compaq Trademark, B.V. (collectively "Plaintiffs") file this Motion to Dismiss Counts II and IV of Defendant/Counter-Plaintiff Midwest Technology Group, Inc.'s Amended Counterclaim Pursuant to Federal Rule of Civil Procedure 12(b)(6) requesting that this Court dismiss MITG's punitive damage claims for failure to state claims upon which relief can be granted because punitive damages are not available for breach of contract as pled in the Amended Counterclaim.

### MOTION TO DISMISS

Plaintiffs filed this lawsuit on February 27, 2004 to protect their trademarks from MITG's knowing and continuous infringing use of Plaintiffs' federally registered trademarks. MITG

answered and filed a Counterclaim[1], for alleged breaches of the Standard Support Agreement and the Middleware Agreement. In these counterclaims, MITG asserts that it is entitled to punitive damages for the alleged breaches of each agreement. As discussed in more detail in the Brief filed contemporaneously with this Motion, neither Missouri law, which governs the Standard Support Agreement, or Illinois law, which governs the Middleware Agreement, permits the recovery of punitive damages for a simple breach of contract as pled by Counter-Plaintiff, even if the breach is knowing or intentional. Because MITG is not entitled as a matter of law to punitive damages for either of its claims of breach of contract, Plaintiffs/Counter-Defendants respectfully request that this Court dismiss Counts II and IV pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

---

[1] MITG amended it Counterclaim with leave of Court on January 24, 2005, to add a claim for tortious interference. That claim, and the damages sought therein, are not addressed by this Motion.

PLAINTIFFS' MOTION TO DISMISS COUNTS II AND IV OF MIDWEST INFORMATION
TECHNOLOGY GROUP, INC.'S AMENDED COUNTERCLAIM PURSUANT TO RULE 12(B)(6)-       PAGE 2

Respectfully submitted,

/s Elizann Carroll
ELIZANN CARROLL
Texas State Bar No. 00787209
JUNEAU, BOLL & WARD, P.L.L.C.
15301 Spectrum Dr., Suite 300
Addison Texas 75001
(972) 866-8333
(972) 866-8378 *fax*

MOLLY BUCK RICHARD
Texas State Bar No. 16842800
THOMPSON & KNIGHT, LLP
1700 Pacific Ave., Suite 3300
Dallas, Texas 75201
(214) 969-1700

SCOTT D. SPOONER
Heyl, Royster, Voelker & Allen
Suite 575 National City Center
1 North Old State Capital Plaza
P. O. Box 1687
Springfield, IL 62705
(217) 522-8822
(217) 523-3902 *fax*

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 22nd day of February, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to James Hansen, counsel for Defendants, and Molly Buck Richard and Scott Spooner, counsel for Plaintiffs.

/s Elizann Carroll
ELIZANN CARROLL
State Bar No. 00787209
JUNEAU, BOLL & WARD
15301 Spectrum Dr., Suite 300
Addison Texas 75001
(972) 866-8333
(972) 866-8378 *fax*
ecarroll@juneauboll.com