E-FILED
Friday, 04 March, 2005 04:23:04 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, and COMPAQ TRADEMARK B.V., <br><br> Plaintiffs, <br><br> vs. <br><br> MIDWEST INFORMATION TECHNOLOGY GROUP, INC. and MICHAEL LAUBER, <br><br> Defendants. | Civil Action No. 04-3055 |

## CERTIFICATE OF SERVICE

I, the undersigned, on the 4th day of March, 2005, deposited a copy of Defendant Midwest Information Technology Group, Inc.'s Answers and Objections to Hewlett-Packard Company's Interrogatories and Requests for Production of Documents, postage prepaid, in the United States Mail, addressed to all counsel of record listed below:

Ms. Molly Buck Richard
Thompson & Knight, LLP
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201-4693

Ms. Elizann Carroll
Juneau, Boll & Ward
15301 Spectrum Dr., Ste. 300
Addison, Tx. 75001

s/_____ James A. Hansen _____
James A. Hansen IL Bar #6244534
Attorney for Defendant/Counterclaim Plaintiff,
Midwest Information Technology Group, Inc.
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: jhansen@srnm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Molly Buck Richard  
Thompson & Knight, LLP  
1700 Pacific Avenue, Suite 3300  
Dallas, TX 75201-4693  

Ms. Elizann Carroll  
Juneau, Boll & Ward  
15301 Spectrum Dr., Ste. 300  
Addison, Tx. 75001  

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

s/_____James A. Hansen_____  
James A. Hansen IL Bar #6244534  
Attorney for Defendant/Counterclaim Plaintiff,  
Midwest Information Technology Group, Inc.  
Schmiedeskamp, Robertson, Neu & Mitchell  
525 Jersey Street, P. O. Box 1069  
Quincy, IL 62306-1069  
Telephone: (217) 223-3030  
Facsimile: (217) 223-1005  
E-mail: jhansen@srnm.com