E-FILED
Tuesday, 08 March, 2005 02:40:18 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, and COMPAQ TRADEMARK B.V., <br><br>Plaintiffs, <br><br>vs. <br><br>MIDWEST INFORMATION TECHNOLOGY GROUP, INC. and MICHAEL LAUBER, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 04-3055 |

### RESPONSE TO PLAINTIFF'S MOTION TO DISMISS COUNTS II AND IV OF MIDWEST INFORMATION TECHNOLOGY GROUP, INC.'S AMENDED COUNTERCLAIM PURSUANT TO RULE 12(B)(6)

COMES NOW the Defendant/Counterclaim Plaintiff, **Midwest Information Technology Group, Inc.** ("MITG"), by and through its attorneys, **Schmiedeskamp, Robertson, Neu & Mitchell**, and for its response to the Plaintiff's Motion to Dismiss Counts II and IV of its Amended Counterclaim, states as follows:

1. MITG has properly pled claims for punitive damages under Fed. R. Civ. P. 8, which requires only notice pleading.

2. Plaintiff improperly attempts to hold MITG to a heightened standard of pleading in accordance with the procedural rules of Illinois and Missouri, ignoring that federal procedural law governs the pleadings in this case.

3. Both Illinois and Missouri law allow punitive damages for breach of contract in the circumstances alleged by MITG.

4.  Plaintiff was properly put on notice of MITG's claim for punitive damages, as evidenced by Plaintiff having already answered Counts II and IV of MITG's Amended Counterclaim.

5.  Counts II and IV of MITG's Amended Counterclaim state a claim upon which relief can be granted and therefore should not be dismissed.

WHEREFORE, the Defendant/Counterclaim Plaintiff, **Midwest Information Technology Group, Inc.**, requests that this Court deny Plaintiff's motion to dismiss Counts II and IV of its Amended Counterclaim.

s/ James A. Hansen
James A. Hansen IL Bar #6244534
Attorney for Defendant/Counterclaim Plaintiff,
Midwest Information Technology Group, Inc.
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: jhansen@srnm.com

## CERTIFICATE OF SERVICE

     I hereby certify that on the 8th day of March, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

          Molly Buck Richard
          Thompson & Knight, LLP
          1700 Pacific Avenue, Suite 3300
          Dallas, TX 75201-4693

          Elizann Carroll
          Juneau, Boll & Ward
          15301 Spectrum Drive, Suite 300
          Addison, TX 75001

          Scott Spooner
          Heyl, Royster, Voelker & Allen
          Suite 575, National City Center
          1 North Old State Capitol Plaza
          P.O. Box 1687
          Springfield, IL 62705-1687

     and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

          s/          James A. Hansen
          James A. Hansen IL Bar #6244534
          Attorney for Defendant/Counterclaim Plaintiff,
          Midwest Information Technology Group, Inc.
          Schmiedeskamp, Robertson, Neu & Mitchell
          525 Jersey Street, P. O. Box 1069
          Quincy, IL 62306-1069
          Telephone: (217) 223-3030
          Facsimile: (217) 223-1005
          E-mail: jhansen@srnm.com