E-FILED
Monday, 04 April, 2005 01:18:54 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, AND COMPAQ TRADEMARK B.V. § § § § | § § § § § § § § § § § § § § | Civil Action No. 04-3055 |
| Plaintiffs | | |
| VS. | | |
| MIDWEST INFORMATION TECHNOLOGY GROUP, INC. AND MICHAEL LAUBER, | | |
| Defendants. | | |

### PLAINTIFFS' MOTION TO FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiffs/Counter-Defendants' Hewlett-Packard Development Company, L.P., Hewlett-Packard Company and Compaq Trademark, B.V. (collectively "Plaintiffs") file this Motion for Leave to File First Amended Complaint and for good cause would show this Honorable Court as follows:

### MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

**Adding Domain Names Not Known at the Time the Complaint was Filed Will Not Impact Any Pending Deadlines**

Plaintiffs filed this lawsuit on February 27, 2004 to protect their trademarks from Defendants' knowing and continuous infringing use of Plaintiffs' federally registered trademarks. In the Complaint, Plaintiffs listed five domain names registered by Defendants that incorporated trademarks registered to HP and Compaq. During the course of discovery, including in preparation for the deposition of Defendants in February, Plaintiffs became aware of additional domain names registered by Defendants that incorporate Plaintiffs' trademarks.

Because Plaintiffs were aware of these additional domain names at the time of the depositions, Plaintiffs questioned Defendants about same. Following Mr. Lauber's deposition, counsel discussed a possible settlement as to Mr. Lauber. Plaintiffs' counsel also raised the issue of amending the Complaint to add the domain names not included in the Original Complaint, but delayed in seeking leave to amend pending a resolution of the settlement discussions, which would have affected the claims in the case. Lauber rejected Plaintiffs' offer, and thus he remains a party to this lawsuit.

Plaintiffs' proposed First Amended Complaint is attached hereto as EXHIBIT A. The primary amendment includes adding the five additional domain names. The relief sought is not to delay resolution of this case. Rather, it is necessary so Plaintiffs may get full relief in the lawsuit, specifically as to Plaintiffs' request for a permanent injunction against Defendants' use of the Domain Names at issue and for those names to be transferred to Plaintiffs. Plaintiffs have taken discovery on these additional domain names and, at this time, do not anticipate a need for any further discovery on the issue. If some small amount of discovery is needed, Plaintiffs believe it can be completed within the time remaining for discovery in this case and thus will not affect the deadlines in this case.

**The Amendment Eliminates Relief Not Sought**

Plaintiffs' Original Complaint includes an Application for a Preliminary Injunction. However, before Plaintiffs pursued that relief, Defendants voluntarily ceased use of the Domain Names. While Plaintiffs reserve the right to seek a preliminary injunction in the event Defendants resume their improper use of domain names containing Plaintiffs' trademarks, Defendants have indicated, under oath, that they have no current intent to resume use of the Domain Names. Thus, in an effort to clarify their pleading, Plaintiffs have amended the

Complaint to reflect the lack of use since March 2004 and continue to seek a permanent injunction on the use of the domain names, and infringement of Plaintiffs' trademark rights.

### CERTIFICATE OF CONFERENCE

The undersigned counsel spoke briefly with James Hansen about amending to add the five additional domain names following the depositions of the MITG witnesses in February 2005. By letter dated March 24, Plaintiffs inquired as to whether Defendants would agree to the relief sought herein. Defendants responded by letter dated March 28 stating that they opposed the relief sought. A true and correct copy of the letter is attached hereto as EXHIBIT B. Therefore, Plaintiffs submit this Motion to the Court for resolution.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion, direct the clerk to file Plaintiffs' First Amended Complaint and grant to Plaintiffs such other and further relief to which they may show themselves justly entitled.

Respectfully submitted,

/s Elizann Carroll
ELIZANN CARROLL
Texas State Bar No. 00787209
JUNEAU, BOLL & WARD, P.L.L.C.
15301 Spectrum Dr., Suite 300
Addison Texas 75001
(972) 866-8333
(972) 866-8378 *fax*

MOLLY BUCK RICHARD
Texas State Bar No. 16842800
THOMPSON & KNIGHT, LLP
1700 Pacific Ave., Suite 3300
Dallas, Texas 75201
(214) 969-1700

SCOTT D. SPOONER
Heyl, Royster, Voelker & Allen
Suite 575 National City Center
1 North Old State Capital Plaza
P. O. Box 1687
Springfield, IL 62705
(217) 522-8822
(217) 523-3902 *fax*

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 4th day of April, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to James Hansen, counsel for Defendants, and Molly Buck Richard and Scott Spooner, counsel for Plaintiffs.

/s Elizann Carroll
ELIZANN CARROLL
State Bar No. 00787209
JUNEAU, BOLL & WARD
15301 Spectrum Dr., Suite 300
Addison Texas 75001
(972) 866-8333
(972) 866-8378 *fax*
ecarroll@juneauboll.com