| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|---|---|---|---|---|
| HP & DESIGN | 614803 | 10/25/55 | 1941 | thermistor mounts. |
| HP & DESIGN | 850251 | 6/4/68 | 1965 | technical periodicals, pamphlets and books, reprints of articles, data sheets, product and system application notes, technical bulletins, and product and system operating and service manuals, all of said goods relating to electrical, measuring, scientific, and medical equipment. |
| HP & DESIGN | 862308 | 12/24/68 | Cl. 9 1966<br><br>Cl. 9 1965<br><br>Cl. 10 1966 | Electrical systems, instruments, components, and apparatus (for example, amplifiers, power supplies, transducers, probes and electrodes, transformers, solid state circuits and components, waveguide-to-coaxial adapters, coaxial connectors, and cables) in Class 9; Systems, instruments, and apparatus used for analysis, synthesis, counting, measuring, data acquisition and processing, detection, inspection, testing, display, recording, or standards purposes (for example, gas chromatographs, distortion analyzers, spectrum analyzers, frequency synthesizers, counters, ammeters, ohmmeters, impedance meters, voltmeters, power meters, frequency meters, SWR meters, ratio meters, microwave noise figure meters, frequency measurement instrumentation, quartz thermometers, data acquisition and handling systems, calculators, computers and data processing systems, test equipment for locating faults in power or telephone cables, signal sources, mixers, modulators, attenuators, coaxial and waveguide instrumentation, oscilloscopes, plotters and recorders, and frequency and time standards) and accessories (for example, column materials and backflush valves for use |


EXHIBIT A

| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|---|---|---|---|---|
| | | | | with chromatographic columns, cameras for use with oscilloscopes, and carts for mobilizing test equipment) used with these systems, instruments, and apparatus in Class 9; Medical systems, instruments, and apparatus used for research, diagnostic, or therapeutic purposes (for example, cardiological instruments, blood chemistry instruments, stethoscopes, metabolism testing instruments, patient monitoring and recording systems, resuscitative instruments, and transducers, electrodes, preamplifiers, oscillographic recorders, magnetic tape recorders, and data displays for use in physiological measurements or recording and displaying physiological phenomena) in Class 10. |
| HP & DESIGN | 1031413 | 1/27/76 | 1966 | Clocks; timers; laboratory and portable time standards; and elapsed time, time ratio, time interval and average time inteval measuring instruments. |
| HP | 1116835 | 4/24/79 | 1941 Cl. 9<br><br>1966 Cl. 10<br><br>1957 Cl. 14<br><br>1941 Cl. 16<br><br>1943 Cl. 37<br><br>1949 Cl. 41 | Computers, calculators and other data handling and processing apparatus; programs for computers and calculators; magnetic cards, tapes and discs; video and audio recordings; photographic cameras for use with oscilloscopes; electrical, electronic, optical, signaling and measuring apparatus, components and instruments and semiconductor devices in Class 9; Medical instruments and apparatus used for research, diagnostic or therapeutic purposes-namely, monitoring, recording, cardiovascular, cardiographic, heart stimulating, resuscitating, respiratory, perinatal, neonatal and diagnostic radiological instruments and systems in Class 10; Timepieces-namely, clocks in Class 14; Newsletter and technical periodicals, pamphlets and books, |

| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|---|---|---|---|---|
| | | | | catalogs, reprints of articles, data sheets, product and system application notes, technical bulletins, pens for recording apparatus, chart and recording papers, and product and system operating and service manuals, all of said goods relating to electrical, measuring, scientific, computing and medical equipment in Class 16; Calibration, maintenance, installation, and repair of electronic, data processing, medical and analytical equipment in Class 37; Production of video and audio recordings for others; seminars and training courses in the fields of science, engineering, health care and business in Class 41. |
| HP & DESIGN | 1251648 | 9/20/83 | 1979 | Newsletter and technical journals, pamphlets, books, catalogs, reprints of articles, data sheets, product and system application notes, technical bulletins, chart and recording papers, product and system operating and service manuals, all dealing with electrical, measuring, scientific, computing and medical equipment and data processing; pens and print heads for printers, plotters and recorders; and office stationery-namely, tablets and binders. |
| HP | 1474656 | 2/2/88 | 1971 | Electrocardiograph sensor adhesive materials, transmission gels, electrolytes, cremes, lotions, pastes, and contact fluids. |
| HP & DESIGN | 1775518 | 6/8/93 | 1980 | Seminars and training courses in the fields of science, engineering, computer systems, health care, and business; production of video and audio recordings for others. |
| HP | 1840215 | 6/21/94 | 1941 Cl. 9<br><br>1965 Cl. 44 | House mark for computers, computer software, data processing and data storage systems and parts therefor; printers and parts therefor; electronic test and measurement systems and parts therefor; semiconductors, facsimile |

| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|---|---|---|---|---|
| | | | | machines; analytical instruments and parts therefore in Class 9; house mark for medical equipment; namely, ultrasound imaging devices; cardiovascular, cardiographic, respiratory, fetal-maternal monitoring and recording instruments and attachments therefor; resuscitation equipment in Class 44.. |
| HP & DESIGN | 1842724 | 7/5/94 | 1980 Cl. 9<br><br>1980 Cl. 10 | House mark for computers, computer software, data processing and data storage systems and parts therefore; printers and parts therefor; electronic test and measurement systems and parts therefor; semiconductors; facsimile machines; analytical instruments and parts therefore in Class 9; House mark for medical equipment; namely, ultrasound imaging devices; cardiovascular, cardiographic, respiratory, fetal-maternal monitoring and recording instruments and attachments therefor; resuscitation equipment in Class 10. |
| HP & DESIGN | 1683247 | 4/14/92 | 1980 | Calibration, maintenance, installation, and repair of electronic, data processing, medical and analytical equipment. |
| HP & DESIGN | 1735159 | 11/24/92 | 1979 Cl. 42<br><br>1979 Cl. 35 | Consultation services in the field of computer, electronic, signaling, measuring, data processing, analytical, and medical products; custom design of measurement and computation services; rental and leasing services for computer, electronic, signaling, measuring, analytical, and medical equipment; retail mail and telephone order services for data processing, calculating, medical, and analytical products in Class 42; Business networking and business management consulting services; rental and leasing services for data processing equipment in Class 35. |
| HP | 1733457 | 11/17/92 | 1955 Cl. 42 | Consultation services in the field of computer, electronic, signaling, |