| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|---|---|---|---|---|
| COMPAQ & Design | 1,264,107 | 1/17/84 | 1982 | Personal computers in Class 9 |
| COMPAQ | 1,467,066 | 12/1/87 | 1982 | Personal computers and microcomputers, accessories and peripherals, namely floppy diskette drives; hard disk drives, video monitors; back-up tape drives, printed circuit boards; modems; computer keyboards; random access memory (RAM) modules; electrical connecting cables; read-only memories (ROMS); carrying cases for computers; programmed magnetic diskettes and user's guides and manuals sold as a unit with computers in Class 9 |
| COMPAQ (stylized) | 1,993,755 | 8/13/96 | 1993 | Personal computers; microcomputers; file servers; floppy diskette drives; hard disk drives; disk drive controllers; video monitors; video graphics controllers; back-up tape drives; blank magnetic tape cartridges; printed circuit boards; serial interface boards; combination serial and parallel interface boards; modems; computer keyboards; numeric keypads for computers; external disk drive storage cabinets with power supplies; liquid crystal external disk drive storage cabinets with power supplies; liquid crystal displays for converting portable computers to color displays; random access memory (RAM) modules; electrical connecting cables; read-only memories (ROMS); video random access memory (VRAM) modules; cache memory; memory expansion boards; central processing unit boards for upgrading personal computers; carrying cases for computers; programmed magnetic diskettes; computer user's guides and manuals all sold as a unit with computers; compact disk read-only memories (CD-ROMS); compact disk |



EXHIBIT B

| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|---|---|---|---|---|
| | | | | read-only memory (CD-ROM) drives; rechargeable batteries; automobile electrical power adapters; battery chargers; AC adapters for computers; electrical connecting cables for computers and computer peripherals; computer pointing devices, namely mice, pens and trackballs; docking stations for portable computers; computer peripheral adapters; upgrade kits comprised of plug-in circuit boards and sound-producing software for adding audio capabilities to personal computers; PC cards for adding memory, modems, and I/O controllers to personal computers; intelligent drive array storage devices for personal computers and servers; prerecorded magnetic diskettes for storage of warranty registration information; disk drive storage systems for personal computers, namely a chassis and enclosure which accommodates a plurality of hot-pluggable disk drives and includes a built-in power supply for supplying electrical power to such disk drives; computer network interface controllers; uninterruptable power supplies (UPS'S); and computer software for computer initialization and configuration, diagnostic functions, operating systems, computer peripheral drivers, accessing information data bases, drive mirroring, data guarding, error lodging, automatic revision tracking, automatic server recovery, program delivery and license agreement acceptance, reference utility for technical information, monitoring and controlling one or more file servers in a local area network of personal computers in Class 9. |
| COMPAQ (stylized) | 1,993,756 | 8/13/96 | 1993 | Personal computers; microcomputers; file servers; floppy diskette drives; hard |

| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|---|---|---|---|---|
| | | | | disk drives; disk drive controllers; video monitors; video graphics controllers; back-up tape drives; blank magnetic tape cartridges; printed circuit boards; serial interface boards; combination serial and parallel interface boards; modems; computer keyboards; numeric keypads for computers; external disk drive storage cabinets with power supplies; liquid crystal external disk drive storage cabinets with power supplies; liquid crystal displays for converting portable computers to color displays; random access memory (RAM) modules; electrical connecting cables; read-only memories (ROMS); video random access memory (VRAM) modules; cache memory; memory expansion boards; central processing unit boards for upgrading personal computers; carrying cases for computers; programmed magnetic diskettes; computer user's guides and manuals all sold as a unit with computers; compact disk read-only memories (CD-ROMS); compact disk read-only memory (CD-ROM) drives; rechargeable batteries; automobile electrical power adapters; battery chargers; AC adapters for computers; electrical connecting cables for computers and computer peripherals; computer pointing devices, namely mice, pens and trackballs; docking stations for portable computers; computer peripheral adapters; upgrade kits comprised of plug-in circuit boards and sound-producing software for adding audio capabilities to personal computers; PC cards for adding memory, modems, and I/O controllers to personal computers; intelligent drive array storage devices for personal computers and servers; prerecorded magnetic diskettes for |

| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|---|---|---|---|---|
| | | | | storage of warranty registration information; disk drive storage systems for personal computers, namely a chassis and enclosure which accommodates a plurality of hot-pluggable disk drives and includes a built-in power supply for supplying electrical power to such disk drives; computer network interface controllers; uninterruptable power supplies (UPS'S); and computer software for computer initialization and configuration, diagnostic functions, operating systems, computer peripheral drivers, accessing information data bases, drive mirroring, data guarding, error lodging, automatic revision tracking, automatic server recovery, program delivery and license agreement acceptance, reference utility for technical information, monitoring and controlling one or more file servers in a local area network of personal computers in Class 9. |
| COMPAQ | 2,183,367 | 8/25/98 | 1996 | House mark for a full line of computer hardware and software in Class 9. |
| COMPAQ | 2,127,189 | 1/6/98 | 1986 | Books, printed forms, manuals, users guides and technical reference guides used in the operation of computer hardware and software, and newsletters for computer users in Class 16. |