# Customer Notice

For the past three (3) years, HP Direct Online services have been provided to you by a company called MITG, Inc.

As of Sunday, February 8th, 2004 at 6:00pm CST, HP will no longer offer HP Direct Online through MITG, Inc. as a multi-vendor parts solution to its customers.

Thereafter, if you wish to purchase your parts through HP you need to go to the following site www.hp.com. However, even though we will no longer be associated with HP Direct Online, MITG, Inc. can continue to provide you with the exact same service and processes to which you have become accustomed.

If you are in need of parts today we do accept Visa, MasterCard, Discover and American Express with a 24 – 48 hr delivery of your parts.

We as well will offer Net Accounts. However, this will require a credit application available at parts.mitg.com. It will take less than 48 hours on average to set up your Net Account. Be sure to fill out the credit application form entirely to ensure the fastest processing possible.

You can reach us at parts.mitg.com


MITG | Parts Direct

So, with that in mind, we are proud to have served you for the past 3 years, and we hope you will consider doing future business with MITG, Inc.

To learn more about MITG, visit our corporate site at www.mitg.com.


We welcome Visa, MasterCard, Discover, and American Express.


EXHIBIT G