### Schmiedeskamp, Robertson, Neu & Mitchell
#### LAWYERS
525 JERSEY
P.O. BOX 1069
**Quincy, Illinois**
62306

DELMER R. MITCHELL
DENNIS W. GORMAN
JERRY L. BRENNAN
WILLIAM G. KELLER, JR.
WILLIAM M. McCLEERY, JR.
TED M. NIEMANN
GENA J. AWERKAMP*
BRETT K. GORMAN*
HAROLD B. OAKLEY*
MICHAEL A. BICKHAUS*
DAVID G. PENN
JAMES A. HANSEN*
GREGORY A. PRATT
BABETTE L. BRENNAN*
ANDREW K. CASHMAN*
MELINDA S. MADISON**

*ALSO LICENSED IN MISSOURI
**ALSO LICENSED IN NEW YORK

CARL G. SCHMIEDESKAMP (1898-1987)
JOHN T. ROBERTSON (1916-1995)

RICHARD B. NEU • RETIRED

(217) 223-3030

FAX (217) 223-1005

www.srnm.com

F.E.I.N. 37-0670873

March 28, 2005

Ms. Elizann Carroll
Juneau, Boll & Ward
15301 Spectrum Dr., Ste. 300
Addison, TX  75001

Re:  Hewlett Packard v. MITG, Inc. and Michael Lauber
     Cause No. 04-3055; United States Central District of Illinois

Dear Elizann:

I am receipt of your letter dated March 24, 2005. We will not be consenting to any amended complaint without having seen a copy of the document or the claims. Further, I do not believe we would consent to an amended counterclaim at any point. I would suggest you file your motion for leave along with the proposed amended complaint and I will take a look at it at that time.

Very truly yours,

James A. Hansen

JAH/pls



EXHIBIT B