UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, AND COMPAQ TRADEMARK B.V.,<br><br>Plaintiffs<br><br>VS.<br><br>MIDWEST INFORMATION TECHNOLOGY GROUP, INC. AND MICHAEL LAUBER,<br><br>Defendants. | § § § § § § § § § § § § § § § § §   Civil Action No. 04-3055 |

## STATUS REPORT TO COURT ON SETTLEMENT DISCUSSIONS AFFECTING PLAINTIFF'S PENDING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiffs are filing this report pursuant to this Court's Docket Entry Orders of April 6, 2005 and April 11, 2005 arising out of the telephonic hearing on Plaintiffs' Motion for Leave. Plaintiffs and Defendants have reached a partial settlement of this matter. The parties are preparing documentation on the settlement. The settlement will result in the dismissal of Defendant Lauber from the lawsuit and of certain relief sought by Plaintiffs against Midwest Information Technology Group, Inc. Thus, Plaintiffs' pending Motion for Leave to File Amended Complaint has been rendered moot. Upon completion of the settlement, Plaintiffs will file a Motion to Dismiss Michael Lauber and an Agreed Amended Motion for Leave to File an Amended Complaint that sets out the remaining claims in the lawsuit.

Respectfully submitted,

/s Elizann Carroll
ELIZANN CARROLL
Texas State Bar No. 00787209
JUNEAU, BOLL & WARD, P.L.L.C.
15301 Spectrum Dr., Suite 300
Addison Texas 75001
(972) 866-8333
(972) 866-8378 *fax*

MOLLY BUCK RICHARD
Texas State Bar No. 16842800
THOMPSON & KNIGHT, LLP
1700 Pacific Ave., Suite 3300
Dallas, Texas 75201
(214) 969-1700

SCOTT D. SPOONER
Heyl, Royster, Voelker & Allen
Suite 575 National City Center
1 North Old State Capital Plaza
P. O. Box 1687
Springfield, IL 62705
(217) 522-8822
(217) 523-3902 *fax*

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of April, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to Delmer Mitchell and James Hansen, counsel for Defendants, and Molly Buck Richard and Scott Spooner, counsel for Plaintiffs.

/s Elizann Carroll
ELIZANN CARROLL
State Bar No. 00787209
JUNEAU, BOLL & WARD
15301 Spectrum Dr., Suite 300
Addison Texas 75001
(972) 866-8333
(972) 866-8378 *fax*
ecarroll@juneauboll.com