**E-FILED**
Thursday, 28 April, 2005 03:56:26 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, and COMPAQ TRADEMARK B.V., )<br><br>Plaintiffs, )<br><br>vs. )<br><br>MIDWEST INFORMATION TECHNOLOGY GROUP, INC. and MICHAEL LAUBER, )<br><br>Defendants. ) | Civil Action No. 04-3055 |

## CERTIFICATE OF SERVICE

I, the undersigned, on the 28th day of April, 2005, deposited a copy of Defendant Midwest Information Technology Group, Inc.'s Supplemental Answers to Interrogatories and Supplemental Responses to Request for Production of Documents, postage prepaid, in the United States Mail, addressed to all counsel of record listed below:

Ms. Elizann Carroll
Juneau, Boll & Ward
15301 Spectrum Drive, Suite 300
Addison, TX 75001

s/_____James A. Hansen_____
James A. Hansen IL Bar #6244534
Attorney for Defendant/Counterclaim Plaintiff,
Midwest Information Technology Group, Inc.
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: jhansen@srnm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Elizann Carroll
Juneau, Boll & Ward
15301 Spectrum Drive, Suite 300
Addison, TX 75001


and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

>           s/          James A. Hansen
>           James A. Hansen IL Bar #6244534
>           Attorney for Defendant/Counterclaim Plaintiff,
>           Midwest Information Technology Group, Inc.
>           Schmiedeskamp, Robertson, Neu & Mitchell
>           525 Jersey Street, P. O. Box 1069
>           Quincy, IL 62306-1069
>           Telephone: (217) 223-3030
>           Facsimile: (217) 223-1005
>           E-mail: jhansen@srnm.com