E-FILED
Monday, 02 May, 2005  02:32:52 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, AND COMPAQ TRADEMARK B.V.<br><br>  Plaintiffs<br><br>VS.<br><br>MIDWEST INFORMATION TECHNOLOGY GROUP, INC. AND MICHAEL LAUBER,<br><br>  Defendants. | § § § § § § § § § § § § § § § Civil Action No. 04-3055 |

### PLAINTIFF'S MOTION TO DISMISS DEFENDANT MICHAEL LAUBER WITH PREJUDICE

Plaintiffs Hewlett-Packard Development Company, L.P., Hewlett-Packard Company and Compaq Trademark, B.V. (collectively "Plaintiffs") file this Motion to Dismiss Defendant Michael Lauber ("Lauber") with Prejudice and for good cause would show this Honorable Court

That Plaintiffs and Lauber have reached an amicable resolution as to all claims asserted by Plaintiffs against Lauber in this lawsuit. Therefore, Plaintiffs hereby seek to dismiss all claims asserted against Lauber with prejudice to the re-filing of same. Plaintiffs have submitted a proposed Order contemporaneously with the filing of this Motion.

WHEREFORE, Plaintiffs respectfully request that this Court dismiss all claims asserted by Plaintiffs against Defendant Michael Lauber in this lawsuit with prejudice, with costs being borne by the party incurring same.

Respectfully submitted,

/s Elizann Carroll
ELIZANN CARROLL
Texas State Bar No. 00787209
JUNEAU, BOLL & WARD, P.L.L.C.
15301 Spectrum Dr., Suite 300
Addison Texas 75001
(972) 866-8333
(972) 866-8378 *fax*

MOLLY BUCK RICHARD
Texas State Bar No. 16842800
Richard Law Group
8411 Preston Road, Suite 890
Dallas, TX 75225
(214) 206 4300
(214) 206 4330 (fax)
molly@richardlawgroup.com

SCOTT D. SPOONER
Heyl, Royster, Voelker & Allen
Suite 575 National City Center
1 North Old State Capital Plaza
P. O. Box 1687
Springfield, IL 62705
(217) 522-8822
(217) 523-3902 *fax*

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of May, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to Delmer Mitchell and James Hansen, counsel for Defendants, and Molly Buck Richard and Scott Spooner, counsel for Plaintiffs.

/s Elizann Carroll
ELIZANN CARROLL
State Bar No. 00787209
JUNEAU, BOLL & WARD
15301 Spectrum Dr., Suite 300
Addison Texas 75001
(972) 866-8333
(972) 866-8378 *fax*
ecarroll@juneauboll.com