UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, AND COMPAQ TRADEMARK B.V.,<br><br>Plaintiffs<br><br>VS.<br><br>MIDWEST INFORMATION TECHNOLOGY GROUP, INC. AND MICHAEL LAUBER,<br><br>Defendants. | Civil Action No. 04-3055 |

## ORDER GRANTING MOTION TO DISMISS MICHAEL LAUBER WITH PREJUDICE

ON THIS DAY, CAME TO BE CONSIDERED, Plaintiffs Motion to Dismiss Defendant Michael Lauber with Prejudice. After a review of the pleadings on file, including the announcement of the settlement between Plaintiffs and Defendant Lauber, the Court finds the Motion should be granted.

Accordingly, Plaintiffs' Motion to Dismiss Michael Lauber with Prejudice is hereby GRANTED and all claims asserted by Plaintiffs against Michael Lauber are hereby dismissed with prejudice. All costs will be borne by the party incurring same. Any other relief requested that is not granted herein is hereby denied.

SO ORDERED THIS ___ DAY OF _____, 2005.

_____
JUDGE PRESIDING