E-FILED
Monday, 09 May, 2005 11:21:18 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, AND COMPAQ TRADEMARK B.V.<br><br>Plaintiffs<br><br>VS.<br><br>MIDWEST INFORMATION TECHNOLOGY GROUP, INC. AND MICHAEL LAUBER,<br><br>Defendants. | Civil Action No. 04-3055 |

## AGREED AMENDED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

As reported to the Court in the Status Report of April 12, 2005, Plaintiffs and Defendants reached a partial settlement of this matter, which rendered Plaintiffs' prior Motion for Leave to File Amended Complaint has been rendered moot. Now that the settlement has been completed, Plaintiffs are now filing this Agreed Amended Motion for Leave to File an Amended Complaint. The Amended Complaint is attached hereto as EXHIBIT 1. The Amended Complaint sets out the remaining claims by Plaintiffs against Defendant Midwest Information Technology Group, Inc. The parties have agreed that MITG's answer or other responsive pleading is due on or before May 31, 2005.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Agreed Motion and order Defendant to file its answer or other responsive pleading on or before May 31, 2005.

Respectfully submitted,

/s Elizann Carroll
ELIZANN CARROLL
Texas State Bar No. 00787209
JUNEAU, BOLL & WARD, P.L.L.C.
15301 Spectrum Dr., Suite 300
Addison Texas 75001
(972) 866-8333
(972) 866-8378 *fax*

MOLLY BUCK RICHARD
Texas State Bar No. 16842800
THE RICHARD LAW GROUP
8411 Preston Road, Suite 890
Dallas, TX 75225
(214) 206 4300
(214) 206 4330 *fax*

SCOTT D. SPOONER
Heyl, Royster, Voelker & Allen
Suite 575 National City Center
1 North Old State Capital Plaza
P. O. Box 1687
Springfield, IL 62705
(217) 522-8822
(217) 523-3902 *fax*

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of May, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to Delmer Mitchell and James Hansen, counsel for Defendants, and Molly Buck Richard and Scott Spooner, counsel for Plaintiffs.

/s Elizann Carroll
ELIZANN CARROLL
State Bar No. 00787209
JUNEAU, BOLL & WARD
15301 Spectrum Dr., Suite 300
Addison Texas 75001
(972) 866-8333
(972) 866-8378 *fax*
ecarroll@juneauboll.com

AGREED AMENDED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT          PAGE 2