| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|---|---|---|---|---|
| | | | 1955 Cl. 35 | measuring, data processing, analytical, and medical products; custom design of measurement and computation services; rental and leasing services for computer, electric signaling, measuring, analytical, and medical equipment; retail mail and telephone order services for data processing, calculating, medical, and analytical products in Class 42; Business networking and business management consulting services; rental and leasing services for data processing equipment in Class 35. |
| HP | 2065140 | 5/27/97 | 1983 | Chromatography chemicals; stationary and mobile phase chemical compositions for use with chromatography equipment; chemicals for use as packing and filtering materials for use with chromatography equipment. |
| HP & DESIGN | 2069931 | 6/10/97 | 1993 | Laboratory relocation services, namely, moving laboratory furnishings and equipment for others. |
| HP | 2067314 | 6/3/97 | 1993 | Laboratory relocation services, namely, moving laboratory furnishings and equipment for others. |
| HP & DESIGN | 2070017 | 6/10/97 | 1988 | Computer disaster recovery planning. |
| HP | 2070019 | 6/10/97 | 1988 | Computer disaster recovery planning. |
| HP | 2404023 | 11/14/00 | 1987 | Scanners, cameras and copiers. |
| HP & DESIGN | 2404024 | 11/14/00 | 1987 | Scanners, cameras and copiers |
| HP & DESIGN | 2017918 | 11/19/96 | 1980 | Financial services, namely purchase financing and lease financing services. |
| HP | 2015875 | 11/12/96 | 1980 | Financial services, namely purchase financing and lease financing services |
| HP | 2539942 | 2/19/02 | 1994 | Internet consulting services, namely, providing assistance to others in developing internet portals and creating business processes for use in the field of electronic commerce; consulting services in the field of internet and intranet network security; computer infrastructure hosting services, namely, providing computer hardware, computer software, computer peripherals and |

| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|---|---|---|---|---|
| | | | | related operational and support services to others on a subscription or pay-per-use basis; providing leased-time access to software applications via the internet; information technology management and consulting services. |
| HP-GL | 1489998 | 5/31/88 | 1977 Cl. 16<br><br>1977 Cl. 9 | Graphics language computer programs user manuals, pamphlets and guidebooks in Class 16; Correction graphics language computer programs in Class 9. |
| HP DIRECT & DESIGN | 1761887 | 3/30/93 | 1987 | Mail order catalog services featuring computer systems, peripherals, supplies, parts, paper, magnetic storage media, and related goods. |
| HP HEWLETT PACKARD & DESIGN | 1850493 | 8/23/94 | 1980 Cl. 9<br><br>1980 Cl. 10<br><br>1980 Cl. 16<br><br>1980 Cl. 36<br><br>1980 Cl. 37<br><br>1980 Cl. 41<br><br>1980 Cl. 42<br><br>1980 Cl. 9 | House mark for computers, computer software, data processing and data storage systems and parts therefor; printers and parts therefor; electronic test and measurement systems and parts therefor; semiconductors; facsimile machines; analytical instruments and parts therefor in Class 9; House mark for medical equipment; namely, ultrasound imaging devices, cardiovascular, cardiographic, respiratory, fetal-maternal monitoring and recording instruments and attachments therefor; resuscitation equipment in Class 10; Newsletters, periodicals, pamphlets, books, catalogs, product and system application notes, technical bulletins, product and system operating and service manuals, all relating to electrical, data processing, measuring, scientific, computing and medical equipment; printing, graph and computer paper; pens; and print heads for printers, plotters and data recorders in Class 16; Financial services; namely, lease financing and purchase financing in Class 36; Maintenance, installation and repair of electronic data processing, medical and analytical equipment in |

| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|---|---|---|---|---|
| | | | | Class 37; Seminars and training courses in the fields of science, engineering, computer systems, health care, and business; production of video and audio recordings for others in Class 41; Consulting services in the field of computer electronics, signaling, measuring, data processing, analytical and medical products; calibration and custom design of measurement computation and network systems; rental and leasing services for computer electronic signaling, measuring analytical and medical equipment; retail, mail and telephone order services for data processing, calculating, medical and analytical products, computer programming services in Class 42; Toner cartridges in Class 9. |
| HP VISUALIZE | 2414234 | 12/19/00 | 1995 | Computer hardware and software for use in the field of computer graphics, and user manuals supplied therewith. |
| HP RTL | 2134023 | 2/3/98 | 1991 Cl. 9  1991 Cl. 16 | Connection software for printers and plotters; computer programs for graphics language applications used to print monochrome and color output in the form of engineering drawings, business graphics, textual material, and digital images; and instruction materials supplied therewith in Class 9; Computer printing system software publications, particularly technical reference manuals, user manuals, product brochures, pamphlets and guide books for graphics language applications in Class 16. |
| HP-GL/2 | 2237984 | 4/13/99 | 1990 | Hardcopy output devices, namely, plotters and printers for use with computers, and printer language software therefor. |
| HP PRINTER READY & DESIGN | 2154803 | 5/5/98 | 1996 | Computers. |
| HP PLANET PARTNERS | 2347484 | 5/2/00 | 1997 Cl. 2 | Ink filled cartridges, toner cartridges and documentation sold therewith in Class 2; |

| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|---|---|---|---|---|
| LASERJET TONER CARTRIDGE RECYCLING PROGRAM & DESIGN | | | 1997 Cl. 40 | Toner cartridge recycling in Class 40. |
| HP STAR | 2261482 | 7/13/99 | 1997 | Providing technical sale and service training to channel partners in the field of computer hardware and software. |
| HP SMALL BUSINESS SPOTLIGHT & DESIGN | 2214133 | 12/29/98 | 1997 | Business support membership program providing information and resources in the nature of web based product information, newsletters, marketing tools, and qualified sales referrals/leads for resellers of computers and computer peripherals who focus on selling to small business. |
| HP FIRSTVIEW | 2400433 | 10/31/00 | 1997 | Consulting services in the field of work flow analysis for peripherals, namely, computer printers. |
| HP REALLIFE & DESIGN | 2373423 | 8/1/00 | 1998 | Ink and ink cartridges |
| HP WORLD | 2339761 | 4/11/00 | 1996 | Printed matter, namely, newsletters, pamphlets, magazines, brochures, books, catalogs, reprints of articles and application notes, all on the subject of computers and printers; technical bulletins; product and system operating and services manuals. |
| HP WORLD | 2275713 | 9/7/99 | 1996 | Exhibitions and trade shows in the field of computers and information technology. |
| HP SELECT EXPRESS | 2309938 | 1/18/00 | 1998 | Direct shipment and delivery services for computer software, computer hardware and computer peripherals. |
| HP INVENT & DESIGN | 2474422 | 7/31/01 | 1999 Cl. 9<br><br>1999 Cl. 42<br><br>1999 Cl. 35 | House mark for computers, computer software, data processing and data storage systems and parts therefor; printers and parts therefor; electronic test and measurement systems and parts therefor; semiconductors; facsimile machines; analytical instruments and parts therefor in Class 9; Support services for computer products, network |

| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|---|---|---|---|---|
| | | | | planning and management services, computer programming services, design of computation systems, rental and leasing services for computer products in Class 42; Retail mail and telephone order services for data processing and calculating products in Class 35. |
| HP LEASE-A-JET | 2516006 | 12/11/01 | Sect 44 | Electrical, magnetic and optical data input and output apparatus for computers, namely, printers, facsimile machines, scanners, plotters, display and touch screens, voice recognition computer programs, and audio speakers in Class 9; Financial services, namely, purchase financing and lease financing services for computer hardware and computer software; and insurance services, namely, underwriting extended warranty contracts in the field of computer hardware and peripherals in Class 36; Providing information regarding the use of computer hardware and software; and rental and leasing services for computer hardware and software in Class 42. |
| HP DUALEXPRESS! | 2582818 | 6/18/02 | 1999 | Computer hardware and software for upgrading system files and guiding user through the upgrade process for use in the field of computer operating systems. |
| HP INVENT & DESIGN | 2586062 | 6/25/02 | 2000 | Toner cartridges; ink jet cartridges for printers. |
| HP INVENT & DESIGN | 2586063 | 6/25/02 | 2000 | Printed matter, namely, newsletters, periodicals, pamphlets, books, catalogs, reprints of articles, data sheets, papers all concerning computer technology and electronic commerce; technical bulletins; product and system operating and services manuals; printing paper; pens; and plastic transparency films. |
| HP INVENT & DESIGN | 2702267 | 4/1/03 | 1999 Cl. 36 1999 | Financial services, namely, purchase financing and lease financing services in Class 36; Calibration, maintenance, installation and repair of electronic, data |

| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|---|---|---|---|---|
| | | | Cl. 37 | processing, medical and analytical equipment in Class 37. |
| HP PLANET PARTNERS | 2703249 | 4/1/03 | 2001 | Maintenance, repair and refurbishing of computer hardware, computer peripherals and electronics; Recycling of computer hardware, computer peripherals and electronics. |
| HP INVENT & DESIGN | 2,711,862 | April 29, 2003 | 2000 | Internet consulting services, namely, providing assistance to others in the development of internet portals, and creating business processes for use in the field of electronic commerce; consulting services in the field of internet and intranet network security; computer infrastructure hosting services, namely providing computer hardware, computer software, computer peripherals and related operational and support services to others on a subscription or pay-per-use basis; providing leased-time access to software applications via the internet; information technology management and consulting services. |
| HP-UX | 1,801,952 | November 2, 1993 | 1983 | Computer, operating system software and instruction manuals sold therewith. |