Whois.Net

3:04-cv-03055-JES-CHE    # 47-8    Page 1 of 10

Page 1 of 2
**E-FILED**
Monday, 09 May, 2005  11:41:53 AM
Clerk, U.S. District Court, ILCD



# WHOIS information for **compaqonlineparts.com**:

```
[whois.alldomains.com]
Alldomains.com - The Leader in Corporate Domain Management
----------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
----------------------------------------------------------
```

The Data in Alldomains.com's WHOIS database is provided by Alldomains.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record.  Alldomains.com
does not guarantee its accuracy.  By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or  (2) enable high volume, automated,
electronic processes that apply to Alldomains.com (or its systems).
Alldomains.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

```
Registrant:
        MITG
        (DOM-166822)
        4220 Koch s LAne
        Quincy
        IL
        62305
        US

    Domain Name: compaqonlineparts.com

        Registrar Name: Alldomains.com
        Registrar Whois: whois.alldomains.com
        Registrar Homepage: http://www.alldomains.com

    Administrative Contact:
        Mike Lauber
        (NIC-1048779)
        4220 Kochs Ln
        P.O. Box 5208
        Quincy
        IL
        62305
        US
        mlauber@mitg.com
        +1.2172147299
        Fax- +1.2172147204
    Technical Contact, Zone Contact:
         Hostmaster
        (NIC-1048780)
        Adams Networks
```



EXHIBIT

D

```
PO Box 99
Golden
IL
62339
US
nic@adams.net
+1.2176964611
Fax- +1.2176964811

Created on..............: 2001-Nov-28.
Expires on..............: 2006-Nov-28.
Record last updated on..: 2004-Jan-28 07:33:10.

Domain servers in listed order:

NS.ADAMS.NET            216.138.0.4
LX.ADAMS.NET            216.138.0.11
NS3.ADAMS.NET           198.49.126.22
```

```
Alldomains.com - The Leader in Corporate Domain Management
----------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
----------------------------------------------------------
```

Search WHOIS records:  

## Domain Registration
Domain Pricing, Suggest-A-Name
Search by Keyword, Search Deleted Domains

## Hosting Resources
Web Plans, E-Commerce, Custom Websites
VPS, Managed Hosting, Reseller Programs

Copyright © 1997-2003

NTT/VERIO



## WHOIS information for **compaqdirectonline.com**:

```
[whois.alldomains.com]
Alldomains.com - The Leader in Corporate Domain Management
------------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
------------------------------------------------------------
```

The Data in Alldomains.com's WHOIS database is provided by Alldomains.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record.  Alldomains.com
does not guarantee its accuracy.  By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or  (2) enable high volume, automated,
electronic processes that apply to Alldomains.com (or its systems).
Alldomains.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

```
Registrant:
        MITG (DOM-166823)
        4220 Koch s Lane
        Quincy IL 62305
        US

   Domain Name: compaqdirectonline.com

        Registrar Name: Alldomains.com
        Registrar Whois: whois.alldomains.com
        Registrar Homepage: http://www.alldomains.com

   Administrative Contact:
        Mike Lauber (NIC-1048774)   CEI
        4220 Kochs Ln P.O. Box 5208
        Quincy IL 62305
        US
        mlauber@mitg.com
        +1.2172147299
        Fax- +1.2172147204
   Technical Contact, Zone Contact:
         Hostmaster (NIC-1048775)  Adams Networks
        PO Box 99
        Golden IL 62339
        US
        nic@adams.net
        +1.2176964611
        Fax- +1.2176964811

   Created on..............: 2001-Nov-28.
   Expires on..............: 2006-Nov-28.
```

```
Record last updated on..: 2004-Jan-28 07:32:10.

Domain servers in listed order:

NS.ADAMS.NET              216.138.0.4
LX.ADAMS.NET              216.138.0.11
NS3.ADAMS.NET             198.49.126.22
```

```
Alldomains.com - The Leader in Corporate Domain Management
-----------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
-----------------------------------------------------------
```

Search WHOIS records: [            ]    Submit

## Domain Registration
Domain Pricing, Suggest-A-Name
Search by Keyword, Search Deleted Domains

## Hosting Resources
Web Plans, E-Commerce, Custom Websites
VPS, Managed Hosting, Reseller Programs

Copyright © 1997-2003

**NTT/VERIO**



# WHOIS information for **compaqdirectspareparts.com**:

```
[whois.alldomains.com]
MarkMonitor.com - The Leader in Corporate Domain Management
-------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.markmonitor.com
-------------------------------------------------------
```

The Data in MarkMonitor.com's WHOIS database is provided by MarkMonitor.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record.  MarkMonitor.com
does not guarantee its accuracy.  By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or  (2) enable high volume, automated,
electronic processes that apply to MarkMonitor.com (or its systems).
MarkMonitor.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:
        CEI
        (DOM-166820)
        17 Northport Plaza hannibal
        MO
        63401 US

    Domain Name: compaqdirectspareparts.com

        Registrar Name: Alldomains.com
        Registrar Whois: whois.alldomains.com
        Registrar Homepage: http://www.alldomains.com

    Administrative Contact:
        Mike Lauber
        (NIC-1014563)
        CEI
        17 Northport Plaza hannibal
        MO
        63401 US
        mlauber@mitg.com +1.5732210535 Fax- +1.5732210599
    Technical Contact, Zone Contact:
         Hostmaster
        (NIC-1198094)
        eData Enterprises Inc.
        PO Box 99 Golden
        IL
        62339 US
        nic@adams.net +1.2176964611 Fax- +1.2176964811

    Created on.............: 2001-Nov-28.
```

```
Expires on..............: 2006-Nov-28.
Record last updated on..: 2003-Dec-01 00:11:47.

