## Schmiedeskamp, Robertson, Neu & Mitchell
### LAWYERS
525 JERSEY
P.O. BOX 1069
Quincy, Illinois
62306

RICHARD D. NEU
DELMER R. MITCHELL
DENNIS W. GORMAN
WILLIAM G. KELLER, JR.
WILLIAM M. McCLEERY, JR.
TED M. NIEMANN
GENA J. AWERKAMP*
BRETT K. GORMAN*
HAROLD B. OAKLEY*
MICHAEL A. BICKHAUS*
DAVID G. PENN
JAMES A. HANSEN*
GREGORY A. PRATT
ANDREW K. CASHMAN*
MELINDA S. MADISON**
MAREO E. EDGAR

*ALSO LICENSED IN MISSOURI
**ALSO LICENSED IN NEW YORK

CARL G. SCHMIEDESKAMP (1898-1967)
JOHN T. ROBERTSON (1916-1995)

(217) 223-3030

FAX (217) 223-1005

www.srnm.com

F.E.I.N. 37-0670873

February 6, 2004

**VIA FACSIMILE**

Molly Buck Richard
Thompson & Knight, LLP
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201-4693

Re:  Hewlett Packard - MITG, Inc.

Dear Molly:

I am in receipt of your letter dated February 2, 2004, regarding the referenced matter. While your letter was sufficiently strident and threatening, it was not particularly convincing in terms of explaining how MITG, Inc.'s continued use of the domain name hpdirectonline.com will violate either Hewlett Packard's or Compaq's intellectual property rights. In this regard, while you make reference to Compaq's or Hewlett Packard's "marks" being potentially infringed upon by such use, you do not indicate what particular marks those are.

Further, and as we discussed, it is MITG, Inc.'s intent to have the attached script as a flash up to appear which explains the situation and in which states that consumers wishing to buy parts direct from Hewlett Packard can go directly to hp.com. A link will permit them to do so. In light thereof, MITG, Inc.'s continued use of the domain names appears to be outside of any violation of the Anticybersquatting Consumer Protection Act (the "Act") you cited to us.

Perhaps, as indicated above, your further explanation of the manner in which MITG, Inc.'s use of the domain name would violate the Act would prove convincing but at this point it is my client's continued intention not to transfer these domain names to Hewlett Packard. Best regards.

Yours truly,

Schmiedeskamp, Robertson, Neu & Mitchell

William M. McCleery, Jr.

EXHIBIT F

WMM/als

For the past three (3) years or so, HP Direct Online services have been provided to you by a company called MITG, Inc.

As of Friday February 7th, at 6:00P.M CST, HP will no longer offer HP Direct Online through MITG, Inc. as a multi-vendor parts solution to its customers.

Thereafter, if you wish to purchase your parts through HP you need to go to the following site www.hp.com. However, even though we will no longer be associated with HP Direct Online, MITG, Inc. can continue to provide you with the exact same service and processes to which you have become accustomed.

In order for us to do so, you must establish an account with MITG. This can be done in exactly the same fashion as you have become accustomed. It will take less than 48 hrs. on average to set up your account and have it online. You can reach us at www.parts.mitg.com or www.mitg.com.

So, with that in mind, we are proud to have served you for the past 3 years, and we hope you will consider doing future business with MITG, Inc.