

## WHOIS information for **hponlineparts.com**:

```
[whois.alldomains.com]
Alldomains.com - The Leader in Corporate Domain Management
----------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
----------------------------------------------------------

The Data in Alldomains.com's WHOIS database is provided by Alldomains.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record. Alldomains.com
does not guarantee its accuracy. By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or  (2) enable high volume, automated,
electronic processes that apply to Alldomains.com (or its systems).
Alldomains.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:
        Mike Lauber (DOM-177515)
        4220 Kochs Ln P.O. Box 5208
        Quincy IL 62305
        US

     Domain Name: hponlineparts.com

        Registrar Name: Alldomains.com
        Registrar Whois: whois.alldomains.com
        Registrar Homepage: http://www.alldomains.com

     Administrative Contact:
        Mike Lauber (NIC-1492967)
        4220 Kochs Ln P.O. Box 5208
        Quincy IL 62305
        US
        mlauber@mitg.com
        +1.2172147299
        Fax- +1.2172147204
     Technical Contact, Zone Contact:
         Hostmaster (NIC-1196756)   Adams Networks
        PO Box 99
        Golden IL 62339
        US
        nic@adams.net
        +1.2176964611
        Fax- +1.2176964811

     Created on..............: 2002-Jan-02.
     Expires on..............: 2007-Jan-02.
```



EXHIBIT E

http://whois.org/whois.cgi?d=hponlineparts.com                              2/6/2004

```
Record last updated on..: 2004-Jan-28 07:28:12.

Domain servers in listed order:

LX.ADAMS.NET                    216.138.0.11
NS.ADAMS.NET                    216.138.0.4
```

Alldomains.com - The Leader in Corporate Domain Management
----------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
----------------------------------------------------------

Search WHOIS records: [          ] [Submit]

**Domain Registration**
Domain Pricing, Suggest-A-Name
Search by Keyword, Search Deleted Domains

**Hosting Resources**
Web Plans, E-Commerce, Custom Websites
VPS, Managed Hosting, Reseller Programs

Copyright © 1997-2003

NTT/VERIO

http://whois.org/whois.cgi?2d=hponlineparts.com

2/6/2004



## WHOIS information for **hpdirectonline.com**:

```
[whois.alldomains.com]
Alldomains.com - The Leader in Corporate Domain Management
----------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
----------------------------------------------------------

The Data in Alldomains.com's WHOIS database is provided by Alldomains.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record.  Alldomains.com
does not guarantee its accuracy.  By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or  (2) enable high volume, automated,
electronic processes that apply to Alldomains.com (or its systems).
Alldomains.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:
        Mike Lauber (DOM-177514)
        4220 Kochs Ln P.O. Box 5208
        Quincy IL 62305
        US

    Domain Name: hpdirectonline.com

        Registrar Name: Alldomains.com
        Registrar Whois: whois.alldomains.com
        Registrar Homepage: http://www.alldomains.com

    Administrative Contact:
        Mike Lauber (NIC-1492903)
        4220 Kochs Ln P.O. Box 5208
        Quincy IL 62305
        US
        mlauber@mitg.com
        +1.2172147299
        Fax- +1.2172147204
    Technical Contact, Zone Contact:
         Hostmaster (NIC-1196750)   Adams NetWorks
        PO Box 99
        Golden IL 62339
        US
        nic@adams.net
        +1.2176964611
        Fax- +1.2176964811

    Created on..............: 2002-Jan-02.
    Expires on..............: 2007-Jan-02.
```

```
Record last updated on..: 2004-Jan-28 07:27:16.

Domain servers in listed order:

LX.ADAMS.NET                    216.138.0.11
NS.ADAMS.NET                    216.138.0.4

Alldomains.com - The Leader in Corporate Domain Management
-----------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
-----------------------------------------------------------
```

Search WHOIS records: [        ] Submit

## Domain Registration
Domain Pricing, Suggest-A-Name
Search by Keyword, Search Deleted Domains

## Hosting Resources
Web Plans, E-Commerce, Custom Websites
VPS, Managed Hosting, Reseller Programs

Copyright © 1997-2003

NTT/VERIO

http://whois.org/whois.cgi?2d=hpdirectonline.com         2/6/2004

# Whois.Net
## DOMAIN-BASED RESEARCH SERVICES

## WHOIS information for hpdirectonlineparts.com:

```
[whois.alldomains.com]
Alldomains.com - The Leader in Corporate Domain Management
----------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
----------------------------------------------------------

The Data in Alldomains.com's WHOIS database is provided by Alldomains.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record.  Alldomains.com
does not guarantee its accuracy.  By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or  (2) enable high volume, automated,
electronic processes that apply to Alldomains.com (or its systems).
Alldomains.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:
      Mike Lauber
      (DOM-177510)
      4220 Kochs Ln
      P.O. Box 5208
      Quincy
      IL
      62305
      US

   Domain Name: hpdirectonlineparts.com

      Registrar Name: Alldomains.com
      Registrar Whois: whois.alldomains.com
      Registrar Homepage: http://www.alldomains.com

   Administrative Contact:
      Mike Lauber
      (NIC-1548741)
      4220 Kochs Ln
      P.O. Box 5208
      Quincy
      IL
      62305
      US
      mlauber@mitg.com
      +1.2172147299
      Fax- +1.2172147204
   Technical Contact, Zone Contact:
       Hostmaster
       (NIC-1196751)
```

```
Adams Networks
PO Box 99
Golden
IL
62339
US
nic@adams.net
+1.2176964611
Fax- +1.2176964811

Created on..............: 2002-Jan-02.
Expires on..............: 2007-Jan-02.
Record last updated on..: 2003-Dec-01 00:12:06.

Domain servers in listed order:

LX.ADAMS.NET              216.138.0.11
NS.ADAMS.NET              216.138.0.4
```

