## Schmiedeskamp, Robertson, Neu & Mitchell
### LAWYERS
525 JERSEY
P.O. BOX 1069

**Quincy, Illinois**
62306

DELMER R. MITCHELL
DENNIS W. GORMAN
JERRY L. BRENNAN
WILLIAM O. KELLER, JR.
WILLIAM M. McCLEERY, JR.
TED M. NIEMANN
GENA J. AWERKAMP*
BRETT K. GORMAN*
HAROLD B. OAKLEY*
MICHAEL A. BICKHAUS*
DAVID G. PENN
JAMES A. HANSEN*
GREGORY A. PRATT
BABETTE L. BRENNAN*
ANDREW K. CASHMAN*
MELINDA S. MADISON**

*ALSO LICENSED IN MISSOURI
**ALSO LICENSED IN NEW YORK

CARL G. SCHMIEDESKAMP (1898-1987)
JOHN T. ROBERTSON (1916-1995)

RICHARD B. NEU • RETIRED

(217) 223-3030

FAX (217) 223-1005

www.srnm.com

F.E.I.N. 37-0670873

May 9, 2005

**VIA FACSIMILE & U.S. MAIL**
Elizann Carroll
Juneau, Boll & Ward
15301 Spectrum Dr., Ste. 300
Addison, TX. 75001

Re:   Hewlett Packard v. MITG, Inc. and Michael Lauber
      Cause No. 04-3055; United States Central District of Illinois

Dear Elizann:

I am in receipt of your letter faxed on May 5, 2005 regarding discovery issues. This will constitute our response.

We will agree to supplement any information we have or can obtain as to company addresses, phone numbers or individuals that have not already been disclosed for Interrogatory 2 which necessarily will respond then to Interrogatories 3, 7, 9 10, and 11.

Your request for documentation and answers as to Interrogatories 4, 8 and Requests 3-5, 10 and 11 is an end run to try and get documentation we refused to turn over earlier to you in this case when you requested the same material. Our position has not changed. We disagree with your assessment and position as stated in paragraph 3 of your letter and stand by the answers given.

We stand by our answer to interrogatory number 5. We hereby supplement Request No. 12 and state that any documents not subject to the attorney client or work product privilege have been identified, exchanged and produced already.

Until I have something more concrete as what you plan to ask the court regarding extending the discovery deadline I cannot comment one way or the other. If it is simply deposition scheduling we can discuss that at any time. Further, as to re-deposing MITG personnel I will not consent one way or the other until we have spoken with regard to the area you think need inquiring.

Any issues not resolved herein will require Court involvement from our perspective.

Very truly yours,

James A. Hansen

JAH/pls
cc: Delmer Mitchell