3:04-cv-03055-JES-CHE    # 49-14    Page 1 of 5

E-FILED
Thursday, 12 May, 2005 03:56:22 PM
Clerk, U.S. District Court, ILCD

```
24    A. Of last year.
25    Q. All right.  And did you -- you said that
```

1  after hearing this from the sales rep you contacted
2  or somebody for MITG contacted their legal counsel?
3    A. I believe that's who we were referred to.
4  I can't honestly say.
5    Q. Okay.  Did you personally, Ron Haught, talk
6  to this legal counsel or other representatives that
7  the sales people referred you to?
8    A. No.
9    Q. Okay.  Did anyone from MITG do that?
10   A. I believe Mr. Rice did.
11   Q. And do you know is there any documentation
12 that you might have that would indicate who Mr. Rice
13 heard from on the sales part or who he talked to from
14 the legal department, do you know?
15   A. No, not that I know of.
16       MR. HANSEN:  If we have it.  I think he has
17 served, you have served me a request for production,
18 didn't you?
19   Q. Yeah.  And you don't know who the HP, no
20 report as to the HP person was?
21   A. No.
22   Q. And there was, I believe, some testimony
23 yesterday, and correct me if I'm wrong in terms of
24 whether you have heard this, that one of the things
25 that was communicated to Avnet was that MITG was no

Page 253

1 longer an authorized part reseller of Compaq or HP
2 parts. Did you hear something along those lines that
3 had been reported to Avnet?
4    A. Yes.
5    Q. Okay. And that statement is true after the
6 end of the Standard Support Agreement, correct?
7    A. That is correct, but that's not the form
8 for which the statement I heard.
9    Q. Well, what was the -- when you say that,
10 what do you mean?
11    A. It was an expanded statement. I mean,
12 that's the short of it.
13    Q. Go ahead and tell me.
14    A. My understanding of the statement is that
15 we were no longer an authorized reseller because we
16 did not sell approved HP Compaq product.
17    Q. Okay. Well, that is a true statement if
18 you were not getting, since you were no longer
19 getting Compaq or HP parts directly from HP?
20    A. I wasn't getting most of those parts from
21 HP directly anyway.
22    Q. Well, what kind of parts was Avnet
23 purchasing from MITG during the time of the Standard
24 Support Agreement, or at least prior to this contact
25 from HP?

Page 254

1    A. Typically they were parts that were not

```
24  Support Agreement, or at least prior to this contact
25  from HP?
```

Page 254

```
 1      A. Typically they were parts that were not
 2  available on CSN or through their channels.  They
 3  were more to your unavailable product.
 4      Q. Do you have any -- do you believe you have
 5  any records that would show what percentage, if any,
 6  of Avnet's purchases from MITG were CSN parts versus
 7  service parts?
 8      A. I don't know.  I don't think so.
 9      Q. Okay.  Well, when they were purchasing
10  things, I understand that during this time of the
11  Standard Support Agreement a spread sheet would have
12  been created to get sent in for the sourced parts.
13  Did you get any records so we could go through the,
14  all the spread sheets and look for Avnet and see what
15  they bought, any records of what people were ordering
16  from CSN?
17      A. Well, let me rephrase my earlier statement
18  so it clears it up for you.  The product that they
19  would have ordered that would have come through CSN
20  or whathave you, whatever channels, we would have
21  never received those orders.  We only received orders
22  that were not available through their typical HP
23  channel.  So, for instance, if they wanted a part and
24  it was available through HP, they would have procured
25  it through HP.  If it was not available through HP,
```



**Gina L. Nottingham, C.S.R.**

1  then they would have come to us. This visit happened
2  after that.
3    Q. All right. So you are saying that you
4  heard from Mr. Rice who heard from sales people and/
5  or legal counsel for Avnet that HP told them not to
6  do business with MITG and that business that was
7  being referred to was the acquisition of multivendor
8  parts?
9    A. Multivendor or -- correct. It could have
10 been HP Compaq product if it was not available.
11   Q. Legacy?
12   A. Legacy Compaq, correct.
13   Q. All right. Did you -- have you ever --
14 have you personally ever followed up with anyone from
15 Avnet to try to get back in the door, as it were, for
16 that business?
17   A. Have I personally?
18   Q. Yes.
19   A. No.
20   Q. Do you know if Mr. Rice has, for example,
21 gone to them and said, hey, HP still orders third
22 party parts from us on occasion. Why don't you ask
23 HP, because I'm sure that will be all right. Do you
24 know if he has ever tried to make that --
25   A. Huh-uh.

1    Q. -- contact with them?

Page 256

1   Q. -- contact with them?
2   A. No. I mean, after we were told that, then
3 all communication with Avnet's been shut off.
4   Q. And is it true that MITG at times purchased
5 product from Avnet?
6   A. I don't have a clue.
7   Q. Okay.
8   A. Baxter Healthcare, what do you know about
9 the alleged tortious interference with Baxter
10 Healthcare?
11   A. Very similar situation. They received a
12 visit, and subsequent to that visit all communication
13 was cut off.
14   Q. All right. Do you know who at Baxter
15 Healthcare -- well, I take it that somebody at MITG
16 told you about the conversation with Baxter
17 Healthcare?
18   A. That's correct.
19   Q. Who?
20   A. I believe that conversation would have come
21 from -- I can see her face even. Stephanie.
22   Q. Hays?
23       MR. HANSEN: Boden.
24       THE WITNESS: Boden, thank you. Stephanie
25 Boden, I believe.