E-FILED
Friday, 13 May, 2005  03:36:49 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, and COMPAQ TRADEMARK B.V., <br><br>Plaintiffs, <br><br>vs. <br><br>MIDWEST INFORMATION TECHNOLOGY GROUP, INC., <br><br>Defendant. | Civil Action No. 04-3055 |

## CERTIFICATE OF SERVICE

I, the undersigned, on the 13th day of May, 2005, deposited a copy of Defendant Midwest Information Technology Group, Inc.'s Second Interrogatories Direct to Plaintiffs, postage prepaid, in the United States Mail, addressed to all counsel of record listed below:

Ms. Elizann Carroll
Juneau, Boll & Ward
15301 Spectrum Dr., Ste. 300
Addison, TX. 75001

s/_____James A. Hansen_____
James A. Hansen IL Bar #6244534
Attorney for Defendant/Counterclaim Plaintiff,
Midwest Information Technology Group, Inc.
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: jhansen@srnm.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Ms. Elizann Carroll
>Juneau, Boll & Ward
>15301 Spectrum Dr., Ste. 300
>Addison, TX 75001

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

>s/      James A. Hansen
>James A. Hansen IL Bar #6244534
>Attorney for Defendant/Counterclaim Plaintiff,
>Midwest Information Technology Group, Inc.
>Schmiedeskamp, Robertson, Neu & Mitchell
>525 Jersey Street, P. O. Box 1069
>Quincy, IL 62306-1069
>Telephone: (217) 223-3030
>Facsimile: (217) 223-1005
>E-mail: jhansen@srnm.com