UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, and COMPAQ TRADEMARK B.V., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | Civil Action No. 04-3055 |
| MIDWEST INFORMATION TECHNOLOGY GROUP, INC., | ) ) ) | **JURY DEMAND REQUESTED** |
| Defendant. | ) | |

**DEFENDANT'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Comes now Defendant, Midwest Information Technology Group, Inc. ("MITG"), by and through its attorneys, Schmiedeskamp, Robertson, Neu & Mitchell, and states as follows as its Answer to Plaintiffs' First Amended Complaint:

I.
**PARTIES**

1.  Defendant has insufficient knowledge to either admit or deny the allegations contained within this paragraph and therefore denies same.

2.  Defendant admits the allegations contained within this paragraph.

II.
**JURISDICTION AND VENUE**

3.  Defendant admits the allegations contained within this paragraph.

4.  Defendant admits the allegations contained within this paragraph.

1

5.   Defendant admits the allegations contained within this paragraph.

### III.
### FACTUAL BACKGROUND

6.   Defendant has insufficient knowledge to either admit or deny the allegations contained within this paragraph and therefore denies same.

7.   Defendant admits that a chart listing Hewlett-Packard's registration for the HP Marks at the United States Patent and Trademark Office is set forth in Exhibit A to Plaintiffs' Amended Complaint. Defendant denies the remaining allegations contained within this paragraph.

8.   Defendant has insufficient knowledge to either admit or deny the allegations contained within this paragraph and therefore denies same.

9.   Defendant denies the allegations contained within this paragraph.

10.   Defendant denies the allegations contained within this paragraph.

11.   Defendant denies the allegations contained within this paragraph.

12.   Defendant denies the allegations contained within this paragraph.

13.   Defendant has insufficient knowledge to either admit or deny the allegations contained within this paragraph and therefore denies same.

14.   Defendant admits that a chart listing the applicable registrations for the Compaq Marks with the United States Patent and Trademark Office are set forth in Exhibit B of Plaintiffs' Amended Complaint. Defendant denies the remaining allegations contained within this paragraph.

15.   Defendant has insufficient knowledge to either admit or deny the allegations contained within this paragraph and therefore denies same.

16.  Defendant denies the allegations contained within this paragraph.

## IV.
## **DEFENDANT'S INFRINGEMENT OF HEWLETT PACKARD'S TRADEMARKS**

17.  Defendant admits the allegations contained within this paragraph.

18.  Defendant admits that in 2001, it registered the internet domain names stated in this paragraph and that Michael Lauber, an employee of MITG at the time, was listed as the administrative contact on the registrations. MITG denies the remaining allegations contained within this paragraph.

19.  Defendant admits that in January 2002 its employee Lauber registered the internet domain names listed in this paragraph but denies the remaining allegations contained within this paragraph.

20.  Defendant admits the allegations contained within this paragraph.

21.  Defendant admits the allegations contained within this paragraph.

22.  Defendant admits that on or about February 2, 2004, Hewlett Packard contacted Defendant and requested that Defendant assign the Domain Names to Hewlett Packard but Defendant denies the remaining allegations contained within this paragraph.

23.  Defendant denies the allegations contained within this paragraph.

24.  Defendant denies the allegations contained within this paragraph.

25.  Defendant denies the allegations contained within this paragraph.

26.  Defendant denies the allegations contained within this paragraph.

27.  Defendant denies the allegations contained within this paragraph.

## V.
## FEDERAL TRADEMARK INFRINGEMENT UNDER 15 U.S.C. §1114

28. Defendant hereby adopts and incorporates by reference its responses to paragraphs 1 through 27 above as if fully set forth herein.

29. Defendant denies the allegations contained within this paragraph.

30. Defendant denies the allegations contained within this paragraph.

31. Defendant denies the allegations contained within this paragraph.

32. Defendant denies the allegations contained within this paragraph.

33. Defendant denies the allegations contained within this paragraph.

34. Defendant denies the allegations contained within this paragraph.

35. Defendant denies the allegations contained within this paragraph.

## VI.
## FEDERAL LANHAM ACT VIOLATION UNDER 15 U.S.C. §1125(a)

36. Defendant hereby adopts and incorporates by reference its responses to paragraphs 1 through 35 above as if fully set forth herein.

37. Defendant denies the allegations contained within this paragraph.

38. Defendant denies the allegations contained within this paragraph.

39. Defendant denies the allegations contained within this paragraph.

40. Defendant denies the allegations contained within this paragraph.

41. Defendant denies the allegations contained within this paragraph.

## VII.
## COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

42. Defendant hereby adopts and incorporates by reference its responses to

paragraphs 1 through 41 above as if fully set forth herein.

43.  Defendant denies the allegations contained within this paragraph.

44.  Defendant denies the allegations contained within this paragraph.

45.  Defendant denies the allegations contained within this paragraph.

46.  Defendant denies the allegations contained within this paragraph.

WHEREFORE, Defendant, Midwest Information Technology Group, Inc., hereby requests that Plaintiffs' First Amended Complaint be dismissed in its entirety and that judgment be rendered in favor of Defendant and against Plaintiffs, including all attorneys fees and costs expended hereby Defendant, for this Court to deny all relief sought by Plaintiffs including subparagraphs (1) through (5) and for such other and further relief as this Court deems just and proper.

## AFFIRMATIVE DEFENSES

1.  As set forth in Defendant's hereinafter pled Amended Counterclaim, Plaintiffs' have breached various contracts with Defendant and therefore Plaintiffs' claims are barred by the Doctrine of Unclean Hands.

2.  Plaintiffs' claims are barred as this matter has already been arbitrated at Plaintiffs' request and a binding decision against Plaintiffs and in favor of Defendant has been awarded.

3.  Plaintiffs' claims are barred based on Plaintiffs' consent to the use of the domain names by Defendant.

WHEREFORE, Defendant Midwest Information Technology Group, Inc. hereby requests that this Court deny Plaintiffs' requests for relief including subparagraphs (1) through (5), dismiss Plaintiffs' First Amended Complaint with prejudice, award Defendant its costs and

attorney's fees expended herein, and for such other and further relief as the Court deems just and proper.

## AMENDED COUNTERCLAIM OF DEFENDANT

Defendant Midwest Information Technology Group, Inc. hereby adopts and incorporates by reference its previously filed Amended Counterclaim against Plaintiffs as if fully set forth herein.

                        s/          James A. Hansen
                        James A. Hansen IL Bar #6244534
                        Attorneys for Defendant/Counterclaim Plaintiff,
                        Midwest Information Technology Group, Inc.
                        Schmiedeskamp, Robertson, Neu & Mitchell
                        525 Jersey Street, P. O. Box 1069
                        Quincy, IL 62306-1069
                        Telephone: (217) 223-3030
                        Facsimile: (217) 223-1005
                        E-mail: jhansen@srnm.com

CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Elizann Carroll
>Juneau, Boll & Ward
>15301 Spectrum Drive, Suite 300
>Addison, TX 75001

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

>s/_____James A. Hansen_____
>James A. Hansen IL Bar #6244534
>Attorney for Defendant/Counterclaim Plaintiff,
>Midwest Information Technology Group, Inc.
>Schmiedeskamp, Robertson, Neu & Mitchell
>525 Jersey Street, P. O. Box 1069
>Quincy, IL 62306-1069
>Telephone: (217) 223-3030
>Facsimile: (217) 223-1005
>E-mail: jhansen@srnm.com