E-FILED
Monday, 23 May, 2005 03:39:39 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, and COMPAQ TRADEMARK B.V., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No. 04-3055 |
| MIDWEST INFORMATION TECHNOLOGY GROUP, INC., | ) ) ) ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION
FOR PROTECTION RELATING TO DISCOVERY**

Comes now Defendant, **MIDWEST INFORMATION TECHNOLOGY GROUP, INC.** ("MITG"), by and through its counsel, SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL and for its Response to Plaintiffs' Motion for Protection Relating to Untimely Served Discovery by Defendant MITG states as follows:

Defendant has withdrawn the discovery request submitted to Plaintiffs as referenced in the Motion and therefore said Motion is moot.

s/      James A. Hansen
James A. Hansen IL Bar #6244534
Attorney for Defendant,
Midwest Information Technology Group, Inc.
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: jhansen@srnm.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 23rd day of May, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Elizann Carroll
        Juneau, Boll & Ward
        15301 Spectrum Drive, Suite 300
        Addison, TX 75001

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

        s/        James A. Hansen
        James A. Hansen IL Bar #6244534
        Attorney for Defendant,
        Midwest Information Technology Group, Inc.
        Schmiedeskamp, Robertson, Neu & Mitchell
        525 Jersey Street, P. O. Box 1069
        Quincy, IL 62306-1069
        Telephone: (217) 223-3030
        Facsimile: (217) 223-1005
        E-mail: jhansen@srnm.com