E-FILED
Friday, 01 July, 2005   03:43:10 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, and COMPAQ TRADEMARK B.V., | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Civil Action No. 04-3055<br>) |
| MIDWEST INFORMATION TECHNOLOGY GROUP, INC. and MICHAEL LAUBER, | )<br>)<br>)<br>) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I, the undersigned, on the 1st day of July, 2005, deposited a copy of Defendant/Counterclaim Plaintiff's Rule 26(a)(2) Disclosure, postage prepaid, in the United States Mail, addressed to all counsel of record listed below:

Ms. Elizann Carroll
Juneau, Boll & Ward
15301 Spectrum Drive, Suite 300
Addison, TX 75001

s/           James A. Hansen
James A. Hansen IL Bar #6244534
Attorney for Defendant/Counterclaim Plaintiff,
Midwest Information Technology Group, Inc.
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: jhansen@srnm.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 1st day of July, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Elizann Carroll
Juneau, Boll & Ward
15301 Spectrum Drive, Suite 300
Addison, TX 75001


and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

            s/    James A. Hansen
            James A. Hansen IL Bar #6244534
            Attorney for Defendant/Counterclaim Plaintiff,
            Midwest Information Technology Group, Inc.
            Schmiedeskamp, Robertson, Neu & Mitchell
            525 Jersey Street, P. O. Box 1069
            Quincy, IL 62306-1069
            Telephone: (217) 223-3030
            Facsimile: (217) 223-1005
            E-mail: jhansen@srnm.com