E-FILED
Friday, 15 July, 2005  05:07:45 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, AND COMPAQ TRADEMARK B.V. | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 04-3055 |
| vs. | ) ) | |
| MIDWEST INFORMATION TECHNOLOGY GROUP, INC., | ) ) ) | |
| Defendant. | ) ) | |

## MIDWEST INFORMATION TECHNOLOGY GROUP. INC.'S SECOND SUPPLEMENTAL RESPONSES TO HEWLETT-PACKARD COMPANY'S REQUEST FOR PRODUCTION OF DOCUMENTS

COMES NOW Defendant Midwest Information Technology Group, Inc., by and through its attorneys, Schmiedeskamp, Robertson, Neu & Mitchell, and for its second supplemental responses to Hewlett-Packard Development Company, L.P.'s request for production of documents states as follows:

### DEFINITIONS AND INSTRUCTIONS

1. Hewlett-Packard Company requests that Midwest Information Technology Group, Inc. produce for inspection and copying documents responsive to the following requests at the offices of Juneau, Boll & Ward on the thirtieth (30) day after service of these Requests pursuant to Federal Rules of Civil Procedure or soon thereafter as practicable pursuant to an agreement between the parties.

2. If you do not answer any of the Requests for Production because of the claims of privilege and specifically set forth the privilege claimed, the facts upon which you rely to support the claim of privilege, including the identity of the author(s) and the recipient(s), and identify all documents by format (i.e. memo, letter), date and general content of the documents.

3. When appropriate in the context of a Request, singular should mean plural and vice versa.



## DEFINITIONS

1.   The terms below shall be given the following meanings:

(a)   Document/Documents: As used herein, the term "Document" and/or "Documents" shall have the meaning set forth in Rule 34(a) of the Federal Rules of Civil Procedure and, in relation to the matters inquired about in any particular request, shall include any and all documents, tangible things and property, of any kind, including the originals and non-identical copies, whether different from the originals by reason of any notation made on such copies or otherwise, and including, without limitation, communication, memoranda, notes, diaries, statistics, letters, telegrams, telexes, telefax, e-mails, minutes, contracts, reports, studies, checks, statements, receipts, returns, summaries, pamphlets, books, inter-office and intra-office communications, notations of any sort of conversations, telephone calls, meetings, or other communications, bulletins, computer printouts, computer reports in all forms which can be generated, invoices, worksheets, all forms of drafts, notations, workings, alterations, modifications, changes and amendments of any of the foregoing, graphical or aural records or representations of any kind, including, without limitation, photographs, charts, microfiche, microfilm, videotape, records, motion pictures, and electronic, mechanical, or electrical records or representations of any kind, including, without limitation, tapes, cassettes, discs, and recordings, computer discs, computer tapes, computer cards, computer programs, computer software, computer-readable media, machine sensible media, electronically stored media, and any other form of stored information.

(b)   Person, Persons, Persons(s): As used herein, the terms "Person" or "Persons" shall mean any individual, corporation, organization, association, partnership, limited partnership, firm, joint venture, governmental body, agency, governing board, department or division, or any other entity.

(e)   Refer, Pertain, or Relate: As used herein, the phrase "Refer, Pertain, or Relate" means mentioning, describing, discussing, memorializing, concerning, consisting of, containing, evidencing, reflecting, depicting, or referring to in any way, directly or indirectly, the subject matter of the request, and shall include the meanings assigned to the term "Concerning."

2.   "HP" shall mean and refer to Hewlett-Packard Development Company, L.P., Hewlett-Packard Company and their employees, consultants, representatives and any other individual or entity within its control or supervision, and all other persons acting in concert them or at their direction.

3. "Plaintiffs" shall refer to Hewlett-Packard Development Company, L.P., Hewlett-Packard Company and Compaq Trademark B.V. and all their employees, consultants, representatives or other individuals acting on behalf of or purporting to act on behalf of Plaintiffs.

4.   "Defendant" or "MITG" shall mean Midwest Information Technology Group, Inc., its officers, directors, agents, servants, employees, consultants and any other individual or entity within its control or supervision, and all other persons or entities acting in concert with it or at its direction.



