E-FILED
Friday, 15 July, 2005  05:08:49 PM
Clerk, U.S. District Court, ILCD

| | | |
|---|---|---:|
| 0s1866 | Cs Integrated Retail Svc, LLC | 316.00 |
| 0s1867 | Allina Health Systems | 275.00 |
| 0s1868 | The Logic Approach | 2,460.00 |
| 0S1870 | Global Computer Supplies | 580.00 |
| 0S1881 | So Central Technical College | 570.00 |
| 0s1882 | Wahl Clipper Corporation | 272.00 |
| 0S1883 | Networks System Technologies | 954.00 |
| 0s1884 | Microserve, Inc. | 278.00 |
| 0S1885 | Conagra Grocery Prod Svc Ctr | 225.00 |
| 0s1886 | Technology Integrated Group | 22,450.00 |
| 0s1887 | Schering-Plough Health Care Products | 455.00 |
| 0S1888 | Union Hospital Health Group | 143.00 |
| 0s1889 | FYI Image | 219.00 |
| 0s1891 | Sdf Professional Computers, Inc. | 2,600.00 |
| 0S1892 | Application & Data Systems, Inc. | 645.00 |
| 0S1893 | Carlson Shared Services | 296.00 |
| 0S1894 | Four Season Division | 490.00 |
| 0s1895 | Swarovski Na Limited | 250.00 |
| 0S1896 | North Colorado Medical Center | 260.00 |
| 0s1897 | Ikon Technology Services | 260.00 |
| 0s1898 | Global Computer Supplies | 470.00 |
| 0s1899 | Taylor Communications, Inc. | 90.00 |
| 0s1901 | UMC Pembroke | 290.00 |
| 0S1902 | Unilever HPC/USA | 74,319.00 |
| 0s1903 | XM Satellite Radio, Inc. | 239.00 |
| 0s1904 | Industrial Systems Associates | 957.00 |
| 0S1905 | Central Telecom, Inc. | 383.00 |
| 0s1906 | Kentucky-Tennessee Clay Company | 428.00 |
| 0s1907 | Scope | 1,246.00 |
| 0s1908 | Fremont Union High School District | 298.00 |
| 0s1909 | County of Oswego | 295.00 |
| 0s1910 | Siemens Medical Technologies | 477.00 |
| 0s1912 | Providian Financial Corporation | 86.00 |
| 0s1913 | Amana Appliances | 2,390.00 |
| 0S1915 | Advanced Micro Solutions | 65.00 |
| 0s1916 | Pueblo Dept of Social Services | 850.00 |
| 0s1917 | Spectrum Health | 570.00 |
| 0S1918 | Sony Electronics, Inc. | 509.00 |
| 0s1919 | Colonial Heights School Board | 570.00 |
| 0S1920 | Lockheed Martin-Missles & Fire | 1,501.00 |
| 0s1921 | Boeing Rocketdyne Propulsion | 396.00 |
| 0s1922 | Willdan | 16,637.00 |
| 0S1926 | Pacific Life | 366.00 |
| 0s1927 | Compu-Call, Inc. | 1,138.00 |
| 0S1928 | Atwood Publishing | 578.00 |
| 0s1929 | Wyeth-Lederle Vacines | 598.00 |
| 0s1930 | US Court Clerk's Office | 215.00 |
| 0S1931 | Netstar Corporation | 5,605.00 |
| 0s1932 | Impax Laboratories | 670.00 |
| 0S1934 | Technovation Design | 1,723.00 |
| 0s1935 | Pitney Bowes Management Svc | 292.00 |
| 0S1936 | Sanilac Intermediate Sch Dist | 1,085.00 |

