## Schmiedeskamp, Robertson, Neu & Mitchell
### LAWYERS

525 JERSEY
P.O. BOX 1069

**Quincy, Illinois**
62306

DELMER R. MITCHELL
DENNIS W. GORMAN
JERRY L. BRENNAN
WILLIAM G. KELLER, JR.
WILLIAM M. McCLEERY, JR.
TED M. NIEMANN
GENA J. AWERKAMP*
BRETT K. GORMAN*
HAROLD B. OAKLEY*
MICHAEL A. BICKHAUS*
DAVID G. PENN
JAMES A. HANSEN*
GREGORY A. PRATT
BABETTE L. BRENNAN*
ANDREW K. CASHMAN*
MELINDA S. MADISON**

*ALSO LICENSED IN MISSOURI
**ALSO LICENSED IN NEW YORK

CARL G. SCHMIEDESKAMP (1908-1987)
JOHN T. ROBERTSON (1916-1998)

RICHARD B. NEU • RETIRED

(217) 223-3030

FAX (217) 223-1005

www.srnm.com

F.E.I.N. 37-0670873

July 15, 2005

**VIA FACSIMILE & U.S. MAIL**
Ms. Elizann Carroll
Juneau, Boll & Ward
15301 Spectrum Drive, Suite 300
Addison, TX 75001

    Re:    Hewlett Packard v. MITG, Inc. and Michael Lauber
            Cause No. 04-3055; United States Central District of Illinois

Dear Elizann:

    As I indicated in my previous e-mail correspondence, the discovery that we sent to you this week is labeled incorrectly. To be more specific, the data was labeled 1/1/00 to 2/1/02 when it is actually data from 10/01/01 to 2/1/02. We are having a great deal of difficulty locating any data prior to October 1, 2001. In October of 2001 MITG started using a new database tool. The tool did not have the capability to run reports by customer number. We had to have a programmer write specific code to extract the information that was sent to you in the Supplemental Responses to Request for Production.

    Further, the database tools that we used prior to October 1, 2001 are quite frankly technology that is now obsolete. We have hired an expert out of Phoenix, Arizona to simply review the database tool to try and pull the information that you requested. I have been informed this could be a lengthy and time consuming process. Again, the computer expert is not someone that we would disclose as an expert in this case; rather, we have simply hired this individual to use his computer expertise to try and pull the information off of our old database tools.

    Lastly, we need to discuss what time frame you and your client are willing to wait to obtain this information. It is the position of MITG that HP already has all of the information that was requested from us at their disposal. As you know from the agreement HP (premerger Compaq) are the ones who billed the customer and the information would also be in their records. MITG billed

Ms. Elizann Carroll
July 15, 2005
Page 2

HP directly on spreadsheets with claim numbers and had no reason to tabulate by customer. Regardless, we are working to obtain the information requested.

    Please contact me to discuss this in greater detail as it may affect proposed depositions that we have tentatively set the last week of July. I have been informed that the individual in Phoenix is to have an answer to us by the beginning of next week if it is possible to pull the information.

    Very truly yours,

    James A. Hansen

JAH/pls

cc:    Ron Haught