E-FILED
Tuesday, 19 July, 2005 04:30:20 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, and COMPAQ TRADEMARK B.V., )<br><br>Plaintiffs, )<br><br>vs. )<br><br>MIDWEST INFORMATION TECHNOLOGY GROUP, INC., )<br><br>Defendant. ) | Civil Action No. 04-3055 |

## STATUS REPORT TO COURT OF DEFENDANT/COUNTERCLAIM PLAINTIFF MIDWEST INFORMATION TECHNOLOGY GROUP, INC.

Defendant/Counterclaim Plaintiff, **MIDWEST INFORMATION TECHNOLOGY GROUP, INC.** ("MITG"), by and through its counsel, SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL is filing this Report pursuant to this Court's Minute Entry Order of June 15, 2005 relating to Plaintiff's Motion to Compel.

By way of the Court's Order, Defendant was ordered to Answer Plaintiff's Interrogatory Nos. 4, 8 and 9 and Request for Production 3, 4, 5, 10 and 11. MITG was given up to July 8, 2005 to produce the discovery ordered by the Court. On Friday, July 8, 2005, MITG filed its Certificate of Service with this Court and forwarded the documentation to counsel for Plaintiff. Apparently, from the Status Report filed by Plaintiff, the materials were not received until July 15, 2005.

Defendant/Counterclaim Plaintiff disagrees with the position taken by HP and further states that it has complied with this Court's Order. As HP has attached the additional supplemental discovery responses of MITG they are not submitted again herein.

Additional documents have been provided by MITG to HP by way of a computer disk containing invoices from January 1, 2000 through February 1, 2002. The additional information was located by MITG and has been produced to HP along with an additional document regarding revenue and profit for the years 2000 and 2001. The above described documents were sent overnight to counsel for Plaintiff today.

The parties have discussed depositions of MITG's representatives. The documentation has been overnighted to Plaintiff. If counsel for HP would like to discuss alternative deposition dates based on the recent materials submitted, counsel for MITG has no problem rescheduling the depositions.

MITG believes it has complied with the Court's Order and feels the Court's intervention into these issues unnecessary at this time.

s/_____James A. Hansen_____
James A. Hansen IL Bar #6244534
Attorney for Defendant,
Midwest Information Technology Group, Inc.
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: jhansen@srnm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July will send notification of such filing to the following:

Elizann Carroll
Juneau, Boll & Ward
15301 Spectrum Drive, Suite 300
Addison, TX 75001

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

s/_____James A. Hansen_____
James A. Hansen IL Bar #6244534
Attorney for Defendant,
Midwest Information Technology Group, Inc.
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: jhansen@srnm.com