E-FILED
Thursday, 21 July, 2005  07:19:07 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, AND COMPAQ TRADEMARK B.V. | § § § § § § § | |
| Plaintiffs | § § | Civil Action No. 04-3055 |
| VS. | § § | |
| MIDWEST INFORMATION TECHNOLOGY GROUP, INC. AND MICHAEL LAUBER, | § § § § § | |
| Defendants. | § § | |

## RESPONSE TO STATUS REPORT OF MIDWEST INFORMATION TECHNOLOGY GROUP

Plaintiffs, Hewlett-Packard Development Company, LP, Hewlett Packard Company and Compaq Trademark B.V. ("HP") are filing this Response to the Status Report filed by Midwest Information Technology Group, Inc. ("MITG") to clarify the issues that remain following MITG's service of discovery responses pursuant to the Court's Order on HP's motion to compel and production of documents after HP's Status Report filed on July 15, 2005.

HP believes MITG has failed to produce all of the information that was the subject of HP's motion to compel. Specifically, and contrary to MITG's Status Report, the documents produced on CD on July 20, 2005 are not invoices from January 1, 2000 to February 1, 2002. Rather, the CD contains spreadsheets summarizing invoice information beginning July 15, 2000, thus missing the first six months of 2000. Moreover, there is no net profit information at all and there is only gross profit information for invoices on the spreadsheet beginning December 8, 2000. MITG admits it has further information in electronic files that it cannot access (see

Exhibit 3 to HP's Status Report) and later stated that the "expert" it retained also could not access the information. HP requested production of the electronic files to give HP the opportunity to retrieve the information. MITG has refused this request. The information on MITG's profits is an important aspect of HP's defense to the claim for damages on the tortious interference claim. Thus, HP continues to seek the Court's intervention in this issue to obtain the discovery to which this Court has ruled HP is entitled.

The parties have agreed to proceed with the depositions of MITG's representatives on Monday July 25 in Quincy, IL., and of MITG's expert on Wednesday July 27 in St. Louis, as HP's deadline to designate defensive experts is September 30, 2005. HP requests that in the event this Court orders the production of the electronic or other files, that HP have the right to take a brief deposition of an MITG representative on those documents, if necessary.

Respectfully submitted,

/s Elizann Carroll
ELIZANN CARROLL
Texas State Bar No. 00787209
JUNEAU, BOLL & WARD, P.L.L.C.
15301 Spectrum Dr., Suite 300
Addison Texas 75001
(972) 866-8333
(972) 866-8378 *fax*

MOLLY BUCK RICHARD
Texas State Bar No. 16842800
Richard Law Group
8411 Preston Road, Suite 890
Dallas, TX 75225
(214) 206 4300
(214) 206 4330 (fax)

SCOTT D. SPOONER
Heyl, Royster, Voelker & Allen
Suite 575 National City Center
1 North Old State Capital Plaza
P. O. Box 1687
Springfield, IL 62705
(217) 522-8822
(217) 523-3902 *fax*

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 21st day of July, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to Delmer Mitchell and James Hansen, counsel for Defendants, and Molly Buck Richard and Scott Spooner, counsel for Plaintiffs.

/s Elizann Carroll
ELIZANN CARROLL
State Bar No. 00787209
JUNEAU, BOLL & WARD
15301 Spectrum Dr., Suite 300
Addison Texas 75001
(972) 866-8333
(972) 866-8378 *fax*
ecarroll@juneauboll.com