E-FILED
Monday, 01 August, 2005  03:28:17 PM
Clerk, U.S. District Court, ILCD

JUNEAU, BOLL & WARD

A PROFESSIONAL LIMITED LIABILITY COMPANY

15301 SPECTRUM DRIVE, SUITE 300
ADDISON, TEXAS 75001-4696

ELIZANN CARROLL
ECARROLL@JUNEAUBOLL.COM

TELEPHONE:
(972) 866-8333

FACSIMILE:
(972) 866-8378

August 1, 2005

The Honorable Charles Evans
Magistrate Judge
United States District Court
Central District of Illinois
151 U. S. Courthouse
600 East Monroe Street
Springfield, Illinois 62701

   Re: Civil Action No. 04-3055;  *Hewlett-Packard Development Company, L.P., et al.*
     *v. Midwest Information Technology Group, Inc and Michael Lauber*

Dear Judge Evans:

  I am receipt of the Docket Entry dated July 26, 2005 regarding Hewlett-Packard's oral motion for attorneys' fees relating to the discovery issues which were the subject of the telephonic hearing that morning.  In the Docket Entry, it states that the oral motion was denied "based on lack of timely actions taken by plaintiff with regard to discovery matters ruled about in the 6/16/05 minute entry order."   As you may remember, in the hearing, I, on behalf or Plaintiff/Counter-Defendant Hewlett-Packard, sought attorneys' fees based on what we contend was undue delay and/or untimeliness by Defendant/Counter-Plaintiff Midwest Information Technology Group, Inc. in revealing that it did not have the records sought in discovery relating to MITG's affirmative claims against Hewlett-Packard.  I do not recall in the hearing that the basis for denial of the oral motion was untimeliness in bringing the motion.  Thus, I am respectfully requesting a clarification of the Minute Entry in order to ensure we fully understand the basis for the Court's finding.

       Respectfully submitted,

       Elizann Carroll

cc: James Hansen, counsel for Midwest Information Technology Group