**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

|  |  |  |
|---|---|---|
| HEWLETT-PACKARD | ) | |
| DEVELOPMENT COMPANY, L.P., | ) | |
| HEWLETT-PACKARD COMPANY, | ) | |
| and COMPAQ TRADEMARK B.V., | ) | |
|  | ) | |
| Plaintiffs, | ) | |
|  | ) | |
| vs. | ) | Civil Action No. 04-3055 |
|  | ) | |
| MIDWEST INFORMATION | ) | |
| TECHNOLOGY GROUP, INC., | ) | |
|  | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, on 18th day of August, 2005, deposited a copy of Defendant/Counterclaim Plaintiff Midwest Information Technology Group, Inc.'s Third Supplemental Answers to Hewlett-Packard Company's Interrogatories,  Third Supplemental Responses to Hewlett-Packard Company's Request for Production and Supplemental Expert Report pursuant to Rule 26(e)(1), postage prepaid, in the United States Mail, addressed to all counsel of record listed below:

Ms. Elizann Carroll
Juneau, Boll & Ward
15301 Spectrum Dr., Ste. 300
Addison, TX  75001

By: s/_____    James A. Hansen_____
James A. Hansen IL Bar #6244534
Attorney for Defendant/Counterclaim Plaintiff,
Midwest Information Technology Group, Inc.
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: jhansen@srnm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Ms. Elizann Carroll
> Juneau, Boll & Ward
> 15301 Spectrum Dr., Ste. 300
> Addison, TX 75001

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

s/_____ James A. Hansen _____

James A. Hansen IL Bar #6244534
Attorney for Defendant/Counterclaim Plaintiff,
Midwest Information Technology Group, Inc.
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: jhansen@srnm.com
