UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

Hewlett Packard Development Company, L.P.,
Hewlett-Packard Company,
and Compaq Trademark B.V.

PLAINTIFFS

v.

Midwest Information Technology Group, Inc. and Michael Lauber

DEFENDANTS

CIVIL ACTION No. 04-3055


EXHIBIT
45  7/27/05

# EXPERT REPORT OF SCOTT A. STRINGER
June 30, 2005

Respectfully submitted,

UHY Advisors

*[signature]*

Scott A. Stringer

PLAINTIFF'S EXHIBIT
A

I.  ASSIGNMENT

I have been retained by Mr. James A. Hansen attorney for Defendant Midwest Information Technology Group (MITG) to evaluate the economic damages in the above-styled litigation. As of this report date, my analysis and opinions are limited to damages pertaining to Counts I and V of the Counterclaim by MITG. To date, I have not yet billed for services rendered in this matter, however I have received an initial retainer of $5,000 pursuant to my letter of engagement. I will bill based upon the hourly rates of the individuals assigned to the engagement. My current hourly rate is $300 per hour. Other staff that have and may assist in this matter will be billed at our hourly rates ranging from $135 to $175 per hour.

This report summarizes my opinions and conclusions to date. It is my understanding that discovery in this matter is ongoing. Therefore, I reserve the right to supplement this report and update my opinions should additional information become available.

II.  EXPERT QUALIFICATIONS

I am a managing director of UHY Advisors (UHY) and a licensed Certified Public Accountant. In addition, I am certified in business valuation by the National Association of Certified Valuation Analysts. My qualifications, including a list of all publications written in the last ten years and all deposition and trial testimony during the last four years, are included as Exhibit I.

III.  INFORMATION REVIEWED

In developing my opinions in this case, I have reviewed certain documents and information. The information I reviewed and considered most relevant in this matter is listed in Exhibit II.

IV.  BACKGROUND

On February 8, 2002, MITG entered into a two year Standard Support Agreement (the Agreement) with Compaq to provide call center services for the orders of computer parts by both business and consumer users of Compaq computers. Prior to the Agreement, MITG had operated as a call center for Compaq under a different contract since 2000. In May of 2002, Hewlett Packard (HP) acquired Compaq and became a party to the Agreement.

Later in 2002, HP began redirecting call center activity from the Andover facility (acquired in its merger with Compaq) to the HP Roseville call center or to other third parties. MITG is asserting in its Counterclaim Count I that servicing these calls was the exclusive right of MITG as stated in the Agreement.

Count V of the Counterclaim asserts that HP interfered with the business relationships of MITG by contacting both customers and vendors without the acknowledgement or

Page 2

consent of MITG. This interference began prior to the termination of the agreement on February 7, 2004. It is the contention of MITG that the termination of the Agreement with HP did not end its business relationships with customers and vendors.

## V. ANALYSES

*Count I – Breach of Contract*

I obtained information from HP which reflected the actual call level and sales dollar volume for the Andover business transferred to Roseville. As shown on Exhibit III, I calculated the incremental profits that would have accrued to MITG had this business been transferred to MITG pursuant to the Agreement through February 7, 2004.

My analysis incorporated the average gross profit experienced by MITG, the effect on payments between HP and MITG pursuant to the Agreement, and the incremental costs in personnel and infrastructure that would have been incurred by MITG in supporting this additional volume of business.

Based upon the analysis performed, the amount of damages to MITG pursuant to Count I was $6,422,000, rounded.

*Count V – Tortuous Interference*

In conjunction with the information obtained in our analysis of Count I, we calculated lost profits to MITG, as shown on Exhibit IV, relating to Count V. We calculated the profit per month based upon the average profit achieved in 2003, including the effect of the profit diverted to Roseville as calculated on Exhibit III.

We then assumed that an incremental loss of profit occurred beginning with the end of the contract in February through December 2004 of between one and eleven percent. This loss of profit considers the expiration of the Agreement, offset by the assumption that the business relationships MITG formed were not hindered by HP, as Count V asserts.

Based upon the analysis performed, the cumulative amount of damages to MITG pursuant to Count V was $5,190,000, rounded, through December, 2004.

## VI. CONCLUSION

Based upon the work that I have performed in this matter, it is my opinion that the amount of damages sustained by MITG pertaining to Count I of the Counterclaim was $6,422,000. Further, it is my opinion that the amount of damages sustained by MITG pertaining to Count V of the Counterclaim was $5,190,000 through December, 2004.

