Diane Pound
March 29, 2005
3:04-cv-03055-JES-CHE   # 62-5   Page 1 of 3
Hewlett-Packard Development Company v.
Midwest Information Technology Group, Inc.
E-FILED
Thursday, 01 September, 2005 11:32:16 AM
Clerk, U.S. District Court, ILCD

Page 5

[1]     **PROCEEDINGS**
[2] 03/29/2005 (Deposition commenced at 3:59 p.m.)
[3]     **THE VIDEOGRAPHER:** We're now beginning
[4] this deposition. The date is March 29, 2005. Time is
[5] approximately 3:59 p.m. We are now on the video
[6] record.
[7]     (Oath administered)
[8]     DIANE POUND,
[9] having been first duly sworn, testified as follows:
[10]    **EXAMINATION**
[11]    **BY MR. HANSEN:**
[12]    **Q:** Please state your name for the record.
[13]    **A:** Diane Pound.
[14]    **Q:** Ms. Pound, my name's Jim Hansen; and I
[15] represent the defendants, MITG and Michael Lauber, in a
[16] lawsuit filed in the Central District of Illinois by
[17] Hewlett-Packard. And your deposition is being taken
[18] today in that case. And it is being videotaped for the
[19] members of the jury, if needed at a later date.
[20]    I know you may have gone over this with
[21] your attorney but I'm going to give you some background
[22] information first. If I ask you a question at any time
[23] today that you do not understand, please ask me to
[24] rephrase it and I will do so. Okay?
[25]    **A:** Okay.

Page 6

[1]     **Q:** And we are also taking down today this
[2] testimony in a typed format for reading later. It's
[3] very difficult, if we're talking at the same time. So
[4] I will ask you to allow me to complete my question, and
[5] I in turn will give you the same courtesy in finishing
[6] your answer. Okay?
[7]     **A:** Okay.
[8]     **Q:** And then lastly, we need verbal answers. You
[9] may go uh-um, uh-uh but we need them out loud because
[10] somebody's uh-uh is another's uh-huh. So —
[11]    **A:** Okay.
[12]    **Q:** — okay?
[13]    Please state — are you employed with HP?
[14]    **A:** Yes.
[15]    **Q:** Okay. And where is your current business
[16] address?
[17]    **A:** Marlboro, Massachusettes.
[18]    **Q:** Okay. And what do you do there?
[19]    **A:** I work for customer operations and I am the
[20] liaison between — I work with invoicing and sales
[21] compensations, sales operations. So I make sure that
[22] orders get booked and invoiced.
[23]    **Q:** When you say "orders get booked and invoiced,"
[24] what type of orders?
[25]    **A:** Could be contract, could be per event.

Page 7

[1]     **Q:** Per event, you said?
[2]     **A:** Yeah. Like time and material-type.
[3]     **Q:** Okay. How long have you been employed with
[4] Hewlett-Packard? Were you with Compaq prior to
[5] Hewlett-Packard?
[6]     **A:** I was — yes. And I was with Digital prior to
[7] Compaq. So I started with Digital in May of 1981.
[8]     **Q:** Okay. Let's go back a little ways here. Is
[9] Marlboro, Massachusettes, different or the same as an
[10] entity I'll call the Andover Call Center? Is that
[11] located there in Marlboro?
[12]    **A:** No.
[13]    **Q:** Okay. Where — is the Andover Call Center
[14] still in operation?
[15]    **A:** No.
[16]    **Q:** Okay. Did you work at the Andover Call
[17] Center?
[18]    **A:** Yes.
[19]    **Q:** Okay. And where was that located at?
[20]    **A:** In Andover, Massachusettes.
[21]    **Q:** Okay. And how long were you there?
[22]    **A:** Two years.
[23]    **Q:** And what were those years?
[24]    **A:** April 2001 through April 2003.
[25]    **Q:** Okay. What did you do at the Andover Call

Page 8

[1] Center?
[2]     **A:** I managed the call center group.
[3]     **Q:** Okay. And what type of call center was it?
[4] And let me preface that by saying, did it start out a
[5] Digital call center?
[6]     **A:** Yes.
[7]     **Q:** Okay. Did it then become a Compaq call
[8] center?
[9]     **A:** Yes — well, combined.
[10]    **Q:** Okay. And did it ever become an HP call
[11] center?
[12]    **A:** No. When HP acquired us, that's when we
[13] transitioned the Andover Call Center to Roseville and
[14] it became one call center.
[15]    **Q:** Okay. When you were there in April of '01 to
[16] April of '03 — I take it when you started it was a
[17] Compaq call center?
[18]    **A:** Digital.
[19]    **Q:** Digital.
[20]    Okay. When did it switch to Compaq?
[21]    **A:** I don't remember the exact date.
[22]    **Q:** How about month and year?
[23]    **A:** It would have been . . .
[24]    **Q:** Summer of '01?
[25]    **A:** Yeah. Yeah.



