E-FILED
Thursday, 01 September, 2005  11:32:52 AM
Clerk, U.S. District Court, ILCD

1                    THERESA KOCH,

2       having been first duly sworn by the Notary Public, deposeth

3       and saith as follows:

4                    EXAMINATION BY:

5                       MS. CARROLL

6            Q.    Would you state your name for the record,

7       please.

8            A.    Teresa Koch.

9            Q.    And Ms. Koch, you had your deposition

10      taken in this case back in February, and as you can

11      tell, the court reporter's just put you under oath.

12      We're going to go through the same process that we

13      did back in February and hopefully be even quicker

14      this time than we were the last time.  The current

15      accounting software you are using is called S.B.T.?

16           A.    That's correct.

17           Q.    How long have you been using that?

18           A.    I think it was around, sometime in 2001.

19           Q.    All right.  What were you using before

20      that for your accounting software?

21           A.    Well, they used -- I started in 2000, so

22      at that point we had tried the Peachtree software.

23      It's no longer accessible.

24           Q.    So when you started in July of 2000, did

25      you suggest starting the use of Peachtree or was

**PLAINTIFF'S EXHIBIT**

1

1    the phone number.

2        A.   P.O. number.  Which line is Troy's on?

3    Kimberly Clark?  Is that right?

4        Q.   Yeah, I got that it's tied to the Kimberly

5    Clark one.

6            MR. HANSEN:  Roswell, Georgia.

7            THE DEPONENT:  Yeah, I have no idea why

8        there was no customer number on that.

9        Q   (By Ms. Carroll) All right.  And at least

10   one of them is a credit card number.  Any idea why

11   the other two don't have, on that page, that don't

12   have customer numbers, why that is?

13       A.   No, I don't even recognize that name.

14       Q.   Okay.  There's also on that second page --

15   we have been looking at the one that has Troy

16   Bloomquist's name where there's a phone number and

17   above that is a few spots, there is an email address

18   from a Custom Edge person, do you know why these --

19   and the phone number columns at times there are

20   names instead of phone numbers?

21       A.   No, I don't.

22       Q.   You don't know if that's an indication

23   that people from Custom Edge called and said ship it

24   to my customer or this person?

25       A.   I have no idea.

1        Q.    Okay.  With all of these customer numbers,

2    I take it from your prior testimony that -- well

3    strike that.  The Peachtree software, if you were

4    able to access the Peachtree software, could you do

5    a search on that by these customer numbers?  Would

6    these have been entered into the Peachtree?

7        A.    No, we never invoiced individual customers

8    for the Peachtree.

9        Q.    So there wouldn't be anything -- these

10   numbers wouldn't have been entered even under a

11   customer list or anything else, is that right?

12       A.    No, we didn't have a customer list of CEI

13   customers ever in our accounting, accounts

14   receivable.  That's not how we billed it.

15       Q.    All right.

16                       (Exhibit No. 30 was marked for

17                        identification.)

18   BY MS. CARROLL:

19       Q.    Let me hand you Deposition Exhibit 30,

20   which is the second invoice that was on the disk

21   that I received and it was identified as 0729

22   invoice 16831.  This is obviously a much more

23   detailed bit of information on this second invoice

24   Exhibit 30, were you involved in suggesting or

25   deciding to change the format?

1      A.    I don't recall any conversations about

2   that, no.

3      Q.    Do you know why they were -- this change

4   was made?

5      A.    No, I don't.

6      Q.    All right.  Now on here the additions are

7   the parts description and the price and the shipping

8   costs?

9      A.    Uh-huh.

10     Q.    Just going all the way to the -- well,

11  going to the second page, it's -- there's two things

12  that are totaled at the bottom, but can you -- do

13  you have any information from this time as to what

14  the profit was that MITG was making on the sale of

15  these parts to these customers?

16     A.    No, I do not.

17     Q.    Okay.  Was that something that was being

18  tracked back in July of 2000?

19     A.    Just in an aggregate amount, not on a

20  customer basis.

21     Q.    Is there any way -- when you say an

22  aggregate amount, how is it aggregated?

23     A.    Total cost of sales.

24     Q.    All right.  So did you keep it by Excel

25  spreadsheet, did you keep it by week, month, how was

1    that done, do you recall?

2        A.    I had just started then.  That was a big

3    mess at that point, so I don't remember.  I think it

4    was just kept on a cash disbursement basis and

5    paying for the actual product, the venders, is all I

6    remember.

7        Q.    Well you're on an accrual basis now,

8    right?

9        A.    Right.

10       Q.    Are you the one that made that change?

11       A.    No, it was always -- I think if you take

12   the cash disbursements and add the accounts payable

13   at the end of the year then you have an accrual

14   basis, so you adjust your accrual at that point.

15       Q.    Do you -- well, if we looked back at the

16   year at July of 2000, would there be any way to tell

17   whether or not the CEI, Custom Edge business that

18   MITG was doing, was profitable versus other parts of

19   MITG's business unrelated to CEI?

20       A.    It was never broke out other than in total

21   at that point in time.

22       Q.    Okay.  Was there any way from the

23   information that MITG has for me to go back and

24   recreate what that profit might be?

25       A.    I don't know how that would come about,

1    case prior to that.

2        Q.    Did you have any discussions with anyone

3    when you all were trying to search for this

4    information where anyone discussed why the invoices

5    only began on July 15th?

6        A.    Well, considering that there's only one

7    other person there that was there before me, then

8    there wasn't a lot to discuss.  Nobody else would

9    have had any knowledge of that.

10       Q.    Did you have any discussions with Mr.

11   Haught about trying to produce these documents?

12       A.    Absolutely.

13       Q.    At any time during those discussions with

14   Mr. Haught, did he say gosh, I can't believe we

15   can't find the old invoices?  Did he ever say to

16   you --

17       A.    Yep.

18       Q.    Did the invoices at one time exist, to

19   your knowledge, and you just can't locate them now

20   versus July 15 was the first day they were ever

21   created?

22       A.    We think there is missing data that we

23   can't find, if it's been overwritten, if it crashed

24   on a server somewhere.  We think there's data

25   missing, but we don't know where it's at.