| DATES | | | GROSS TOTALS | | | | Discounts | | Credits/Rebills | | Cancellations | | NET TOTALS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WE Date | Day | Agent Ords | Web Ords | TTL Ords | Qty | $ Amt | Amt. to be Disc | Disc Amt | Qty | $ Amt | Qty | $ Amt | Ords | Qty | $ Amt |
| 04-May TOTALS | | | | 55 | 133 | $11,528 | $0 | $0 | (10) | ($1,416) | 0 | $0 | 55 | 123 | $10,112 |
| 11-May TOTALS | | | | 57 | 96 | $9,883 | $0 | $0 | (3) | ($186) | 0 | $0 | 57 | 93 | $9,697 |
| 18-May TOTALS | | | | 75 | 172 | $15,580 | $0 | $0 | (6) | ($589) | 0 | $0 | 75 | 166 | $14,991 |
| 25-May TOTALS | | | | 214 | 286 | $32,517 | $0 | $0 | (2) | ($330) | 0 | $0 | 214 | 284 | $32,187 |
| 01-Jun TOTALS | | | | 391 | 505 | $57,238 | $0 | $0 | (15) | ($1,755) | 0 | $0 | 391 | 490 | $55,483 |
| 08-Jun TOTALS | | | | 533 | 645 | $72,707 | $0 | $0 | (12) | ($2,457) | 0 | $0 | 533 | 633 | $70,250 |
| 15-Jun TOTALS | | | | 616 | 818 | $88,071 | $0 | $0 | (40) | ($5,216) | 0 | $0 | 616 | 778 | $82,855 |
| 22-Jun TOTALS | | | | 567 | 734 | $79,501 | $0 | $0 | (44) | ($6,293) | 0 | $0 | 567 | 690 | $73,208 |
| 29-Jun TOTALS | | | | 582 | 816 | $97,733 | $0 | $0 | (73) | ($6,423) | 0 | $0 | 582 | 743 | $91,310 |
| 06-Jul TOTALS | | | | 513 | 694 | $77,944 | $0 | $0 | 0 | $0 | 0 | $0 | 513 | 694 | $77,944 |
| 13-Jul TOTALS | | | | 630 | 841 | $88,557 | $0 | $0 | (66) | ($9,042) | 0 | $0 | 630 | 775 | $79,515 |
| 20-Jul TOTALS | | | | 1017 | 940 | $101,059 | $0 | $0 | (86) | ($12,667) | 0 | $0 | 1017 | 854 | $88,392 |
| 27-Jul TOTALS | | | | 1006 | 968 | $86,452 | $0 | $0 | (82) | ($14,341) | 0 | $0 | 1006 | 886 | $72,111 |
| 03-Aug TOTALS | | | | 834 | 1191 | $123,203 | $0 | $0 | (45) | ($5,577) | 0 | $0 | 834 | 1146 | $117,626 |
| 10-Aug TOTALS | | | | 945 | 1618 | $148,780 | $0 | $0 | (94) | ($8,422) | 0 | ($43,160) | 945 | 1524 | $97,198 |
| 17-Aug TOTALS | | | | 991 | 1464 | $165,272 | $0 | $0 | (29) | ($3,644) | 0 | $0 | 991 | 1435 | $161,628 |
| 24-Aug TOTALS | | | | 1016 | 1490 | $169,544 | $0 | $0 | (180) | ($14,465) | 0 | $0 | 1016 | 1310 | $155,079 |
| 31-Aug TOTALS | | | | 1031 | 1868 | $195,143 | $0 | $0 | (98) | ($14,749) | 0 | $0 | 1031 | 1770 | $180,394 |
| 07-Sep TOTALS | | | | 1016 | 1461 | $152,303 | $0 | $0 | (89) | ($15,803) | 0 | $0 | 1016 | 1372 | $136,500 |
| 14-Sep TOTALS | | | | 1093 | 1633 | $188,375 | $0 | $0 | (91) | ($13,149) | 0 | $0 | 1093 | 1542 | $175,226 |
| 21-Sep TOTALS | | | | 1116 | 1790 | $195,364 | $0 | $0 | (39) | ($6,177) | 0 | $0 | 1116 | 1751 | $189,187 |
| 28-Sep TOTALS | | | | 1036 | 1855 | $208,263 | $0 | $0 | (144) | ($14,907) | 0 | $0 | 1036 | 1711 | $193,356 |
| 05-Oct TOTALS | | | 1048 | 1036 | 1872 | $234,159 | $44,206 | $6,631 | (89) | ($14,117) | (71) | ($7,823) | 1036 | 1712 | $205,588 |
| 12-Oct TOTALS | 365 | | 1229 | 1090 | 1798 | $205,175 | $24,202 | $3,630 | (99) | ($10,883) | 0 | $0 | 1090 | 1699 | $190,662 |
| 19-Oct TOTALS | 356 | | 1166 | 1026 | 1516 | $188,201 | $16,003 | $2,400 | (134) | ($14,281) | (2) | ($68) | 1026 | 1380 | $171,452 |
| 26-Oct TOTALS | 453 | | 865 | 1274 | 2049 | $260,755 | $33,613 | $5,042 | (133) | ($18,074) | (7) | ($1,560) | 1274 | 1909 | $236,079 |
| 02-Nov TOTALS | 252 | | 1198 | 1424 | 2193 | $224,248 | $6,466 | $970 | (121) | ($10,928) | (6) | ($1,142) | 1424 | 2066 | $211,208 |
| 09-Nov TOTALS | 420 | | 1238 | 1413 | 2128 | $223,302 | $9,072 | $1,361 | (47) | ($8,292) | (34) | ($7,137) | 1413 | 2047 | $206,512 |
| 16-Nov TOTALS | 530 | | 1099 | 1585 | 2408 | $256,388 | $11,316 | $1,697 | (67) | ($13,856) | (141) | ($20,317) | 1585 | 2200 | $220,518 |
| 23-Nov TOTALS | 431 | | | 1619 | 2410 | $255,243 | $8,119 | $1,218 | (110) | ($12,279) | (32) | ($9,058) | 1619 | 2268 | $232,689 |
| 30-Nov TOTALS | | | | 1117 | 1615 | $181,585 | $3,509 | $526 | (68) | ($9,582) | (95) | ($29,615) | 1117 | 1452 | $141,862 |
| 07-Dec TOTALS | | | | 1618 | 2344 | $266,462 | $15,548 | $2,332 | (94) | ($9,185) | (16) | ($3,850) | 1618 | 2234 | $251,095 |
| 14-Dec TOTALS | | | | 1768 | 2914 | $323,984 | $12,723 | $1,908 | (171) | ($16,537) | (78) | ($5,029) | 1768 | 2665 | $300,510 |
| 21-Dec TOTALS | | | | 1530 | 2356 | $256,037 | $8,842 | $1,326 | (142) | ($18,153) | (32) | ($4,040) | 1530 | 2182 | $232,518 |

