E-FILED
Thursday, 01 September, 2005  11:35:04 AM
Clerk, U.S. District Court, ILCD

PLAINTIFFS EXHIBIT 67

MITG 1025
MITG 2004.xls

| Customer | February-04 Sales $ | February-04 Margin $ | March-04 Sales $ | March-04 Margin $ | April-04 Sales $ | April-04 Margin $ | May-04 Sales $ | May-04 Margin $ | June-04 Sales $ | June-04 Margin $ | July-04 Sales $ | July-04 Margin $ | August-04 Sales $ | August-04 Margin $ | September-04 Sales $ | September-04 Margin $ | October-04 Sales $ | October-04 Margin $ | November-04 Sales $ | November-04 Margin $ | December-04 Sales $ | December-04 Margin $ | TOTAL Sales $ | TOTAL Margin $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A-B Computer | | | | | | | | | | | | | | | | | | | | | | | $2,375.00 | $825.00 |
| ACL Computers & Software | | | | | | | | | | | | | | | | | | | | | | | $226.00 | $171.00 |
| Affiliated Computer Services | | | | | | | | | | | | | | | | | | | | | | | $497.00 | $252.00 |
| Agilysys Inc | $3,907.00 | $1,997.00 | $185.00 | $90.00 | $4,059.00 | $1,329.00 | $1,889.50 | $564.50 | | | $2,035.00 | 240.00 | $6,810.50 | $2,455.50 | $2,286.00 | $1,071.00 | $2,022.00 | $842.00 | $1,810.00 | $780.00 | $185.00 | $110.00 | $24,449.00 | $9,754.05 |
| Aitech Regional Medical Center | $210.00 | $125.00 | $425.00 | $155.00 | | | | | 340.00 585.00 326.00 | 105.00 171.00 | 127.00 240.00 | 52.00 140.05 | | | | | | | | | $765.00 | $315.00 | $403.00 | $218.00 |
| Alzo Nobel | | | | | | | $354.00 | $149.00 | $235.00 | $105.00 | | | | | | | | | | | | | $108.00 | $58.00 |
| Alteo | | | | | | | | | $193.00 | $93.00 | | | | | | | | | | | | | $354.00 | $149.00 |
| Alloy Technologies | $264.00 | $4.00 | | | | | | | $108.00 | $58.00 | | | $73.00 | $28.00 | | | | | | | | | $264.00 | $4.00 |
| Ameritek Solidstate Controls | | | | | | | $1,294.00 | $714.00 | $188.50 | $113.50 | | | | | $122.00 | $67.00 | $35.00 | $25.00 | | | | | $2,246.50 | $1,172.50 |
| Amherst | | | | | $160.00 | $85.00 | | | | | | | | | $1,260.00 | $285.00 | | | | | | | $1,260.00 | $285.00 |
| Amazon | $312.00 | $240.00 | | | | | | | | | | | | | | | | | | | | | $312.00 | $240.00 |
| Arbatech | $1,295.00 | $898.50 | $8,441.00 | $3,496.00 | $6,799.00 | $3,135.00 | $12,119.00 | $3,479.00 | $12,267.00 | $4,717.00 | $2,795.00 | $1,295.00 | | | | | $6,696.40 | $3,102.40 | $482.00 | $193.00 | | | $43,707.00 | $17,010.50 |
| Avnet Inc | | | | | $61.00 | $41.00 | | | | | | | | | | | | | | | | | $61.00 | $41.00 |
| Baker & Mckenzie | | | $1,236.00 | $546.00 | $358.00 | $173.00 | | | $266.00 | $126.00 | $762.00 | $402.00 | $231.60 | $156.60 | $106.00 | $42.00 | $90.00 | $50.00 | $611.00 | $341.00 | $1,240.00 | $460.00 | $4,269.50 | $1,575.50 |
| Baxter Healthcare Corp | | | | | | | $424.00 | $264.00 | $1,206.00 | $651.00 | | | | | | | $341.00 | $156.00 | $124.00 | $74.00 | $1,381.00 | $581.00 | $1,765.00 | $420.00 |
