E-FILED
Thursday, 01 September, 2005  11:35:56 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| Hewlett Packard Development Company, L.P., Hewlett-Packard Company, and Compaq Trademark B.V. <br><br> PLAINTIFFS <br><br> v. <br><br> Midwest Information Technology Group, Inc. and Michael Lauber <br><br> DEFENDANTS | CIVIL ACTION No. 04-3055 |

# SUPPLEMENT TO EXPERT REPORT OF SCOTT A. STRINGER
## Originally dated June 30, 2005

August 17, 2005

Respectfully submitted,

UHY Advisors

*[signature]*

Scott A. Stringer

PLAINTIFF'S EXHIBIT
H

## I. JUSTIFICATION FOR SUPPLEMENT TO ORIGINAL REPORT

In accordance with Federal Rules of Civil Procedure 26 (e)(1), I am supplementing my original report because of incorrect information contained therein.

After my deposition on July 27, 2005 important information became available which required me to modify my methodology and data used in the calculations. As such, I have revised Exhibits II, III, and IV and attached them to this supplement.

## II. INFORMATION REVIEWED

Exhibit II from the original report is amended to reflect additional documents which I reviewed and relied upon in forming my opinions in this matter.

## III. COUNT I – BREACH OF CONTRACT

In my original report, I included all of the gross orders of HP E-spares listed on documents HP11007-11009, and HP11048-11050 under the assumption that this list was exclusively Andover calls diverted to Roseville beginning in May 2002. However, I subsequently noted that per the deposition testimonies and exhibits of Richard Chizek, Diane Pound, and Richard Soriano, Roseville did not begin accepting calls from Andover until November 9, 2002. Therefore, my updated report only includes call activity beginning November 9, 2002.

Secondly, my original calculation of diverted sales from HP 11007-11009 included both CSN and outsourced calls. I subsequently discovered that CSN calls resulted in a direct order from HP and that MITG earned either the $5.25 per call on these types of orders, or the 75/25 split if the price break was obtained as referred to in the MITG "Bible" (Haught deposition Exhibit 4).

Subsequent to my deposition, we received an electronic spreadsheet produced originally by HP and sorted by MITG titled "Copy of HP info by customer 2002 to 2004" (Spreadsheet) which calculated MITG's sales volume by CSN and outsourced orders. Based upon a sort of the data by MITG, which I reviewed, I was able to determine that MITG's 2003 call volume was 56% outsourced orders and 44% CSN. Given the nature and timing of the diverted sales to Roseville, as well as the absence of specific order information on actual Roseville calls, I considered this methodology as the best estimate of this call split.

Once the call split was determined, the next step was to determine the lost profits for CSN calls. Because CSN calls (not subject to the 75/25 split) earn revenue at the $5.25 per call level, I added the monthly diverted calls as calculated in the previous paragraph to the actual monthly calls handled by MITG as noted on MITG 615 – 724. Once the diverted calls were added to the actual calls, I then compared the resulting number to the contract amount of 7,810 calls. To the extent that monthly calls exceeded this number,

$5.25 was computed as additional call revenue to MITG. Where the number was below 7,810, no additional revenue was computed.

The next step was to determine the lost profits on CSN orders subject to the split which would have been classified as outsourced orders. Using the Spreadsheet provided by MITG, I computed the 2003 average sales price on outsourced orders of $482.13, which was then multiplied by the diverted monthly percentage of outsourced calls. The total revenue by month for CSN and outsourced orders was then summarized, with additional operating expenses deducted in exactly the same way as in my original report.

Based upon the analysis performed, the net damages to MITG pursuant to Count I was **$6,242,000** (rounded).

### III. COUNT V – TORTIOUS INTERFERENCE

Because of the revenue recognition issues encountered in the breach of contract calculations, I had to also adjust the damages computed for tortuous interference. In addition, with the receipt of the Spreadsheet, I was able to utilize actual historical customer data to determine which customers discontinued doing business with MITG and what their historical buying patterns were.

