UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, and COMPAQ TRADEMARK B.V., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No. 04-3055 |
| MIDWEST INFORMATION TECHNOLOGY GROUP, INC., | ) ) ) ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S EXPERT, OR, IN THE ALTERNATIVE, FOR ATTORNEY'S FEES AND COSTS AND ADDITIONAL TIME TO DESIGNATE A RESPONSIVE EXPERT**

COMES NOW the Defendant/Counterclaim Plaintiff, **Midwest Information Technology Group, Inc.** ("MITG"), by and through its attorneys, **Schmiedeskamp, Robertson, Neu & Mitchell**, and for its response in opposition to the Plaintiff's motion to strike Defendant's expert, or, in the alternative, for attorney's fees and costs and additional time to designate a responsive expert, states as follows:

1. Plaintiff's motion is not properly before this court. Plaintiff has failed to comply with Local Rule 7.1 by providing a proper legal argument supporting its claims.

2. Defendant had a legal duty to supplement it's expert report. Defendant's expert evidence is proper and admissible.

1

3. Plaintiff has not been prejudiced by Defendant's supplemental report, and Plaintiff has plenty of time to redepose Defendant's expert. Defendant has no objection to Plaintiff receiving an extension of time to disclose its own expert.

4. Plaintiff is not entitled to recover attorney's fees and costs from Defendant.

5. In further support of this response, Defendant incorporates its Memorandum of Law in Opposition to Plaintiff's Motion to Strike Defendant's Expert, Or, in the Alternative, for Attorney's Fees and Costs and Additional Time to Designate a Responsive Expert, which is filed in conjunction with this response.

WHEREFORE, the Defendant/Counterclaim Plaintiff, **Midwest Information Technology Group, Inc.**, requests that Plaintiff's Motion to Strike Defendant's Expert, Or, in the Alternative, for Attorney's Fees and Costs and Additional Time to Designate a Responsive Expert be *denied*, and such other and further relief as this court deems just and proper.

s/ James A. Hansen
James A. Hansen IL Bar #6244534
Attorney for Defendant/Counterclaim Plaintiff,
Midwest Information Technology Group, Inc.
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: jhansen@srnm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Molly Buck Richard
>Thompson & Knight, LLP
>1700 Pacific Avenue, Suite 3300
>Dallas, TX 75201-4693
>
>Elizann Carroll
>Juneau, Boll & Ward
>15301 Spectrum Drive, Suite 300
>Addison, TX 75001
>
>Scott Spooner
>Heyl, Royster, Voelker & Allen
>Suite 575, National City Center
>1 North Old State Capitol Plaza
>P.O. Box 1687
>Springfield, IL 62705-1687

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

>s/      James A. Hansen
>James A. Hansen IL Bar #6244534
>Attorney for Defendant/Counterclaim Plaintiff,
>Midwest Information Technology Group, Inc.
>Schmiedeskamp, Robertson, Neu & Mitchell
>525 Jersey Street, P. O. Box 1069
>Quincy, IL 62306-1069
>Telephone: (217) 223-3030
>Facsimile: (217) 223-1005
>E-mail: jhansen@srnm.com

16