```
 1           IN THE UNITED STATES DISTRICT COURT
          FOR THE CENTRAL DISTRICT OF ILLINOIS
 2                   SPRINGFIELD DIVISION

 3   HEWLETT-PACKARD             *
     DEVELOPMENT COMPANY,L.P.,   *
 4   HEWLETT-PACKARD COMPANY,    *
     AND COMPAQ TRADEMARK B.V.,  *
 5                               *
              Plaintiffs,        *
 6   VS.                         *  CIVIL ACTION NO. 04-3055
                                 *
 7   MIDWEST INFORMATION         *
     TECHNOLOGY GROUP, INC.      *
 8   AND MICHAEL LAUBER,         *
              Defendants.        *
 9

10   ********************************

11           ORAL AND VIDEO DEPOSITION OF

12                   DIANE POUND

13                 March 29, 2005

14   ********************************

15        ORAL AND VIDEO DEPOSITION OF DIANE POUND,
16   produced as a witness at the instance of the Defendant,
17   and duly sworn, was taken in the above-styled and
18   numbered cause on the 29th day of March, 2005, from
19   3:59 p.m. to 5:49 p.m., before Carolyn Ruiz Coronado,
20   Certified Shorthand Reporter in and for the State of
21   Texas, reported by stenographic means, at
22   Hewlett-Packard, Houston Executive Briefing Center,
23   20555 SH249, Building CC11, Houston, Texas, pursuant to
24   the Texas Rules of Civil Procedure and the provisions
25   stated on the record or attached hereto.
```

EXHIBIT I

HOUSTON REPORTING SERVICE    (713) 739-1400

```
 1                    A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFFS:

 4       Ms. Elizann Carroll
         JUNEAU, BOLL & WARD
 5       15301 Spectrum Drive, Suite 300
         Addison, Texas  75001
 6       PHONE:  (972) 866-8333
         FAX:    (972) 866-8378
 7

 8

 9   FOR THE DEFENDANTS:

10       Mr. James A. Hansen
         SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL
11       525 Jersey, P.O. BOX 1069
         Quincy, Illinois  62306
12       PHONE:  (217) 223-3030
         FAX:    (217) 223-1005
13

14   ALSO PRESENT:

15       Videographer
         Houston Reporting Service
16

17

18

19

20

21

22

23

24

25
```

```
 1      Q.    Okay.  And it says, We're going to appoint
 2  references to those parts on the HP Direct Web site to
 3  eSpares and EPDO.  Was that meaning to eSpares
 4  transition to Roseville or to your eSpares site, if you
 5  know?
 6      A.    At that time it would have been to Roseville.
 7      Q.    Okay.  It then says, Have an option added to
 8  the HP Direct phone line.  It's your understanding that
 9  was also Compaq Direct?
10      A.    Yes.
11      Q.    Okay.  Do you know that phone line number?
12      A.    No.
13      Q.    Okay.  Do you know if HP/Compaq customers
14  routed to Andover in the Web sites for parts purchases
15  were ever given the added option to go to HP Direct?
16      A.    Yes.
17      Q.    Okay.  There was -- well, let me back up.
18  There was an option placed on your phone tree to send
19  customers to HP Direct which you understood to be
20  Compaq Direct in Omaha?
21      A.    No, I'm sorry, we never had an option.  I
22  mean, if -- what we had -- the people in the call
23  centers could refer people to HP or Compaq Direct --
24      Q.    Okay.
25      A.    -- if we didn't have the part.
```

```
 1      Q.   Okay. I understand. So if some customer
 2  called into your call center you had the ability to
 3  send them to Compaq Direct/HP Direct if you did not
 4  have the part?
 5      A.   Yes.
 6      Q.   Okay. You did not, though, have an option off
 7  the tree routing, as I call it, off your 1-800 number
 8  where a customer could press 3 to go to Compaq
 9  Direct --
10      A.   No, we didn't.
11      Q.   -- or HP Direct?
12      A.   No.
13      Q.   And did Compaq Direct sell the same type of
14  parts you sold, the same Compaq parts?
15              MS. CARROLL: Objection. Calls for
16  speculation.
17      A.   I don't know exactly what they sold.
18      Q.   (BY MR. HANSEN) Do you know if they sold
19  Presario and non-Presario parts?
20      A.   Yes, I believe they did.
21      Q.   Okay. Did they also sell Digital parts?
22      A.   I don't know.
23      Q.   Okay. All right. Getting into these call
24  volumes that were produced for -- okay. I've marked
25  Defendant Exhibit III, which is document HP10826,
```

```
1   order number and a confirmation.
2        Q.   Okay.  Were you involved in any of the
3   programming or development of that Web site?
4        A.   No.
5        Q.   The eSpares, I'm talking about?
6        A.   Not development.
7        Q.   Okay.  Was that done in Houston?
8        A.   Yes.
9        Q.   Was Chip Love involved in that, if you know?
10       A.   Yes.
11       Q.   Okay.  Did you ever have any contact with
12  anyone in Omaha regarding the Compaq Direct business?
13       A.   I did talk to Troy a few times.
14       Q.   Okay.  What was the conversations -- you mean
15  Troy Bloomquist?
16       A.   Yes.
17       Q.   Okay.  What were those conversations in
18  regards to?
19       A.   We talked about, you know, if we didn't have
20  the part how we could set up something so that we could
21  refer calls to him and vice versa, if he didn't have
22  parts.
23       Q.   Okay.  Was there a number he gave you to refer
24  the calls to or how did that work?
25       A.   Yes.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD DIVISION

---oOo---

HEWLETT-PACKARD DEVELOPMENT
COMPANY, L.P., HEWLETT-PACKARD
COMPANY, and COMPAQ TRADEMARK B.V.,

    Plaintiffs,

vs.                  Civil Action No. 04-3055

MIDWEST INFORMATION TECHNOLOGY
GROUP, INC., and MICHAEL LAUBER,

    Defendants.
_____/

Deposition of

ROLAND SORIANO

Friday, January 14, 2005

Job No. 1764RD
Reported by: Ruth E. Diederich, RPR, CSR
    CSR No. 4952

**CERTIFIED COPY**



**RUTH E. DIEDERICH, RPR, CSR**

CERTIFIED SHORTHAND REPORTER

1000 Sunrise Avenue, Suite 9B    TEL (916) 722-7814
PMB 346    FAX (916) 726-0784
Roseville, California 95661

**EXHIBIT J**

ROLAND SORIANO

