E-FILED
Monday, 24 October, 2005 01:22:12 PM
Clerk, U.S. District Court, ILCD

# JUNEAU, BOLL & WARD
### A PROFESSIONAL LIMITED LIABILITY COMPANY

15301 SPECTRUM DRIVE, SUITE 300
ADDISON, TEXAS 75001-4696

ELIZANN CARROLL
ECARROLL@JUNEAUBOLL.COM

TELEPHONE:
(972) 866-8333

FACSIMILE:
(972) 866-8378

October 18, 2005

*Via Facsimile*
Mr. James A. Hansen
Schmiedeskamp, Robertson, Neu and Mitchell
525 Jersey Street
Quincy, Illinois 62301-3926

Re:  Civil Action No. 04-3055; *Hewlett-Packard Development Company, L.P., et al. v. Midwest Information Technology Group, Inc and Michael Lauber*

Dear Jim:

Pursuant to the Court's Order of October 17, 2005, this letter is to request payment from MITG for the fees and costs associated with the bringing of the Motion to Strike. The fees and expenses total $9,068, which is made up of my time totalling approximately 28 hours, my paralegal's time totalling a little over two hours, and research charges. MITG should make the check payable to Juneau, Boll & Ward, and it can be forwarded to me.

After the re-deposition of Mr. Stringer, I will forward a request for payment the fees and expenses associated with that deposition. Please provide dates that Mr. Stringer will be available for his re-deposition. Based on my last experience with Mr. Stringer, I cannot agree to start in the afternoon, so please provide dates that you are both available beginning by no later than 10:00 a.m. I am available November 1 – November 4 and November 8-11.

If you have any questions regarding the above, please feel free to call me.

Sincerely,

Elizann Carroll

cc:  Molly Buck Richard

EXHIBIT A

**Schmiedeskamp, Robertson, Neu & Mitchell**
LAWYERS
525 JERSEY
P.O. BOX 1069
**Quincy, Illinois**
62306

DELMER R. MITCHELL
DENNIS W. GORMAN
JERRY L. BRENNAN
WILLIAM G. KELLER, JR.
WILLIAM M. McCLEERY, JR.
TED M. NIEMANN
GENA J. AWERKAMP*
BRETT K. GORMAN*
HAROLD B. OAKLEY*
MICHAEL A. BICKHAUS*
DAVID G. PENN
JAMES A. HANSEN*
GREGORY A. PRATT
BABETTE L. BRENNAN*
ANDREW K. CASHMAN*
MELINDA S. MADISON**

*ALSO LICENSED IN MISSOURI
**ALSO LICENSED IN NEW YORK

CARL G. SCHMIEDESKAMP (1898-1987)
JOHN T. ROBERTSON (1916-1995)

RICHARD B. NEU • RETIRED

(217) 223-3030

FAX (217) 223-1005

www.srnm.com

F.E.I.N. 37-0670873

October 19, 2005

**VIA FACSIMILE & U.S. MAIL**
Ms. Elizann Carroll
Juneau, Boll & Ward
15301 Spectrum Dr., Ste. 300
Addison, TX 75001

Re: Hewlett Packard v. MITG, Inc. and Michael Lauber
Cause No. 04-3055; United States Central District of Illinois

Dear Elizann:

I am in receipt of your letter dated October 18, 2005 requesting expenses of approximately $9,068. I am certainly not going to cut a check to you in that amount without supporting documentation and certainly object that it would take you approximately twenty-eight (28) hours of which to prepare and file your Motion to Strike which was a grand total of fourteen (14) pages. We also dispute the paralegal times which would include research charges as no cases were cited in your Motion. If we need to involve the Court and a Memo needs to be filed please advise. Otherwise, please forward to me your billing entries evidencing your amount claimed. I obviously would not request any attorney-client billing entries but cannot believe there would be any for preparing the Motion which the Court granted your request for fees.

Further, I am in the middle of a two (2) week medical malpractice jury trial here in Adams County which began Monday, October 17, 2005. Of the dates you provided I am available November 2, 3 or 8. I will contact Mr. Stringer immediately to hopefully confirm a date.

I will await the documentation that I have requested.

Very truly yours,

James A. Hansen

JAH/pls

cc: Delmer R. Mitchell

EXHIBIT B

## JUNEAU, BOLL & WARD

A PROFESSIONAL LIMITED LIABILITY COMPANY

15301 SPECTRUM DRIVE, SUITE 300
ADDISON, TEXAS 75001-4696

ELIZANN CARROLL
ECARROLL@JUNEAUBOLL.COM

TELEPHONE:
(972) 866-8333

FACSIMILE:
(972) 866-8378

October 20, 2005

*Via Facsimile*
Mr. James A. Hansen
Schmiedeskamp, Robertson, Neu and Mitchell
525 Jersey Street
Quincy, Illinois 62301-3926

Re:   Civil Action No. 04-3055; *Hewlett-Packard Development Company, L.P., et al. v. Midwest Information Technology Group, Inc and Michael Lauber*

Dear Jim:

If you do not pay by next Tuesday, I will seek relief from the Court.

Sincerely,

Elizann Carroll /cor

cc:   Molly Buck Richard

EXHIBIT C