## COUNTER-DEFENDANTS' RESPONSE TO MOTION FOR SUMMARY JUDGMENT
### EXHIBIT TABLE OF CONTENTS

TAB #

| | |
|---|---|
| 1. | Standard Support Agreement |
| 2. | Bill Crowley's Deposition |
| 3. | Louise Meyerfeld Depositions (#1 September 29, 2004, #2 May 4, 2005) |
| 4. | Richard Rice's Deposition |
| 5. | Troy Bloomquist's Declaration |
| 6. | Ronald Haught's Depositions (#1 February 18, 2005; #2 July 25, 2005) |
| 7. | Teresa Koch's Deposition |
| 8. | Shari Ellis' Deposition |
| 9. | Bill Crowley's Declaration |
| 10. | Diane Pound's Deposition |
| 11. | Diane Pound's Declaration |
| 12. | Scott Stringer's Depositions (#1 July 27, 2005; #2 November 2, 2005) |
| 13. | Scott Stringer's Report #2 (August 17, 2005) |
| 14. | Middleware Agreement |
| 15. | Troy Bloomquist's Deposition |
| 16. | John Brewer's Deposition |
| 17. | Sandra Urwin's Deposition |
| 18. | Debra Broady's Deposition |
| 19. | MITG's Rule 26(a) Disclosures |