UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD DIVISION

---oOo---

HEWLETT-PACKARD DEVELOPMENT
COMPANY, L.P., HEWLETT-PACKARD
COMPANY, and COMPAQ TRADEMARK B.V.,

    Plaintiffs,

vs.                    Civil Action No. 04-3055

MIDWEST INFORMATION TECHNOLOGY
GROUP, INC., and MICHAEL LAUBER,

    Defendants.
_____/

Deposition of

LOUISE MEYERFELD

(Volume II)

Wednesday, May 4, 2005


Job No. 1937RD
Reported by:  Ruth E. Diederich, RPR, CSR
              CSR No. 4952



CERTIFIED COPY



**RUTH E. DIEDERICH, RPR, CSR**

CERTIFIED SHORTHAND REPORTER

1000 Sunrise Avenue, Suite 9B    TEL (916) 722-7814
PMB 346                               FAX (916) 726-0784
Roseville, California  95661

1      BE IT REMEMBERED that under the applicable
2  sections of the Code of Civil Procedure of the State of
3  California, on Wednesday, May 4, 2005, commencing
4  at the hour of 8:32 a.m. thereof, at Hewlett-Packard,
5  8000 Foothills Boulevard, Building R10, Roseville,
6  California, before me, Ruth E. Diederich, a Certified
7  Shorthand Reporter in the State of California, there
8  personally appeared
9
10                    LOUISE MEYERFELD,
11  called as a witness by the defendants in the
12  above-entitled action, who, having been duly sworn by me
13  to tell the truth, the whole truth, and nothing but the
14  truth, was examined and testified as follows:
15                       ---oOo---
16              EXAMINATION BY MR. HANSEN
17     Q.   Please state your name again for the record.
18     A.   Louise Meyerfeld.
19     Q.   Ms. Meyerfeld, we took your deposition
20  earlier in this case sometime last year, and you're
21  being produced today to hopefully identify some
22  documents that were marked at the deposition of
23  Mr. Chizek.
24          Is that your understanding?
25     A.   Yes.

1    Q.    Okay. And in the chain, you then sent her
2  4664 responding to her prior e-mail on who the heck was
3  HP Direct and who are the customers; is that correct?
4    A.    Yes.
5    Q.    Okay. In your e-mail on 4664, it says,
6  "Attached is the letter we want you to wordsmith. We
7  want one internal letter to be sent to HP Direct and one
8  external letter to the customers."
9         Do you see where I just read?
10   A.    Yes, I do.
11   Q.    Okay. And prior to the e-mail Ms. Parmley sent
12 you, which is 4663, I guess she had -- did you have any
13 discussion with her as to her questioning who HP Direct
14 was?
15   A.    I'm sorry. At -- at this time, she really
16 wasn't in the picture. She didn't come into the picture
17 until after we had gone through everything else and
18 gotten to the point of doing the letter.
19   Q.    Okay. Going back to 4664, the second -- the
20 first paragraph there where it says, "We want one
21 internal letter to be sent to HP Direct," was that
22 HP Direct within the HP organization?
23   A.    Yes.
24   Q.    And that was a letter that was going to be sent
25 to the HP internal customer service representatives?

RUTH E. DIEDERICH CERTIFIED SHORTHAND REPORTERS
Phone: (916) 722-7814    Fax: (916) 726-0784

1    A.    Yeah.  The sales team.

2    Q.    Okay.  And then the external letter to the
3 customers is the one that, if you look on what I've
4 attached, which is HP 5064 and 5065, is that the
5 external letter?

6    A.    It appears to be, yes.

7    Q.    Okay.  Now, your e-mail is dated Wednesday,
8 January 21, but for some reason, the 5064 and 5065 has a
9 date of January 30; okay?

10         Do you know why that is?

11   A.    I believe the 30th may have been the date that
12 we asked Jody to mail them.

13   Q.    Okay.  The second paragraph just kind of says,
14 "Shari Ellis wants some input on the internal letter.
15 Once you have this one ready, let me know," and you'll
16 set up a call with her.

17         Is that kind of what the second paragraph is
18 referencing there?

19   A.    Correct.

20   Q.    And then the third paragraph there, you indicate
21 the letter is generic, so we don't have to worry about
22 who gets it as far as addressing each account, each
23 customer.

24   A.    Yes.

25   Q.    Okay.  Now, what I want to get into is the other

127

-----Original Message-----

From: Parmley, Jody [mailto:jody.parmley@hp.com]

Sent: Wednesday, January 21, 2004 4:46 PM

To: Meyerfeld, Louise A

Subject: RE: Letter

Hello lady,

Question: who the heck is on the HP Direct list? and the who are the customers for the external exactly?

Jody Parmley

HP Channel Support & Parts Business

Business Planning, Review and Communications



-----Original Message-----

From: Meyerfeld, Louise A

Sent: Thursday, January 22, 2004 10:41 AM

To: Parmley, Jody

Cc: Ellis, Shari

Subject: RE: Letter

Importance: High

Shari,

Would you be able to let Jody know who the key players are,

within HP Direct that should receive this letter?

Jody,

I will forward on two lists. One of all 2500 accounts, who are going to receive this generic letter.

The second list (those accounts in RED) are the accounts we are

actually going to be proactive with and follow up with phone calls.

They are the one's who meet the qualification of having activity in

the past 6 months, with at least $500 in parts purchases.

I'll be on the road later this morning, so if you have questions, leave me a VM and I'll pick it up later and call you back.

Hope this helps,

Louise

HP004662

-----Original Message-----

From: Meyerfeld, Louise A

Sent: Wednesday, January 21, 2004 6:24 PM

To: Parmley, Jody

Subject: Letter

Importance: High

Hey Girl,

Attached is the letter we want you to wordsmith. We want one internal letter to be sent to HP Direct, and one external letter to the customers.

