Message

Page 1 of 2

ron

From: Bloomquist, Troy [Troy.Bloomquist@hp.com]
Sent: Tuesday, May 27, 2003 1:59 PM
To: Hatfield, Jeff
Cc: Ronald Haught Jr.; Teresa Koch
Subject: FW: Interesting Information We Wanted to Pass On...
Follow Up Flag: Follow up
Flag Status: Orange

Hey,

Do you have any idea who heads up the Small and Medium Business dept? Why would we send customers outside the company?? This is lost revenue..

-----Original Message-----
From: April [mailto:aprilm@mitg.com]
Sent: Tuesday, May 27, 2003 1:52 PM
To: Bloomquist, Troy
Cc: Ronald Haught Jr.; Teresa Koch; Suzi Briscoe
Subject: RE: Interesting Information We Wanted to Pass On...

Troy,
Some other information we found out later last week.

We had a customer that was speaking with the Spares Store looking for p/n 105739-001 and was referred to contact the Small & Medium Business department who referred the customer to a number of places...Insight at 800-467-4448, CDW 800-528-4239 or Micro Warehouse 888-292-5137. The customer came to us and we were able to provide them with a quote.

And another customer started at the Welcome Center and was forwarded to the Small and Medium Business department who referred them to either Ambry at 877-462-6279, PC Part Finder 800-626-4273, or Netstream 972-682-5000. The customer came to us and w were able to provide them with pricing/availability on this part. However customer wanted to know why the difference in pricing...and the three companies above are not part of Compaq.

And we've had three different customers in the last week report that they are not happy with our pricing becuase they were told they could also get memory from American Memory Hotline (not a Compaq department) and folks are referring them to this department and they get to us and want to know why Compaq/HP is higher than the corporate.

Just wanted to forward this information to you that was reported from our customers.
Thanks,
April

-----Original Message-----
From: April [mailto:aprilm@mitg.com]
Sent: Wednesday, May 21, 2003 3:29 PM
To: Troy Bloomquist
Cc: Ronald Haught Jr.; Teresa Koch; Suzi Briscoe
Subject: Interesting Information We Wanted to Pass On...

We were told some interesting information the last couple of days and I wanted to pass this information on...specifically:
On Monday (5/19/03) Lyle from the Warranty group referred a customer to do any of the f...

EXHIBIT 15
Deponent Crowley
Date 9/28/04 Rptr RL
DEPOBOOK

MITG 0101

Message

purchasing part number 306577-001 (This part is available on CSN for $25 our cost, $29 customer cost.): He told her she could contact an Authorized Service Provider in her area, she could contact the Spares Store at 1-800-225-5385, she could contact HP Online Parts at 1-800-848-4589 (that's us), or she could go to Ambry 1-214-357-5710. (I went to the Ambry site and this part is selling for $55.00). But, why would technical support refer someone to Ambry when this is a part that is available from CSN? Case number was given NA030519046066.

Tuesday 05/20/03:
A customer called the Welcome Center looking to order part number 386504-B21, and routed to an auto attendant after choosing some options for what she was needing she was transferred to Eric Bowen. She explained what she needed and he referred her to call 800-888-5858 (Small and Medium Business). She spoke with Sony at the Small and Medium Business dept and he explained that they no longer sell this item and he referred her to contact Super Warehouse at 800-814-5410. The customer ended up getting to us and gave us this information so I called Super Warehouse and got their website www.superwarehouse.com this is a site that does not appear to be an HP site and sells all different kinds of products.

My question on both of these is why would our internal representative be referring customers to places that are not Compaq/HP?

Wanted to share this info...
Thanks,
April



January 30, 2004

Dear Parts Customer,

This letter is to inform you of some upcoming changes to the ordering process for HP and Compaq genuine parts. HP would to thank you for your service and replacement parts business over recent months, and in an effort to better serve your business needs, HP is consolidating certain ordering processes and support services. We recognize these changes may impact your business and kindly ask for your patience and cooperation. This letter outlines the HP Parts Business support services information you will need during this time, including your primary points of contact and online options to order HP and Compaq branded parts.

