# In the Matter of:

*Hewlett-Packard Development Company   v.*
*Midwest Information Technology Group, Inc.*

---

*Diane Pound*
*March 29, 2005*

---

*Houston Reporting Service*
*1010 Lamar, Suite 1400*
*Houston, TX   USA   77002*
*(713) 739-1400*

Original File POUND.PRN, 75 Pages
Min-U-Script® File ID: 3804697099

**Word Index included with this Min-U-Script®**

EXHIBIT
10

Hewlett-Packard Development Company v.
Midwest Information Technology Group, Inc.

3:04-cv-03055-JES-CHE    # 68-19    Page 2 of 7

Diane Pound
March 29, 2005

Page 2

[1]             IN THE UNITED STATES DISTRICT COURT
                FOR THE CENTRAL DISTRICT OF ILLINOIS
[2]                   SPRINGFIELD DIVISION
[3] HEWLETT-PACKARD                    *
    DEVELOPMENT COMPANY, L.P.,         *
[4] HEWLETT-PACKARD COMPANY,           *
    AND COMPAQ TRADEMARK B.V.,         *
[5]
       Plaintiffs,                     *
[6] VS.           * CIVIL ACTION NO. 04-3055
[7] MIDWEST INFORMATION                *
    TECHNOLOGY GROUP, INC.,            *
[8] AND MICHAEL LAUBER,                *
       Defendants.                     *
[9]
[10]
[11]        ORAL AND VIDEO DEPOSITION OF
[12]                DIANE POUND
[13]              March 29, 2005
[14]
[15]     ORAL AND VIDEO DEPOSITION OF DIANE POUND,
[16] produced as a witness at the instance of the Defendant,
[17] and duly sworn, was taken in the above-styled and
[18] numbered cause on the 29th day of March, 2005, from
[19] 3:59 p.m. to 5:49 p.m., before Carolyn Ruiz Coronado,
[20] Certified Shorthand Reporter in and for the State of
[21] Texas, reported by stenographic means, at
[22] Hewlett-Packard, Houston Executive Briefing Center,
[23] 20555 SH249, Building CC11, Houston, Texas, pursuant to
[24] the Texas Rules of Civil Procedure and the provisions
[25] stated on the record or attached hereto.

Page 2

[1]           APPEARANCES
[2]
[3] FOR THE PLAINTIFFS:
[4]   Ms. Elizann Carroll
      JUNEAU, BOLL & WARD
[5]   15301 Spectrum Drive, Suite 300
      Addison, Texas 75001
[6]   PHONE: (972) 866-8333
      FAX: (972) 866-8378
[7]
[8]
[9] FOR THE DEFENDANTS:
[10]  Mr. James A. Hansen
      SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL
[11]  525 Jersey, P.O. BOX 1069
      Quincy, Illinois 62306
[12]  PHONE: (217) 223-3030
      FAX: (217) 223-1005
[13]
[14] ALSO PRESENT:
[15]  Videographer
      Houston Reporting Service

Page 3

[1]           INDEX
[2]                                    PAGE
[3] APPEARANCES .............. 02
    EXHIBITS .............. 03,04
[4] EXAMINATION
      By Mr. Hansen ........... 05
[5] CHANGES ................ 71
    SIGNATURE ................. 72
[6] REPORTER'S CERTIFICATE ........ 73
[7]         DEFENDANT'S EXHIBITS
[8] NUMBER & DESCRIPTION
[9]    Exhibit HHH - E-mails
[10]   Exhibit III - Option 1 Report
[11]   Exhibit JJJ - Option 3 Report
[12]   Exhibit KKK - Option 4 Report
[13]   Exhibit LLL - Year 2003 Call Activity
[14]   Exhibit MMM - Average Time To Answer
[15]   Exhibit NNN - Total Calls TTA
[16]   Exhibit OOO - Calls Per Week
[17]   Exhibit PPP - Calls Report
[18]   Exhibit QQQ - Phone Status for Year 2002
[19]   Exhibit RRR - Calls Report
[20]   Exhibit SSS - 2001 VS. 2002
[21]   Exhibit TTT - Option 2-2 Compaq
[22]   Exhibit UUU - DPS 800
[23]   Exhibit VVV - Spare 800
[24]   Exhibit WWW - Phone Status for Year 2002
[25]   Exhibit XXX - Tech Center 800

