3:04-cv-00655-JEG Doc. #: 68-22 Page: 1 of 4
Hewlett Packard Development Co., et al. vs
Midwest Information Technology, et al.
Deposition of Scott Stringer
E-FILED
Wednesday, 11 January, 2006 11:52:03 AM
Clerk, U.S. District Court, ILCD

## Page 33

[1] A: Yes, ma'am, that's the same methodology I
[2] utilized.
[3] Q: And then in terms of calculating the number
[4] of MITG calls, how did you do that?
[5] A: In calculating the MITG calls, I utilized
[6] Exhibit 66 to split out the -- we are talking about
[7] the new report, right, ma'am?
[8] Q: Correct.
[9] A: I took those calls and split those 44/56
[10] based upon --
[11] Q: Wait a minute. You misunderstood my
[12] question. How did you calculate you had a number
[13] of Andover calls and I think a number of
[14] historically handled MITG calls?
[15] A: Oh, okay. I'm sorry. MITG calls came from
[16] MITG 0615 through 0724.
[17] MS. CARROLL: And so the record's clear,
[18] that was Exhibit 53 in his original deposition.
[19] Q: (By Ms. Carroll) All right. Let's look
[20] then for 2002. Well, let me see, on your report, I
[21] want to be able to tie back to the pages on your
[22] report. On your report, Exhibit 3-6 breaks it into
[23] the two months of '02, that we are talking about,
[24] right?
[25] A: Yes, ma'am.

## Page 34

[1] Q: And so out of Exhibit 53, the Bates range
[2] you just read for us for, let's just go with
[3] November, which pages of that exhibit did you use
[4] to get a November total of 7039?
[5] A: I utilized pages 0617 and 0618.
[6] Q: And which column in 0617, 0618?
[7] A: I believe it was the first column, number
[8] of calls answered.
[9] Q: And this report -- well, let me just ask
[10] you this, just so that we are kind of clear, the
[11] Exhibit 53, this Bates range of documents is a
[12] series of reports, a number of reports per month
[13] that deal with call volumes for MITG; is that
[14] correct?
[15] A: Yes, ma'am.
[16] Q: And this particular report that you use the
[17] pages in the one is with handwriting on the top,
[18] call specifics 2002; is that right?
[19] A: Yes, ma'am.
[20] Q: And now for 2003, on your report that you
[21] did, that's Exhibit 3-5, that has been each month?
[22] A: Yes, ma'am.
[23] Q: And then which report within Exhibit 53 did
[24] you use to get the calls there?
[25] A: I utilized MIT 0673 through 0678.

## Page 35

[1] Q: And which took pages -- is that -- that
[2] covers all of 2003; is that right?
[3] A: Yes, ma'am, it does.
[4] Q: And what column did you use on this report?
[5] A: I used sales calls.
[6] Q: And the report is entitled at the top in
[7] handwriting what?
[8] A: Daily Totals 2003.
[9] Q: And then in 2004, the calls reflected on
[10] exhibit 3-4 of your report?
[11] A: Yes, ma'am.
[12] Q: What document did you use?
[13] A: Just one document ma'am, 0718.
[14] Q: And which column?
[15] A: All incoming calls.
[16] Q: And the name of that report?
[17] A: Daily totals 2004.
[18] Q: Why did you use it for 2002, you used
[19] number of calls answered, for '03, sales calls, for
[20] '04, all incoming calls, why did you use different
[21] categories in each year?
[22] A: Well, I think we may have had a
[23] misunderstanding as we were going through this.
[24] The first, in 2002, the format was slightly
[25] different, and I used number of calls answered

## Page 36

[1] because the -- I believe the documents I had from
[2] HP said it was total number of calls answered.
[3] Q: I'm sorry, hang on a second. The documents
[4] you had from HP, these are MIT documents?
[5] A: I'm sorry, standard support agreement. In
[6] 2003, I utilized sales calls, but in hindsight, as
[7] I read through the standard support agreement, all
[8] incoming calls were probably subject to that
[9] number. So my numbers in '03 may be smaller than
[10] they should be, and then in 2004, I used the
[11] incoming calls, again, I think that's the right
[12] number, so I may have understated my numbers for
[13] '03.
[14] Q: Let me ask you this though, if there is --
[15] just looking at 2002, all calls answered, that
[16] means sales agent. You understand that to mean
[17] sales agents, hello, whatever the script was, all
[18] right, and when they answered that under the
[19] standard support agreement, that's a tic mark we
[20] get $5.25 for ten minutes or less of a call?
[21] A: Yes, ma'am.
[22] Q: And now, when you go to 2003, you are
[23] counting all incoming calls. You said you counted
[24] sales calls, but you should have counted all
[25] incoming calls?

