Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
             FOR THE CENTRAL DISTRICT OF ILLINOIS
 2                   SPRINGFIELD, DIVISION

 3   HEWLETT-PACKARD            ) CIVIL ACTION NO. 04-3055
     DEVELOPMENT COMPANY, L.P., )
 4   HEWLETT-PACKARD COMPANY    )
     AND COMPAQ TRADEMARK B.V., )
 5                              )
              PLAINTIFFS,       )
 6                              )
     VS.                        )
 7                              )
     MIDWEST INFORMATION        )
 8   TECHNOLOGY GROUP, INC.,    )
     AND MICHAEL LAUBER,        )
 9                              )
              DEFENDANTS.       )
10   -----------------------------

11
                       DEPOSITION OF
12                   SANDRA J. URWIN

13                 TAKEN ON BEHALF OF
                      DEFENDANTS
14

15       DEPOSITION OF SANDRA J. URWIN, taken

16   before Cynthia Craig, General Notary Public within

17   and for the State of Nebraska, beginning at

18   9:00 a.m., on October 14, 2004, at the

19   Hewlett-Packard Office, 10810 Farnam Drive, Omaha,

20   Nebraska.

21

22

23

24

25
```

EXHIBIT 17

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

```
                                              Page 2
 1             A P P E A R A N C E S
 2   FOR THE PLAINTIFFS:
     MS. ELIZANN CARROLL
 3   THOMPSON & KNIGHT, LLP
     1700 Pacific Avenue, Suite 3300
 4   Dallas, Texas  75201
     (214) 969-1700  FAX 969-1751
 5
     FOR THE DEFENDANTS:
 6   MR. JAMES A. HANSEN
     SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL
 7   525 Jersey
     P.O. Box 1069
 8   Quincy, Illinois  62306
     (217) 223-3030  FAX 223-1005
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                              Page 3
 1             I N D E X
 2   CASE CAPTION .................. Page   1
     APPEARANCES ................... Page   2
 3   INDEX ......................... Page   3
     TESTIMONY ..................... Page   4
 4   REPORTER CERTIFICATE .......... Page 114
     COST CERTIFICATE .............. Page 115
 5   READ & SIGN LETTER ............ Page 116
     ERRATA SHEET .................. Page 117
 6
 7   DIRECT EXAMINATION:
        By Mr. Hansen............... Page   4
 8
 9
     EXHIBITS:                        MARKED
10
     GG. ITCS Call Tracking
11      Bates Stamp HP000044 - 45
        ( 2 pages ) ..................    94
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                              Page 4
 1       (Whereupon, the following proceedings were had,
 2   to-wit:)
 3       COURT REPORTER:  Are there any
 4   stipulations?
 5       MR. HANSEN:  No.
 6            SANDRA J. URWIN,
 7       having been first duly sworn,
 8   was examined and testified as follows:
 9            DIRECT EXAMINATION
10   BY MR. HANSEN:
11   Q.  Please, state your name for the record.
12   A.  Sandra Urwin.
13   Q.  Okay.  How old are you?
14   A.  Forty-four.
15   Q.  Okay.  Your date of birth?
16   A.  9/11/1960.
17   Q.  You reside here in Omaha?
18   A.  Yes.
19   Q.  Are you married?
20   A.  Divorced.
21   Q.  Okay.  Tell me your educational
22   background.
23   A.  I have a degree in -- I'm a CPA.  I don't
24   have a programming degree, but I just have a college
25   education in programming.
```

