# In the Matter of:

*Hewlett-Packard Development Company   v.*
*Midwest Information Technology Group, Inc.*

---

*Diane Pound*
*March 29, 2005*

---

*Houston Reporting Service*
*1010 Lamar, Suite 1400*
*Houston, TX  USA  77002*
*(713) 739-1400*

*Original File POUND.PRN, 75 Pages*
*Min-U-Script® File ID: 3804697099*

# Word Index included with this Min-U-Script®

[1]    IN THE UNITED STATES DISTRICT COURT
    FOR THE CENTRAL DISTRICT OF ILLINOIS

[2]    SPRINGFIELD DIVISION

[3] HEWLETT-PACKARD
    DEVELOPMENT COMPANY,L.P., *

[4] HEWLETT-PACKARD COMPANY, *
    AND COMPAQ TRADEMARK B.V.,*

[5]

    Plaintiffs, *

[6] VS.    * CIVIL ACTION NO. 04-3055

[7] MIDWEST INFORMATION    *
    TECHNOLOGY GROUP, INC. *

[8] AND MICHAEL LAUBER,    *

    Defendants. *

[9]

[10]

[11]    ORAL AND VIDEO DEPOSITION OF

[12]    DIANE POUND

[13]    March 29, 2005

[14]

[15]    ORAL AND VIDEO DEPOSITION OF DIANE POUND,

[16] produced as a witness at the instance of the Defendant,

[17] and duly sworn, was taken in the above-styled and

[18] numbered cause on the 29th day of March, 2005, from

[19] 3:59 p.m. to 5:49 p.m., before Carolyn Ruiz Coronado,

[20] Certified Shorthand Reporter in and for the State of

[21] Texas, reported by stenographic means, at

[22] Hewlett-Packard, Houston Executive Briefing Center,

[23] 20555 SH249, Building CC11, Houston, Texas, pursuant to

[24] the Texas Rules of Civil Procedure and the provisions

[25] stated on the record or attached hereto.

**Page 2**

[1]    APPEARANCES

[2]

[3] FOR THE PLAINTIFFS:

[4]    Ms. Elizann Carroll
    JUNEAU, BOLL & WARD

[5]    15301 Spectrum Drive, Suite 300
    Addison, Texas 75001

[6]    PHONE: (972) 866-8333
    FAX: (972) 866-8378

[7]

[8]

[9] FOR THE DEFENDANTS:

[10]    Mr. James A. Hansen
    SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL

[11]    525 Jersey, P.O. BOX 1069
    Quincy, Illinois 62306

[12]    PHONE: (217) 223-3030
    FAX: (217) 223-1005

[13]

[14] ALSO PRESENT:

[15]    Videographer
    Houston Reporting Service

[16]

[17]

[18]

[19]

[20]

[21]

[22]

[23]

[24]

[25]

**Page 3**

[1]    INDEX

[2]    PAGE

[3] APPEARANCES .............. 02

    EXHIBITS ............... 03,04

[4] EXAMINATION

    By Mr. Hansen .......... 05

[5] CHANGES ............... 71

    SIGNATURE .............. 72

[6] REPORTER'S CERTIFICATE ........ 73

[7]    DEFENDANT'S EXHIBITS

[8] NUMBER & DESCRIPTION

[9]    Exhibit HHH - E-mails

[10]    Exhibit III - Option 1 Report

[11]    Exhibit JJJ - Option 3 Report

[12]    Exhibit KKK - Option 4 Report

[13]    Exhibit LLL - Year 2003 Call Activity

[14]    Exhibit MMM - Average Time To Answer

[15]    Exhibit NNN - Total Calls TTA

[16]    Exhibit OOO - Calls Per Week

[17]    Exhibit PPP - Calls Report

[18]    Exhibit QQQ - Phone Status for Year 2002

[19]    Exhibit RRR - Calls Report

[20]    Exhibit SSS - 2001 VS. 2002

[21]    Exhibit TTT - Option 2-2 Compaq

[22]    Exhibit UUU - DPS 800

[23]    Exhibit VVV - Spare 800

[24]    Exhibit WWW - Phone Status for Year 2002

[25]    Exhibit XXX - Tech Center 800

**Page 4**

[1]    DEFENDANT'S EXHIBITS CONTINUED

[2] NUMBER & DESCRIPTION

[3]    Exhibit YYY - Spare 800

[4]    Exhibit ZZZ - Year 2002 Call Activity

[5]    Exhibit AAAA - 2001 VS. 2002

[6]

[7]

[8]

[9]

[10]

[11]

[12]

[13]

[14]

[15]

[16]

[17]

[18]

[19]

[20]

[21]

[22]

[23]

[24]

[25]

Diane Pound
3:02-CV-03055-JES-CHE    # 70-2    Page 4 of 21
March 29, 2005

Hewlett-Packard Development Company   v.
Midwest Information Technology Group, Inc.

**Page 5**

[1]                   PROCEEDINGS
[2] 03/29/2005 (Deposition commenced at 3:59 p.m.)
[3]     THE VIDEOGRAPHER: We're now beginning
[4] this deposition. The date is March 29, 2005. Time is
[5] approximately 3:59 p.m. We are now on the video
[6] record.
[7]     (Oath administered)
[8]     DIANE POUND,
[9] having been first duly sworn, testified as follows:
[10]                   EXAMINATION
[11]               BY MR. HANSEN:
[12]     Q: Please state your name for the record.
[13]     A: Diane Pound.
[14]     Q: Ms. Pound, my name's Jim Hansen; and I
[15] represent the defendants, MITG and Michael Lauber, in a
[16] lawsuit filed in the Central District of Illinois by
[17] Hewlett-Packard. And your deposition is being taken
[18] today in that case. And it is being videotaped for the
[19] members of the jury, if needed at a later date.
[20]     I know you may have gone over this with
[21] your attorney but I'm going to give you some background
[22] information first. If I ask you a question at any time
[23] today that you do not understand, please ask me to
[24] rephrase it and I will do so. Okay?
[25]     A: Okay.

**Page 6**

[1]     Q: And we are also taking down today this
[2] testimony in a typed format for reading later. It's
[3] very difficult, if we're talking at the same time. So
[4] I will ask you to allow me to complete my question, and
[5] I in turn will give you the same courtesy in finishing
[6] your answer. Okay?
[7]     A: Okay.
[8]     Q: And then lastly, we need verbal answers. You
[9] may go uh-um, uh-uh but we need them out loud because
[10] somebody's uh-uh is another's uh-huh. So —
[11]     A: Okay.
[12]     Q: — okay?
[13]     Please state — are you employed with HP?
[14]     A: Yes.
[15]     Q: Okay. And where is your current business
[16] address?
[17]     A: Marlboro, Massachusetts.
[18]     Q: Okay. And what do you do there?
[19]     A: I work for customer operations and I am the
[20] liaison between — I work with invoicing and sales
[21] compensations, sales operations. So I make sure that
[22] orders get booked and invoiced.
[23]     Q: When you say "orders get booked and invoiced,"
[24] what type of orders?
[25]     A: Could be contract, could be per event.

**Page 7**

[1]     Q: Per event, you said?
[2]     A: Yeah. Like time and material-type.
[3]     Q: Okay. How long have you been employed with
[4] Hewlett-Packard? Were you with Compaq prior to
[5] Hewlett-Packard?
[6]     A: I was — yes. And I was with Digital prior to
[7] Compaq. So I started with Digital in May of 1981.
[8]     Q: Okay. Let's go back a little ways here. Is
[9] Marlboro, Massachusetts, different or the same as an
[10] entity I'll call the Andover Call Center? Is that
[11] located there in Marlboro?
[12]     A: No.
[13]     Q: Okay. Where — is the Andover Call Center
[14] still in operation?
[15]     A: No.
[16]     Q: Okay. Did you work at the Andover Call
[17] Center?
[18]     A: Yes.
[19]     Q: Okay. And where was that located at?
[20]     A: In Andover, Massachusetts.
[21]     Q: Okay. And how long were you there?
[22]     A: Two years.
[23]     Q: And what were those years?
[24]     A: April 2001 through April 2003.
[25]     Q: Okay. What did you do at the Andover Call

**Page 8**

[1] Center?
[2]     A: I managed the call center group.
[3]     Q: Okay. And what type of call center was it?
[4] And let me preface that by saying, did it start out a
[5] Digital call center?
[6]     A: Yes.
[7]     Q: Okay. Did it then become a Compaq call
[8] center?
[9]     A: Yes — well, combined.
[10]     Q: Okay. And did it ever become an HP call
[11] center?
[12]     A: No. When HP acquired us, that's when we
[13] transitioned the Andover Call Center to Roseville and
[14] it became one call center.
[15]     Q: Okay. When you were there in April of '01 to
[16] April of '03 — I take it when you started it was a
[17] Compaq call center?
[18]     A: Digital.
[19]     Q: Digital.
[20]     Okay. When did it switch to Compaq?
[21]     A: I don't remember the exact date.
[22]     Q: How about month and year?
[23]     A: It would have been . . .
[24]     Q: Summer of '01?
[25]     A: Yeah. Yeah.

Page 9

[1] **Q:** Okay. And then when HP bought Compaq, it was
[2] transferred to Roseville?
[3] **A:** Yes.
[4] **Q:** Okay.
[5] **A:** Not immediately but . . .
[6] **Q:** Right. Right. Eventually when was it shut
[7] down?
[8] **A:** We started the transition in early 2003. It
[9] was finished in April of 2003 and then the group was
[10] laid off in July of 2003.
[11] **Q:** Were you brought back —
[12] **A:** Yes.
[13] **Q:** — for —
[14] Okay. Were — was there a period of time
[15] where you were not working for HP? Or did you go from
[16] April '03 transition to Marlboro with the position you
[17] now hold?
[18] **A:** I left the Andover Call Center in April and
[19] went to Marlboro on a different job because I had
[20] transitioned the work and the people to Roseville. And
[21] then once Roseville took over the business and
[22] understood what they were doing, then they sent me back
[23] to Andover just to lay the group off.
[24] **Q:** Okay. So did the Andover people ever transfer
[25] with the business out to California or were they laid

Page 10

[1] off?
[2] **A:** No. They were all laid off.
[3] **Q:** Okay. And let's back up. You said when you
[4] started at the call center in April of '01 it was a
[5] Digital —
[6] **A:** Yes.
[7] **Q:** — call center?
[8] What type of product was Andover selling
[9] for Digital?
[10] **A:** They sold spare parts.
[11] **Q:** Would that be multivendor spare parts?
[12] **A:** No. Digital only.
[13] **Q:** Okay. And when it was selling Digital only
[14] spare parts was that also by way of Web site or was it
[15] solely by phone?
[16] **A:** It was by phone only.
[17] **Q:** And did that phone number change when Compaq
[18] bought Digital?
[19] **A:** No.
[20] **Q:** Okay. When Compaq bought Digital, we talked
[21] about the time frame of Summer 2001, what type of parts
[22] was the Andover Call Center selling then?
[23] **A:** Digital spare parts and Compaq spare parts.
[24] **Q:** Okay. And the spare parts for Compaq, were
[25] those multivendor spare parts?

