From: Manzo, Victor
Sent: Monday, August 16, 2004 5:39 PM
To: Crowley, Bill
Subject: FW: Hp Direct updates

Importance: High


-----Original Message-----
From: MEYERFELD,LOUISE (HP-Roseville,ex1)
Sent: Thursday, January 22, 2004 10:23 AM
To: CHIZEK,RICHARD (HP-Roseville,ex1); SORIANO,ROLAND (HP-Roseville,ex1); MILLER,TRACY L (HP-USA,ex1); BOYLE,CHARLIE J (HP-Paramus,Paramus, NJ USA)
Cc: PEREZ,SONIA (HP-Roseville,ex1); MM-20040113-COWAN,YVONNE (HP-USA,ex1); MANZO,VICTOR (HP-Roseville,ex1); KARAS,JOHN (HP-Roseville,ex1); ELLIS,SHARI (HP-Omaha); HANDLAN,AMY (HP-Atlanta); Lauri. Vagadori (Lauri.Vagadori@sykes.com)
Subject: Hp Direct updates
Importance: High

Account Set ups:

Thanks for the updates today. Sounds like we are moving on a fast track. So, during this meeting, we will get status from Melissa regarding finalizing the accout set up process. Due date is 1/28, with Sonia having the new accounts to Melissa by 1/22-23.

The letters will be mailed out to the top 89 accounts by Jan 29th, with the follow up calls starting Feb1, that will provide account numbers and information about the Parts Store and other information required about placing parts orders. The remainder of the letters (2000+) will go out the first week in Feb. The letters will contain the Parts Store url as well as any needed phone numbers.

Telecom:

Victor has provided Victoria and Amy with the VDN's and they will begin doing some testing. It appears, that everything is on track to move the calls in the expected timeframe....Anytime between 5PM 2/6-2/8.

Phones need to be up ready to go in Roseville by 5AM 2/9.


Website cut off:

I am working with Linda Gretzinger as far at capturing the domains currently used at MITG. Linda believes it will, even with a signed approval from MITG, it could take 2 months to complete.

Shari will have to work with Ron at MITG to ensure every mention or link to HP is removed, and these sights are not utilized for business.



HP000009

Training on S accounts:

John Karas is working on this piece and will put documentation together and plan a train the trainer session. This is due by 1/29 to allow ample time to train the trainer.

Calls to MITG that result in backorder:

As of 2/2, will be forwarded to Roseville 800-227-8164 opt 2, opt 2 for order placement. This is to allow VISTA access to be shut down and eleviate manual steps for Shari after the Feb 8th date.

Post shipment processes:

Shari will remain in place short term to work out outstanding order issues placed on VISTA prior to 2/6.

A meeting has been scheduled to include Shari and Maureen Heath to discuss the backend processes and integratio of those into the Customer Solutions group (Maureens, Sharon,s). These meeting will begin 1/26, and will continue until integratio is complete (approx 1-2 months).

Start up date for Rosevill Sales Center 2/9.

Regards,
Louise

From: Manzo, Victor
Sent: Monday, August 16, 2004 5:39 PM
To: Crowley, Bill
Subject: FW: Minutes of Account Set-Up Meeting

-----Original Message-----
From: CHIZEK,RICHARD (HP-Roseville,ex1)
Sent: Friday, January 16, 2004 3:52 PM
To: CHIZEK,RICHARD (HP-Roseville,ex1); COWAN,YVONNE C (HP-Roseville); ALLEN,MELISSA A (HP-Colorado Springs); PEREZ,SONIA (HP-Roseville); MILLER,TRACY L (HP-USA,ex1); MEISNER,CLAUDIA (HP-Roseville,ex1);
Cc: ELLIS,SHARI (HP-Omaha); KARAS,JOHN (HP-Roseville,ex1); MANZO,VICTOR (HP-Roseville,ex1); MEYERFELD,LOUISE (HP-Roseville,ex1); SORIANO,ROLAND (HP-Roseville,ex1);
Subject: Minutes of Account Set-Up Meeting

Purpose:

1. Review HP Parts Account Set Up Request process, and firm up agreements per Account Set-Up practices, and ensure 'Red' Account Set-up development issues are completed and implemented.
2. Review the HP Direct/MITG Migration announcement, and provide Accounts Team with details of the migration.

Background
Ordering for pmCompaq parts has been consolidated at Roseville Parts Sales Center. We need the ability to extend Net 30 Accounts for purchase of both HP and pmCompaq to eligible clients. Customers who are not eligible for Net 30 terms will continue be offered Credit Card and/or Mail-In options. The HP Direct pmCompaq focused parts order mgt. is migrating to Roseville on Feb. 9., Many clients have had dedicated HP Direct accounts, but may not have HP Parts or pmCompaq/eSpares accounts. HP Parts Business Management wants to ensure those clients have HP and pmCompaq parts accounts to continue accepting their parts orders.

Sonia - Indicates that 'Red' account set-up processes are in place and she has the basics. Set-up is contingent on account approvals from Melissa Allen. Melissa returns to office Tuesday.

Claudia - Mary Petrovich is a key linkage and process expert to assist with questions about 'Red' account set-up.

Tracy - Shared 'Red' account set up processes with the team. These may require some updating and consolidation. Richard agrees to look through the processes and suggest updates.

Yvonne - To release the announcement asap, recommends HP Direct migration letter includes that 'account numbers will follow.' Approx. 110 pre-MITG accounts identified as recurrent parts customers. Many of the MITG clients have existing HP accounts.

HP000011

Richard - Sonia can redirect any 'new account requests' back to Parts if not related to HP Direct/MITG Migration, or have not been 'pre-qualified' at PBCO-PDO or eSpares. Submit requests back to John K. to reassign callback to Sykes team.

