E-FILED
Wednesday, 01 February, 2006 03:54:06 PM
Clerk, U.S. District Court, ILCD

| DATES | | | GROSS TOTALS | | | | | Discounts | | Credits/Rebills | | Cancellations | | NET TOTALS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WE | Date | Day | Agent Ords | Web Ords | TTL Ords | Qty | $ Amt | Amt. to be Disc | Disc Amt | Qty | $ Amt | Qty | $ Amt | Ords | Qty | $ Amt |
| 04-May | TOTALS | | | | 55 | 133 | $11,528 | $0 | $0 | (10) | ($1,416) | 0 | $0 | 55 | 123 | $10,112 |
| 11-May | TOTALS | | | | 57 | 96 | $9,883 | $0 | $0 | (3) | ($186) | 0 | $0 | 57 | 93 | $9,697 |
| 18-May | TOTALS | | | | 75 | 172 | $15,580 | $0 | $0 | (6) | ($589) | 0 | $0 | 75 | 166 | $14,991 |
| 25-May | TOTALS | | | | 214 | 286 | $32,517 | $0 | $0 | (2) | ($330) | 0 | $0 | 214 | 284 | $32,187 |
| 01-Jun | TOTALS | | | | 391 | 505 | $57,238 | $0 | $0 | (15) | ($1,755) | 0 | $0 | 391 | 490 | $55,483 |
| 08-Jun | TOTALS | | | | 533 | 645 | $72,707 | $0 | $0 | (12) | ($2,457) | 0 | $0 | 533 | 633 | $70,250 |
| 15-Jun | TOTALS | | | | 616 | 818 | $88,071 | $0 | $0 | (40) | ($5,216) | 0 | $0 | 616 | 778 | $82,855 |
| 22-Jun | TOTALS | | | | 567 | 734 | $79,501 | $0 | $0 | (44) | ($6,293) | 0 | $0 | 567 | 690 | $73,208 |
| 29-Jun | TOTALS | | | | 582 | 816 | $97,733 | $0 | $0 | (73) | ($6,423) | 0 | $0 | 582 | 743 | $91,310 |
| 06-Jul | TOTALS | | | | 513 | 694 | $77,944 | $0 | $0 | 0 | $0 | 0 | $0 | 513 | 694 | $77,944 |
| 13-Jul | TOTALS | | | | 630 | 841 | $88,557 | $0 | $0 | (66) | ($9,042) | 0 | $0 | 630 | 775 | $79,515 |
| 20-Jul | TOTALS | | | | 1017 | 940 | $101,059 | $0 | $0 | (86) | ($12,667) | 0 | $0 | 1017 | 854 | $88,392 |
| 27-Jul | TOTALS | | | | 1006 | 968 | $86,452 | $0 | $0 | (82) | ($14,341) | 0 | $0 | 1006 | 886 | $72,111 |
| 03-Aug | TOTALS | | | | 834 | 1191 | $123,203 | $0 | $0 | (45) | ($5,577) | 0 | $0 | 834 | 1146 | $117,626 |
| 10-Aug | TOTALS | | | | 945 | 1618 | $148,780 | $0 | $0 | (94) | ($8,422) | 0 | ($43,160) | 945 | 1524 | $97,198 |
| 17-Aug | TOTALS | | | | 991 | 1464 | $165,272 | $0 | $0 | (29) | ($3,644) | 0 | $0 | 991 | 1435 | $161,628 |
| 24-Aug | TOTALS | | | | 1016 | 1490 | $169,544 | $0 | $0 | (180) | ($14,465) | 0 | $0 | 1016 | 1310 | $155,079 |
