E-FILED
Wednesday, 01 February, 2006 03:54:57 PM
Clerk, U.S. District Court, ILCD

| | |
|---|---|
| From: | BEHL,NIKHIL (HP-Cupertino,ex1) |
| Sent: | Wednesday, October 30, 2002 5:30 PM |
| To: | SORIANO,ROLAND (HP-Roseville,ex1); PETERSON,JANET (HP-Shrewsbury) |
| Cc: | MEYERFELD,LOUISE (HP-Roseville,ex1); POUND,DIANE (HP-Andover); CHARLES,CINDY (HP-Roseville,ex1); APPL,PETER (HP-Cupertino,ex1); LI,SHEN (HP-Cupertino,ex1); WHITE,DAVID (HP-Cupertino,ex1); LOVE,CHIP (HP-Cypress); CHIZEK,RICHARD (HP-Roseville,ex1); BLOOMQUIST,TROY (HP-Omaha); POUND,DIANE (HP-Andover); WAGNER,RANDY (HP-Roseville,ex1); SHEA,CHRIS (HP-SantaClara,ex3); CROWLEY,BILL (HP-Roseville,ex1); BEHL,NIKHIL (HP-Cupertino,ex1) |
| Subject: | RE: (UUU)  Action Required  1-800-225-5385 Changes |

Hi folks,

The short term solution we put in place has been executed:
- links to the memory configurator and phone numbers published on hp.com or pre-merger compaq.com sites have been removed
- hpshopping has stopped referring calls to the spare parts store
- we have put in place mechanisms to refer customers to Kingston & Crucial
- per our messages the spare parts store too should have started referring calls to Kingston and Crucial

The long-term solution was too:
- bring the memory configurator up on the SMB store. That has been executed. Traffic should be moving there permanently.
- the spare parts store was going to increase capacity for incremental calls. I'm assuming the messages below are in reference to this. I think it is prudent to continue to look at how you can increase capacity to deal with incremental traffic.

The steps we have taken should have greatly reduced the call volume. Based on my understanding per your feedback on our last call, we have addressed the avenues customers were finding. From the messages below, I'm assuming that this is not the case. The next step in my mind is to identify where the calls are coming in from, where are customers finding your number and what products are customers looking for.

I think customers might be finding the spare parts store on hp.com under the buy button:
<http://thenew.hp.com/country/us/eng/howtobuy.html>

or they may have bookmarked the pre-merger support page and are clicking from there:
<http://www.compaq.com/athome/support/>

If we can verify this is the case, then I would look into how we can remove these links until you are able to staff up to deal with the calls. Even then, with the call volume you are getting, there might be other areas that I do not know about and frankly cannot do much about until you can tell me more about it.

Some of the parts cannot be purchased anywhere except from your store. For some reason these calls were not getting to you prior to us shutting down Athome. Maybe the AtHome store was screening these calls and dispositioning them elsewhere. Unfortunately, with the resources gone at this point I am unable to verify this.

We have been trying to help and will continue to do so. I'm not sure what else we can do to help Andover immediately. If you have some ideas, please let me know and I will act on it. My immediate recommendation would be to find out more about the calls and we can figure out how to reduce the volume.



Thanks,
Nikhil

-----Original Message-----
**From:** SORIANO,ROLAND (HP-Roseville,ex1)
**Sent:** Wednesday, October 30, 2002 3:30 PM
**To:** PETERSON,JANET (HP-Shrewsbury); BEHL,NIKHIL (HP-Cupertino,ex1)
**Cc:** MEYERFELD,LOUISE (HP-Roseville,ex1); SORIANO,ROLAND (HP-Roseville,ex1); POUND,DIANE (HP-Andover); CHARLES,CINDY (HP-Roseville,ex1); APPL,PETER (HP-Cupertino,ex1); LI,SHEN (HP-Cupertino,ex1); WHITE,DAVID (HP-Cupertino,ex1); LOVE,CHIP (HP-Cypress); CHIZEK,RICHARD (HP-Roseville,ex1); BLOOMQUIST,TROY (HP-Omaha); POUND,DIANE (HP-Andover); WAGNER,RANDY (HP-Roseville,ex1); SHEA,CHRIS (HP-SantaClara,ex3); CROWLEY,BILL (HP-Roseville,ex1)
**Subject:** RE: (UUU) Action Required 1-800-225-5385 Changes

Nikhil

I have been talking with Troy Bloomquist of the HP Direct Call Center in Hannibal, Missouri about helping us out. The call center has the capacity and can take care of these customers. I strongly suggest we take this option and make it happen. Somehow the initial plan seems to be not working. I have seen messages regarding the execution of our initial plan but somehow the call volumes continues to come to Andover. Please let me know immediately when we will see the decrease in calls otherwise, I will take action to redirect calls to the HP Direct.

