E-FILED
Wednesday, 01 February, 2006 03:56:24 PM
Clerk, U.S. District Court, ILCD

**ron**

| | |
|---|---|
| **From:** | Bloomquist, Troy [Troy.Bloomquist@hp.com] |
| **Sent:** | Friday, November 01, 2002 4:18 PM |
| **To:** | rdhj@mitg.com; Mike Lauber |
| **Subject:** | FW: (UUU) Action Required 1-800-225-5385 Changes |

Fyi.. Should see a decent influx on Monday..
Tb

-----Original Message-----
**From:** Soriano, Rolando L
**Sent:** Friday, November 01, 2002 3:50 PM
**To:** Peterson, Janet; Behl, Nikhil; Pound, Diane
**Cc:** Chizek, Richard; Bloomquist, Troy
**Subject:** RE: (UUU) Action Required 1-800-225-5385 Changes

Hi Janet and Nikhil,

Although HP Direct have the capacity and ready to take on the calls, we have a telecom issue that we need to solve first. We are experiencing a busy out at Diane's call center therefore the caller is not even getting in to our IVR. My proposal was to use the IVR to redirect the calls to HP Direct. To resolve the busy out issue, we have ordered an additional T1 and will be installed end of next week.

Until we get this in placed, we need to know where the calls are coming from so that we can provide them HP Direct's number to refer the customer to.

Diane,

Do we know from the customer where they are getting your 800 number?

Roland Soriano
HPS Americas - Channel and Parts Business
Parts Business Center Operation
(916) 785-9310

To Order Parts: www.partsdirect.hp.com <http://www.partsdirect.hp.com> or
www.compaq.com/sparestore <http://www.compaq.com/sparestore>

Δ π EXHIBIT _KK_
Deponent _Chizek_
Date _1/13/05_ Rptr _RO_
DEPOBOOK

-----Original Message-----
**From:** Peterson, Janet [mailto:J.Peterson@hp.com]
**Sent:** Wednesday, October 30, 2002 5:21 PM
**To:** Soriano, Rolando L

MITG 082

1/20/2004

**Subject:**     RE: (UUU)  Action Required  1-800-225-5385 Changes

Rolando:

Thanks for working this, I certainly hope this works.

Have a good evening.

Janet

    -----Original Message-----
**From:**  Soriano, Rolando L
**Sent:**  Wednesday, October 30, 2002 6:30 PM
**To:**  Peterson, Janet; Behl, Nikhil
**Cc:**  Meyerfeld, Louise A; Soriano, Rolando L; Pound, Diane; Charles, Cindy; Appl, Peter; Li, Shen-Yu; White, David; Love, Chip; Chizek, Richard; Bloomquist, Troy; Pound, Diane; Wagner, Randy S; Shea, Chris; Crowley, Bill

   **Subject:**     RE: (UUU)  Action Required  1-800-225-5385 Changes

Nikhil

I have been talking  with Troy Bloomquist of the HP Direct Call Center in Hannibal, Missouri about helping us out.  The call center has the capacity and can take care of these customers.  I strongly suggest we take this option and make it happen.  Somehow the initial plan seems to be not working.  I have seen messages regarding the execution of our initial plan but somehow the call volumes continues to come to Andover.   Please let me know immediately when we will see the decrease in calls otherwise, I will take action to redirect calls to the HP Direct.

Richard, Diane, and Troy

Please work together and be prepared to redirect the calls to HP Direct from Andover.

## Roland Soriano
HPS Americas - Channel and Parts Business
Parts Business Center Operation
(916) 785-9310

To Order Parts:  www.partsdirect.hp.com <http://www.partsdirect.hp.com> or
www.compaq.com/sparestore <http://www.compaq.com/sparestore>

    -----Original Message-----
**From:**  Peterson, Janet [mailto:J.Peterson@hp.com]
**Sent:**  Wednesday, October 30, 2002 1:45 PM
**To:**  Behl, Nikhil
**Cc:**  Meyerfeld, Louise A; Soriano, Rolando L; Pound, Diane; Charles, Cindy; Appl, Peter; Li, Shen-Yu; White, David; Love, Chip

   **Subject:**     (UUU)  Action Required  1-800-225-5385 Changes

MITG 083

1/20/2004

**Importance:** High

Nikhil:

As you can see this situation is still completely out of control.  I realize you have been working it, but the fact that we are still loosing 500 calls/day is totally unacceptable.  What can you do immediately to help Andover with this call volume?

Please advise ASAP or give us someone in your management to work with.  Customers are screaming at Diane's people since they are on hold for almost a hour (if they even get answered) and when they get through Diane's group cannot place an order as they do not carry the parts.

Cindy:  Any other ideas on what can give this group relief.

Regards,
Janet
office:  508-841-5633
cell:     508-733-9639
j.peterson@hp.com


-----Original Message-----
**From:**  Meyerfeld, Louise A
**Sent:**  Wednesday, October 30, 2002 2:45 PM
**To:**     Pound, Diane; Meyerfeld, Louise A; Lindstrom, Janine
**Cc:**     Chizek, Richard; Peterson, Janet; Manzo, Victor; Love, Chip; Soriano, Rolando L
**Subject:**     RE: 1-800-225-5385 Changes
**Importance:**    High

Diane,

We are taking this in two steps.  Transitioning the non Presario calls will happen on 11/18.

As far at the Presario calls, the call center is not staffed appropriately take on any more than the 400-500 discussed.  We need to understand that piece of the business and determine what is needed to transition it, if that is decided what we want to do.  The decision has not been finalized yet, as to where the Presario business should fall.

The only decision that has been made, is to move it out of your call center.  Since this has still not occurred,

Roland/Janet,

Can you please work with the appropriate folks, to understand the delay in turning these calls away from the Andover call center.  If we are going to refer them to the outside vendors, then let's put a message on the VRU referring the customers there.  Put an option, if you are calling about Presario parts press, then provide the web info.  Atleast this will take some of the pressure off Andover until this issue can be resolved with hp shopping.

Chip,

MITG 084

1/20/2004

From talking with Roland the other day, he was going to call you to discuss looking at the portfolio of parts we are looking at for the Presario. Part number convergence, pricing, stocking....Do you have any idea as to when you can have this analysis done. Until we understand the offerings, we are on hold as to whether we will be transitioning the Presario parts into the Roseville call center.

Regards,
Louise

-----Original Message-----
**From:** Pound, Diane [mailto:Diane.Pound@hp.com]
**Sent:** Wednesday, October 30, 2002 10:36 AM
**To:** Meyerfeld, Louise A; Lindstrom, Janine
**Cc:** Chizek, Richard; Peterson, Janet; Manzo, Victor; Love, Chip; Soriano, Rolando L
**Subject:**    RE: 1-800-225-5385 Changes

Louise,

I was hoping we could do something NOW based on the increase in volume. We are losing almost 500 calls per day and customers are not happy about the long wait time.

We thought the volume was going to decrease on Monday but it has not changed. Can Roseville handle 1000 calls per day starting 11/18? I thought we talked about approximately 400 calls initially and then taking 4-6 weeks to get additional resources.

I left Richard a voicemessage yesterday to see if we can come up with a "Plan B" to deal with this critical issue now.

It is not fair to the people here.

Regards,
Diane

MITG 085

1/20/2004

## James Hansen

**From:** CHIZEK,RICHARD (HP-Roseville,ex1) [richard.chizek@hp.com]
**Sent:** Wednesday, October 23, 2002 4:34 PM
**To:** BLOOMQUIST,TROY (HP-Omaha); CHIZEK,RICHARD (HP-Roseville,ex1)
**Cc:** CARNEY,CARITA (HP-Roseville,ex1); SORIANO,ROLAND (HP-Roseville,ex1); FARLIN,LYNN (HP-Roseville,ex1); LOVE,CHIP (HP-Cypress); MEYERFELD,LOUISE (HP-Roseville,ex1)
**Subject:** RE: Spares Stores Calls

Hi Troy,

Thanks for your interest in the Parts Business.  Yes, Andover call volumes are higher than anticipated.  The good news is that the increase is related to the launch of the 'Spare Store' web site @ www.compaq.com/sparestore and parts order volumes logged online have also increased.

Our Intergration Team is working with us to determine the appropriate course of action.  Lynn Farlin is managing intergration efforts from the parts business perspective.  She would be the right person to talk to about our plans.

