**Page 61**

2  last six months.  The accounts are identified in bold
3  red font."  And it says MITG aging is attached 1/15/04,
4  which I have printed out from a spreadsheet produced by
5  counsel, documents 5072 to 5083.
6      A.    Okay.
7      Q.    Okay.
8          (Exhibit PP was marked for
9          identification.)
10         MS. CARROLL:  I'm sorry.  Just to make sure, the
11  starting number is HP 5071?
12         MR. HANSEN:  Correct.
13         MS. CARROLL:  Okay.  I'm sorry.  I'm obviously
14  only hearing a few numbers at a time today.
15         MR. HANSEN:  5071 through 5083.
16         MS. CARROLL:  All right.  Thank you.
17     Q.    BY MR. HANSEN:  Do you recall being involved in
18  discussions to determine the top aging accounts of MITG
19  as of January 15, 2004, with over $500 of purchases in
20  the past six months?
21     A.    I don't recall being involved in that.
22     Q.    Okay.  Well, you don't recall requesting that
23  information be determined and provided to you?
24     A.    No, I don't.
25     Q.    Okay.  Do you recall being involved in trying to
     make a determination as to those top accounts to then

**Page 62**

1  identify who was going to get the MITG letter referenced
2  in your e-mails on Exhibit OO?
3      A.    Yeah.  I recall that we -- that I was involved
4  in some discussions and meetings about -- about the
5  accounts and -- and -- with the accounts team.
6      Q.    Okay.  Do you recall Ms. Meyerfeld making
7  reference to or having conversations when you were
8  present that she wanted -- or the team wanted that
9  information to determine -- being the top accounts
10  within the past six months -- to directly target that
11  letter to?
12     A.    I -- I don't specifically recall.
13     Q.    Okay.  Do you recall ever seeing and reviewing
14  that spreadsheet that's attached to that exhibit
15  identifying those top MITG accounts?
16     A.    Yes, I saw this.
17     Q.    Okay.  And do you recall specifically
18  participating and adding your comments to the letter
19  that went out to those top accounts that were
20  identified?
21     A.    Yeah, I do -- I do remember seeing the draft
22  letter and being asked for some input.
23     Q.    Okay.  Do you recall if that letter did, in
24  fact, go out to those top accounts identified in that
25  spreadsheet attached to Exhibit PP sometime around

**Page 63**

1  January 22nd of '04?
2      A.    I don't know who the -- you know
3  what the timing was or who the -- the letters were sent
4  out to after -- after the last time I had a discussion
5  about it.
6      Q.    Okay.  Following up, Exhibit QQ, is an e-mail
7  that was sent as part of MITG No. 6 from Ms. Carroll to
8  myself on Monday, January 10, and it's an e-mail from
9  Tracy Miller to Shari Ellis dated January 16 of 2004, of
10  which you're carbon copied on.
11     A.    Okay.
12         (Exhibit QQ was marked for
13         identification.)
14     Q.    It is referencing new account setups.  It said,
15  "Shari, Richard" --
16         Is it "Chizek"?
17     A.    Chizek, yes.
18     Q.    -- "Chizek has agreed that his call center
19  agents" --
20         That's here in Roseville?
21     A.    Uh-huh.
22     Q.    Is that a yes?
23     A.    Yes.
24     Q.    -- "will take on new account setup inquiries
25  effective January 19."

**Page 64**

1      A.    Yes.
2      Q.    Okay.  "If a customer calls, and they do not
3  have an existing MITG number, please refer them to
4  Richard's team" -- and the 800 number --
5          And I guess that's here in Roseville?
6      A.    Yes.
7      Q.    -- "and not Sonia Perez."
8      A.    Yes.
9      Q.    Okay.  So effective Monday, January 19th, if
10  somebody called and placed that call to MITG, and they
11  did not have a direct number -- account number, it was a
12  new account setup, were they ordered, then, to send the
13  calls to Roseville?
14     A.    These -- these calls are -- are all landing here
15  in Roseville.  There's no -- there's not another call
16  center location where they are landing.
17     Q.    Okay.  What if someone called MITG's number and
18  didn't have a new account, do you know if they were
19  directed to forward that caller to Roseville?
20     A.    No.  I don't know what -- I don't know what was
21  happening at MITG.
22     Q.    Well, was it your understanding that as of
23  January '04, Roseville was handling pmCompaq parts
24  orders?
25     A.    Yes.

**Page 65**

1    Q.   Is that the same types of parts orders that were
2  handled at MITG?
3       MS. CARROLL:  Objection; calls for speculation.
4       THE WITNESS:  I don't know.  I don't know
5  exactly what -- what types of parts orders and business
6  they were doing at MITG.  We were -- we were taking
7  parts calls here.
8    Q.   BY MR. HANSEN:  Well -- and I guess referring to
9  Exhibit NN, you may not know what types of orders they
10  were filling, but whatever they were filling, you had
11  directed your agents to no longer refer orders and calls
12  to them; correct?
13   A.   Yes.
14   Q.   Now, who is Sonia Perez?
15   A.   Sonia is an accounts setup person in the
16  HP finance admin business.
17   Q.   Here in Roseville, or do you know?  If you know.
18   A.   I think she's here in Roseville.
19   Q.   Okay.  I am handing you what is Exhibit RR,
20  document HP 5066.
21       Do you recall, before I hand you this document,
22  various MITG accounts that had very specific customer
23  service handling issues?
24   A.   Yes.
25   Q.   Okay.  And I'm going to hand you this e-mail in

**Page 66**

1  a second here, but do you recall one of them was
2  Agilent, A-g-i-l-e-n-t?
3    A.   I don't remember that -- remember that one, but
4  I do remember that there were certain accounts that had
5  specific requirements.
6    Q.   How about DHL, was that one of them?
7    A.   Yes.
8    Q.   Okay.  Let me hand you Exhibit RR.  This is an
9  e-mail from Shari Ellis to four individuals, of which
10  you're carbon copied on, regarding HP Direct on-line
11  notifications.  You can go ahead and take a look at
12  that.
13   A.   Okay.
14       (Exhibit RR was marked for
15       identification.)
16   Q.   You read that?
17   A.   Yeah, I did.
18   Q.   That references a meeting Ms. Ellis had with
19  Agilent --
20   A.   That's what it says.
21   Q.   -- as of yet?
22       Okay.  Did you participate in that meeting at
23  all?
24   A.   I don't believe I did.
25   Q.   Okay.  And it references that she had met with

**Page 67**

1  them on January 27, 2004, and had asked them to indicate
2  what customized solutions they were receiving today from
3  HP Direct.  Do you see that?
4    A.   Yes.
5    Q.   Okay.  And HP Direct in this case is MITG?
6    A.   Yes.
7    Q.   Okay.  So was there an effort made by HP to meet
8  with MITG accounts that had customized solutions to
9  determine what those were prior to the migration?
10       MS. CARROLL:  Objection.
11       THE WITNESS:  I don't know.  I didn't --
12       MR. HANSEN:  Counsel wants to --
13       MS. CARROLL:  I am going to object to it as
14  vague.  It assumes facts not in evidence.
15       Go ahead and answer.
16       THE WITNESS:  No, I don't know what meetings
17  they had about the custom solutions.
18   Q.   BY MR. HANSEN:  Okay.  Well, I guess -- do you
19  have any reason to disagree that that conference call
20  took place that Ms. Ellis is referring to?
21   A.   I don't -- I don't recall being involved in
22  that.
23   Q.   Okay.  And it indicates there was a list of
24  items and attachments as to how they were receiving
25  communication from HP Direct regarding some of their

**Page 68**

1  requirements.
2    A.   Yes.
3    Q.   And they would like to have these items
4  addressed before beginning to send new business to the
5  Roseville call center.
6       Did you have any discussions with Ms. Ellis as
7  to addressing specific customized solution items for
8  Agilent before their calls were sent to Roseville?
9    A.   I don't remember talking to Shari about Agilent
10  custom solutions.
11   Q.   Okay.  Although you don't remember that, would
12  your agents here have been responsible for meeting and
13  complying with any customized solutions Agilent had if
14  their calls were coming to Roseville?
15   A.   No.
16   Q.   Would that be a situation where you would
17  identify one individual to handle that account here at
18  Roseville?
19   A.   No.  We -- we actually didn't have the -- much
20  capacity for custom solutions.
21   Q.   Do you know what happened with regards to the
22  customized solutions within Agilent?
23   A.   With this piece, no, I don't know what happened.
24   Q.   Do you know if they are making calls through
25  Roseville today?