Domain servers in listed order:

NS1.BZSOLUTIONS.COM          66.180.6.9
NS2.BZSOLUTIONS.COM          66.180.6.5
```

MarkMonitor.com - The Leader in Corporate Domain Management
---------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.MarkMonitor.com
---------------------------------------------------------

Search WHOIS records: [                    ] [ Submit ]

## Domain Registration
Domain Pricing,  Suggest-A-Name
Search by Keyword,  Search Deleted Domains

## Hosting Resources
Web Plans,  E-Commerce,  Custom Websites
VPS,  Managed Hosting,  Reseller Programs

*Copyright © 1997-2003*

**NTT|VERIO**



# WHOIS information for **compaqdirectservices.com**:

```
[whois.alldomains.com]
MarkMonitor.com - The Leader in Corporate Domain Management
----------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.markmonitor.com
----------------------------------------------------------

The Data in MarkMonitor.com's WHOIS database is provided by MarkMonitor.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record.  MarkMonitor.com
does not guarantee its accuracy.  By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or  (2) enable high volume, automated,
electronic processes that apply to MarkMonitor.com (or its systems).
MarkMonitor.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:
        CEI
        (DOM-166821)
        17 Northport Plaza
        hannibal
        MO
        63401
        US

   Domain Name: compaqdirectservices.com

        Registrar Name: Alldomains.com
        Registrar Whois: whois.alldomains.com
        Registrar Homepage: http://www.alldomains.com

   Administrative Contact:
        Mike Lauber
        (NIC-1014563)
        CEI
        17 Northport Plaza
        hannibal
        MO
        63401
        US
        mlauber@mitg.com
        +1.5732210535
        Fax- +1.5732210599
   Technical Contact, Zone Contact:
         Hostmaster
         (NIC-1198091)
         eData Enterprises Inc.
```

```
        PO Box 99
        Golden
        IL
        62339
        US
        nic@adams.net
        +1.2176964611
        Fax- +1.2176964811

    Created on..............: 2001-Nov-28.
    Expires on..............: 2006-Nov-28.
    Record last updated on..: 2004-Jan-26 12:28:25.

    Domain servers in listed order:

    NS1.BZSOLUTIONS.COM          66.180.6.9
    NS2.BZSOLUTIONS.COM          66.180.6.5

MarkMonitor.com - The Leader in Corporate Domain Management
-----------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.MarkMonitor.com
-----------------------------------------------------------
```

Search WHOIS records:          Submit

## Domain Registration
Domain Pricing, Suggest-A-Name
Search by Keyword, Search Deleted Domains

## Hosting Resources
Web Plans, E-Commerce, Custom Websites
VPS, Managed Hosting, Reseller Programs

Copyright © 1997-2003

**NTT/VERIO**



## WHOIS information for **compaqdirectparts.com**:

```
[whois.alldomains.com]
MarkMonitor.com - The Leader in Corporate Domain Management
---------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.markmonitor.com
---------------------------------------------------------
```

The Data in MarkMonitor.com's WHOIS database is provided by MarkMonitor.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record.  MarkMonitor.com
does not guarantee its accuracy.  By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or  (2) enable high volume, automated,
electronic processes that apply to MarkMonitor.com (or its systems).
MarkMonitor.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:
       Ceiparts
       (DOM-56502)
       4220 Kochs Ln
       P.O. Box 5208
       Quincy
       IL
       62305
       US

    Domain Name: compaqdirectparts.com

       Registrar Name: Alldomains.com
       Registrar Whois: whois.alldomains.com
       Registrar Homepage: http://www.alldomains.com

    Administrative Contact:
       Mike Lauber
       (NIC-190699)
       4220 Kochs Ln
       P.O. Box 5208
       Quincy
       IL
       62305
       US
       mlauber@mitg.com
       +1.2172147299
       Fax- +1.2172147204
    Technical Contact, Zone Contact:
        Hostmaster
        (NIC-190700)

```
        Adams Networks
        PO Box 99
        Golden
        IL
        62339
        US
        nic@adams.net
        +1.2176964611
        Fax- +1.2176964811

    Created on..............: 2001-Feb-05.
    Expires on..............: 2007-Feb-05.
    Record last updated on..: 2003-Dec-01 00:11:47.

    Domain servers in listed order:

    LX.ADAMS.NET                216.138.0.11
    NS.ADAMS.NET                216.138.0.4

MarkMonitor.com - The Leader in Corporate Domain Management
----------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.MarkMonitor.com
----------------------------------------------------------
```

Search WHOIS records:                      [ Submit ]

## Domain Registration
Domain Pricing,  Suggest-A-Name
Search by Keyword,  Search Deleted Domains

## Hosting Resources
Web Plans,  E-Commerce,  Custom Websites
VPS,  Managed Hosting,  Reseller Programs

*Copyright © 1997-2003*

**NTT/VERIO**