Alldomains.com - The Leader in Corporate Domain Management
--------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
--------------------------------------------------------

Search WHOIS records: [        ] Submit

**Domain Registration**
Domain Pricing, Suggest-A-Name
Search by Keyword, Search Deleted Domains

**Hosting Resources**
Web Plans, E-Commerce, Custom Websites
VPS, Managed Hosting, Reseller Programs

Copyright © 1997-2003

NTT/VERIO

http://whois.org/whois.cgi?2d=hpdirectonlineparts.com



## WHOIS information for hpdirectspareparts.com:

```
[whois.alldomains.com]
MarkMonitor.com - The Leader in Corporate Domain Management
-----------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.markmonitor.com
-----------------------------------------------------------

The Data in MarkMonitor.com's WHOIS database is provided by MarkMonitor.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record.  MarkMonitor.com
does not guarantee its accuracy.  By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or  (2) enable high volume, automated,
electronic processes that apply to MarkMonitor.com (or its systems).
MarkMonitor.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:
        Mike Lauber
        (DOM-177509)
        4220 Kochs Ln
        P.O. Box 5208 Quincy
        IL
        62305 US

   Domain Name: hpdirectspareparts.com

        Registrar Name: Alldomains.com
        Registrar Whois: whois.alldomains.com
        Registrar Homepage: http://www.alldomains.com

   Administrative Contact:
        Mike Lauber
        (NIC-1567175)
        4220 Kochs Ln
        P.O. Box 5208 Quincy
        IL
        62305 US
        mlauber@mitg.com +1.2172147299 Fax- +1.2172147204
   Technical Contact, Zone Contact:
         Hostmaster
        (NIC-1196755)
        Adams Networks
        PO Box 99 Golden
        IL
        62339 US
        nic@adams.net +1.2176964611 Fax- +1.2176964811
```

```
Created on..............: 2002-Jan-02.
Expires on..............: 2007-Jan-02.
Record last updated on..: 2003-Dec-01 00:12:06.

Domain servers in listed order:

NS1.BZSOLUTIONS.COM              66.180.6.9
LX.ADAMS.NET                     216.138.0.11
NS2.BZSOLUTIONS.COM              66.180.6.5
NS.ADAMS.NET                     216.138.0.4

MarkMonitor.com - The Leader in Corporate Domain Management
-----------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.MarkMonitor.com
-----------------------------------------------------------
```

Search WHOIS records: [          ] Submit

**Domain Registration**
Domain Pricing, Suggest-A-Name
Search by Keyword, Search Deleted Domains

**Hosting Resources**
Web Plans, E-Commerce, Custom Websites
VPS, Managed Hosting, Reseller Programs

Copyright © 1997-2003

NTT/VERIO



## WHOIS information for hpdirectservices.com:

```
[whois.alldomains.com]
MarkMonitor.com - The Leader in Corporate Domain Management
-----------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.markmonitor.com
-----------------------------------------------------------

The Data in MarkMonitor.com's WHOIS database is provided by MarkMonitor.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record.  MarkMonitor.com
does not guarantee its accuracy.  By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or  (2) enable high volume, automated,
electronic processes that apply to MarkMonitor.com (or its systems).
MarkMonitor.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:
        Mike Lauber (DOM-177508)
        4220 Kochs Ln P.O. Box 5208 Quincy IL 62305 US

    Domain Name: hpdirectservices.com

        Registrar Name: Alldomains.com
        Registrar Whois: whois.alldomains.com
        Registrar Homepage: http://www.alldomains.com

    Administrative Contact:
        Mike Lauber (NIC-1567167)
        4220 Kochs Ln P.O. Box 5208 Quincy IL 62305 US
        mlauber@mitg.com +1.2172147299 Fax- +1.2172147204
    Technical Contact, Zone Contact:
         Hostmaster (NIC-1196754)   Adams Networks
        PO Box 99 Golden IL 62339 US
        nic@adams.net +1.2176964611 Fax- +1.2176964811

    Created on..............: 2002-Jan-02.
    Expires on..............: 2007-Jan-02.
    Record last updated on..: 2003-Dec-01 00:12:06.

    Domain servers in listed order:

    NS1.BZSOLUTIONS.COM             66.180.6.9
    LX.ADAMS.NET                    216.138.0.11
    NS2.BZSOLUTIONS.COM             66.180.6.5
    NS.ADAMS.NET                    216.138.0.4

MarkMonitor.com - The Leader in Corporate Domain Management
```

```
------------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.MarkMonitor.com
------------------------------------------------------------
```

Search WHOIS records: [ Submit ]

**Domain Registration**
Domain Pricing, Suggest-A-Name
Search by Keyword, Search Deleted Domains

**Hosting Resources**
Web Plans, E-Commerce, Custom Websites
VPS, Managed Hosting, Reseller Programs

Copyright © 1997-2003

NTT/VERIO