5. "Lauber" shall mean and refer to Defendant Michael Lauber and any other person or entity acting in concert with or on behalf of Michael Lauber.

## REQUESTS FOR PRODUCTION

REQUEST FOR PRODUCTION NO. 3:

All documents evidencing sales by MITG, from February 7, 2000 to the present, to its customers, clients, suppliers and/or distributors that MITG alleges in the Amended Counterclaim were interfered with by HP.

RESPONSE: Documents have been previously produced bate stamped MITG 612-724; 1023-1026. Additional bate stamped documents MITG 1027-1041 are produced herein.

REQUEST FOR PRODUCTION NO. 4:

All documents evidencing revenue (gross and net) generated by MITG, from February 7, 2000 to the present, from its customers, clients, suppliers and/or distributors that MITG alleges in the Amended Counterclaim were interfered with by HP.

RESPONSE: Documents have been previously produced bate stamped MITG 612-724; 1023-1026. Additional bate stamped documents MITG 1027-1041 are produced herein.

REQUEST FOR PRODUCTION NO. 5:

All documents evidencing profits (gross and net) generated or earned by MITG, from February 7, 2000 to the present, from its customers, clients, suppliers and/or distributors that MITG alleges in the Amended Counterclaim were interfered with by HP.

RESPONSE: Documents have been previously produced bate stamped MITG 612-724; 1023-1026. Additional bate stamped documents MITG 1027-1041 are produced herein.

REQUEST FOR PRODUCTION NO. 10:

For each and every client or customer you allege terminated a business relationship with MITG due to the alleged interference by HP, please produce all documents referring to, relating to, or evidencing:

    a.   the orders placed (including purchase orders, invoices, and shipping documents);

    b.   the amount of revenue (gross and net) generated or earned by MITG;

 c. the amount of gross profit (gross and net) generated or earned by MITG from that client or customer from February 7, 2000 through the present.

RESPONSE: (a) None;
 (b) Documents have been previously produced bate stamped MITG 612-724; 1023-1026. Additional bate stamped documents MITG 1027-1041 are produced herein;
 (c) Documents have been previously produced bate stamped MITG 612-724; 1023-1026. Additional bate stamped documents MITG 1027-1041 are produced herein.

REQUEST FOR PRODUCTION NO. 11:

For each and every supplier and/or distributor you allege terminated a business relationship with MITG due to the alleged interference by HP, please produce all documents that refer, relate to or evidence the amount of revenue (gross and net) and amount of gross profit (gross and net) generated or earned by MITG from that supplier and/or distributor from February 7, 2000 through the present.

RESPONSE: Documents have been previously produced bate stamped MITG 612-724; 1023-1026. Additional bate stamped documents MITG 1027-1041 are produced herein.

**MIDWEST INFORMATION TECHNOLOGY GROUP, INC.**, Defendant/Counterclaim Plaintiff

By: _____
   One of its Attorneys

Delmer R. Mitchell
James A. Hansen
Schmiedeskamp, Robertson, Neu & Mitchell
Attorneys for Defendant/Counterclaim Plaintiff
525 Jersey
P.O. Box 1069
Quincy, Illinois 62306
Telephone: 217-223-3030
Facsimile: 217-223-1005