MITG 1032

| | | |
|---|---|---:|
| 0s1937 | ADT Security Service, Inc. | 599.00 |
| 0S1938 | Weirton Medical Center | 857.00 |
| 0S1939 | Korn/Ferry International | 140.00 |
| 0S1941 | Software Marketing Consultants | 490.00 |
| 0S1942 | Ferro Union, Inc. | 448.00 |
| 0s1943 | Kaiser Foundation Health Plan | 809.00 |
| 0s1944 | Baxter Healthcare Corporation | 356.00 |
| 0S1945 | MoreDirect.Com | 3,724.00 |
| 0S1946 | Whirlpool Corporation | 963.00 |
| 0s1947 | Specialty Underwriters, LLC | 900.00 |
| 0S1948 | Weber Marketing Systems, Inc. | 1,338.00 |
| 0S1951 | Lockheed Martin Shared Services | 1,380.00 |
| 0S1954 | AEP Service Corporation | 420.00 |
| 0S1955 | Roush Industries, Inc. | 377.50 |
| 0S1956 | United Parcel Service | 54.00 |
| 0s1957 | Huron Valley Schools | 269.00 |
| 0S1958 | Atofina Chemicals, Inc. | 3,277.00 |
| 0S1959 | DirectTV Operations, Inc. | 165.00 |
| 0S1960 | Wisconsin Electric | 889.00 |
| 0S1961 | Merck & Company, Inc. | 13,206.46 |
| 0s1962 | Taylor School District | 855.00 |
| 0s1963 | Colquitt Regional Medical Ctr | 862.00 |
| 0S1964 | BB&T-IT Financial Services | 65.00 |
| 0S1965 | Public Employment Relations Bd | 400.00 |
| 0s1966 | QSS Group, Inc. | 910.00 |
| 0s1969 | MCSI | 1,237.00 |
| 0s1970 | Future Microsystems, Inc. | 141.00 |
| 0S1971 | Calbiochem-Novabiochem Corporation | 248.00 |
| 0s1972 | Stark Co Community Action Agy | 8,871.00 |
| 0S1973 | Oglala Sioux Tribe | 289.00 |
| 0S1974 | RS Inform Systems, Inc./Faa/Asy | 612.00 |
| 0S1975 | Minolta Corporation | 275.00 |
| 0S1976 | Akzo Nobel Coatings, Inc. | 200.00 |
| 0S1977 | Morrison & Foerster, LLP | 1,365.00 |
| 0S1978 | Delphi Automotive Systems | 540.00 |
| 0s1979 | Verizon North CTS | 293.00 |
| 0S1980 | Manor ISD | 192.00 |
| 0S1981 | Guinness UDV | 291.00 |
| 0S1982 | ABC Television Network | 645.00 |
| 0S1983 | Shawnee County Info Technology | 288.00 |
| 0s1985 | Casper College | 299.00 |
| 0s1986 | Abra Auto Body & Glass | 4,747.00 |
| 0S1987 | Kaiser Permanente | 100.00 |
| 0S1988 | The Medstat Group | 57.00 |
| 0s1990 | Rosetta Inpharmatics, Inc. | 2,796.00 |
| 0S1991 | Ridge Tool Company | 1,135.00 |
| 0S1992 | Corio, Inc. | 4,796.00 |
| 0S1993 | ADC | 275.00 |
| 0s1994 | Good Samaritan Comm Healthcare | 223.00 |
| 0S1995 | Atlanta Offshore Limited | 709.00 |
| 0s1996 | Solutions Plus+ | 765.00 |
| 0s1997 | Career Sys Development Corporation | 480.00 |