EXHIBIT I

# CURRICULUM VITAE
# SCOTT A. STRINGER
### 06/30/2005

## EMPLOYMENT

**Current:**  (2001 – Present)
UHY Advisors
3117 South Big Bend Boulevard
St. Louis, Missouri 63143
Managing Director
Business Consulting Department Head

**History:**  (1997 – 2001)
Sabino Stringer & Associates LLC
St. Louis, Missouri
Member

(1991 – 1997)
Pritchard, Osborne, LLC
Clayton, Missouri
Member

(1992 - 1993)
Maryville University
Chesterfield, Missouri
Instructor of Accounting
(Concurrent with Pritchard Osborne)

(1988 - 1991)
Grant Thornton
St. Louis, Missouri
Senior Consultant

(1988 – 1989)
Southern Illinois University
Edwardsville, Illinois
Adjunct Instructor of Accounting
(Concurrent with Grant Thornton)

(1987 - 1988)
Coin Acceptors, Inc.
Clayton, Missouri
Manager of Financial Reporting

(1984 - 1987)
KPMG Peat Marwick LLP
St. Louis, Missouri
Senior Accountant

(1982 - 1984)
Pet, Incorporated
St. Louis, Missouri
Cost Accountant

**CERTIFICATIONS**

Certified Public Accountant
Certified Valuation Analyst

**EDUCATION**

**Graduate:**

St. Louis University, St. Louis, Missouri
Master in Business Administration - Finance

**Undergraduate:**

Southern Illinois University, Edwardsville, Illinois
Bachelor of Science in Accountancy

**Other:**

Specialized Training in:

Business Valuation
Litigation Support
Fraud and Forensic Examinations

*TESTIMONY OVER LAST FOUR YEARS*

2005 – *Computers Plus Inc. v Evers & Company*, Accounting standards required for a certified audit, Cole County, Missouri (deposition)

2005 – *Solavie v TricorBraun*, Lost Profits rebuttal, St. Louis Missouri (AAA arbitration)

2005 – *Jeffrey M. Lowel v. American Standard Inc.* Economic damages, US District Court, Eastern District of Missouri, Eastern Division (trial)

2004 – *DelVecchio v DelVecchio* – Projection of net income, St. Louis County, Missouri (trial)

2004 – *United States v Keith E. Anderson et al*, Propriety of business structure, US District Court, Western District of Washington at Seattle (trial)

2004 – *Cosman v Cosman*, Business Valuation, Marital Dissolution, St. Louis County, Missouri (deposition)

2004 – *Game Face Sports International inc., v Reuben O. Charles et al.*, Rebuttal of Damages, City of St. Louis, State of Missouri (deposition)

2004 – *Traffic Control v Able Industries*, Calculation of amounts owed under purchase agreement, rebuttal of damage calculation, St. Louis Missouri (AAA deposition)

2004 – *Mehard v. Mehard*, Business Valuation, Marital Dissolution, St. Louis County, Missouri (deposition and trial)

2004 – *Chipongian v. Edward Jones* Schedules of Trading Activity, St. Louis, MO (NASD arbitration hearing)

2004 – *Jeffrey M. Lowe v. American Standard Inc.* Economic damages, US District Court, Eastern District of Missouri, Eastern Division (deposition)

2003 – *Brooks v. Morgan Stanley Dean Witter* Schedules of Trading Activity, St. Louis, MO (NASD arbitration hearing)

2003 – *Clement v. Burns, Gustus & Co.*, Schedules of Trading Activity, St. Louis County, MO (deposition and trial)

2003 – *Scharff v. A.G. Edwards & Sons, Inc.*, Schedules of Trading Activity, St. Louis, MO (NASD arbitration hearing)

2003 – *Moore v. Moore*, Business Valuation, Marital Dissolution, St. Louis County, Missouri (deposition)

2003 – *Bender v. Morgan Stanley Dean Witter Inc.*, Schedules of Trading Activity, St. Louis, MO (NASD arbitration hearing)

2003 – *McLaughlin v. A.G. Edwards & Sons, Inc.*, Schedules of Trading Activity, St. Louis, MO (NASD arbitration hearing)

2003 - *Muenz v. Muenz*, Calculation of expected income on investments, Marital Dissolution, St. Louis County, Missouri (trial)