PLAINTIFF'S EXHIBIT C

3:04-cv-03055-JES-CHE    # 62-5    Page 2 of 3

Hewlett-Packard Development Company v.
Midwest Information Technology Group, Inc.

Diane Pound
March 29, 2005

Page 9

[1] Q: Okay. And then when HP bought Compaq, it was
[2] transferred to Roseville?
[3] A: Yes.
[4] Q: Okay.
[5] A: Not immediately but . . .
[6] Q: Right. Right. Eventually when was it shut
[7] down?
[8] A: We started the transition in early 2003. It
[9] was finished in April of 2003 and then the group was
[10] laid off in July of 2003.
[11] Q: Were you brought back —
[12] A: Yes.
[13] Q: — for —
[14]    Okay. Were — was there a period of time
[15] where you were not working for HP? Or did you go from
[16] April '03 transition to Marlboro with the position you
[17] now hold?
[18] A: I left the Andover Call Center in April and
[19] went to Marlboro on a different job because I had
[20] transitioned the work and the people to Roseville. And
[21] then once Roseville took over the business and
[22] understood what they were doing, then they sent me back
[23] to Andover just to lay the group off.
[24] Q: Okay. So did the Andover people ever transfer
[25] with the business out to California or were they laid

Page 10

[1] off?
[2] A: No. They were all laid off.
[3] Q: Okay. And let's back up. You said when you
[4] started at the call center in April of '01 it was a
[5] Digital —
[6] A: Yes.
[7] Q: — call center?
[8]    What type of product was Andover selling
[9] for Digital?
[10] A: They sold spare parts.
[11] Q: Would that be multivendor spare parts?
[12] A: No. Digital only.
[13] Q: Okay. And when it was selling Digital only
[14] spare parts was that also by way of Web site or was it
[15] solely by phone?
[16] A: It was by phone only.
[17] Q: And did that phone number change when Compaq
[18] bought Digital?
[19] A: No.
[20] Q: Okay. When Compaq bought Digital, we talked
[21] about the time frame of Summer 2001, what type of parts
[22] was the Andover Call Center selling then?
[23] A: Digital spare parts and Compaq spare parts.
[24] Q: Okay. And the spare parts for Compaq, were
[25] those multivendor spare parts?

Page 11

[1] A: No. Compaq part numbers only.
[2] Q: If I reference the term CSN, do you know what
[3] I mean by that? Compaq Services Network.
[4] MS. CARROLL: Object to that. Assumes
[5] facts not in evidence.
[6] Q: (BY MR. HANSEN) If I refer to CSN parts?
[7] A: When I think of CSN, I think of a system that
[8] we used.
[9] Q: Okay. I'm sorry. When you say you sold spare
[10] parts that were Compaq only, how were those sold, by
[11] phone and Web site or phone only?
[12] A: Both.
[13] Q: Okay. What was the Andover Web site that was
[14] used to sell Compaq spare parts?
[15] A: It was espares.compaq.com.
[16] Q: Okay. When did that Web site become
[17] operational?
[18] A: Summer of 2002, I think.
[19] Q: Okay. Let's back up a little bit. Were you
[20] the manager of the entire call center at Andover?
[21] A: Yes.
[22] Q: Okay. Who did you report to?
[23] A: Janet Peterson.
[24] Q: Was that for the entire time you were there?
[25] A: Yes.

Page 12

[1] Q: And when did the transition — you said the
[2] transition to HP of the Andover Call Center started
[3] when HP bought Compaq?
[4] A: Yes.
[5] Q: Okay. Which was '03, beginning of '03?
[6] A: Right.
[7] Q: Okay. You said January of '03, I think?
[8] A: I think that's when we started the transition.
[9] I mean, it wasn't immediately. It was once we found
[10] out that we had several groups doing similar work.
[11] Q: Okay. Let me back up a little bit to make
[12] sure that we're on the same page. Is a DEC, D-E-C,
[13] part, is that Digital?
[14] A: Yes.
[15] Q: Okay. What — does that stand for
[16] Digital Equipment —
[17] A: Equipment Corporation.
[18] Q: Okay. And the type of parts that Andover
[19] sold, when it was selling Compaq and Digital spare
[20] parts, were those parts to individuals as well as
[21] business entities?
[22] A: Yes.
[23] Q: I mean, if I'm a consumer and I'm at home and
[24] I need a part for my Compaq Presario, could I have
[25] called Andover and ordered that part?

Diane Pound
March 29, 2005
Case 4:04-cv-03055-JES-CHE  # 62-5  Page 3 of 3

Hewlett-Packard Development Company v.
Midwest Information Technology Group, Inc.