HP011007

PLAINTIFF'S EXHIBIT F

EXHIBIT 5 1/27/05

Confidential
Pursuant to Protective Order

| Date | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 28-Dec TOTALS | 276 | 704 | 980 | 1427 | $170,940 | $7,009 | $1,051 | (63) | ($6,828) | (5) | ($862) | 980 | 1359 | $162,199 |
| 04-Jan TOTALS | 323 | 1029 | 1352 | 2029 | $213,745 | $15,783 | $2,367 | (11) | ($2,312) | (106) | ($30,675) | 1352 | 1912 | $178,391 |
| 11-Jan TOTALS | 477 | 1437 | 1914 | 2852 | $337,847 | $18,141 | $2,721 | (192) | ($26,078) | (18) | ($7,569) | 1914 | 2642 | $301,479 |
| 18-Jan TOTALS | 658 | 1213 | 1871 | 2884 | $324,911 | $14,771 | $2,216 | (154) | ($16,183) | (27) | ($5,002) | 1871 | 2703 | $301,510 |
| 25-Jan TOTALS | 494 | 1214 | 1708 | 2687 | $283,725 | $14,378 | $2,157 | (84) | ($10,770) | (22) | ($3,564) | 1708 | 2581 | $267,234 |
| 01-Feb TOTALS | 495 | 1233 | 1728 | 2650 | $276,033 | $7,987 | $1,198 | (223) | ($27,425) | (23) | ($1,996) | 1728 | 2404 | $245,414 |
| 08-Feb TOTALS | 574 | 1235 | 1809 | 3087 | $366,401 | $17,160 | $2,574 | (199) | ($25,530) | (69) | ($19,546) | 1809 | 2819 | $318,751 |
| 15-Feb TOTALS | 652 | 1248 | 1900 | 3137 | $349,532 | $11,521 | $1,728 | (166) | ($20,413) | (37) | ($16,697) | 1900 | 2934 | $310,694 |
| 22-Feb TOTALS | 633 | 1165 | 1798 | 2615 | $385,595 | $14,448 | $2,167 | (78) | ($9,691) | (123) | ($101,961) | 1798 | 2414 | $271,776 |
| 01-Mar TOTALS | 651 | 1145 | 1796 | 2970 | $472,828 | $16,395 | $2,459 | (212) | ($26,340) | (176) | ($122,937) | 1796 | 2582 | $321,092 |
| 08-Mar TOTALS | 580 | 1204 | 1784 | 2873 | $324,775 | $19,244 | $2,887 | (243) | ($32,170) | (68) | ($16,785) | 1784 | 2562 | $272,933 |
| 15-Mar TOTALS | 633 | 1060 | 1693 | 2567 | $281,696 | $13,949 | $2,092 | (149) | ($19,647) | (29) | ($3,734) | 1693 | 2389 | $256,223 |
| 22-Mar TOTALS | 629 | 1042 | 1671 | 2497 | $281,524 | $3,420 | $513 | (153) | ($24,283) | (14) | ($3,330) | 1671 | 2330 | $253,398 |
| 29-Mar TOTALS | 638 | 1025 | 1663 | 2487 | $281,877 | $15,238 | $2,286 | (107) | ($11,667) | (15) | ($3,082) | 1663 | 2365 | $264,842 |
| 05-Apr TOTALS | 684 | 1001 | 1685 | 3051 | $351,470 | $8,165 | $1,225 | (130) | ($19,081) | (80) | ($20,249) | 1685 | 2841 | $310,915 |
| 12-Apr TOTALS | 712 | 930 | 1642 | 2633 | $320,103 | $12,002 | $1,800 | (158) | ($21,392) | (13) | ($5,696) | 1642 | 2462 | $291,215 |
| 19-Apr TOTALS | 618 | 930 | 1548 | 2287 | $279,241 | $7,250 | $1,088 | (114) | ($13,821) | (9) | ($6,128) | 1548 | 2164 | $258,205 |
| 26-Apr TOTALS | 722 | 848 | 1570 | 2440 | $271,676 | $9,424 | $1,414 | (153) | ($26,637) | 0 | $0 | 1570 | 2287 | $243,625 |