| BB&T | | | | | | | | | | | $4,088.00 | $1,718.00 | | | | | | | | | | | $1,268.00 | $291.00 |
| Benjamin Moore & Co | | | | | | | | | | | $237.00 | $147.00 | | | | | | | | | | | $276.00 | $141.05 |
| Benderlea Recreational Products | | | | | | | | | | | $276.00 | $141.05 | | | | | | | | | | | $136.00 | $34.00 |
| Business Methods | $1,265.00 | $765.00 | $4,213.00 | $1,518.00 | $2,579.10 | $594.10 | $7,657.50 | $2,993.50 | $386.00 | $136.00 | $7,661.00 | $2,451.00 | $13,480.50 | $4,440.50 | $1,550.00 | $448.50 | | | $3,284.00 | $1,199.00 | $809.50 | $314.50 | $464.00 | $254.00 |
| Capper College | $605.00 | $395.00 | | | | | | | $4,791.00 | $1,591.00 | | | | | | | | | | | | | $2,056.50 | $881.50 |
| CB Technologies | | | | | | | | | | | | | | | | | | | | | | | $53,987.00 | $19,417.90 |
| CBE Technologies | | | | | | | | | $11,323.00 | $3,823.00 | | | | | | | | | | | | | $605.00 | $395.00 |
| OC Services Inc d/b/a Country Insurance | | | | | | | $93.00 | $65.00 | | | | | | | | | | | | | | | $11,323.00 | $3,823.00 |
| CCH Inc | | | | | | | | | | | | | $494.00 | $198.00 | $129.00 | $63.00 | $145.00 | $62.00 | | | | | $93.00 | $65.00 |
| Central Carolina Community College | $538.00 | $273.00 | $492.00 | $332.00 | | | | | $52.00 | $20.00 | | | $88.00 | $33.00 | | | | | | | | | $1,260.00 | $655.00 |
| Central Nassau Guidance & Counseling | | | | | | | | | | | | | | | | | | | | | | | $538.00 | $273.00 |
| Cisco Systems Inc | | | | | | | | | | | | | | | $287.00 | $162.00 | | | | | | | $140.00 | $65.00 |
| City of Auburn | | | | | | | $28.00 | $13.00 | | | | | | | | | | | | | | | $315.00 | $175.00 |
| Cleveland Clinic Foundation | $4,392.00 | $2,052.00 | $1,228.00 | $424.00 | $230.00 | $140.00 | | | | | $168.00 | $78.00 | $544.00 | $184.00 | $1,221.00 | $449.00 | $314.60 | $174.60 | $203.00 | $89.00 | | | $3,908.60 | $1,538.60 |
| Commerce Bank | | | $104.00 | $34.00 | | | | | | | | | | | | | | | | | | | $4,392.00 | $2,052.00 |
| Computyne Inc | | | $501.00 | $251.00 | $4,303.00 | $2,028.00 | | | | | | | $176.00 | $66.00 | | | | | | | | | $104.00 | $34.00 |
| Concord School Dist | | | $678.00 | $387.00 | | | | | | | | | | | | | | | $432.00 | $216.00 | $236.00 | $148.00 | $1,145.00 | $681.00 |
| Dartel.com | | | | | | | | | | | | | | | | | | | | | | | $4,981.00 | $2,415.00 |
| Data Impressions | | | | | | | | | $464.00 | $264.00 | | | | | | | | | | | | | $464.00 | $264.00 |
| Dayton Superior Corporation | | | $1,015.00 | $340.00 | $463.50 | $243.50 | $338.00 | $168.00 | $240.00 | $130.00 | | | $408.00 | $118.00 | $2,874.00 | $994.00 | $1,850.00 | $740.00 | $446.50 | $175.55 | $5,308.00 | $1,538.00 | $10,886.50 | $3,565.55 |
| Deloitte & Touche | | | | | | | $1,015.00 | $665.00 | | | | | | | | | | | | | $223.50 | $153.50 | $223.50 | $153.50 |