The first step in the process was to compare the customers contacted by HP as noted in Exhibit PP of Richard Chizek's 01/03 deposition to MITG 1025, which listed sales by customer for 2004. If the customer continued buying from MITG, as evidenced by their inclusion on MITG 1025, then they were excluded. For the remaining customers contacted per Exhibit PP, I then reviewed the Spreadsheet and eliminated those customers listed that had bought from MITG in only one of the two years of the contract. The basis for this exclusion was that these customers were not regularly buying from MITG and thus may not have bought from MITG in 2004.

After these steps, I concluded that the remaining customers noted on Exhibit PP that had been contacted by HP had ceased buying from MITG and had demonstrated a regular pattern of purchasing. From the Spreadsheet, I obtained the actual sales of these customers for 2003 under the assumption that this was representative of expected sales in the future. Because the contract ended February 8, 2004, I prorated the total sales for these customers in 2003 to account for 10 ¾ months remaining in 2004. Additionally, since the call center contract was no longer in place during this period, I treated CSN revenue and outsourced revenue in the same manner.

The sales amount was then multiplied by the expected margin percentage of 34%. I calculated this amount utilizing revenues and cost of goods sold from MITG 0612 for the ten months ended December 31, 2004. Next, I reduced the amount of expected gross profit by an expected increase in operating expense that would have been needed for this additional volume. In order to determine an appropriate amount of expense, I calculated the ratio of the amount of the gross profit in the tortious interference claim to the amount computed in the breach of contract claim. This ratio of 13 percent was then applied to the

estimated annual expense computed in the breach, and prorated for 10 ¾ months. This amount of expected incremental expense was then deducted from the gross profit amount to arrive at lost profits for the 10 ¾ month period ended 12/31/2004.

Based upon the analysis performed, the net damages to MITG pursuant to Count V for the period between February 8, 2004 and December 31, 2004 was **$673,000** (rounded).

## VI. CONCLUSION

Based upon the work that I have performed in this matter, it is my opinion that the net damages sustained by MITG pertaining to Count I of the Counterclaim were **$6,242,000**. Further, it is my opinion that between February 8, 2004 and December 31, 2004, the net damages sustained by MITG pertaining to Count V of the Counterclaim were **$673,000**.

**EXHIBIT II**

**INFORMATION REVIEWED**

Various pleadings and court filings in this matter.

MITG prepared revenues and expenses for 2002 through 2004, Bates No. MITG 0612-0614.

HP prepared revenues and expenses from the Schmaderer deposition, Exhibits DDD and EEE.

MITG prepared documents for sales for 2004, Bates No. MITG 1023-1026.

HP documents regarding E-spares handled at Roseville, Bates No. HP 11007-11009, and HP 11048-11050.

MITG prepared documents on call volume, Bates No. MITG 0615-0724.

HP prepared documents for 2003 and 2004 labeled 2003 stats and 2004 stats.

HP prepared documents titled 41K Pmts.

Various e-mail documentation, Bates No. HP1139-1189

Deposition transcripts and exhibits for Teresa Koch, Charles Schmaderer, Roland Soriano, Chip Love, Louise Meyerfeld, Ronald Haught, Randy Wagner, Richard Chizek and Diane Pound.

An E-mail dated June 27, 2005 from Teresa Koch containing an electronic spreadsheet titled HP copy of 2003 billing credit totals.

An E-mail dated June 30, 2005 from Teresa Koch describing elements of incremental overhead.

An Excel spreadsheet titled "Copy of HP info by customer 2002 to 2004".