```
 1                    A P P E A R A N C E S

 2    FOR THE PLAINTIFFS:

 3         JUNEAU, BOLL & WARD
           BY:  ELIZANN CARROLL, Esq.
 4         15301 Spectrum Drive, Suite 300
           Addison, Texas   75001
 5         (972) 866-8333

 6    FOR THE DEFENDANTS:

 7         SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL
           BY:  JAMES A. HANSEN, Esq.
 8         525 Jersey
           Quincy, Illinois   62306
 9         (217) 223-3030

10

11

12

13                       ---oOo---

14

15

16

17

18

19

20

21

22

23

24

25
```

2

1  background information. You have to answer out loud.

2  A. Yes, I was told.

3  Q. Okay. And if you don't understand my question,

4  ask me to rephrase it. Also, it's important that you

5  try and allow me to finish my question before you

6  answer, and I'll do the same, because it's very hard for

7  Ruth to get down two people talking at the same time.

8  A. Will do.

9  Q. Okay. And do you recall receiving this e-mail?

10  A. Yes.

11  Q. Okay. And apparently, it was in response to an

12  e-mail Mr. Bloomquist sent to Mr. Chizek the day before

13  regarding the HP Direct organization and the

14  multi-vendor spare parts procurement program. And was

15  it your understanding Mr. Chizek was responding to

16  Mr. Bloomquist's request to assist with calls as the

17  multi-vendor HP Direct was below the daily contracted

18  minimum?

19  A. Yes.

20  Q. Okay. And was this in relation to the Andover

21  call center?

22  A. I believe so.

23  Q. Okay. And did you have any input into this

24  response, or were you just carbon copied on it?

25  A. I was just cc'd on it.

13

1   of the integration team with regards to Andover.
2       A.   I was part of providing the resources on the
3   integration team.
4       Q.   Okay.  So you had input as far as -- well,
5   strike that.
6            Did you have input as far as where the excess
7   call volume being experienced at Andover was going to be
8   redirected?
9       A.   Yes.  I provided options.
10      Q.   And one of those options was HP Direct?
11      A.   That is correct.
12      Q.   And was it your understanding back in October of
13  2002, that the Andover call center, which was providing
14  pre-merger Compaq parts, was going to be integrated to
15  Roseville?
16      A.   Was I part of the decision-making?
17      Q.   No.
18      A.   Can you repeat the question, please?
19      Q.   Was it your understanding that Andover -- the
20  Andover call center was going to be integrated to
21  Roseville?
22      A.   Yes.
23      Q.   Okay.  And you told me you weren't part of the
24  team that was involved in the actual integration, but
25  you provided resource options for them?

17

ROLAND SORIANO

1  last paragraph, she mentions that she left Richard a
2  voice message regarding a Plan B.  Were you involved in
3  whatever Plan A was?
4      A.   I can't remember what Plan A was.  I can't
5  remember what the Plan A -- there were so many options
6  that we were looking at.
7      Q.   Okay.  Was MITG one of those options?
8      A.   One of the options was MITG.
9      Q.   Okay.  And if you go to the e-mail -- well,
10 before I get to the next e-mail, and based on some of
11 your e-mails here, MITG was one of those options,
12 because they did have the capacity; is that correct?
13     A.   Troy Bloomquist called me and said that, "If you
14 do have any capacity issue, we can help."
15     Q.   Okay.  And was it your understand that MITG
16 could also fill the -- the parts orders that were being
17 sent to Andover?
18     A.   All I know is they can help answer the customer
19 calls.
20     Q.   Okay.  Which may include filling parts orders?
21     A.   It may.
22     Q.   Okay.
23     A.   And I am talking to Troy.  I am not talking to
24 MITG.
25     Q.   I understand that.

20

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD DIVISION

---oOo---

HEWLETT-PACKARD DEVELOPMENT
COMPANY, L.P., HEWLETT-PACKARD
COMPANY, and COMPAQ TRADEMARK B.V.,

    Plaintiffs,

    vs.                Civil Action No. 04-3055

MIDWEST INFORMATION TECHNOLOGY
GROUP, INC., and MICHAEL LAUBER,