Shari Ellis would like some input on the internal letter prior to it going out. So, once you have this ready, let me know and I will set up a call for Shari, you and me to discuss the internal letter.

The letter is generic so we do not have to worry about who get what letter.

I will be out of the office Thurs and Friday on a business trip to the bay area to visit with Les. If you have any questions,

please leave me a VM and I will pick it up and get back to you.

If you have any questions regarding the letter, feel free to contact Bill Crowley while I am gone.

Take care,

Louise


Thanks,

Louise

hpDpartsAccountsListcombined-2004-01-05.xls    MITG_customer letterV5.doc

HP004664



January 30, 2004

Dear Parts Customer,

This letter is to inform you of some upcoming changes to the ordering process for HP and Compaq genuine parts. HP would to thank you for your service and replacement parts business over recent months, and in an effort to better serve your business needs, HP is consolidating certain ordering processes and support services. We recognize these changes may impact your business and kindly ask for your patience and cooperation. This letter outlines the HP Parts Business support services information you will need during this time, including your primary points of contact and online options to order HP and Compaq branded parts.

Business consolidation

In order to help our customers locate parts more effectively, the HP Parts Business is consolidating spare parts ordering into one location. Effective February 7, 2004, parts ordering through the organization known as "HP Direct" will <u>no longer</u> be available. In addition, the following website and phone numbers will be out of service.

- HP Direct Online Site { HYPERLINK "http://www.compaqdirectonline.com/" } will no longer be used for parts orders. Please go to { HYPERLINK "http://www.hp.com/buy/parts" }
- Phone numbers: 800-848-9771 and 800-848-4589 will no longer be used for parts orders. Please call 800-227-8164.

HP Parts Business ordering

Effective February 7, 2004, please use the following ordering and returns processes for HP and Compaq replacement parts.

- HP Parts Store online
  The HP Parts Store on the web is available 7 days a week, 24 hours a day for ordering both HP and Compaq branded parts.
    - Go to the website at { HYPERLINK "https://partsdirect.hp.com/" }
    - Click 'Register' and follow the necessary steps
    - The main page lists reference numbers for assistance.

- HP Parts Business Sales Center
  To reach an HP Parts Sales Center Representative for ordering for both HP and Compaq branded parts, please dial 800-227-8164. Our hours of operation are Monday through Friday, 5AM - 5PM PST. HP Parts Sales agents at each of these options can address parts inquiries, parts identification, pricing and availability, order placement, order status, and backorder inquiries. Order Reference Numbers are provided for completed orders.
    - Select Option #2 on the phone menu for Compaq branded parts issues, parts identification, and ordering options, select Option #2.
    - Select Option #3 on the phone menu for HP branded parts issues, parts identification, and ordering options, select Option #3.

Support program modification
Although HP and Compaq parts can still be ordered online from the HP Parts Store and by calling the HP Parts Business Sales Center, some previously offered services at 'HP Direct,' will <u>no longer</u> be available through the HP Parts Business Center. The dissolved services include:

HP005064

1. Dedicated Account Management and assigned Sales Representatives.
2. Per incident parts sourcing and delivery options for HP and Compaq branded parts that are not in the current catalog of inventory.
3. Per incident parts sourcing and delivery options for other 'Multi-Vendor,' i.e. non-HP and Compaq parts.

Net 30 Parts accounts

HP Parts Business is moving any existing 'HP Direct' Net 30 Accounts to the HP Parts Business Center Accounts programs. (Due to current business infrastructure, separate accounts are established for purchase of HP and Compaq parts.)

Payment terms
- HP Parts accepts Visa, MasterCard, Discover, and American Express credit cards.
- An HP or Compaq Parts Account is required for any Net 30 orders.
- Please be prepared to provide the following information: an account number, purchase order number, part number, quantity, and Ship-To information.

Returns
- Please call 800-227-8164, and select Option #4.
- Please be prepared to provide the following information: Original order number, PO from the original order, Part Number, Quantity to return, Reason for the return
- For eligible part returns issues, an RMA (Return Material Authorization) will be provided.
- Return as instructed, referencing your RMA number

HP appreciates your business and will continue to provide the replacement parts that you need. If you have any questions about this process change, please don't hesitate to contact us. And again, we thank you for your patience and cooperation.

Sincerely,

Bill Crowley
HP Parts Business Manager

-----Original Message-----
From: COWAN,YVONNE (HP-USA,ex1)
Sent: Sunday, January 11, 2004 3:10 PM
To: ELLIS,SHARI (HP-Omaha); CROWLEY,BILL (HP-Roseville,ex1); MEYERFELD,LOUISE (HP-Roseville,ex1); ALLEN,MELISSA A (HP-Colorado Springs); PEREZ,SONIA (HP-Roseville,ex1)
Subject: S / HPD and blue Parts account spreadsheet
Importance: High

Hello,

The first tab of the attached spreadsheet indicates the common accounts (by name and address) and the Osprey CBN account number that is currently open. The second tab indicates all active accounts for the two business types. I have spoken with the Jeri Tellechea, the collector for the S accounts and she has indicated which she feels are major accounts for her business. These are also indicated on the second spreadsheet.

Please be advised that although it would appear that there are many more commonalities, there was no way I could assure that the CBN would be one in the same. Due to address variances this detail should be confirmed by the customer.

Kind Regards,
Yvonne Cowan
Collections Resolution Analyst
Hewlett Packard
phone #916-785-3684
fax # 916-748-7340



yvonne.cowan@hp.com  hpDpartsAccountsListcombined-2004-01-05.xls