## Business consolidation

In order to help our customers locate parts more effectively, the HP Parts Business is consolidating spare parts ordering into one location. Effective February 7, 2004, parts ordering through the organization known as "HP Direct" will <u>no longer</u> be available. In addition, the following website and phone numbers will be out of service.

- HP Direct Online Site { HYPERLINK "http://www.compaqdirectonline.com/" } will no longer be used for parts orders. Please go to { HYPERLINK "http://www.hp.com/buy/parts" }
- Phone numbers: 800-848-9771 and 800-848-4589 will no longer be used for parts orders. Please call 800-227-8164.

## HP Parts Business ordering

Effective February 7, 2004, please use the following ordering and returns processes for HP and Compaq replacement parts.

- **HP Parts Store online**
  The HP Parts Store on the web is available 7 days a week, 24 hours a day for ordering both HP and Compaq branded parts.
    - Go to the website at { HYPERLINK "https://partsdirect.hp.com/" }
    - Click 'Register' and follow the necessary steps
    - The main page lists reference numbers for assistance.

- **HP Parts Business Sales Center**
  To reach an HP Parts Sales Center Representative for ordering for both HP and Compaq branded parts, please dial 800-227-8164. Our hours of operation are Monday through Friday, 5AM - 5PM PST. HP Parts Sales agents at each of these options can address parts inquiries, parts identification, pricing and availability, order placement, order status, and backorder inquiries. Order Reference Numbers are provided for completed orders.
    - Select Option #2 on the phone menu for Compaq branded parts issues, parts identification, and ordering options, select Option #2.
    - Select Option #3 on the phone menu for HP branded parts issues, parts identification, and ordering options, select Option #3.

## Support program modification

Although HP and Compaq parts can still be ordered online from the HP Parts Store and by calling the HP Parts Business Sales Center, some previously offered services at 'HP Direct,' will <u>no longer</u> be available through the HP Parts Business Center. The dissolved services include:



Haught #28

1. Dedicated Account Management and assigned Sales Representatives.
2. Per incident parts sourcing and delivery options for HP and Compaq branded parts that are not in the current catalog of inventory.
3. Per incident parts sourcing and delivery options for other 'Multi-Vendor,' i.e. non-HP and Compaq parts.

### Net 30 Parts accounts

HP Parts Business is moving any existing 'HP Direct' Net 30 Accounts to the HP Parts Business Center Accounts programs. (Due to current business infrastructure, separate accounts are established for purchase of HP and Compaq parts.)

### Payment terms

- HP Parts accepts Visa, MasterCard, Discover, and American Express credit cards.
- An HP or Compaq Parts Account is required for any Net 30 orders.
- Please be prepared to provide the following information: an account number, purchase order number, part number, quantity, and Ship-To information.

### Returns

- Please call 800-227-8164, and select Option #4.
- Please be prepared to provide the following information: Original order number, PO from the original order, Part Number, Quantity to return, Reason for the return
- For eligible part returns issues, an RMA (Return Material Authorization) will be provided.
- Return as instructed, referencing your RMA number

HP appreciates your business and will continue to provide the replacement parts that you need. If you have any questions about this process change, please don't hesitate to contact us. And again, we thank you for your patience and cooperation.