Page 4

[1]       DEFENDANT'S EXHIBITS CONTINUED
[2] NUMBER & DESCRIPTION
[3]    Exhibit YYY - Spare 800
[4]    Exhibit ZZZ - Year 2002 Call Activity
[5]    Exhibit AAAA - 2001 VS. 2002
[6]
[7]
[8]
[9]
[10]
[11]
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 5

PROCEEDINGS

[1]
[2] 03/29/2005 (Deposition commenced at 3:59 p.m.)
[3]   THE VIDEOGRAPHER: We're now beginning
[4] this deposition. The date is March 29, 2005. Time is
[5] approximately 3:59 p.m. We are now on the video
[6] record.
[7]   (Oath administered)
[8]   DIANE POUND,
[9] having been first duly sworn, testified as follows:
[10]          EXAMINATION
[11]         BY MR. HANSEN:
[12]   Q: Please state your name for the record.
[13]   A: Diane Pound.
[14]   Q: Ms. Pound, my name's Jim Hansen; and I
[15] represent the defendants, MITG and Michael Lauber, in a
[16] lawsuit filed in the Central District of Illinois by
[17] Hewlett-Packard. And your deposition is being taken
[18] today in that case. And it is being videotaped for the
[19] members of the jury, if needed at a later date.
[20]   I know you may have gone over this with
[21] your attorney but I'm going to give you some background
[22] information first. If I ask you a question at any time
[23] today that you do not understand, please ask me to
[24] rephrase it and I will do so. Okay?
[25]   A: Okay.

Page 6

[1]   Q: And we are also taking down today this
[2] testimony in a typed format for reading later. It's
[3] very difficult, if we're talking at the same time. So
[4] I will ask you to allow me to complete my question, and
[5] I in turn will give you the same courtesy in finishing
[6] your answer. Okay?
[7]   A: Okay.
[8]   Q: And then lastly, we need verbal answers. You
[9] may go uh-um, uh-uh but we need them out loud because
[10] somebody's uh-uh is another's uh-huh. So —
[11]   A: Okay.
[12]   Q: — okay?
[13]   Please state — are you employed with HP?
[14]   A: Yes.
[15]   Q: Okay. And where is your current business
[16] address?
[17]   A: Marlboro, Massachusettes.
[18]   Q: Okay. And what do you do there?
[19]   A: I work for customer operations and I am the
[20] liaison between — I work with invoicing and sales
[21] compensations, sales operations. So I make sure that
[22] orders get booked and invoiced.
[23]   Q: When you say "orders get booked and invoiced,"
[24] what type of orders?
[25]   A: Could be contract, could be per event.

Page 7

[1]   Q: Per event, you said?
[2]   A: Yeah. Like time and material-type.
[3]   Q: Okay. How long have you been employed with
[4] Hewlett-Packard? Were you with Compaq prior to
[5] Hewlett-Packard?
[6]   A: I was — yes. And I was with Digital prior to
[7] Compaq. So I started with Digital in May of 1981.
[8]   Q: Okay. Let's go back a little ways here. Is
[9] Marlboro, Massachusettes, different or the same as an
[10] entity I'll call the Andover Call Center? Is that
[11] located there in Marlboro?
[12]   A: No.
[13]   Q: Okay. Where — is the Andover Call Center
[14] still in operation?
[15]   A: No.
[16]   Q: Okay. Did you work at the Andover Call
[17] Center?
[18]   A: Yes.
[19]   Q: Okay. And where was that located at?
[20]   A: In Andover, Massachusettes.
[21]   Q: Okay. And how long were you there?
[22]   A: Two years.
[23]   Q: And what were those years?
[24]   A: April 2001 through April 2003.
[25]   Q: Okay. What did you do at the Andover Call