Hewlett Packard Development Co., et al. vs.
Midwest Information Technology, et al.

Deposition of Scott Stringer
11/2/2005

3:04-cv-03055-JES-CHE    # 68-22    Page 2 of 4

Hewlett Packard Development Co., et al. vs.
Midwest Information Technology, et al.

Deposition of Scott Stringer
11/2/2005

3:04-cv-03055-JES-CHE    # 68-22    Page 2 of 4

Page 37

[1] A: It was unclear to me when I did that, and
[2] as we went through, I didn't reconcile between the
[3] three, but as I sit here today, I probably would
[4] have used all incoming calls which would be a
[5] bigger number.
[6] Q: Well, but look, if you look about almost
[7] halfway over, right under the word year under 2003,
[8] call activity, there is a category number of calls
[9] answered. Do you see that?
[10] A: Yes, ma'am.
[11] Q: Why didn't you use that number?
[12] MR. HANSEN: Where are you at? I'm sorry.
[13] MS. CARROLL: Under the word year.
[14] MR. HANSEN: I'm sorry. I just couldn't
[15] see it.
[16] MS. CARROLL: Yeah, it's kind of small.
[17] A: Those numbers would be certainly close to
[18] the sales calls that I had, that's for sure. I
[19] can't answer that, ma'am, I just missed it.
[20] Q: (By Ms. Carroll) Did you have a discussion
[21] with anyone from MITG about the meaning of the
[22] categories at the top?
[23] A: I don't believe I did.
[24] Q: And then same thing for 2004, the two
[25] months of 2004 on 0718, there is also a category

Page 38

[1] called number of calls answered, and --
[2] A: Yes, I see it.
[3] Q: Do you see that?
[4] A: Yes, ma'am, I do.
[5] Q: And you didn't have any discussion with
[6] anyone about which one of those columns to use or
[7] whether it would have been appropriate to calculate
[8] the calls answered for this report?
[9] A: I didn't have any conversations with them
[10] in that regard.
[11] Q: Now, going back to the Andover calls on
[12] Exhibit 51, it's the HP 11007 through 009?
[13] A: Yes, ma'am.
[14] Q: You used the column TTLORDS or total
[15] orders, right?
[16] A: Yes, ma'am.
[17] Q: Did you -- what do you understand that
[18] column to represent?
[19] A: I believe it's the total of the agent
[20] orders and the web orders.
[21] Q: Why did you not -- did you make any
[22] attempts to find information on actual call volumes
[23] for Andover?
[24] A: My understanding was this was the best
[25] information I had, and it represented the call

Page 39

[1] volume.
[2] Q: Did you under the standard support agree,
[3] is it your belief that if somebody ordered a part
[4] on the web, MITG got paid 5.25 -- strike that. Let
[5] me ask you, is it your understanding that if
[6] somebody made contact with MITG over the internet,
[7] that MITG got $5.25 over the standard support
[8] agreement?
[9] A: That is my understanding.
[10] Q: That is your understanding?
[11] A: I believe so.
[12] Q: How did you gain that understanding?
[13] A: I don't recall, but I believe that any
[14] orders that MITG handled for HP, I thought were
[15] covered under the standard support agreement.
[16] Q: Did you review the standard support
[17] agreement when you did that, made that
[18] determination?
[19] A: I did review the standard support agreement
[20] before my original report, yes, ma'am.
[21] Q: Do you have it with you?
[22] A: I do.
[23] MR. HANSEN: Have what?
[24] MS. CARROLL: The standard support
[25] agreement.

Page 40

[1] Q: (By Ms. Carroll) Can you pull that out
[2] again, please?
[3] MR. HANSEN: It's right here.
[4] MS. CARROLL: Thank you.
[5] Q: (By Ms. Carroll) This is a copy of the
[6] standard support agreement I want you to take a
[7] look at it. Once you get a handle on those
[8] documents, take a look at the standard support
[9] agreement and tell me where it is on that agreement
[10] you gained an understanding that web orders would
[11] also result in payment of $5.25 to MITG?
[12] A: Unless I'm missing it, I don't see any
[13] reference to web orders on here.
[14] Q: Did you discuss whether there should have
[15] been compensation or whether there was in fact
[16] compensation to MITG for web orders during the term
[17] of the standard support agreement with anyone?
[18] A: I don't remember if I did, ma'am.
[19] Q: So you didn't recall any -- well, let me
[20] ask you this. I believe you said, and correct me
[21] if I'm wrong, that you understood that the column
[22] total orders on Exhibit 51, most accurately
[23] represented the call volume to Andover.
[24] A: That was my understanding, yes, ma'am.
[25] Q: And did you gain that understanding from

Hewlett Packard Development Co., et al. vs.
Midwest Information Technology, et al.