```
                                              Page 5
 1   Q.  Where did you go to college at?
 2   A.  Peru State College.
 3   Q.  Where is that located?
 4   A.  In Peru, Nebraska.
 5   Q.  Okay.  What did you obtain your degree in?
 6   A.  Business administration.
 7   Q.  Have any minors?
 8   A.  No.
 9   Q.  Have you done any work towards obtaining a
10   master's degree?
11   A.  No.
12   Q.  And you said you're a CPA, when did you
13   pass the exam?
14   A.  1985.
15   Q.  When did you get your degree?
16   A.  1982.
17   Q.  Okay.  You said you've had some
18   postgraduate type training?
19   A.  Yep.
20   Q.  In what now?
21   A.  Computer programming.
22   Q.  Okay.  Was that at a school, a technical
23   center?
24   A.  Yeah, Metro Tech here in Omaha.
25   Q.  Did you receive a certification for that?
```

2 (Pages 2 to 5)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

Page 42

1  public sector would be government. They have unique
2  needs because they do contract pricing, and they --
3  they have special needs because their government,
4  and then we have small/medium business, very unique
5  because they're usually high volume, low quantity
6  credit card orders.
7       Public sectors are usually high quantity,
8  high dollar orders, and then, let's see, what other
9  ones, the partner direct, they're for resellers only
10 so it's -- they're unique in that they -- the
11 reseller submits the order but we send it to the
12 person who is going to receive the order and we bill
13 them differently.
14      And so the interface is all the same.
15 It's just that we have to do special programming to
16 accept the data and translate the data how it needs
17 to based on that customer.
18   Q.   You said these are various web sites, I
19 mean, what are some of the web site's names?
20   A.   Well, they have different URLs, you know,
21 the link?
22   Q.   Right.
23   A.   If you go onto hp.com it'll say are you a
24 small/medium business or are you a -- they'll say
25 that, are you a public sector, are you a reseller or

Page 43

1  are you a consumer, and then when you click on that
2  link it'll take you to that specific web site, and
3  those web sites on the Compaq side are -- have a
4  different set of programmers, they have different
5  needs, so even within HP those are considered
6  separate web sites. We treat them very differently
7  on our side in VISTA.
8    Q.   Okay. Now, all of those sites you said
9  there is different programmers for each of them
10 or --
11   A.   Different programmers for the web
12 programming team --
13   Q.   Yes.
14   A.   -- are total different programming teams,
15 yes.
16   Q.   Okay. But I thought you said earlier if
17 there's anything that's involved in programming like
18 that you've got a hand in it and you're involved in
19 it.
20   A.   Because I'm on the VISTA piece, I'm not a
21 web programmer, I'm a VISTA. All orders flow
22 through VISTA to be fulfilled.
23   Q.   Okay. That's my next question, VISTA is
24 still being used?
25   A.   VISTA is still being used.

Page 44

1    Q.   Okay. So if I'm a consumer, I go to
2  hp.com and I click on the I'm a consumer and I go to
3  that web page and I put in that order on that web
4  page, HP would have a web-based programmer that
5  would work with you as the VISTA programmer to
6  create that interface?
7    A.   Correct.
8    Q.   Okay. And prior to the development of the
9  XML with MITG what if I was a consumer like the
10 example we just went over, and I went to a web page
11 to submit an order -- well, strike that. Let me
12 rephrase it.
13      Okay. What was your role on the
14 programming side, the VISTA side, during the
15 creation of the XML?
16   A.   I am not a Middleware XML programmer, so I
17 had no involvement in that piece.
18   Q.   What was your role in the programming on
19 the VISTA side to create or to establish the
20 interface with the web site?
21   A.   We have one generic interface for all
22 orders that come in from web sites, we have one
23 program that comes in that processes every single
24 eCommerce order, which would be web-based.
25      My part would be to modify that program to

Page 45

1  know -- we would know by the customer type where
2  that order originated from, so my role was to, for
3  example, where I said it was an "I" type. Up until