Page 11

[1] **A:** No. Compaq part numbers only.
[2] **Q:** If I reference the term CSN, do you know what
[3] I mean by that? Compaq Services Network.
[4] **MS. CARROLL:** Object to that. Assumes
[5] facts not in evidence.
[6] **Q:** (BY MR. HANSEN) If I refer to CSN parts?
[7] **A:** When I think of CSN, I think of a system that
[8] we used.
[9] **Q:** Okay. I'm sorry. When you say you sold spare
[10] parts that were Compaq only, how were those sold, by
[11] phone and Web site or phone only?
[12] **A:** Both.
[13] **Q:** Okay. What was the Andover Web site that was
[14] used to sell Compaq spare parts?
[15] **A:** It was espares.compaq.com.
[16] **Q:** Okay. When did that Web site become
[17] operational?
[18] **A:** Summer of 2002, I think.
[19] **Q:** Okay. Let's back up a little bit. Were you
[20] the manager of the entire call center at Andover?
[21] **A:** Yes.
[22] **Q:** Okay. Who did you report to?
[23] **A:** Janet Peterson.
[24] **Q:** Was that for the entire time you were there?
[25] **A:** Yes.

Page 12

[1] **Q:** And when did the transition — you said the
[2] transition to HP of the Andover Call Center started
[3] when HP bought Compaq?
[4] **A:** Yes.
[5] **Q:** Okay. Which was '03, beginning of '03?
[6] **A:** Right.
[7] **Q:** Okay. You said January of '03, I think?
[8] **A:** I think that's when we started the transition.
[9] I mean, it wasn't immediately. It was once we found
[10] out that we had several groups doing similar work.
[11] **Q:** Okay. Let me back up a little bit to make
[12] sure that we're on the same page. Is a DEC, D-E-C,
[13] part, is that Digital?
[14] **A:** Yes.
[15] **Q:** Okay. What — does that stand for
[16] Digital Equipment —
[17] **A:** Equipment Corporation.
[18] **Q:** Okay. And the type of parts that Andover
[19] sold, when it was selling Compaq and Digital spare
[20] parts, were those parts to individuals as well as
[21] business entities?
[22] **A:** Yes.
[23] **Q:** I mean, if I'm a consumer and I'm at home and
[24] I need a part for my Compaq Presario, could I have
[25] called Andover and ordered that part?

Diane Pound
3:02-cv-09055-JES-CHE    # 70-2    Page 6 of 21
March 29, 2005

Hewlett-Packard Development Company   v.
Midwest Information Technology Group, Inc.

Page 13

[1]   **A:** Yes.

[2]   **Q:** And did your call center also sell to

[3]   businesses, I take it?

[4]   **A:** Yes.

[5]   **Q:** Did Andover operate under any sort of contract

[6]   with Compaq?

[7]   **A:** Not that I'm — not that I know of.

[8]   **Q:** Okay. How many phone numbers did the Andover

[9]   Call Center have, let's say in the year 2002, when you

[10]  were operating for Compaq?

[11]  **A:** We had one 800 phone number with options.

[12]  **Q:** Do you recall that number?

[13]  **A:** 1-800-225-5385. I think.

[14]  **Q:** Okay. And off of that were the routed options

[15]  for what?

[16]  **A:** There was a recorded message that would say

[17]  press 1 for Digital parts, press 2 for Compaq parts,

[18]  press 3 for laptop repair, and press 4 for invoicing

[19]  questions.

[20]  **Q:** Did — you said the Web site became

[21]  operational, you thought, around Summer of '02?

[22]  **A:** Yes.

[23]  **Q:** And how — how was that Web site set up? Was

[24]  there an interface at all between Andover and Compaq

[25]  for the ordering of the parts, if you know?

Page 14

[1]   **MS. CARROLL:** I'm going to object to it

[2]   as vague.

[3]   **A:** I don't know — I don't understand —

[4]   **Q:** (BY MR. HANSEN) Have you ever heard of an XML

[5]   interface?

[6]   **A:** No.

[7]   **Q:** Okay. Have you ever heard of the term, middle

[8]   ware?

[9]   **A:** No.

[10]  **Q:** Okay. The Compaq call center, I'm going to

[11]  refer to it as that, at Andover, did it sell parts for

[12]  Presario and non-Presario products?

[13]  **A:** Yes.

[14]  **Q:** And you said earlier it did not sell

[15]  third-party multivendor parts; is that correct?

[16]  **A:** Correct.

[17]  **Q:** Did it outsource any percentage of its sales?

[18]  **A:** No.

[19]  **Q:** It was 100 percent Compaq spare parts?

[20]  **A:** Compaq and Digital.

[21]  **Q:** I'm sorry, Compaq and Digital.

[22]  What — we'll go over these in a little

[23]  bit. What were the type of call volumes Andover was

[24]  experiencing on a daily basis when — it was a Compaq

[25]  call center in the year 2002?

Page 15

[1]   **MS. CARROLL:** I object to that as overly

[2]   broad and vague.

[3]   Go ahead.

[4]   **A:** I really don't remember the call volumes.

[5]   **Q:** (BY MR. HANSEN) Okay. Let — I'm going to

[6]   hand you some documents that have already been marked

[7]   in this case, to go over with you. Actually, I'll just

[8]   make this easier. I'll mark this one.

[9]   This will be Defendant's Exhibit HHH,

[10]  which are documents that have been previously produced,

[11]  HP 11252 to 11255. And I'll hand that to you. And

[12]  indicate to you that it actually reads from the back

[13]  forward. So you'll have to go to the last page, which

[14]  is the first e-mail.

[15]  Let me know when you finish reading that

[16]  e-mail, please. Just the last page.

[17]  **A:** Oh. Okay.

[18]  **Q:** Okay. Is this an e-mail from yourself to

[19]  Louise Meyerfeld and Janine Lindstrom,

[20]  L-I-N-D-S-T-R-O-M, dated Wednesday, October 30, 2002?

[21]  **A:** Yes.

[22]  **Q:** Okay. Who is Janine?

[23]  **A:** I believe she was the person that handled the

[24]  phone — like, she would be the one that would change

[25]  the options. Like 1 for Digital, 2 for Compaq.

Page 16

[1]   **Q:** To your knowledge, was she out in California

[2]   in Roseville?

[3]   **A:** No. I believe she was in Massachusetts

[4]   somewhere.

[5]   **Q:** Okay. You also CCed some other folks —

[6]   Richard Chizek, Janet Peterson, Victor Manzo, Chip Love

[7]   and Roland Soriano. Are those individuals you had

[8]   dealt with prior to October 30, 2002?

[9]   **A:** I have no idea who Victor Manzo is, but the

[10]  rest of the people were people that — either from

[11]  Roseville or — Chip was the business person and Janet

[12]  was my manager.

[13]  **Q:** Okay. Chip, was he in Houston?

[14]  **A:** Yes.

[15]  **Q:** Okay. And was Houston, at that time, a Compaq

[16]  company that he was with?

[17]  **A:** Yes.

[18]  **Q:** Okay. What — what was your understanding —

[19]  was there a call center in Houston?

[20]  **A:** No.

[21]  **Q:** Okay. Was Chip Love somebody you reported to

[22]  or . . .

[23]  **A:** He was our business contact. So we kind of

[24]  worked for him indirectly.

[25]  **Q:** Okay. Reading this e-mail to Ms. Meyerfeld,

Page 17

[1] it appears that there had been an increase in volume at
[2] the Andover Call Center and that you were losing almost
[3] 500 calls per day and that customers were not happy
[4] about the long wait time; is that correct?

[5]    A: Yes.

[6]    Q: Okay. Do you know why there was an increase
[7] in the volume to where you were losing almost 500 calls
[8] per day when you sent this e-mail on October 30, 2002?

[9]    A: Yes. There was — there was another call
[10] center, and I have no idea where they were. And it
[11] took us awhile to figure this out. But there was
[12] another call center that closed down and referred all
[13] their calls to us and they had actually laid off a
[14] group of people and — I don't remember how many people
[15] — but, you know, there was like 50 people in this call
[16] center and then . So they, like, left in their
[17] answering machine or whatever or just routed the calls
[18] directly to us —

[19]    Q: Okay.

[20]    A: — and we were not aware of it; so we didn't
[21] have time to get resources.

[22]    Q: And how many people were at Andover at this
[23] time?

[24]    A: I had six people on the phone. There were 15
[25] people in the group but they did other things.

Page 18

[1]    Q: Okay. And you said you did not know where
[2] this other call center was located that closed?

[3]    A: No, I don't.

[4]    Q: Okay. What type of calls were being referred
[5] to you?

[6]    A: A lot of them were things that we didn't sell
[7] through our store.

[8]    Q: How were they, multivendor, third-party parts?

[9]    A: No. They were more what we called "options."
[10] So they were docking station, might be memory, which at
[11] the time we didn't sell. Trying to think of some other
[12] things that — I just know we had terms — those were
[13] known as what we called "options." And that was part
[14] of the problem, is we were getting these calls and we
[15] couldn't even help the customer.

[16]    Q: Were any of the calls for parts for other
[17] entities such as IBM parts, Sun parts, Dell, anything
[18] like that?

[19]    A: No.

[20]    Q: Okay. To your understanding, they were Compaq
[21] parts?

[22]    A: Yes.

[23]    Q: Okay. And the fact was, you only had six
[24] people there and you had this influx of calls that you
[25] couldn't help these people, one, because you didn't

Page 19

[1] have the manpower; and two, you didn't sell those parts
[2] they were looking for?

[3]    A: Correct.

[4]    Q: And you indicate in the next paragraph to
[5] Ms. Meyerfeld, We thought the volume was going to
[6] decrease on Monday but it has not changed. Was that in
[7] reference to the transition?

[8]    A: Yes.

[9]    Q: Okay. So at this point in time, in October
[10] 2002, your call center had already been transitioning
[11] to Roseville?