Richard will also calibrate Shari Ellis and MITG that 'new account set up requests' and/or parts inquiries should be directed to PBCO 800-227-8164.

A draft of the announcement letter to MITG clients is attached outlining process changes and parts options. Do not forward outside of project team.

Thanks for taking time to participate and implement these processes.

Regards,
Richard Chizek,
HP Parts Sales Centers Manager
HPS Americas - Channel and Parts Business
916 785-8651 (desk)
916 628-5225 (cell)

To Order Parts: <www.hp.com/buy/parts>
1-800-227-8164

From: Manzo, Victor
Sent: Monday, August 16, 2004 5:40 PM
To: Crowley, Bill
Subject: FW: Minutes*HPD migration team meeting 2/3

-----Original Message-----
From: Cowan, Yvonne C [mailto:yvonne.cowan@hp.com]
Sent: Tuesday, February 03, 2004 4:59 PM
To: Ellis, Shari; Chizek, Richard; Manzo, Victor; Heath, Maureen C; Soriano, Roland L; Perez, Sonia; Allen, Melissa A; Farlin, Lynn; Meyerfeld, Louise A; Karas, John P
Cc: Parmley, Jody; Crowley, Bill; Miller, Tracy
Subject: Minutes*HPD migration team meeting 2/3

Greetings all,

Below is a synopsis of the HP Direct integration status: updates highlighted in purple

*Telephony is in place and ready to move--5AM pst 3/9 **Victor and Victoria working on the issues: Calls will be redirected to Roseville- options 2 & 3. Scripting for existing orders channeled to "split skill team" and "digital classic team". There are only 2 known entry points #800-848-4589/848-9771 both redirected from Omaha / Victoria to Roseville / Victor. The current phone lines provide options: #2 pmCPQ-Deq, #3 HP branded, #4 post ship option. Option 4 channel's to Maureen Heath's team regardless of whether is a red or blue part. **ACTION*** to include RMA option for HP Direct Parts. That will move option 5 to option 6. The new request for RMA will be on option 5. Victor & Victoria will handle the move details along with Jeff & Maureen.

*Drawer statement in place and being distributed to agents 3/4 (attached document)**Richard- All items in place-if anything additional it will not change the direction of the letter

*Letters to top 100 mailed 1/30 **Shari- letters went to a key target and dispersed to other internal HP players. Most letters went to HP sales reps. Questions that arrived were met with confidence that customers will not notice flow in actions. Shari concerned about 2 key customers- Agilent and DHL. Yolanda Topolonski will give presentation tomorrow to Agilent management to explain flow. **Action-Yvonne-requested that collections is forwarded copies of letters and brought up to speed with Agilent resolution.

*Remainder of letters to be mailed 2/4**Action-Yvonne-requested that collections is forwarded copies of letters

*Internal letter to HP Direct mailed 1/27**Action-Yvonne-requested that collections is forwarded copies of letters

*MITG's access to CSN to be cut off Friday 2/6 5PM pst **no further discussion -action unknown.

*Call center readiness (Richard update) **Richard had a meeting with the call center and went through the drawer statement. Included how the call center will respond to question's and concerns of HPD trade customers. Only outstanding issue revolves around the inability to enter the orders as the accounts are not yet linked.

*Post shipment process hand off team working on project to make happen (Maureen/Shari update) *included in meetings also Jeff M & Yvonne. Shari will remain on team to ensure that all



HP000013

issues are resoled- possible March 8 transition. Meetings are ongoing with next call taking place Friday 2/6.

*Account numbers in place, but not linked yet (still some questions) **Shari is concerned with two major customers: DHL & Agilent. Agilent is being handled by Yolanda Toloplinski with inclusion of Richard C, Lynn Farlin & Shari Ellis for discussion. DHL is having issue as they are not yet linked- Richard C will contact DHL. It was discovered that customers must be linked to Power (CRT team) and CPR (Sonia)- in addition- the information must be sent to Claudia to send to David for HPPS portion of the link. Update on the account set-ups: Blue CBN's and Red ID#'s have been created. Red #'s are loaded into CPR. Power is in action (no eta) from CRT team primarily Mary P. Until today it was unknown that the extra step needed to be taken by Claudia to ensure that the customers are fully activated in account setup. Claudia's TAT is 24 hours from list that was acquired this morning. Issue is that red accounts are in place but not yet linked. Concern is that we currently have 5 customers that are trying to place orders but remain in the holding pattern until we can link the accounts. Discussion was had concerning the issue of Turnaround Time for new account set up. At this present time the TAT is 48 hours, however we have 5 silos that must touch the account and set up in various systems. The feeling is that the process should be streamlined due to the fact that the actions can take place concurrently after credit is approved. Sonia is concerned because she is receiving calls from customers inquiring why they can not order; the calls are arriving direct from agents. *** ACTION - Richard C to provide escalation path for customers that want accounts but issues arise. Richard will add feature in call box to handle issues on HP migration and channel to himself and the migration team. If Tracy/Sonia have current escalations ok to email/forward to Richard C and he will respond. Lynn Farlin will take action to follow up with Claudia to ensure that credit & account creations are owned by those teams. Richard C will discuss that call center agents should not refer customers direct to Sonia for new account set-ups but refer to { HYPERLINK "mailto:cbn.offsite@hp.com" }

*Current MITG website with HP/CPQ domain in limbo--no idea as to when this will be completed **out of our hands- into legal department's hands. Louise will share information with Bill C and Chip Love.

*Process to be handed off, front end business, are sketchy as we cannot get adequate information from MITG **out of our hands- into legal department's hands. Louise will share information with Bill C and Chip Love.

Regards,
Yvonne Cowan
#916-785-3684