| 31-Aug | TOTALS | | | | 1031 | 1868 | $195,143 | $0 | $0 | (98) | ($14,749) | 0 | $0 | 1031 | 1770 | $180,394 |
| 07-Sep | TOTALS | | | | 1016 | 1461 | $152,303 | $0 | $0 | (89) | ($15,803) | 0 | $0 | 1016 | 1372 | $136,500 |
| 14-Sep | TOTALS | | | | 1093 | 1633 | $188,375 | $0 | $0 | (91) | ($13,149) | 0 | $0 | 1093 | 1542 | $175,226 |
| 21-Sep | TOTALS | | | | 1116 | 1790 | $195,364 | $0 | $0 | (39) | ($6,177) | 0 | $0 | 1116 | 1751 | $189,187 |
| 28-Sep | TOTALS | | | | 1036 | 1855 | $208,263 | $0 | $0 | (144) | ($14,907) | 0 | $0 | 1036 | 1711 | $193,356 |
| 05-Oct | TOTALS | | | | 1036 | 1872 | $234,159 | $44,206 | $6,631 | (89) | ($14,117) | (71) | ($7,823) | 1036 | 1712 | $205,588 |
| 12-Oct | TOTALS | | | | 1090 | 1798 | $205,175 | $24,202 | $3,630 | (99) | ($10,883) | 0 | $0 | 1090 | 1699 | $190,662 |
| 19-Oct | TOTALS | | | | 1026 | 1516 | $188,201 | $16,003 | $2,400 | (134) | ($14,281) | (2) | ($68) | 1026 | 1380 | $171,452 |
| 26-Oct | TOTALS | | | | 1274 | 2049 | $260,755 | $33,613 | $5,042 | (133) | ($18,074) | (7) | ($1,560) | 1274 | 1909 | $236,078 |
| 02-Nov | TOTALS | | | | 1424 | 2193 | $224,248 | $6,466 | $970 | (121) | ($10,928) | (6) | ($1,142) | 1424 | 2066 | $211,208 |
| 09-Nov | TOTALS | | 365 | 1048 | 1413 | 2128 | $223,302 | $9,072 | $1,361 | (47) | ($8,292) | (34) | ($7,137) | 1413 | 2047 | $206,512 |
| 16-Nov | TOTALS | | 356 | 1229 | 1585 | 2408 | $256,388 | $11,316 | $1,697 | (67) | ($13,856) | (141) | ($20,317) | 1585 | 2200 | $220,518 |
| 23-Nov | TOTALS | | 453 | 1166 | 1619 | 2410 | $255,243 | $8,119 | $1,218 | (110) | ($12,279) | (32) | ($9,058) | 1619 | 2268 | $232,689 |
| 30-Nov | TOTALS | | 252 | 865 | 1117 | 1615 | $181,585 | $3,509 | $526 | (68) | ($9,582) | (95) | ($29,615) | 1117 | 1452 | $141,862 |
| 07-Dec | TOTALS | | 420 | 1198 | 1618 | 2344 | $266,462 | $15,548 | $2,332 | (94) | ($9,185) | (16) | ($3,850) | 1618 | 2234 | $251,095 |
| 14-Dec | TOTALS | | 530 | 1238 | 1768 | 2914 | $323,984 | $12,723 | $1,908 | (171) | ($16,537) | (78) | ($5,029) | 1768 | 2665 | $300,510 |
| 21-Dec | TOTALS | | 431 | 1099 | 1530 | 2356 | $256,037 | $8,842 | $1,326 | (142) | ($18,153) | (32) | ($4,040) | 1530 | 2182 | $232,518 |