Richard, Diane, and Troy

Please work together and be prepared to redirect the calls to HP Direct from Andover.

## Roland Soriano
HPS Americas - Channel and Parts Business
Parts Business Center Operation
(916) 785-9310

To Order Parts: <www.partsdirect.hp.com> <<http://www.partsdirect.hp.com>>
or <www.compaq.com/sparestore> <<http://www.compaq.com/sparestore>>


-----Original Message-----
**From:** Peterson, Janet [<mailto:J.Peterson@hp.com>]
**Sent:** Wednesday, October 30, 2002 1:45 PM
**To:** Behl, Nikhil
**Cc:** Meyerfeld, Louise A; Soriano, Rolando L; Pound, Diane; Charles, Cindy; Appl, Peter; Li, Shen-Yu; White, David; Love, Chip
**Subject:** (UUU) Action Required 1-800-225-5385 Changes
**Importance:** High

Nikhil:

As you can see this situation is still completely out of control. I realize you have been working it, but the fact that we are still loosing 500 calls/day is totally unacceptable. What can you do immediately to help Andover with this call volume?

Please advise ASAP or give us someone in your management to work with. Customers are screaming at Diane's people since they are on hold for almost a hour (if they even get

answered) and when they get through Diane's group cannot place an order as they do not carry the parts.

Cindy: Any other ideas on what can give this group relief.

Regards,
Janet
office:  508-841-5633
cell:     508-733-9639
j.peterson@hp.com


-----Original Message-----
**From:** Meyerfeld, Louise A
**Sent:** Wednesday, October 30, 2002 2:45 PM
**To:** Pound, Diane; Meyerfeld, Louise A; Lindstrom, Janine
**Cc:** Chizek, Richard; Peterson, Janet; Manzo, Victor; Love, Chip; Soriano, Rolando L
**Subject:** RE: 1-800-225-5385 Changes
**Importance:** High

Diane,

We are taking this in two steps.  Transitioning the non Presario calls will happen on 11/18.

As far at the Presario calls, the call center is not staffed appropriately take on any more than the 400-500 discussed.  We need to understand that piece of the business and determine what is needed to transition it, if that is decided what we want to do.  The decision has not been finalized yet, as to where the Presario business should fall.

The only decision that has been made, is to move it out of your call center.  Since this has still not occurred,

Roland/Janet,

Can you please work with the appropriate folks, to understand the delay in turning these calls away from the Andover call center.  If we are going to refer them to the outside vendors, then let's put a message on the VRU referring the customers there.  Put an option, if you are calling
about Presario parts press, then provide the web info.  Atleast this will take some of the pressure
off Andover until this issue can be resolved with hp shopping.

Chip,

From talking with Roland the other day, he was going to call you to discuss looking at the portfolio
of parts we are looking at for the Presario.  Part number convergence, pricing, stocking....Do you
have any idea as to when you can have this analysis done.  Until we understand the offerings, we
are on hold as to whether we will be transitioning the Presario parts into the Roseville call center.

Regards,
Louise

-----Original Message-----

**From:** Pound, Diane [<mailto:Diane.Pound@hp.com>]
**Sent:** Wednesday, October 30, 2002 10:36 AM
**To:** Meyerfeld, Louise A; Lindstrom, Janine
**Cc:** Chizek, Richard; Peterson, Janet; Manzo, Victor; Love, Chip; Soriano, Rolando L
**Subject:** RE: 1-800-225-5385 Changes

Louise,

I was hoping we could do something NOW based on the increase in volume. We are losing almost 500 calls per day and customers are not happy about the long wait time.

We thought the volume was going to decrease on Monday but it has not changed. Can Roseville handle 1000 calls per day starting 11/18? I thought we talked about approximately 400 calls initially and then taking 4-6 weeks to get additional resources.

I left Richard a voicemessage yesterday to see if we can come up with a "Plan B" to deal with this critical issue now.