Regards,
Richard Chizek,
Parts Direct Sales Centers
HPS Americas - Channel and Parts Business
916 785-8651 (desk)
888 787-6004 (pager)

-----Original Message-----
**From:** Bloomquist, Troy [mailto:Troy.Bloomquist@hp.com]
**Sent:** Tuesday, October 22, 2002 3:31 PM
**To:** Chizek, Richard
**Cc:** Carney, Carita
**Subject:**



Hi Richard,
I'm with the HP Direct organization and I manage Multi-Vendor Spare parts procurement program. Please see the note, below from our Call center. We have an agreement in place with a Vendor to provide Call center support and Third Party Spares procurement. Is there a way we can assist with additional calls? We are below are daily contracted minimum with our Vendor. Please give me a can so we can discuss..

Regards,
Troy

Today at about 4:30 p.m. **Michelle from the Spares Store (1-800-225-5385) called** here wanting pricing for a part that they didn't have stock on. While our CSR was looking up this part Michelle asked our CSR if we were as busy as she was because they got word that **1-800-888-0220 had shut down** and they were swamped. She also informed our CSR that **they had taken an additional 600 calls** above what they normally take in a days time because that department had shut down.

On another issue...per your request we called Technical Support (1-800-OK-COMPAQ) a series of times inquiring

where we could purchase an out of warranty spare part number. All inquiries were to order part number 163444-001.

Out of 7 calls to Tech Support we were referred to the following: (In this exact order)
1-800-888-0220
1-800-225-5385
1-800-952-7689
1-800-848-4589 (THIS IS US!)
1-800-225-5385
1-800-888-0220
1-888-999-4747 OR 1-800-848-4589 (THIS IS US)
I have specific information should you request it regarding the options we chose after calling 1-800-OK-COMPAQ, as well as employee names and a few even gave us employee numbers/case numbers.

However, please note...everyone seemed confused when we asked to get a phone number to call and place an order with the exception of one employee.

I hope this information is helpful to you.
Thanks,
April

From: Vagadori, Lauri J. [Lauri.Vagadori@sykes.com]
Sent: Friday, January 16, 2004 11:48 AM
To: CHIZEK,RICHARD (HP-Roseville,ex1); Vagadori, Lauri J.;
SORIANO,ROLAND (HP-Roseville,ex1)
Cc: Mathews, Glenn; ODOM,CHRISTOPHER (HP-Roseville,ex1); VAGADORI,LAURI
(HP-Roseville,ex1); KARAS,JOHN (HP-Roseville,ex1); MEYERFELD,LOUISE
(HP-Roseville,ex1)
Subject: RE: HP Direct Migration Plans

Thanks Richard,

Chris....

Please start getting the DEC agents up to speed and make sure that they know
NOT to refer any of these calls out at this time.  I would like them to
start tracking what is coming in that they are handling.  This should be a
very smooth transition and if we prepare for it now it will be that much
easier.  Let me know if you have any questions.

Lauri

-----Original Message-----
From: CHIZEK,RICHARD (HP-Roseville,ex1) [mailto:richard.chizek@hp.com]
Sent: Friday, January 16, 2004 10:17 AM
To: 'Vagadori, Lauri J.'; CHIZEK,RICHARD (HP-Roseville,ex1);
SORIANO,ROLAND (HP-Roseville,ex1)
Cc: Mathews, Glenn; ODOM,CHRISTOPHER (HP-Roseville,ex1); VAGADORI,LAURI
(HP-Roseville,ex1); KARAS,JOHN (HP-Roseville,ex1); MEYERFELD,LOUISE
(HP-Roseville,ex1)
Subject: RE: HP Direct Migration Plans
Importance: High


Lauri,

Thanks for summarizing.  Attached is the first message I sent about the HP
Direct migration with historic volume reports and map of current phone
structure.

- Yes, the target date 2/9.  We may want to move some calls before then.

- It's not likely that PBCO will be offered as many calls as HP Direct was
getting.  As the referral sources and web sites are decommissioned Feb. 6,
volumes should decline.  HP Direct volumes have already dropped in the last
week.  Much of the 'misdirected' traffic will be filtered out in the phone
system.
- Orders are for eSpares on both credit card and Net 30 accounts.  We
intended to route calls to eSpares/HPPS agents.  Routing Net 30 issues to
DEC agents with PEPS tools is a practical solution.  Good call.  I'll include
that in the Telecon plans.
- Yes, we'll provide process outlines and agent scripts to address the
changes to services.

Alert all PBCO agents that HP Direct parts activity is migrating to
Roseville PBCO, and that call center location will be closed 2/6/2004.
- PBCO agents should be directed to STOP referring any parts inquiries to
the HP direct number immediately.  Remove that referral number from phone

EXHIBIT N
Deponent Chizek
Date 1/13/05  Rptr. RO
DEPOBOOK

lists.   (Note that PBCO is also driving traffic to HP Direct.)
- Address all parts inquiries and submit orders for any available pmCompaq
or HP parts here.
- Use www.hp.com referral tools and internal support sites to research
support options for products and parts N/A via PBCO.
- Also, refer inquiries for unavailable parts or non-HP parts issues to HP
Authorized Parts Resellers.


Regards,
Richard Chizek,
HP Parts Sales Centers Manager
HPS Americas - Channel and Parts Business
916 785-8651 (desk)
916 628-5225 (cell)

To Order Parts: <www.hp.com/buy/parts>

                        1-800-227-8164


-----Original Message-----
From: Vagadori, Lauri J. [mailto:Lauri.Vagadori@sykes.com]
Sent: Friday, January 16, 2004 7:23 AM
To: richard.chizek@hp.com; roland.soriano@hp.com
Cc: Mathews, Glenn; CHRISTOPHER ODOM (HP-Roseville,ex1) (E-mail);
Vagadori, Lauri
Subject: HP Direct
Importance: High


Hello,

I wanted to follow up on our meeting yesterday about HP Direct.

*       Target date is 2/09/04
*       Call volume is expected at 200 calls per day, with 100 redirecting
to Tech Support
*       Less than 20 orders per day
*       Calls will be routed to eSpares
*       HP will provide scripts to Sykes on services that no longer will be
available through HP Direct
*       Orders will be for net 30 accounts and placed on PEPS
*       HP is waiting on Sykes to come up with the best way to route these
calls because not all eSpares agents have PEP's ordering systems

After speaking with Chris yesterday I think that sending these calls through
Digital may be our solution to how to route these calls.  With the volume at
200 calls per day it would require 3.5-4 agents.  Digital has 6 agents now
with a low call volume (average 46 calls a day).  These agents also all have
PEP's ordering tools.  This would almost require no training because these
agents have handled calls like this.  Scripting will be the key for the Team
on services no longer available through HP Direct.


This is just some thoughts I have had on this so we can certainly follow up.

HP006133

Please let me know if I left anything out.

Lauri Vagadori
Client Services Manager
Sykes, Enterprises
Roseville, California
916-296-2489    Mobile
916-748-4394

HP006134

----- Message from "CHIZEK,RICHARD \(HP-Roseville,ex1\)" <richard.chizek@hp.com> on Fri, 16 Jan 2004 15:51:30 -0800 -----

**To:** "Chizek, Richard" <richard.chizek@hp.com>, "COWAN,YVONNE C \(HP-Roseville\)" <yvonne.cowan(
Melissa A" <melissa.a.allen@hp.com>, "Perez, Sonia \(Roseville\)" <sonia.perez3@hp.com>, "Miller, Tra
<tracy.l.miller@hp.com>, "Meisner, Claudia" <claudia.meisner@hp.com>

**cc:** "Ellis, Shari" <shari.ellis@hp.com>, "Karas, John P" <john.karas@hp.com>, "Manzo, Victor" <victor.mar
"Meyerfeld, Louise A" <louise_meyerfeld@hp.com>, "Soriano, Roland L" <roland.soriano@hp.com>

**Subject:** Minutes of Account Set-Up Meeting

Purpose:

1. Review HP Parts Account Set Up Request process, and firm up agreements per Account Set-Up practices, and ensure 'Red' Account Set-up development issues are completed and implemented.

2. Review the HP Direct/MITG Migration announcement, and provide Accounts Team with details of the migration.

Background

Ordering for pmCompaq parts has been consolidated at Roseville Parts Sales Center. We need the ability to extend Net 30 Accounts for purchase of both HP and pmCompaq to eligible clients. Customers who are not eligible for Net 30 terms will continue be offered Credit Card and/or Mail-In options. The HP Direct pmCompaq focused parts order mgt. is migrating to Roseville on Feb. 9. Many clients have had dedicated HP Direct accounts, but may not have HP Parts or pmCompaq/eSpares accounts. HP Parts Business Management wants to ensure those clients have HP and pmCompaq parts accounts to continue accepting their parts orders.

Sonia - Indicates that 'Red' account set-up processes are in place and she has the basics.