1    A.   I believe Agilent is making calls to HP
2  today.
3    Q.   Okay.  But you don't know how or who is handling
4  their customized solutions?
5         MS. CARROLL:  Objection; assumes facts not in
6  evidence.
7         THE WITNESS:  Yeah, I -- I don't know which --
8  which arm of the business this is, which -- what that
9  refers to.
10   Q.   BY MR. HANSEN:  Do you know why you were cc'd on
11 that e-mail, then?
12   A.   I believe just to keep everybody in the loop.
13   Q.   Okay.  Well, I am going to hand you Exhibit SS,
14 then, because this is an e-mail directly from you dated
15 January 12, 2004, to Ms. Ellis, documents 5179 to 5182.
16 Go ahead and read that e-mail.  Actually, give me my red
17 tab back.  Sorry.
18   A.   Okay.
19        (Exhibit SS was marked for
20        identification.)
21   Q.   Is that the DHL account we had referenced just a
22 little back there?
23   A.   Yes.
24   Q.   Yes.  And you were forwarding to Ms. Ellis an
25 attachment that include -- that includes -- sorry -- HP

                                                69

1  parts sales center contacts and numbers for DHL to order
2  HP and pre-merger Compaq spares service and replacement
3  parts through your call center?
4    A.   Yes.
5    Q.   Okay.  And is that what's referenced on HP 5180?
6    A.   Yes.
7    Q.   Okay.  And this e-mail was sent on January 12,
8  2004, to Ms. Ellis?
9    A.   Yes.
10   Q.   Okay.  You then indicate, "DHL must have an HP
11 parts account for any net 30 orders placed against a
12 purchase order."
13   A.   Yes.
14   Q.   "There are several listings for DHL in the
15 customer account database.  Please provide me with DHL
16 location contact names and numbers," and that you would
17 have someone contact them to determine if any of their
18 current HP accounts apply or submit an account request.
19   A.   Yes.
20   Q.   My questions regarding that paragraph is the
21 last portion that says you are going to have someone
22 contact DHL to determine if any of their current HP
23 accounts apply, what is that in reference to?
24   A.   That DHL is an ongoing customer of the parts
25 business, and they might have -- might have an existing

                                                70

1  account to leverage for this activity.
2    Q.   Okay.  Do you know if, in fact, they did or did
3  not?
4    A.   I don't -- I didn't -- I don't recall finding
5  out, but they have accounts.
6    Q.   Okay.  Do you know if the account they had with
7  MITG/HP Direct was for a different type of parts and
8  ordering system than that which they had at HP?
9    A.   I don't know what the -- what type of account
10 they had at MITG.
11   Q.   And you don't know how that relates to any
12 account they had at HP?
13   A.   Yeah.  I just -- I don't know what the -- what
14 the specifics were of the account relationships.
15   Q.   And if none of the HP accounts applied, DHL was
16 going to have to submit an account request?
17   A.   Yes.
18   Q.   Does that include a credit application?
19   A.   Could be, yes.
20   Q.   Okay.  And isn't that one of the problems that
21 was experienced with the migration, that some of these
22 customers had been ordering through MITG for years, and
23 got a little out of sorts, if you will, that they had to
24 respond with a new credit application to HP?
25   A.   Yeah.  I understand that there were those

                                                71

1  situations, yes.
2    Q.   Okay.  And the people that had to submit a
3  credit application through HP, would those be entities
4  that did not have an account at HP?
5    A.   Yes.  There would be -- there would be
6  situations where they didn't have an existing account.
7    Q.   Okay.  Meaning that they had an account at MITG, but
8  they didn't have one at HP?
9    A.   I -- I don't know what their situation was at
10 MITG, but we had cases where people, you know, called in
11 to place orders, wanted net 30 terms, and didn't have an
12 account.  And if they didn't have an account, then they
13 would get channeled into the account qualification
14 process.
15   Q.   Okay.  And if they didn't have an account at
16 HP -- well, strike that.
17        If anyone had placed an order with HP, would
18 they have had an account here?
19        MS. CARROLL:  Objection; calls for speculation.
20        THE WITNESS:  Well --
21   Q.   BY MR. HANSEN:  You can still answer.
22   A.   Not necessarily.  They -- they wouldn't
23 necessarily have an account.  Net 30 terms, some are
24 qualified for them, some are not.
25   Q.   But if you are making someone submit a credit

                                                72

**Page 73**

1 application, that was because they did not have an
2 account here at HP; is that correct?
3    A.   Yes.
4    Q.   Okay.  Now, did you speak with DHL specifically
5 in regards to this e-mail on Exhibit SS?
6    A.   I don't believe I ever did.
7    Q.   Okay.  Where did you get, then, the Summary of
8 General Agreement for DHL on 5182?
9    A.   I believe I got that from Shari Ellis.
10   Q.   Do you know where she got that?  Did she ever
11 tell you where she got it?
12   A.   No.
13   Q.   Was that the customized solution that was in
14 place between DHL and MITG?
15       MS. CARROLL:  Objection; calls for speculation.
16       THE WITNESS:  I -- I don't have any direct
17 knowledge of that.  I wouldn't know.  But this is --
18       Is the e-mail that I got from Shari on here?
19 This is just the -- the e-mail message that went back
20 and forth between Shari and I about this request.  She
21 sent the request.
22   Q.   BY MR. HANSEN:  Okay.  On the date that those
23 e-mails -- that e-mail was sent out on January 12th,
24 2004, and the e-mail that was sent regarding the Agilent
25 conference call --

**Page 74**

1    A.   Uh-huh.
2    Q.   -- was it your understanding that the
3 agreement -- the Standard Support Agreement was still in
4 place between HP and MITG?
5        MS. CARROLL:  Object to that as vague, ambiguous
6 and is misleading.
7        Go ahead.
8        MR. HANSEN:  Well, let me rephrase the question
9 for the objection.
10   Q.   Do you know if the Standard Support Agreement
11 between HP and MITG was still in force and effect on the
12 date in which the telephone conference with Agilent took
13 place with Ms. Ellis?
14   A.   I couldn't say without looking at the -- at the
15 Support Agreement.
16   Q.   Okay.  And same for Exhibit SS regarding the DHL
17 account?
18   A.   That's correct.  I couldn't tell you without
19 looking at the Support Agreement.
20   Q.   Okay.  Do you know how many entities similar to
21 Agilent and DHL were contacted by a representative of HP
22 prior to the agreement ending between Hewlett-Packard
23 and MITG?
24   A.   No.
25       MS. CARROLL:  Object as vague.

**Page 75**

1        THE WITNESS:  I don't know how many -- how many
2 businesses were contacted.
3    Q.   BY MR. HANSEN:  Did you specifically contact any
4 yourself?
5    A.   Yes, I did.
6    Q.   Who?
7    A.   I couldn't tell you.  I had a list of customers
8 to call, and I called some -- some of those customers.
9    Q.   Okay.  Did you keep that list?
10   A.   I don't know if I have that list or not, but
11 if -- but if I have that list, I can produce it.
12   Q.   Okay.  Please do.  Give it to your attorney.
13       Do you recall anyone on that list, any of the
14 entities on that list?
15   A.   No, I don't -- I don't remember who those -- who
16 those businesses are.
17   Q.   How about the substance of the conversation in
18 general terms?  I am not asking --
19   A.   The substance of the conversation was -- is that
20 the business was migrating to our -- the parts business
21 was migrating to Roseville, and that these are your --
22 your support numbers and your points of contact, and
23 we'll provide you with your account information.
24   Q.   Did you tell any of those entities that you
25 contacted, if they so desired, they could continue

**Page 76**

1 placing orders with MITG?
2    A.   No, I didn't tell them.
3    Q.   Did you tell them that that was an option for
4 them, to continue their business relationship with MITG?
5        MS. CARROLL:  Object to that as ambiguous.
6        Go ahead.
7    Q.   BY MR. HANSEN:  Go ahead.
8    A.   I didn't -- I didn't tell them one way or the
9 other --
10   Q.   Okay.
11   A.   -- whether --
12   Q.   Do you recall when these conversations took
13 place?
14   A.   Not specifically, but just -- it was around the
15 time that we were -- you know, so the date of the
16 transition was February 9th.  It was the week before
17 that.
18   Q.   Okay.  So you only contacted them after the
19 letter went to them?
20   A.   I believe so.
21   Q.   Okay.  Nothing beforehand?
22   A.   No, I don't believe so.
23   Q.   Okay.  Are you familiar with Vista?
24   A.   I have heard the term before.
25   Q.   Okay.  Is a Vista -- Vista ordering system in