4

## B2B Sales Report - 1/1/2000-2/1/2002

| Acct# | Company Name | Total Revenue |
|---|---|---:|
| 0s1004 | Kimberly-Clark Corporation | 16,797.00 |
| 0S1006 | Tyco Electronics | 3,754.00 |
| 0S1010 | Trammell Crow Company | 4,874.00 |
| 0S1012 | Ernst & Young, LLP | 3,190.00 |
| 0s1013 | Packaging Corp of America | 680.00 |
| 0S1014 | Mercy Health System | 9,768.00 |
| 0S1016 | Guardian Walled Lake Fabricati | 916.00 |
| 0S1020 | Akzo Services, Inc. | 492.00 |
| 0S1025 | Arthur Andersen, LLP SE | 878.00 |
| 0S1026 | Baxter Healthcare Corporation De | 4,430.00 |
| 0S1027 | Multiple Zones International | 626.00 |
| 0s1037 | Xerox | 41,030.00 |
| 0S1045 | Franklin Templeton | 525.00 |
| 0S1051 | Adecco/Olsten Corporation | 1,071.00 |
| 0s1053 | Southwest Airlines | 412.00 |
| 0S1054 | Software House International, Inc. | 26,201.00 |
| 0s1057 | Wells Fargo Bank | 18,010.00 |
| 0s1064 | Tektronix, Inc. | 452.00 |
| 0S1083 | Amherst Computer Sales & Sltns | 15,637.00 |
| 0s1085 | Kaiser Foundation Health Plan | 480.00 |
| 0S1089 | George Hertzberg & Associates | 1,587.00 |
| 0s1090 | Raytheon Systems Company | 85.00 |
| 0s1102 | SAIC (Science Applications) | 1,505.00 |
| 0S1104 | Microsoft Corp/Msn | 35,499.55 |
| 0s1114 | Kaiser Permanente | 230.00 |
| 0S1118 | SAIC | 793.00 |
| 0s1120 | Raymond James & Associates | 525.00 |
| 0s1124 | Wells Fargo Bank-Prvt Clnt Svc | 75.00 |
| 0s1126 | Guardian Industries | 936.00 |
| 0s1131 | Greenpages, Inc. | 1,455.00 |
| 0S1137 | Accenture | 15,766.00 |
| 0S1141 | Vicom Computer Services, Inc. | 2,856.00 |
| 0s1143 | Nextel Communications | 3,015.00 |
| 0S1147 | Raytheon Company | 2,525.00 |
| 0s1153 | Csc/ Raytheon | 4,333.00 |
| 0S1155 | Georgia-Pacific Corporation (Unisource & Fort James) | 41,882.88 |
| 0s1157 | El Paso Energy Corporation | 3,065.00 |
| 0S1166 | Summa Health Systems | 175.00 |
| 0s1168 | Micro Strategies, Inc. | 130.00 |
| 0s1176 | Avent | 5,775.00 |
| 0S1180 | Coca Cola Enterprises, Inc. | 2,780.00 |
| 0s1182 | Anthem, Inc. | 17,458.00 |
| 0S1183 | Liebert Corporation | 805.00 |
| 0S1198 | Creative Computers, Inc. | 7,345.14 |
| 0s1199 | Woodfield Group, Inc. | 1,637.00 |
| 0s1200 | First Union National Bank | 892.00 |
| 0s1209 | Sumner Group, Inc. | 275.00 |
| 0s1210 | Coca Cola Ent-Phoenix Division | 1,018.00 |
| 0s1212 | Legacy Health Systems | 171.00 |