MITG 1033

| | | |
|---|---|---:|
| 0S1998 | Cocci Computer Services, Inc. | 50.00 |
| 0S1999 | NationsRent | 789.00 |
| 0s2000 | Susanville School District | 998.00 |
| 0S2001 | Humboldt City Schools | 270.00 |
| 0s2002 | IVillage, Inc. | 1,955.00 |
| 0S2003 | Providence Hospital | 441.00 |
| 0s2004 | Morgan Tire & Auto, Inc. | 288.00 |
| 0S2005 | Sears Roebuck & Company | 536.00 |
| 0S2006 | Xerox Corporation | 153.00 |
| 0S2007 | Intergraph Government Solution | 190.00 |
| 0s2009 | Starbucks Coffee | 259.00 |
| 0s2012 | Memorial Hospital | 575.00 |
| 0S2013 | KCC Corporate | 150.00 |
| 0s2014 | Mississippi Delta Comm College | 355.00 |
| 0S2015 | Fox News Engineering | 68.00 |
| 0S2016 | Redford Union Schools Dist #1 | 600.00 |
| 0S2018 | Drs Laurel Technologies | 223.00 |
| 0s2019 | Corona-Norco Unified Sch Dist | 222.00 |
| 0S2020 | Milton Hersey School | 884.00 |
| 0s2021 | Hyatt Grand Champions Resort | 280.00 |
| 0S2022 | Plainfield Municipal Utilities | 231.00 |
| 0s2023 | Orange County Community | 284.00 |
| 0S2024 | Ikon Office Solutions | 431.00 |
| 0S2025 | Global Computer Supplies | 484.00 |
| 0S2026 | MBNA Procurement Services | 1,957.00 |
| 0s2027 | Qwest Communications-Inv | 48.00 |
| 0S2028 | Prince William County Schools | 900.00 |
| 0S2029 | Reuters America, Inc. | 292.00 |
| 0s2032 | Peoria Typewriter Company | 1,584.00 |
| 0s2056 | Akzo Nobel Coatings, Inc. | 270.00 |
| 0S2064 | Reliance Electric | 387.00 |
| 0s2081 | Akzo Nobel Resins | 813.00 |
| 0s2167 | Wells Fargo Bank - Win/Reg Sys | 185.00 |
| | | 920,782.28 |

## B2B Customer Sales Report - Net Income - 1/1/2000-2/1/2002

| Acct# | Company Name | Net Income |
|---|---|---:|
| 0S1012 | Ernst & Young, LLP | 946.00 |
| 0s1013 | Packaging Corp of America | 327.50 |
| 0S1014 | Mercy Health System | 4,327.00 |
| 0S1016 | Guardian Walled Lake Fabricati | 368.00 |
| 0S1020 | Akzo Services, Inc. | 213.00 |
| 0S1025 | Arthur Andersen, LLP SE | 489.00 |
| 0S1026 | Baxter Healthcare Corporation De | 1,649.00 |
| 0S1045 | Franklin Templeton | 200.00 |
| 0S1051 | Adecco/Olsten Corporation | 537.00 |
| 0s1053 | Southwest Airlines | 207.00 |
| 0s1064 | Tektronix, Inc. | 276.30 |
| 0S1083 | Amherst Computer Sales & Sltns | 4,619.00 |
| 0s1085 | Kaiser Foundation Health Plan | 205.00 |
| 0S1089 | George Hertzberg & Associates | 486.00 |
| 0s1090 | Raytheon Systems Company | 35.00 |
| 0s1102 | SAIC (Science Applications) | 580.00 |
| 0S1104 | Microsoft Corp/Msn | 19,420.55 |
| 0s1114 | Kaiser Permanente | 145.00 |
| 0S1118 | SAIC | 189.00 |
| 0s1120 | Raymond James & Associates | 193.00 |
| 0s1124 | Wells Fargo Bank-Prvt Clnt Svc | 30.00 |
| 0s1126 | Guardian Industries | 425.40 |
| 0s1131 | Greenpages, Inc. | 443.00 |
| 0S1141 | Vicom Computer Services, Inc. | 1,607.00 |
| 0s1143 | Nextel Communications | 1,015.00 |
| 0s1153 | Csc/ Raytheon | 1,654.00 |
| 0S1166 | Summa Health Systems | 65.00 |
| 0s1168 | Micro Strategies, Inc. | 60.00 |
| 0s1176 | Avent | 1,413.00 |
| 0S1180 | Coca Cola Enterprises, Inc. | 1,570.00 |
| 0s1182 | Anthem, Inc. | 7,398.00 |
| 0S1183 | Liebert Corporation | 233.00 |
| 0S1198 | Creative Computers, Inc. | 3,055.14 |
| 0s1199 | Woodfield Group, Inc. | 570.00 |
| 0s1200 | First Union National Bank | 412.00 |
| 0s1209 | Sumner Group, Inc. | 200.00 |
| 0s1210 | Coca Cola Ent-Phoenix Division | 438.00 |
| 0s1212 | Legacy Health Systems | 49.00 |
| 0S1222 | CCH, Inc. | 21,497.00 |
| 0S1239 | Royal Caribbean Cruises, Ltd. | 645.00 |
| 0s1242 | Household International | 1,281.00 |
| 0S1243 | Seagate Technology, LLC | 915.00 |
| 0S1244 | Federal Data Corporation | 46.00 |
| 0S1248 | Anderson Consulting | 290.00 |
| 0S1249 | Mount Carmel Health Systems | 45.00 |
| 0S1254 | Bank One Corporation | 4,389.64 |
| 0s1263 | Emerson Electric Company | 22.00 |
| 0s1265 | Peoplesoft/Taxable | 105.00 |
| 0s1268 | Western Digitech, Inc. | 25.00 |