2003 – *Wash Solutions, Inc et al. v. PDQ Manufacturing, Inc., et al*, Lost Profits calculation, US District Court, Eastern District of Missouri, Eastern Division (trial)

2003 – *Ehrler v. Morgan Keegan*, Schedules of Trading Activity, St. Louis, MO (NASD arbitration hearing)

2003 – *Millner v. Millner*, Business Valuation, Marital Dissolution, St. Louis County, Missouri (trial)

2003 – *Jody DeBold and Tri-River Trading v. Jersey County Grain et al*, Compilation of trading activity records, rebuttal of damage calculation, Circuit Court for the City of St. Louis, Twenty-Second Judicial Court, State of Missouri (deposition)

2003 – *Wang Tong v. First Securities*, Schedules of Trading Activity, St. Louis, MO (NASD arbitration hearing)

2002 – *Wash Solutions, Inc et al. v. PDQ Manufacturing, Inc., et al*, Lost Profits calculation, US District Court, Eastern District of Missouri, Eastern Division (deposition)

2002 – *McIntyre v. Blanford*, Business Valuation, Marital Dissolution, St. Louis County, Missouri (deposition)

2002 – *Link v. First Securities*, Schedules of Trading Activity, St. Louis, MO (NASD arbitration hearing)

2001 – *Hartzell v. Hartzell*, Business Valuation, Marital Dissolution, Jo Daviess County, Illinois (trial)

2001 *Smith v. Smith*, Business Valuation, Marital Dissolution, Franklin County, Missouri (trial)

2001 *Johnson v. Johnson*, Business Valuation, Marital Dissolution, St. Charles County, Missouri (deposition)

## PUBLICATIONS AND PRESENTATIONS OVER LAST TEN YEARS

"Managing Your Business For Success", presented at the Paint and Decorating Retailers Association conference, Phoenix AZ, March 18, 2005

"Income – What is it and Where is it?" presented at the Domestic Relations Seminar 2004, St. Louis County Bar Association, October 15, 2004

"Business Valuations – Factors Impacting Value," *St. Louis Courier Post*, June 14, 1996.

## PROFESSIONAL ORGANIZATIONS

American Institute of CPAs, 1987-Present

Missouri Society of CPAs, 1985 - Present
* Litigation Services Committee, 1995 – 1997

National Association of Certified Valuation Analysts, 1996 – Present

Association of Certified Fraud Examiners, 2002- Present

Estate Planning Council of St. Louis
2003 - Present

Missouri Venture Forum 1991-
Present

**SIGNIFICANT CIVIC POSITIONS**

National Children's Cancer Society,
Chairman, Vice Chairman, Member of
the Board, Audit Committee Chairman
1993 - present

EXHIBIT II

## INFORMATION REVIEWED

Various pleadings and court filings in this matter.

MITG prepared revenues and expenses for 2002 through 2004, Bates No.MITG 0612-0614.

HP prepared revenues and expenses from the Schmaderer deposition, Exhibits DDD and EEE.

MITG prepared documents for sales for 2004, Bates No. MITG 1023-1026.

HP documents regarding E-spares handled at Roseville, Bates No. HP 11007-11009, and HP 11048-11050.

MITG prepared documents on call volume, Bates No. MITG 0615-0724.

HP prepared documents for 2003 and 2004 labeled 2003 stats and 2004 stats.

HP prepared documents titled 41K Pmts.

Various e-mail documentation, Bates No. HP1139-1189

Deposition transcripts and exhibits for Teresa Koch, Charles Schmaderer, Roland Soriano, Chip Love, Louise Meyerfeld, Ronald Haught, Randy Wagner, Richard Chizek and Diane Pound.