Page 13

[1] **A:** Yes.
[2] **Q:** And did your call center also sell to
[3] businesses, I take it?
[4] **A:** Yes.
[5] **Q:** Did Andover operate under any sort of contract
[6] with Compaq?
[7] **A:** Not that I'm — not that I know of.
[8] **Q:** Okay. How many phone numbers did the Andover
[9] Call Center have, let's say in the year 2002, when you
[10] were operating for Compaq?
[11] **A:** We had one 800 phone number with options.
[12] **Q:** Do you recall that number?
[13] **A:** 1-800-225-5385. I think.
[14] **Q:** Okay. And off of that were the routed options
[15] for what?
[16] **A:** There was a recorded message that would say
[17] press 1 for Digital parts, press 2 for Compaq parts,
[18] press 3 for laptop repair, and press 4 for invoicing
[19] questions.
[20] **Q:** Did — you said the Web site became
[21] operational, you thought, around Summer of '02?
[22] **A:** Yes.
[23] **Q:** And how — how was that Web site set up? Was
[24] there an interface at all between Andover and Compaq
[25] for the ordering of the parts, if you know?

Page 14

[1] **MS. CARROLL:** I'm going to object to it
[2] as vague.
[3] **A:** I don't know — I don't understand —
[4] **Q:** (BY MR. HANSEN) Have you ever heard of an XML
[5] interface?
[6] **A:** No.
[7] **Q:** Okay. Have you ever heard of the term, middle
[8] ware?
[9] **A:** No.
[10] **Q:** Okay. The Compaq call center, I'm going to
[11] refer to it as that, at Andover, did it sell parts for
[12] Presario and non-Presario products?
[13] **A:** Yes.
[14] **Q:** And you said earlier it did not sell
[15] third-party multivendor parts; is that correct?
[16] **A:** Correct.
[17] **Q:** Did it outsource any percentage of its sales?
[18] **A:** No.
[19] **Q:** It was 100 percent Compaq spare parts?
[20] **A:** Compaq and Digital.
[21] **Q:** I'm sorry, Compaq and Digital.
[22] What — we'll go over these in a little
[23] bit. What were the type of call volumes Andover was
[24] experiencing on a daily basis when — it was a Compaq
[25] call center in the year 2002?

Page 15

[1] **MS. CARROLL:** I object to that as overly
[2] broad and vague.
[3] Go ahead.
[4] **A:** I really don't remember the call volumes.
[5] **Q:** (BY MR. HANSEN) Okay. Let — I'm going to
[6] hand you some documents that have already been marked
[7] in this case, to go over with you. Actually, I'll just
[8] make this easier. I'll mark this one.
[9] This will be Defendant's Exhibit HHH,
[10] which are documents that have been previously produced,
[11] HP 11252 to 11255. And I'll hand that to you. And
[12] indicate to you that it actually reads from the back
[13] forward. So you'll have to go to the last page, which
[14] is the first e-mail.
[15] Let me know when you finish reading that
[16] e-mail, please. Just the last page.
[17] **A:** Oh. Okay.
[18] **Q:** Okay. Is this an e-mail from yourself to
[19] Louise Meyerfeld and Janine Lindstrom,
[20] L-I-N-D-S-T-R-O-M, dated Wednesday, October 30, 2002?
[21] **A:** Yes.
[22] **Q:** Okay. Who is Janine?
[23] **A:** I believe she was the person that handled the
[24] phone — like, she would be the one that would change
[25] the options. Like 1 for Digital, 2 for Compaq.

Page 16

[1] **Q:** To your knowledge, was she out in California
[2] in Roseville?
[3] **A:** No. I believe she was in Massachusettes
[4] somewhere.
[5] **Q:** Okay. You also CCed some other folks —
[6] Richard Chizek, Janet Peterson, Victor Manzo, Chip Love
[7] and Roland Soriano. Are those individuals you had
[8] dealt with prior to October 30, 2002?
[9] **A:** I have no idea who Victor Manzo is, but the
[10] rest of the people were people that — either from
[11] Roseville or — Chip was the business person and Janet
[12] was my manager.
[13] **Q:** Okay. Chip, was he in Houston?
[14] **A:** Yes.
[15] **Q:** Okay. And was Houston, at that time, a Compaq
[16] company that he was with?
[17] **A:** Yes.
[18] **Q:** Okay. What — what was your understanding —
[19] was there a call center in Houston?
[20] **A:** No.
[21] **Q:** Okay. Was Chip Love somebody you reported to
[22] or . . .
[23] **A:** He was our business contact. So we kind of
[24] worked for him indirectly.
[25] **Q:** Okay. Reading this e-mail to Ms. Meyerfeld,