| 03-May TOTALS | 651 | 814 | 1465 | 2279 | $261,748 | $6,289 | $943 | (268) | ($33,604) | (13) | ($1,088) | 1465 | 1998 | $226,113 |
| 10-May TOTALS | 656 | 926 | 1582 | 2316 | $237,834 | $3,230 | $485 | (91) | ($18,139) | (22) | ($3,259) | 1582 | 2203 | $215,952 |
| 17-May TOTALS | 613 | 898 | 1511 | 2265 | $253,498 | $7,120 | $1,068 | (139) | ($18,884) | (20) | ($8,988) | 1511 | 2106 | $224,558 |
| 24-May TOTALS | 578 | 990 | 1568 | 2332 | $272,380 | $6,432 | $965 | (163) | ($22,430) | (25) | ($8,381) | 1568 | 2144 | $240,604 |
| 31-May TOTALS | 350 | 893 | 1243 | 1764 | $210,783 | $5,727 | $859 | (83) | ($12,806) | (21) | ($2,384) | 1243 | 1660 | $194,734 |
| 07-Jun TOTALS | 543 | 919 | 1462 | 2194 | $231,286 | $3,790 | $569 | (60) | ($4,784) | (45) | ($5,119) | 1462 | 2089 | $220,815 |
| 14-Jun TOTALS | 507 | 915 | 1422 | 2046 | $250,526 | $21,386 | $3,208 | (42) | ($5,790) | (15) | ($5,413) | 1422 | 1989 | $236,115 |
| 21-Jun TOTALS | 494 | 1072 | 1566 | 2456 | $262,841 | $9,902 | $1,485 | (125) | ($20,361) | (5) | ($897) | 1566 | 2326 | $240,098 |
| 28-Jun TOTALS | 532 | 930 | 1462 | 2199 | $258,687 | $8,815 | $1,322 | (40) | ($4,350) | (6) | ($1,567) | 1462 | 2153 | $251,448 |
| 05-Jul TOTALS | 383 | 902 | 1285 | 1815 | $208,157 | $5,353 | $803 | (15) | ($1,642) | (4) | ($1,836) | 1285 | 1796 | $203,876 |
| 12-Jul TOTALS | 602 | 1010 | 1612 | 2289 | $286,581 | $7,205 | $1,081 | (42) | ($5,298) | (8) | ($725) | 1612 | 2239 | $279,477 |
| 19-Jul TOTALS | 645 | 923 | 1568 | 2261 | $268,127 | $8,608 | $1,291 | (144) | ($22,276) | (10) | ($2,150) | 1568 | 2107 | $242,410 |
| 26-Jul TOTALS | 546 | 969 | 1515 | 2476 | $304,812 | $10,209 | $1,531 | (288) | ($33,653) | (145) | ($33,020) | 1515 | 2043 | $236,607 |
| 02-Aug TOTALS | 684 | 924 | 1608 | 2400 | $290,036 | $9,768 | $1,465 | (110) | ($15,847) | (2) | ($127) | 1608 | 2288 | $272,597 |
| 09-Aug TOTALS | 651 | 925 | 1576 | 2223 | $259,416 | $9,879 | $1,482 | (5) | ($657) | (41) | ($10,695) | 1576 | 2177 | $246,582 |
| 16-Aug TOTALS | 640 | 912 | 1552 | 2124 | $257,206 | $6,153 | $923 | (182) | ($28,778) | (92) | ($29,405) | 1552 | 1850 | $198,100 |
| 23-Aug TOTALS | 668 | 1013 | 1681 | 2421 | $274,585 | $4,885 | $733 | (99) | ($15,311) | (18) | ($4,824) | 1681 | 2304 | $253,717 |
| 30-Aug TOTALS | 626 | 1019 | 1645 | 2354 | $286,232 | $16,124 | $2,419 | (38) | ($5,123) | (9) | ($2,935) | 1645 | 2307 | $275,755 |
| 06-Sep TOTALS | 512 | 900 | 1412 | 2051 | $239,147 | $8,214 | $1,232 | (101) | ($19,041) | (28) | ($5,459) | 1412 | 1922 | $213,415 |