| Delta Technology Inc | | | | | | | | | | | | | | | | | | | | | | | $1,015.00 | $665.00 |
| DeVille Public Schools | | | | | $140.00 | $70.00 | | | | | | | | | | | | | | | | | $140.00 | $70.00 |
| Dow | | | | | $1,400.00 | $560.00 | | | $412.00 | $142.00 | $755.00 | $235.00 | $551.00 | $281.00 | $2,616.00 | $1,048.00 | $4,013.60 | $1,360.92 | $602.60 | $117.60 | $128.50 | $94.50 | $10,478.70 | $3,839.02 |
| DR Systems | | | | | $300.00 | $140.00 | | | $1,591.00 | $796.50 | $1,546.00 | $611.00 | $3,179.00 | $1,106.00 | $424.00 | $184.00 | $2,667.30 | $937.30 | $326.00 | $176.00 | $3,434.00 | $1,294.00 | $10,033.30 | $3,950.80 |
| DST Systems | | | | | | | | | $923.00 | $408.00 | | | $163.00 | $73.00 | $66.00 | $21.00 | $1,084.50 | $484.50 | $550.00 | $170.00 | | | $9,146.50 | $3,546.50 |
| EDS | $420.00 | $165.00 | $32.00 | $22.00 | $414.00 | $165.00 | $2,894.00 | $1,074.00 | | | | | | | | | $318.00 | $168.00 | $137.00 | $67.00 | $591.20 | $306.20 | $2,171.00 | $1,461.20 |
| EMI Recorded Music | | | $882.00 | $322.00 | $93.00 | $53.00 | $143.00 | $97.00 | | | $73.00 | $43.00 | $146.00 | $43.00 | $66.00 | | $1,968.00 | $568.00 | $728.00 | $318.00 | $3,742.20 | $15.00 | $3,615.00 | $321.50 |
| EnPointe Technologies | | | $35.00 | $15.00 | | | | | | | $138.00 | $48.00 | $389.00 | $134.00 | $303.50 | $163.50 | | | $329.00 | $169.00 | $619.00 | $105.00 | $35.00 | $635.00 |
| Environmental Systems Corp | $708.00 | $308.00 | $1,172.00 | $372.00 | $200.00 | $55.00 | | | $260.00 | $160.00 | | | $153.00 | $68.00 | $264.50 | $98.50 | $28.00 | $16.00 | $443.50 | $178.50 | $140.00 | $70.00 | $4,371.50 | $1,296.50 |
| Farmer's & Mechanics Bank | | | | | | | | | $50.00 | $20.00 | $308.00 | $138.05 | $1,544.00 | $469.00 | | | | | $2,495.00 | $895.00 | | | $69.50 | $76.00 |
| First American CREDCO | | | | | | | | | | | $101.00 | $76.00 | | | | | | | | | | | $443.50 | $178.50 |
| First American Flood Data | | | | | | | $1,034.00 | $439.00 | $638.00 | $243.00 | $655.00 | $235.00 | $914.00 | $352.00 | $65.00 | $30.00 | $572.00 | $257.00 | $764.80 | $328.80 | $444.00 | $184.00 | $2,415.00 | $1,220.00 |
| First American Title | | | $1,015.00 | $465.00 | $466.00 | $196.00 | $2,195.00 | $1,130.00 | $1,169.00 | $384.00 | $1,284.00 | $468.00 | $1,874.80 | $891.80 | $1,953.00 | $678.00 | $870.50 | $360.50 | $1,566.00 | $1,035.25 | $2,510.00 | $1,035.25 | $7,809.80 | $3,106.80 |
| Franklin Templeton Investments | $1,400.00 | $755.00 | $1,027.00 | $437.00 | $342.00 | $143.00 | $140.00 | $65.00 | | | $14.00 | $12.00 | $1,299.00 | $55.00 | $162.00 | $55.00 | $103.00 | $53.00 | $720.00 | $318.00 | | | $18,067.30 | $6,809.05 |
| Futureware Distributing Inc | $1,230.00 | $405.00 | $3,360.00 | $914.00 | $120.00 | $108.00 | $2,657.00 | $977.00 | | | | | | | | | | | | | | | $1,391.00 | $1,074.00 |