Exhibit III-1

Damages Calculation - Breach of Contract Claim
Analysis of Lost Profits - 2004 & Summary of Annual Totals

|  | 2004 January | 2004 February (1 week) | 2004 Total | Totals 2002 | Totals 2003 | Totals 2004 | Cumulative Totals |
|---|---|---|---|---|---|---|---|
| Lost Gross Profit on CSN Calls | $ 3,565 | $ 394 | $ 3,959 | $ 22,559 | $ 73,647 | $ 3,959 | $ 100,165 |
| Lost Gross Profit on Outsourced Orders | 444,215 | 111,083 | 555,298 | 753,627 | 5,331,162 | 555,298 | 6,640,087 |
| Lost Gross Profits | $ 447,780 | $ 111,477 | $ 559,257 | $ 776,186 | $ 5,404,809 | $ 559,257 | $ 6,740,252 |
| Incremental Operating Expense |  |  |  |  |  |  |  |
| Additional Staffing: |  |  |  |  |  |  |  |
| 4 Admin. $30k Salary & Benefits | (10,000) | (2,500) | (12,500) | (20,000) | (120,000) | (12,500) | (152,500) |
| 5 Agents $40k Salary & Benefits | (16,666) | (4,167) | (20,833) | (33,332) | (199,992) | (20,833) | (254,157) |
| 1 Supervisor $50k Salary & Ben | (4,166) | (1,042) | (5,208) | (8,332) | (49,992) | (5,208) | (63,532) |
| Extra Cost per Additional Staff: |  |  |  |  |  |  |  |
| Phone and headset | (416) | (104) | (520) | (832) | (4,992) | (520) | (6,344) |
| Computer | (166) | (42) | (208) | (332) | (1,992) | (208) | (2,532) |
| Licensing | (833) | (208) | (1,041) | (1,666) | (9,996) | (1,041) | (12,703) |
| Consumables | (416) | (104) | (520) | (832) | (4,992) | (520) | (6,344) |
| Total Incremental Operating Expense | (32,663) | (8,167) | (40,830) | (65,326) | (391,956) | (40,830) | (498,112) |
| Lost Net Profits | $ 415,117 | $ 103,310 | $ 518,427 | $ 710,860 | $ 5,012,853 | $ 518,427 | $ 6,242,140 |

Exhibit III-2

Damages Calculation – Breach of Contract Claim
Analysis of Lost Profits - 2003

| | January | February | March | April | May | June | July | August | September | October | November | December | 2003 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lost Gross Profit on CSN Calls | $ 15,813 | $ 16,711 | $ 19,882 | $ 11,739 | $ 8,705 | $ 798 | $ - | $ - | $ - | $ - | $ - | $ - | $ 73,647 |
| Lost Gross Profit on Outsourced Orders | 443,521 | 468,862 | 557,728 | 417,602 | 477,540 | 383,120 | 387,517 | 522,436 | 401,749 | 382,657 | 444,215 | 444,215 | 5,331,162 |
| Lost Gross Profits | $ 459,334 | $ 485,573 | $ 577,610 | $ 429,341 | $ 486,245 | $ 383,918 | $ 387,517 | $ 522,436 | $ 401,749 | $ 382,657 | $ 444,215 | $ 444,215 | $ 5,404,809 |
| Incremental Operating Expense | | | | | | | | | | | | | |
| Additional Staffing: | | | | | | | | | | | | | |
| 4 Admin $30k Salary & Benefits | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (120,000) |
| 5 Agents $40k Salary & Benefits | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (16,666) | (199,992) |
| 1 Supervisor $50k Salary & Ben | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (4,166) | (49,992) |
| Extra Cost per Additional Staff: | | | | | | | | | | | | | |
| Phone and headset | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (4,992) |
| Computer | (166) | (166) | (166) | (166) | (166) | (166) | (166) | (166) | (166) | (166) | (166) | (166) | (1,992) |
| Licensing | (833) | (833) | (833) | (833) | (833) | (833) | (833) | (833) | (833) | (833) | (833) | (833) | (9,996) |
| Consumables | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (416) | (4,992) |
| Total Incremental Operating Expense | (32,663) | (32,663) | (32,663) | (32,663) | (32,663) | (32,663) | (32,663) | (32,663) | (32,663) | (32,663) | (32,663) | (32,663) | (391,956) |
| Lost Net Profits | $ 426,671 | $ 452,910 | $ 544,947 | $ 396,678 | $ 453,582 | $ 351,255 | $ 354,854 | $ 489,773 | $ 369,086 | $ 349,994 | $ 411,552 | $ 411,552 | $ 5,012,853 |