    Defendants.
_____/


Deposition of

RICHARD CHIZEK

Thursday, January 13, 2005


Job No. 1761RD
Reported by:  Ruth E. Diederich, RPR, CSR
    CSR No. 4952

**CERTIFIED COPY**



**RUTH E. DIEDERICH, RPR, CSR**

CERTIFIED SHORTHAND REPORTER

1000 Sunrise Avenue, Suite 9B
PMB 346
Roseville, California  95661

TEL (916) 722-7814
FAX (916) 726-0784

EXHIBIT K

APPEARANCES

FOR THE PLAINTIFFS:

    JUNEAU, BOLL & WARD
    BY:  ELIZANN CARROLL, Esq.
    15301 Spectrum Drive, Suite 300
    Addison, Texas  75001
    (972) 866-8333

FOR THE DEFENDANTS:

    SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL
    BY:  JAMES A. HANSEN, Esq.
    525 Jersey
    Quincy, Illinois  62306
    (217) 223-3030

---o0o---

2

1   A.   Well, we were taking those projects one at a
2   time, but I was aware that there were other parts
3   business segments that were going to be ultimately
4   migrated to Roseville.
5   Q.   And you were involved -- correct? -- in the
6   migration of the MITG to Roseville?
7   A.   Yeah.
8   Q.   Okay.  I am going to hand you a document I'm
9   going to mark as Exhibit KK.  This didn't come off very
10  well, but it still has the date, reporter and the
11  deponent on there, so that's all we need.  I will have
12  you take a look at this MITG 82 to 85, and I will tell
13  you, for ease of reference, it flows from back to front.
14  So 85 would be the first e-mail in the chain.
15  A.   Okay.
16       (Exhibit KK was marked for
17       identification.)
18  Q.   Okay.  You have had a chance to look that over?
19  A.   Yeah.
20  Q.   Okay.  Starting with MITG 85, which is the last
21  page in that exhibit --
22  A.   Yes.
23  Q.   -- it is an e-mail dated Wednesday, October 30,
24  2002, from Diane Pound to Louise Meyerfeld and
25  Janine Lindstrom of which you are copied on the e-mail;

13

1  VRU referring the customers there."
2      A.    Okay.
3      Q.    What is a VRU?
4      A.    VRU stands for Voice Recognition Unit, and it's
5  kind of a misnomer for referring to the telecom -- the
6  phone system.  VRU is a telecom feature.  In this case,
7  what -- what she's saying is to put it on the phone
8  system.
9      Q.    Meaning when someone dials 1-800-225-5385, would
10 that be -- I'll call it a tree option or a --
11     A.    Yes.  You could potentially route calls wherever
12 you wanted to.
13     Q.    Okay.  Did you, at this point in time, know who
14 the outside vendors were who were being considered for
15 referral of the Andover calls?
16     A.    I am not sure I knew at this time, but I think
17 pretty shortly after this, people were floating the
18 options that included referring them to MITG.
19     Q.    Okay.  And then it goes on to --
20           Well, was it your understanding that based on
21 what you just said, MITG was an entity that could handle
22 the orders and the referral of these calls?
23     A.    Might not have been at this time, but, as I
24 said, sometime right around this, I learned that they --
25 that they said they had some capacity --

25

RICHARD CHIZEK

1  the capacity to take the calls.
2  Q.   Okay.  Well, then, let's look at MITG 83, which
3  is an e-mail from Mr. Soriano the same date, Wednesday,
4  October 30, 2002.
5  A.   Uh-huh.
6  Q.   And you are on that cc.
7  A.   Okay.
8  Q.   And it indicates -- Mr. Soriano directly
9  responded to Ms. Behl, and he indicates he has been
10 talking with Troy Bloomquist of the HP Direct call
11 center in Hannibal, Missouri, about helping us out.
12       Had you talked to Troy Bloomquist at all
13 regarding this situation?
14 A.   I don't believe I ever talked to Troy about
15 the -- about the situation.
16 Q.   Okay.
17 A.   I -- I think the only conversations I had with
18 Troy was during the initial merger, and it was just an
19 introduction.
20 Q.   Okay.  Mr. Soriano then goes on to say, "The
21 call center," which is the one in Hannibal, Missouri,
22 "has the capacity and can take care of these customers.
23 I strongly suggest we take this option and make it
24 happen."  It then indicates, "Please let me know
25 immediately when we will see the decrease in calls.  I

29