Sincerely,

Bill Crowley
HP Parts Business Manager

```
 1
 2                    U.S. DISTRICT COURT
 3                 CENTRAL DISTRICT OF ILLINOIS
 4                    SPRINGFIELD DIVISION
 5
 6   HEWLETT-PACKARD DEVELOPMENT   )
     COMPANY, L.P., HEWLETT-PACKARD)
 7   COMPANY, AND COMPAQ TRADEMARK,)
     B.V.,                         )
 8                                 )
            PLAINTIFFS,            )
 9                                 )
            vs.                    )  No. 04-3055
10                                 )
     MIDWEST INFORMATION           )
11   TECHNOLOGY GROUP, INC., AND   )
     MICHAEL LAUBER,               )
12                                 )
            DEFENDANTS.            )
13
14         DISCOVERY DEPOSITION of RONALD HAUGHT, taken in
15   the above-entitled case before Tracy L. Grott, a Notary
16   Public and Certified Shorthand Reporter of Adams County,
17   Illinois, at 2:30 p.m., on July 25, 2005, at 525 Jersey, in
18   the City of Quincy, County of Adams, State of Illinois,
19   pursuant to stipulation hereto annexed.
20
21
22                    Tracy L. Grott, CSR
                      2901 Sonata Drive
23                    Quincy, IL  62301
                        217-223-3624
24
25
```

1      RONALD HAUGHT,
2  having been first duly sworn by the Notary Public, deposeth
3  and saith as follows:
4      EXAMINATION BY:
5      MS. CARROLL
6      Q.  State your name for the record, please.
7      A.  Ronald Dean Haught, H-A-U-G-H-T, Junior.
8      Q.  Thank you, Mr. Haught.  We did your
9  deposition in February and the same process applies.
10 Obviously, I'll be a lot quicker this time than I
11 was last time.  I don't think I have it in me to go
12 that long again.  I want to follow up on some areas
13 based on some documents that you all produced to
14 me --
15     A.  Okay.
16     Q.  -- since that last deposition, but let me
17 start with a place where we started last time, which
18 is during your last deposition I asked you about
19 dollar amounts of damages of each of the three
20 claims you have against HP and you deferred to an
21 expert at that time.
22     A.  Correct.
23     Q.  And Mr. Stringer of UHY Advisors has now
24 provided a report on damages for the breech of the
25 Standard Support Agreement and the tortious

1 an expert, do you have a dollar figure for what you
2 claim MITG suffered in damages due to the alleged
3 breech of the Middleware Agreement?
4     MR. HANSEN:  You can answer.
5     THE DEPONENT:  No, not at this time I
6 don't.
7   Q   (By Ms. Carroll) Is there something that
8 you, again in your prior deposition, you indicated
9 you had just gotten some documents that you thought
10 were going to give you an answer, are you waiting
11 for something, is there some piece of information
12 that you're waiting for from somebody to be able to
13 calculate that number or have you just been to this
14 point unable to come up with the dollar amount?
15   A.  I have just been lazy and haven't got it
16 done yet.
17   Q.  And do you believe that you have documents
18 that will show a dollar figure, will enable you to
19 calculate an amount?
20   A.  I believe so, but I haven't reviewed all
21 of them so I can't testify one way or the other yet.
22   Q.  Did you talk to Mr. Stringer at all about
23 trying to calculate the damages for the alleged
24 breech of the Middleware Agreement?
25   A.  Of the Middleware Agreement, I mean I

1  don't specifically know what agreement we were
2  talking about.  We had discussed -- he asked a few
3  questions, basically more clarification.  That was
4  about it.
5      Q.   Okay.  Tell me what you recall of
6  conversations that you had with -- do you remember
7  specifically talking with Mr. Stringer or with
8  people from his office?
9      A.   I guess that's what it was.
10         MR. HANSEN:  Mr. Haught I can tell you was
11  on one conversation I know for sure where
12  Mr. Stringer and myself and Mr. Haught were
13  speaking.
14         THE DEPONENT:  Yeah.
15         MR. HANSEN:  Subject to that, I don't
16  know, and Ron, you can testify if you had
17  additional conversations with him.
18         THE DEPONENT:  You know, I did have one
19  phone call after that and it was in regards to
20  an explanation of the -- I don't remember
21  exactly what it was.  He was looking for a
22  clarification to something, I don't recall what
23  it was now.  He had one specific question, but
24  I don't recall what it was exactly about.  My
25  contact with him was very brief.