Page 8

[1] Center?
[2]   A: I managed the call center group.
[3]   Q: Okay. And what type of call center was it?
[4] And let me preface that by saying, did it start out a
[5] Digital call center?
[6]   A: Yes.
[7]   Q: Okay. Did it then become a Compaq call
[8] center?
[9]   A: Yes — well, combined.
[10]   Q: Okay. And did it ever become an HP call
[11] center?
[12]   A: No. When HP acquired us, that's when we
[13] transitioned the Andover Call Center to Roseville and
[14] it became one call center.
[15]   Q: Okay. When you were there in April of '01 to
[16] April of '03 — I take it when you started it was a
[17] Compaq call center?
[18]   A: Digital.
[19]   Q: Digital.
[20]   Okay. When did it switch to Compaq?
[21]   A: I don't remember the exact date.
[22]   Q: How about month and year?
[23]   A: It would have been . . .
[24]   Q: Summer of '01?
[25]   A: Yeah. Yeah.

Page 9

[1] Q: Okay. And then when HP bought Compaq, it was
[2] transferred to Roseville?
[3] A: Yes.
[4] Q: Okay.
[5] A: Not immediately but . . .
[6] Q: Right. Right. Eventually when was it shut
[7] down?
[8] A: We started the transition in early 2003. It
[9] was finished in April of 2003 and then the group was
[10] laid off in July of 2003.
[11] Q: Were you brought back —
[12] A: Yes.
[13] Q: — for —
[14] Okay. Were — was there a period of time
[15] where you were not working for HP? Or did you go from
[16] April '03 transition to Marlboro with the position you
[17] now hold?
[18] A: I left the Andover Call Center in April and
[19] went to Marlboro on a different job because I had
[20] transitioned the work and the people to Roseville. And
[21] then once Roseville took over the business and
[22] understood what they were doing, then they sent me back
[23] to Andover just to lay the group off.
[24] Q: Okay. So did the Andover people ever transfer
[25] with the business out to California or were they laid

Page 10

[1] off?
[2] A: No. They were all laid off.
[3] Q: Okay. And let's back up. You said when you
[4] started at the call center in April of '01 it was a
[5] Digital —
[6] A: Yes.
[7] Q: — call center?
[8] What type of product was Andover selling
[9] for Digital?
[10] A: They sold spare parts.
[11] Q: Would that be multivendor spare parts?
[12] A: No. Digital only.
[13] Q: Okay. And when it was selling Digital only
[14] spare parts was that also by way of Web site or was it
[15] solely by phone?
[16] A: It was by phone only.
[17] Q: And did that phone number change when Compaq
[18] bought Digital?
[19] A: No.
[20] Q: Okay. When Compaq bought Digital, we talked
[21] about the time frame of Summer 2001, what type of parts
[22] was the Andover Call Center selling then?
[23] A: Digital spare parts and Compaq spare parts.
[24] Q: Okay. And the spare parts for Compaq, were
[25] those multivendor spare parts?

Page 1

[1] A: No. Compaq part numbers only.
[2] Q: If I reference the term CSN, do you know what
[3] I mean by that? Compaq Services Network.
[4] MS. CARROLL: Object to that. Assumes
[5] facts not in evidence.
[6] Q: (BY MR. HANSEN) If I refer to CSN parts?
[7] A: When I think of CSN, I think of a system that
[8] we used.
[9] Q: Okay. I'm sorry. When you say you sold spare
[10] parts that were Compaq only, how were those sold, by
[11] phone and Web site or phone only?
[12] A: Both.
[13] Q: Okay. What was the Andover Web site that was
[14] used to sell Compaq spare parts?
[15] A: It was espares.compaq.com.
[16] Q: Okay. When did that Web site become
[17] operational?
[18] A: Summer of 2002, I think.
[19] Q: Okay. Let's back up a little bit. Were you
[20] the manager of the entire call center at Andover?
[21] A: Yes.
[22] Q: Okay. Who did you report to?
[23] A: Janet Peterson.
[24] Q: Was that for the entire time you were there?
[25] A: Yes.