Deposition of Scott Stringer
11/2/2005

Page 3 of 4

Page 57

[1] credible. Now, I had conflict information, and I
[2] made a decision that it was November based upon
[3] Soriano and Chizek in this document versus
[4] Ms. Pound's testimony. That was a decision I made.
[5] Whether it was right or wrong, the evidence to me
[6] indicated that that November date was more
[7] accurate.
[8] Q: And your understanding that the change in
[9] the format in HP 11007 through 009, that that
[10] coincided with the transition of calls from Andover
[11] to Roseville comes from what?
[12] A: It would seem to be a coincidence that that
[13] format would change the very same time that two
[14] people testified that there was a transition from
[15] Andover Roseville, so that was the best information
[16] I had at the time.
[17] Q: All right. Well, Mr. Chizek said it was
[18] the plan. He didn't say that's when the transition
[19] occurred, did he, in the testimony that you cited
[20] for me?
[21] A: I don't remember if he said it actually
[22] happened then or not.
[23] Q: Do you -- and is it your belief that 100
[24] percent of the calls that were being handled by
[25] Andover on November 8, that boom, on November 9,

Page 58

[1] all of those calls were then handled by Roseville?
[2] MR. HANSEN: Read it back.
[3] (Whereupon the reporter read the question
[4] as follows: Q: "Do you -- and is it your belief
[5] that 100 percent of the calls that were being
[6] handled by Andover on November 8, that boom, on
[7] November 9, all of those calls were then handled by
[8] Roseville?")
[9] Q: (By Ms. Carroll) Let me reask the question
[10] without the John Madden book reference. Is it your
[11] belief that all the calls that had been going to
[12] Andover, that all through the month of November,
[13] the first week in November the calls are going, and
[14] then on November 9, the calls were shutdown so no
[15] more calls went to Andover and all of the calls
[16] that had previously through that November that went
[17] to Andover went to Roseville?
[18] A: My understanding is that this Exhibit GGG,
[19] Chizek, HP 11007, I pulled the information from the
[20] total order column that that was the calls that
[21] went to Roseville. So I guess to try to answer
[22] your question about what percentage, I would say
[23] yes, all of the calls.
[24] Q: And so in making the decision to use
[25] November, the decision was made to discount the

Page 59

[1] testimony by Ms. Pound that the transition finished
[2] in April and the staff was laid off in July of '03?
[3] A: Yes, ma'am.
[4] Q: And in choosing the November date instead
[5] of an April date, you then increased the damages
[6] that MITG would be able to claim?
[7] MR. HANSEN: Object to the form.
[8] A: Obviously if it shakes out that April is
[9] the correct date, then yes, ma'am, you are correct.
[10] Q: (By Ms. Carroll) Okay. Let's go on to the
[11] next step that I want to talk about in your
[12] calculation of breach of contract, and that is once
[13] you got the Andover, we are going to focus on the
[14] Andover calls for a while here, once you got to the
[15] number of Andover calls from HP 11007 through 009,
[16] you then had to determine which percentage would be
[17] considered CSN calls and which percentage would be
[18] considered outsourced calls; is that right?
[19] A: Yes, ma'am.
[20] Q: And what document did you rely on to come
[21] up with those percentages?
[22] A: Exhibit 66 is what I utilized to determine
[23] that percentage.
[24] Q: And that would at least be for 2003?
[25] A: Yes, ma'am.

Page 60

[1] Q: Did you go ahead and use those same
[2] percentages for the -- for 2002 and 2004 that were
[3] determined in 2003?
[4] A: Yes, ma'am.
[5] Q: And tell me Exhibit 66 is the portion of
[6] the spreadsheet that we discussed as 2003 by
[7] customer, correct?
[8] A: Yes, ma'am.
[9] Q: Now, tell me what it is that you utilized
[10] on Exhibit 66 that led you to the 56 percent
[11] outsourced, 44 percent CSN calls?
[12] A: I divided the number outsourced,
[13] 4,380,622.27 into the grand total 7,746,033.65 to
[14] come up with 56.55 percent, and similarly made that
[15] same calculation for CSN.
[16] Q: And by using this spreadsheet, and more
[17] particularly, the information that's on Exhibit 66,
[18] it represents 2003 information, you assumed that
[19] the Andover mix was identical to the MITG mix?
[20] A: Yes, ma'am, I did.
[21] Q: And what was your basis for doing that?
[22] Well, let me ask you a different way. Was there
[23] something in the evidence that you've seen, the
[24] depositions or deposition exhibits or any of the
[25] documents that you've relied upon that led you to