4  then every order was an "O" type.
5    Q.   Was "O"?
6    A.   We call it "O" type, which means orders,
7  which means we fulfilled it.
8       I had to put in the program that says if
9  this order is a -- we call it Customer Type SO1 and
10 SO2, if it was that customer type I had to change
11 the order type to an "I" within the program.
12      I had to develop the acknowledgement back
13 to MITG because no other web site asked for that
14 functionality. That was a new thing that they
15 wanted, and so when they -- we had to create a new
16 cancellation reason code.
17      They have their own set of reason codes as
18 opposed to the rest of the entire business, and the
19 process to send the response back was new, and that
20 was my biggest piece in my programming, was how to
21 get the response back to them.
22   Q.   Okay. And you said it was new, is that
23 because everything else you had been involved in was
24 simply internal Compaq related as far as an outside
25 company like MITG requesting an acknowledgement

12 (Pages 42 to 45)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

Page 82

1  it was in the -- in the fall.
2  Q. Okay. Of 2001?
3  A. Yes.
4  Q. And just so I'm clear, when you say goes
5  live, it gets switched over from the test -- get the
6  name right, the test system of the AS/400 over to
7  the live system of the AS/400?
8  A. That's correct.
9  Q. Okay. And the live you said is the Valcom
10 S1?
11 A. That's just the name of the hardware.
12 Q. Okay. Now, I take it that hardware links
13 to everyone that may have access to the VISTA
14 system?
15 A. You have to have a log-in, a security
16 access, to get in to that system, correct.
17 Q. Okay. And are those log-ins for customer
18 service reps that use VISTA?
19 A. Employees of Compaq, yes.
20 Q. Okay. To your knowledge, has the XML
21 technology such as that developed in this project
22 been implemented for use with other outside
23 customers that use VISTA?
24 A. No.
25 Q. Are you aware if it's been implemented for

Page 83

1  Microsoft, UPS, Xerox or any other outside
2  companies?
3  A. No.
4  Q. No, you're not aware, or no, it hasn't?
5  A. I know exactly where Microsoft orders come
6  from and I know exactly where UPS orders come from,
7  and it's not -- they don't use the same methodology
8  that MITG did.
9  Q. What methodology do they use?
10 A. UPS orders are all manually entered by
11 people in Indianapolis, our location in Indianapolis
12 by our employees. There is no electronic
13 transmission of UPS orders whatsoever.
14 Q. How about Microsoft?
15 A. Microsoft transmits XML to what we call
16 web methods. Now, I'm not a --
17 Q. Web programmers --
18 A. -- web programmer, so I'm not -- but they
19 go to Compaq's location in Houston. They do some
20 kind of translation of the Microsoft XML, and then
21 they translate it and send it to us for fulfillment,
22 because Microsoft may have orders coming in and
23 Compaq Houston decides based on what they're
24 ordering is HP Direct going to fulfill it, is
25 MI5 warehouse in Houston going to fulfill it.

Page 84

1  They're just a router piece, so we don't
2  get orders directly from Microsoft. We get them
3  through the Compaq Houston process.
4  Q. Compaq Direct in Houston?
5  A. There's no Compaq Direct in Houston, so
6  it's just the Compaq that existed before we were
7  bought.
8  Q. Okay. Now, do you know if the Compaq
9  Houston side of things had the XML interface with
10 the Microsoft to accept the orders that you said are
11 routed here to you prior to the development of the
12 Middleware with MITG?
13 A. I'm not sure of the date. I'm not sure.
14 Q. Okay. Do you know if Houston was even
15 taking orders prior to the agreements that are at
16 issue in this case with MITG?
17 A. With MITG?
18 Q. Yes.
19 A. I don't know.
20 Q. Okay. Do you know when you started taking
21 orders that had been routed from Houston to here?
22 A. Through Microsoft itself, because we
23 have -- all the Houston web sites are all the web
24 sites like SMB, the public sector, are all based out
25 of Houston, so I guess you'd have to be more

Page 85

1  specific.
2  Q. I'm sorry, what web sites did you say were
3  based out of Houston?
4  A. The small/medium business and public
5  sector. It used to be called the GEM, government,
6  education, medical.
7      Those -- all those web programmers, all