[12]    A: Yes.

[13]    Q: And you, in fact, asked Ms. Meyerfeld if
[14] Roseville could handle the thousand calls per day
[15] starting on November 18th; is that correct?

[16]    A: Correct.

[17]    Q: Why November 18th?

[18]    A: I don't remember.

[19]    Q: Okay.

[20]    A: I don't know.

[21]    Q: You then indicate that you left Richard a
[22] voice message to see if he could come up with a plan B
[23] to deal with this critical issue. Is that
[24] Richard Chizek?

[25]    A: Yes.

Page 20

[1]    Q: Okay. Do you recall if he contacted you back
[2] by phone?

[3]    A: I don't remember.

[4]    Q: Okay. Going to the next page, you apparently
[5] got a response from Louise Meyerfeld that same day. If
[6] you'll look kind of towards the top of the page?

[7]    A: Uh-huh.

[8]    Q: Do you see where I'm at?

[9]    A: Uh-huh.

[10]    Q: Is that a yes?

[11]    A: Yes.

[12]    Q: Okay.

[13]    A: Sorry.

[14]    Q: And she indicated to you, she being
[15] Ms. Meyerfeld, that the process was being taken in two
[16] steps. Do you see where I'm reading from?

[17]    A: Yes.

[18]    Q: One says transitioning the non-Presario calls
[19] will happen on 11/18. Do you see that?

[20]    A: Yes.

[21]    Q: Okay. What is non-Presario calls?

[22]    A: That would be a different type of laptop or
[23] desktop. So there were Presario and then there were —
[24] I don't even know what other ones but .

[25]    Q: Were they all Compaq?

Page 21

[1]   **A:** Yes.

[2]   **Q:** Okay. And then she indicated that the

[3]  Presario calls, apparently the call center was not

[4]  staffed appropriately to take on what you had discussed

[5]  and there was no decision that had been made yet as to

[6]  where those Presario business calls were going to fall;

[7]  is that correct?

[8]   **A:** Yes.

[9]   **Q:** Okay. Was it your understanding then that

[10]  your call center was being transitioned by Presario and

[11]  non-Presario business?

[12]   **A:** It was not at the time.

[13]   **Q:** Okay.

[14]   **A:** My understanding of.

[15]   **Q:** Okay. And then on the bottom — well, it then

[16]  discussed some other directions that Ms. Meyerfeld gave

[17]  to other individuals, Roland, Janet, and Chip Love. Do

[18]  you see that?

[19]   **A:** Yes.

[20]   **Q:** Okay. And then she, she being Janet Peterson,

[21]  sends an e-mail, which is referenced above that. Do

[22]  you see the October 30, 2002, from the previous page?

[23]   **A:** Yes.

[24]   **Q:** Okay. Who is Nikhil Behl?

[25]   **A:** I don't know.

Page 22

[1]   **Q:** Okay. Was she someone at Andover?

[2]   **A:** No.

[3]   **Q:** Okay. And apparently the situation had not

[4]  resolved itself, still losing the calls. And she asks

[5]  for someone to advise Andover immediately what can be

[6]  done because customers were screaming at your people

[7]  since they were on hold for almost an hour; is that

[8]  correct?

[9]   **A:** Uh-huh. Yes.

[10]   **Q:** Okay. Did you talk about this situation,

[11]  obviously, with Janet Peterson?

[12]   **A:** Yes.

[13]   **Q:** Okay. And the two of you were involved in

[14]  handling it on behalf of Andover?

[15]   **A:** Yes.

[16]   **Q:** And then the next e-mail above that is an

[17]  e-mail from Roland Soriano. Do you see that?

[18]   **A:** Yes.

[19]   **Q:** To Nikhil Behl. He indicates he had been

[20]  talking with Troy Bloomquist of the HP Direct call

[21]  center in Hannibal, Missouri, about helping out. Do

[22]  you see what I just read?

[23]   **A:** Yes.

[24]   **Q:** Were you involved in any discussions with the

[25]  HP Direct call center in Hannibal, Missouri, about

Page 23

[1]  taking over the calls that were being lost at Andover?

[2]   **A:** No, I was not.

[3]   **Q:** Okay. It then indicates there in the last

[4]  sentence of Mr. Soriano's e-mail, Please work together

[5]  and be prepared to redirect the calls to HP Direct from

[6]  Andover. Do you see that?

[7]   **A:** Yes.

[8]   **Q:** Did you put into place a system at Andover to

[9]  begin redirecting any calls to HP Direct in Hannibal,

[10]  Missouri?

[11]   **A:** No.

[12]   **Q:** Okay. Do you know if that was put into place?

[13]   **A:** I'm not aware of anything.

[14]   **Q:** Okay. The very first page of the exhibit then

[15]  is an e-mail from Nikhil Behl who appears to be at HP

[16]  in Cupertino, California, at the top. Do you see that?

[17]   **A:** Yes.

[18]   **Q:** That same day again, October 30, 2002. And it

[19]  indicates two solutions, a short-term and a long-term.

[20]  Do you see that?

[21]   **A:** Yes.

[22]   **Q:** And the short-term solution to be put in place

[23]  apparently had been executed, which was to link the

[24]  memory configurator and phone numbers published on

[25]  hp.com or pre-mergercompaq.com sites — oh, excuse me

Page 24

[1]  — those links have been removed. Do you see that?

[2]   **A:** Yes.

[3]   **Q:** Okay. And then HPshopping has stopped

[4]  referring calls to the spare parts store. Do you see

[5]  that?

[6]   **A:** Yes.

[7]   **Q:** Is the spare parts store yours?

[8]   **A:** Yes.

[9]   **Q:** Okay. It then says, We have put in place

[10]  mechanisms to refer customers to Kingston & Crucial.

[11]  Do you see what I just read?

[12]   **A:** Yes.

[13]   **Q:** Do you know who Kingston & Crucial is?

[14]   **A:** No.

[15]   **Q:** It then says, Per our messages in the spare —

[16]  the spare parts store should have started referring

[17]  calls to Kingston & Crucial. Is that the entity your

[18]  store, your call center at Andover, started referring

[19]  these calls to?

[20]   **A:** I'm not aware of referring any calls to

[21]  Kingston & Crucial.

[22]   **Q:** What happened with the calls at your call

[23]  center that were being lost? Did they get referred to

[24]  Roseville?

[25]   **MS. CARROLL:** Objection. Calls for

**Page 25**

[1] speculation.

[2]    A: I don't know where they —

[3]    Q: (BY MR. HANSEN) Well, did somebody put in

[4] place a mechanism where you weren't getting calls from

[5] customers that were screaming at you for an hour and

[6] your call center was losing 500 calls a day?

[7]    A: Well, I think — what I'm reading from this is

[8] the short-term was they removed the links where our

[9] phone number was published on some of these other Web

[10] sites. And then, I think, at the same time we were

[11] still trying to transition, working with Louise to try

[12] to transition some of the work to Roseville.

[13]    Q: Okay. It then indicates that the long-term

[14] solution — well, let me back up. If your — your

[15] number had been removed from those sites referenced

[16] there in the short-term solution. Do you know if the

[17] Kingston & Crucial number was then placed on to hp.com

[18] or pre-mergercompaq.com sites?

[19]    A: I don't know.

[20]    Q: Okay. The long-term solution was to bring the

[21] memory configurator up on the SMB store. Do you know

[22] what the SMB store is?

[23]    A: It stood for small medium business.

[24]    Q: Okay. Was that a Web site, if you know?

[25]    A: Yes.

**Page 26**

[1]    Q: Okay. Do you know what that Web site was?

[2]    A: No, I don't.

[3]    Q: Okay. Were you involved then — in the second

[4] to last paragraph it says, Some of the parts cannot be

[5] purchased anywhere except from your store. For some

[6] reason these calls were not getting to you prior to us

[7] shutting down Athome. Do you know if that was

[8] referencing parts at Andover?

[9]    A: I don't know.

[10]    Q: Okay. After this e-mail from Ms. Behl on

[11] October 30th, at 5:30 p.m., 2002, was there any further

[12] follow-up as to the calls that were originally being

[13] sent to Andover and where they ended up going?

[14]    A: No, not that I'm aware of.

[15]    Q: Did you, at some point in time, shortly after

[16] October 30, 2002, see a decrease in the additional

[17] calls you were receiving at Andover?

[18]    A: Yes.

[19]    Q: Okay. Did it get back to a level where people

[20] weren't screaming at you for an hour?

[21]    A: Yes.

[22]    Q: Okay. And were you involved in any

[23] conversations or conference calls with Roland Soriano,

[24] Louise Meyerfeld, or Troy Bloomquist referring the

[25] Andover calls to HP Direct in Hannibal, Missouri?

**Page 27**

[1]    A: Not that I remember.

[2]    Q: Okay. Are you aware that you have been

[3] identified as an individual that will be able to talk

[4] about some call volume documents that have been

[5] produced in this case?

[6]    A: Was I made aware that I could talk about them,

[7] no.

[8]    Q: Well, we're going to go over them, so we'll

[9] find out.

[10]    Defendant's Exhibit I — well, strike

[11] that. Let me back up. Before we do, I want to go over

[12] some previous deposition exhibits in this case. And

[13] these are, I will represent to you, Deposition Exhibit

[14] M from the Louise Meyerfeld deposition and then

[15] Deposition Exhibit H from the Bill Crowley deposition.

[16]    My questions to you — I'm going to hand

[17] this to you — these are some PBCO daily metrics that

[18] have been produced in this case by Hewlett-Packard.

[19] Have you seen that type of document before?

[20]    A: Yes.

[21]    Q: In fact, is your name on the e-mail string on

[22] the first page there of Exhibit M?

[23]    A: Yes.

[24]    Q: Okay. Were those daily call center reports

[25] that you received while you were at Andover?

**Page 28**

[1]    A: Yes.

[2]    Q: Okay. Did you receive those type of documents

[3] on a daily basis?

[4]    A: Yes.

[5]    Q: Okay. And let's go over those — that first

[6] page there. What's the date for that PBCO?

[7]    A: March 12.

[8]    Q: Of what year?

[9]    A: 2003.

[10]    Q: Okay. And where does Andover appear under the

[11] call center?

[12]    A: It doesn't. I believe it was rolled up under

[13] Roseville eSpares.

[14]    Q: Okay. Was Roseville, at this point in time,

[15] also being characterized as eSpares because they had

[16] assumed the Andover —

[17]    A: Yes.