Confidential
Pursuant to Protective Order

EXHIBIT GGGG
Deponent Chizek
Date 5/4/05 Rptr. RD
DEPOBOOK

HP011007

3:04-cv-03055-JES-CHE # 70-8 Page 2 of 4

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28-Dec | TOTALS | 276 | 704 | 980 | 1427 | $170,940 | $7,009 | $1,051 | (63) | ($6,828) | (5) | ($862) | 980 | 1359 | $162,499 |
| 04-Jan | TOTALS | 323 | 1029 | 1352 | 2029 | $213,745 | $15,783 | $2,367 | (11) | ($2,312) | (106) | ($30,675) | 1352 | 1912 | $178,394 |
| 11-Jan | TOTALS | 477 | 1437 | 1914 | 2852 | $337,847 | $18,141 | $2,721 | (192) | ($26,078) | (18) | ($7,569) | 1914 | 2642 | $301,479 |
| 18-Jan | TOTALS | 658 | 1213 | 1871 | 2884 | $324,911 | $14,771 | $2,216 | (164) | ($16,183) | (27) | ($5,002) | 1871 | 2703 | $301,540 |
| 25-Jan | TOTALS | 494 | 1214 | 1708 | 2687 | $283,725 | $14,378 | $2,157 | (84) | ($10,770) | (22) | ($3,564) | 1708 | 2581 | $267,234 |
| 01-Feb | TOTALS | 495 | 1233 | 1728 | 2650 | $276,033 | $7,987 | $1,198 | (223) | ($27,425) | (23) | ($1,996) | 1728 | 2404 | $245,414 |
| 08-Feb | TOTALS | 574 | 1235 | 1809 | 3087 | $366,401 | $17,160 | $2,574 | (199) | ($25,580) | (69) | ($19,546) | 1809 | 2819 | $318,754 |
| 15-Feb | TOTALS | 652 | 1248 | 1900 | 3137 | $349,532 | $11,521 | $1,728 | (166) | ($20,413) | (37) | ($46,697) | 1900 | 2934 | $310,694 |
| 22-Feb | TOTALS | 633 | 1165 | 1798 | 2615 | $385,595 | $14,448 | $2,167 | (78) | ($9,691) | (123) | ($101,961) | 1798 | 2414 | $271,776 |
| 01-Mar | TOTALS | 651 | 1145 | 1796 | 2970 | $472,828 | $16,395 | $2,459 | (212) | ($26,340) | (176) | ($122,937) | 1796 | 2582 | $321,092 |
| 08-Mar | TOTALS | 580 | 1204 | 1784 | 2873 | $324,775 | $19,244 | $2,887 | (243) | ($32,170) | (68) | ($16,785) | 1784 | 2562 | $272,933 |
| 15-Mar | TOTALS | 633 | 1060 | 1693 | 2567 | $281,696 | $13,949 | $2,092 | (149) | ($19,647) | (29) | ($3,734) | 1693 | 2389 | $256,223 |
| 22-Mar | TOTALS | 629 | 1042 | 1671 | 2497 | $284,524 | $3,420 | $513 | (153) | ($24,283) | (14) | ($3,330) | 1671 | 2330 | $253,398 |
| 29-Mar | TOTALS | 638 | 1025 | 1663 | 2487 | $281,877 | $15,238 | $2,286 | (107) | ($14,667) | (15) | ($3,082) | 1663 | 2385 | $264,842 |
| 05-Apr | TOTALS | 684 | 1001 | 1685 | 3051 | $351,470 | $8,165 | $1,225 | (130) | ($19,081) | (80) | ($20,249) | 1685 | 2841 | $310,915 |
| 12-Apr | TOTALS | 712 | 930 | 1642 | 2633 | $320,103 | $12,002 | $1,800 | (168) | ($21,392) | (13) | ($5,696) | 1642 | 2462 | $291,215 |
| 19-Apr | TOTALS | 618 | 930 | 1548 | 2287 | $279,241 | $7,250 | $1,088 | (114) | ($13,821) | (9) | ($6,128) | 1548 | 2164 | $258,205 |
| 26-Apr | TOTALS | 722 | 848 | 1570 | 2440 | $274,676 | $9,424 | $1,414 | (153) | ($26,637) | 0 | $0 | 1570 | 2287 | $243,625 |