It is not fair to the people here.

Regards,
Diane

## eSpares Order Info

| Day | Date | Trade Total Orders | Agent | Web | Total Rev $1.5K (Gross) | Agent $K | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 11/3 | 439 | 152 | 287 | $77 | $24 | | | | | | | |
| T | 11/4 | 289 | 108 | 181 | $63 | $15 | | | | | | | |
| W | 11/5 | 248 | 102 | 146 | $59 | $13 | | | | | | | |
| Th | 11/6 | 227 | 87 | 140 | $55 | $14 | | | | | | | |
| F | 11/7 | 211 | 95 | 116 | $58 | $18 | | | | | | | |
| M | 11/10 | | | | | | | | | | | | |
| T | 11/11 | | | | | | | | | | | | |
| W | 11/12 | | | | | | | | | | | | |
| Th | 11/13 | | | | | | | | | | | | |
| F | 11/14 | | | | | | | | | | | | |
| M | 11/17 | | | | | | | | | | | | |
| T | 11/18 | | | | | | | | | | | | |
| W | 11/19 | | | | | | | | | | | | |
| Th | 11/20 | | | | | | | | | | | | |
| F | 11/21 | | | | | | | | | | | | |
| M | 11/24 | | | | | | | | | | | | |
| T | 11/25 | | | | | | | | | | | | |
| W | 11/26 | | | | | | | | | | | | |
| M | 12/1 | | | | | | | | | | | | |
| T | 12/2 | | | | | | | | | | | | |
| W | 12/3 | | | | | | | | | | | | |
| Th | 12/4 | | | | | | | | | | | | |
| F | 12/5 | | | | | | | | | | | | |
| M | 12/8 | | | | | | | | | | | | |
| T | 12/9 | | | | | | | | | | | | |
| W | 12/10 | | | | | | | | | | | | |
| Th | 12/11 | | | | | | | | | | | | |
| F | 12/12 | | | | | | | | | | | | |
| M | 12/15 | | | | | | | | | | | | |
| T | 12/16 | | | | | | | | | | | | |
| W | 12/17 | | | | | | | | | | | | |
| Th | 12/18 | | | | | | | | | | | | |
| F | 12/19 | | | | | | | | | | | | |
| M | 12/22 | | | | | | | | | | | | |
| T | 12/23 | | | | | | | | | | | | |
| W | 12/24 | | | | | | | | | | | | |
| F | 12/26 | | | | | | | | | | | | |
| M | 12/29 | | | | | | | | | | | | |
| T | 12/30 | | | | | | | | | | | | |
| W | 12/31 | | | | | | | | | | | | |
| F | 1/2 | | | | | | | | | | | | |
| M | 1/5 | | | | | | | | | | | | |

Confidential
Pursuant to Protective Order



π EXHIBIT FFFF
Deponent Chizek
Date 5/4/05  Rptr. RD
DEPOBOOK

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| T | 1/6 | | | | | | | | | | | | |
| W | 1/7 | | | | | | | | | | | | |
| Th | 1/8 | | | | | | | | | | | | |
| F | 1/9 | | | | | | | | | | | | |
| M | 1/12 | | | | | | | | | | | | |
| T | 1/13 | | | | | | | | | | | | |
| W | 1/14 | | | | | | | | | | | | |
| Th | 1/15 | | | | | | | | | | | | |
| F | 1/16 | | | | | | | | | | | | |
| M | 1/19 | | | | | | | | | | | | |
| T | 1/20 | | | | | | | | | | | | |
| W | 1/21 | | | | | | | | | | | | |
| Th | 1/22 | | | | | | | | | | | | |
| F | 1/23 | | | | | | | | | | | | |
| M | 1/26 | | | | | | | | | | | | |
| T | 1/27 | | | | | | | | | | | | |
| W | 1/28 | | | | | | | | | | | | |
| Th | 1/29 | | | | | | | | | | | | |
| F | 1/30 | | | | | | | | | | | | |
| M | 2/2 | | | | | | | | | | | | |
| T | 2/3 | | | | | | | | | | | | |
| W | 2/4 | | | | | | | | | | | | |
| Th | 2/5 | | | | | | | | | | | | |
| F | 2/6 | | | | | | | | | | | | |

Confidential
Pursuant to Protective Order

HP011006