Set-up is contingent on account approvals from Melissa Allen. Melissa returns to office Tuesday.

Claudia - Mary Petrovich is a key linkage and process expert to assist with questions about 'Red' account set-up.

Tracy - Shared 'Red' account set up processes with the team. These may require some updating and consolidation. Richard agrees to look through the processes and suggest updates.

Yvonne - To release the announcement asap, recommends HP Direct migration letter includes that 'account numbers will follow.' Approx. 110 pre-MITG accounts identified as recurrent parts customers. Many of the MITG clients have existing HP accounts.

Richard - Sonia can redirect any 'new account requests' back to Parts if not related to HP Direct/MITG Migration, or have not been 'pre-qualified' at PBCO-PDO or eSpares. Submit requests back to John K. to reassign callback to Sykes team.

Richard will also calibrate Shari Ellis and MITG that 'new account set up requests' and/or parts inquiries should be directed to PBCO 800-227-8164.

A draft of the announcement letter to MITG clients is attached outlining process changes and parts options. Do not forward outside of project team.

△π EXHIBIT _OO_
Deponent _Chizek_
Date _1/13/05_ Rptr. _RO_
DEPOBOOK

1|13|05

HP005084

Thanks for taking time to participate and implement these processes.

Regards,

Richard Chizek,

HP Parts Sales Centers Manager

HPS Americas - Channel and Parts Business

916 785-8651 (desk)

916 628-5225 (cell)

To Order Parts: <www.hp.com/buy/parts>

           1-800-227-8164



MITG_customer letter1.doc

HP005085

## Letter #1 – Customer already has an account with HP

Dear Valued Customer **(insert Parts Customer Info),**

Thank you for your service and replacement parts business over the past months. HP appreciates your business, and wishes to continue supplying your parts needs. Due to recent business realignment, there will be changes to some ordering processes and support services. Information in this letter describes basic HP Parts Business support services, and includes your primary points of contact and online options to order HP and Pre-Merger Compaq branded parts. HP recognizes that these service and support changes may have some impact on your business, and asks for your patience and cooperation as we redefine services.

**Business Consolidation**
To reduce the number of locations our customers call for various HP and pmCompaq parts options, HP Parts Business is consolidating spare parts ordering into one location. Effective February 7, 2004 parts ordering through the organization previously known as "HP Direct" is no longer included in the portfolio of parts services.

- HP Direct Online Site { HYPERLINK "http://www.compaqdirectonline.com" }
- Phone numbers: 800-848-9771 and 800-848-4589.

**Support Program Changes**
Although HP and pmCompaq parts can still be ordered direct from the HP Parts Business Online Site and Parts Sales Center, some service offerings are affected. Services previously offered at 'HP Direct,' that will no longer be available through the HP Parts Business Center include:

1. Dedicated Account Management and assigned Sales Representatives.
2. Per incident parts sourcing and delivery options for HP and pmCompaq branded parts that are not in the current catalog of inventory.
3. Per incident parts sourcing and delivery options for other 'Multi-Vendor,' i.e. Non-HP and pmCompaq parts.

HP Parts Business encourages you to contact HP Authorized Parts Resellers for your other parts needs. (APR Referral Sources/List?)

**Net 30 Parts Accounts**
HP Parts Business is moving any existing 'HP Direct' Net 30 Accounts to the HP Parts Business Center Accounts programs. (Due to current business infrastructure, separate accounts are established for purchase of HP and pmCompaq parts.)

- **HP Parts Account Info.**
  **(Customer Name)** already has a customer account number for ordering HP replacement parts through the new consolidated process. Your customer number **(Customer Number)** already exists as a Net-30 account on our system. Your past ordering experience will make the ordering process outlined below a simple refresher.

- **PmCompaq Parts Account Info.**
  **(Customer Name)** already has a customer account number for ordering HP replacement parts through the new consolidated process. Your customer number **(Customer Number)** already exists as a Net-30 account on our system. Your past ordering experience will make the ordering process outlined below a simple refresher.

HP005086

## HP Parts Business Ordering Methods and Practices

Effective February 7, 2004 please refer to the following ordering and returns processes for HP and pmCompaq service and replacement parts.

Primary parts support and ordering options for HP and pmCompaq parts are available both Online and through the HP Parts Sales Center.

### Payment Terms

- HP Parts accepts Visa, MasterCard, Discover, and American Express credit cards.
- An HP or pmCompaq Parts Account is required for any Net 30 orders. Be prepared to provide an account number, purchase order number, part number, quantity, and Ship-To information.

a) **HP Parts Store Online Ordering for both HP and pmCompaq branded parts.**
   The HP Parts Store on the web is available 7 days a week, 24 hours a day.

   - Go to the website at { HYPERLINK "https://partsdirect.hp.com/" }
   - Click 'Register' and follow the necessary steps
   - This Main Page lists reference numbers for assistance

b) **HP Parts Business Sales Center Ordering for both HP and pmCompaq branded parts.**
   Dial 800-227-8164 to reach an HP Parts Sales Center Representative. Hours of Operation Monday through Friday, 5AM - 5PM PST.

   - Select Option #2 on the phone menu pmCompaq branded parts issues, parts identification, and ordering options, select Option #2.

   - Select Option #3 on the phone menu for HP branded parts issues, parts identification, and ordering options, select Option #3.

   HP Parts Sales agents at each of those options can address parts inquiries, parts identification, pricing and availability, order placement, order status, and backorder inquiries. Order Reference Numbers are provided for completed orders.

c) **Returns**
   - Call 800-227-8164, and select Option #4. Be prepared to provide the following information: Original order number, PO from the original order, Part Number, Quantity to return, Reason for the return.
   - For eligible part returns issues, an RMA (Return Material Authorization) will be provided.
   - Return as instructed, referencing your RMA number

We appreciate your business and will continue to provide the HP replacement parts that you need. If you have any questions about this process change, please don't hesitate to contact us.


Sincerely,
Important manager or problem solver
Phone number and/or e-mail


Trade Ordering and Returns Process        HP Restricted        Updated 10/24/2001

HP005087

----- Message from "Cowan, Yvonne C" <yvonne.cowan@hp.com> on Tue, 20 Jan 2004 13:29:31 -0800 -----

**To:** "Meyerfeld, Louise A" <louise_meyerfeld@hp.com>
**cc:** "Soriano, Roland L" <roland.soriano@hp.com>, "Chizek, Richard" <richard.chizek@hp.com>
**Subject:** list of HP D Trade accounts>$500 purchased July-Jan

Louise,

   As you requested, attached you will find the list of accounts in the HP Direct Trade business, that have ordered over $500 in the last six months.  The accounts are identified in Bold Red font.

Please let me know if I can be of any other assistance.

Kind Regards,
Yvonne Cowan
Collections Resolution Analyst
Hewlett Packard
phone #916-785-3684
fax # 916-748-7340