**Page 77**

1  place, at Roseville?
2  A.  No.
3  Q.  Okay.  Roseville does not use Vista?
4  A.  That's correct.
5  Q.  Does Roseville use any XML direct interfaces
6  with any customers?
7  A.  Not to my knowledge.
8  Q.  Okay.  Have you ever been involved in the
9  development of any XML middleware?
10  A.  No.
11  Q.  Do you know what I'm referring to when I mention
12  "XML"?
13  A.  I have got a cursory passing knowledge of it.
14  Q.  Okay.  What is your cursory passing knowledge?
15  A.  XML is a -- is a language, and they use
16  it for developing middleware software to allow
17  business-to-business transactions to take place.
18  Q.  With specific user to find fields for the
19  various business?
20  A.  Yes.
21  Q.  Is there any business that has a direct
22  interface XML with specific UDF's to order from
23  Roseville?
24  A.  Not in our -- not in our environment.
25  Q.  Do you know if that is in place in any of the

**Page 78**

1  other call center environments?
2  A.  No, I'm not -- I'm not familiar with where
3  that -- that capability is.
4  Q.  I'm sorry.  Okay.  Other than Roseville, what
5  are the current operating call centers for HP?  Is
6  Houston one?
7  A.  There's a --
8  Q.  Related to the parts business?
9  Q.  Yeah.  I'm sorry.  Correct.
10  A.  There's a -- there is a -- some call center
11  activity in Houston, yes.
12  Q.  And for what parts specifically do you know that
13  they are a center?
14  A.  It's -- it's for channel support for
15  the HP authorized warranty delivery partners and
16  self-maintainers.
17  Q.  I'm going to show you what is an e-mail out of
18  MITG Info No. 2 from counsel to myself dated January 10,
19  2005.
20  MR. HANSEN:  What am I on?  TT?  It's page 3
21  of 3.  And I guess to be concise, I will mark all three
22  pages.
23  (Exhibit TT was marked for
24  identification.)
25  Q.  I don't know if I am going to ask you about

**Page 79**

1  anything other than your e-mail on the back.  It's an
2  e-mail from yourself to John Karas and Roland Soriano.
3  Who is John Karas?
4  A.  John Karas is a business process analyst in the
5  parts business team.
6  Q.  Okay.  Now, I do not have the attachment, so I
7  am not really going to ask you about that.  It says it's
8  from you to those two gentlemen on February 19th.
9  A.  Okay.
10  Q.  It says, "The attached is an example of the many
11  requests from HP Direct clients" --
12  Is that MITG?
13  A.  Uh-huh.
14  Q.  Is that a yes?
15  A.  Yes.  Yes.
16  Q.  -- "and inside sales reps to establish parts
17  accounts/net 30 terms for parts purchases.  Although we
18  established accounts for the list identified by as HP
19  Direct top parts purchasers, it appears that many other
20  HP Direct clients also have regular parts needs."
21  Now, I am going to pause right there, because
22  earlier, you told me that you had recalled seeing this
23  list of aging MITG 1/15/04.
24  A.  Yes.
25  Q.  Is that what you're referencing when you state

**Page 80**

1  "Top HP Direct parts purchasers"?
2  A.  I can't say for sure.  There was several lists
3  that went around at the time about the -- the clients
4  that we were going to work with.
5  Q.  Okay.  Well, let me show you what I'll mark as
6  Exhibit UU, which is HP 4665 to 5063, labeled HPD -- I
7  assume that stands for direct -- parts accounts list
8  combined, 1/5 of '04, and ask you, Have you seen that
9  before?
10  A.  This looks familiar, yes.
11  (Exhibit UU was marked for
12  identification.)
13  Q.  Is that the list of all the HP Direct accounts?
14  A.  I don't know if it's a list of all of the
15  accounts, but this is a -- this is a list of accounts
16  that was -- that was provided to us.
17  Q.  Provided to you.  What do you mean?  By who?
18  A.  By some -- somewhere in the channel, somewhere
19  during the project, our business team got a list of the
20  accounts.
21  Q.  Were those MITG accounts?
22  A.  Well, I can tell from account numbers on here
23  that there are HP account numbers and pre-merger Compaq
24  account numbers.
25  Q.  Okay.  So what does that mean?

**81**

1    A.   There's -- these are HP parts customers, these
2    are pre-merger Compaq parts customers.
3    Q.   So they order from both --
4    A.   Yes.
5    Q.   -- HP and MITG?
6    A.   Actually, I would say all three.  Most of these
7    have a -- most of these have an account number for both
8    the HP parts business, the pre-merger Compaq business,
9    and then this other account identifier that I don't
10   recognize.
11   Q.   Okay.
12   A.   The one that begins with an "O".  I don't -- I
13   don't recognize that one, but these are HP account
14   numbers on this side.
15   Q.   HP account numbers --
16        Well, for the record, let's go -- HP account
17   numbers are what -- under the column what?
18   A.   HP account numbers are under the column marked
19   Osprey CBN.
20   Q.   Okay.
21   A.   Those are -- those are all HP channel and parts
22   business account numbers.
23   Q.   Okay.  What's the next column?
24   A.   And under the next column, it says S or SAP
25   account number.

**82**

1    Q.   Uh-huh.
2    A.   And I believe that those account numbers that
3    begin with 130 are pre-merger Compaq parts numbers --
4    Q.   Okay.
5    A.   -- for the pre-merger Compaq spares store
6    business.
7    Q.   And you don't know if that's MITG or who that
8    is?
9    A.   I -- I don't believe that that one is MITG.
10   Q.   Okay.
11   A.   I -- the next account number there that begins
12   with OS, the one I don't recognize, that's -- if there's
13   an HP or MITG account number on here --
14   Q.   -- it would be the OS?
15   A.   Yes.
16   Q.   Okay.  Now, for the ones -- and I am going to
17   come around, because it's just that one spreadsheet we
18   have.
19   A.   Okay.
20   Q.   For the accounts that are -- for instance, I am
21   just going to pull one out of here.  Arrow Electronics,
22   it has OS 1801 number.  Do you see that?
23   A.   Yes.
24   Q.   Next to it, it says, "multiple" in the Osprey
25   CBN column.

**83**

1    A.   Yes.
2    Q.   What does that mean?
3    A.   That means there are several parts accounts
4    associated with that client.
5    Q.   Okay.  And let's go up to Arlington Computer
6    Products, Inc.  They have a OS number.  Do you see that?
7    A.   Yes.
8    Q.   And then they only have one number in the
9    Osprey CBN column.  Is that an HP account?
10   A.   Yes, that is.
11   Q.   Okay.  No matter what that number is, whether it
12   begins with a 2, 3 or 4?
13   A.   In the left-hand column, if it's under Ospray,
14   that's an HP internal order management.
15   Q.   Now, the fact that these entities have an
16   internal HP order management number --
17   A.   Yes.
18   Q.   -- would you agree that that does not mean that
19   account is for the same types of parts or orders placed
20   with the OS2675?
21   A.   I really wouldn't know.
22   Q.   Okay.
23   A.   So, for instance, let's -- and I am, just for no
24   particular reason, grabbing Arlington Computer Products.
25   Q.   Okay.  Let's say they order an HP printer; okay?