MITG 1027

| | | |
|---|---|---:|
| 0S1222 | CCH, Inc. | 32,187.00 |
| 0s1234 | Alstom Esca Corporation | 134.00 |
| 0S1239 | Royal Caribbean Cruises, Ltd. | 1,185.00 |
| 0s1242 | Household International | 3,289.00 |
| 0S1243 | Seagate Technology, LLC | 1,515.00 |
| 0S1244 | Federal Data Corporation | 146.00 |
| 0S1248 | Anderson Consulting | 565.00 |
| 0S1249 | Mount Carmel Health Systems | 105.00 |
| 0S1254 | Bank One Corporation | 8,222.64 |
| 0S1258 | Landmark Graphics Corporation | 4,680.00 |
| 0s1263 | Emerson Electric Company | 75.00 |
| 0s1265 | Peoplesoft/Taxable | 375.00 |
| 0s1268 | Western Digitech, Inc. | 55.00 |
| 0S1272 | Reed Business Information | 2,230.00 |
| 0s1275 | Limited Technology Services | 543.40 |
| 0s1282 | Siemens Emis Division | 455.00 |
| 0S1283 | Service Direct Plus | 685.00 |
| 0s1285 | Ct Corporation | 3,381.00 |
| 0S1286 | Digex, Inc. Tiger Project | 1,545.00 |
| 0s1287 | Fleet Boston Financial | 10,340.55 |
| 0S1294 | Metro Health | 2,576.00 |
| 0s1308 | GMAC Commercial | 150.00 |
| 0s1311 | Anadarko Petroleum Corporation | 225.00 |
| 0S1314 | Jacobs Engineering Group | 5,286.00 |
| 0S1322 | EDS-Client Server Group | 8,773.00 |
| 0s1325 | 20th Century Fox | 2,969.00 |
| 0s1327 | Futureware Distributing | 246.00 |
| 0s1329 | Wave Securities, LLC | 555.00 |
| 0S1330 | Raytheon | 1,353.00 |
| 0S1331 | Raytheon Company | 380.00 |
| 0S1334 | ICMA Retirement Corporation | 315.00 |
| 0S1343 | Cleveland Clinic Health System | 201.00 |
| 0S1352 | Lockheed Martin | 770.00 |
| 0s1354 | Graybar Electric | 135.00 |
| 0s1356 | Providence Health Plans | 300.00 |
| 0s1359 | Raytheon Systems Company | 4,500.00 |
| 0s1362 | Automated Data Systems | 337.00 |
| 0S1363 | USS Corporation | 344.00 |
| 0S1370 | HWT Ltd | 274.00 |
| 0S1371 | Dynegy, Inc. | 4,359.00 |
| 0S1386 | Avnet, Inc. | 4,252.00 |
| 0s1394 | Kaiser Permanente | 770.00 |
| 0s1395 | Technology Specialists, Inc. | 145.00 |
| 0S1396 | Anheuser Busch Companies, Inc. | 4,535.00 |
| 0s1406 | AAC Associates | 1,115.00 |
| 0s1408 | The World Bank Group | 3,081.00 |
| 0S1409 | American Data & Computer Products | 121.00 |
| 0S1418 | IPG-GIS | 54.00 |
| 0S1425 | Boeing Shared Service Group | 200.00 |
| 0S1430 | Motorola, Inc. | 1,372.00 |
| 0S1431 | Oxy Services | 1,149.00 |
| 0S1442 | Leggett & Platt | 77.00 |

MITG 1028

| | | |
|---|---|---:|
| 0S1443 | Merrill Technologies | 5,003.00 |
| 0S1445 | Software Plus | 75.00 |
| 0s1447 | PNC Bank N.A. | 610.00 |
| 0s1453 | Progress Energy | 375.00 |
| 0S1461 | Pilgrim's Pride Corporation | 49.00 |
| 0s1462 | Commerce One | 2,358.00 |
| 0s1470 | Cardinal Distribution | 1,525.00 |
| 0s1472 | ACL Computers & Software, Inc. | 394.00 |
| 0s1473 | Alternate Work Environment | 85.00 |
| 0S1480 | International Information Tech | 565.00 |
| 0S1482 | Computer Process Controls | 373.00 |
| 0s1483 | HH Gregg Appliances, Inc. | 10,635.00 |
| 0s1491 | Baxter Healthcare Corporation | 265.00 |
| 0S1495 | Anheuser Busch Companies, Inc. | 945.00 |
| 0s1519 | Trident Computer Corporation | 435.00 |
| 0S1520 | World Wide Technology, Inc. | 13,630.00 |
| 0S1525 | Clorox Services Company | 2,844.00 |
| 0s1527 | Baxter Hyland Immuno | 117.00 |
| 0S1530 | Carroll Scientific, Inc. | 472.00 |
| 0S1534 | The Tribune Company | 75.00 |
| 0s1551 | Halifax Corporation | 710.00 |
| 0S1555 | Cingular Wireless | 3,021.00 |
| 0S1568 | Surebridge | 4,839.00 |
| 0s1571 | Boise Cascade Office Products | 241.00 |
| 0s1578 | EMC Corporation | 1,990.00 |
| 0S1580 | Bank Atlantic | 423.00 |
| 0S1582 | Romano Brothers | 343.00 |
| 0s1587 | Diosynth Rtp, Inc. | 450.00 |
| 0S1592 | Wells Fargo Bank Denver | 351.00 |
| 0s1598 | Packaging Corp of America | 145.00 |
| 0s1607 | Sharp Healthcare | 1,441.00 |
| 0S1608 | Wells Fargo Home Mortgage, Inc. | 5,257.00 |
| 0s1610 | Unicorp IT Solutions Group | 68.00 |
| 0S1611 | Insight Direct USA, Inc. | 2,918.00 |
| 0S1615 | LPL Financial Service | 3,000.00 |
| 0S1616 | El Paso Energy Corporation | 269.00 |
| 0s1618 | Cardinal Distribution | 339.00 |
| 0s1621 | Winegard Company | 216.00 |
| 0s1630 | Loudcloud, Inc. | 8,131.58 |
| 0s1634 | Sterling Commerce | 15,400.00 |
| 0S1635 | Autodesk | 980.00 |
| 0s1640 | Heinz North America | 565.00 |
| 0S1642 | Cerner Corporation | 578.00 |
| 0S1647 | HTS Computers, Inc. | 85.00 |
| 0s1649 | Texas Health Systems | 671.00 |
| 0s1657 | Management Systems Designers | 2,825.00 |
| 0S1671 | Registry of Motor Vehicles | 2,160.00 |
| 0S1675 | McKinsey & Company, Inc. | 1,250.00 |
| 0s1679 | GE Medical Systems, Inc. | 2,063.00 |
| 0S1682 | Ociter Enterprises | 1,075.00 |
| 0S1686 | Commerce Bank | 1,515.00 |
| 0s1690 | E.I. Dupont | 1,055.00 |