MITG 1035

| | | |
|---|---|---:|
| 0S1272 | Reed Business Information | 1,315.20 |
| 0s1275 | Limited Technology Services | 278.40 |
| 0s1282 | Siemens Emis Division | 140.00 |
| 0S1283 | Service Direct Plus | 545.00 |
| 0s1285 | Ct Corporation | 918.00 |
| 0S1286 | Digex, Inc. Tiger Project | 450.00 |
| 0S1294 | Metro Health | 1,535.00 |
| 0s1308 | GMAC Commercial | 90.00 |
| 0s1311 | Anadarko Petroleum Corporation | 155.00 |
| 0S1322 | EDS-Client Server Group | 5,420.00 |
| 0s1325 | 20th Century Fox | 1,186.00 |
| 0s1327 | Futureware Distributing | 81.00 |
| 0s1329 | Wave Securities, LLC | 150.00 |
| 0S1330 | Raytheon | 659.00 |
| 0S1331 | Raytheon Company | 76.00 |
| 0S1334 | ICMA Retirement Corporation | 115.00 |
| 0S1343 | Cleveland Clinic Health System | 81.00 |
| 0S1352 | Lockheed Martin | 265.00 |
| 0s1354 | Graybar Electric | 55.00 |
| 0s1356 | Providence Health Plans | 88.00 |
| 0S1363 | USS Corporation | 129.00 |
| 0S1370 | HWT Ltd | 86.00 |
| 0S1371 | Dynegy, Inc. | 1,867.00 |
| 0S1386 | Avnet, Inc. | 1,732.00 |
| 0s1394 | Kaiser Permanente | 235.00 |
| 0s1395 | Technology Specialists, Inc. | 55.00 |
| 0s1406 | AAC Associates | 560.00 |
| 0s1408 | The World Bank Group | 1,056.00 |
| 0S1409 | American Data & Computer Products | 41.00 |
| 0S1425 | Boeing Shared Service Group | 100.00 |
| 0S1430 | Motorola, Inc. | 637.00 |
| 0S1431 | Oxy Services | 699.00 |
| 0S1442 | Leggett & Platt | 33.00 |
| 0S1445 | Software Plus | 50.00 |
| 0s1447 | PNC Bank N.A. | 320.00 |
| 0S1461 | Pilgrim's Pride Corporation | 14.00 |
| 0s1462 | Commerce One | 546.00 |
| 0s1472 | ACL Computers & Software, Inc. | 214.00 |
| 0s1473 | Alternate Work Environment | 35.00 |
| 0S1480 | International Information Tech | 157.00 |
| 0S1482 | Computer Process Controls | 95.00 |
| 0s1491 | Baxter Healthcare Corporation | 195.00 |
| 0S1495 | Anheuser Busch Companies, Inc. | 415.00 |
| 0s1519 | Trident Computer Corporation | 135.00 |
| 0S1525 | Clorox Services Company | 1,129.00 |
| 0s1527 | Baxter Hyland Immuno | 54.00 |
| 0S1530 | Carroll Scientific, Inc. | 177.00 |
| 0S1534 | The Tribune Company | 40.00 |
| 0s1551 | Halifax Corporation | 390.00 |
| 0S1555 | Cingular Wireless | 1,131.00 |
| 0S1568 | Surebridge | 2,134.00 |
| 0s1571 | Boise Cascade Office Products | 111.00 |