Exhibit III-1

|  | 2004 Year January | 2004 Year February | 2004 Total | Grand Total |
|---|---|---|---|---|
| Diverted Sales | 1,070,692 | 267,673 | 1,338,365 | 19,061,355 |
| Average Gross Profit % | 40% | 40% | 40% | 40% |
| Gross Profit on Diverted Sales | 428,277 | 107,069 | 535,346 | 7,624,542 |
| **Add** | | | | |
| Call Center Revenue On Diverted Sales | 21,242 | 5,311 | 26,553 | 348,996 |
| **Total Lost Revenue** | 449,519 | 112,380 | 561,899 | 7,973,538 |
| **Less** | | | | |
| 25% to HP on Diverted Sales | (48,181) | (12,045) | (60,226) | (857,761) |
| Incremental Operating Expense Additional Staffing: | | | | |
| 4 Admin $30k salary&benefit | (10,000) | (2,500) | (12,500) | (212,500) |
| 5 Agents $40k salary&benefit | (16,666) | (4,167) | (20,833) | (354,153) |
| 1 Supervisor $50k salary&benefit | (4,166) | (1,042) | (5,208) | (88,528) |
| Extra Cost per Additional Staff: | | | | |
| Phone and Headset | (416) | (104) | (520) | (8,840) |
| Computer | (166) | (42) | (208) | (3,528) |
| Licensing | (833) | (208) | (1,041) | (17,701) |
| Consumables | (416) | (104) | (520) | (8,840) |
| **Net Profit Per Month** | 368,675 | 92,169 | 460,843 | 6,421,688 |

Note 1: The gross margin used was the average calculated for 2003
Note 2: February includes just one week of activity due to contract ending on Feb 7th, 200

Exhibit III-2

| | January | February | March | April | May | June | July | August | September | October | November | December | 2003 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diverted Sales | 1,015,481 | 1,007,170 | 1,469,409 | 959,041 | 914,948 | 1,150,621 | 917,549 | 951,335 | 1,310,051 | 1,011,319 | 1,070,692 | 1,070,692 | 12,848,308 |
| Average Gross Profit % | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% |
| Gross Profit on Diverted Sales | 406,192 | 402,868 | 587,764 | 383,616 | 365,979 | 460,248 | 367,020 | 380,534 | 524,020 | 404,528 | 428,277 | 428,277 | 5,139,323 |
| **Add** | | | | | | | | | | | | | |
| Call Center Revenue On Diverted Sales | 21,184 | 23,231 | 30,434 | 19,084 | 23,935 | 16,286 | 16,643 | 27,573 | 17,796 | 16,254 | 21,242 | 21,242 | 254,906 |
| **Total Lost Revenue** | 427,376 | 426,099 | 618,198 | 402,700 | 389,914 | 476,534 | 383,663 | 408,107 | 541,816 | 420,782 | 449,519 | 449,519 | 5,394,229 |
| **Less** | | | | | | | | | | | | | |
| 25% to HP on Diverted Sales | (45,897) | (45,323) | (66,123) | (43,157) | (41,173) | (51,778) | (41,290) | (42,810) | (58,952) | (45,509) | (48,181) | (48,181) | (578,174) |
| **Incremental Operating Expense** | | | | | | | | | | | | | |
| Additional Staffing: | | | | | | | | | | | | | |
| 4 Admin $30k salary&benefit | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (120,000) |
| 5 Agents $40k salary&benefit | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (199,992) |
| 1 Supervisor $50k salary&benefit | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (49,992) |
| **Extra Cost per Additional Staff** | | | | | | | | | | | | | |
| Phone and Headset | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (4,992) |
| Computer | (166) | (166) | (166) | (166) | (166) | (166) | (166) | (166) | (166) | (166) | (166) | (166) | (1,992) |
| Licensing | (833) | (833) | (833) | (833) | (833) | (833) | (833) | (833) | (833) | (833) | (833) | (833) | (9,996) |
| Consumables | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (4,992) |
| **Net Profit Per Month** | 349,017 | 348,113 | 519,411 | 326,881 | 316,079 | 392,093 | 309,710 | 332,634 | 450,203 | 342,609 | 368,675 | 368,675 | 4,424,099 |