Confidential
Pursuant to Protective Order

HP011008

| Date | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 13-Sep | TOTALS | 683 | 901 | 1584 | 2558 | $287,876 | $6,499 | $975 | (90) | ($9,690) | (24) | ($4,912) | 1584 | 2444 | $272,299 |
| 20-Sep | TOTALS | 710 | 875 | 1585 | 2499 | $330,748 | $18,658 | $2,799 | (140) | ($28,533) | (8) | ($546) | 1585 | 2351 | $298,871 |
| 27-Sep | TOTALS | 725 | 894 | 1619 | 2505 | $317,756 | $1,223 | $183 | (173) | ($19,416) | (10) | ($3,867) | 1619 | 2322 | $294,290 |
| 04-Oct | TOTALS | 679 | 791 | 1470 | 2386 | $264,778 | $14,403 | $2,160 | (120) | ($21,679) | (7) | ($1,085) | 1470 | 2259 | $239,853 |
| 11-Oct | TOTALS | 671 | 836 | 1507 | 2442 | $279,568 | $8,812 | $1,322 | (80) | ($13,092) | (17) | ($4,118) | 1507 | 2345 | $261,036 |
| 18-Oct | TOTALS | 685 | 766 | 1451 | 2474 | $273,292 | $12,300 | $1,845 | (104) | ($15,044) | (22) | ($4,232) | 1451 | 2348 | $252,171 |
| 25-Oct | TOTALS | 670 | 808 | 1478 | 2364 | $256,896 | $7,257 | $1,089 | (124) | ($23,781) | (15) | ($2,940) | 1478 | 2225 | $229,086 |