| GHA Technologies | $923.00 | $273.00 | | | $55.00 | $18.00 | $110.00 | $45.00 | | | | | | | | | | | | | | | $2,558.00 | $1,074.00 |
| Grand Traverse Academy | $1,784.00 | $1,074.00 | | | $320.00 | $140.00 | | | | | | | | | | | | | | | | | $55.00 | $40.00 |
| Guardian Industries | | | | | | | | | | | | | | | | | | | | | | | $40.00 | $20.00 |
| HTS Computers | $544.00 | $314.00 | $9,156.00 | $3,567.00 | | | | | $3,965.00 | $1,265.00 | $1,216.00 | $542.00 | $155.00 | $55.00 | $3,209.00 | $1,114.00 | $546.00 | $311.00 | $550.00 | $240.00 | $370.00 | $127.00 | $21,959.00 | $8,283.00 |
| Hutcheson Community College | | | $351.00 | $166.00 | | | | | | | | | | | $372.00 | $112.00 | | | | | | | $1,026.00 | $471.00 |
| IBM | | | | | | | | | $140.00 | $65.00 | $2,395.00 | $795.00 | | | | | $251.50 | $101.50 | $300.00 | $210.00 | | | $3,152.50 | $1,117.50 |
| Idaho Falls School Dist #91 | $530.00 | $200.00 | | | | | | | | | | | | | | | | | | | | | $530.00 | $200.00 |
| iton Office Solutions | | | | | | | | | | | $3,233.00 | $1,403.00 | | | | | $491.00 | $171.00 | | | | | $3,864.00 | $1,633.10 |
| Index Computer Remarketing Inc | | | | | | | | | | | | | $579.50 | $319.50 | $146.00 | $45.00 | $972.00 | $367.00 | $406.00 | $176.00 | $497.00 | $302.00 | $2,600.50 | $1,216.50 |
| Intuit | | | | | $16.00 | $11.00 | | | | | | | | | | | | | | | | | $16.00 | $11.00 |
| J. Smith Lanier & Co | | | $53.50 | $38.50 | $842.00 | $377.00 | | | | | | | $1,720.00 | $520.00 | $2,651.50 | $851.50 | | | | | | | $4,371.50 | $321.50 |
| JDR Computer Solutions Inc | | | $226.00 | $147.00 | | | | | | | $239.50 | $94.50 | | | | | | | | | | | $226.00 | $69.50 |
| Jeda Computer Company | $70.00 | $40.00 | $66.00 | $31.00 | $168.00 | $104.00 | | | $425.00 | $205.00 | | | $95.00 | $35.00 | $97.00 | $42.00 | | | $710.00 | $270.00 | $248.00 | $98.00 | $1,104.00 | $957.00 |
| Johnson Controls | $74.00 | $30.00 | | | | | $30.00 | $20.00 | | | | | | | | | | | | | | | $957.00 | $540.00 |
| Lancaster School District #356 | $336.00 | $216.00 | $1,215.00 | $625.00 | | | | | | | | | | | $798.00 | $383.00 | $392.00 | $170.00 | | | | | $2,946.50 | $1,520.50 |
| Landmark Graphics | | | $160.00 | $110.00 | | | | | | | | | | | | | | | $729.00 | $324.00 | | | $729.00 | $324.00 |
| Lehman Brothers | $540.00 | $360.00 | | | | | | | | | | | | | | | | | | | | | $540.00 | $360.00 |
| Link Computer Corp | | | | | $1,933.00 | $981.00 | $560.00 | $210.00 | $144.00 | $106.00 | | | $1,090.00 | $563.75 | $1,555.00 | $475.35 | $1,429.00 | $369.00 | | | $941.00 | $420.00 | $6,712.00 | $2,705.75 |
| Lyondell Chemical | | | $795.00 | $700.00 | | | | | | | | | | | | | | | | | | | $795.00 | $540.00 |
| Marsh Affinity Group | | | | | | | | | | | | | | | | | | | | | | | $1,006.00 | $729.00 |