Exhibit III-3

## Damages Calculation - Breach of Contract Claim
## Analysis of Lost Profits - 2002

| | 2002 November | 2002 December | 2002 Total |
|---|---:|---:|---:|
| Lost Gross Profit on CSN Calls | $ 9,198 | $ 13,361 | $ 22,559 |
| Lost Gross Profit on Outsourced Orders | 371,549 | 382,078 | 753,627 |
| Lost Gross Profits | $ 380,747 | $ 395,439 | $ 776,186 |
| Incremental Operating Expense | | | |
| Additional Staffing: | | | |
| 4 Admin. $30k Salary & Benefits | (10,000) | (10,000) | (20,000) |
| 5 Agents $40k Salary & Benefits | (16,666) | (16,666) | (33,332) |
| 1 Supervisor $50k Salary & Ben | (4,166) | (4,166) | (8,332) |
| Extra Cost per Additional Staff: | | | |
| Phone and headset | (416) | (416) | (832) |
| Computer | (166) | (166) | (332) |
| Licensing | (833) | (833) | (1,666) |
| Consumables | (416) | (416) | (832) |
| Total Incremental Operating Expense | (32,663) | (32,663) | (65,326) |
| Lost Net Profits | $ 348,084 | $ 362,776 | $ 710,860 |

Damages Calculation - Breach of Contract Claim
Analysis of Lost Gross Profits - 2004 & Summary of Annual Totals

Exhibit III-4

| | 2004 January | 2004 February (1 week) | 2004 Total | 2002 | Totals 2003 | 2004 | Cumulative Totals |
|---|---|---|---|---|---|---|---|
| Total Calls (Andover to Roseville) | 6,856 | 1,714 | 8,570 | 11,630 | 82,273 | 8,570 | 102,473 |
| 44% Considered CSN Calls | 3,017 | 754 | 3,771 | 5,117 | 36,200 | 3,771 | 45,088 |
| 56% Considered Outsourced Calls | 3,839 | 960 | 4,799 | 6,513 | 46,073 | 4,799 | 57,385 |
| **Lost Gross Profit on CSN Calls** | | | | | | | |
| Minimum Number of Calls Associated with $41,000 Monthly Payment | 7,810 | 1,953 | 9,763 | 15,620 | 93,720 | 9,763 | 119,103 |
| Less Number of Calls Historically Handled by MITG | 5,472 | 1,274 | 6,746 | 14,800 | 68,132 | 6,746 | 89,678 |
| Remaining Minimum Call Requirement | 2,338 | 679 | 3,017 | 820 | 27,867 | 3,017 | 31,704 |
| CSN Calls Diverted to Roseville | 3,017 | 754 | 3,771 | 5,117 | 36,200 | 3,771 | 45,088 |
| Calls in Excess of Monthly Minimum | 679 | 75 | 754 | 4,297 | 14,028 | 754 | 19,079 |
| Compensation per Call | $ 5.25 | $ 5.25 | $ 5.25 | $ 5.25 | $ 5.25 | $ 5.25 | $ 5.25 |
| Lost Gross Profit on CSN Calls | $ 3,565 | $ 394 | $ 3,959 | $ 22,559 | $ 73,647 | $ 3,959 | $ 100,165 |
| **Lost Gross Profit on Outsourced Orders** | | | | | | | |
| Outsourced Calls Diverted | 3,839 | 960 | 4,799 | 6,513 | 46,073 | 4,799 | 57,385 |
| Average Revenues per Call | $ 482.13 | $ 482.13 | $ 482.13 | $ 482.13 | $ 482.13 | $ 482.13 | $ 482.13 |
| Lost Sales | $ 1,850,897 | $ 462,845 | $ 2,313,742 | $ 3,140,113 | $ 22,213,175 | $ 2,313,742 | $ 27,667,030 |
| Lost Gross Profit on Lost Sales at 24% (Includes payment of 25% of gross profits to HP.) | $ 444,215 | $ 111,083 | $ 555,298 | $ 753,627 | $ 5,331,162 | $ 555,298 | $ 6,640,087 |

NOTE:  Data on calls was not provided for January and February, 2004. The 10-month average for January-October, 2003 was used.