```
 1   will take action to redirect calls to HP Direct."
 2       A.   Uh-huh.
 3       Q.   And then do you see, he then sends a specific
 4   note to you, Diane and Troy --
 5            Do you see that there?
 6       A.   Yes.
 7       Q.   -- asking that you three work together and be
 8   prepared to redirect the calls to HP Direct from
 9   Andover.
10            Did you, in fact, meet with Ms. Pound,
11   Mr. Bloomquist, whether in person or by phone, to work
12   together and make that happen?
13       A.   I don't recall that we had any -- any
14   discussions or meetings like that.
15       Q.   Okay.  Did you take action to redirect the calls
16   to HP Direct from Andover, as requested by Mr. Soriano?
17       A.   No, we did not.
18       Q.   Okay.  Why did that not take place?
19       A.   I believe because we continued to pursue the
20   plan of record that we had at the time, which was to
21   migrate those calls to Roseville.
22       Q.   Okay.  Who made that ultimate decision?  Were
23   you involved in that?
24       A.   No, I don't believe that I was involved in the
25   decision.  Well, the -- I was involved in the decisions
```

ron

**From:** Bloomquist, Troy [Troy.Bloomquist@hp.com]
**Sent:** Friday, November 01, 2002 4:18 PM
**To:** rdhj@mitg.com; Mike Lauber
**Subject:** FW: (UUU) Action Required 1-800-225-5385 Changes

Fyi.. Should see a decent influx on Monday..
Tb

-----Original Message-----
**From:** Soriano, Rolando L
**Sent:** Friday, November 01, 2002 3:50 PM
**To:** Peterson, Janet; Behl, Nikhil; Pound, Diane
**Cc:** Chizek, Richard; Bloomquist, Troy
**Subject:** RE: (UUU) Action Required 1-800-225-5385 Changes

Hi Janet and Nikhil,

Although HP Direct have the capacity and ready to take on the calls, we have a telecom issue that we need to solve first. We are experiencing a busy out at Diane's call center therefore the caller is not even getting in to our IVR. My proposal was to use the IVR to redirect the calls to HP Direct. To resolve the busy out issue, we have ordered an additional T1 and will be installed end of next week.

Until we get this in placed, we need to know where the calls are coming from so that we can provide them HP Direct's number to refer the customer to.

Diane,

Do we know from the customer where they are getting your 800 number?


Roland Soriano
HPS Americas - Channel and Parts Business
Parts Business Center Operation
(916) 785-9310

To Order Parts: www.partsdirect.hp.com <http://www.partsdirect.hp.com> or www.compaq.com/sparestore <http://www.compaq.com/sparestore>

Δ π EXHIBIT KK
Deponent Chizek
Date 1/13/05  Rptr RO
DEPOBOOK

-----Original Message-----
**From:** Peterson, Janet [mailto:J.Peterson@hp.com]
**Sent:** Wednesday, October 30, 2002 5:21 PM
**To:** Soriano, Rolando L

MITG 082

1/20/2004

**Subject:** RE: (UUU) Action Required 1-800-225-5385 Changes

Rolando:

Thanks for working this, I certainly hope this works.

Have a good evening.

Janet

-----Original Message-----
**From:** Soriano, Rolando L
**Sent:** Wednesday, October 30, 2002 6:30 PM
**To:** Peterson, Janet; Behl, Nikhil
**Cc:** Meyerfeld, Louise A; Soriano, Rolando L; Pound, Diane; Charles, Cindy; Appl, Peter; Li, Shen-Yu; White, David; Love, Chip; Chizek, Richard; Bloomquist, Troy; Pound, Diane; Wagner, Randy S; Shea, Chris; Crowley, Bill

**Subject:** RE: (UUU) Action Required 1-800-225-5385 Changes

Nikhil

I have been talking with Troy Bloomquist of the HP Direct Call Center in Hannibal, Missouri about helping us out. The call center has the capacity and can take care of these customers. I strongly suggest we take this option and make it happen. Somehow the initial plan seems to be not working. I have seen messages regarding the execution of our initial plan but somehow the call volumes continues to come to Andover. Please let me know immediately when we will see the decrease in calls otherwise, I will take action to redirect calls to the HP Direct.

Richard, Diane, and Troy