Page 1

[1] Q: And when did the transition — you said the
[2] transition to HP of the Andover Call Center started
[3] when HP bought Compaq?
[4] A: Yes.
[5] Q: Okay. Which was '03, beginning of '03?
[6] A: Right.
[7] Q: Okay. You said January of '03, I think?
[8] A: I think that's when we started the transition.
[9] I mean, it wasn't immediately. It was once we found
[10] out that we had several groups doing similar work.
[11] Q: Okay. Let me back up a little bit to make
[12] sure that we're on the same page. Is a DEC, D-E-C,
[13] part, is that Digital?
[14] A: Yes.
[15] Q: Okay. What — does that stand for
[16] Digital Equipment —
[17] A: Equipment Corporation.
[18] Q: Okay. And the type of parts that Andover
[19] sold, when it was selling Compaq and Digital spare
[20] parts, were those parts to individuals as well as
[21] business entities?
[22] A: Yes.
[23] Q: I mean, if I'm a consumer and I'm at home and
[24] I need a part for my Compaq Presario, could I have
[25] called Andover and ordered that part?

3:04-cv-03055-JES-CHE  # 68-19  Page 5 of 7

Diane Pound
March 29, 2005

Hewlett-Packard Development Company v.
Midwest Information Technology Group, Inc.

Page 13

[1] A: Yes.
[2] Q: And did your call center also sell to
[3] businesses, I take it?
[4] A: Yes.
[5] Q: Did Andover operate under any sort of contract
[6] with Compaq?
[7] A: Not that I'm — not that I know of.
[8] Q: Okay. How many phone numbers did the Andover
[9] Call Center have, let's say in the year 2002, when you
[10] were operating for Compaq?
[11] A: We had one 800 phone number with options.
[12] Q: Do you recall that number?
[13] A: 1-800-225-5385. I think.
[14] Q: Okay. And off of that were the routed options
[15] for what?
[16] A: There was a recorded message that would say
[17] press 1 for Digital parts, press 2 for Compaq parts,
[18] press 3 for laptop repair, and press 4 for invoicing
[19] questions.
[20] Q: Did — you said the Web site became
[21] operational, you thought, around Summer of '02?
[22] A: Yes.
[23] Q: And how — how was that Web site set up? Was
[24] there an interface at all between Andover and Compaq
[25] for the ordering of the parts, if you know?

Page 14

[1] MS. CARROLL: I'm going to object to it
[2] as vague.
[3] A: I don't know — I don't understand —
[4] Q: (BY MR. HANSEN) Have you ever heard of an XML
[5] interface?
[6] A: No.
[7] Q: Okay. Have you ever heard of the term, middle
[8] ware?
[9] A: No.
[10] Q: Okay. The Compaq call center, I'm going to
[11] refer to it as that, at Andover, did it sell parts for
[12] Presario and non-Presario products?
[13] A: Yes.
[14] Q: And you said earlier it did not sell
[15] third-party multivendor parts; is that correct?
[16] A: Correct.
[17] Q: Did it outsource any percentage of its sales?
[18] A: No.
[19] Q: It was 100 percent Compaq spare parts?
[20] A: Compaq and Digital.
[21] Q: I'm sorry, Compaq and Digital.
[22] What — we'll go over these in a little
[23] bit. What were the type of call volumes Andover was
[24] experiencing on a daily basis when — it was a Compaq
[25] call center in the year 2002?