Hewlett Packard Development Co., et al vs.
Midwest Information Technology, et al

Deposition of Scott Stringer
11/2/2005

3:04-cv-03055-JES-CHE    # 66-22    Page 4 of 4

Page 61

[1] assume that the Andover mix was identical to the
[2] MITG mix in terms of part sales?
[3] A: The -- this was the best information that I
[4] had, and it was historical on what MITG experience
[5] with CSN versus outsourced, and I did not receive
[6] information, better information about that split.
[7] So in absence of specific information that I
[8] considered to be reliable, I felt that this
[9] historical number, this historical calculation for
[10] MITG in '03, was my best estimate of those
[11] percentages.
[12] Q: All right. Well, I will agree that's the
[13] best estimate of what the mix is for MITG, but is
[14] there something that told you that the best
[15] estimate of MITG's mix was also the best estimate
[16] of Andover's mix?
[17] A: I did not have information that would have
[18] -- that contradicted this. I did not have specific
[19] information to go to, and I made a decision that
[20] MITG's experience, because it was historical,
[21] because it was in the amount of volume that you
[22] know the number of invoices, etc., that we had
[23] here, that that would be the best for determining
[24] the split.
[25] Q: Do you have any understandings from the

Page 62

[1] information that you reviewed what kind of business
[2] Andover did?
[3] A: I believe it did deck parts and it did
[4] legacy.
[5] Q: And what do you understand legacy to mean?
[6] A: Older parts, older versions.
[7] Q: In addition to CSN parts, or that's all
[8] they did?
[9] A: I believe -- yes, in addition to CSN.
[10] Q: Let me ask you then, so when someone called
[11] -- it's your understanding that when a caller
[12] called in to buy -- called in to Andover, they
[13] could buy in-stock Compaq parts, in-stock deck
[14] parts, and legacy parts?
[15] A: I believe so.
[16] Q: And do you recall whose deposition you read
[17] to get that information?
[18] A: Not off the top of my head, ma'am, I don't.
[19] Q: Can you pull out Diane Pound's deposition
[20] again, please?
[21] MR. HANSEN: It appears we are missing from
[22] Ms. Pound's depo the backside of the pages, so tell
[23] me the page we are looking at.
[24] MS. CARROLL: Well, I can share mine.
[25] MR. HANSEN: It could be here.

Page 63

[1] MS. CARROLL: It's ten going into 11 and
[2] page 14.
[3] MR. HANSEN: We have ten, 11, and you may
[4] have to show him 14.
[5] Q: (By Ms. Carroll) If you will look at ten,
[6] starting at line 20 -- well, let me back up.
[7] Beginning of ten, just so you have the context,
[8] look starting at line 3, Mr. Hansen's asking about
[9] the call center in April '01, was a Digital call
[10] center and sold Digital spare parts, and he asked
[11] multi-vendor, no, Digital only. And then when he
[12] goes down to line 20, okay, when Compaq bought
[13] Digital, we talked about the time frame in the
[14] summer of 2000, what type of parts was the Andover
[15] call center selling then. Answer, Digital spare
[16] parts and Compaq spare parts. Question, answer
[17] being were those multi-vendor spare parts. And she
[18] says, no, Compaq part numbers only. All right, do
[19] you see that testimony?
[20] A: Yes, I do.
[21] Q: And when you go to 14, and I will share my
[22] copy of 14, I've got it marked in red starting at
[23] 108, the Compaq call center, I'm going to refer to
[24] that at Andover. Did it sell parts for Presario
[25] and non-Presario products? Yes. And you know

Page 64

[1] what, you know what Presario and what non-Presario
[2] refers to? Answer, Yes. Question, What does it
[3] refer to? Answer, Presario was a type of Compaq
[4] product. Question, I think it's on -- you said
[5] earlier you did not sell multi-third party parts;
[6] is that correct? Answer, Correct. Question,
[7] Outsource any percentage of the sales? Answer, no.
[8] It was at 100 percent Compaq spare parts. Her
[9] answer, Compaq and Digital.
[10] Do you see in response to this question in
[11] line 17, did it outsource any percentage of the
[12] sales. Answer, no. With that testimony in mind,
[13] why is it -- how is the information about MITG
[14] sales mix which include outsourced parts an
[15] accurate depiction of what Andover was when the
[16] testimony of the call center manager is they didn't
[17] outsource any percentage of their sales?
[18] A: I can't explain that.
[19] Q: Okay. Is a possible explanation the fact
[20] that you were missing page 14 of Ms. Pound's
[21] deposition, so you didn't have the information that
[22] says that they didn't outsource any percentage of
[23] the sales?
[24] A: That's possible.
[25] Q: Can you think of any other reason why you