8  the server -- physical location of the servers for
9  those are located in Houston.
10 Q. How long have they been down there in
11 Houston?
12 A. They were there before they even bought
13 us.
14 Q. Okay.
15 A. That was Compaq's, like their home. I
16 don't know what you call it.
17 Q. Office?
18 A. Home office.
19 Q. Okay.
20 A. You know, HP's is in California and --
21 Q. But had Houston been routing orders to
22 Omaha -- at what point in time did that start?
23 A. It depends on which web site. They all
24 came on at different times.
25 Q. Let's go to the SMB.

22 (Pages 82 to 85)

S. URWIN - Direct (By MR. HANSEN)

Page 86

1  A. SMB came on shortly -- that was one of my
2  first projects that I worked on after I was in --
3  started working there, so, let's see, I started in
4  1999, I think SMB went live early 2001.
5  Q. How about the public sector?
6  A. Public sector, probably maybe two and a
7  half years, so whatever that would be.
8  Q. Late 2001, early 2002?
9  A. It would be probably 2002, it went in
10 after MITG.
11 Q. Okay. And what is the web site
12 classification that, for instance, Microsoft would
13 fall under at Houston? Is it SMB, public sector or
14 other?
15 A. Neither.
16 Q. Okay. What would they fall under?
17 A. Maybe that is a question Deb Broady could
18 answer. I -- I'm not sure, but they don't come
19 through either of those web sites.
20 Q. Okay. Do you know what web site they come
21 through?
22 A. I don't think they come through a web
23 site. I think it's just a communications link
24 between Microsoft. Somehow they -- Microsoft might
25 have a front end tool that their employees use where

Page 87

1  they type in an order, they transmit it to Houston,
2  Houston looks at the orders, sees what types of
3  items they purchased, and then they route it to
4  wherever, and we might be one of them.
5  Q. Okay. That would be the -- which you just
6  described, the punching in of the order, it gets
7  routed to Houston which would be the XML between
8  Microsoft and Houston?
9  A. Correct.
10 Q. Okay. And do you know when that was
11 established?
12 A. No, I don't.
13 Q. Okay. Do you know when Houston started,
14 at what point in time, routing orders from Microsoft
15 to Omaha here?
16 A. I don't know exactly the date.
17 Q. Do they use the VISTA system for that, the
18 other placement, Houston?
19 A. No.
20 Q. Okay. Are you aware of test runs that
21 were done using the XML interface with Microsoft?
22 A. No, I was not involved.
23 Q. Okay. Any of the -- were you involved in
24 discussing or training anyone at Houston on the
25 programming aspect of the XML side?

Page 88

1  A. No.
2  Q. Okay. Are you aware of other outside
3  customers such as companies, let's say Microsoft,
4  Capital One, Wells Fargo, whoever you want to call
5  it, having a direct interface with the VISTA system?
6  A. Not through XML, but EDI, yes.
7  Q. You're not aware of anyone that has a
8  direct interface customerwise to VISTA through an
9  XML?
10 A. Except SBC, which goes through encore,
11 that's the only exception.
12 Q. Okay. And you said you didn't recall when
13 that was established?
14 A. That was a year and a half project. I
15 remember when it was going on, I don't remember the
16 date.
17 Q. When was it going on, was it recently?
18 A. No, they've been on board for a while.
19 Q. Okay. Has the XML Middleware been
20 implemented for use between VISTA and other vendors
21 such as third-party parts suppliers?
22 A. An XML interface?
23 Q. Yes.
24 A. No.
25 Q. How about resellers?

Page 89

1  A. Resellers would go through our partner
2  direct web site.
3  Q. Which do you have the actual www.dot
4  whatever it is?
5  A. No, I could get that. I don't know
6  exactly what it is.
7  Q. Okay. Is the partner direct web site
8  linked to VISTA?
9  A. Yes, it's different than the other web
10 sites in that it can be able to do these real time
11 availability calls, real time pricing calls through
12 these encore modulars that I'm talking about, so
13 they're still external, they still have their own
14 database, they still have their own front-end
15 customer facing tools, but they -- programatically
16 they have closer ties to item status, order status
17 pricing availability.
18 Q. Have you been involved in XML interface
19 creation as the VISTA application developer for
20 other customers?