[18]    Q: — Call Center? Okay.

[19]    Is there a special line item there under

[20] call center for eSpares?

[21]    A: Just the Roseville eSpares.

[22]    Q: There is a line that says Roseville —

[23]    A: Yes.

[24]    Q: — eSpares?

[25]    A: Yes.

Page 29

[1] **Q:** Okay. And then if we go over, there's a

[2] column there listed for calls offered; is that correct?

[3] **A:** Yes.

[4] **Q:** And that mentions the calls offered to

[5] the Roseville eSpares on that — on that date; is that

[6] correct?

[7] **A:** Yes.

[8] **Q:** What was the number there?

[9] **A:** 698.

[10] **Q:** Okay. Now, assume from my question that your

[11] call center was still operational in March of '03,

[12] specifically March 12 of '03, which is that document

[13] you have in front of you. Were you sending your

[14] reports to someone in Roseville to put this together?

[15] **A:** Yes.

[16] **Q:** Okay. And the information then was actually

[17] from the Andover Call Center but being reported under

[18] Roseville eSpares; is that your understanding?

[19] **A:** It wasn't all done in Andover 'cause they were

[20] also taking calls in Roseville.

[21] **Q:** Okay. So as of March 12, 2003, the calls for

[22] Compaq parts that were handled at Andover were also

[23] being handled at Roseville?

[24] **A:** Yes.

[25] **Q:** Okay. When HP bought Compaq, did you also

Page 30

[1] start selling HP product at Andover?

[2] **A:** No.

[3] **Q:** You were always a Digital and Compaq call

[4] center?

[5] **A:** Yes.

[6] **Q:** Okay. And at some point in time, you

[7] mentioned the beginning of '03 the transition took

[8] place where HP's call center in Roseville was going to

[9] begin to handle and eventually take over your Compaq

[10] and Digital calls; is that correct?

[11] **A:** Yes.

[12] **Q:** Okay. Now, the next column there on that page

[13] is what, is there a handle rate?

[14] **A:** Yes.

[15] **Q:** Okay. Then like a service level?

[16] **A:** Yes.

[17] **Q:** And then a month-to-date service level?

[18] **A:** Yes.

[19] **Q:** Okay. But if we go down is there also a

[20] column for Web site?

[21] **A:** A separate category, yes.

[22] **Q:** Okay. Is your Andover Web site listed?

[23] **A:** Yes, under eSpares.

[24] **Q:** Okay. And is that — okay. Is that a Web

[25] site that was also being handled by Roseville?

Page 31

[1] **A:** Yes.

[2] **Q:** Okay. So the eSpares line there would

[3] reference not only your call center but Roseville's

[4] call center for the handling of Web-based orders for

[5] Compaq and Digital parts?

[6] **A:** Yes. This category right here actually means

[7] the availability of the Web site, like it was up 24 by

[8] 7, a hundred percent.

[9] **Q:** Okay. And, in fact, there's been some prior

[10] testimony and I just will ask if you know, was there

[11] any orders tracked off of the Web site?

[12] **A:** Yes.

[13] **Q:** Okay. I mean, did you track and keep a number

[14] you reported to someone in Roseville as to how many

[15] orders were taken off your Web site on a daily basis?

[16] **A:** There were metrics reports that were

[17] generated. I didn't do them personally.

[18] **Q:** Okay. But somebody at Andover did them and

[19] sent them on to Roseville?

[20] **A:** And Chip Love, yes.

[21] **Q:** Okay. So those — those — were those metrics

[22] separate and apart from the phone metrics?

[23] **A:** Yes.

[24] **Q:** Okay. And who were those sent to in

[25] California?

Page 32

[1] **MS. CARROLL:** Objection. Calls for

[2] speculation.

[3] **Q:** (BY MR. HANSEN) If you know?

[4] **A:** Richard. And I don't know, there was a few

[5] people; but I know Richard was, Richard Chizek.

[6] **Q:** Okay. And then they were also sent to

[7] Chip Love who — who was in Houston?

[8] **A:** Yes.

[9] **Q:** Okay. Now, the last column or the last

[10] grouping there is referenced to orders; is that

[11] correct?

[12] **A:** Yes.

[13] **Q:** Okay. And is that for orders placed that day

[14] for your call center?

[15] **A:** Yes.

[16] **Q:** And what line is Andover referenced under?

[17] **A:** It's combined with Roseville,

[18] Roseville/Andover.

[19] **Q:** Okay. Do you know — tell me what the total

[20] number is there for orders placed?

[21] **A:** 322.

[22] **Q:** Okay. Do you know if that is specifically and

[23] solely for Compaq and Digital parts handled by Andover

[24] and Roseville?

[25] **A:** I don't know if it includes HP spare parts.

3:04-cv-03035-JES-CHE  # 76-2  Page 11 of 21
Hewlett-Packard Development Company
Midwest Information Technology Group, Inc.

Diane Pound
March 29, 2005

Page 33

[1]  **Q:** Okay.

[2]  **A:** I'm assuming it does, but I don't know that.

[3]  **Q:** You don't know. Okay.

[4]  And then the other columns there on the

[5]  next page are like warranty; is that right? Is there

[6]  anything on the next page?

[7]  **A:** It just says Latin America.

[8]  **Q:** Okay. Can I see that exhibit, please?

[9]  Thank you.

[10]  **MR. HANSEN:** Let's go off for a second.

[11]  **THE VIDEOGRAPHER:** We're now going off

[12]  the record. The time is approximately 4:34 p.m.

[13]  (Off the record)

[14]  **THE VIDEOGRAPHER:** We're now back on the

[15]  record. Time is approximately 4:35 p.m.

[16]  **Q:** (BY MR. HANSEN) Okay. Looking at Meyerfeld

[17]  Exhibit 1 — I'm sorry, looking at Meyerfeld Exhibit M,

[18]  on the first page there under orders there's — do you

[19]  see where it says Roseville PL91?

[20]  **A:** Yes.

[21]  **Q:** Okay. Do you know if, in fact, that is

[22]  actually the other HP orders that are separate from the

[23]  Roseville/Andover? Do you have any knowledge about

[24]  that?

[25]  **A:** No.

Page 34

[1]  **Q:** Okay. Flip to MITG 058 in that exhibit,

[2]  please. That's the metrics for July 28 of '03; is that

[3]  correct?

[4]  **A:** Yes.

[5]  **Q:** And had your call center been totally

[6]  transitioned to Roseville at this time?

[7]  **A:** Yes.

[8]  **Q:** Okay. Do you know why it still says

[9]  Roseville/Andover at the bottom?

[10]  **A:** No, I don't.

[11]  **Q:** Okay. Well, at some point in time, if you

[12]  look further through that exhibit, Andover is totally

[13]  removed off that reporting; is that correct?

[14]  The dates I'll tell you skip around. I

[15]  mean, there's one from July and then — it appears that

[16]  2004, end of 2003, Andover is no longer listed on the

[17]  metrics.

[18]  **A:** 2000 — January 2004.

[19]  **Q:** Okay. Were you still up there receiving these

[20]  metrics, though, on the e-mail list?

[21]  **A:** Yes.

[22]  **Q:** Okay. So they still sent them to you even

[23]  though your call center was no longer in operation?

[24]  **A:** Correct.

[25]  **Q:** Okay. Did that continue for a lengthy period

Page 35

[1]  of time or . . .

[2]  **A:** No.

[3]  **Q:** Do you know why?

[4]  **A:** No.

[5]  **Q:** Okay. Next I'm going to show you what was

[6]  previously marked as Deposition Exhibit Chizek MM. Do

[7]  you see that's an e-mail from Mr. Chizek to which

[8]  you're a recipient?

[9]  **A:** Yes.

[10]  **Q:** And the date is what, November 5th of 2002?

[11]  **A:** Yes.

[12]  **Q:** He indicates in that e-mail, up at the top,

[13]  that he's going to work with you on the transition of

[14]  the call; is that correct?

[15]  **A:** Yes, sir.

[16]  **Q:** Okay. Do you recall ever working with

[17]  Mr. Chizek in that regard?

[18]  **A:** Yes.

[19]  **Q:** Okay. And was that for the Presario,

[20]  non-Presario, both?

[21]  **A:** I worked with Richard for all the calls and

[22]  Louise, to transition all of the work in Andover.

[23]  **Q:** Did that involve changing the 1-800 number

[24]  Andover was using?

[25]  **A:** Just the routing of it. The 800 number didn't

Page 36

[1]  change, just when they pressed 2 it would go to —

[2]  Roseville.

[3]  **Q:** Okay. So that number stayed in existence?

[4]  **A:** Yes, at that time.

[5]  **Q:** Do you know if it's still around?

[6]  **A:** I don't know.

[7]  **Q:** Okay. It then indicates in this that the —

[8]  he being — I'm sorry. This is actually an e-mail from

[9]  Louise Meyerfeld to Richard Chizek in which you are

[10]  CCed, so I want to let the record be clear on that.

[11]  It indicates that HP was looking at

[12]  appointing references to HP/Compaq parts on the HP

[13]  Direct Web site to eSpares and EPDO and have an option

[14]  added to the HP Direct phone line for HP/Compaq

[15]  customers routed to Andover in the Web sites for parts

[16]  purchases. Do you know what the HP Direct phone line

[17]  was they're referencing?

[18]  **A:** Do I know what the phone number was?

[19]  **Q:** No. I mean do you know if that was HP Direct

[20]  in Hannibal, Missouri, or HP Direct elsewhere?

[21]  **A:** I believe it was what we referred to as Compaq

[22]  Direct.

[23]  **Q:** Which was where?

[24]  **A:** I thought they were in Omaha, but it might

[25]  have been Missouri.

Page 37

[1]   Q: Okay. And it says, We're going to appoint
[2] references to those parts on the HP Direct Web site to
[3] eSpares and EPDO. Was that meaning to eSpares
[4] transition to Roseville or to your eSpares site, if you
[5] know?
[6]   A: At that time it would have been to Roseville.
[7]   Q: Okay. It then says, Have an option added to
[8] the HP Direct phone line. It's your understanding that
[9] was also Compaq Direct?
[10]   A: Yes.
[11]   Q: Okay. Do you know that phone line number?
[12]   A: No.
[13]   Q: Okay. Do you know if HP/Compaq customers
[14] routed to Andover in the Web sites for parts purchases
[15] were ever given the added option to go to HP Direct?
[16]   A: Yes.
[17]   Q: Okay. There was — well, let me back up.
[18] There was an option placed on your phone tree to send
[19] customers to HP Direct which you understood to be
[20] Compaq Direct in Omaha?
[21]   A: No, I'm sorry, we never had an option. I
[22] mean, if — what we had — the people in the call
[23] centers could refer people to HP or Compaq Direct —
[24]   Q: Okay.
[25]   A: — if we didn't have the part.