| 03-May | TOTALS | 651 | 814 | 1465 | 2279 | $261,748 | $6,289 | $943 | (268) | ($33,604) | (16) | ($1,088) | 1465 | 1998 | $226,116 |
| 10-May | TOTALS | 656 | 926 | 1582 | 2316 | $237,834 | $3,230 | $485 | (91) | ($18,139) | (22) | ($3,259) | 1582 | 2203 | $215,952 |
| 17-May | TOTALS | 613 | 898 | 1511 | 2265 | $253,498 | $7,120 | $1,068 | (139) | ($18,884) | (20) | ($8,988) | 1511 | 2106 | $224,558 |
| 24-May | TOTALS | 578 | 990 | 1568 | 2332 | $272,380 | $6,432 | $965 | (163) | ($22,430) | (25) | ($8,881) | 1568 | 2144 | $240,604 |
| 31-May | TOTALS | 350 | 893 | 1243 | 1764 | $210,783 | $5,727 | $859 | (83) | ($12,806) | (21) | ($2,384) | 1243 | 1660 | $194,734 |
| 07-Jun | TOTALS | 543 | 919 | 1462 | 2194 | $231,286 | $3,790 | $569 | (60) | ($4,784) | (45) | ($5,119) | 1462 | 2089 | $220,815 |
| 14-Jun | TOTALS | 507 | 915 | 1422 | 2046 | $250,526 | $21,386 | $3,208 | (42) | ($5,790) | (16) | ($5,413) | 1422 | 1989 | $236,115 |
| 21-Jun | TOTALS | 494 | 1072 | 1566 | 2456 | $262,841 | $9,902 | $1,485 | (125) | ($20,361) | (5) | ($897) | 1566 | 2326 | $240,098 |
| 28-Jun | TOTALS | 532 | 930 | 1462 | 2199 | $258,687 | $8,815 | $1,322 | (40) | ($4,350) | (6) | ($1,567) | 1462 | 2153 | $251,448 |
| 05-Jul | TOTALS | 383 | 902 | 1285 | 1815 | $208,157 | $5,353 | $803 | (15) | ($1,642) | (4) | ($1,836) | 1285 | 1796 | $203,876 |
| 12-Jul | TOTALS | 602 | 1010 | 1612 | 2289 | $286,581 | $7,205 | $1,081 | (42) | ($5,298) | (8) | ($725) | 1612 | 2239 | $270,477 |
| 19-Jul | TOTALS | 645 | 923 | 1568 | 2261 | $268,127 | $8,608 | $1,291 | (144) | ($22,276) | (10) | ($2,150) | 1568 | 2107 | $242,410 |
| 26-Jul | TOTALS | 546 | 969 | 1515 | 2476 | $304,812 | $10,209 | $1,531 | (288) | ($33,653) | (145) | ($33,020) | 1515 | 2043 | $236,607 |
| 02-Aug | TOTALS | 684 | 924 | 1608 | 2400 | $290,036 | $9,768 | $1,465 | (110) | ($15,847) | (2) | ($127) | 1608 | 2288 | $272,597 |
| 09-Aug | TOTALS | 651 | 925 | 1576 | 2223 | $259,416 | $9,879 | $1,482 | (6) | ($657) | (41) | ($10,895) | 1576 | 2157 | $248,682 |
| 16-Aug | TOTALS | 640 | 912 | 1552 | 2124 | $257,206 | $6,153 | $923 | (182) | ($28,778) | (92) | ($29,405) | 1552 | 1850 | $198,100 |
| 23-Aug | TOTALS | 668 | 1013 | 1681 | 2421 | $274,585 | $4,885 | $733 | (99) | ($15,311) | (18) | ($4,824) | 1681 | 2304 | $253,217 |
| 30-Aug | TOTALS | 626 | 1019 | 1645 | 2354 | $286,232 | $16,124 | $2,419 | (38) | ($5,123) | (9) | ($2,935) | 1645 | 2307 | $276,755 |
| 06-Sep | TOTALS | 512 | 900 | 1412 | 2051 | $239,147 | $8,214 | $1,232 | (101) | ($19,041) | (28) | ($5,459) | 1412 | 1922 | $213,415 |