yvonne.cowan@hp.com MITG AGING 1-15-04b.xls



EXHIBIT PP
Deponent Chizek
Date 1/13/05 Rptr. RN
DEPOBOOK

HP005071

# Document Name:

**(HP005072-5083-Confidential) MITG AGING 1-15-04b.xls**

# Page Name:

**N/A**

| | CBN | Customer Name | Total | Current amt | 0-30 | 31-60 | 61-90 | 90+ |
|---|---|---|---|---|---|---|---|---|
| 1 | V0S1611 | INSIGHT DIRECT USA, INC | 77,773.80 | 52658 | 20811 | 427 | 3877.8 | 0 |
| 2 | V0S2838 | CARRILLO BUSINESS TECHNOLOGIES | 19,592.00 | 1632 | 17840 | 0 | 120 | 0 |
| 3 | V0S1656 | BLOOMBERG LP | 17,104.00 | 2748 | 0 | 5985 | 6787 | 0 |
| 4 | V0S1085 | KAISER FOUNDATION HEALTH | 13,121.23 | 396.18 | 10266.89 | 3432.5 | -974.34 | 0 |
| 5 | V0S3041 | FEDERAL EXPRESS | 12,880.20 | 12,880.20 | 0 | 0 | 0 | 0 |
| 6 | V0S1054 | SOFTWARE HOUSE INT'L INC. | 8,912.03 | 14,108.91 | 1676.38 | -6720.66 | -117.6 | 0 |
| 7 | V0S3346 | GE CLINICAL SERVICES | 8,056.00 | 8,056.00 | 0 | 0 | 0 | 0 |
| 8 | V0S1730 | CAPITAL ONE SERVICES, INC | 6,619.56 | 5105.84 | 175 | 0 | 529.38 | 809.34 |
| 9 | V0S1322 | EDS-CLIENT SERVER GROUP | 6,247.00 | 0 | 4023 | 1780 | 0 | 444 |
| 10 | V0S3006 | BEVERLY ENTERPRISES | 5,878.29 | 0 | 0 | 0 | 5,878.29 | 0 |
| 11 | V0S1004 | KIMBERLY-CLARK CORPORATION | 5,752.81 | 5341.28 | 595 | 2688 | -2688 | -183.47 |
| 12 | V0S3183 | GEICO | 5,673.30 | 5,673.30 | 0 | 0 | 0 | 0 |
| 13 | V0S1945 | MOREDIRECT.COM | 5,645.00 | 444 | 3766.32 | 0 | 461 | 973.68 |
| 14 | V0S1520 | WORLD WIDE TECHNOLOGY, INC. | 5,578.90 | 1615.9 | 3963 | 0 | 0 | 0 |
| 15 | V0S2934 | ST VINCENT'S MEDICAL CENTER | 5,056.00 | 1851 | 3205 | 0 | 0 | 0 |
| 16 | V0S2866 | ADECCO STAFFING | 4,961.64 | 4,961.64 | 0 | 0 | 0 | 0 |
| 17 | V0S1386 | AVNET INC | 4,882.00 | 2204 | 3003.92 | 0 | 0 | -326.1 |
| 18 | V0S1783 | TRINITY INFORMATION SERVICES | 4,815.89 | 4049.5 | 766.39 | 0 | 0 | 0 |
| 19 | V0S3338 | TECH DEPOT | 4,617.36 | 4,617.36 | 0 | 0 | 0 | 0 |
| 20 | V0S1340 | CSC TECHNOLOGY MANAGEMENT GRP | 4,610.69 | 0 | 1611.2 | 99.64 | 2330.63 | 569.22 |
| 21 | V0S3322 | AGILENT TECHNOLOGIES INC | 4,539.39 | 4,539.39 | 0 | 0 | 0 | 0 |
| 22 | V0S3301 | LOCKHEED MARTIN SHARED SERVICE | 4,402.18 | 0 | 4402.18 | 0 | 0 | 0 |
| 23 | V0S1083 | AMHERST COMPUTER SALES & SLTNS | 4,225.00 | 565 | 3660 | 0 | 0 | 0 |
| 24 | V0S1283 | SERVICE DIRECT PLUS | 4,146.55 | 2771.77 | -956.25 | 425.41 | 0 | -843.91 |
| 25 | V0S3236 | PRICEWATER HOUSE COOPER | 4,019.52 | 4,019.52 | 0 | 0 | 0 | 0 |
| 26 | V0S2578 | MEDCO HEALTH SOLUTIONS INC | 3,736.50 | 0 | 0 | 0 | 0 | 3,736.50 |
| 27 | V0S1779 | AGILYSYS INC | 3,593.00 | 3161 | 0 | 0 | 0 | 432 |
| 28 | V0S3312 | CUMULUS BROADCASTING | 3,494.31 | 0 | 3,494.31 | 0 | 0 | 0 |
| 29 | V0S1141 | VICOM COMPUTER SERVICES INC | 3,494.00 | 3,494.00 | 0 | 0 | 0 | 0 |
| 30 | V0S3205 | LEHMAN BROTHERS INC | 3,171.85 | 0 | 0 | 3,171.85 | 0 | 0 |
| 31 | V0S1045 | FRANKLIN TEMPLETON | 3,059.80 | 687.33 | 910.04 | 1105.21 | 357.22 | 0 |
| 32 | V0S1443 | MERRILL TECHNOLOGIES | 3,046.00 | 277 | 2769 | 0 | 0 | 0 |
| 33 | V0S1104 | MICROSOFT CORP/MSN | 2,724.16 | 751.04 | 1572.74 | 0 | 0 | 400.38 |
| 34 | V0S3337 | SCHLUMBERGER SEMA | 2,647.88 | 2,647.88 | 0 | 0 | 0 | 0 |
| 35 | V0S2161 | TOMBALL REGIONAL HOSPITAL | 2,512.00 | 2,512.00 | 0 | 0 | 0 | 0 |
| 36 | V0S1037 | XEROX | 2,477.00 | 2257 | 220 | 0 | 0 | 0 |
| 37 | V0S2276 | WACHOVIA | 2,409.85 | 0 | 2022.85 | 0 | 0 | -387 |

| # | Code | Name | Total | | | | | |
|---|---|---|---|---|---|---|---|---|
| 38 | VOS3365 | MARSH AFFINITY PRACTICE | 2,279.55 | 2,279.55 | 0 | 0 | 0 | 0 |
| 39 | VOS1512 | DELOITTE & TOUCHE | 2,273.42 | 187 | 234.81 | 1200.3 | 0 | 651.31 |
| 40 | VOS1359 | RAYTHEON SYSTEMS COMPANY | 2,211.57 | 395.9 | 1676.69 | 0 | 72.76 | 66.22 |
| 41 | VOS3051 | DHL AIRWAYS INC | 2,199.64 | 116.16 | 0 | 322.08 | 1761.4 | 0 |
| 42 | VOS1126 | GUARDIAN INDUSTRIES | 2,130.60 | 2289.6 | 0 | 0 | 0 | -159 |
| 43 | VOS1394 | KAISER PERMANENTE | 2,028.58 | 0 | 0 | 1084.33 | 0 | 943.92 |
| 44 | VOS3284 | BLUE CROSS BLUE SHIELD OF MICH | 1,992.80 | 37.1 | 1955.7 | 0 | 0 | 0 |
| 45 | VOS1254 | BANK ONE CORP ACCOUNTS PAYABLE | 1,953.20 | 1325.32 | 630.01 | 0 | 0 | -2.13 |
| 46 | VOS3089 | 3M COMPANY | 1,920.19 | 1,920.19 | 0 | 0 | 0 | 0 |
| 47 | VOS1590 | GMAC-RFC | 1,787.87 | 0 | 25.56 | 0 | 0 | 1770 |
| 48 | VOS1918 | SONY ELECTRONICS, INC. | 1,767.10 | 1,767.10 | 0 | 0 | 0 | 0 |
| 49 | VOS1155 | GEORGIA-PACIFIC CORP. | 1,766.17 | 545 | 354 | 0 | 0 | 867.17 |
| 50 | VOS2839 | MICROSOFT CORP | 1,722.00 | 0 | 0 | 0 | 1,722.00 | 0 |
| 51 | VOS3248 | NORTHEAST GEORGIA EMS | 1,640.00 | 0 | 0 | 1640 | 0 | 0 |
| 52 | VOS2577 | MERION PUBLICATIONS INC | 1,577.28 | 1,577.28 | 0 | 0 | 0 | 0 |
| 53 | VOS1902 | UNILEVER HPC/USA | 1,572.97 | 996.4 | 0 | 0 | 531.66 | 44.91 |
| 54 | VOS3370 | IFC CREDIT CORPORATION | 1,518.00 | 1518 | 0 | 0 | 0 | 0 |
| 55 | VOS1131 | GREENPAGES INC | 1,510.00 | 316 | 0 | 0 | 1194 | 0 |
| 56 | VOS3273 | DELOITTE CONSULTING | 1,470.00 | 0 | 0 | 1470 | 0 | 0 |
| 57 | VOS1946 | WHIRLPOOL CORPORATION | 1,466.44 | 1046 | 456.4 | 0 | 0 | -36 |
| 58 | VOS3349 | ASHTABULA COUNTY COMM | 1,450.00 | 1450 | 0 | 0 | 0 | 0 |
| 59 | VOS3253 | CLARK ATLANTA UNIVERSITY | 1,428.00 | 0 | 0 | 1428 | 0 | 0 |
| 60 | VOS3000 | THE NAVAJO NATION | 1,404.48 | 0 | 0 | 0 | 0 | 1,404.48 |
| 61 | VOS1089 | GEORGE HERTZBERG & ASSOCIATES | 1,348.00 | 521 | 0 | 724 | 158 | -55 |
| 62 | VOS2393 | USG CORPORATION | 1,338.75 | 1,338.75 | 0 | 0 | 0 | 0 |
| 63 | VOS1363 | USS CORPORATION | 1,317.00 | 1317 | 0 | 0 | 0 | 0 |
| 64 | VOS2698 | DAYTON SUPERIOR CORP | 1,299.09 | 1206.64 | 92.45 | 0 | 0 | 0 |
| 65 | VOS2500 | MERCK & CO., INC | 1,192.50 | 1,192.50 | 0 | 0 | 0 | 0 |
| 66 | VOS1964 | BB&T-IT FINANCIAL SERVICES | 1,152.39 | 465.45 | 0 | 686.94 | 0 | 0 |
| 67 | VOS1396 | ANHEUSER BUSCH COMPANIES INC | 1,141.00 | 1,141.00 | 0 | 0 | 0 | 0 |
| 68 | VOS3039 | THE WORLD BANK | 1,137.87 | 0 | 1,137.87 | 0 | 0 | 0 |
| 69 | VOS2957 | HUGHES NETWORK SYSTEMS | 1,129.80 | 1,129.80 | 0 | 0 | 0 | 0 |
| 70 | VOS2530 | JDR COMPUTER SOLUTIONS INC | 1,092.00 | 0 | 277 | 0 | 815 | 0 |
| 71 | VOS3276 | GRANDA HUNTLY-EAST CHAIN | 1,086.00 | 543 | 543 | 0 | 0 | 0 |
| 72 | VOS3354 | A G SIMPSON USA INC | 1,060.00 | 1,060.00 | 0 | 0 | 0 | 0 |
| 73 | VOS1479 | CARDINAL HEALTH,INC | 1,009.08 | 434.22 | -4.08 | 578.94 | 0 | 0 |
| 74 | VOS1182 | ANTHEM INC | 962.89 | 962.89 | 0 | 0 | 0 | 0 |
| 75 | VOS1102 | SAIC (SCIENCE APPLICATIONS) | 943.41 | 0 | 1168.31 | -483.2 | 0 | 258.3 |