**84**

1    A.   Uh-huh.  Yes.
2    Q.   Through HP; okay?
3        And they did that through this account number
4    here, 260070393 --
5    A.   Yes.
6    Q.   -- but let's say their order is from Account
7    No. OS2675 that you didn't recognize was for parts and
8    supplies that were not filled by HP.
9        Is there any way to differentiate or tell,
10   without going back and pulling every invoice --
11   A.   Not in my environment.
12   Q.   -- what they ordered from who?
13   A.   No.
14   Q.   Okay.  So just because they have an account with
15   both doesn't mean they were ordering the same from both;
16   correct?
17   A.   I -- again, I wouldn't have -- I wouldn't know
18   what -- what it was that they were ordering from MITG.
19   Q.   Well, the possibility is out there they are
20   ordering one thing from MITG and another thing from HP?
21   A.   Yes, that's possible.
22   Q.   And continuing on --
23        But it will come up if they have an account in
24   both, because an order has been placed with both.
25   A.   It's not just simply placing an order.  It's

1  qualifying for net 30 terms and having an ongoing --
2  ongoing need.
3      Q.   Not everybody qualifies for a net 30 terms;
4  correct?
5      A.   That's true.
6      Q.   And terms are listed on Exhibit UU in the far
7  right column; correct?
8      A.   Yes.
9      Q.   So even though somebody, such as Advanced
10 Network -- or excuse me -- Advizex, A-d-v-i-z-e-x,
11 technologies has an account with both doesn't mean that
12 they necessarily apply to net 30 terms; correct?
13     A.   Yes.
14     Q.   Okay.  Do you know what this column refers to
15 when it says Group No?  This just has those OS numbers
16 in it.
17     A.   No.
18     Q.   You don't know what that is?
19     A.   No.
20     Q.   Okay.  Back to Exhibit TT, you reference in your
21 e-mail that apparently some HP Direct clients and their
22 internal service reps are expressing resistance to the
23 parts account pre-screening setup process.
24     A.   Yes.
25     Q.   Was that in regards to sending in the credit

                                                    85

1  applications we talked about earlier?
2      A.   Setting up credit applications was part of it.
3      Q.   Okay.  What else?
4      A.   There's a pre-screening pre-qualification
5  process that says, you know, "Do you meet the criteria
6  for net 30 terms?"
7      Q.   Okay.  Apparently, you wanted to develop some
8  sort of more efficient setup process for these types of
9  clients.
10     A.   Yes.
11     Q.   It says, "Assuming that these are clients with
12 existing Vista accounts in good standing linked to
13 HP Direct" --
14          Is that linked to MITG?
15     A.   Yes.  Well, no.  No.
16     Q.   Okay.
17     A.   That's -- in this case, HP Direct is the larger
18 organization.
19     Q.   Okay.  Were these clients, as of February 19,
20 '04, still linked via Vista XML to the HP large
21 organization here?
22     A.   I am not familiar with -- I don't know that
23 business and those relationships.  This HP Direct
24 business is the product lines.
25     Q.   Okay.  Well, I guess what I am trying to figure

                                                    86

1  out, How were you referencing that they are linked with
2  an existing Vista account?  Who was still using Vista
3  within HP, the larger organization?
4      A.   HP inside sales.
5      Q.   Okay.  And they were -- are they still using
6  Vista?
7      A.   I don't know.
8      Q.   Okay.  HP inside sales is located where?
9      A.   It's -- I don't know what their central location
10 is.  They are US-wide.
11     Q.   Okay.
12     A.   They're -- HP Direct is the larger organization
13 that's --
14     Q.   Non MITG/HP Direct?
15     A.   Non MITG.
16     Q.   And within that HP Direct umbrella is the HP
17 inside sales?
18     A.   Yes.
19     Q.   And it was your understanding as of February 19,
20 '04, they were still using Vista and had that link to
21 these clients?
22     A.   Yes.
23     Q.   And you don't know -- or do you know if that is
24 still ongoing today?
25     A.   I don't know what -- whether they are continuing

                                                    87

1  to use Vista at this point.
2      Q.   Okay.  And you said, "Why not leverage that
3  account information?"  How were you going to do that?
4      A.   I was asking Roland and John to take a look at
5  that and figure it out.  I --
6      Q.   Okay.  "If agreed, we'll just need to coordinate
7  with Vista and define the process and scripts for
8  agents."
9          What were you talking about coordinating with
10 Vista?
11     A.   Whoever manages that deliverable and has the
12 work instructions for the data.
13     Q.   To set up with your call center here?
14     A.   To validate that they have -- that they're
15 eligible for net 30 terms.
16     Q.   Okay.  And I think you said you weren't using
17 the XML or Vista?
18     A.   No.
19     Q.   But is that information you could retrieve
20 from -- or is that information you were asking to
21 determine if it could be retrieved from HP inside sales?
22     A.   Yes.  I was just asking them to look into that.
23     Q.   Okay.  And then in response, Tracy Miller asks,
24 "What type of businesses are done through the Vista
25 accounts?  I'm guessing support contracts, support

                                                    88

**Page 89**

1    Q.   packs.  This would help me find your Vista contact."
2         You responded to her by saying you're not
3    familiar with the Vista environment --
4    A.   That's correct.
5    Q.   Let me finish.
6         -- but you believe those accounts are for
7    product purchase.  When you reference product purchase,
8    what do you mean?
9    A.   I'm meaning whole unit product, computers,
10   printers.
11   Q.   Do you understand that also to mean spare parts?
12   A.   No, not in this case.
13   Q.   Apparently, then, Ms. Miller knew three people
14   to get in touch -- three people you could -- excuse
15   me -- try to get in touch with to figure that out in
16   this e-mail here?
17   A.   Yes.
18   Q.   Okay.  And "Cindi Whittington,"
19   W-h-i-t-t-i-n-g-t-o-n, "is our Vista contact as it
20   relates to CarePack orders through Vista."
21   A.   Yes.
22   Q.   What are CarePack orders?
23   A.   I believe that those are on-site service
24   agreements or -- or support agreements for servicing
25   products, but I'm not -- I'm not in that business line.

**Page 90**

1    Q.   Okay.  Well, on-site, do you mean, for instance,
2    someone who is actually on-site at the customer?
3    A.   Yes.
4    Q.   I am just going to pick a company, Proctor &
5    Gamble; okay?  I am not saying there's an agreement
6    there.  Somebody would actually be on-site to service
7    them?
8    A.   This is getting outside of my area of process
9    and knowledge and expertise --
10   Q.   Okay.
11   A.   -- but --
12   Q.   Do you know where Cindi Whittington is?
13   A.   No.
14   Q.   Do you know if that means an on-site person at a
15   customer can then order from that site through Vista
16   with HP inside sales?
17   A.   I don't know.
18   Q.   Okay.  Do you know any of these three
19   individuals on here?
20   A.   No, I -- I don't know those -- those people, and
21   I don't -- I didn't have any contact with them.
22   Q.   That was going to be my next question.  She
23   says, "You can try those three."  Did you?
24   A.   I don't believe that I -- I talked to any of
25   those.

**Page 91**

1    Q.   Where is Tracy Miller located?
2    A.   Tracy Miller is on the Roseville site.
3    Q.   Okay.  Here where we're at today?
4    A.   She's not in this building, but she works
5    somewhere on-site.
6    Q.   In one of the ten buildings here where we're at?
7    A.   Yes.
8    Q.   Okay.  You then get an e-mail from
9    Melissa Allen.  Can you tell me who she is?
10   A.   I believe Melissa is a manager in the accounts
11   finance accounts business.
12   Q.   Do you know if she's here at Roseville?
13   A.   I don't think she's on-site, but I -- I'm not
14   sure.  I don't know.
15   Q.   Okay.  Who then indicates to you, "Rather than
16   trying to find a contact that has access to Vista,
17   wouldn't it make more sense to leverage off the list of
18   S01/S02 accounts that Richard's team already has
19   available to them?"
20        That's your team; correct?
21   A.   Yes.  That's what she's referring to.
22   Q.   "That way, they will know up front if this
23   particular customer had a spares account with us in the
24   past before the request was even sent to Sonia, and we
25   wouldn't even have to mention the possibility of filling

**Page 92**

1    out a credit app to the customer."
2         My question for you is, Is this that S list?
3    A.   I don't know -- there were other lists.  That --
4    that may be the list, but I don't know if that's the
5    list that she's referring to.
6    Q.   Well, let me show you another list that's much
7    more voluminous.
8    A.   Okay.
9    Q.   Not that one.
10        MR. HANSEN:  Let's go off for a second while I
11   find it.
12        (Recess taken.)
13   Q.   Okay.  I am handing you Exhibit VV.  That is a
14   document that is a little more expansive than UU.
15   A.   Okay.
16        (Exhibit VV was marked for
17        identification.)
18   Q.   This is -- okay -- part of HP 4665-5063.  Now,
19   Exhibit UU was the same documents -- okay? -- but not
20   inclusive, which listed HPD parts accounts list combined
21   1/5 of '04.
22   A.   Okay.
23   Q.   They both are listed by that document name;
24   however, the page name, one says, "Common accounts," one
25   says, "Table S accounts."  Do you see that?