MITG 1029

| ID | Name | Amount |
|---|---|---|
| 0s1691 | SSN, Inc. DBA Entre Computer Center | 2,234.00 |
| 0S1694 | Ashley Furniture Industries, Inc. | 63.00 |
| 0s1698 | Compumart | 102.00 |
| 0S1701 | The Scott's Company | 6,921.00 |
| 0s1706 | Future Tech Enterprises, Inc. | 253.00 |
| 0s1707 | PricewatehouseCoopers | 14,269.00 |
| 0s1708 | Allegence Healthcare | 1,878.00 |
| 0S1716 | McKee Medical Center | 119.00 |
| 0S1717 | Blue Cross & Blue Shield | 284.00 |
| 0S1720 | Haldor Topsoe, Inc. | 2,707.00 |
| 0S1721 | Siemens Building Technologies | 568.00 |
| 0S1730 | Capital One Services, Inc. | 12,503.00 |
| 0s1731 | Conexant Systems, Inc. | 13,550.00 |
| 0s1732 | Campbell Soup Company | 142.00 |
| 0S1734 | Portland General Electric | 1,185.00 |
| 0S1738 | Memco Systems | 188.00 |
| 0S1744 | News Americ Marketing In-Store | 275.00 |
| 0S1746 | Quality Solutions, Inc. | 297.00 |
| 0S1749 | E Deltacom | 1,115.00 |
| 0S1753 | Ysleta Independent School District | 425.00 |
| 0S1755 | Issaquah School District 411 | 712.00 |
| 0s1758 | Admin Office of the US Courts | 1,275.00 |
| 0S1759 | Aces | 1,065.00 |
| 0S1762 | Armstrong World Ind Inc Dip | 647.00 |
| 0S1767 | Allmerica Financial | 4,191.00 |
| 0S1770 | R2 Technology, Inc. | 761.00 |
| 0S1773 | Aurora Loan Services, Inc. | 3,070.00 |
| 0S1775 | Accenture | 260.00 |
| 0s1776 | Epsilon Data Management | 574.00 |
| 0S1777 | City of Salinas | 1,526.00 |
| 0s1778 | Synergetics Dcs | 437.00 |
| 0S1779 | Agilysys, Inc. | 1,176.00 |
| 0s1780 | AT&T Corporation | 4,728.00 |
| 0s1781 | Circus Circus Casino, Inc. | 370.00 |
| 0s1782 | Harley Davidson Financial Svc | 244.00 |
| 0S1783 | Trinity Information Services | 1,443.00 |
| 0S1784 | Dp Connections, Inc. | 1,294.00 |
| 0S1785 | Charter Communication, Inc. | 186.00 |
| 0s1786 | McJunkin Corporation | 1,720.00 |
| 0s1787 | Winward School | 273.00 |
| 0s1788 | Fire Systems, Inc. | 288.00 |
| 0s1789 | Frontier Science & Technology | 570.00 |
| 0s1790 | Generation Ix Technologies | 695.00 |
| 0s1792 | ABC Broadcasting Group | 160.00 |
| 0s1793 | Standard Microsystems Corp, Inc. | 536.00 |
| 0s1794 | CCA Financial, Inc. | 115.00 |
| 0S1795 | ADP Dealer Services | 210.00 |
| 0S1796 | Anova Electronics | 115.00 |
| 0s1797 | Technical & Logistical Consultants | 912.00 |
| 0S1799 | City of Albany | 706.00 |
| 0s1800 | Excelsior Printing Company | 323.00 |
| 0s1801 | Arrow Electronics | 1,162.00 |