MITG 1036

| | | |
|---|---|---:|
| 0s1578 | EMC Corporation | 420.00 |
| 0S1580 | Bank Atlantic | 121.00 |
| 0S1582 | Romano Brothers | 178.00 |
| 0s1587 | Diosynth Rtp, Inc. | 270.00 |
| 0s1607 | Sharp Healthcare | 369.00 |
| 0S1608 | Wells Fargo Home Mortgage, Inc. | 3,417.00 |
| 0s1610 | Unicorp IT Solutions Group | 26.00 |
| 0s1618 | Cardinal Distribution | 279.00 |
| 0s1621 | Winegard Company | 101.00 |
| 0s1630 | Loudcloud, Inc. | 1,936.58 |
| 0s1634 | Sterling Commerce | 4,000.00 |
| 0S1635 | Autodesk | 410.00 |
| 0s1640 | Heinz North America | 315.00 |
| 0S1642 | Cerner Corporation | 408.00 |
| 0S1647 | HTS Computers, Inc. | 35.00 |
| 0s1649 | Texas Health Systems | 246.00 |
| 0s1657 | Management Systems Designers | 830.00 |
| 0S1671 | Registry of Motor Vehicles | 870.00 |
| 0S1675 | McKinsey & Company, Inc. | 325.00 |
| 0s1679 | GE Medical Systems, Inc. | 1,738.00 |
| 0S1682 | Ociter Enterprises | 566.00 |
| 0S1686 | Commerce Bank | 630.00 |
| 0s1690 | E.I. Dupont | 357.00 |
| 0S1694 | Ashley Furniture Industries, Inc. | 33.00 |
| 0s1698 | Compumart | 57.00 |
| 0S1701 | The Scott's Company | 3,596.00 |
| 0s1706 | Future Tech Enterprises, Inc. | 63.00 |
| 0s1707 | PricewatehouseCoopers | 731.00 |
| 0s1708 | Allegence Healthcare | 818.00 |
| 0S1716 | McKee Medical Center | 49.00 |
| 0S1720 | Haldor Topsoe, Inc. | 1,337.00 |
| 0S1721 | Siemens Building Technologies | 393.00 |
| 0s1731 | Conexant Systems, Inc. | 7,090.00 |
| 0S1738 | Memco Systems | 68.00 |
| 0S1744 | News Americ Marketing In-Store | 85.00 |
| 0S1746 | Quality Solutions, Inc. | 73.00 |
| 0S1749 | E Deltacom | 635.00 |
| 0S1753 | Ysleta Independent School District | 156.00 |
| 0S1755 | Issaquah School District 411 | 332.00 |
| 0s1758 | Admin Office of the US Courts | 1,050.00 |
| 0S1759 | Aces | 825.00 |
| 0S1762 | Armstrong World Ind Inc Dip | 272.00 |
| 0S1767 | Allmerica Financial | 1,943.00 |
| 0S1770 | R2 Technology, Inc. | 191.00 |
| 0S1773 | Aurora Loan Services, Inc. | 750.00 |
| 0S1775 | Accenture | 95.00 |
| 0s1776 | Epsilon Data Management | 449.00 |
| 0S1777 | City of Salinas | 761.00 |
| 0s1778 | Synergetics Dcs | 218.00 |
| 0S1779 | Agilysys, Inc. | 321.00 |
| 0s1781 | Circus Circus Casino, Inc. | 180.00 |
| 0S1783 | Trinity Information Services | 418.00 |