Note 1: The gross margin used was the average calculated for 200(

Exhibit III-3

| | 2002 Year | | | | | | | | 2002 Total |
|---|---|---|---|---|---|---|---|---|---|
| | May | June | July | August | September | October | November | December | |
| **Diverted Sales** | 56,547 | 350,945 | 337,268 | 542,046 | 827,827 | 785,602 | 852,123 | 1,122,324 | 4,874,682 |
| Average Gross Profit % | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% |
| Gross Profit on Diverted Sales | 22,619 | 140,378 | 134,907 | 216,818 | 331,131 | 314,241 | 340,849 | 448,930 | 1,949,873 |
| **Add** | | | | | | | | | |
| Call Center Revenue On Diverted Sales | - | - | 1,869 | 10,537 | 7,618 | 8,484 | 22,827 | 16,202 | 67,537 |
| **Total Lost Revenue** | 22,619 | 140,378 | 136,776 | 227,355 | 338,749 | 322,725 | 363,676 | 465,132 | 2,017,410 |
| **Less** | | | | | | | | | |
| 25% to HP on Diverted Sales | (2,545) | (15,793) | (15,177) | (24,392) | (37,252) | (35,352) | (38,346) | (50,505) | (219,361) |
| Incremental Operating Expense Additional Staffing: | | | | | | | | | |
| 4 Admin $30k salary&benefit | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (80,000) |
| 5 Agents $40k salary&benefit | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (133,328) |
| 1 Supervisor $50k salary&benefit | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (33,328) |
| Extra Cost per Additional Staff: | | | | | | | | | |
| Phone and Headset | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (3,328) |
| Computer | (166) | (166) | (166) | (166) | (166) | (166) | (166) | (166) | (1,328) |
| Licensing | (833) | (833) | (833) | (833) | (833) | (833) | (833) | (833) | (6,664) |
| Consumables | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (3,328) |
| **Net Profit Per Month** | (12,589) | 91,922 | 88,936 | 170,300 | 268,834 | 254,710 | 292,668 | 381,964 | 1,536,745 |

Note 1: The gross margin used was the average calculated for 2003.

Exhibit IV – 1

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 2004 Year | | | | | | | |
| Average Net Profit Per Month | 513,100 | 513,100 | 513,100 | 513,100 | 513,100 | 513,100 | 513,100 | 513,100 | 513,100 | 513,100 | 513,100 | 513,100 | 6,157,200 |
| Less Loss of Customers | | 1% | 2% | 3% | 4% | 5% | 6% | 7% | 8% | 9% | 10% | 11% | |
| Adjusted Profit per Month | 513,100 | 507,969 | 502,838 | 497,707 | 492,576 | 487,445 | 482,314 | 477,183 | 472,052 | 466,921 | 461,790 | 456,659 | 5,818,554 |
| Less Actual Profit | | | | | | | | | | | | | |
| Sales: | | | | | | | | | | | | | |
| Business to Consumer | 45,062 | 21,720 | | | | | | | | | | | |
| Business to Business | 190,899 | 54,108 | | | | | | | | | | | |
| Total Sales | 235,961 | 75,828 | | | | | | | | | | | |
| Cost of Sales: | | | | | | | | | | | | | |
| Business to Consumer | 23,821 | 13,281 | | | | | | | | | | | |
| Business to Business | 123,299 | 34,523 | | | | | | | | | | | |
| Total Cost of Sales | 147,120 | 47,804 | | | | | | | | | | | |
| Total Gross Profit Realized | 88,841 | 28,024 | | | | | | | | | | | |
| Net Gross Profit Lost | 424,259 | 479,945 | 502,838 | 497,707 | 492,576 | 487,445 | 482,314 | 477,183 | 472,052 | 466,921 | 461,790 | 456,659 | 5,701,689 |
| Less Call Center Revenue Realized | (41,000) | (10,250) | | | | | | | | | | | (51,250) |
| Eliminate Profits Claimed in Count 1 | (368,675) | (92,169) | | | | | | | | | | | (460,844) |
| Net Lost Profits | 14,584 | 377,526 | 502,838 | 497,707 | 492,576 | 487,445 | 482,314 | 477,183 | 472,052 | 466,921 | 461,790 | 456,659 | 5,189,595 |
| Cumulative Lost Profits | 14,584 | 392,110 | 894,948 | 1,392,655 | 1,885,231 | 2,372,676 | 2,854,990 | 3,332,173 | 3,804,225 | 4,271,146 | 4,732,936 | 5,189,595 | |