Confidential
Pursuant to Protective Order

HP011009



# HPS Americas - Channel and Parts Business
## eSpares Order/Invoice Report
### Date: August 30, 2003

*Weeks are from Sunday to Saturday

| Week* Ending | ORDER DATA | | | INVOICE DATA | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Gross Ordrs | NET QTY | NET Order Amount | QTY CRD | QTY INV | QTY Net | Revenue (NOR) | NOR % of Order Amt. | Avg. $ Per Pcs | Credit Ratio | Credit $'s |
| 5/4 | 55 | 123 | $10,112 | (10) | 109 | 99 | $10,905 | 108% | $110 | 11.5% | ($1,416) |
| 5/11 | 57 | 93 | $9,697 | (3) | 119 | 116 | $9,845 | 102% | $85 | 1.9% | ($186) |
| 5/18 | 75 | 166 | $14,991 | (3) | 138 | 135 | $10,038 | 67% | $74 | 5.5% | ($589) |
| 5/25 | 214 | 284 | $32,187 | (1) | 270 | 269 | $25,759 | 80% | $96 | 1.3% | ($330) |
| 6/1 | 391 | 490 | $55,483 | (3) | 421 | 418 | $47,149 | 85% | $113 | 3.6% | ($1,755) |
| 6/8 | 533 | 633 | $70,250 | (10) | 426 | 416 | $47,294 | 67% | $114 | 4.9% | ($2,457) |
| 6/15 | 616 | 778 | $82,855 | (33) | 916 | 883 | $103,913 | 125% | $118 | 4.8% | ($5,216) |
| 6/22 | 567 | 690 | $73,208 | (38) | 715 | 677 | $69,223 | 95% | $102 | 8.3% | ($6,293) |
| 6/29 | 582 | 743 | $91,310 | (59) | 799 | 740 | $83,366 | 91% | $113 | 7.2% | ($6,423) |
| 7/6 | 513 | 694 | $77,944 | 0 | 0 | 0 | $0 | 0% | $0 | 0.0% | $0 |
| 7/13 | 630 | 775 | $79,515 | (58) | 1363 | 1305 | $133,190 | 168% | $102 | 6.4% | ($9,042) |
| 7/20 | 1017 | 854 | $88,392 | (59) | 954 | 895 | $96,157 | 109% | $107 | 11.6% | ($12,667) |
| 7/27 | 1006 | 886 | $72,111 | (75) | 1200 | 1125 | $107,921 | 150% | $96 | 11.7% | ($14,341) |
| 8/3 | 834 | 1146 | $117,626 | 0 | 898 | 898 | $94,689 | 81% | $105 | 5.6% | ($5,577) |
| 8/10 | 945 | 1524 | $97,198 | (91) | 1224 | 1133 | $111,653 | 115% | $99 | 7.0% | ($8,422) |
| 8/17 | 991 | 1435 | $161,628 | (20) | 305 | 285 | $14,216 | 9% | $50 | 20.4% | ($3,644) |
| 8/24 | 1016 | 1310 | $155,079 | (86) | 3047 | 2961 | $321,488 | 207% | $109 | 4.3% | ($14,465) |
| 8/31 | 1031 | 1770 | $180,394 | (95) | 1393 | 1298 | $128,971 | 71% | $99 | 10.3% | ($14,749) |
| 9/7 | 1016 | 1372 | $136,500 | (87) | 1786 | 1699 | $167,269 | 123% | $98 | 8.6% | ($15,803) |
| 9/14 | 1093 | 1542 | $175,226 | (89) | 1526 | 1437 | $169,681 | 97% | $118 | 7.2% | ($13,149) |
| 9/21 | 1116 | 1751 | $189,187 | (37) | 1640 | 1603 | $170,586 | 90% | $106 | 3.5% | ($6,177) |
| 9/28 | 1036 | 1711 | $193,356 | (141) | 1856 | 1715 | $191,320 | 99% | $112 | 7.2% | ($14,907) |
| 10/5 | 1036 | 1712 | $205,588 | (86) | 1817 | 1731 | $186,179 | 91% | $108 | 7.0% | ($14,117) |
| 10/12 | 1090 | 1699 | $190,662 | (102) | 1752 | 1650 | $185,536 | 97% | $112 | 5.5% | ($10,883) |
| 10/19 | 1026 | 1380 | $171,452 | (86) | 1511 | 1425 | $170,659 | 100% | $120 | 7.7% | ($14,281) |
| 10/26 | 1274 | 1909 | $236,079 | (124) | 2251 | 2127 | $243,228 | 103% | $114 | 6.9% | ($18,074) |