| McKesson Corporation | $68.00 | $53.00 | $292.00 | $167.00 | | | | | | | | | | | | | | | $65.00 | $25.00 | | | $292.00 | $167.00 |
| McKinsey & Company | | | | | | | | | | | | | | | | | | | | | | | $65.00 | $25.00 |
| Medco Health Solutions | | | | | | | | | | | | | | | | | | | | | | | $68.00 | $53.00 |
| Merck | | | | | | | | | | | | | | | | | | | | | | | |
| Merrill Lynch | | | | | | | | | | | | | | | | | | | | | | | |
| Merrill Technologies | | | | | | | | | | | | | | | | | | | | | | | |



EXHIBIT 50 7/27/05

MITG 1026

| Company | | | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MetroHealth Systems | $34.00 | | $473.00 | $288.00 | $1,056.00 | $1,730.50 | $701.50 | $1,080.50 | $450.50 | $975.00 | $420.00 | $107.00 | $714.50 | $291.50 | $2,367.40 | $751.40 | $172.00 | $62.00 | $967.00 | $334.00 | $473.00 | $288.00 |
| Micro Age | $1,272.00 | $20.00 | $438.00 | $312.00 | $789.50 | $2,622.50 | $1,172.50 | $2,000.00 | $1,255.00 | $2,226.00 | $1,046.00 | $867.00 | $448.50 | $244.50 | $49.90 | $24.90 | $294.00 | $109.00 | $239.00 | $119.00 | $11,897.90 | $4,430.90 |
| MoreDirect | | $547.00 | $3,413.00 | $1,459.00 | $1,619.00 | $73.00 | $43.00 | $255.00 | $30.00 | | | $322.00 | $1,314.00 | $597.00 | $630.00 | $335.00 | | | | | $15,050.90 | $7,088.40 |
| Morrison & Foerster | | | $539.00 | $330.00 | $159.50 | $266.00 | $166.00 | | | | | $427.00 | $669.00 | $289.00 | $904.00 | $348.85 | $148.00 | $53.00 | $1,192.00 | $542.00 | $3,594.50 | $1,921.50 |
| Mount Carmel Health Systems | | | | | | | | | | | | | | | | | | | | | $3,078.00 | $1,398.85 |
| National City Bank | $541.00 | $221.00 | $156.00 | $98.00 | $444.00 | $204.00 | | | | | | | | | | | | | | | $444.00 | $204.00 |
| Netstar Corporation | | | | | $275.00 | | | | | | | | | | | | | | | | $541.00 | $221.00 |
| New Hanover County School | | | | | | | | | | | | | | | | | | | | | $156.00 | $98.00 |
| Nike HJM | | | | | | | | | | | | | | | | | | | | | $475.00 | $275.00 |
| Nova Information Systems | $380.00 | $190.00 | $135.00 | $96.00 | $150.00 | $154.00 | $69.00 | $655.00 | $595.00 | $1,276.80 | $341.80 | $109.00 | $140.00 | $50.00 | $105.00 | $75.00 | $970.00 | $370.00 | $477.00 | $132.00 | $1,975.00 | $1,200.00 |
| Nuveil Financial Services | | | $73.00 | $53.00 | $288.00 | | | $1,447.00 | $461.00 | $193.00 | $68.00 | $303.00 | | | $185.40 | $55.40 | | | | | $4,586.20 | $1,549.20 |
| Overlake Hospital Medical Center | $60.00 | $31.00 | $663.00 | $288.00 | | | | | | | | | | $20.00 | | | | | | | $856.00 | $356.00 |
| PA Computer Connections | | | | | | | | | | $12.00 | $10.00 | | $50.00 | | | | $567.00 | $212.00 | | | $697.00 | $263.00 |
| Packaging Corp of America | | | $608.00 | $348.00 | $70.00 | | | | | $97.00 | $52.00 | $438.00 | | | $66.00 | $46.00 | $230.00 | $130.00 | $53.00 | $28.00 | $1,703.00 | $620.00 |