Exhibit III-5

Damages Calculation - Breach of Contract Claim
Analysis of Lost Gross Profits - 2003

| | January | February | March | April | May | June | July | August | September | October | November | December | 2003 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Calls (Andover to Roseville) | 6,845 | 7,235 | 8,607 | 6,445 | 7,369 | 5,912 | 5,980 | 8,062 | 6,200 | 5,906 | 6,856 | 6,856 | 82,273 |
| 44% Considered CSN Calls | 3,012 | 3,183 | 3,787 | 2,836 | 3,242 | 2,601 | 2,631 | 3,547 | 2,728 | 2,599 | 3,017 | 3,017 | 36,200 |
| 56% Considered Outsourced Calls | 3,833 | 4,052 | 4,820 | 3,609 | 4,127 | 3,311 | 3,349 | 4,515 | 3,472 | 3,307 | 3,839 | 3,839 | 46,073 |
| **Lost Gross Profit on CSN Calls** | | | | | | | | | | | | | |
| Minimum Number of Calls Associated with $41,000 Monthly Payment | 7,810 | 7,810 | 7,810 | 7,810 | 7,810 | 7,810 | 7,810 | 7,810 | 7,810 | 7,810 | 7,810 | 7,810 | 93,720 |
| Less Number of Calls Historically Handled by MITG | 9,277 | 8,136 | 8,296 | 7,210 | 6,226 | 5,361 | 4,546 | 4,225 | 3,827 | 4,053 | 3,414 | 3,561 | 68,132 |
| Remaining Minimum Call Requirement | 0 | 0 | 0 | 600 | 1,584 | 2,449 | 3,264 | 3,585 | 3,983 | 3,757 | 4,396 | 4,249 | 27,867 |
| CSN Calls Diverted to Roseville | 3,012 | 3,183 | 3,787 | 2,836 | 3,242 | 2,601 | 2,631 | 3,547 | 2,728 | 2,599 | 3,017 | 3,017 | 36,200 |
| Calls in Excess of Monthly Minimum | 3,012 | 3,183 | 3,787 | 2,236 | 1,658 | 152 | 0 | 0 | 0 | 0 | 0 | 0 | 14,028 |
| Compensation per Call | $ 5.25 | $ 5.25 | $ 5.25 | $ 5.25 | $ 5.25 | $ 5.25 | $ 5.25 | $ 5.25 | $ 5.25 | $ 5.25 | $ 5.25 | $ 5.25 | $ 5.25 |
| Lost Gross Profit on CSN Calls | $ 15,813 | $ 16,711 | $ 19,882 | $ 11,739 | $ 8,706 | $ 798 | $ - | $ - | $ - | $ - | $ - | $ - | $ 73,647 |
| **Lost Gross Profit on Outsourced Orders** | | | | | | | | | | | | | |
| Outsourced Calls Diverted | 3,833 | 4,052 | 4,820 | 3,609 | 4,127 | 3,311 | 3,349 | 4,515 | 3,472 | 3,307 | 3,839 | 3,839 | 45,073 |
| Average Revenues per Call | $ 482.13 | $ 482.13 | $ 482.13 | $ 482.13 | $ 482.13 | $ 482.13 | $ 482.13 | $ 482.13 | $ 482.13 | $ 482.13 | $ 482.13 | $ 482.13 | $ 482.13 |
| Lost Sales | $ 1,848,004 | $ 1,953,591 | $ 2,323,867 | $ 1,740,007 | $ 1,989,751 | $ 1,596,332 | $ 1,614,853 | $ 2,176,817 | $ 1,673,955 | $ 1,594,404 | $ 1,850,897 | $ 1,850,897 | $ 22,213,175 |
| Lost Gross Profit on Lost Sales at 24% (includes payment of 25% of gross profits to HP.) | $ 443,521 | $ 468,862 | $ 557,728 | $ 417,602 | $ 477,540 | $ 383,120 | $ 387,617 | $ 522,436 | $ 401,749 | $ 382,657 | $ 444,215 | $ 444,215 | $ 5,331,162 |

NOTE: Data on calls was not provided for November and December, 2003. The 10-month average for January-October, 2003 was used.