Please work together and be prepared to redirect the calls to HP Direct from Andover.

## Roland Soriano

HPS Americas - Channel and Parts Business
Parts Business Center Operation
(916) 785-9310

To Order Parts: www.partsdirect.hp.com <http://www.partsdirect.hp.com> or www.compaq.com/sparestore <http://www.compaq.com/sparestore>

-----Original Message-----
**From:** Peterson, Janet [mailto:J.Peterson@hp.com]
**Sent:** Wednesday, October 30, 2002 1:45 PM
**To:** Behl, Nikhil
**Cc:** Meyerfeld, Louise A; Soriano, Rolando L; Pound, Diane; Charles, Cindy; Appl, Peter; Li, Shen-Yu; White, David; Love, Chip

**Subject:** (UUU) Action Required 1-800-225-5385 Changes

MITG 083

1/20/2004

**Importance:** High

Nikhil:

As you can see this situation is still completely out of control. I realize you have been working it, but the fact that we are still loosing 500 calls/day is totally unacceptable. What can you do immediately to help Andover with this call volume?

Please advise ASAP or give us someone in your management to work with. Customers are screaming at Diane's people since they are on hold for almost a hour (if they even get answered) and when they get through Diane's group cannot place an order as they do not carry the parts.

Cindy: Any other ideas on what can give this group relief.

Regards,
Janet
office:  508-841-5633
cell:    508-733-9639
j.peterson@hp.com


-----Original Message-----
**From:** Meyerfeld, Louise A
**Sent:** Wednesday, October 30, 2002 2:45 PM
**To:** Pound, Diane; Meyerfeld, Louise A; Lindstrom, Janine
**Cc:** Chizek, Richard; Peterson, Janet; Manzo, Victor; Love, Chip; Soriano, Rolando L
**Subject:** RE: 1-800-225-5385 Changes
**Importance:** High

Diane,

~~We are taking this in two steps. Transitioning the non Presario calls will happen on 11/18.~~

As far at the Presario calls, the call center is not staffed appropriately take on any more than the 400-500 discussed. We need to understand that piece of the business and determine what is needed to transition it, if that is decided what we want to do. The decision has not been finalized yet, as to where the Presario business should fall.

The only decision that has been made, is to move it out of your call center. Since this has still not occurred,

Roland/Janet,

Can you please work with the appropriate folks, to understand the delay in turning these calls away from the Andover call center. If we are going to refer them to the outside vendors, then let's put a message on the VRU referring the customers there. Put an option, if you are calling about Presario parts press, then provide the web info. Atleast this will take some of the pressure off Andover until this issue can be resolved with hp shopping.

Chip,

From talking with Roland the other day, he was going to call you to discuss looking at the portfolio of parts we are looking at for the Presario. Part number convergence, pricing, stocking....Do you have any idea as to when you can have this analysis done. Until we understand the offerings, we are on hold as to whether we will be transitioning the Presario parts into the Roseville call center.

Regards,
Louise

-----Original Message-----
From: Pound, Diane [mailto:Diane.Pound@hp.com]
Sent: Wednesday, October 30, 2002 10:36 AM
To: Meyerfeld, Louise A; Lindstrom, Janine
Cc: Chizek, Richard; Peterson, Janet; Manzo, Victor; Love, Chip; Soriano, Rolando L
Subject: RE: 1-800-225-5385 Changes

Louise,

I was hoping we could do something NOW based on the increase in volume. We are losing almost 500 calls per day and customers are not happy about the long wait time.

We thought the volume was going to decrease on Monday but it has not changed. Can Roseville handle 1000 calls per day starting 11/18? I thought we talked about approximately 400 calls initially and then taking 4-6 weeks to get additional resources.

I left Richard a voicemessage yesterday to see if we can come up with a "Plan B" to deal with this critical issue now.

It is not fair to the people here.

Regards,
Diane

MITG 085

1/20/2004