Page 15

[1] MS. CARROLL: I object to that as overly
[2] broad and vague.
[3] Go ahead.
[4] A: I really don't remember the call volumes.
[5] Q: (BY MR. HANSEN) Okay. Let — I'm going to
[6] hand you some documents that have already been marked
[7] in this case, to go over with you. Actually, I'll just
[8] make this easier. I'll mark this one.
[9] This will be Defendant's Exhibit HHH,
[10] which are documents that have been previously produced,
[11] HP 11252 to 11255. And I'll hand that to you. And
[12] indicate to you that it actually reads from the back
[13] forward. So you'll have to go to the last page, which
[14] is the first e-mail.
[15] Let me know when you finish reading that
[16] e-mail, please. Just the last page.
[17] A: Oh. Okay.
[18] Q: Okay. Is this an e-mail from yourself to
[19] Louise Meyerfeld and Janine Lindstrom,
[20] L-I-N-D-S-T-R-O-M, dated Wednesday, October 30, 2002?
[21] A: Yes.
[22] Q: Okay. Who is Janine?
[23] A: I believe she was the person that handled the
[24] phone — like, she would be the one that would change
[25] the options. Like 1 for Digital, 2 for Compaq.

Page 16

[1] Q: To your knowledge, was she out in California
[2] in Roseville?
[3] A: No. I believe she was in Massachusettes
[4] somewhere.
[5] Q: Okay. You also CCed some other folks —
[6] Richard Chizek, Janet Peterson, Victor Manzo, Chip Love
[7] and Roland Soriano. Are those individuals you had
[8] dealt with prior to October 30, 2002?
[9] A: I have no idea who Victor Manzo is, but the
[10] rest of the people were people that — either from
[11] Roseville or — Chip was the business person and Janet
[12] was my manager.
[13] Q: Okay. Chip, was he in Houston?
[14] A: Yes.
[15] Q: Okay. And was Houston, at that time, a Compaq
[16] company that he was with?
[17] A: Yes.
[18] Q: Okay. What — what was your understanding —
[19] was there a call center in Houston?
[20] A: No.
[21] Q: Okay. Was Chip Love somebody you reported to
[22] or . . .
[23] A: He was our business contact. So we kind of
[24] worked for him indirectly.
[25] Q: Okay. Reading this e-mail to Ms. Meyerfeld,

Diane Pound
March 29, 2005

3:04-cv-03055-JES-CHE   # 68-19   Page 6 of 7

Hewlett-Packard Development Company v.
Midwest Information Technology Group, Inc.

Page 29

[1] Q: Okay. And then if we go over, there's a
[2] column there listed for calls offered; is that correct?
[3] A: Yes.
[4] Q: Okay. And that mentions the calls offered to
[5] the Roseville eSpares on that — on that date; is that
[6] correct?
[7] A: Yes.
[8] Q: What was the number there?
[9] A: 698.
[10] Q: Okay. Now, assume from my question that your
[11] call center was still operational in March of '03,
[12] specifically March 12 of '03, which is that document
[13] you have in front of you. Were you sending your
[14] reports to someone in Roseville to put this together?
[15] A: Yes.
[16] Q: Okay. And the information then was actually
[17] from the Andover Call Center but being reported under
[18] Roseville eSpares; is that your understanding?
[19] A: It wasn't all done in Andover 'cause they were
[20] also taking calls in Roseville.
[21] Q: Okay. So as of March 12, 2003, the calls for
[22] Compaq parts that were handled at Andover were also
[23] being handled at Roseville?
[24] A: Yes.
[25] Q: Okay. When HP bought Compaq, did you also

Page 30

[1] start selling HP product at Andover?
[2] A: No.
[3] Q: You were always a Digital and Compaq call
[4] center?
[5] A: Yes.
[6] Q: Okay. And at some point in time, you
[7] mentioned the beginning of '03 the transition took
[8] place where HP's call center in Roseville was going to
[9] begin to handle and eventually take over your Compaq
[10] and Digital calls; is that correct?
[11] A: Yes.
[12] Q: Okay. Now, the next column there on that page
[13] is what, is there a handle rate?
[14] A: Yes.
[15] Q: Okay. Then like a service level?
[16] A: Yes.
[17] Q: And then a month-to-date service level?
[18] A: Yes.
[19] Q: Okay. But if we go down is there also a
[20] column for Web site?
[21] A: A separate category, yes.
[22] Q: Okay. Is your Andover Web site listed?
[23] A: Yes, under eSpares.
[24] Q: Okay. And is that — okay. Is that a Web
[25] site that was also being handled by Roseville?