21 A. Say that one more time.
22 Q. Sure. Have you been involved in the
23 creation of the XML interfaces such as the one we've
24 seen in the documents here in your title which is
25 contained in the exhibit here, you were the VISTA

23 (Pages 86 to 89)

S. URWIN - Direct (By MR. HANSEN)

Page 90

1 application developer, correct?
2     A.  Yes.
3     Q.  With other customers besides someone like
4 MITG?
5     A.  No.
6     Q.  Has anyone else in your group been
7 involved in that?
8     A.  Not that I'm aware of.
9     Q.  Okay.  Are you aware of the XML model that
10 was developed with MITG and Compaq being used for
11 other customers or third-party suppliers?
12    A.  No.
13    Q.  Did you -- well, is that XML still
14 operational?
15    A.  No.
16    Q.  How was it -- how did it become
17 unoperational?
18    A.  Well, Deb Broady can explain the flow that
19 comes in through her on the translation.  I call her
20 a translator, translate from XML to flat file.
21        When it gets to VISTA, we had multiple
22 processes running to process the data, the flat file
23 data, so we had multiple jobs running for each
24 customer grouping, so service parts had their own,
25 the small business -- small/medium had their own,

Page 91

1 the GEM had their own, partner direct had their own.
2        We did that because at one time they used
3 to be combined into one process, but there was so
4 much volume of orders that it was always backlogged,
5 so architecturally we changed it to have the same
6 program but multiple instances of it running so we
7 could process these orders more timely.
8        And when it came to end service parts,
9 when we were given notification that they were no
10 longer able to process orders, we actually stopped
11 the job that was running, and that's where that
12 ITCS case documents that at 4 o'clock on that Friday
13 we shut down the job so we could -- VISTA would no
14 longer process any data coming in.
15       And I also had our operations person --
16 those jobs were automatically started on Sundays
17 because we did backups on Sunday, and then when the
18 system was back up and running it would
19 automatically start those jobs, and I had him remove
20 it from the auto startup process.
21    Q.  When was the change made to separate out
22 these groupings, spare parts, small/medium business?
23    A.  I don't remember the exact date.
24    Q.  Do you remember the year?
25    A.  No, actually I don't.

Page 92

1     Q.  Okay.  So you said when this -- when you
2 wanted to no longer process data coming from the end
3 users, the end user being MITG?
4     A.  MITG, is that what you're saying, yes?
5     Q.  No, is that who you were referring to?
6     A.  The -- well, when I say end of job, jobs
7 would be considered anything electronically
8 submitted as opposed to manually entered.
9        Manually entered orders could still exist.
10 I mean, that's not a job that runs and -- a
11 background job that runs and does processing.
12    Q.  Okay.  So you're talking about a job that
13 is being run on this -- the go-live server?
14    A.  On the go-live VISTA system, yes.
15    Q.  Okay.  And you told somebody to shut that
16 down?
17    A.  I called the operators and told them to
18 end the job.
19    Q.  When you say end the job, what do they do,
20 remove it from the system?
21    A.  No, they do a four and it just stops the
22 job, just stops processing.
23    Q.  Okay.  But it's still on the go-live,
24 still on the system?
25    A.  Well, the other ones are still running.

Page 93

1 You have five jobs and the other ones are still
2 running, the SMB, government web, that's still
3 running.
4     Q.  Okay.  So you're just talking about spare
5 parts?
6     A.  The spare parts had their own job running,
7 yes.
8     Q.  Okay.  My question is it's not removed
9 from the system, it's just a stop order that's
10 placed?
11    A.  It's a stopping of the processing, yes.
12    Q.  Of orders that were coming in from the XML
13 interface from the MITG web tool?
14    A.  Yes, there was more -- that was my piece
15 of the pie, but the front end, where they posted to
16 the ASP page, that was -- Neil McShannon's group did
17 some programming to reject orders at that point,
18 Deb Broady shut down her translation piece of spare
19 parts because she goes through a different flow, and