Page 38

[1]   Q: Okay. I understand. So if some customer
[2] called into your call center you had the ability to
[3] send them to Compaq Direct/HP Direct if you did not
[4] have the part?
[5]   A: Yes.
[6]   Q: Okay. You did not, though, have an option off
[7] the tree routing, as I call it, off your 1-800 number
[8] where a customer could press 3 to go to Compaq
[9] Direct —
[10]   A: No, we didn't.
[11]   Q: — or HP Direct?
[12]   A: No.
[13]   Q: And did Compaq Direct sell the same type of
[14] parts you sold, the same Compaq parts?
[15]   MS. CARROLL: Objection. Calls for
[16] speculation.
[17]   A: I don't know exactly what they sold.
[18]   Q: (BY MR. HANSEN) Do you know if they sold
[19] Presario and non-Presario parts?
[20]   A: Yes, I believe they did.
[21]   Q: Okay. Did they also sell Digital parts?
[22]   A: I don't know.
[23]   Q: Okay. All right. Getting into these call
[24] volumes that were produced for — okay. I've marked
[25] Defendant Exhibit III, which is document HP10826,

Page 39

[1] headed Option 1 Digital Classic Call Volume Report CO03
[2] (sic) Activity; and attached to that is HP10827 through
[3] HP10837. And I will tell you that the front page looks
[4] to be the — your summary. The accompanying pages
[5] appear to be month and weekly breakdown. So go ahead
[6] and take a look at that for a second.
[7]   MR. HANSEN: Let's go off the record for
[8] a second.
[9]   THE VIDEOGRAPHER: We're now going off
[10] the record. The time is approximately 4:44 p.m.
[11]   (Off the record)
[12]   THE VIDEOGRAPHER: We're now back on the
[13] record. The time is approximately 4:51 p.m.
[14]   Q: (BY MR. HANSEN) Ms. Pound, have you had a
[15] chance to look over Exhibit III?
[16]   A: Yes.
[17]   Q: Okay. The page there at the front, the top of
[18] the document says, Option 1 Digital Classic Call Volume
[19] Report?
[20]   A: Yes.
[21]   Q: Okay. CY03, does that stand for calendar year
[22] '03?
[23]   A: Yes.
[24]   Q: Digital Classic, is that your call center or
[25] is that the product sold at your call center?

Page 40

[1]   MS. CARROLL: Objection, vague.
[2]   Q: (BY MR. HANSEN) Tell me what Digital Classic
[3] call volume means.
[4]   A: These are the calls when they — when they
[5] select — when a customer called 1-800-225-5385 and
[6] they selected option 1, meaning for a Digital part. So
[7] these only show the calls that were going into option
[8] 1; and then there should be other reports that show
[9] option 2, 3, 4.
[10]   Q: Option 2 being Compaq?
[11]   A: Yes.
[12]   Q: Okay. Option 1 — now what was that number,
[13] 1-800-25 —
[14]   A: 225-5385.
[15]   Q: Okay. Now, this is for year '03. And if
[16] you'll look, I attached also, did I not, the year
[17] breakdown on the —
[18]   A: Yes.
[19]   Q: Okay. Focusing just on the cover page there.
[20] We have January totals, February, March, quarter 1 and
[21] then quarter 2. Nothing reported for quarter 3 or 4,
[22] correct?
[23]   A: Correct.
[24]   Q: Is that because by quarter 3 and 4 your call
[25] center had totally transitioned to Roseville?

Hewlett-Packard Development Company, v.
Midwest Information Technology Group, Inc.

Diane Pound
March 29, 2005

**Page 41**

[1] **A:** I believe so. I don't know why.

[2] **Q:** Okay. And the total calls column. Do you see

[3] that?

[4] **A:** Yes.

[5] **Q:** Would that be the total calls for each month

[6] for Digital Classic parts?

[7] **A:** Yes.

[8] **Q:** And this is solely for your call center,

[9] correct? There's no other call center reported in

[10] these numbers?

[11] **A:** Well, depending on the time frame, there might

[12] have been people in Roseville answering option 1.

[13] **Q:** Okay. And we then have columns for number of

[14] calls abandoned, percentage of those calls that were

[15] abandoned, and then number of calls answered,

[16] percentage of calls answered, daily average; is that

[17] correct?

[18] **A:** Yes.

[19] **Q:** Okay. So for January there was an average of

[20] 201 calls to the 1-800 number you referenced where

[21] option 1 was selected?

[22] **A:** Yes.

[23] **Q:** Okay. Now, average TTA, is that average time

[24] to answer the call?

[25] **A:** Total time to answer.

**Page 42**

[1] **Q:** Okay. And then average calls day, what does

[2] that reference?

[3] **A:** I don't know.

[4] **Q:** Is there anything on here that reflects of the

[5] daily call average, for instance, in January there was

[6] 20 — 201 average daily calls where option 1 was

[7] selected. How many of those calls placed orders?

[8] **A:** I would have no idea from this report.

[9] **Q:** Okay. And we may get to that later but is

[10] there any report, off the top of your head, that you

[11] recall that reflected that?

[12] **A:** No.

[13] **Q:** Okay. Let me mark Defendant's Exhibit JJJ.

[14] Before I do, one more question on III. The number of

[15] calls from quarter 1 to quarter 2 drop from 14,752 to

[16] 5,810. Do you see that?

[17] **A:** Yes.

[18] **Q:** Do you have any knowledge as to why that

[19] occurred?

[20] **A:** No.

[21] **Q:** Do you know if Roseville created a new number

[22] or different way of recording calls for option 1

[23] regarding Digital Classic?

[24] **A:** I don't know.

[25] **Q:** Okay. Exhibit JJJ is HP1085 with the yearly

**Page 43**

[1] breakdown attached 10851 to 10861. Do you see that?

[2] **A:** Yes.

[3] **Q:** Okay. Go ahead — if you need a minute, go

[4] ahead and take a look at it.

[5] **A:** Okay.

[6] **Q:** All right. Now, this says Option 3 at the.

[7] top, Returns Call Volume Report. Do you see that?

[8] **A:** Yes.

[9] **Q:** Okay. Was that option off the 1-800 number

[10] you —

[11] **A:** Yes.

[12] **Q:** — talked about earlier?

[13] Okay. And can you describe for me what

[14] return call volume means?

[15] **A:** These were calls where the customer wanted to

[16] return a part that they purchased.

[17] **Q:** Is there anything that describes what type of

[18] part?

[19] **A:** No.

[20] **Q:** Let me back up a second. On Exhibit III there

[21] were those numbers reported, for instance, in quarter 1

[22] of '03 on a daily PBCO metrics that we referenced

[23] earlier?

[24] **A:** They should be, yes.

[25] **Q:** Okay. And Exhibit JJJ there has, again,

**Page 44**

[1] number of days per month, total of calls taken, and

[2] daily average columns, correct?

[3] **A:** Yes.

[4] **Q:** Okay. So, for instance, return calls, were

[5] those all directed to your Andover or was some directed

[6] to Roseville as well, in this time period?

[7] **A:** To both.

[8] **Q:** Okay. So on average there was 94 calls

[9] regarding option 3 in the month of January 2003?

[10] **A:** Yes.

[11] **Q:** Okay. Why is the daily average for February

[12] and March reflected as 0?

[13] **A:** I don't know.

[14] **Q:** Okay. I mean, for instance, in February there

[15] were 527 calls but it says there was a zero daily

[16] average. Do you see that?

[17] **A:** Yes.

[18] **Q:** Okay. So you don't know why that is there?

[19] **A:** No.

[20] **Q:** And that continues then for quarter 1. You

[21] see we have 2,926 calls but yet daily average says 0?

[22] **A:** Yes.

[23] **Q:** Okay. And are these for both Digital and

[24] Compaq parts?

[25] **A:** Yes.

Diane Pound
3:04-CV-09055-JES-CHE    # 70-2    Page 14 of 21
March 29, 2005

Hewlett-Packard Development Company  v.
Midwest Information Technology Group, Inc.

Page 45

[1]  **Q:** Okay. One other question on option 3 there,
[2] although we have quarter 3 and quarter 4 totals, was
[3] your call — was your call center still taking return
[4] calls at that time?
[5]  **A:** No.
[6]  **Q:** Okay. Would that have been Roseville?
[7]  **A:** And some of the calls went — for returns went
[8] to Houston.
[9]  **Q:** Okay. Well, if we look at II, do you see how
[10] there is nothing reported for Q3 and Q4?
[11]  **A:** Yes.
[12]  **Q:** You testified earlier that — that you
[13] thought Q1 and Q2 included both Roseville and Andover?
[14]  **A:** I believe so.
[15]  **Q:** Okay. If Roseville was taking calls off your
[16] 800 option 1, 800 number option 1 and they were being
[17] routed to Roseville, do you know why there's zeros
[18] reported here?
[19]  **A:** No.
[20]  **Q:** I mean, to your knowledge, did HP stop
[21] altogether handling of Digital Classic parts?
[22]  **A:** No.
[23]  **Q:** No, they did not?
[24]  **A:** No, they did not stop.
[25]  **Q:** Do you know where they went to be reported?