Confidential
Pursuant to Protective Order

HP011008



| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13-Sep | TOTALS | 683 | 901 | 1584 | 2558 | $287,876 | $6,499 | $975 | (90) | ($9,690) | (24) | ($4,912) | 1584 | 2444 | $272,299 |
| 20-Sep | TOTALS | 740 | 875 | 1585 | 2499 | $330,748 | $18,658 | $2,799 | (140) | ($28,533) | (8) | ($546) | 1585 | 2351 | $298,874 |
| 27-Sep | TOTALS | 725 | 894 | 1619 | 2505 | $317,756 | $1,223 | $183 | (173) | ($19,416) | (10) | ($3,867) | 1619 | 2322 | $294,290 |
| 04-Oct | TOTALS | 679 | 791 | 1470 | 2386 | $264,778 | $14,403 | $2,160 | (120) | ($21,679) | (7) | ($1,085) | 1470 | 2259 | $239,853 |
| 11-Oct | TOTALS | 671 | 836 | 1507 | 2442 | $279,568 | $8,812 | $1,322 | (80) | ($13,092) | (17) | ($4,418) | 1607 | 2345 | $261,036 |
| 18-Oct | TOTALS | 685 | 766 | 1451 | 2474 | $273,292 | $12,300 | $1,845 | (104) | ($15,044) | (22) | ($4,232) | 1451 | 2348 | $252,171 |
| 25-Oct | TOTALS | 670 | 808 | 1478 | 2364 | $256,896 | $7,257 | $1,089 | (124) | ($23,781) | (15) | ($2,940) | 1478 | 2225 | $229,086 |

Confidential
Pursuant to Protective Order

HP011009

| Ending | Gross Order | Net Qty | Net Amt | Gross Amt | Invoiced Amount |
|---|---|---|---|---|---|
| 4/5 | 1685 | 2841 | $310,915 | $351,470 | $262,861 |
| 4/19 | 1548 | 2164 | $258,205 | $279,241 | $292,205 |
| 5/3 | 1465 | 1998 | $226,113 | $261,748 | $155,942 |
| 5/17 | 1511 | 2106 | $224,558 | $253,498 | $229,549 |
| 5/31 | 1243 | 1660 | $194,734 | $210,783 | $177,705 |
| 6/14 | 1422 | 1989 | $236,115 | $250,526 | $206,243 |
| 6/28 | 1462 | 2153 | $251,448 | $258,687 | $274,216 |
| 7/12 | 1612 | 2239 | $279,477 | $286,581 | $230,364 |
| 7/26 | 1515 | 2043 | $236,607 | $304,812 | $306,548 |
| 8/9 | 1576 | 2177 | $246,582 | $259,416 | $236,574 |
| 8/23 | 1681 | 2304 | $253,717 | $274,585 | $266,421 |
| 8/30 | 1645 | 2307 | $275,755 | $286,232 | $217,982 |
| 9/6 | 1412 | 1922 | $213,415 | $239,147 | $183,569 |
| 9/13 | 1584 | 2444 | $272,299 | $287,876 | $299,561 |
| 9/20 | 1585 | 2351 | $298,871 | $330,748 | $276,948 |
| 9/27 | 1619 | 2322 | $294,290 | $317,756 | $331,991 |
| 10/4 | 1470 | 2259 | $239,853 | $264,778 | $208,530 |
| 10/11 | 1507 | 2345 | $261,036 | $279,568 | $244,160 |
| 10/18 | 1451 | 2348 | $252,171 | $273,292 | $271,268 |
| 10/25 | 1478 | 2225 | $229,086 | $256,896 | $287,361 |

**Monthly Order-Qty-Amt**

| Month | Gross Order | Net Qty | Net Amount | Gross Amt | Invoice Amt |
|---|---|---|---|---|---|
| May | 401 | 666 | $66,987 | $69,508 | $56,547 |
| June | 2689 | 3334 | $373,106 | $395,250 | $350,945 |
| July | 3166 | 3209 | $317,962 | $354,012 | $337,268 |
| Aug | 3786 | 5415 | $531,531 | $606,799 | $542,046 |
| Sept | 5292 | 8146 | $874,663 | $939,448 | $827,827 |
| Oct | 4426 | 6700 | $803,781 | $888,290 | $785,602 |
| Nov | 6041 | 8581 | $870,926 | $959,181 | $852,124 |
| Dec | 7013 | 9892 | $1,088,183 | $1,199,008 | $1,122,323 |
| Jan | 6845 | 9838 | $1,048,613 | $1,160,228 | $1,015,482 |
| Feb | 7235 | 10571 | $1,146,635 | $1,377,561 | $1,007,169 |
| Mar | 8607 | 12228 | $1,368,488 | $1,642,700 | $1,469,409 |
| Apr | 6445 | 9754 | $1,103,960 | $1,222,490 | $959,041 |
| May | 6126 | 8451 | $907,226 | $1,025,460 | $914,949 |
| June | 7155 | 10217 | $1,143,209 | $1,214,123 | $1,150,621 |
| July | 5980 | 8185 | $962,370 | $1,067,677 | $917,548 |
| Aug | 6417 | 8619 | $970,996 | $1,081,243 | $951,335 |
| Sept | 7845 | 11346 | $1,354,629 | $1,461,759 | $1,310,050 |
| Oct | 5906 | 9177 | $982,147 | $1,074,534 | $1,011,318 |