| # | Code | Name | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 76 | VOS3289 | ING FUNDS | 906.04 | 906.04 | 0 | 0 | 0 | 0 |
| 77 | VOS3333 | GLAXOSMITHKLINE | 874 | 0 | 874 | 0 | 0 | 0 |
| 78 | VOS2510 | ADMIN OFFICE OF THE COURTS | 845 | 0 | 845 | 0 | 0 | 0 |
| 79 | VOS3266 | ARCOT SYSTEMS | 828.11 | 0 | 0 | 828.11 | 0 | 0 |
| 80 | VOS1418 | IPG-GIS | 816.34 | 816.34 | 0 | 0 | 0 | 0 |
| 81 | VOS3361 | RECREATIONAL EQUIPMENT INC | 796.41 | 796.41 | 0 | 0 | 0 | 0 |
| 82 | VOS3287 | UNITED STATES SENATE | 795 | 0 | 795 | 0 | 0 | 0 |
| 83 | VOS3125 | YORKTOWNE CABINETS | 773.8 | 773.8 | 0 | 0 | 0 | 0 |
| 84 | VOS1893 | CARLSON SHARED SERVICES | 762.54 | 762.54 | 0 | 0 | 0 | 0 |
| 85 | VOS3352 | HUTTERVILLE SCHOOL | 745 | 745 | 0 | 0 | 0 | 0 |
| 86 | VOS1154 | DARTEK | 731 | 440 | 30 | 261 | 0 | 0 |
| 87 | VOS3357 | AZTEC MUNICIPAL SCHOOLS | 709 | 709 | 0 | 0 | 0 | 0 |
| 88 | VOS3194 | SOUTH ST PAUL PUBLIC SCHOOLS | 690 | 690 | 0 | 0 | 0 | 0 |
| 89 | VOS2525 | PACKAGING CORP OF AMERICA | 680 | 680 | 0 | 0 | 0 | 0 |
| 90 | VOS2138 | BAXTER FINANCIAL SERVICES CTR | 675.4 | 675.4 | 0 | 0 | 0 | 0 |
| 91 | VOS1183 | LIEBERT CORPORATION | 674.49 | 0 | 674.49 | 0 | 0 | -174.3 |
| 92 | VOS1272 | REED BUSINESS INFORMATION | 668.91 | 344.13 | 499.08 | 0 | 0 | 0 |
| 93 | VOS3330 | SKJ TECHNOLOGIES | 668 | 668 | 0 | 0 | 0 | 0 |
| 94 | VOS2826 | LEAR CORP BED- NA DIVISION | 666.74 | 0 | 555.44 | 0 | 0 | 111.3 |
| 95 | VOS2452 | MCKESSON CORPORATION | 662.72 | 0 | 0 | 0 | 0 | 662.72 |
| 96 | VOS2575 | LEVEL 3 COMMUNICATIONS | 638.13 | 0 | 0 | 0 | 638.13 | 0 |
| 97 | VOS1138 | NIKE INC | 626.47 | 626.47 | 0 | 0 | 0 | 0 |
| 98 | VOS1206 | ORACLE | 619.12 | 37.88 | 581.24 | 0 | 0 | 0 |
| 99 | VOS3321 | CHARLES LEVY CIRCULATING CO | 614.12 | 0 | 614.12 | 0 | 0 | 0 |
| 100 | VOS2082 | COSTCO WHOLESALE | 608.47 | 608.47 | 0 | 0 | 0 | 0 |
| 101 | VOS3239 | ADAMS CNTY SCHOOL DIST #50 | 580 | 580 | 0 | 0 | 0 | 0 |
| 102 | VOS3189 | SUNGARD-PLAID BROTHER SOFTWARE | 577.54 | 577.54 | 0 | 0 | 35.55 | -35.55 |
| 103 | VOS1265 | PEOPLESOFT INC | 554.24 | 554.24 | 0 | 0 | 0 | 0 |
| 104 | VOS3325 | SOUTH CAROLINA STATE UNIV | 553.32 | 0 | 553.32 | 0 | 0 | 0 |
| 105 | VOS3351 | INTERNATIONAL PAPER | 530 | 530 | 0 | 0 | 0 | 0 |
| 106 | VOS2275 | ROBERT W BAIRD & CO INC | 508.93 | 508.93 | 0 | 0 | 0 | 0 |
| 107 | VOS2110 | CHARLES LEVY CIRCULATING CO | 500 | 0 | 500 | 0 | 0 | 0 |
| 108 | VOS2118 | THE RENICK CORPORATION | 490.77 | 443.77 | 0 | 47 | 0 | 0 |
| 109 | VOS1156 | PRICEWATER HOUSE COOPER | 480.9 | 0 | 480.9 | 0 | 0 | 0 |
| 110 | VOS2313 | ARBITECH INC | 465 | 465 | 0 | 0 | 0 | 0 |
| 111 | VOS2557 | FLEET CAPITAL/ FIRST AMERICA | 462 | 462 | 0 | 0 | 0 | 0 |
| 112 | VOS2849 | PROBUSINESS SERVICES INC | 447.07 | 447.07 | 0 | 0 | 0 | 462 |
| 113 | VOS3366 | UT MD ANDERSON CANCER CENTER | 447 | 447 | 0 | 0 | 0 | 0 |