2    Q.    Can you tell me the difference?

3    A.    No.  I'm -- I would only be guessing.  I don't

4    know what the -- what the difference is.

5         MS. CARROLL:  Let me look at this.

6         Just so it's clear, when you look at this --

7    this the Microsoft Excel spreadsheet, I mean, it's not

8    different.  It's, you know, two tabs within Excel

9    spreadsheet.

10        MR. HANSEN:  One says, "Common accounts," which

11   is --

12        MS. CARROLL:  I didn't know if he had seen it in

13   this format, as opposed to printed out before, if he

14   would recognize it as the same.  Because your question

15   seemed to suggest it was a different document.  I just

16   want to make sure, if he sees it this way, if that was

17   more familiar to him.

18        MR. HANSEN:  Hold on a second.  It's part of one

19   common spreadsheet, but it is broken out into two

20   separate account documents, I'm referring to them.

21        MS. CARROLL:  Right.  What I am looking at is

22   what part of that whole document range and whatever

23   the -- however that breaks within that thing.

24        MR. HANSEN:  Right.

25        MS. CARROLL:  Okay.  That's fine.

93

1         MR. HANSEN:  Right.  Right.

2         MS. CARROLL:  We're on the same page.

3    Q.    BY MR. HANSEN:  Now, this document here, when

4    I'm referring to Exhibit VV --

5    A.    Yes.

6    Q.    -- which says "Accounts list combined," okay,

7    over on the far left column that says "Account No," do

8    you see that?

9    A.    Yes.

10   Q.    Okay.  Do you see now some of these have simply

11   the 13 or numbers --

12   A.    Yes.

13   Q.    -- that we referenced --

14   A.    Yes.

15   Q.    -- and other ones simply are listed as OS?

16   A.    Yes.

17   Q.    Okay.  When we look on Exhibit VV -- I'm just

18   going to randomly pick something -- okay? -- so it's not

19   in any particular order.  I'm looking at Accenture;

20   okay?  Accenture here is only set up as a OS account

21   number on this document.  Do you see that?

22   A.    Yes.

23   Q.    And Accenture is not referenced at all on

24   Exhibit UU as a common account.

25        Do you understand that to mean that Accenture

94

1    did not have a common account between HP Direct, MITG

2    and HP as of 1/5/04?

3    A.    Would I understand that to be the case?

4    Q.    Yes.

5    A.    Just from comparing these two documents, but --

6    Q.    That's all I'm asking you.

7    A.    Yes.  Yes.

8    Q.    Based on these two documents.

9    A.    Yes.

10   Q.    Okay.  Now, for instance -- I am just going to

11   pick another one A & E Imaging -- okay? -- has a

12   135 number, no OS number, and, again, is not listed on

13   common accounts.

14        So from a review of these documents, would you

15   understand that to mean that A & E had an HP account,

16   but not an MITG or other account?

17   A.    If -- if they didn't show up on that other

18   document, that -- that's what I would conclude.

19   Q.    Okay.  I guess, do you have anyone that comes to

20   mind that may be in a better position to interpret these

21   documents as far as account numbers?

22   A.    Yeah.  These -- these documents came out of

23   account management, and that's just not my area, you

24   know, I -- and we didn't use these documents.

25   Q.    Well, the reason why I'm asking you this is

95

1    because in reference to the e-mail sent to you in TT,

2    you know, Ms. Allen here is reflecting, wouldn't it make

3    more sense for you, you know, Richard's team to leverage off

4    the list of S01 and S02 accounts that you already had.

5    A.    She's making a suggestion, yes.

6    Q.    Right.  Is this the -- you know, is this the

7    list that she's referencing?  That's what I am trying to

8    find out.

9    A.    I don't know if she's referencing that list or

10   the other list here.

11   Q.    Okay.  Okay.  Fair enough.

12        Did you ever follow up with her -- did you ever

13   follow up with her to figure out what list she was

14   referencing?

15   A.    No.  We -- we -- we didn't do that.

16   Q.    Okay.  You then send an e-mail in TT to Melissa

17   and to a John Karas --

18   A.    Yes.

19   Q.    -- dated February 21, 2004; correct?

20   A.    Yes.

21   Q.    Okay.  And it says -- well, first you're

22   thanking Melissa for her insight and good suggestion,

23   but then you go to John, "Let's redefine the process for

24   responding to invoicing net 30 account requests to also

25   identify established HP Direct clients from the S

96

**Page 97**

1  accounts list.
2    A.  Yes.
3    Q.  Can you tell me as you sit here today, what is
4  that S accounts list?
5    A.  What is the S accounts list?  It -- I understood
6  that an S account was an -- an account number used by
7  the HP Direct organization.
8    Q.  Meaning MITG?
9    A.  Not in this case; that I -- that I believe that
10  the HP Direct organization also used this S account
11  structure, but I didn't -- I wasn't familiar with their
12  practices.
13    Q.  Okay.  You mean the HP Direct here within the
14  HP --
15    A.  The HP Direct business.
16    Q.  Okay.  So it was your understanding that that
17  entity used an OS account as well?
18    A.  Yes.
19    Q.  Okay.
20    A.  Yes.
21    Q.  Well, then, let me just ask this as a follow-up.
22  On Exhibit VV, then, can you tell me one way or another,
23  or do you have an understanding as to these OS accounts,
24  is it your interpretation that that means HP Direct here
25  within HP, or do you know one way or the other?

**Page 98**

1    A.  I don't know.  I don't know which way they go.
2    Q.  Okay.  As opposed to whether or not that was
3  just an MITG account number?  You don't know?
4    A.  Yeah.  I never had that -- that insight or
5  awareness of whether they were unique to MITG.
6    Q.  Okay.  All righty.  Let me show you a document
7  that was part of e-mail MITG 1, which is an e-mail from
8  yourself to numerous recipients dated February 9, 2004.
9  Go ahead and read that.
10    A.  Okay.
11        (Exhibit WW was marked for
12         identification.)
13    Q.  Is that an e-mail to various individuals you
14  sent regarding a website?
15    A.  Yes.
16    Q.  Okay.  You were asking them to check out a
17  certain website?
18    A.  Yes.
19    Q.  Okay.  What is that website?
20    A.  Website is listed as
21  http://www.compaqdirectonline.com.
22    Q.  Okay.  What were the circumstances under which
23  you went to that website?
24    A.  I don't recall.
25    Q.  Did someone give you that website name and ask

**Page 99**

1  you to check it out?
2    A.  I don't recall.
3    Q.  Okay.  What does the next sentence say?
4    A.  "Note the reference -- note the reference to
5  www.hp.com rather than www.hp.com/buy/parts to buy parts
6  directly from HP."
7    Q.  Www.hp.com is Hewlett-Packard's website;
8  correct?
9    A.  That's the main site, yeah.
10    Q.  And off that main site, you can eventually get
11  to the second website referenced there in your sentence?
12    A.  Yes.  You can drill down.
13    Q.  To the parts store, or whatever it is you call
14  it?
15    A.  To, yeah, the HP parts store on-line.
16    Q.  Okay.  And did you have issue with the fact that
17  compaqdirectonline.com was referencing the HP website
18  instead of the HP parts store website?
19    A.  Yes.
20    Q.  Why?
21    A.  Because we wanted to get customers to the HP
22  parts store website quicker.
23    Q.  Okay.  You would agree with me that it wasn't
24  referring them to a non HP site?
25    A.  No.  That wasn't -- that wasn't the issue.

**Page 100**

1    Q.  Okay.  And your -- and we're referring to it as
2  an issue -- your issue was the fact that it was
3  referring customers to the general HP site, which, in
4  turn, may not get them as quickly to the parts store
5  site?
6    A.  Yes.
7    Q.  But the parts store is contained within
8  the HP URL?
9    A.  Yes.
10    Q.  Okay.  Do you recall what the context of the
11  message was that the compaqdirectonline site was
12  referencing hp.com?
13    A.  What the context was?
14    Q.  Yes.
15    A.  I don't -- I don't recall what the --
16    Q.  Okay.
17    A.  -- what the page looked like or what -- or --
18  no, I don't -- I don't know.
19    Q.  Okay.  And as you sit here today, the e-mail
20  says, "Note the reference to hp.com."  You can't tell me
21  what body of text, if any, that reference was contained
22  in?
23    A.  No.
24    Q.  You don't remember the wordage?
25    A.  No.