| | | |
|---|---|---:|
| 0S1802 | City of Bethlehem | 558.00 |
| 0s1803 | Modern Continental Const. Co. | 3,897.00 |
| 0S1804 | National City Bank | 4,476.00 |
| 0S1805 | Microchip Technology, Inc. | 2,348.00 |
| 0s1806 | Pneudraulics, Inc. | 430.00 |
| 0S1807 | World Savings | 4,275.00 |
| 0S1809 | City of Deming | 210.00 |
| 0s1810 | Health Management Corporation | 670.00 |
| 0s1811 | Checkfree Corporation | 1,586.00 |
| 0s1812 | Alcan Ingot | 1,210.00 |
| 0S1813 | Movie Gallery | 400.00 |
| 0S1814 | Emanuel Hospital & Health Ctr | 145.00 |
| 0s1815 | SP Pharmceuticals, LLC | 232.00 |
| 0S1816 | Johnson Controls, Inc. | 2,535.00 |
| 0S1818 | ePlus Technology, Inc. | 2,970.00 |
| 0S1819 | PA Computer Connections, Inc. | 1,149.00 |
| 0s1820 | Granite State Mgmt & Resources | 580.00 |
| 0S1821 | Practical Concepts | 1,879.00 |
| 0s1822 | Childress Klein Properties | 475.00 |
| 0S1824 | City of North Ridgeville | 35.00 |
| 0s1826 | Coca Cola Ent. | 1,150.00 |
| 0S1828 | Mason City Community Schools | 268.00 |
| 0S1829 | Midway Products Group, Inc. | 197.00 |
| 0s1830 | Versailles Exempted Village Sd | 950.00 |
| 0S1833 | Pharmacia & Upjohn Company | 10,915.00 |
| 0s1834 | HCS Systems, Inc. | 262.00 |
| 0s1835 | Community Bio-Resources, Inc. | 250.00 |
| 0s1836 | Deloitte & Touche | 265.00 |
| 0S1838 | EDS | 353.00 |
| 0S1840 | GE Capital IT Solutions, Inc. | 479.00 |
| 0s1841 | Dr Systems, Inc. | 705.00 |
| 0S1843 | Fulton Industries, Inc. | 333.00 |
| 0s1844 | Leprino Foods Company | 249.00 |
| 0s1845 | Maytag Appliance | 105.00 |
| 0S1846 | Parrish Medical Center | 924.00 |
| 0s1847 | John D Archbold Medical Center | 466.00 |
| 0S1848 | Lite-On, Inc. | 440.00 |
| 0s1849 | Avenue A, Inc. | 780.00 |
| 0s1850 | ISTS | 1,283.00 |
| 0S1851 | Corning Precision Lens | 54.00 |
| 0s1853 | Cicero Board of Education | 510.00 |
| 0s1854 | Cloverleaf Local School Dist. | 366.30 |
| 0s1855 | Detector Electronics | 320.00 |
| 0S1857 | Deloitte & Touche | 371.28 |
| 0S1858 | Commnet International | 1,333.00 |
| 0s1859 | Packaging Corp of America | 1,459.00 |
| 0s1860 | Our Lady of the Lake | 678.00 |
| 0s1861 | City of Warren | 239.00 |
| 0S1862 | Saytek, LLC | 409.00 |
| 0s1863 | Pitney Bowes | 265.00 |
| 0S1864 | Fox Broadcasting Company | 530.00 |
| 0s1865 | Dovebid Inc Computer Group | 8,228.00 |

MITG 1031