| | | |
|---|---|---:|
| 0S1784 | Dp Connections, Inc. | 318.00 |
| 0s1786 | McJunkin Corporation | 1,116.00 |
| 0s1788 | Fire Systems, Inc. | 78.00 |
| 0s1789 | Frontier Science & Technology | 320.00 |
| 0s1790 | Generation Ix Technologies | 465.00 |
| 0s1794 | CCA Financial, Inc. | 55.00 |
| 0S1795 | ADP Dealer Services | 120.00 |
| 0S1796 | Anova Electronics | 40.00 |
| 0s1797 | Technical & Logistical Consultants | 222.00 |
| 0S1799 | City of Albany | 526.00 |
| 0s1800 | Excelsior Printing Company | 243.00 |
| 0s1801 | Arrow Electronics | 297.00 |
| 0S1802 | City of Bethlehem | 183.00 |
| 0s1803 | Modern Continental Const. Co. | 1,502.00 |
| 0S1805 | Microchip Technology, Inc. | 1,748.00 |
| 0s1806 | Pneudraulics, Inc. | 385.00 |
| 0S1807 | World Savings | 1,349.00 |
| 0S1809 | City of Deming | 60.00 |
| 0s1810 | Health Management Corporation | 320.00 |
| 0s1812 | Alcan Ingot | 660.00 |
| 0S1814 | Emanuel Hospital & Health Ctr | 70.00 |
| 0S1815 | SP Pharmceuticals, LLC | 77.00 |
| 0S1816 | Johnson Controls, Inc. | 694.00 |
| 0S1818 | ePlus Technology, Inc. | 1,225.00 |
| 0S1819 | PA Computer Connections, Inc. | 675.00 |
| 0s1822 | Childress Klein Properties | 315.00 |
| 0S1824 | City of North Ridgeville | 20.00 |
| 0s1826 | Coca Cola Ent. | 352.00 |
| 0S1828 | Mason City Community Schools | 168.00 |
| 0S1829 | Midway Products Group, Inc. | 69.00 |
| 0s1830 | Versailles Exempted Village Sd | 300.00 |
| 0S1833 | Pharmacia & Upjohn Company | 5,245.00 |
| 0s1834 | HCS Systems, Inc. | 72.00 |
| 0s1835 | Community Bio-Resources, Inc. | 200.00 |
| 0s1836 | Deloitte & Touche | 140.00 |
| 0S1838 | EDS | 153.00 |
| 0S1840 | GE Capital IT Solutions, Inc. | 299.00 |
| 0s1841 | Dr Systems, Inc. | 370.00 |
| 0S1843 | Fulton Industries, Inc. | 123.00 |
| 0s1844 | Leprino Foods Company | 83.00 |
| 0s1845 | Maytag Appliance | 52.00 |
| 0S1846 | Parrish Medical Center | 519.00 |
| 0s1847 | John D Archbold Medical Center | 142.00 |
| 0S1848 | Lite-On, Inc. | 215.00 |
| 0s1850 | ISTS | 708.00 |
| 0S1851 | Corning Precision Lens | 34.00 |
| 0s1853 | Cicero Board of Education | 204.00 |
| 0s1854 | Cloverleaf Local School Dist. | 254.30 |
| 0s1855 | Detector Electronics | 35.00 |
| 0S1857 | Deloitte & Touche | 226.28 |
| 0S1858 | Commnet International | 658.00 |
| 0s1859 | Packaging Corp of America | 923.00 |