Exhibit IV-2

| | January | February | March | April | May | June | July | August | September | October | November | December | Total | Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | | | | | | |
| Business to Consumer | 134,822 | 156,407 | 168,597 | 165,357 | 132,740 | 151,195 | 88,077 | 82,365 | 76,384 | 64,839 | 49,455 | 54,174 | 1,324,203 | |
| Business to Business | 223,820 | 143,753 | 220,559 | 283,186 | 277,459 | 262,315 | 281,248 | 253,087 | 269,059 | 341,647 | 171,592 | 172,935 | 2,900,660 | |
| Total Sales | 358,443 | 300,160 | 389,146 | 448,543 | 410,199 | 413,510 | 369,325 | 335,452 | 345,443 | 406,486 | 221,047 | 227,109 | 4,224,863 | |
| **Costs of Sales** | | | | | | | | | | | | | | |
| Business to Consumer | 85,592 | 95,523 | 104,003 | 104,937 | 76,519 | 76,737 | 47,921 | 42,305 | 37,891 | 33,170 | 27,879 | 28,241 | 760,718 | |
| Business to Business | 141,290 | 91,350 | 145,887 | 184,896 | 152,460 | 126,237 | 179,127 | 153,421 | 152,271 | 226,238 | 109,496 | 109,704 | 1,772,177 | |
| | 226,882 | 186,873 | 249,890 | 289,833 | 228,979 | 202,974 | 227,048 | 195,726 | 190,162 | 259,408 | 137,375 | 137,945 | 2,532,895 | |
| Gross Profit on Sales | 131,561 | 113,287 | 139,456 | 158,710 | 181,220 | 210,536 | 142,277 | 139,726 | 155,281 | 147,078 | 83,672 | 89,164 | 1,691,968 | |
| Gross Profit % on Sales | 36.7% | 37.7% | 35.8% | 35.4% | 44.2% | 50.9% | 38.5% | 41.7% | 45.0% | 36.2% | 37.9% | 39.3% | 40.0% | |
| **Diverted Sales** | 1,015,481 | 1,007,170 | 1,469,405 | 959,041 | 914,948 | 1,150,621 | 917,549 | 951,335 | 1,310,051 | 1,011,316 | 1,070,692 | 1,070,692 | 12,848,306 | |
| Average Gross Profit % | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | |
| Gross Profit on Diverted Sales | 406,192 | 402,868 | 587,764 | 383,616 | 365,979 | 460,248 | 367,020 | 380,534 | 524,020 | 404,526 | 428,277 | 428,277 | 5,139,322 | |
| **Total Gross Profit** | 537,753 | 516,155 | 727,220 | 542,326 | 547,199 | 670,784 | 509,297 | 520,260 | 679,301 | 551,606 | 511,949 | 517,441 | 6,831,291 | |
| **Add** | | | | | | | | | | | | | | |
| Call Center Revenue | 41,000 | 41,000 | 41,000 | 41,000 | 41,000 | 41,000 | 41,000 | 41,000 | 41,000 | 41,000 | 41,000 | 41,000 | 492,000 | |
| Call Center Revenue On Diverted Sales | 21,184 | 23,231 | 30,434 | 19,084 | 23,935 | 16,286 | 16,643 | 27,573 | 17,798 | 16,254 | 21,242 | 24,242 | 257,906 | |
| **Less** | | | | | | | | | | | | | | |
| 25 % to HP - Consumer | (14,043) | (17,512) | (17,521) | (19,463) | (17,221) | (19,964) | (11,368) | (10,882) | (10,415) | (8,442) | (5,886) | (7,019) | (159,756) | |
| 25 % to HP - Business | (22,565) | (14,902) | (19,353) | (25,814) | (33,317) | (34,229) | (26,968) | (25,189) | (29,633) | (30,399) | (15,521) | (16,125) | (294,115) | |
| 25% to HP on Diverted Sales | (45,697) | (45,323) | (66,123) | (43,157) | (41,173) | (51,778) | (41,290) | (42,810) | (58,952) | (45,509) | (48,181) | (48,181) | (578,174) | |
| **Incremental Operating Expense** | | | | | | | | | | | | | | |
| **Additional Staffing:** | | | | | | | | | | | | | | |
| 4 Admin $30k salary&benefit | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (120,000) | |
| 5 Agents $40k salary&benefit | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (199,992) | |
| 1 Supervisor $50k salary&ben | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (49,992) | |
| **Extra Cost per Additional Staff:** | | | | | | | | | | | | | | |
| Phone and headset | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (4,992) | |
| Computer | (166) | (166) | (166) | (166) | (166) | (166) | (166) | (166) | (166) | (166) | (166) | (166) | (1,992) | |
| Licensing | (833) | (833) | (833) | (833) | (833) | (833) | (833) | (833) | (833) | (833) | (833) | (833) | (9,996) | |
| Consumables | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (4,992) | |
| **Net Profit Per Month** | 484,970 | 469,986 | 662,993 | 481,494 | 487,761 | 509,436 | 454,651 | 477,289 | 606,436 | 491,846 | 471,640 | 478,695 | 6,157,196 | 513,100 |

Note 1: For Nov. and Dec., 2003, no information was supplied for diverted sales - used 10 mnth averages for diverted sales and related call center revenue