Confidential
Pursuant to Protective Order

Attorneys' Eyes Only

HP011048



EXHIBIT 52 7/2/05

| Date | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/2 | 1424 | 2066 | $211,208 | (121) | 1703 | 1582 | $181,845 | 86% | $115 | 5.7% | ($10,928) |
| 11/9 | 1413 | 2047 | $206,512 | (47) | 2170 | 2123 | $214,353 | 104% | $101 | 3.7% | ($8,292) |
| 11/16 | 1585 | 2200 | $220,518 | (120) | 2510 | 2390 | $255,040 | 116% | $107 | 5.2% | ($13,856) |
| 11/23 | 1619 | 2268 | $232,689 | (45) | 2003 | 1958 | $200,885 | 86% | $103 | 5.8% | ($12,279) |
| 11/30 | 1117 | 1452 | $141,862 | (68) | 435 | 367 | $30,411 | 21% | $83 | 24.0% | ($9,582) |
| 12/7 | 1618 | 2234 | $251,095 | (94) | 3801 | 3707 | $400,880 | 160% | $108 | 2.2% | ($9,185) |
| 12/14 | 1768 | 2665 | $300,510 | (161) | 2458 | 2297 | $255,827 | 85% | $111 | 6.1% | ($16,537) |
| 12/21 | 1530 | 2182 | $232,518 | (124) | 1458 | 1334 | $151,067 | 65% | $113 | 10.7% | ($18,153) |
| 12/28 | 980 | 1359 | $162,199 | (63) | 2547 | 2484 | $284,139 | 175% | $114 | 2.3% | ($6,828) |
| 1/4 | 1352 | 1912 | $178,391 | (11) | 1460 | 1449 | $148,578 | 83% | $103 | 1.5% | ($2,312) |
| 1/11 | 1914 | 2642 | $301,479 | (164) | 2781 | 2617 | $271,234 | 90% | $104 | 8.8% | ($26,078) |
| 1/18 | 1871 | 2703 | $301,510 | (146) | 2864 | 2718 | $298,046 | 99% | $110 | 5.2% | ($16,183) |
| 1/25 | 1708 | 2581 | $267,234 | (78) | 2845 | 2767 | $297,623 | 111% | $108 | 3.5% | ($10,770) |
| 2/1 | 1728 | 2404 | $245,414 | (223) | 2452 | 2229 | $241,846 | 99% | $108 | 10.2% | ($27,425) |
| 2/8 | 1809 | 2819 | $318,751 | (199) | 2728 | 2529 | $288,751 | 91% | $114 | 8.1% | ($25,530) |
| 2/15 | 1900 | 2934 | $310,694 | (150) | 2624 | 2474 | $229,066 | 74% | $93 | 8.2% | ($20,413) |
| 2/22 | 1798 | 2414 | $271,776 | (78) | 2953 | 2875 | $247,507 | 91% | $86 | 3.8% | ($9,691) |
| 3/1 | 1796 | 2582 | $321,092 | (216) | 2630 | 2414 | $359,765 | 112% | $149 | 6.8% | ($26,340) |
| 3/8 | 1784 | 2562 | $272,933 | (254) | 2649 | 2395 | $288,183 | 106% | $120 | 10.0% | ($32,170) |
| 3/15 | 1693 | 2389 | $256,223 | (157) | 2930 | 2773 | $294,496 | 115% | $106 | 6.3% | ($19,647) |
| 3/22 | 1671 | 2330 | $253,398 | (159) | 2649 | 2490 | $293,725 | 116% | $118 | 7.6% | ($24,283) |
| 3/29 | 1663 | 2365 | $264,842 | (116) | 2353 | 2237 | $233,240 | 88% | $104 | 4.8% | ($11,667) |
| 4/5 | 1685 | 2841 | $310,915 | (130) | 2781 | 2651 | $262,861 | 85% | $99 | 6.8% | ($19,081) |
| 4/12 | 1642 | 2462 | $291,215 | (151) | 2373 | 2222 | $256,609 | 88% | $115 | 7.7% | ($21,392) |
| 4/19 | 1548 | 2164 | $258,205 | (118) | 2597 | 2479 | $292,205 | 113% | $118 | 4.5% | ($13,821) |
| 4/26 | 1570 | 2287 | $243,625 | (153) | 3203 | 3050 | $147,366 | 60% | $48 | 15.3% | ($26,637) |
| 5/3 | 1465 | 1998 | $226,113 | (268) | 1717 | 1449 | $155,942 | 69% | $108 | 17.7% | ($33,604) |
| 5/10 | 1582 | 2203 | $215,952 | (91) | 2436 | 2345 | $237,145 | 110% | $101 | 7.1% | ($18,139) |
| 5/17 | 1511 | 2106 | $224,558 | (139) | 2274 | 2135 | $229,549 | 102% | $108 | 7.6% | ($18,884) |
| 5/24 | 1568 | 2144 | $240,604 | (166) | 3015 | 2849 | $292,312 | 121% | $103 | 7.1% | ($22,430) |
| 5/31 | 1243 | 1660 | $194,734 | (83) | 1627 | 1544 | $177,705 | 91% | $115 | 6.7% | ($12,806) |
| 6/7 | 1462 | 2089 | $220,815 | (60) | 1862 | 1802 | $211,521 | 96% | $117 | 2.2% | ($4,784) |
| 6/14 | 1422 | 1989 | $236,115 | (42) | 1939 | 1897 | $206,243 | 87% | $109 | 2.7% | ($5,790) |
| 6/21 | 1566 | 2326 | $240,098 | (125) | 2584 | 2459 | $280,936 | 117% | $114 | 6.8% | ($20,361) |
| 6/28 | 1462 | 2153 | $251,448 | (43) | 2306 | 2263 | $274,216 | 109% | $121 | 1.6% | ($4,350) |
| 7/5 | 1285 | 1796 | $203,876 | (15) | 1666 | 1651 | $177,195 | 87% | $107 | 0.9% | ($1,642) |
| 7/12 | 1612 | 2239 | $279,477 | (42) | 2127 | 2085 | $230,364 | 82% | $110 | 2.2% | ($5,298) |