| Palisades School Dist #1 | | | $146.00 | $86.00 | | $40.00 | | | | | | | | | | | | | $1,310.00 | $445.00 | $438.00 | $154.00 |
| PeopleSoft | | | | | | | | | | | $258.00 | | | | | | | | | | $258.00 | $673.00 |
| Pillsbury Winthrop | | | | | | | | | | | | | | | | | | | | | $996.00 | $258.00 |
| Prime ProData Inc | $399.00 | $204.00 | $1,395.00 | $728.31 | $996.00 | $855.00 | $272.00 | $113.00 | $33.00 | $202.00 | $97.00 | $1,042.00 | $266.00 | $101.00 | $154.00 | $84.00 | $778.50 | $413.50 | $66.00 | $31.00 | $4,958.00 | $2,293.31 |
| Raytheon | | | | | $315.00 | | | | | $823.00 | $368.00 | $289.60 | | | | | $120.00 | $50.00 | $1,050.20 | $450.20 | $3,593.30 | $1,603.30 |
| Reed Business Information | | | $70.00 | $45.00 | $198.00 | | | | | | | $247.00 | | | $294.00 | $124.00 | | | $100.00 | $40.00 | $537.00 | $242.00 |
| Renick Corporation | | | | | | | | | | | | $210.00 | | | $311.00 | $161.00 | | | | | $521.00 | $316.00 |
| Rockwell Automation | | | $175.00 | $95.00 | | | | | | | | | | | | | | | | | $175.00 | $95.00 |
| SAIC | | | $751.00 | $459.00 | $442.00 | $562.00 | $315.00 | $878.00 | $433.00 | | | $602.00 | $50.00 | $35.00 | | | $309.00 | $119.00 | | | $3,544.00 | $1,910.00 |
| Sharp Healthcare | | | | | | | | | | | | | $367.00 | $202.00 | | | | | | | $50.00 | $35.00 |
| Shawnee Mission Schools | | | | | | | | | | | | | | | | | | | | | $367.00 | $202.00 |
| SMS Corporation | | | $3,392.00 | $1,447.00 | $2,360.00 | $216.00 | $106.00 | | | | | $8.00 | $215.00 | $75.00 | $1,295.00 | $1,006.50 | $69.50 | $9.50 | | | $5,968.00 | $2,616.00 |
| Software House International | | | $393.00 | $118.00 | $110.00 | $430.00 | $130.00 | | | | $6.90 | | | | | $215.00 | | | $226.00 | $86.00 | $2,520.50 | $1,385.90 |
| Software Plus | | | $345.00 | $180.00 | | $77.00 | $37.00 | $95.00 | $40.00 | | | $54.00 | | | $595.00 | | $251.00 | $77.00 | | | $517.00 | $257.00 |
| South St Paul Public Schools | $234.00 | $164.00 | | | $1,063.00 | | | | | | | | $1,201.00 | $471.00 | | | | | | | $2,631.00 | $1,067.00 |
| Southern Computer Warehouse | | | | | $6.25 | | | | | | | | | | | | | | | | $7.00 | $6.25 |
| Southern Virginia Mental Health Institute | | | | | $216.00 | $216.00 | $106.00 | | | | | | | | | | | | | | $391.00 | $216.00 |
| Southern Wine & Spirits of CO | $93.00 | $53.00 | $57.00 | $32.00 | $67.00 | $177.00 | $67.00 | | | | | $558.50 | $280.00 | $145.00 | $592.00 | $232.00 | $103.00 | $63.00 | $1,554.00 | $809.00 | $3,311.50 | $1,571.50 |
| SSN d/b/a Entre Computer Center | | | | | | | $103.00 | | | $639.00 | $324.00 | $92.00 | $1,025.00 | $470.00 | $477.00 | $277.00 | $1,917.00 | $1,017.00 | $681.00 | $321.00 | $3,647.00 | $1,692.00 |