Exhibit III-6

## Damages Calculation - Breach of Contract Claim
### Analysis of Lost Gross Profits - 2002

| | 2002 November | 2002 December | 2002 Total |
|---|---|---|---|
| Total Calls (Andover to Roseville) | 5,734 | 5,896 | 11,630 |
| 44% Considered CSN Calls | 2,523 | 2,594 | 5,117 |
| 56% Considered Outsourced Calls | 3,211 | 3,302 | 6,513 |
| **Lost Gross Profit on CSN Calls** | | | |
| Minimum Number of Calls Associated with $41,000 Monthly Payment | 7,810 | 7,810 | 15,620 |
| Less Number of Calls Historically Handled by MITG | 7,039 | 7,761 | 14,800 |
| Remaining Minimum Call Requirement | 771 | 49 | 820 |
| CSN Calls Diverted to Roseville | 2,523 | 2,594 | 5,117 |
| Calls in Excess of Monthly Minimum | 1,752 | 2,545 | 4,297 |
| Compensation per Call | $ 5.25 | $ 5.25 | $ 5.25 |
| Lost Gross Profit on CSN Calls | $ 9,198 | $ 13,361 | $ 22,559 |
| **Lost Gross Profit on Outsourced Orders** | | | |
| Outsourced Calls Diverted | 3,211 | 3,302 | 6,513 |
| Average Revenues per Call | $ 482.13 | $ 482.13 | $ 482.13 |
| Lost Sales | $ 1,548,119 | $ 1,591,993 | $ 3,140,113 |
| Lost Gross Profit on Lost Sales at 24% (Includes payment of 25% of gross profits to HP.) | $ 371,549 | $ 382,078 | $ 753,627 |