Page 31

[1] A: Yes.
[2] Q: Okay. So the eSpares line there would
[3] reference not only your call center but Roseville's
[4] call center for the handling of Web-based orders for
[5] Compaq and Digital parts?
[6] A: Yes. This category right here actually means
[7] the availability of the Web site, like it was up 24 by
[8] 7, a hundred percent.
[9] Q: Okay. And, in fact, there's been some prior
[10] testimony and I just will ask if you know, was there
[11] any orders tracked off of the Web site?
[12] A: Yes.
[13] Q: Okay. I mean, did you track and keep a number
[14] you reported to someone in Roseville as to how many
[15] orders were taken off your Web site on a daily basis?
[16] A: There were metrics reports that were
[17] generated. I didn't do them personally.
[18] Q: Okay. But somebody at Andover did them and
[19] sent them on to Roseville?
[20] A: And Chip Love, yes.
[21] Q: Okay. So those — those — were those metrics
[22] separate and apart from the phone metrics?
[23] A: Yes.
[24] Q: Okay. And who were those sent to in
[25] California?

Page 32

[1] MS. CARROLL: Objection. Calls for
[2] speculation.
[3] Q: (BY MR. HANSEN) If you know?
[4] A: Richard. And I don't know, there was a few
[5] people; but I know Richard was, Richard Chizek.
[6] Q: Okay. And then they were also sent to
[7] Chip Love who — who was in Houston?
[8] A: Yes.
[9] Q: Okay. Now, the last column or the last
[10] grouping there is referenced to orders; is that
[11] correct?
[12] A: Yes.
[13] Q: Okay. And is that for orders placed that day
[14] for your call center?
[15] A: Yes.
[16] Q: And what line is Andover referenced under?
[17] A: It's combined with Roseville,
[18] Roseville/Andover.
[19] Q: Okay. Do you know — tell me what the total
[20] number is there for orders placed?
[21] A: 322.
[22] Q: Okay. Do you know if that is specifically and
[23] solely for Compaq and Digital parts handled by Andover
[24] and Roseville?
[25] A: I don't know if it includes HP spare parts.

# DECLARATION OF DIANE POUND

1. My name is Diane Pound. I am over the age of 18 years, am fully competent to make this Declaration and hereby make this Declaration under penalty of perjury. The matters stated herein are within and are true and correct.
2. I was employed by Hewlett-Packard ("HP") from the time of the merger of Compaq and HP, until my retirement on October 14, 2005. Prior to the merger, I worked for Compaq Computer Corp. in Andover, MA, as the Andover call center manager. The Andover call center was not a part of the Compaq Direct subsidiary, and I was never employed by Compaq Direct. Likewise, the call center employees worked for Compaq Computer Corp., not Compaq Direct. I worked at the call center at the time Compaq acquired Digital Equipment Corp. ("DEC"). After the merger of Compaq and HP, I continued to manage the Andover call center group until the calls answered by that call center were completely transitioned to an HP call center in Roseville, CA., which occurred in April 2003. Overall, I was the Andover call center manager from April 2001 to April 2003.
3. As the Andover call center manager, one of my responsibilities was to oversee the work of the agents who answered the telephone calls from customers. The Andover call center agents handled three distinct issues: (1) invoicing; (2) lap top warranty issues; and (3) the sale of in stock Compaq and DEC spare parts. During the time I was call center manager, Andover did not offer for sale or sell third party or multi-vendor spare parts, nor did it offer for sale or sell legacy Compaq or DEC spare parts, nor did it offer for sale or sell HP parts.

So sworn under penalty of perjury, this 9th day of December, 2005 at Walpole, MA.

Diane Pound

EXHIBIT
11

DECLARATION OF DIANE POUND Page 1