20 she can explain that in detail.
21       She shut down that, and then my piece was
22 to shut down the jobs that processed the flat file
23 data, but technically if they stopped everything
24 before me they should have never gotten there.
25    Q.  Okay.

24 (Pages 90 to 93)

Page 94

1  A. But we stopped it at all points.
2  Q. The three points?
3  A. The three points.
4  Q. Is that shutdown specific to MITG? I
5  mean, was there any other web-based interfaces
6  coming in through that --
7  A. No.
8  Q. -- through those jobs?
9  A. No, it was very specific to them.
10  Q. Okay. But there was other XML interfacing
11  coming in through the other four areas that were not
12  stopped?
13  A. That's correct.
14  Q. Which come -- those other four that you're
15  talking about, these interfaces, they come from web
16  sites, correct?
17  A. Correct.
18  Q. I think you said you just don't know what
19  web sites they are, I mean the actual www. --
20  A. No, I don't know, no, I don't.
21  MR. HANSEN: All right. Let me mark these
22  two pages.
23  (Exhibit GG marked for
24  identification.)
25

Page 95

1  BY MR. HANSEN:
2  Q. Documents HP 44 and 45, it says ITCS call
3  tracking, do you see that at the top?
4  A. Yes.
5  Q. Okay. What is this document?
6  A. This is what I explained earlier on how
7  when the business has an issue they want IT to work
8  on, this is the -- they have to open up -- we call
9  them a case, and it describes what they want us to
10  do, and then we track it and we put in notes when we
11  finish it, complete it and it's -- the task is done,
12  we close the case. It's a way to document official
13  requests.
14  Q. Okay. What was the -- who did the request
15  come from in this case?
16  A. In this case it came from Shari Ellis.
17  Q. Was it to you or were you just the person
18  that handled it?
19  A. I -- when these cases come in, this is a
20  tool that's used by all the businesses, and then
21  they can route it to a specific IT division, so it
22  would -- this would have been routed to the order
23  entry division, which is my area.
24  Q. Okay. You're listed as the owner there,
25  do you see that?

Page 96

1  A. Yes, that's because I physically opened
2  the case on behalf of her, on Shari.
3  Q. Okay. Case severity, what does that mean?
4  A. Case severity goes SL1, Severity Level 1
5  through 4. SL1 would be the highest severity,
6  you've -- the issue has caused the system to totally
7  shut down, we can't process any orders; 5 would be
8  the lowest level, well, this is a problem but it's
9  not an urgent problem. It's not something that you
10  have to handle within two hours.
11  Each one has a criteria you're supposed to
12  respond to it immediately, you have to respond
13  within so many minutes. I think SL1 you have to
14  respond in 15 minutes. I mean, each level talks
15  about the response time.
16  Q. What is SL4?
17  A. SL4 would be towards the bottom, meaning
18  it's not -- the systems aren't down, there's no
19  crisis problem for customers, for order processing,
20  it's a judgment call.
21  I assigned the SL4, so I would have said,
22  you know, it's not a crisis but it's something that
23  has to do be done.
24  Q. It says -- if you go down under phone
25  notes, do you see that?

Page 97

1  A. Yes.
2  Q. It says please shut down SO1, backslash,
3  SO2 4 p.m. central standard time on February 6.
4  2004. What does the SO1 and SO2 mean?
5  A. That's the customer type.
6  Q. One was credit card?
7  A. And the other one was terms.
8  Q. Okay. And is that the date that you
9  posted that, it says Sandra --
10  A. That would have been the date that case
11  was opened.
12  Q. Okay.
13  A. That was the date that -- actually -- I
14  can actually remember this. Shari Ellis called me
15  on the phone and she said, you need to shut those
16  down, and I said, well, I'm going to open up a case
17  that can be documented because I need to also make
18  sure like Deb Broady's group knows about it, and so
19  she said okay.
20  So that would have been the date that she
21  officially notified me via phone, and then I opened
22  up the case to document it.
23  Q. It says, end the daily report
24  February 10, 2004, what's the daily report?
25  A. That was a report that showed the pro --

25 (Pages 94 to 97)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.