Page 46

[1]  **A:** Well, I don't know when this report was
[2] generated. So it might have been generated before
[3] July, like, maybe June 30th or something; and so it
[4] shows zero because — I don't know when this report was
[5] generated.
[6]  **Q:** Okay. All right. Exhibit KKK I'll mark as
[7] HP10862, which has attached HP10863 through 10873.
[8]      What — option 4 was off your 1-800
[9] number, correct?
[10]  **A:** Yes.
[11]  **Q:** What does invoicing call volume report mean?
[12]  **A:** It was an option off of the 800 number if they
[13] had a question regarding their invoice.
[14]  **Q:** Billing-type questions?
[15]  **A:** Correct.
[16]  **Q:** Okay. Marking Exhibit LLL, which is HP10874;
[17] and it has attached to it 10875 through 10885.
[18]      Year 2003 call activity; is that correct?
[19]  **A:** Yes.
[20]  **Q:** Okay. Is that the total call activity for the
[21] Andover Call Center?
[22]  **A:** Based on the time frame, it would be Andover
[23] and Roseville.
[24]  **Q:** Okay. Now, does this include — obviously,
[25] under total calls for Q1 we have 26,770. Do you see

Page 47

[1] that?
[2]  **A:** Yes.
[3]  **Q:** Okay. Would it be — if we take and look at
[4] option 1, 3, and 4, which we just looked at, and add up
[5] the quarter 1 totals, they come to approximately
[6] 19,000. And those are the fronts of Exhibit I — III,
[7] JJJ, and KKK. And there that says 26,077. Would that
[8] difference, to your knowledge, the remaining 7,000 or
[9] so, be from option 2, which would have been the Compaq
[10] parts?
[11]  **A:** Should be.
[12]  **Q:** Okay. So that Q1 total, to the best of your
[13] understanding there, 26,770 should equal all the
[14] options you had off of your 800 number?
[15]  **A:** Yes.
[16]  **Q:** Okay. Now, we also have the number of calls
[17] answered and the daily average; but again, that's not
[18] — there's no daily average — I'm sorry. There is a
[19] daily average for quarter 2.
[20]      Is there anything on here that shows the
[21] number of orders that were placed from the total
[22] quarter 1 and quarter 2, 2003 calls, which were 34,703?
[23]  **A:** Any place that would show the number of
[24] orders? No.
[25]  **Q:** Okay. How about those metrics, is that the

Page 48

[1] place that you know of where orders were documented?
[2] If we take a look at these PBCO metrics where we show
[3] total orders. Do you remember that?
[4]  **A:** Right. Yes.
[5]  **Q:** Okay. I don't know if you still have that —
[6]  **A:** No.
[7]  **Q:** — in front of you.
[8]      The metrics here that's showed in
[9] Meyerfeld M, for instance, orders, you know, at the
[10] bottom there Roseville/Andover. Do you see where it
[11] says total —
[12]  **A:** Uh-huh.
[13]  **Q:** — $1,000 and then month-to-date dollars?
[14]  **A:** Yes.
[15]  **Q:** Okay. Did you receive any other reports or
[16] documents that showed what type of order numbers your
[17] call center had for the calendar year 2003?
[18]  **A:** No.
[19]  **Q:** Okay. How about 2002?
[20]  **A:** No.
[21]  **Q:** Okay. All right. I'm going to go through
[22] some of these next ones probably pretty quickly here.
[23] Defendant's Exhibit MMM is document HP10886. Just
[24] labeled Average Time To Answer. It appears to me, and
[25] correct me if I am wrong, average time to answer a

Page 49

[1] call?

[2] **A:** Yes.

[3] **Q:** Okay. Do you know why this document only has

[4] weeks 47 to 51 on it?

[5] **A:** No.

[6] **Q:** Okay. Do you know those total calls for weeks

[7] 47 to 51 there, are those total calls to Andover and

[8] Roseville?

[9] **A:** I have no idea.

[10] **Q:** Okay. Well, the reason I ask is, there is

[11] also not a year reference. So I take it you don't know

[12] what year that's for?

[13] **A:** No.

[14] **Q:** All right. Next is Exhibit NNN, which is

[15] document HP10887 and 10888. This document says total

[16] calls at the top and time to answer. Do you see that?

[17] **A:** Yes.

[18] **Q:** And it's broken down by 52 weeks?

[19] **A:** Yes.

[20] **Q:** So does it appear to be some sort of year?

[21] **A:** Yes.

[22] **Q:** Okay. It — sent to me in an e-mail that

[23] referenced this was calendar year '03 in with your

[24] other stuff, the other yearly stuff we've gone over.

[25] Do you know if this, in fact, references the weekly

Page 50

[1] call volumes to Andover?

[2] **A:** I have no idea.

[3] **Q:** Okay. Do you know if this is a combination of

[4] Andover and Roseville?

[5] **A:** I've never seen this report before, so I don't

[6] know.

[7] **Q:** Okay. Looking at Exhibit OOO, which is 10889,

[8] which I'll reference as calls per week and we have

[9] weeks 47 to 51. Do you know what call center that's

[10] for or what year?

[11] **A:** No, I don't.

[12] **Q:** Okay. Next is documents HP10890 through

[13] 10891, and we'll label this as PPP. Again, at the top

[14] you see there's three columns, total calls, calls

[15] answered, calls abandoned?

[16] **A:** Yes.

[17] **Q:** Okay. And so, again, for a 52-week year?

[18] **A:** Yes.

[19] **Q:** Okay. If you look back at Exhibit NNN, the

[20] total calls do line up. Do you see the numbers there?

[21] **A:** Yes.

[22] **Q:** Okay. Now, this appears to just reflect how

[23] many of those calls were answered, as opposed to NNN we

[24] had the time to answer?

[25] **A:** Correct.

Page 51

[1] **Q:** Okay. Is there anything that would reflect

[2] from Exhibit PPP how many of those calls were answered

[3] ended up in orders being placed?

[4] **A:** No.

[5] **Q:** Okay. Next is Exhibit Q — let me back up

[6] real quick. On Exhibit P there, do you know what

[7] percentage is Andover and what percentage had already

[8] been transferred to Roseville?

[9] **A:** I don't know.

[10] **Q:** QQQ will be HP10892. This says Phone Stats

[11] for Year 2002 at the top. Do you see that?

[12] **A:** Yes.

[13] **Q:** Okay. Now, prior to, we've been looking at

[14] some documents that referenced calendar year '03. This

[15] appears to be a 12-month description of call status,

[16] apparently, for year 2002. Do you know if this is for

[17] your Andover Call Center?

[18] **A:** I don't know.

[19] **Q:** Okay. Assuming from my next question that it

[20] was Andover, do you know why in October there was only

[21] 12 incoming calls?

[22] **A:** No, I don't.

[23] **Q:** Do you see that drop? I mean, it —

[24] **A:** Yeah.

[25] **Q:** — goes from 9,413 in the month of September

Page 52

[1] down to 12.

[2] **A:** I have no idea.

[3] **Q:** Okay. And then it appears to drop off — I

[4] mean, from the 9,000 in September even in — or

[5] November and December, we're down to 1,200 or 1,800.

[6] Do you see that?

[7] **A:** Yes.

[8] **Q:** Okay. Do you know if this is around the time

[9] frame end of '02, beginning of '03, when you did start

[10] transitioning to Andover, if that had any impact, if

[11] you know?

[12] **A:** Yeah, I'm not sure if this is even Andover

[13] calls. But yes, it was — I mean, that is the time

[14] frame when we started to transition, but I don't know

[15] where this report came from.

[16] **Q:** Okay. And keep that in front of you because I

[17] want to next go over Exhibit RRR, which kind of ties to

[18] that, which is HP10893. Which seems to reflect the

[19] same thing just in a column format?

[20] **A:** Yes.

[21] **Q:** All right. Exhibit SSS is HP10894 which —

[22] and 10895. I will hand these to you. It's kind of the

[23] same thing again, we have for 2001, 2002. Do you see

[24] that on the graph?

[25] **A:** Yes.

Page 53

[1]   **Q:** Okay. Now, that represents two different
[2] years. And do you know if that's for the Andover Call
[3] Center?
[4]   **A:** I don't know.
[5]   **Q:** Okay. But the calls in the 2002 column do
[6] match up to previous Exhibit No. QQQ?
[7]   **A:** Right.
[8]   **Q:** Okay. And then, again, on the second page of
[9] 10894 — it says 10895, that simply just represents the
[10] 2001 versus 2002 call numbers there?
[11]   **A:** Yes.
[12]   **Q:** Okay. And if you add them up, 2001 comes to
[13] 61,874; 2002 comes to 72,873. So there's an increase
[14] in approximately 11,000 calls right on the number. Do
[15] you recall experiencing a growth in parts orders or
[16] calls at Andover from 2001 to 2002?
[17]   **MS. CARROLL:** I'm going to object to that
[18] as overly broad.
[19]   **A:** I don't know. Unless it had to do with the
[20] Compaq eSpares store.
[21]   **Q:** (BY MR. HANSEN) Okay. Well, from 2001 to
[22] 2002 did the change from Digital to Compaq take place?
[23]   **A:** I don't remember when that happened.
[24]   **Q:** Okay. Okay. And lastly, I have Exhibit TTT,
[25] which is HP 10838 with attachments 10839 through 10849.

Page 54

[1] And I think it was simply just taken out of order; but
[2] that appears to be option 2, right?
[3]   **A:** Yes.
[4]   **Q:** All right. And that appears — I know we
[5] talked about a 7,000 figure for quarter 1 to be that
[6] 7,800, which would represent the difference in the
[7] option 1, 3, and 4 we saw earlier to get the total 2003
[8] call volume. Do you recall that?
[9]   **A:** Yes.
[10]   **Q:** Okay. So option 2, this was for Compaq parts;
[11] is that correct?
[12]   **A:** Yes.
[13]   **Q:** Okay. And, again, here though it appears that
[14] there are quarter 3 and quarter 4 — well, quarter 3
[15] numbers reported. Do you see that?
[16]   **A:** Yes.
[17]   **Q:** Okay. Do you know why the Compaq options call
[18] volume report did report, as reflected here, quarter 3
[19] totals when the other three did not?
[20]   **A:** I don't know.
[21]   **Q:** Okay. Do you know why the Compaq call volume
[22] decreased from quarter 1 from 7,804 to only 102 calls
[23] in quarter 2?
[24]   **A:** I have no idea.
[25]   **Q:** Do you have any idea then how it increased

Page 55

[1] back to — although, if you look at quarter 3, do you
[2] see there's a zero reflected there in the total?
[3]   **A:** Yes.
[4]   **Q:** However, there's approximately 23,355 total
[5] calls reflected there in those three numbers. Do you
[6] see that?
[7]   **A:** Yes.
[8]   **Q:** Okay. Do you know why we now go from 102 back
[9] up to 23,355?
[10]   **A:** I have no idea.
[11]   **Q:** Okay. In quarter 3 was Andover — quarter 3
[12] of the year 2003, was Andover still an operating call
[13] center?
[14]   **A:** No.
[15]   **Q:** So would your best belief be that those
[16] numbers were from Roseville?
[17]   **A:** Yes.
[18]   **Q:** Which continued to handle the Compaq and
[19] Digital call volumes that Andover did?
[20]   **A:** Yes.
[21]   **MR. HANSEN:** Let's take a break for a
[22] second.
[23]   **THE VIDEOGRAPHER:** We're now going off
[24] the record. Time is approximately 5:17 p.m.
[25]   (Off the record)

Page 56

[1]   **THE VIDEOGRAPHER:** We're now back on the
[2] record. Time is approximately 5:25 p.m.
[3]   **Q:** (BY MR. HANSEN) Okay. Ms. Pound, I'm going
[4] to hand you Defendant's Exhibit UUU, which is a
[5] document labeled HP 11184. It says DPS and in quotes,
[6] 800 call volume report. The front page is reported on
[7] a yearly level and on the rest are the weekly
[8] breakdowns. So go ahead and take a look at that, if
[9] you would. Does it have a year under there, fiscal
[10] year?
[11]   **A:** Fiscal year, calendar year '02.
[12]   **Q:** Okay. Can you tell me what the DPS 800 stands
[13] for?
[14]   **A:** I believe that this is similar to the option
[15] 1, and this stood for Digital Parts Source.
[16]   **Q:** Okay. Why the 800 next to it?
[17]   **A:** That was just an 800 number. So it's saying
[18] that these are the —
[19]   **Q:** Okay.
[20]   **A:** — the call volume from the 800 line for
[21] option 1.
[22]   **Q:** Which we looked at for calendar year '03
[23] previously. This appears to be the calendar year '02
[24] activity for the same option, which would have been
[25] option 1 off of your call number?