**Wkly Avg Order-Piece-$**

| Month | Gross Orders | Net Qty | Net Amount | # of wks |
|---|---|---|---|---|
| May | 100 | 167 | $16,747 | 4.0 |
| June | 560 | 695 | $77,730 | 4.8 |
| July | 833 | 844 | $83,674 | 3.8 |
| Aug | 947 | 1354 | $132,883 | 4.0 |
| Sept | 1103 | 1697 | $182,221 | 4.8 |
| Oct | 1107 | 1675 | $200,945 | 4.0 |
| Nov | 1510 | 2145 | $217,732 | 4.0 |
| Dec | 1670 | 2355 | $259,091 | 4.2 |
| Jan | 1901 | 2733 | $291,282 | 3.6 |
| Feb | 1904 | 2782 | $301,746 | 3.8 |
| Mar | 1721 | 2446 | $273,698 | 5.0 |
| Apr | 1611 | 2439 | $275,990 | 4.0 |
| May | 1532 | 2113 | $226,807 | 4.0 |
| June | 1491 | 2129 | $238,169 | 4.8 |
| July | 1574 | 2154 | $253,255 | 3.8 |
| Aug | 1604 | 2155 | $242,749 | 4.0 |
| Sept | 1634 | 2364 | $282,214 | 4.8 |
| Oct | 1477 | 2294 | $245,537 | 4.0 |

**Accumulative Mthly Ord_Inv $**

| Month | Order Amt | Invoice Amt |
|---|---|---|
| May | $66,987 | $56,547 |
| June | $440,093 | $407,492 |
| July | $758,055 | $744,760 |
| Aug | $1,289,587 | $1,286,807 |
| Sept | $2,164,250 | $2,114,634 |
| Oct | $2,968,030 | $2,900,236 |
| Nov | $3,838,957 | $3,752,360 |
| Dec | $4,927,140 | $4,874,683 |
| Jan | $5,975,753 | $5,890,165 |
| Feb | $7,122,388 | $6,897,334 |
| Mar | $8,490,876 | $8,366,743 |
| Apr | $9,594,836 | $9,325,784 |
| May | $10,502,062 | $10,240,733 |
| June | $11,645,271 | $11,391,354 |
| July | $12,607,641 | $12,308,903 |
| Aug | $13,578,638 | $13,260,238 |
| Sept | $14,933,267 | $14,570,288 |
| Oct | $15,915,414 | $15,581,606 |

**Quarterly Order-Qty-Amt**

| Quarter | Gross Orders | Net Qty | Net Amount | Gross Amt | |
|---|---|---|---|---|---|
| FY02 Q3 (Act) | 6256 | 7209 | $758,055 | $818,770 | |
| FY02 Q4 (Act) | 13504 | 20261 | $2,209,975 | $2,434,537 | |
| FY03 Q1 (Act) | 19899 | 28311 | $3,007,723 | $3,318,417 | |
| FY03 Q2 (Act) | 22287 | 32553 | $3,619,083 | $4,242,751 | |
| FY03 Q3 (Act) | 19261 | 26853 | $3,012,806 | $3,307,260 | |
| FY03 Q4 (Act) | 20168 | 29142 | $3,307,773 | $3,617,536 | |
| FY04 Q1 (Proj) | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | .0.0 |
| FY04 Q1 (Act) | 0 | 0 | $0 | $1,074,534 | |

Confidential
Pursuant to Protective Order

Attorneys' Eyes Only

EXHIBIT JJJ
Deponent Chizek
Date 5/4/05 Rptr. LD
DEPOBOOK