| # | Code | Vendor | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 114 | VOS2326 | CORNING INC | 446.66 | 72.76 | 373.9 | 0 | 0 | 0 |
| 115 | VOS2685 | RAYTHEON SYSTEM COMPANY | 446 | 0 | 446 | 0 | 0 | 0 |
| 116 | VOS1028 | ACCENTURE | 438.01 | 482.57 | 0 | 0 | 0 | -44.56 |
| 117 | VOS3197 | NEWNAN HOSPITAL | 437 | 437 | 0 | 0 | 0 | 0 |
| 118 | VOS3182 | ERIE BLVD HYDROPOWER LP | 434.36 | 0 | 0 | 0 | 434.36 | 0 |
| 119 | VOS2891 | DST TECHNOLOGIES INC | 429.45 | 429.45 | 0 | 0 | 0 | 0 |
| 120 | VOS3362 | EVERDREAM CORPORATION | 419.52 | 419.52 | 0 | 0 | 0 | 10.64 |
| 121 | VOS2078 | SOUTHERN WINE & SPIRITS OF CO | 398.7 | 388.06 | 0 | 0 | 0 | 0 |
| 122 | VOS2583 | LOCKHEED MARTIN TECHNOLOGY | 394.14 | 394.14 | 0 | 0 | 0 | 0 |
| 123 | VOS3007 | FLEET CREDIT CARD | 373.08 | 192.88 | 0 | 0 | 0 | 180.2 |
| 124 | VOS1746 | QUALITY SOLUTIONS, INC | 372 | 0 | 0 | 0 | 0 | 372 |
| 125 | VOS1658 | CAPITAL DATA, INC | 368 | 0 | 0 | 0 | 0 | 368 |
| 126 | VOS1430 | MOTOROLA, INC | 367.78 | 0 | 0 | 0 | 0 | 367.78 |
| 127 | VOS3228 | G&J PEPSI COLA BOTTLING CO OF | 362.95 | 362.95 | 0 | 0 | 0 | 0 |
| 128 | VOS1311 | ANADARKO PETROLEUM CORP | 358.4 | 0 | 93.4 | 0 | 0 | 265 |
| 129 | VOS2801 | BAXTER BIOSCIENCE | 355.06 | 0 | 0 | 0 | 0 | 355.06 |
| 130 | VOS3358 | OG&E | 349.7 | 349.7 | 0 | 0 | 0 | 0 |
| 131 | VOS3004 | NATICK PUBLIC SCHOOL | 348.6 | 348.6 | 0 | 0 | 0 | 348.6 |
| 132 | VOS3127 | CENTER FOR THE DISABLED | 338 | 0 | 0 | 0 | 0 | 338 |
| 133 | VOS1057 | WELLS FARGO | 335.68 | 335.68 | 0 | 0 | 0 | 0 |
| 134 | VOS3072 | ADVOCATE HEALTH CARE | 332 | 332 | 0 | 0 | 0 | 332 |
| 135 | VOS2026 | MBNA PROCUREMENT SERVICES | 329.08 | 329.08 | 0 | 0 | 0 | 0 |
| 136 | VOS1592 | WELLS FARGO BANK DENVER | 319.66 | 0 | 0 | 77.18 | 0 | 242.48 |
| 137 | VOS3003 | DATATRONICS INC | 308.88 | 0 | 0 | 0 | 0 | 308.88 |
| 138 | VOS2748 | NOVA INFORMATION SYSTEMS | 306.02 | 306.02 | 0 | 0 | 0 | 0 |
| 139 | VOS3347 | BURNET CONSOLIDATED ISD | 300 | 300 | 0 | 0 | 0 | 0 |
| 140 | VOS3350 | T ROWE PRICE INV TECHN | 298.2 | 298.2 | 0 | 0 | 0 | 0 |
| 141 | VOS1483 | HH GREGG APPLIANCES INC | 293 | 0 | 0 | 0 | 0 | 293 |
| 142 | VOS1798 | WELLS FARGO INSURANCE | 292.87 | 0 | 292.87 | 0 | 0 | 0 |
| 143 | VOS3363 | ING | 292.2 | 292.2 | 0 | 0 | 0 | 0 |
| 144 | VOS3201 | INOVIS INC- RICHARDSON | 287.94 | 287.94 | 0 | 287.94 | 0 | 0 |
| 145 | VOS3319 | PROSYS INFO SYSTEM | 287.83 | 287.83 | 287.83 | 0 | 0 | 0 |
| 146 | VOS1458 | SERVICE DIRECT PLUS | 284.8 | 1545.4 | -1081.2 | 43 | -739 | -53 |
| 147 | VOS1605 | MORTGAGERAMP | 278.2 | 278.2 | 0 | 0 | 0 | 0 |
| 148 | VOS2804 | BENJAMIN MOORE & CO | 276.66 | 276.66 | 0 | 0 | 0 | 0 |
| 149 | VOS3177 | DAIRY MANAGEMENT INC | 270.93 | 0 | 0 | 0 | 270.93 | 0 |
| 150 | VOS1012 | ERNST & YOUNG LLP | 270.3 | 0 | 270.3 | 0 | 0 | 0 |
| 151 | VOS3331 | OCEAN COUNTY LIBRARY | 267 | 0 | 267 | 0 | 0 | 0 |

| # | Code | Vendor | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 152 | VOS3328 | CLAY COUNTY MISSOURI | 266 | 0 | 266 | 0 | 0 | 0 |
| 153 | VOS3291 | SEARS ROEBUCK AND CO | 264.12 | 264.12 | 264.12 | 0 | 0 | 0 |
| 154 | VOS3048 | CBE TECHNOLOGIES | 263.55 | 263.55 | 0 | 0 | 0 | 0 |
| 155 | VOS3136 | TX ELECTRONIC INFO & COMP CORP | 262 | 0 | 262 | 0 | 0 | 0 |
| 156 | VOS1401 | ELI LILLY AND COMPANY | 261.25 | 0 | 261.25 | 0 | 0 | 0 |
| 157 | VOS2355 | INTERNATIONAL PAPER | 259.08 | 97.52 | 88.06 | 0 | 76.32 | 73.5 |
| 158 | VOS1242 | HOUSEHOLD INTERNATIONAL | 255.32 | 179 | 0 | 0 | 0 | 0 |
| 159 | VOS2483 | COMPUNET ENGINEERING INC | 255.01 | 0 | 255.01 | 0 | 0 | 0 |
| 160 | VOS3320 | OREGON HEALTH & SCIENCE UNIV | 246.67 | 0 | 246.67 | 0 | 0 | 0 |
| 161 | VOS3371 | PIMA CNTY INFO TECH DEPT | 236.72 | 236.72 | 0 | 0 | 0 | 0 |
| 162 | VOS1274 | LINK COMPUTER CORPORATION | 232 | 1007 | 0 | -775 | 0 | 0 |
| 163 | VOS3360 | LLADRO USA | 231.08 | 231.08 | 0 | 0 | 0 | 0 |
| 164 | VOS3140 | PALISADES SCHOOL DISTRICT | 220 | 220 | 0 | 0 | 0 | 0 |
| 165 | VOS3369 | AMERIGROUP CORPORATION | 215.27 | 215.27 | 0 | 0 | 0 | 0 |
| 166 | VOS3047 | NC DEPT OF PUBLIC INSTRUCTION | 205.79 | 0 | 24.49 | 0 | 0 | 181.3 |
| 167 | VOS3077 | BANK OF THE WEST | 205.67 | 205.67 | 0 | 0 | 0 | 0 |
| 168 | VOS1010 | TRAMMELL CROW CO | 196.72 | 196.72 | 0 | 0 | 0 | 0 |
| 169 | VOS1845 | MAYTAG APLIANCE | 194.43 | 194.43 | 0 | 0 | 0 | 0 |
| 170 | VOS3038 | UNIVERSITY OF CA BERKELEY | 193.76 | 0 | 0 | 0 | 0 | 193.76 |
| 171 | VOS1103 | NDPS INC | 188 | 47 | 94 | 47 | 0 | 0 |
| 172 | VOS1943 | KAISER FOUNDATION HEALTH PLAN | 182.94 | 0 | 0 | 182.94 | 0 | 0 |
| 173 | VOS3364 | REGION 19 ESC | 164.54 | 164.54 | 0 | 0 | 0 | 0 |
| 174 | VOS1017 | MITG (MIDWEST INFO TECH GROUP) | 160 | 160 | 0 | 0 | 0 | 0 |
| 175 | VOS3229 | CUAHOGA CNTY COMM MENTAL | 158 | 158 | 0 | 0 | 0 | 0 |
| 176 | VOS1027 | ZONES INC | 154.09 | 13.09 | 141 | 0 | 0 | 0 |
| 177 | VOS3294 | FIRST AMERICAN FLOOD DATA SVC | 151.2 | 0 | 151.2 | 0 | 0 | 0 |
| 178 | VOS3067 | CITGO PETROLEUM CORP | 144.73 | 0 | 0 | 0 | 0 | 144.73 |
| 179 | VOS3265 | TECHNICOLOR HOME ENT SVC | 142.64 | 0 | 0 | 142.64 | 0 | 0 |
| 180 | VOS3203 | MERCK & CO INC | 139.92 | 0 | 0 | 0 | 139.92 | 0 |
| 181 | VOS3340 | LEAR CORPORATION - PLANT 134 | 136.74 | 136.74 | 0 | 0 | 0 | 0 |
| 182 | VOS2966 | EDS | 134.33 | 0 | 0 | 35 | 99.33 | 0 |
| 183 | VOS3315 | SI BANK & TRUST | 131.43 | 131.43 | 131.43 | 0 | 0 | 0 |
| 184 | VOS3336 | DEKALB CO DFCS | 130 | 130 | 130 | 0 | 0 | 0 |
| 185 | VOS1055 | SIEMENS MEDICAL SOLUTIONS HEAL | 129 | 129 | 129 | 0 | 0 | 0 |
| 186 | VOS3300 | SANDUSKY COMMUNITY SCHOOLS | 129 | 0 | 129 | 0 | 0 | 0 |
| 187 | VOS2358 | IDAHO FALLS SCHOOL DISTRICT 91 | 123 | 86 | 37 | 0 | 0 | 0 |
| 188 | VOS3211 | THOMSON BROADCAST SOLUTIONS | 122.4 | 0 | 0 | 0 | 122.4 | 122.4 |
| 189 | VOS2890 | GENERAL CIGAR CO INC | 121.9 | 121.9 | 0 | 0 | 0 | 0 |