1    Q.   Okay.

2    A.   This is just -- no, I --

3    Q.   And then is there another sentence there?

4    A.   Just at the end, it says, "We should get this

5   changed."

6    Q.   Okay.  Get what changed?

7    A.   The referral to hp.com to refer to the

8   hp.com/buy/parts.

9    Q.   Okay.  Did you have any further follow-up with

10   that recommendation on changing that reference?

11   A.   I don't recall.

12   Q.   Okay.  Do you recall speaking to any of the

13   recipients there in your e-mail further about the

14   website issues after the date of your e-mail?

15   A.   I don't recall.

16   Q.   Okay.  After that -- well, let me back up.

17       I take it you obviously went to

18   compaqdirectonline.com to view that reference.

19   A.   I would say yes.

20   Q.   Okay.  Did you go to any other websites that you

21   recall where there was a reference of hp.com similar to

22   compaqdirectonline?

23   A.   I'm sure that I visited many websites looking

24   for this kind of reference.

25   Q.   Okay.  Is it part of your business duties and

101

1   responsibilities to surf the Internet to find out

2   websites that are referencing hp.com?

3    A.   Only in so much as I'm a member of the channel

4   and parts business team.  It's not -- it's not included

5   in my responsibilities.

6    Q.   Well, let's say you are surfing the net and you

7   find someone's website that references hp.com.

8    A.   Yes.

9    Q.   Do you, every time, follow up on that?

10   A.   Yes.  If I -- if I find a reference to HP parts,

11   yeah, that's common for me to -- to alert somebody.

12   Q.   Okay.  And who do you alert?

13   A.   I typically would alert this -- the people

14   listed here on this e-mail.  And there's other -- other

15   people in our business now who are also engaged in

16   managing the web deliverables and positioning the web

17   URL, and I would probably contact them as well.

18   Q.   Okay.  Do you do anything further than just

19   contacting them?  I mean, are you involved in any

20   follow-up actions as far as contacting these websites

21   that may reference that?

22   A.   No.

23   Q.   What do you do in a situation if you do a Yahoo

24   search for HP parts, and you find 170,000 references to

25   HP parts on various websites that aren't HP's, do you

102

1   forward that information on to the various individuals?

2       MS. CARROLL:  Objection; calls for speculation.

3    Q.  BY MR. HANSEN:  I'm asking what you do.

4    A.   I have.

5    Q.   Okay.  You have what?

6    A.   I have done a search for HP parts, and I have

7   forwarded the list of hits to the business team.

8    Q.   Okay.  And it's then up to them to follow up on?

9    A.   Yes.

10   Q.   Okay.  All right.  Did you have any --

11   just to wrap this up -- any further follow-up with

12   any owner, individual or entity associated with

13   compaqdirectonline.com in regards to this e-mail you

14   sent?

15   A.   No, I -- not to my knowledge.

16   Q.   Okay.  The last group of documents I want to go

17   over with you here today, sir, I will put them in order.

18       While I'm doing this, did you review any

19   documents in preparation for your deposition today?  And

20   let me preface that.  I don't want to know what you

21   talked to counsel about; okay?  Did you review documents

22   to prepare for today?

23   A.   No.  No.

24   Q.   Okay.  Did you talk to any HP employee who is

25   not an attorney or your counsel here with regards to

103

1   your deposition today?

2    A.   Only in so much as -- as that I was -- was going

3   to be deposed.

4    Q.   Okay.  I mean, did you contact, for instance,

5   Bill Crowley and ask him what types of questions I asked

6   him during his deposition?

7    A.   No.

8    Q.   Have you talked to anyone else who has already

9   been deposed in this case?

10   A.   Not at all.

11   Q.   Okay.  Other than from counsel, do you have any

12   independent knowledge of any of the allegations in the

13   lawsuit filed by HP Direct against my client, MITG, and,

14   in turn, the counterclaim filed by MITG back against HP?

15   A.   When you say other than with counsel -- with

16   regards to counsel --

17   Q.   Meaning, counsel may said, "Hey, here's the

18   lawsuit.  Here's what's been alleged."  Did you have any

19   knowledge of this lawsuit prior to anything you have

20   been told by counsel?

21   A.   I was aware that there was some litigation.

22   Q.   Okay.  Were you aware as to the specifics of

23   what the lawsuit was about?

24   A.   No.

25   Q.   Okay.  Were you involved in going back and

104

**Page 105**

```
 1   viewing or trying to find and pulling any documents
 2   you had?
 3       A.   Yes.
 4       Q.   Okay.  And you've done that and produced those
 5   to counsel?
 6       A.   Yes.
 7       Q.   You indicated earlier a list you may have of
 8   some customers you contacted, that if you have, you will
 9   turn it over to counsel to produce?
10       A.   If -- if it was available, it was -- it should
11   have been in the list of documents that I provided.
12       Q.   Okay.  Let's -- this might be quick.  You may
13   have knowledge, you may not.
14            Handing you what's been marked as Exhibit XX,
15   which are two documents which come from HP 5691-6126,
16   the first page is S02-#11,000 --
17       A.   Okay.
18       Q.   -- which are ten accounts with some prices on
19   them.  The second one is ten accounts, as well, but it's
20   listed as S02-#10050 from the same batch of documents.
21   Look those over for a second.
22       A.   Okay.
23            (Exhibit XX was marked for
24            identification.)
25       Q.   Do you know what those are?
```

**Page 106**

```
 1       A.   I -- I know that these are companies that --
 2   that we do business with, and I -- I don't know what the
 3   extended price on the right-hand side refers to.
 4       Q.   Okay.  Do you know if those were top ten
 5   S accounts at MITG prior to the migration?
 6       A.   I don't know what -- what the accounts were.  I
 7   was just copied on these documents when they were --
 8   when we were going through the -- going through the
 9   migration, so --
10       Q.   Okay.  Were you involved in developing those
11   documents in Exhibit --
12       A.   No, not these.
13       Q.   Hold on.
14            -- Exhibit XX?
15       A.   I don't believe so.
16       Q.   So you couldn't tell me what time frame those
17   are for, you know, what the price on the right
18   represents and why the last two-page document has less
19   numbers than the -- on the right than the --
20       A.   No.
21       Q.   -- first one?
22       A.   No.
23       Q.   Okay.
24       A.   You would have to take this to the developers.
25       Q.   Okay.  Do you know if these were the top ten
```

**Page 107**

```
 1   S accounts that were targeted as referenced -- my
 2   question is hanging in the balance here, so let me find
 3   it.  Of course, I can't find it.
 4            So you can't sit here and tell me one way or the
 5   other whether those are the top ten MITG accounts?
 6       A.   Yes.  I don't know whether this refers to
 7   orders, outstanding balances due or -- or --
 8       Q.   Okay.
 9       A.   -- what -- what it -- what it's actually there
10   to indicate.
11       Q.   I am not going to mark this, but it's HP 5606,
12   just says accounts, page name not applicable, and
13   there's some names on here.  Do you know what that is?
14       A.   The left-hand number under customer number is an
15   HP internal customer identifier.
16       Q.   Right.  I mean, but do you know why there's only
17   seven names on here, and approximately $2,244 on 1/1/04
18   and $2,070 on 2/1/04?
19       A.   I don't know what that refers to.
20       Q.   Okay.
21            MR. HANSEN:  YY and XX?
22            (Exhibit YY and ZZ were marked
23            for identification.)
24       Q.   Let me take these in reverse order.  Well, no.
25   I will just --
```

**Page 108**

```
 1            Exhibit YY, Document 5681 through 5682, it
 2   says "Confidential" -- I'm sorry.  That's just
 3   because -- it says, "HP billing requirements HPD" -- I
 4   assume that to be HP Direct -- and the second page has
 5   various S accounts and some customer names, post
 6   shipment requirements and key points.  Do you see that?
 7       A.   Yes.
 8       Q.   Okay.  Do you recall if these were entities that
 9   were serviced by MITG that had various customized
10   solutions that you were looking at prior to the
11   migration?
12       A.   I recognize this as, yes, the document that
13   listed these -- these custom solutions.
14       Q.   For --
15            Go ahead.  I'm sorry.
16       A.   I don't know -- I don't know if that was prior
17   to the -- prior to the merger, if that was the realm,
18   but I recognize this -- this document.
19       Q.   Okay.  So, for instance, on the account number
20   here, we don't have any of the HP account numbers that
21   you recognized; correct?
22       A.   That's right.
23       Q.   Okay.  We have the OS account numbers there?
24       A.   Yes.
25       Q.   Okay.  And let's just pick one out.  For
```