| Code | Vendor | Amount |
| --- | --- | --- |
| 0s1860 | Our Lady of the Lake | 358.00 |
| 0s1861 | City of Warren | 77.00 |
| 0S1862 | Saytek, LLC | 119.00 |
| 0s1863 | Pitney Bowes | 61.00 |
| 0S1864 | Fox Broadcasting Company | 150.00 |
| 0s1865 | Dovebid Inc Computer Group | 2,324.00 |
| 0s1866 | Cs Integrated Retail Svc, LLC | 83.00 |
| 0s1867 | Allina Health Systems | 175.00 |
| 0s1868 | The Logic Approach | 1,248.00 |
| 0S1870 | Global Computer Supplies | 148.00 |
| 0S1881 | So Central Technical College | 122.00 |
| 0s1882 | Wahl Clipper Corporation | 71.00 |
| 0S1883 | Networks System Technologies | 589.00 |
| 0s1884 | Microserve, Inc. | 137.00 |
| 0S1885 | Conagra Grocery Prod Svc Ctr | 75.00 |
| 0s1886 | Technology Integrated Group | 15,300.00 |
| 0s1887 | Schering-Plough Health Care Products | 115.00 |
| 0S1888 | Union Hospital Health Group | 49.00 |
| 0s1889 | FYI Image | 64.00 |
| 0s1891 | Sdf Professional Computers, Inc. | 1,085.00 |
| 0S1892 | Application & Data Systems, Inc. | 270.00 |
| 0S1893 | Carlson Shared Services | 102.00 |
| 0S1894 | Four Season Division | 330.00 |
| 0s1895 | Swarovski Na Limited | 100.00 |
| 0S1896 | North Colorado Medical Center | 85.00 |
| 0s1897 | Ikon Technology Services | 135.00 |
| 0s1898 | Global Computer Supplies | 170.00 |
| 0s1899 | Taylor Communications, Inc. | 50.00 |
| 0s1901 | UMC Pembroke | 140.00 |
| 0S1902 | Unilever HPC/USA | 43,365.00 |
| 0s1903 | XM Satellite Radio, Inc. | 124.00 |
| 0s1904 | Industrial Systems Associates | 411.00 |
| 0S1905 | Central Telecom, Inc. | 101.00 |
| 0s1906 | Kentucky-Tennessee Clay Company | 233.00 |
| 0s1907 | Scope | 470.00 |
| 0s1908 | Fremont Union High School District | 103.00 |
| 0s1909 | County of Oswego | 195.00 |
| 0s1910 | Siemens Medical Technologies | 147.00 |
| 0s1912 | Providian Financial Corporation | 46.00 |
| 0s1913 | Amana Appliances | 1,305.00 |
| 0S1915 | Advanced Micro Solutions | 45.00 |
| 0s1916 | Pueblo Dept of Social Services | 196.00 |
| 0s1917 | Spectrum Health | 270.00 |
| 0S1918 | Sony Electronics, Inc. | 419.00 |
| 0s1919 | Colonial Heights School Board | 170.00 |
| 0S1920 | Lockheed Martin-Missles & Fire | 636.00 |
| 0s1921 | Boeing Rocketdyne Propulsion | 111.00 |
| 0s1922 | Willdan | 4,687.00 |
| 0S1926 | Pacific Life | 107.00 |
| 0s1927 | Compu-Call, Inc. | 598.00 |
| 0s1929 | Wyeth-Lederle Vacines | 159.00 |
| 0s1930 | US Court Clerk's Office | 178.00 |

| | | |
|---|---|---:|
| 0S1931 | Netstar Corporation | 4,940.00 |
| 0s1932 | Impax Laboratories | 120.00 |
| 0S1934 | Technovation Design | 713.00 |
| 0s1935 | Pitney Bowes Management Svc | 147.00 |
| 0S1936 | Sanilac Intermediate Sch Dist | 260.00 |
| 0s1937 | ADT Security Service, Inc. | 399.00 |
| 0S1938 | Weirton Medical Center | 525.00 |
| 0S1939 | Korn/Ferry International | 40.00 |
| 0S1941 | Software Marketing Consultants | 140.00 |
| 0S1942 | Ferro Union, Inc. | 248.00 |
| 0s1943 | Kaiser Foundation Health Plan | 599.00 |
| 0s1944 | Baxter Healthcare Corporation | 118.00 |
| 0S1945 | MoreDirect.Com | 969.00 |
| 0S1946 | Whirlpool Corporation | 278.00 |
| 0s1947 | Specialty Underwriters, LLC | 600.00 |
| 0S1948 | Weber Marketing Systems, Inc. | 783.00 |
| 0S1951 | Lockheed Martin Shared Services | 690.00 |
| 0S1954 | AEP Service Corporation | 118.00 |
| 0S1955 | Roush Industries, Inc. | 102.50 |
| 0S1956 | United Parcel Service | 14.00 |
| 0s1957 | Huron Valley Schools | 74.00 |
| 0S1958 | Atofina Chemicals, Inc. | 1,177.00 |
| 0S1959 | DirectTV Operations, Inc. | 110.00 |
| 0S1960 | Wisconsin Electric | 694.00 |
| 0S1961 | Merck & Company, Inc. | 3,223.46 |
| 0s1962 | Taylor School District | 405.00 |
| 0s1963 | Colquitt Regional Medical Ctr | 682.00 |
| 0S1964 | BB&T-IT Financial Services | 25.00 |
| 0S1965 | Public Employment Relations Bd | 220.00 |
| 0s1966 | QSS Group, Inc. | 410.00 |
| 0s1969 | MCSI | 791.00 |
| 0s1970 | Future Microsystems, Inc. | 51.00 |
| 0S1971 | Calbiochem-Novabiochem Corporation | 58.00 |
| 0s1972 | Stark Co Community Action Agy | 2,117.00 |
| 0S1973 | Oglala Sioux Tribe | 86.00 |
| 0S1974 | RS Inform Systems, Inc./Faa/Asy | 147.00 |
| 0S1975 | Minolta Corporation | 135.00 |
| 0S1976 | Akzo Nobel Coatings, Inc. | 110.00 |
| 0S1977 | Morrison & Foerster, LLP | 585.00 |
| 0S1978 | Delphi Automotive Systems | 360.00 |
| 0s1979 | Verizon North CTS | 153.00 |
| 0S1980 | Manor ISD | 47.00 |
| 0S1981 | Guinness UDV | 87.00 |
| 0S1982 | ABC Television Network | 330.00 |
| 0S1983 | Shawnee County Info Technology | 123.00 |
| 0s1985 | Casper College | 209.00 |
| 0s1986 | Abra Auto Body & Glass | 2,387.00 |
| 0S1987 | Kaiser Permanente | 40.00 |
| 0S1988 | The Medstat Group | 27.00 |
| 0s1990 | Rosetta Inpharmatics, Inc. | 717.00 |
| 0S1991 | Ridge Tool Company | 272.00 |
| 0S1992 | Corio, Inc. | 1,076.00 |