Confidential
Pursuant to Protective Order                    Attorneys' Eyes Only

| Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7/19 | 1568 | 2107 | $242,410 | (144) | 1914 | 1770 | $203,442 | 84% | $115 | 9.9% | ($22,276) |
| 7/26 | 1515 | 2043 | $236,607 | (288) | 2891 | 2603 | $306,548 | 130% | $118 | 9.9% | ($33,653) |
| 8/2 | 1608 | 2288 | $272,597 | (110) | 1995 | 1885 | $229,943 | 84% | $122 | 6.4% | ($15,847) |
| 8/9 | 1576 | 2177 | $246,582 | (5) | 2086 | 2081 | $236,574 | 96% | $114 | 0.3% | ($657) |
| 8/16 | 1552 | 1850 | $198,100 | (182) | 2157 | 1975 | $218,397 | 110% | $111 | 11.6% | ($28,778) |
| 8/23 | 1681 | 2304 | $253,717 | (99) | 2454 | 2355 | $266,421 | 105% | $113 | 5.4% | ($15,311) |
| 8/30 | 1645 | 2307 | $275,755 | (38) | 1976 | 1938 | $217,982 | 79% | $112 | 2.3% | ($5,123) |
| 9/6 | 1412 | 1922 | $213,415 | (101) | 1702 | 1601 | $183,569 | 86% | $115 | 9.4% | ($19,041) |
| 9/13 | 1584 | 2444 | $272,299 | (90) | 2871 | 2781 | $299,561 | 110% | $108 | 3.1% | ($9,690) |
| 9/20 | 1585 | 2351 | $298,871 | (140) | 2378 | 2238 | $276,948 | 93% | $124 | 9.3% | ($28,533) |
| 9/27 | 1619 | 2322 | $294,290 | (173) | 3013 | 2840 | $331,991 | 113% | $117 | 5.5% | ($19,416) |
| 10/4 | 1470 | 2259 | $239,853 | (120) | 2132 | 2012 | $208,530 | 87% | $104 | 9.4% | ($21,679) |
| 10/11 | 1507 | 2345 | $261,036 | (80) | 1914 | 1834 | $244,160 | 94% | $133 | 5.1% | ($13,092) |
| 10/18 | 1451 | 2348 | $252,171 | (104) | 2561 | 2457 | $271,268 | 108% | $110 | 5.3% | ($15,044) |
| 10/25 | 1478 | 2225 | $229,086 | (124) | 2862 | 2738 | $287,361 | 125% | $105 | 7.6% | ($23,781) |
| FY02 | 19760 | 27470 | $2,968,030 | (1396) | 28436 | 27040 | $2,900,236 | 98% | $107 | 6.9% | ($214,962) |
| FY03 | 81615 | 116859 | $12,947,384 | (6218) | 122416 | 116198 | $12,681,370 | 98% | $109 | 6.3% | ($859,089) |
| GRAND | 101375 | 144329 | $15,915,414 | (7614) | 150852 | 143238 | $15,581,606 | 98% | $109 | 6.4% | ($1,074,052) |

Confidential
Pursuant to Protective Order

Attorneys' Eyes Only