| St. Vincents Medical Center | | | $485.00 | $195.00 | $426.00 | $213.00 | $103.00 | $973.00 | $403.00 | $2,862.00 | $1,512.00 | $639.00 | $213.00 | $108.00 | $617.70 | $312.70 | | $388.00 | $796.00 | $356.00 | $7,649.70 | $3,799.70 |
| Starbucks Coffee | | | $616.00 | $227.00 | $4,322.50 | $6,594.50 | $2,459.50 | $1,704.00 | $864.00 | $310.00 | $125.00 | $81.00 | $1,694.00 | $544.00 | $3,300.00 | $1,200.00 | $1,184.00 | $388.00 | $1,192.00 | $812.00 | $21,846.00 | $8,998.00 |
| StepFord | | | | | $1,704.50 | $170.00 | $75.00 | | | | | | $140.00 | $65.00 | | | | | $343.00 | $128.00 | $963.00 | $393.00 |
| Sygenta Seeds | | | $1,160.00 | $520.00 | | | $139.50 | | | | | | | | | | | | | | $1,160.00 | $520.00 |
| Texas Electronic Info & Computer | | | | | | $224.50 | | $950.00 | $300.00 | $643.00 | $318.00 | | | | | | $472.00 | $252.00 | $118.00 | $48.00 | $1,160.00 | $618.00 |
| Texas Instruments Inc | $221.00 | $126.00 | | $83.00 | $115.00 | | | $1133.00 | $73.00 | $138.00 | $65.00 | | | | $155.00 | $55.00 | $211.00 | $76.00 | | | $1,233.00 | $618.00 |
| Tomball Regional Hospital | $366.00 | $176.00 | $183.00 | | $85.00 | | | | | | | | | | | | | | | | $1,833.50 | $765.50 |
| Trammell Crow | $392.00 | $268.00 | | | $60.00 | | | | | | | | | | | | | | | | $1,293.00 | $548.00 |
| Trinity Health | | | | | | | | | | | | $3,534.00 | | | | | | | | | $562.00 | $328.00 |
| United Way of NE Florida | | | $1,035.00 | $410.00 | | | | | | | $1,176.00 | | | | | | | | | | $3,534.00 | $1,176.00 |
| University Medical Center | | | $324.00 | $129.00 | | | $88.00 | $446.00 | $156.00 | | | $3,088.60 | $1,270.00 | $371.09 | $1,254.00 | $390.00 | $1,300.00 | $525.00 | $726.00 | $216.00 | $1,035.00 | $410.00 |
| Valcom Computer Center | | | $178.00 | $103.00 | $78.00 | $233.00 | $2,631.90 | $2,620.40 | $675.40 | $9,385.00 | $3,455.00 | | | | $228.00 | $178.00 | $1,200.00 | $490.00 | $1,892.00 | $582.00 | $324.00 | $129.00 |
| VWR International | | | $308.00 | $77.72 | $247.00 | $5,956.90 | | $258.00 | $108.00 | | | | $220.00 | $147.00 | | | | $32.00 | | | $178.00 | $77.72 |
| WestPoint Stevens | $1,034.00 | $566.00 | $4,615.00 | $2,112.50 | $452.00 | $749.80 | $124.80 | $548.50 | $203.50 | $574.00 | $234.00 | $1,952.50 | $4,207.50 | $1,371.50 | | $178.00 | $42.00 | | | | $1,210.00 | $425.00 |
| World Wide Technology Inc | | | | | $644.50 | $339.50 | | | | | | | | | | | | | | | $12,459.89 | $4,442.50 |
| XiTech Corporation | | | | | $306.00 | $106.00 | | | | | | | | | | | | | | | $1,844.50 | $2,804.30 |
| Zones Inc | | | | | | | | | | | | | | | | | | | | | $8,380.30 | |
| | $25,441.00 | $13,518.50 | $60,874.50 | $26,207.03 | $44,356.10 | $19,053.85 | $56,180.70 | $21,878.70 | $56,258.90 | $22,113.40 | $50,702.30 | $20,165.45 | $51,402.10 | $19,496.15 | $39,542.00 | $14,581.59 | $40,770.80 | $16,718.47 | $28,472.40 | $11,711.95 | $33,772.90 | $13,473.15 | $488,773.70 | $198,918.24 |

MITG 2004.xls