Exhibit IV-1

## Damages Calculation - Tortious Interference Claim
## Analysis of Damages Based on 2003 Sales Experience

| Original Number | CBN | Customer Name | 10050 Sales CSN | 11000 Sales Outsourced | Total 2003 Sales |
|---|---|---|---:|---:|---:|
| 11 | OS1004 | Kimberly-Clark Corporation | $ 40,503 | $ 34,712 | $ 75,215 |
| 150 | OS1012 | Ernst & Young LLP | 2,695 | 46,738 | 49,433 |
| 36 | OS1037 | Xerox | 77,236 | 147,238 | 224,474 |
| 185 | OS1055 | Siemens Medical Solutions Heal | 0 | 8,137 | 8,137 |
| 133 | OS1057 | Wells Fargo | 6,915 | 21,676 | 28,591 |
| 199 | OS1062 | United Parcel Service | 4,069 | 6,481 | 10,550 |
| 4 | OS1085 | Kaiser Foundation Health | 23,569 | 73,930 | 97,499 |
| 61 | OS1089 | George Hertzberg & Associates | 7,696 | 5,152 | 12,848 |
| 260 | OS1098 | Wells Fargo Bank | 3,202 | 10,968 | 14,170 |
| 171 | OS1103 | NDPS Inc | 927 | 5,480 | 6,407 |
| 33 | OS1104 | Microsoft Corp/MSN | 14,819 | 16,182 | 31,001 |
| 55 | OS1131 | GreenPages Inc | 3,169 | 5,100 | 8,269 |
| 97 | OS1138 | Nike Inc | 244 | 0 | 244 |
| 29 | OS1141 | Vicom computer Services | 524 | 4,694 | 5,218 |
| 49 | OS1155 | Georgia-Pacific Corp | 27,476 | 57,177 | 84,653 |
| 109 | OS1156 | Pricewater House Cooper | 1,305 | 14,617 | 15,922 |
| 242 | OS1168 | Micro Strategies Inc | 293 | 0 | 293 |
| 74 | OS1182 | Anthem Inc | 1,801 | 2,167 | 3,969 |
| 91 | OS1183 | Liebert Corporation | 1,977 | 281 | 2,257 |
| 98 | OS1206 | Oracle | 2,784 | 2,771 | 5,556 |
| 158 | OS1242 | Household International | 6,453 | 31,864 | 38,317 |
| 45 | OS1254 | Bank One Corp Accounts Payable | 4,632 | 62,624 | 67,256 |
| 128 | OS1311 | Anadarko Petroleum Corp | 2,977 | 7,535 | 10,512 |
| 20 | OS1340 | CSC Technology Management Grp | 40 | 8,802 | 8,841 |
| 63 | OS1363 | USS Corporation | 8,658 | 2,424 | 11,082 |
| 43 | OS1394 | Kaiser Permanente | 8,758 | 18,825 | 27,583 |
| 67 | OS1396 | Anheuser Busch Companies, Inc | 8,977 | 17,773 | 26,749 |
| 207 | OS1408 | The World Bank Group | 70 | 1,046 | 1,116 |
| 80 | OS1418 | IPG-GIS | 16,687 | 22,283 | 38,970 |
| 126 | OS1430 | Motorola, Inc | 6,699 | 368 | 7,067 |
| 32 | OS1443 | Merrill Technologies | 11,743 | 1,521 | 13,264 |
| 73 | OS1479 | Cardinal Health, Inc | 4,495 | 11,786 | 16,281 |
| 141 | OS1483 | HH Gregg Appliances, Inc | 15,210 | 15,147 | 30,357 |
| 47 | OS1590 | GMAC-RFC | 1,500 | 3,959 | 5,458 |
| 136 | OS1592 | Wells Fargo Bank Denver | 776 | 7,763 | 8,539 |
| 236 | OS1593 | Liberty Mutual | 108 | 6,125 | 6,233 |
| 1 | OS1611 | Insight Direct USA, Inc | 263,627 | 492,840 | 756,467 |
| 3 | OS1656 | Bloomberg LP | 46,708 | 4,988 | 51,696 |
| 261 | OS1686 | Commerce Bank | 15,035 | 45,302 | 60,337 |
| 192 | OS1691 | SSN Inc DBA Entre Computer CTR | 1,553 | 3,796 | 5,349 |
| 8 | OS1730 | Capital One Services, Inc | 66,293 | 78,546 | 144,839 |
| 124 | OS1746 | Quality Solutions Inc | 166 | 372 | 538 |
| 18 | OS1783 | Trinity Information Services | 5,544 | 12,376 | 17,920 |
| 142 | OS1798 | Wells Fargo Insurance | 0 | 2,459 | 2,459 |
| 212 | OS1817 | Kellogg Company | 1,975 | 76 | 2,051 |
| 169 | OS1845 | Maytag Appliance | 4,944 | 2,070 | 7,014 |
| 84 | OS1893 | Carlson Shared Services | 7,932 | 2,725 | 10,657 |
| 244 | OS1898 | Global Computer Supplies | 17 | 284 | 301 |
| 53 | OS1902 | Unilever HPC/USA | 8,407 | 20,540 | 28,946 |
| 172 | OS1943 | Kaiser Foundation Health Plan | 0 | 183 | 183 |
| 57 | OS1946 | Whirlpool Corporation | 10,567 | 6,004 | 16,572 |
| 135 | OS2026 | MBNA Procurement Services | 3,177 | (401) | 2,776 |
| 262 | OS2075 | Reliant Resources Inc | 1,282 | 3,513 | 4,795 |
| 100 | OS2082 | Costco Wholesale | 83 | 0 | 83 |
| 107 | OS2110 | Charles Levy Circulating Co | 698 | 5,244 | 5,942 |
| 90 | OS2138 | Baxter Financial Services | 4,821 | 3,561 | 8,382 |
| 264 | OS2168 | H&R Block | 479 | 0 | 479 |