Page 57

[1]   **A:** Yes, I believe.

[2]   **Q:** All right. And at this point in time,

[3]  calendar year '02, were all of these calls being

[4]  handled at Andover?

[5]   **A:** Until the end of '02, yes.

[6]   **Q:** Okay. And we have a further breakdown there,

[7]  you see under November it breaks out some weeks there?

[8]   **A:** Yes.

[9]   **Q:** Okay. Is that about the time frame you're

[10]  talking about, where Roseville started handling some of

[11]  these calls?

[12]   **A:** I don't know what the time frame was.

[13]   **Q:** Okay.

[14]   **MS. CARROLL:** I'll just represent to you

[15]  that that means the sign wasn't closed out on the — on

[16]  the spreadsheet itself. That means when the copy

[17]  service did that, they hit a plus sign. That didn't

[18]  mean anything. You could close that on the actual

[19]  spreadsheet that I gave the copy service.

[20]   **MR. HANSEN:** Oh, okay. So November, week

[21]  44 through week 47 is a —

[22]   **MS. CARROLL:** It's a coincidence that the

[23]  copy center — that copy service did that.

[24]   **Q:** (BY MR. HANSEN) All right. Well, let's go

[25]  back up to quarter 1, 2 and 3. That has, again, the

Page 58

[1]  total calls for that quarter for the fiscal calendar

[2]  year '02, correct?

[3]   **A:** Yes.

[4]   **Q:** And then we have a daily average breakout. Do

[5]  you see that further —

[6]   **A:** Yes.

[7]   **Q:** — over on the right? Is there anything on

[8]  this document that would reflect the sales or revenue

[9]  generated by the number of orders placed of those total

[10]  calls?

[11]   **A:** No.

[12]   **Q:** Okay. And then the year-to-date totals are at

[13]  the bottom. For this calendar year '02 there was 6,228

[14]  total calls?

[15]   **A:** Yes.

[16]   **Q:** Okay. HP1196 will be Exhibit VVV; and it has

[17]  attached to it, again, the yearly breakout, which is

[18]  HP11197 through HP11207. Please take a look at that.

[19]   **MS. CARROLL:** Let me see that. Just so the

[20]  record is clear, it's 11196. I think you only gave two

[21]  ones.

[22]   **MR. HANSEN:** Oh, okay.

[23]   **MS. CARROLL:** You said it was 1196.

[24]   **Q:** (BY MR. HANSEN) Okay. That document at the

[25]  top says, Spare 800 Call Volume Report?

Page 59

[1]   **A:** Yes.

[2]   **Q:** Okay. What is that referring to?

[3]   **A:** I'm assuming that it's option 2, but I don't

[4]  know that for sure.

[5]   **Q:** Which is the Compaq part option from Andover?

[6]   **A:** Correct.

[7]   **Q:** Okay. And, again, this is broken down by year

[8]  on HP11196; is that correct?

[9]   **A:** Yes.

[10]   **Q:** Okay. And it appears in the year 2002, you

[11]  actually handled a total call volume of 66,228?

[12]   **A:** It seems high to me but . . .

[13]   **Q:** That's what's reflected in the document,

[14]  right?

[15]   **A:** Correct.

[16]   **Q:** And the daily averages are then broken out

[17]  again, but I don't see anything on this document that

[18]  reflects the sales or revenue from any Compaq parts

[19]  ordered from the total 66,228 call volume; is that

[20]  correct?

[21]   **A:** Correct.

[22]   **Q:** And just so we're clear again, same as

[23]  calendar year '03, for calendar year '02 did you

[24]  receive any documents or reports that were generated

[25]  that showed the sales and revenue for Andover for parts

Page 60

[1]  orders?

[2]   **A:** No.

[3]   **Q:** Were you reporting in '02 the PBCO metrics?

[4]   **A:** Probably the end of '02 we would have started.

[5]   **Q:** Okay. Next is Exhibit XXX, which is HP11208,

[6]  Tech Center 800 Call Volume Report, again for calendar

[7]  year '02, with attached to it 11209 through 11219,

[8]  which is the yearly breakdown.

[9]       And one more question actually on this

[10]  Exhibit VVV. That was for Compaq parts, which included

[11]  any Compaq part you could sell, Presario, non-Presario?

[12]   **A:** Yes.

[13]   **Q:** Okay. And would that also include the type of

[14]  products you said if you didn't have it you could refer

[15]  it to Compaq Direct?

[16]   **A:** Yes.

[17]   **Q:** Okay. Defendant's Exhibit XXX. It says Text

[18]  Center 800 Call Volume Report on the front page. Do

[19]  you have an understanding or any knowledge as to what

[20]  that option is?

[21]   **A:** No.

[22]   **Q:** Okay.

[23]   **A:** Unless it goes with option 3.

[24]   **Q:** Which previously was return calls?

[25]   **A:** Right.

Page 61

[1] **Q:** Okay. But as you sit here today, I take it
[2] that's a best guesstimate that you have?
[3] **A:** Exactly.
[4] **Q:** Okay. All right. And Exhibit YYY is HP11220,
[5] which has attached to it HP11221 through 11231.
[6] **THE VIDEOGRAPHER:** Five minutes.
[7] **Q:** (BY MR. HANSEN) At the top this says Spare
[8] 800 Call Volume Report. Do you see that?
[9] **A:** Yes.
[10] **Q:** Okay. I will tell you to maybe help you out
[11] here that when this was e-mailed to me, it had a tab at
[12] the bottom when I clicked on it that said invoicing.
[13] Okay? Which, as I understand it from your testimony,
[14] is option 4?
[15] **A:** Uh-huh.
[16] **Q:** Is that a yes?
[17] **A:** Yes.
[18] **Q:** Okay. So assume that for this line of
[19] questioning, because I made a specific note of that,
[20] this would be similar to what we talked about for year
[21] '03. These are calls for people who had complaints
[22] about their bill?
[23] **A:** Or questions.
[24] **Q:** Or questions about their bill?
[25] **A:** Yes.

Page 62

[1] **Q:** All right. Next is Exhibit ZZZ, which is
[2] HP11232, which says Year 2002 Call Activity, which is
[3] similar to what we saw earlier referenced year 2003
[4] call activity. And this would be the total call
[5] activity for the four options off of your 1-800 number
[6] invoicing, returns, Compaq parts and Digital parts?
[7] **A:** Yes.
[8] **Q:** Okay. And that total number for '02 was
[9] 79,677?
[10] **A:** Yes.
[11] **Q:** Okay. And comparing that to the next year,
[12] year 2003, which is Exhibit LLL, that total was only
[13] 34,073. But in Exhibit LLL that's only reported for
[14] the first two quarters because you said earlier 2003
[15] was transitioned to Roseville; is that correct?
[16] **A:** In — I'm sorry, can you say that again?
[17] **MS. CARROLL:** I object to that as vague.
[18] **Q:** (BY MR. HANSEN) Okay. Year 2002 call
[19] activity, you have it right there in front of you. And
[20] the total number was 79,677, correct?
[21] **A:** Correct.
[22] **Q:** On Exhibit LLL, which was the 2003 call
[23] activity.
[24] **A:** Uh-huh.
[25] **Q:** The number reflected there is 34,073, correct?

Page 63

[1] **A:** Yes.
[2] **Q:** But in Exhibit L for 2003, quarters 3 and 4
[3] were not reported?
[4] **A:** Correct.
[5] **Q:** Okay.
[6] **MR. HANSEN:** Stop it for a second.
[7] **THE VIDEOGRAPHER:** We're now going off
[8] the record. The time is approximately 5:37 p.m. We're
[9] ending tape 1.
[10] (Off the record)
[11] **THE VIDEOGRAPHER:** We're now back on the
[12] record. The time is approximately 5:41 p.m.
[13] **Q:** (BY MR. HANSEN) Ms. Pound, we have a few more
[14] deposition exhibits to go over here. Exhibit WWW is
[15] HP11248 and 11249. And the document — the front
[16] states Phone Stats for Year 2002. Do you see that?
[17] **A:** Yes.
[18] **Q:** Okay. And then on the back, the second page
[19] simply — I don't know why — is another breakdown of
[20] what you see on the front page, right?
[21] **A:** Yes.
[22] **Q:** And that appears to be the number of calls
[23] taken for Andover for the entire year of '02, which is
[24] broken down on a monthly basis there?
[25] **A:** Yes.

Page 64

[1] **Q:** Okay. And in December there's zero. Do you
[2] see that?
[3] **A:** Yes.
[4] **Q:** Okay. Again, assuming, is that about the time
[5] you believe that the calls were transitioned to
[6] Roseville and that's why it's not reported?
[7] **A:** My guess would be that this was run in
[8] November, so there was no data for December.
[9] **Q:** Okay. Thank you. Lastly, then we have
[10] Exhibit AAA, which compares — well, let me identify
[11] HP11250 and 11251.
[12] **MS. CARROLL:** We are on quadruple A.
[13] **MR. HANSEN:** Quadruple A. Correct.
[14] **Q:** (BY MR. HANSEN) Compares phone call stats for
[15] 2001 versus 2002. Do you see that?
[16] **A:** Yes.
[17] **Q:** Okay. And that would be for your call center
[18] at Andover?
[19] **A:** I'm assuming.
[20] **Q:** Okay.
[21] **A:** I don't know, looking at this.
[22] **Q:** Well, assume that it is.
[23] **A:** Okay.
[24] **Q:** Would your best belief be that that reflects
[25] all calls under the four options at your 800 number?