| # | Code | Name | | | | | | |
|---|------|------|---|---|---|---|---|---|
| 190 | VOS3124 | ITT TECHNICAL INSTITUTE | 112.77 | 0 | 0 | 0 | 0 | 112.77 |
| 191 | VOS3285 | MILWAUKEE PUBLIC SCHOOLS | 108 | 0 | 108 | 0 | 0 | 0 |
| 192 | VOS1691 | SSN INC.DBA ENTRE COMPUTER CTR | 105 | 105 | 0 | 0 | 0 | 0 |
| 193 | VOS3085 | FIRST AMERICAN TITLE INS CO | 103.36 | 0 | 0 | 0 | 0 | 103.36 |
| 194 | VOS1901 | UMC PEMBROKE | 99 | 99 | 0 | 0 | 0 | 0 |
| 195 | VOS3367 | REGIONAL HEALTH SVC OF HOWARD | 93.45 | 93.45 | 0 | 0 | 0 | 0 |
| 196 | VOS1381 | NETWORK SESIGNES INTEGRATION | 93 | 0 | 0 | 0 | 0 | 93 |
| 197 | VOS3054 | ING | 90.15 | 0 | 90.15 | 0 | 0 | 0 |
| 198 | VOS3131 | WASTE MANAGEMENT CORPORATION | 89.25 | 89.25 | 0 | 0 | 0 | 0 |
| 199 | VOS1062 | UNITED PARCEL SERVICE | 86.16 | 86.16 | 0 | 0 | 0 | 0 |
| 200 | VOS2547 | MCPC | 85 | 85 | 0 | 0 | 0 | 0 |
| 201 | VOS3342 | TROUP COUNTY BRD OF ED | 85 | 85 | 0 | 0 | 0 | 0 |
| 202 | VOS3303 | HELLEREHMAN ATTORNEYS | 84.63 | 0 | 84.63 | 0 | 0 | 0 |
| 203 | VOS3157 | STATE OF OK DEPT OF HUMAN SVCS | 84 | 0 | 0 | 0 | 0 | 84 |
| 204 | VOS2509 | BRIGHT HORIZONS FAMILY SOLUTIO | 79.18 | 0 | 79.18 | 0 | 0 | 0 |
| 205 | VOS2400 | EXXONMOBIL UPSTREAM TECHNICAL | 77.94 | 0 | 0 | 0 | 0 | 77.94 |
| 206 | VOS3180 | UNION COUNTY PUBLIC SCHOOLS | 77.04 | 0 | 0 | 0 | 77.04 | 0 |
| 207 | VOS1408 | THE WORLD BANK GROUP | 70 | 0 | 0 | 0 | 0 | 70 |
| 208 | VOS3335 | CARDINAL HEALTH | 66.8 | 53.87 | 12.93 | 0 | 0 | 0 |
| 209 | VOS3356 | MEDICAID INVESTIGATION DIV | 65.52 | 65.52 | 0 | 0 | 0 | 0 |
| 210 | VOS3171 | TOTAL CORPORATE SERVICES INC | 63.86 | 0 | 0 | 0 | 0 | 63.86 |
| 211 | VOS3323 | SHERWIN-WILLIAMS COMPANY | 63.72 | 0 | 63.72 | 0 | 0 | 0 |
| 212 | VOS1817 | KELLOGG COMPANY | 63.37 | 0 | 0 | 0 | 0 | 63.37 |
| 213 | VOS3132 | SOUTHERN COMPUTER WAREHOUSE | 58.25 | 0 | 58.25 | 0 | 0 | 0 |
| 214 | VOS1222 | CCH INCORPORATED | 53.15 | 0 | 0 | 0 | 53.15 | 0 |
| 215 | VOS3368 | COCOA BEACH JR/SR HS #5011 | 51.99 | 51.99 | 0 | 0 | 0 | 0 |
| 216 | VOS3329 | EMERSON PROCESS MANAGEMENT | 51.96 | 51.96 | 0 | 0 | 0 | 0 |
| 217 | VOS1491 | BAXTER HEALTHCARE CORPORATION | 44 | 44 | 0 | 0 | 0 | 0 |
| 218 | VOS3079 | XEROX SERVICES | 43.3 | 0 | 0 | 0 | 0 | 43.3 |
| 219 | VOS3344 | SOUTHERN UNIVERSITY | 42 | 42 | 0 | 0 | 0 | 0 |
| 220 | VOS3202 | STEPFORD INC | 41.08 | 0 | 41.08 | 0 | 0 | 0 |
| 221 | VOS1309 | EPLUS TECHNOLOGY INC | 40 | 0 | 0 | 0 | 0 | 40 |
| 222 | VOS1343 | CLEVELAND CLINIC HEALTH SYSTEM | 36 | 36 | 0 | 0 | 0 | 0 |
| 223 | VOS1950 | BUFFALO STATE COLLEGE | 35 | 0 | 0 | 0 | 0 | 35 |
| 224 | VOS2712 | JOHNSON CONTROL INC | 34 | 0 | 34 | 0 | 0 | 0 |
| 225 | VOS2915 | CC SERVICES INC | 34 | 0 | 0 | 0 | 34 | 0 |
| 226 | VOS3311 | LAS CRUCES SCHOOL DISTRICT #2 | 31.5 | 0 | 31.5 | 0 | 0 | 0 |
| 227 | VOS2771 | DIAGEO | 30.74 | 0 | 0 | 0 | 0 | 30.74 |

| # | Code | Payee | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 228 | VOS2484 | MERCK & CO., INC | 0 | 0 | 0 | 29.52 | 0 | 29.52 |
| 229 | VOS3260 | CITY OF ATLANTA DEPT OF PUBLIC | 0 | 0 | 0 | 27.6 | 0 | 27.6 |
| 230 | VOS3355 | ALBAN CNTY SCHOOL DIST ONE | 0 | 0 | 0 | 0 | 23 | 23 |
| 231 | VOS3268 | WEST TECHNOLOGIES INC | 0 | 0 | 22.93 | 0 | 0 | 22.93 |
| 232 | VOS3232 | MICRO SYSTEMS ENGINEERING INC | 0 | 22.27 | 0 | 0 | 0 | 22.27 |
| 233 | VOS3259 | RATHEON TECHNICAL SERVICES | 0 | 18.81 | 0 | 0 | 0 | 18.81 |
| 234 | VOS2428 | CENTRAL CAROLINA COMM COLLEGE | 0 | 0 | 0 | 18.19 | 0 | 18.19 |
| 235 | VOS3017 | DUKE ENERGY | 15.97 | 0 | 0 | 0 | 0 | 15.97 |
| 236 | VOS1593 | LIBERTY MUTUAL | -102.12 | 0 | 0 | 0 | 111.49 | 9.37 |
| 237 | VOS3292 | STATE OF MINNESOTA PSD | 0 | 0 | 0 | 4.2 | 0 | 4.2 |
| 238 | VOS3210 | CENTERPOINT ENERGY INC | 0 | 0 | 0 | 3.87 | 0 | 3.87 |
| 239 | VOS1819 | PA COMPUTER CONNECTIONS, INC | -199.2 | 0 | 0 | 0 | 202 | 2.8 |
| 240 | VOS3288 | AMITYVILLE UNION FSD | 0 | 0 | -149 | 150.48 | 0 | 1.48 |
| 241 | VOS2479 | TEXAS INSTRUMENTS INCORPORATED | -17.5 | 0 | 0 | 0 | 0 | -17.5 |
| 242 | VOS1168 | MICRO STRATEGIES INC | -17.58 | 0 | 0 | 0 | 0 | -17.58 |
| 243 | VOS2291 | DATALINE INC | 0 | 0 | 0 | 0 | -23.2 | -23.2 |
| 244 | VOS1898 | GLOBAL COMPUTER SUPPLIES | -44.43 | 0 | 0 | 0 | 0 | -44.43 |
| 245 | VOS1453 | PROGRESS ENERGY | -60 | 0 | 0 | 0 | 0 | -60 |
| 246 | VOS3014 | IGOV.COM | -60.56 | 0 | 0 | 0 | 0 | -60.56 |
| 247 | VOS1517 | NATIONAL MS SOCIETY | -85.93 | 0 | 0 | 0 | 0 | -85.93 |
| 248 | VOS2423 | MICROAGE | 0 | 0 | -127 | 0 | 0 | -127 |
| 249 | VOS2938 | EDS MEDICAID | -158.34 | 0 | 0 | 0 | 0 | -158.34 |
| 250 | VOS2567 | NORTHWESTERN UNIVERSITY | -299 | 0 | 0 | 0 | 0 | -299 |
| 251 | VOS1258 | LANDMARK GRAPHICS CORP | -192.5 | 0 | 0 | 0 | 136 | -328.5 |
| 252 | VOS3240 | HARVARD MEDICAL SCHOOL | 0 | -537.6 | 0 | 100 | 0 | -437.6 |
| 253 | VOS1530 | CARROLL SCIENTIFIC INC. | -478.12 | 0 | 0 | 0 | 0 | -478.12 |
| 254 | VOS2836 | RELIANT ENERGY POWER | -405 | -89.94 | -74.69 | 0 | 0 | -569.63 |
| 255 | VOS1273 | RAYTHEON COMPANY | 0 | 0 | -594 | 0 | 0 | -594 |
| 256 | VOS2706 | SMS CORP | 0 | 0 | 0 | -617 | 0 | -617 |
| 257 | VOS2186 | WALT DISNEY WORLD CO | -636 | 0 | 0 | 0 | 0 | -636 |
| 258 | VOS2569 | DICTAPHONE CORPORATION | -675 | 0 | 0 | 0 | 0 | -675 |
| 259 | VOS2941 | COMPUDYNE INC | -950 | 0 | 0 | 0 | 135 | -815 |
| 260 | VOS1096 | WELLS FARGO BANK | -2441.95 | 698.75 | 106.33 | -715.98 | 722.94 | -862.38 |
| 261 | VOS1686 | COMMERCE BANK | -1,060.00 | 0 | 0 | 0 | 0 | -1,060.00 |
| 262 | VOS2075 | RELIANT RESOURCES INC | 4405.95 | 197.01 | 0 | 74.69 | 0 | -1,207.90 |
| 263 | VOS2939 | GMAC/MOTOR INSURANCE CORP | -1,984.32 | 0 | 0 | 0 | 0 | -1,984.32 |
| 264 | VOS2168 | H&R BLOCK | -1,995.75 | 0 | 0 | 0 | 0 | -1,995.75 |
| 265 | VOS1903 | XM SATELLITE RADIO INC. | -3084.9 | 0 | 0 | 0 | 0 | -3084.9 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 266 | VOS1727 | GMAC INSURANCE | -4,207.69 | 0 | 0 | 0 | 0 | -4,207.69 |
| 267 | VOS2802 | DEPT OF VETERANS AFFAIRS | -6,000.00 | 0 | 0 | 0 | 0 | -6,000.00 |
| 268 | VOS2924 | EMPTY | 0 | 0 | 0 | 0 | 0 | -13,822.68 |
| 269 | VOS2233 | DIGITAL FOUNTAIN | 0 | 0 | 0 | -48,338.90 | 0 | -48,338.90 |
| | | | | | | | | -48,338.90 |