**Page 109**

1 instance, Raytheon. They must have a release number on
2 invoice and must be listed on the purchase order line.
3    A.   Yes.
4    Q.   Do you see that?
5         Was that a customized solution that HP was
6 providing to Raytheon prior to February of 2004?
7    A.   I'm not really involved in the -- in the
8 invoicing and back end account management.
9    Q.   Okay.
10   A.   Some of these conditions, I believe, are met,
11 and some of them are not within our business.
12   Q.   Okay. How about down here on the bottom, key
13 points, "Accept B2system Connector PO's." Was that
14 something that was provided by Roseville call center?
15   A.   No.
16   Q.   Okay. How about -- how about anything under
17 post shipment requirements, was that provided by any
18 PBCO agents here at the Roseville call center, that
19 customized solution?
20   A.   Do you want to go down some of these by -- by
21 the list and -- and pick the ones where that was -- that
22 option was there and where it wasn't?
23   Q.   Was that your answer?
24   A.   I -- I mean, I don't know -- some of these --
25 some of these things are in our process and some of them
                                                    109

**Page 110**

1 are not.
2    Q.   Okay. And do you know when they were -- well,
3 do you know if this document specifically refers to
4 billing requirements for HP Direct as opposed to
5 Hewlett-Packard?
6    A.   Yes. I know that that came -- that came from --
7 from HP Direct, the HP management team that was -- that
8 was there, and said these are the requirements for
9 these -- these accounts.
10   Q.   And is that MITG?
11   A.   Yes. Yes.
12   Q.   Okay. Let me just clear it up with one last
13 question on here.
14        Exhibit YY, then, is various customer
15 requirements that were offered by MITG that were
16 communicated to HP?
17   A.   Yes.
18   Q.   Okay. Does HP follow these various -- strike
19 that.
20        Does HP have in place these various customized
21 solutions currently for these entities through its call
22 center operations?
23   A.   They may in some cases, and may not in others.
24   Q.   Okay. Exhibit ZZ is HP Compaq phone numbers
25 list, Document 5683.
                                                    110

**Page 111**

1    A.   Yes.
2    Q.   Okay. Are those phone numbers still in place
3 today?
4    A.   Some of them are, and some of them are not.
5    Q.   That was poorly worded.
6         It's my understanding that Compaq Direct older
7 B21 parts was the MITG number.
8    A.   I -- I -- I guess. I can't deny that. I'm not
9 sure, but I --
10   Q.   Okay. I'm looking over your shoulder to see if
11 any of those numbers there are referenced on this
12 Exhibit LL that we talked about earlier.
13        What -- the technical support numbers here,
14 Presario only -- Presario with integrated HP parts --
15        MR. HANSEN: Nice spelling, Elizann. That's
16 great.
17   Q.   Anyway, are those still -- is that Andover, or
18 was that Andover?
19   A.   You know, I can't really speak to that.
20   Q.   Okay. Are any of these numbers on here ones
21 that you recognize are now Roseville?
22   A.   No.
23   Q.   Okay. What is Ambry International?
24   A.   I don't know.
25   Q.   Okay.
                                                    111

**Page 112**

1        MS. CARROLL: Just for the sake of the
2 protective order, the last two documents are
3 confidential, but, obviously, should not be under the
4 protective order. They should not be marked
5 confidential under the terms of our protective order, so
6 I'm withdrawing that confidential designation if you
7 need to refer to it for any reason.
8        MR. HANSEN: All right.
9    Q.   Okay. One other thing I did want to go over
10 with you while I have you here, and Ms. Ngo testified to
11 these a little bit earlier, the PBCO metrics.
12   A.   Yes.
13   Q.   Are they still being produced on a daily basis?
14   A.   Yes.
15   Q.   Okay. I am going to hand you what's been marked
16 as Meyerfeld M. Do you recognize that document?
17   A.   Yes.
18   Q.   Okay. And going through Meyerfeld M there, do
19 you see -- let's compare it next to the Crowley H; okay?
20   A.   Okay.
21   Q.   In the back of Meyerfeld M is a metrics from
22 January 14, 2004, that is very similar to the first page
23 of Crowley H. Do you see that?
24   A.   Yes.
25   Q.   Okay. The other metrics we have been able to
                                                    112

1    locate, dated December 1, '03, has a different reporting
2    system.  Do you see that?
3        A.    Yes.
4        Q.    So sometime between December 1 of '03 and
5    January 14 of '04, that was changed --
6        A.    Yes.
7        Q.    -- correct?
8        A.    Yes.
9        Q.    I have been told -- and I just want you to
10   confirm this, and tell me if we're on the same page --
11   Roseville PDO is parts direct, which is HP blue, which
12   is here?
13       A.    Yes.
14       Q.    Roseville eSpares is red or Compaq?
15       A.    Pre-merger Compaq, yes.
16       Q.    From Roseville?
17       A.    Yes.
18       Q.    Roseville SOM is --
19       A.    Service order management.
20       Q.    -- authorized resellers?
21       A.    Channel authorized warranty, yes.
22       Q.    Roseville CN blue is what?
23       A.    Canada HP parts.
24       Q.    And Canada red.
25             Roseville digital classic?

                                               113

1        A.    Digital equipment corporation contract calls.
2        Q.    And then Missouri HP Direct is MITG?
3        A.    Yes.
4        Q.    Now, we then have orders --
5        A.    Uh-huh.
6        Q.    -- at MITG 61.
7        A.    Yes.
8        Q.    And it's broken out by Roseville PL 91, CC and
9    ePDO, which means call center and the website?
10       A.    Yes.
11       Q.    Okay.  PL 91 is what?
12       A.    It's just an HP internal product line
13   identifier.  PL 91 is the parts business.
14       Q.    Okay.  For the HP blue and the eSpares red?
15       A.    Yes.
16       Q.    Okay.  They're all combined in the PL 91?
17       A.    Yes.
18       Q.    Okay.  And would those be the same types of
19   parts and orders that Missouri HP Direct would also
20   handle?
21       A.    I don't know.
22       Q.    Okay.  Going to, then, to January 14 of '04, if
23   you'll notice, now all of a sudden, Houston, Texas,
24   appears in there.
25       A.    Yes.

                                               114

1        Q.    Okay.  Were they part of any of the line items
2    in the MITG 60, December 1, '03?
3        A.    This is the channel business center.  That's --
4    it's HP authorized warranty support.
5        Q.    So my question is, Are they reflected in here
6    anywhere as of December 1 of '03?
7        A.    That's -- Roseville is -- or this is what --
8    well, there was migrations going back and forth.
9    It's -- this activity that is listed here as Roseville
10   SOM --
11       Q.    Uh-huh?
12       A.    -- but it's -- but -- actually, I'm not sure
13   which one this refers to.  But these -- this is -- this
14   is -- let me see a date on that.  This isn't -- no, this
15   one -- this right here, US Houston, Texas --
16       Q.    Okay.
17       A.    -- is not listed on this -- on this December 1,
18   2003.
19       Q.    Right.
20       A.    It's -- it's not listed there because that --
21   that deliverable, that area wasn't being measured and
22   wasn't listed with this stuff at the time.
23       Q.    Okay.  Was Houston, Texas, taking calls as of
24   December of '03?
25       A.    There was call center activity at Houston in

                                               115

1    December of '03.
2        Q.    It was just not reported in these daily metrics?
3        A.    I don't -- I don't see it reported there.
4        Q.    Okay.  But as of January 14, '04, it starts
5    being reported as a line item?
6        A.    Yes.
7        Q.    Now, we have US Roseville, California.  Do you
8    see that?
9        A.    Yes.
10       Q.    Now, did that engulf what previously had been
11   reported as PDO, eSpares and SOM under the Roseville
12   three line items on the December 1, '03 metrics?
13       A.    At the time, I believe that that was
14   consolidated HP parts direct ordering, pre-merger Compaq
15   spares activity.
16       Q.    And then Hannibal, Missouri, is still just
17   referencing Missouri HP Direct?
18       A.    Yes.
19       Q.    Okay.  When you say HP parts direct ordering,
20   the PDO --
21       A.    Yes.
22       Q.    -- and the eSpares, which is the Compaq --
23       A.    Yes.
24       Q.    -- were those -- do you know what types of parts
25   offerings those were?  Was it spare parts?