MITG 1040

| | | |
|---|---|---:|
| 0S1993 | ADC | 80.00 |
| 0s1994 | Good Samaritan Comm Healthcare | 78.00 |
| 0S1995 | Atlanta Offshore Limited | 339.00 |
| 0s1996 | Solutions Plus+ | 490.00 |
| 0s1997 | Career Sys Development Corporation | 256.00 |
| 0S1998 | Cocci Computer Services, Inc. | 30.00 |
| 0S1999 | NationsRent | 301.00 |
| 0s2000 | Susanville School District | 363.00 |
| 0S2001 | Humboldt City Schools | 90.00 |
| 0s2002 | IVillage, Inc. | 445.00 |
| 0S2003 | Providence Hospital | 301.00 |
| 0s2004 | Morgan Tire & Auto, Inc. | 108.00 |
| 0S2005 | Sears Roebuck & Company | 176.00 |
| 0S2006 | Xerox Corporation | 43.00 |
| 0S2007 | Intergraph Government Solution | 90.00 |
| 0s2009 | Starbucks Coffee | 64.00 |
| 0s2012 | Memorial Hospital | 127.00 |
| 0S2013 | KCC Corporate | 75.00 |
| 0s2014 | Mississippi Delta Comm College | 270.00 |
| 0S2015 | Fox News Engineering | 28.00 |
| 0S2016 | Redford Union Schools Dist #1 | 275.00 |
| 0S2018 | Drs Laurel Technologies | 133.00 |
| 0s2019 | Corona-Norco Unified Sch Dist | 132.00 |
| 0S2020 | Milton Hersey School | 454.00 |
| 0s2021 | Hyatt Grand Champions Resort | 135.00 |
| 0S2022 | Plainfield Municipal Utilities | 66.00 |
| 0s2023 | Orange County Community | 68.00 |
| 0S2024 | Ikon Office Solutions | 246.00 |
| 0S2025 | Global Computer Supplies | 219.00 |
| 0S2026 | MBNA Procurement Services | 528.00 |
| 0s2027 | Qwest Communications-Inv | 18.00 |
| 0S2028 | Prince William County Schools | 570.00 |
| 0S2029 | Reuters America, Inc. | 147.00 |
| 0s2032 | Peoria Typewriter Company | 654.00 |
| 0s2056 | Akzo Nobel Coatings, Inc. | 85.00 |
| 0S2064 | Reliance Electric | 172.00 |
| 0s2081 | Akzo Nobel Resins | 313.00 |
| 0s2167 | Wells Fargo Bank - Win/Reg Sys | 65.00 |
| | | 293,523.25 |