Exhibit IV-2

## Damages Calculation - Tortious Interference Claim
## Analysis of Damages Based on 2003 Sales Experience

| Original Number | CBN | Customer Name | 10050 Sales CSN | 11000 Sales Outsourced | Total 2003 Sales |
|---|---|---|---:|---:|---:|
| 106 | OS2275 | Robert W Baird & Co | $ 1,603 | $ 318 | $ 1,921 |
| 37 | OS2276 | Wachovia | 528 | 79,311 | 79,838 |
| 110 | OS2313 | Arbitech Inc | 24,017 | 76 | 24,093 |
| 114 | OS2326 | Corning Inc | 2,073 | 8,677 | 10,749 |
| 157 | OS2355 | International Paper | 1,374 | 2,657 | 4,031 |
| 62 | OS2393 | USG Corporation | 4,505 | 6,063 | 10,568 |
| 205 | OS2400 | ExxonMobil Upstream Techinical | 241 | 19,749 | 19,991 |
| 95 | OS2452 | Mckesson Corporation | 2,457 | 3,250 | 5,707 |
| 204 | OS2509 | Bright Horizons Family Solution | 352 | 104 | 456 |
| 78 | OS2510 | Admin Office of the Courts | 845 | 0 | 845 |
| 200 | OS2547 | MCPC | 1,097 | 146 | 1,243 |
| 111 | OS2557 | Fleet Capital | 0 | 462 | 462 |
| 258 | OS2569 | Dictaphone Corporation | 5,777 | 3,950 | 9,727 |
| 98 | OS2575 | Level 3 Communications | 15,743 | 2,623 | 18,365 |
| 122 | OS2583 | Lockheed Martin Techonology | 0 | 6,337 | 6,337 |
| 227 | OS2771 | Diageo | 745 | 586 | 1,331 |
| 50 | OS2839 | Microsoft Corp | 0 | 1,722 | 1,722 |
| 16 | OS2866 | Adecco Staffing | 1,836 | 5,669 | 7,505 |
| 263 | OS2939 | GMAC/Motor Insurance corp | 0 | 1,984 | 1,984 |
| 123 | OS3007 | Fleet Credit Card | 1,505 | 0 | 1,505 |
| 170 | OS3038 | University of CA Berkeley | 388 | 0 | 388 |
| 68 | OS3039 | The World Bank | 0 | 2,412 | 2,412 |
| 5 | OS3041 | Federal Express | 6,621 | 10,137 | 16,758 |
| 41 | OS3051 | DHL Airways Inc | 67 | 3,984 | 4,050 |
| 167 | OS3077 | Bank of the West | 42 | 924 | 966 |
| 218 | OS3079 | Xerox Services | 0 | 43 | 43 |
| 102 | OS3189 | Sungard-Plaid Brother Software | 38 | 578 | 615 |
| 25 | OS3236 | Pricewater House Cooper | 0 | 456 | 456 |
| 56 | OS3273 | Deloitte Consulting | 0 | 1,470 | 1,470 |
| 44 | OS3284 | Blue Cross Blue Shield of Mich | 1,670 | 286 | 1,956 |
| 153 | OS3291 | Sears Roebuck and Co | 37 | 227 | 264 |
| 22 | OS3301 | Lockheed Martin Shared Service | 321 | 4,081 | 4,402 |
| 99 | OS3321 | Charles Levy Circulating Co | 0 | 614 | 614 |
| 77 | OS3333 | GlaxoSmithKline | 0 | 874 | 874 |
| 208 | OS3335 | Cardinal Health | 13 | 0 | 13 |
| 105 | OS3351 | International Paper | 0 | 530 | 530 |
| | | Total Sales in 2003 for Selected Customers | $ 836,185 | $ 1,538,123 | $ 2,374,308 |
| | | Sales Associated with a 10-3/4 Month Period | | | $ 2,126,984 |
| | | Lost Gross Profits at 34% | | | 723,175 |
| | | Less Associated Operating Expenses | | | 50,000 |
| | | Net Profit Lost Due to Tortious Interference | | | $ 673,175 |