**Page 65**

[1] A: Yes.

[2] Q: And if we wanted simply to break those numbers
[3] out for 2002 and 2003, we could go to the monthly
[4] reports that we went over earlier for each of the four
[5] options, correct?

[6] A: Yes.

[7] Q: So if we're simply interested in total calls
[8] taken from options 1 and 2, which are the parts, we
[9] could take that number and break it out of this; for
[10] instance, 3,003 reflected in January of '02?

[11] A: Should be.

[12] Q: Okay. Lastly, I just want to ask you a few
[13] follow-ups. Did you review any — any exhibits —
[14] strike that. Did you review any documents prior to
[15] your deposition here today?

[16] A: No.

[17] Q: Okay. Did you review any of the deposition
[18] testimony that's been given in this case?

[19] A: No.

[20] Q: Okay. And other than meeting with counsel —
[21] and I don't want to get into any of those conversations
[22] — did you meet or discuss this case or the allegations
[23] involved with anyone?

[24] A: No.

[25] Q: Okay. Have you ever spoken to anyone at MITG?

**Page 66**

[1] A: No. Not that I know of.

[2] Q: Right. Well, let me — do you know who
[3] Ron Haught is?

[4] A: No.

[5] Q: Okay. And did you — you said you had some
[6] involvement with Chip Love.

[7] A: Yes.

[8] Q: Being he was the — I think the business side?

[9] A: Yes.

[10] Q: Okay. And did Houston, at some point in time,
[11] take over the eSpares Web site at all?

[12] A: They helped develop it.

[13] Q: Okay. And is Houston an entity that takes any
[14] calls? Is there a call center here, do you know?

[15] MS. CARROLL: Objection. Overly broad,
[16] calls for speculation.

[17] A: I'm not aware of any. I don't know.

[18] Q: (BY MR. HANSEN) Okay. What — were you
[19] involved in the development of the Web site?

[20] A: No.

[21] Q: Okay. Was — was there any ordering mechanism
[22] for an individual to place an order on eSpares, have
[23] that order approved, and then an invoice sent right
[24] back to them over the Internet?

[25] A: No.

**Page 67**

[1] Q: How were orders handled from the eSpares Web
[2] site?

[3] A: Customers could place orders directly and
[4] either enter in a purchase order or a credit card
[5] number and then they were always reviewed. Purchase
[6] orders definitely had — they were put on hold until we
[7] received a copy of the purchase order. And credit card
[8] orders would go through automatically.

[9] Q: Was there any familiarity at Andover when you
[10] were there with this VISTA system? Do you know what —

[11] A: No.

[12] Q: — I'm talking about?

[13] Okay. When a customer placed an order on
[14] the eSpares Web site, could they — could Andover have
[15] it reviewed and approved and then send a response to
[16] them over the Internet to whatever Web site the
[17] customer may have?

[18] A: Could we have sent an e-mail to the customer?

[19] Q: Or an acknowledgement?

[20] A: Yes.

[21] Q: Invoice?

[22] A: Yes.

[23] Q: That could be done electronically?

[24] A: The system automatically sent an
[25] acknowledgment when they placed an order and gave their

**Page 68**

[1] order number and a confirmation.

[2] Q: Okay. Were you involved in any of the
[3] programming or development of that Web site?

[4] A: No.

[5] Q: The eSpares, I'm talking about?

[6] A: Not development.

[7] Q: Okay. Was that done in Houston?

[8] A: Yes.

[9] Q: Was Chip Love involved in that, if you know?

[10] A: Yes.

[11] Q: Okay. Did you ever have any contact with
[12] anyone in Omaha regarding the Compaq Direct business?

[13] A: I did talk to Troy a few times.

[14] Q: Okay. What was the conversations — you mean
[15] Troy Bloomquist?

[16] A: Yes.

[17] Q: Okay. What were those conversations in
[18] regards to?

[19] A: We talked about, you know, if we didn't have
[20] the part how we could set up something so that we could
[21] refer calls to him and vice versa, if he didn't have
[22] parts.

[23] Q: Okay. Was there a number he gave you to refer
[24] the calls to or how did that work?

[25] A: Yes.

Page 69

[1]    **Q:** Okay. And did you use that number and refer
[2] calls?
[3]    **A:** I think usually what we did is we transferred
[4] — if we had the caller on the line, we would just
[5] transfer it to that number.
[6]    **Q:** Okay. And that was to Troy Bloomquist —
[7] Troy Bloomquist's group?
[8]    **A:** Yes.
[9]    **Q:** Did you understand that to be Compaq Direct?
[10]    **A:** Yes.
[11]    **Q:** Did you have any communications or otherwise
[12] with anyone else at the Compaq Direct organization in
[13] Omaha?
[14]    **A:** People that worked for Troy.
[15]    **Q:** Like Sherry Ellis?
[16]    **A:** I don't know names. We would just transfer
[17] them. You know, we wouldn't hang up until someone
[18] answered. So we would say we're transferring a call.
[19] So I didn't even know the names, it was just whoever
[20] answered the phone.
[21]    **Q:** Okay. Do you know where that number routed to
[22] that you were referring these people to?
[23]    **A:** No.
[24]    **Q:** Okay. Do you know if, in fact, when you
[25] referred a customer that was on the line, if it went to

Page 70

[1] Omaha or actually went to Hannibal, Missouri; or
[2] Quincy, Illinois?
[3]    **A:** I have no idea.
[4]    **MR. HANSEN:** Okay. That's all I have.
[5] Thanks.
[6]    **MS. CARROLL:** That's it. Thanks.
[7]    **THE VIDEOGRAPHER:** We're now going off
[8] the record. Time is approximately 5:49 p.m. We are
[9] ending this deposition.
[10]    (Deposition concluded at 5:49 p.m.)
[11]
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 71

[1]    CHANGES AND SIGNATURE
[2] PAGE    LINE    CHANGE    REASON
[3]
[4]
[5]
[6]
[7]
[8]
[9]
[10]
[11]
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 72

[1] I, DIANE POUND, have read the foregoing deposition
[2] and hereby affix my signature that same is true and
[3] correct, except as noted above.
[4]
[5]
                    DIANE POUND
[6] THE STATE OF TEXAS
[7] COUNTY OF HARRIS
[8]        Before me, _____, on
[9] this day personally appeared DIANE POUND, known to me
[10] (or proved to me under oath or through
[11] _____        ) (description of identity card or
[12] other document) to be the person whose name is
[13] subscribed to the foregoing instrument and acknowledged
[14] to me that they executed the same for the purposes and
[15] consideration therein expressed.
[16]        Given under my hand and seal of office
[17] this _____ day of _____, 2005.
[18]
[19]
[20]        NOTARY PUBLIC IN AND FOR
                THE STATE OF TEXAS
[21]    My Commission Expires:  ___/___/____
[22]
[23]
[24]
[25]

Hewlett-Packard Development Company, ...
Midwest Information Technology Group, Inc.

Diane Pound
March 29, 2005

Page 73

[1]      IN THE UNITED STATES DISTRICT COURT
         FOR THE CENTRAL DISTRICT OF ILLINOIS
[2]            SPRINGFIELD DIVISION
[3] HEWLETT-PACKARD          *
    DEVELOPMENT COMPANY,L.P., *
[4] HEWLETT-PACKARD COMPANY, *
    AND COMPAQ TRADEMARK B.V.,*
[5]
         Plaintiffs,  *
[6] VS.          * CIVIL ACTION NO. 04-3055
[7] MIDWEST INFORMATION      *
    TECHNOLOGY GROUP, INC.   *
[8] AND MICHAEL LAUBER,      *
         Defendants.  *
[9]
[10]      REPORTER'S CERTIFICATE
[11]    ORAL DEPOSITION OF DIANE POUND
[12]         March 29, 2005
[13]      I, Carolyn Ruiz Coronado, Certified
[14] Shorthand Reporter in and for the State of Texas,
[15] hereby certify to the following:
[16]    That the witness, DIANE POUND, was duly
[17] sworn by the officer and that the transcript of the
[18] oral deposition is a true record of the testimony given
[19] by the witness;
[20]    That the deposition transcript was
[21] submitted on _____, to the witness or
[22] to the attorney for the witness for examination,
[23] signature and return to me by
[24]
[25]    That the amount of time used by each party

Page 74

[1] at the deposition is as follows:
[2]    Mr. James A. Hansen - 1 HR, 30 MINS
[3]    That pursuant to information given to the
[4] deposition officer at the time said testimony was
[5] taken, the following includes counsel for all parties
[6] of record:
[7]    Ms. Elizann Carroll, Attorney for
    Plaintiffs
[8]    Mr. James A. Hansen, Attorney for
    Defendants
[9]    I further certify that I am neither
[10] counsel for, related to, nor employed by any of the
[11] parties or attorneys in the action in which this
[12] proceeding was taken, and further that I am not
[13] financially or otherwise interested in the outcome of
[14] the action.
[15]    Further certification requirements
[16] pursuant to Rule 203 of TRCP will be certified to after
[17] they have occurred.
[18]    Certified to by me this _____ day of
[19] _____, _____.
[20]
[21]    Carolyn Ruiz Coronado, Texas CSR#7113
         Expiration Date: 12/31/2006
[22] 1010 Lamar, Suite 1400, Houston, Tx 77002
         (713) 739-1400
[23]
[24]
[25]

Page 75

[1]    FURTHER CERTIFICATION UNDER RULE 203 TRCP
[2]    The original deposition was/was not
[3] returned to the deposition officer on
[4] _____;
[5]    If returned, the attached Changes and
[6] Signature page(s) contain(s) any changes and the
[7] reasons therefor;
[8]    If returned, the original deposition was
[9] delivered to _____, Custodial
[10] Attorney;
[11]    That $_____ is the deposition
[12] officer's charges to the party for preparing the
[13] original deposition transcript and any copies of
[14] exhibits;
[15]    That the deposition was delivered in
[16] accordance with Rule 203.3, and that a copy of this
[17] certificate was served on all parties shown herein on
[18] and filed with the Clerk.
[19]    Certified to by me this ____ day of
[20] _____, _____.
[21]
[22]    Carolyn Ruiz Coronado, Texas CSR#7113
         Expiration Date: 12/31/2006
    1010 Lamar, Suite 1400, Houston, Tx 77002
[23]    (713) 739-1400
[24]
[25]