## James Hansen

**From:**    CHIZEK,RICHARD (HP-Roseville,ex1) [richard.chizek@hp.com]
**Sent:**    Saturday, February 21, 2004 5:20 PM
**To:**      Allen, Melissa A; Miller, Tracy; Chizek, Richard; Karas, John P; Soriano, Roland L
**Cc:**      Meyerfeld, Louise A; Crowley, Bill; Perez, Sonia (Roseville); Rodriguez, Ruth L; Topolinski, Yolanda A
**Subject:** RE: Streamline Acct. Set-up for HP Direct Clients?

Melissa,

Good suggestion.  Thanks for your insight.


John,

Let's redefine the process for responding to Invoicing/Net-30 Account Requests to also:
1. Identify established HP Direct clients from the 'S-Accounts' list.
2. Capture callers parts orders and delivery information at first contact. Validate with Sonia the client info. needed to set-up both Red and Blue Accounts.

3. Coordinate account set-up with Sonia to respond back to a PBCO contact to contact client with order fulfillment information, account numbers, and PBCO ordering instructions.  We want to take ownership for this in PBCO.  (I'll communicate this to Sykes to assign an Offline Order Admin. to handle these client contacts.)


Thanks,
Richard Chizek,
HP Parts Sales Centers Manager
HPS Americas - Channel and Parts Business
916 785-8651 (desk)
916 628-5225 (cell)

To Order Parts: <<www.hp.com/buy/parts>>
              1-800-227-8164

-----Original Message-----
From: Allen, Melissa A [mailto:melissa.a.allen@hp.com]
Sent: Friday, February 20, 2004 9:28 AM
To: Miller, Tracy; Chizek, Richard; Karas, John P; Soriano, Roland L
Cc: Meyerfeld, Louise A; Crowley, Bill; Perez, Sonia
Subject: RE: Streamline Acct. Set-up for HP Direct Clients?


Rather than trying to find a contact that has access to VISTA, wouldn't it make more sense to leverage off the list of S01/S02 accounts that Richard's team already has available to them?  That way they will know up front if this particular customer had a Spares account with us in the past before the request was even sent to Sonia and we wouldn't even have to mention the possibility of filling out a credit app to the customer. Thanks, Melissa

-----Original Message-----



From: Miller, Tracy
Sent: Friday, February 20, 2004 9:55 AM
To: Chizek, Richard; Karas, John P; Soriano, Roland L
Cc: Meyerfeld, Louise A; Crowley, Bill; Allen, Melissa A; Perez, Sonia
Subject: RE: Streamline Acct. Set-up for HP Direct Clients?


Richard,

Here's 3 names that you can try.

Richard Kevin Steel (he goes by Kevin), he's the high level Program Manager for ESG.  I don't know him, but was told that he may be able to help.

Cindi Whittington - Is our Vista contact, as it relates to CarePack orders through Vista.

Barbra Smith - World Wide Program Mgr for CarePacks.  She has a lot of knowledge when it comes to all the different systems, and how they flow.  She can probably provide some insights.

Hope this helps.

Thanks,

Tracy Miller
Hewlett-Packard Company
Service Program Mgr
HPS Americas Customer Operations
916-748-7374


-----Original Message-----
From: Chizek, Richard
Sent: Friday, February 20, 2004 8:32 AM
To: Miller, Tracy; Chizek, Richard; Karas, John P; Soriano, Roland L
Cc: Meyerfeld, Louise A; Crowley, Bill; Allen, Melissa A; Perez, Sonia
Subject: RE: Streamline Acct. Set-up for HP Direct Clients?


Hi Tracy,

Thanks for your offer.  I'm not familiar with the Vista environment and uses, but I believe those accounts are for Product Purchase.

Richard

-----Original Message-----
From: Miller, Tracy [mailto:tracy.l.miller@hp.com]
Sent: Friday, February 20, 2004 6:36 AM
To: Chizek, Richard; Karas, John P; Soriano, Roland L
Cc: Meyerfeld, Louise A; Crowley, Bill; Allen, Melissa A; Perez, Sonia
Subject: RE: Streamline Acct. Set-up for HP Direct Clients?

3:04-cv-03055-JES-CHE #70-10 Page 26 of 26

Richard,

What type of business are done thru the Vista accounts?  I'm guessing Support Contracts, Support Packs?  This would help me find your Vista contact.

Thanks,

Tracy Miller
Hewlett-Packard Company
Service Program Mgr
HPS Americas Customer Operations
916-748-7374


-----Original Message-----
From: Chizek, Richard
Sent: Thursday, February 19, 2004 2:43 PM
To: Karas, John P; Soriano, Roland L
Cc: Meyerfeld, Louise A; Crowley, Bill; Miller, Tracy; Allen, Melissa A;
Perez, Sonia
Subject: Streamline Acct. Set-up for HP Direct Clients?
Importance: High


Roland and All,

The attached is an example of the many requests from HP Direct clients and Inside Sales Reps. to establish Parts Accounts/Net 30 Terms for parts purchases.  Although we established accounts for the list identified by as HP Direct 'top parts purchasers,' it appears that many other HP Direct clients also have regular parts needs.  Those clients and their HP/ISR's are expressing resistance to our 'Parts Account Pre-screening/Set-up Process.'  If we expect those HP Direct clients to continue ordering Compaq and HP Parts from us, we should develop a more efficient Account Set-up process for them.  Assuming that these are clients with existing 'Vista' accounts in good standing linked to HP Direct, why not leverage that account information?  If agreed, we'll just need to coordinate with 'Vista' and define the process and scripts for agents.  Also, provide instructions for HP Direct ISR's who communicate with the clients, and might also facilitate their parts orders.


Regards,
Richard Chizek,
HP Parts Sales Centers Manager
HPS Americas - Channel and Parts Business
916 785-8651 (desk)
916 628-5225 (cell)

To Order Parts: <<www.hp.com/buy/parts>>
          1-800-227-8164

1/11/2005