                                               116

1    A.   There's -- there are spare parts, service
2  replacement parts and some supplies and accessories.
3    Q.   Okay.  Under the January 14, '04 MITG 62 page --
4    A.   Uh-huh.
5    Q.   -- do you see the website area?
6    A.   Yes.
7    Q.   Okay.  HPPS means what?
8    A.   Is the HP parts store.
9    Q.   Okay.  ePDO?
10   A.   That is another reference to the parts store.
11  In this case, it refers to the feature that is used by
12  the authorized service providers and parts resellers.
13   Q.   How is that different than the CSN?
14   A.   It's basically the same deliverable.
15   Q.   Okay.  And then trade orders on the next page,
16  63 --
17   A.   Yes.
18   Q.   -- apparently, now, they're just being grouped
19  by US and Canada.
20   A.   At that time, yes.
21   Q.   Okay.  Is there -- so US would mean Texas,
22  Roseville and Hannibal grouped into one?
23   A.   I don't know what -- what was -- what was being
24  consolidated in that report right there.
25   Q.   Okay.  Other than --

117

1    A.   I don't -- I don't know.
2    Q.   Okay.  Other than being a person that was
3  cc'd -- or not cc'd.  Other than being a recipient on
4  these types of daily metrics e-mails --
5    A.   Yes.
6    Q.   -- were you involved in their preparation at
7  all?
8    A.   No.  I'm -- I'm not involved in the preparation.
9  My -- no.  I -- I know the source of -- of the call
10  volume data.
11   Q.   Okay.  Well, Ms. Ngo testified earlier today,
12  for instance, that HP Direct or US Hannibal, Missouri,
13  in the January 14, '04, that type of information
14  she would receive from either Troy Bloomquist or
15  Shari Ellis.  It would be e-mailed to her, then she
16  would compile it into this form to be sent out to these
17  recipients.
18   A.   Yes.
19   Q.   Is that what you are talking about when you said
20  you know the source?
21   A.   Yeah.  The source -- most of the stuff is
22  associated with the call volumes and service levels.
23   Q.   Okay.  Well, for instance, Roseville,
24  California, calls offered 5,643.
25   A.   Yes.

118

1    Q.   That's calls that came here?
2    A.   Yes.
3    Q.   On a daily basis -- or on the day of
4  January 14, '04?
5    A.   Yes.
6    Q.   Okay.  And then on the next page, the orders
7  2,416, you show that that resulted in $614,000 of orders
8  for January 14 of '04?
9    A.   That's not my area, but that's what that -- what
10  that indicates.
11   Q.   Okay.  And then we have -- we have a
12  month-to-date dollar level in the last column.
13   A.   Yes.
14   Q.   Okay.  Were you involved in the determination to
15  change the reporting format?
16   A.   No, actually not.
17   Q.   Okay.  In Crowley H here, there was one question
18  I had for you.  There was a note here on HP 1140 under
19  US Houston, Texas.  It says, "Shortfall due to continued
20  high call volume regarding the AWDP renewal process."
21  Do you know what that stands for?
22   A.   Yes.  Authorized warranty delivery partner, and
23  the renewal process is their annual renewal of their
24  contracts.
25   Q.   Okay.  Do you know what's referenced by

119

1  continued high call volume?  I guess were they renewing
2  all at the same time?
3    A.   It was -- it was -- that is -- there was --
4  their accounts get shut off when they don't renew their
5  contract, and it drives contract call volume into the
6  call center.
7    Q.   It then says, "The STARS" -- all caps,
8  S-T-A-R-S, "are assisting with the e-mails we have
9  received so the Houston team can focus on service level
10  and handle rate."
11   A.   Strategic account reps supporting the channel
12  partners.
13   Q.   All right.  Okay.  Then on 1140, under
14  US Roseville, California --
15   A.   Uh-huh.
16   Q.   -- do you see where it says, "Shortfall" -- this
17  is as of February 5, 2004 --
18   A.   Yes.
19   Q.   -- "due to calls offered to pre-merger
20  Compaq/spares were over 130 percent of forecast."
21   A.   Yes.
22   Q.   Pre-merger Compaq spares meaning what?  The
23  migration of the MITG calls?
24   A.   No.  In -- in our business, we've -- that's the
25  Andover activity.  That's what we refer to as pre-merger

120

**Page 121**

1  Compaq spares. Now, I don't know if this is --

2  A. Well, this is in February of '04. I thought you

3  testified earlier the Andover was shut down as of --

4  A. Yeah. That activity, it was all here by then,

5  so it's not -- so pre-merger Compaq spares, there's --

6  there's no suggestion that that's MITG-related activity.

7  Q. Okay. Was MITG also providing pre-merger Compaq

8  spare parts?

9  A. I understand that they were.

10  Q. Do you know why, in February of '04, the

11  pre-merger Compaq spares parts that Andover provided

12  were being handled in Roseville, as opposed to by MITG,

13  other than what we've already discussed and talked

14  about?

15  A. There was -- there were referrals on the phone

16  systems and on the web pages driving that -- that call

17  volume to us, and the phone number that was listed on

18  the Compaq -- pre-merger Compaq spares store listed that

19  phone number.

20  Q. Roseville phone number?

21  A. Yes.

22  Q. Have you ever been told in that process of the

23  migration of the Andover pre-merger Compaq spares parts

24  that were also provided by MITG, that MITG could not

25  handle that?

**Page 122**

1  A. No.

2  Q. And Andover, just so I'm clear, offered

3  pre-merger Compaq spares and not HP product?

4  A. They never sold HP product.

5  Q. Okay.

6  A. That's correct.

7  Q. All right. Do you know, based on Meyerfeld M

8  and Crowley H, when Andover started being reported under

9  Roseville on the daily metrics?

10  A. No, I don't know when we began capturing and

11  reporting that.

12  Q. Okay. If you look at Meyerfeld M here, at least

13  in March of '03, which is the very first page --

14  A. Uh-huh.

15  Q. -- it's listed under order as Roseville/

16  Andover.

17  A. Okay.

18  Q. Okay. So as of March 12 of '03 -- I think you

19  testified to this earlier, that the end of '02 is when

20  Andover was closed and all of it was migrated to

21  Roseville?

22  I am not trying to trick you. I will refer you

23  to the prior Exhibit KK here when we were talking

24  November of '02 regarding the migration of Andover.

25  A. Yeah. I would have to check those dates and see

**Page 123**

1  when that took place, and there's --

2  Q. As of March 12, 2003,

3  in the first page of Meyerfeld Exhibit M, is it your

4  understanding that the pre-merger Compaq spares that had

5  been previously handled by Andover, those orders were

6  now being handled by Roseville?

7  A. According to this document here, it looks to me

8  like they're -- like the calls -- well, they are

9  reporting it -- it says -- it says Roseville/Andover. I

10  believe that call volume was coming here.

11  MR. HANSEN: Okay. That's all I have.

12  MS. CARROLL: Okay. That's it.

13  (Whereupon, the deposition

14  adjourned at 4:46 p.m.)

15

16  ---0o0---

**Page 124**

1  DEPONENT'S SIGNATURE AND CORRECTIONS PAGE

2  Deponent: RICHARD CHIZEK

3  Case Title: Hewlett-Packard Development Company,
   L.P. vs. Midwest Technology Information
   Group, Inc.

4  Date of Deposition: Thursday, January 13, 2005

5  I, RICHARD CHIZEK, have read my deposition and
   state that there are:

6

7  (Check One) _____ no corrections
             _____ corrections as noted below

8  Signed under penalty of perjury:

9

10  (Date)                    (Signature)

11  Page     Line           Change/Add/Delete

12  ____    ____    _____

13  ____    ____    _____

14  ____    ____    _____

15  ____    ____    _____

16  ____    ____    _____

17  ____    ____    _____

18  ____    ____    _____

19  ____    ____    _____

20  ____    ____    _____

21  ____    ____    _____

22  ____    ____    _____

23  ____    ____    _____

24  ____    ____    _____

25  (If you need more space, please use reverse side.)