UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION
---o0o---

HEWLETT-PACKARD DEVELOPMENT
COMPANY, L.P., HEWLETT-PACKARD
COMPANY, and COMPAQ TRADEMARK B.V.,

    Plaintiffs,

vs.                     Civil Action No. 04-3055

MIDWEST INFORMATION TECHNOLOGY
GROUP, INC., and MICHAEL LAUBER,

    Defendants.
_____/

Deposition of
RICHARD CHIZEK
(Volume II)
Wednesday, May 4, 2005

Job No. 1937RD
Reported by: Ruth E. Diederich, RPR, CSR
CSR No. 4952

---

RICHARD CHIZEK
A P P E A R A N C E S

FOR THE PLAINTIFFS:

  JUNEAU, BOLL & WARD
  BY: ELIZANN CARROLL, Esq.
  15301 Spectrum Drive, Suite 300
  Addison, Texas  75001
  (972) 866-8333

FOR THE DEFENDANTS:

  SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL
  BY: JAMES A. HANSEN, Esq.
  525 Jersey
  Quincy, Illinois  62306
  (217) 223-3030

ALSO PRESENT:

  SCOTT GEORGE
  (Videographer)

---

RICHARD CHIZEK

I N D E X

| | Page |
|---|---|
| Examination by Mr. Hansen | 135 |

---o0o---

E X H I B I T S

| Exhibits | Description | Page |
|---|---|---|
| FFFF | A document entitled "eSpares Order Info," Bates-stamped HP01105 and HP01106. | 137 |
| GGGG | A document with headings "Dates, Gross Totals, Discounts, Credits/Rebills, Cancellations, Net Totals," Bates-stamped HP011007 through HP011009. | 139 |
| HHHH | A document with headings "Dates, Gross Totals, Discounts, Credits/Rebills, Cancellations, Net Totals," Bates-stamped HP011010 through HP011026. | 146 |
| IIII | A document entitled "Weekly eSpares Report." | 150 |
| JJJJ | A document with headings "Monthly Order Quantity Amount, Weekly Average Order Piece $, Accumulative Monthly Order Invoice $, Quarterly Order Quantity Amount," Bates-stamped HP011037. | 149 |
| KKKK | A document with headings "Ending, Gross Order, Net Quantity, Net Amount, Gross Amount, Invoiced Amount," Bates-stamped HP011038 and HP11039. | 147 |
| LLLL | A document entitled "HPS Americas Channel and Parts Business, eSpares Order/Invoice report," Bates-stamped HP011046 and HP011047. | 155 |
| MMMM | A document entitled "HPS Americas Channel and Parts Business, eSpares Order/Invoice report," Bates-stamped HP011048 through HP011050. | 158 |
| NNNN | A document with headings "Dates, Gross Totals, Discounts, Credits/Rebills, Cancellations, Net Totals," Bates-stamped HP011051 through HP011061. | 158 |
| OOOO | A document with the handwritten notation "Weight average FY04. | 165 |
| PPPP | A document entitled "eSpares Top Customers for FY2002," Bates-stamped HP011164, HP011094 and HP011092. | 159 |
| QQQQ | A document entitled "HPS Americas Channel and Parts Business, eStore revenue by RAS, Bates-stamped HP011093. | 161 |

---o0o---

### Page 134

RICHARD CHIZEK

1     BE IT REMEMBERED that under the applicable
2 sections of the Code of Civil Procedure of the State of
3 California, on Wednesday, May 4, 2005, commencing
4 at the hour of 9:17 a.m. thereof, at Hewlett-Packard,
5 8000 Foothills Boulevard, Building R10, Roseville,
6 California, before me, Ruth E. Diederich, a Certified
7 Shorthand Reporter in the State of California, there
8 personally appeared
9               RICHARD CHIZEK
10                 ---oOo---
11     THE VIDEOGRAPHER: Okay. My name is
12 Scott George. I will be videotaping this proceeding
13 on behalf of Sacramento Legal Video Center at
14 3028 V Street (sic) in Sacramento, California. The date
15 is May 4th, 2005. The time is 9:17 a.m. Our location
16 is 8000 Foothills Boulevard in Roseville, California.
17     I am here in the matter of Hewlett-Packard
18 Development Company, LP, et al., versus Midwest
19 Information Technology Group, Inc., Civil Action
20 No. 04-3055.
21     This is the deposition of Richard Chizek. The
22 noticing attorney is James Hansen. The court reporter
23 is Ruth Diederich of Ruth Diederich Reporters.
24     This is a single-track recording. Overlapping
25 voices cannot be separated. Private discussions on the

### Page 135

RICHARD CHIZEK

1 record will also be recorded.
2     Will counsel please identify yourselves, your
3 firm and those you represent.
4     MR. HANSEN: James Hansen for defendant,
5 counterclaim plaintiff Midwest Information Technology
6 Group, Inc.
7     MS. CARROLL: Elizann Carroll with Juneau, Boll
8 & Ward for plaintiffs.
9               RICHARD CHIZEK,
10 called as a witness by the defendants in the
11 above-entitled action, who, having been duly sworn by me
12 to tell the truth, the whole truth, and nothing but the
13 truth, was examined and testified as follows:
14           EXAMINATION BY MR. HANSEN
15 Q. Good morning, Mr. Chizek.
16    You have had your deposition taken before in
17 this case, and, again, I will just state that if I ask
18 anything you don't understand, please let me know.
19 A. Okay.
20 Q. And we'll try and get through this as quickly as
21 possible.
22    Do you understand that this deposition here
23 today, you're being produced to discuss various
24 documents that have been produced by Hewlett-Packard?
25 A. Yes.

### Page 136

RICHARD CHIZEK

1 Q. Okay. And do you understand --
2     THE VIDEOGRAPHER: Excuse me. Can you move that
3 away from the microphone? Are you getting an incoming
4 call or something?
5     MS. CARROLL: No.
6     THE VIDEOGRAPHER: I am getting a big sound, and
7 that's a telephone call coming in.
8     MS. CARROLL: No. It's all right. It's an
9 e-mail.
10     THE VIDEOGRAPHER: Okay. Well, it's the same
11 thing. It's making noise still. It needs to be, like,
12 five feet from the microphone.
13     I'm sorry, James, but it's interrupting the
14 whole recording. It's still making noise.
15     MS. CARROLL: All right. Jesus Christ.
16     Is that all right?
17     THE VIDEOGRAPHER: Yeah, it's fine now.
18     MS. CARROLL: It's off.
19     THE VIDEOGRAPHER: Hopefully the mike is fine.
20     MS. CARROLL: Go ahead. Try it again. I'm
21 sorry.
22     MR. HANSEN: Okay. Are we ready?
23     THE VIDEOGRAPHER: Yeah. I'm still on the
24 record, so proceed.
25 Q. BY MR. HANSEN: Do you understand the documents

### Page 137

RICHARD CHIZEK

1 that you are talking about -- that we're going to be
2 talking about today are related to eSpares?
3 A. Yes.
4 Q. Okay. And eSpares was the Andover call center
5 and website that eventually was transitioned here to
6 Roseville?
7 A. Yes. That's the business line.
8 Q. Okay. And these documents -- and Andover was a
9 call center and also a web-based ordering system? Is
10 that what you understand?
11 A. They had both those roles.
12 Q. Okay. And those deliverables, when they
13 transitioned here to Roseville, were handled here by HP?
14 A. Yes.
15     (Defendants' Exhibit FFFF was marked
16     for identification.)
17 Q. All right. Let me hand you Document Deposition
18 Exhibit FFFF, which is HP 11005 and 11006. And the
19 document is labeled at the top, "eSpares order info."
20    Do you see that?
21 A. Yes.
22 Q. And this appears to be for one week's ordering
23 activity, because it's reported as day and date in the
24 left-hand columns.
25    Do you see that?

RICHARD CHIZEK

1  A. Yes.
2  Q. Okay. Then we have four separate columns -- or,
3  excuse me -- five separate columns: Total orders,
4  agent, web, total PL91 gross, and then agent, then
5  dollar sign and thousands.
6     Do you see that?
7  A. Yes.
8  Q. Okay. Do you know off the top of your head what
9  year this is for?
10 A. No, I can't tell specifically what year it's
11 for.
12 Q. Okay. Do you know why only one week is reported
13 in this document?
14 A. No.
15 Q. Okay. The columns, "Total orders," is that what
16 you understand is the agent and web-based order columns
17 combined?
18 A. Yes.
19 Q. Okay. And "agent," is that the call center
20 person?
21 A. Yes.
22 Q. "Web" would be the web-based ordering?
23 A. Yes.
24 Q. Okay. And was that from the eSpares website?
25 A. According to the header, that's -- that's what

138

RUTH E. DIEDERICH CERTIFIED SHORTHAND REPORTERS
Phone: (916) 722-7814   Fax: (916) 726-0784

RICHARD CHIZEK

1  this information is related to.
2  Q. Do you know what that domain site is -- or was
3  at the time? Excuse me.
4  A. I don't -- I don't know the URL specifically,
5  but it was www.compaqsparestore, something.
6  Q. Okay. And the total PL91 in gross, is that the
7  total gross amount of orders in thousands of dollars for
8  that day?
9  A. Yes, I would say that it is.
10 Q. Okay. And then we have it broken down. The
11 last column is "agent"?
12 A. Yes.
13 Q. In reading this document, the difference between
14 the 77 and 24, would that have been, then, what the
15 web-based orders would have represented?
16 A. I could surmise that from this report.
17 Q. Okay.
18    (Defendants' Exhibit GGGG was marked
19    for identification.)
20 Q. Well, let me hand you Document Chizek
21 Exhibit GGGG, and keep the one you have there handy.
22 This is HP 11007 through 11009.
23 A. Okay.
24 Q. And that document is more detailed as far as the
25 columns go. We have dates, gross totals, discounts,

139

RUTH E. DIEDERICH CERTIFIED SHORTHAND REPORTERS
Phone: (916) 722-7814   Fax: (916) 726-0784

RICHARD CHIZEK

1  credits and rebills, cancellations, and then net totals.
2     Do you see that?
3  A. Yes.
4  Q. Okay. If we were to actually look at the week
5  of November 9 --
6     Do you see where I'm at --
7  A. Yes.
8  Q. -- following down the left column?
9  A. Yes.
10 Q. And you go over to gross totals under TTL
11 orders, that comes up to 1413.
12    Do you see that?
13 A. 1413?
14 Q. Under "gross."
15 A. Oh, yes.
16 Q. Do you see where I'm at?
17 A. Yes.
18 Q. Okay. Now, if you were to add the numbers up
19 from Chizek Exhibit FFFF, which is just that one week we
20 have in the first exhibit I showed you, it comes up to
21 1414. So it's one off.
22 A. Okay.
23 Q. Do you know if the reporting of these numbers
24 was discontinued from the method you see in Chizek
25 Exhibit FFFF to what we see in Chizek GGGG?

140

RUTH E. DIEDERICH CERTIFIED SHORTHAND REPORTERS
Phone: (916) 722-7814   Fax: (916) 726-0784

RICHARD CHIZEK

1  A. Do I know if it was discontinued?
2  Q. Are you familiar with the reporting, I guess,
3  was -- was that how it was reported to the various
4  individuals that got the report that you see in GGGG?
5  A. I can't recall at the time how these reports
6  were distributed.
7  Q. Okay. Well, take a look at what you have in
8  front of you there as the -- HP 11007 to 11009.
9  A. Yeah.
10 Q. That document was produced as an eSpares order
11 spreadsheet by its tabulation in the production by
12 Hewlett-Packard, and this appears to be a report broken
13 down by weekly format; is that correct?
14 A. Yes.
15 Q. Okay. And we begin, it says at the top, the
16 week of May 4. Do you know what year that is?
17 A. I'm guessing that it's 2002.
18 Q. Okay. And it reports, actually, through
19 October 25th on the end of your document, the week of
20 October 25th.
21 A. Okay.
22 Q. Is that what it says at the bottom?
23 A. Yes. It goes to October 25th.
24 Q. And that would be the following year, then, of
25 '03?

141

RUTH E. DIEDERICH CERTIFIED SHORTHAND REPORTERS
Phone: (916) 722-7814   Fax: (916) 726-0784

RICHARD CHIZEK

1   A.  Yes.
2   Q.  Okay. Now, on these columns, it's kind of a
3   little more detailed breakdown than the first exhibit we
4   looked at, but we have here a column, again, for agent
5   orders and web-based orders?
6   A.  Yes.
7   Q.  Okay. And then those two are added up to get
8   our total orders for that weekly total; is that correct?
9   A.  Yes.
10  Q.  Okay. And then we have a quantity column. Is
11  that the amount of parts that were ordered that week
12  from either the call center or the web-based for
13  eSpares?
14  A.  I don't know why that number is different, but
15  it looks like it's pieces rather than orders.
16  Q.  Okay. And then we have a total gross amount
17  there, dollars, representing orders for the week; is
18  that correct?
19  A.  Yes.
20  Q.  Okay. Now, that is the gross total. We then
21  have a column that says "net total" on the far right.
22      Do you see that?
23  A.  Yes.
24  Q.  Okay. And that number and order and quantity is
25  different than the number from the gross total.

142

RUTH E. DIEDERICH CERTIFIED SHORTHAND REPORTERS
Phone: (916) 722-7814   Fax: (916) 726-0784

RICHARD CHIZEK

1   A.  Yes.
2   Q.  Is that because you -- or this report takes into
3   account some credits or rebills, possible cancellations
4   of orders to get to the net total number?
5   A.  Yes, that's what it does.
6   Q.  Okay. So, for instance, if we focused on the
7   week of -- that November 9 week -- and it's easy to
8   identify, because that's for the first week we see it
9   reported in a breakdown fashion of agent and web orders.
10      Do you see that?
11  A.  Yes.
12  Q.  Is that the first week Roseville started
13  handling the calls that were -- and web-based ordering
14  that was previously done in Andover?
15  A.  Yes, that's -- that's about the right time.
16  Q.  Okay. And that's when the further break-out
17  occurs that we see on the exhibit; is that correct?
18  A.  Yes.
19  Q.  Okay. So in November 9, that week, we see the
20  gross total order was $223,302. But once you took into
21  account the discounts, rebates, rebills and
22  cancellations, you then come to the number for that week
23  which was 206,512?
24  A.  Yes.
25  Q.  Okay. Now, if you stay on that exhibit, if you

143

RUTH E. DIEDERICH CERTIFIED SHORTHAND REPORTERS
Phone: (916) 722-7814   Fax: (916) 726-0784

RICHARD CHIZEK

1   start up at the week of May 4, it appears the total
2   orders that week was 55.
3       Do you see that?
4   A.  Yes.
5   Q.  Okay. And then the first week that the Andover
6   calls and web-based transitioned to Roseville on
7   November 9, the total orders are now up to 1,413?
8   A.  Yes.
9   Q.  Okay. And just backing up a couple weeks from
10  November 9, if you look at the October totals, the
11  orders for that month are in the thousand range.
12      Do you see that?
13  A.  Yes.
14  Q.  Okay. Do you know why the increase when the
15  calls and web-based ordering started being handled at
16  Roseville for the jump of about 400 calls per week?
17      MS. CARROLL: I am going to object that that's
18  misleading.
19      Go ahead.
20      THE WITNESS: These numbers don't relate to the
21  calls. These just relate to orders.
22  Q.  BY MR. HANSEN: Okay. Do you know, then, the
23  reason why the orders increased approximately 400 per
24  week?
25      MS. CARROLL: Same objection.

144

RUTH E. DIEDERICH CERTIFIED SHORTHAND REPORTERS
Phone: (916) 722-7814   Fax: (916) 726-0784

RICHARD CHIZEK

1       THE WITNESS: These orders were trending up
2   continuously since May 4.
3   Q.  BY MR. HANSEN: Okay. And, in fact, they
4   continued to trend up, if you -- I mean, go through the
5   rest of the document from November 9 on. There's only
6   three weeks -- four weeks -- excuse me -- I'll represent
7   to you, that they even drop below 1,400. So they
8   continued to trend up; is that correct?
9   A.  Yes.
10  Q.  Okay. And these -- these are for pre-merger
11  Compaq parts and Digital Equipment Corporation part
12  orders; is that correct?
13  A.  They are for pre-merger Compaq. I don't believe
14  that any digital equipment is included in this, but I'm
15  not sure of that.
16  Q.  Okay. Well, let me ask it -- let me ask you
17  this: If Andover was transitioned here to Roseville in
18  November 2002, did Roseville discontinue any fulfillment
19  of servicing of the DEC parts that --
20  A.  No. We continued to take those as well. It was
21  just in a different order system.
22  Q.  Okay. So the Digital Equipment Corporation
23  orders are not -- are non-reflected in the document in
24  front of you?
25  A.  I'm not sure of that, but I would say that

145

RUTH E. DIEDERICH CERTIFIED SHORTHAND REPORTERS
Phone: (916) 722-7814   Fax: (916) 726-0784

RICHARD CHIZEK

1 that's the case.
2 Q. Okay. So, to your knowledge, the digital parts
3 were reported in a different format?
4 A. I believe so.
5 Q. Okay.
6 A. Well, let me clarify. The system at the time
7 could accept digital orders which are characterized
8 as a 2,5,2 part number: Two numbers, five numbers and
9 two numbers. So the system could take -- could take
10 those -- those part numbers via the order management
11 system; however, the digital orders were primarily for
12 contract customers, and those were loaded by another
13 team on another system.
14 Q. You say loaded by another team. Another
15 business team within HP?
16 A. Yes.
17 Q. Okay.
18 A. In our group.
19 Q. What team was that?
20 A. The digital team.
21 Q. Okay. Do you know why this Document HP 1107
22 through 1109 only reports through October 25th of '03?
23 A. No, I don't know why.
24     (Defendants' Exhibit HHHH was marked
25     for identification.)

146
RUTH E. DIEDERICH CERTIFIED SHORTHAND REPORTERS
Phone: (916) 722-7814    Fax: (916) 726-0784

RICHARD CHIZEK

1 Q. Keep that in front of you, and I'm going to hand
2 you Chizek HHHH, and you are going to actually need them
3 side by side there. This appears to be -- and that is
4 document HP 11010 through 11026.
5     Just so we're clear, this appears to be a weekly
6 breakdown of what you see in Exhibit GGGG. I mean, we
7 can go from the -- just look at the top --
8 A. Yes.
9 Q. -- May 4 --
10    Okay. So alls HHHH is, is a more detailed
11 breakdown, then, of GGGG?
12 A. Yes.
13 Q. Okay. Whereas GGGG is reported on a weekly
14 basis, this breaks it out each day of those weeks?
15 A. Yes.
16    (Defendants' Exhibit KKKK was marked
17    for identification.)
18 Q. All right. And let me hand you what I marked as
19 Exhibit KKKK, which is HP 11038 through 11039. And,
20 again, just comparing, if you will, those side by
21 side --
22    MS. CARROLL: Are we skipping I and J, or are we
23 going back to them?
24    MR. HANSEN: We're going back to them. I just
25 want to clear this up while we're on this same topic.

147
RUTH E. DIEDERICH CERTIFIED SHORTHAND REPORTERS
Phone: (916) 722-7814    Fax: (916) 726-0784

RICHARD CHIZEK

1 Q. If you look at 11038 and 11039, again, this
2 appears to be, if we follow it by weeks and order
3 amount, again, another -- a graphic breakdown of the
4 exhibit I showed you, HP 1107 through 1109.
5    Do you see that?
6 A. Yes.
7 Q. Okay. The only difference, though, it appears,
8 is if you go to the second page of that, it's HP
9 11039 --
10 A. Yes.
11 Q. -- okay -- we now have the monthly order and
12 quarterly order breakdown.
13    Do you see that?
14 A. Yes.
15 Q. And this is broken out on the second page of the
16 exhibit. The quarterly order amount for fiscal year
17 '02, just the last two quarters, do you see that?
18 A. Yes.
19 Q. Okay. And is that because the Andover call
20 center was transitioned to Roseville in November of '02,
21 and only would have reported the last two quarters of
22 the year?
23 A. I could surmise that from this report.
24 Q. Okay. And then the entire fiscal year of '03 is
25 reported?

148
RUTH E. DIEDERICH CERTIFIED SHORTHAND REPORTERS
Phone: (916) 722-7814    Fax: (916) 726-0784

RICHARD CHIZEK

1 A. Yes.
2    (Defendants' Exhibit JJJJ was marked
3    for identification.)
4 Q. All right. Let me hand you what I have marked
5 as Exhibit JJJJ, which is HP 1037 (sic).
6    MS. CARROLL: Just so it's clear, it's 11037.
7    MR. HANSEN: Right.
8 Q. Comparing 11037 to 038 and 39, which I gave you,
9 this, again, is the same document, but it appears this
10 one only reports April 5th to October 25th of the year
11 2003, when the other one goes all the way back to May 4
12 of the following -- for the previous year '02.
13 A. Okay. Yes.
14 Q. Okay. So, again, not a different numberwise,
15 just a more detailed breakdown -- or less detailed
16 breakdown than the prior exhibit?
17 A. Yes.
18 Q. Okay. Now, HP 11037 and 11039, the quarterly
19 breakdown, that is for the eSpares ordering which is the
20 pre-merger Compaq and possibly the digital equipment
21 parts?
22 A. Yes, I believe so.
23 Q. Okay. That doesn't reflect and is not
24 reflecting Hewlett-Packard parts and orders; is that
25 correct?

149
RUTH E. DIEDERICH CERTIFIED SHORTHAND REPORTERS
Phone: (916) 722-7814    Fax: (916) 726-0784

**RICHARD CHIZEK**

1    A. I don't believe this is reflecting the
2 pre-merger HP.
3    Q. Okay.
4    MS. CARROLL: So the record is clear, these last
5 two documents have an "Attorney's eyes only" label on
6 them, but we'll withdrawal that. They are still
7 confidential, but not attorney's eyes only, these two
8 documents KKKK and JJJJ.
9    MR. HANSEN: Okay.
10    (Defendants' Exhibit IIII was marked
11    for identification.)
12    Q. Next I am going to hand you what I've marked as
13 Defendant's Exhibit III (sic), which is HP 11027 through
14 11036. This is a document labeled "Weekly eSpares
15 report." Mr. Soriano's name is on there, and it says,
16 "November 1, 2003."
17    Do you see that on the front page?
18    A. Yes.
19    Q. Okay. This appears to be, if you go through it,
20 graphs depicting various phases and orders all relating
21 back to the documents we just went over. Specifically
22 if you look at the breakdown on Document Exhibit
23 Chizek GGGG, for instance, we have the first page there
24 11028 is a weekly net order amount, and if you go to the
25 week of April 5th under the year --

150

**RICHARD CHIZEK**

1    Actually, I'm sorry.
2    A. Just for clarification, HP 011007 begins at
3 May 4, 2002, and this report begins in -- in May of
4 2003, I believe.
5    Q. You mean April?
6    A. Yeah.
7    Q. 4/5?
8    A. Yeah, April.
9    Q. Well, what I meant to say was, let's compare it
10 to this right here --
11    A. Okay.
12    Q. -- Exhibit Chizek JJJJ. That starts on week
13 4/5; correct?
14    A. Yes.
15    Q. And that lines up with the graph in front of
16 you; is that correct?
17    A. Yes.
18    Q. Because if you look at the number here under net
19 amount 310,915, what's reported in the graph?
20    A. It is 310,915.
21    Q. Okay. So it appears these graphs are breakdowns
22 of the dollars that we just went over on a weekly net
23 order and a quantity amount placed basis?
24    A. Yes.
25    Q. All right. And then if you flip the page to the

151

**RICHARD CHIZEK**

1 next graph, it's a weekly average order quantity amount,
2 and now it's placed by month.
3    Do you see that?
4    A. Yes.
5    Q. Okay. And then the next one is quarterly net
6 order, quantity amount placed?
7    A. Yes.
8    Q. Okay. And if you line up the -- I mean, take,
9 for instance, Quarter 4 of fiscal year '02. Do you see
10 the number there, 2,209,975?
11    A. Yes.
12    Q. Okay. And that lines up with -- if you look
13 at Chizek Exhibit JJJ (sic) under the Quarter 2 --
14 or Quarter 4 fiscal year '02, it lines up with that
15 2 million number?
16    A. Yes.
17    Q. Okay. Do you know what the blue line in that
18 graph above the 2,209,000 represents?
19    I take that back. That actually represents the
20 gross amount versus the net amount?
21    A. Yes.
22    Q. Okay. So -- okay. So gross amount, then, would
23 take into account the discounts, cancellation and
24 credits as reflected in the top of the graph to get our
25 net number?

152

**RICHARD CHIZEK**

1    A. And gross includes all orders and transactions
2 logged.
3    Q. Right. And then to get the net number, the
4 2,209,000, what it is taking out is, then, the
5 discounts, cancellations and credits?
6    A. Yes.
7    Q. Okay. Then the next graph appears to be monthly
8 web agent orders, basically documenting the amount of
9 web-based and agent orders per month?
10    A. Yes.
11    Q. Okay. Now, this just says January to October.
12 Do you know what that -- what year that's reporting?
13    A. Well, 2003 is on the report, but I can't say
14 from this.
15    Q. Okay. Okay. And then flipping through, we have
16 things such as a Delta between order and invoice
17 amounts, you have a graph for monthly credit ratio,
18 cancellation graph, reasons by month?
19    A. Yes.
20    Q. Okay. Those are just various graphs showing the
21 deductions that were taken from the gross to get your
22 net amount?
23    A. Yes, charting the trends.
24    Q. Okay. All right. I am not going to mark this
25 next document. I just want to ask you a quick question

153

RICHARD CHIZEK

1  about it. It is HP 11040. It's titled "Backlog."
2  A. Yes.
3  Q. What does that mean?
4  A. These are -- this is material that is not
5  available at the time of ordering, so it's in a backlog
6  status, backorders.
7  Q. Okay. So is that number reflected in the dollar
8  amounts, then, for the --
9  A. This is -- this is the total dollars of material
10 in backlog on those dates.
11 Q. Okay. So for the date of -- it's reported by
12 months, except at the end of the document, it was broken
13 out there in weeks. Do you see that?
14 A. Yes.
15 Q. Okay. So if we looked at the month of
16 February off of our prior graph for the year 2003, would
17 we have to add in these numbers to determine the gross
18 and net?
19 A. No. I believe that these numbers are already
20 accounted for in the -- in the -- in this gross revenue.
21 Q. Okay.
22 A. And that this is -- this just represents the --
23 the values that are in backlog that can't be shipped.
24       MR. HANSEN: Okay. Let's go off for a second.
25       THE VIDEOGRAPHER: We're off the record at

154

RICHARD CHIZEK

1  9:45 a.m.
2       (Discussion held off the record.)
3       THE VIDEOGRAPHER: Back on the record at
4  9:48 a.m.
5       (Defendants' Exhibit LLLL was marked
6       for identification.)
7  Q. BY MR. HANSEN: I'm going to hand you Deposition
8  Exhibit LLLL. This is a document at the top that says,
9  "HPS Americas - Channel and Parts Business, eSpares
10 order, invoice report."
11       Is that what it says?
12 A. Yes.
13 Q. Okay. And it is HP 11046 and 11047; is that
14 correct?
15 A. Yes.
16 Q. Okay. Now, this is a document, that if you
17 compare to Exhibit GGGG, do you see that the week ending
18 11/2 coordinates with the various same pages?
19 A. Yes.
20 Q. Okay. And even if you look at the Exhibit KKK
21 (sic) you have in front of you there, it lines up as
22 well for that same week.
23 A. Yes.
24 Q. Okay. However, Exhibit LLLL, at the very
25 bottom, has a bracket for fiscal year '02, fiscal year

155

RICHARD CHIZEK

1  '03, and then a grand total.
2  A. Yes.
3  Q. Okay. That's what I want to ask you some
4  questions about.
5       This is a summary and cumulative breakdown,
6  then, of all of the order and invoice data for the
7  period of November 2nd of '02 through October 25 of '03.
8  Is that your understanding?
9  A. Yes.
10 Q. Okay. And it then is broken down, if we look
11 under order data, the grand totals, then, for fiscal
12 year '02 --
13      And as you understand it, is that just two
14 quarters, then, of '02?
15 A. Yes.
16 Q. Okay. And then the entire fiscal year of '03?
17 A. Yes.
18 Q. The grand total, then, for order amounts placed
19 for that time period for the eSpares, which is the
20 pre-merger Compaq parts, is what number?
21 A. The grand total --
22 Q. Yes.
23 A. -- of the --
24      Is 15,915,414.
25 Q. Okay. And then the revenue column, that total

156

RICHARD CHIZEK

1  is what? Grand total.
2  A. 15,581,606.
3  Q. Okay. So is that the net revenue to
4  Hewlett-Packard from the pre-merger Compaq orders
5  handled at Roseville from the period of November 2nd,
6  2002, to October 25, 2003?
7  A. I could surmise that from this report.
8  Q. Do you know why there -- well, okay.
9       And that would include, based on your previous
10 testimony, any parts orders and invoicing for DEC parts,
11 Digital Equipment Corporation?
12 A. There's possibly some Digital Equipment
13 transaction, in this as well.
14 Q. Okay. And then this number, the grand total of
15 15,915,414, should then line up, should it not, with --
16 if you look at Exhibit KKK (sic) there in front of you,
17 the second page, the totals reflected in the quarterly
18 orders, quarter amount on the right-hand block? I'll
19 represent to you I've added them up. They equal each
20 other.
21 A. Yes.
22 Q. Okay. So those quarterly order and amounts for
23 fiscal year '02, the last two quarters of fiscal year
24 '03, as depicted in Exhibit JJJJ, are then summarized
25 and added up there in the document you have in front of

157

## Page 158

RICHARD CHIZEK

1  you, LLLL?
2  A. Yes.
3  (Defendants' Exhibit MMMM was marked
4  for identification.)
5  Q. Okay. Okay. Handing you HP 104 -- 11048
6  through 11050, that is Exhibit MMMM, and just to clarify
7  this up, this appears to be a further breakdown going
8  back to, actually, the week May 4 of 2002 through
9  October 25, 2003, to get the grand numbers, then, shown
10  on the last page of the exhibit?
11  A. Yes. This just goes farther back.
12  Q. Okay. Now, the grand numbers have not changed.
13  It just appears the second exhibit I handed you just
14  reports farther back in the year 2002?
15  A. Yes, that's what it appears.
16  (Defendants' Exhibit NNNN was marked
17  for identification.)
18  Q. Okay. Okay. Handing you Exhibit NNNN, just for
19  clarification, this appears to be the exact same thing
20  as Exhibit HHHH, just not broken out as far back.
21  A. Yes.
22  Q. Okay. Now, comparing these two sets of exhibits
23  next to each other, one appears to start the week of
24  November 2nd, 2002, as does these two exhibits here. We
25  have one going back to April 4, one going to November 2.

RUTH E. DIEDERICH CERTIFIED SHORTHAND REPORTERS
Phone: (916) 722-7814    Fax: (916) 726-0784

## Page 159

RICHARD CHIZEK

1  A. Yes.
2  Q. Do you see that?
3  A. Yes.
4  Q. Okay. Is the reason for that a breakout, then,
5  as to when Roseville started handling the call center
6  activity and one going back to when it was still handled
7  at Andover?
8  A. Yes.
9  Q. Okay. Other than that, the documents are
10  identical; correct?
11  A. Yes. They -- they reflect the same data.
12  Q. Okay. Okay. The next document I have is not
13  marked. I just want to ask you a quick question about
14  it.
15  This was labeled -- it's HP 11087 through
16  11091 -- as pre-owned. Do you know what that is
17  referencing?
18  A. Pre-owned Electronics is a client.
19  (Defendants' Exhibit PPPP was marked
20  for identification.)
21  Q. Okay. So if you take a look at Exhibit PPPP,
22  which is a group exhibit, documents HP 11164, 11092 and
23  11094, on the first page of that document, it's
24  Pre-owned Electronics; is that correct?
25  MS. CARROLL: Hang on. Before you go any

RUTH E. DIEDERICH CERTIFIED SHORTHAND REPORTERS
Phone: (916) 722-7814    Fax: (916) 726-0784

## Page 160

RICHARD CHIZEK

1  farther, the last two documents that you've showed this
2  witness are marked "Attorney's eyes only." The record
3  needs to reflect the questions about these exhibits and
4  these exhibits are confidential pursuant to the
5  protective order and attorney's eyes only.
6  THE WITNESS: Okay. Yes, Pre-Owned Electronics
7  is listed on this.
8  Q. BY MR. HANSEN: And Pre-owned Electronics is
9  listed as the top eSpares customer for fiscal year '02;
10  is that right?
11  A. Yes.
12  Q. All right. So simply, the exhibit -- the
13  document I handed to you prior to Exhibit PPPP just, I
14  guess, breaks down their orders based on weeks?
15  A. Yes, I could surmise that from this report.
16  Q. Okay. And then Exhibit PPPP, as we talked about
17  earlier, has the pages on it reflecting eSpares top
18  customers for fiscal year '02, and then we have 31
19  groups listed there?
20  A. Yes.
21  Q. All right. And then we have eSpares top
22  customers for Quarter 1 of '03 and Quarter 2 of '03?
23  A. Next page?
24  Q. Yeah, the next two.
25  A. Yes.

RUTH E. DIEDERICH CERTIFIED SHORTHAND REPORTERS
Phone: (916) 722-7814    Fax: (916) 726-0784

## Page 161

RICHARD CHIZEK

1  Q. And then on those last two pages, it's broken
2  down by ten biggest movers up and ten biggest movers
3  down?
4  A. Yes.
5  Q. And these are all entities that were purchasing
6  pre-merger -- or the eSpares, the pre-merger Compaq
7  parts, possibly DEC parts?
8  A. Yes.
9  Q. Okay. This doesn't reflect Hewlett-Packard's
10  top customers; correct?
11  A. No, this doesn't reflect any of the pre-merger
12  HP material.
13  (Defendants' Exhibit QQQQ was marked
14  for identification.)
15  Q. Okay. Next I'll hand you Exhibit QQQQ.
16  MR. HANSEN: If you want to note something on
17  the record, this document has "Attorney's eyes only," as
18  well, but --
19  MS. CARROLL: We'll withdraw the "Attorney's
20  eyes only" as to this document. The previous documents
21  that I cited, as well as PPPP, are Attorney's eyes only,
22  and the testimony regarding those documents should be
23  labeled as such.
24  Q. BY MR. HANSEN: Okay. QQQQ is apparently a
25  breakdown of eStore revenue by RAS. What does "RAS"

RUTH E. DIEDERICH CERTIFIED SHORTHAND REPORTERS
Phone: (916) 722-7814    Fax: (916) 726-0784

RICHARD CHIZEK

1 mean?
2  A. I don't know what that term refers to.
3  Q. Okay.
4  A. But the listings underneath -- under RAS are
5 business lines.
6  Q. Okay. So we have, for instance, Consumer
7 Mobile, Consumer PC --
8     Which I take it means consumer personal
9 computers?
10 A. Yes.
11 Q. -- then we have desktops. There's Digital
12 Legacy. Is that digital equipment parts?
13 A. Yes.
14 Q. So is this, to your understanding, then, a
15 breakdown of the quarterly revenue for the last three
16 quarters of '02 and the first two quarters of '03 based
17 on, did you say, business lines?
18 A. Yes.
19 Q. Okay. Now, the Quarter 2 '02 revenue was not
20 reported in Exhibit KKKK under the total figures;
21 correct?
22 A. Correct.
23 Q. Okay. And, in fact, this only goes up to the
24 second quarter of '03. It doesn't even include the
25 remaining two that are reflected in Exhibit KKKK; right?

162

RICHARD CHIZEK

1  A. Correct.
2  Q. Okay. Do you know, what is this document for?
3 I mean, is it breaking it out for the various groups to
4 see the amount of revenue per business line?
5  A. I could surmise that from this report.
6  Q. Okay. Well, then, if you go over here, we
7 have -- on the far right, it says, "Consumer,
8 commercial, servers, Digital Legacy, other."
9  A. Yes.
10 Q. Okay. "Consumers," people who call in and place
11 web-based orders?
12 A. No. More like product lines that are targeted
13 at the consumer market.
14 Q. Okay. But for pre-merger Compaq parts?
15 A. Yes.
16 Q. Okay. So is that like Presario?
17 A. Yes. That would include the consumer mobile
18 portable equipment and then the consumer PC.
19 Q. Okay. Where does desktops fall?
20 A. From this report, I couldn't tell specifically.
21 Q. Okay. Then we have Digital Legacy, and that
22 lines up, then, over with the right?
23 A. Yes.
24 Q. Then the last one says, "Servers" -- or one of
25 them says "Servers."

163

RICHARD CHIZEK

1  A. Yes.
2  Q. I don't see servers over here on the left.
3  A. That's right.
4  Q. All right. So do you know where that number
5 came from?
6  A. No.
7     MS. CARROLL: Hang on. I think there's a
8 problem with your -- with your -- the black line that's
9 on your exhibit.
10    THE WITNESS: The two bottom columns, storage
11 networks and work stations --
12    MS. CARROLL: Above that, looking at my
13 computer, it says "Servers."
14    MR. HANSEN: Oh, okay.
15    MS. CARROLL: So it's a different --
16    THE WITNESS: It's blacked out on my copy.
17    MS. CARROLL: It's a different color. It's a
18 different color on the screen because it's yellow, but
19 there is -- servers is on it when you look at it on the
20 computer.
21    MR. HANSEN: Okay.
22    MS. CARROLL: It just didn't copy correctly.
23    MR. HANSEN: All right.
24 Q. So the two -- the black bar we have there
25 appears to, when you look at it in color, say "Servers"

164

RICHARD CHIZEK

1 on it; is that what --
2  A. Yes. Servers fall under storage network and
3 work stations.
4  Q. Okay. I mean, were you an individual that was
5 receiving these reports?
6  A. I was probably copied on -- on most of these
7 reports.
8  Q. Okay. And is this just to be used as trend
9 analysis?
10 A. Typically, yes.
11 Q. All right. Handing you --
12    MR. HANSEN: Let's go off for a second.
13    THE VIDEOGRAPHER: We're off the record at
14 10:04 a.m.
15    (Discussion held off the record.)
16    THE VIDEOGRAPHER: We're back on the record at
17 10:07 a.m.
18    (Defendants' Exhibit OOOO was marked
19    for identification.)
20 Q. BY MR. HANSEN: Handing you -- it's two pages.
21 It will be a group exhibit -- OOOO. Actually, the first
22 page was produced under a spreadsheet, and the tab was
23 weighted average '04, and the second was weighted
24 average '03.
25 A. Okay. Yes.

165

RICHARD CHIZEK

1  Q. Okay. And, actually, can I see those back for
2  one second?
3      I have handed you the color copies of those.
4  The document on the first page there is weighted average
5  '04, and we have Roseville, eSpares, CN Blue, CN Red and
6  Digital classic. Do you see that?
7  A. Yes.
8  Q. Okay. Roseville is here?
9  A. Roseville refers to the pre-merger HP parts
10 product line.
11 Q. Okay. ESpares?
12 A. Refers to the pre-merger Compaq eSpares product
13 line.
14 Q. CN Blue?
15 A. Refers to pre-merger HP Canada end user
16 English-speaking calls.
17 Q. Okay. Canada red?
18 A. Prefers to pre-merger Canada -- pre-merger
19 Compaq English-speaking end users.
20 Q. In Canada?
21 A. Yes.
22 Q. And then Digital Classic?
23 A. The digital parts supported under contract.
24 Q. Okay. Now, this is just for fiscal year
25 Quarter 1, '04?

166
RUTH E. DIEDERICH CERTIFIED SHORTHAND REPORTERS
Phone: (916) 722-7814    Fax: (916) 726-0784

RICHARD CHIZEK

1  A. Yes.
2  Q. Which includes November, December and January;
3  correct?
4  A. Yes.
5  Q. Okay. Now, the columns under each month show
6  calls. Is that the total number of call center calls
7  received?
8  A. Calls answered.
9  Q. Answered.
10     You then have month-to-date performance?
11 A. Percentage of calls answered within the service
12 level commitment.
13 Q. So it's 180 seconds?
14 A. Answer -- answer -- yeah. Answer the calls
15 within 180 seconds, yes.
16 Q. And then weighted average, what does that mean?
17 A. This is an attempt to weight the percentages
18 according to the volumes of calls. So the -- the report
19 is adding up the total calls and evaluating the overall
20 percentage of calls within service level, acknowledging
21 that the Roseville calls are much higher than, for
22 example, the digital calls, and so it's using a method
23 of weighted averaging to estimate that service level.
24 Q. And then this document is just reporting calls.
25 It's not reporting orders; correct?

167
RUTH E. DIEDERICH CERTIFIED SHORTHAND REPORTERS
Phone: (916) 722-7814    Fax: (916) 726-0784

RICHARD CHIZEK

1  A. Yes. All these numbers appear to be related to
2  the calls and the service level percentages.
3  Q. Okay. And if you go down a little bit more, it
4  says, "USA TTL."
5      Do you see that?
6  A. Yes.
7  Q. Okay. We have Roseville there, which appears to
8  be the adding of the above Roseville eSpares --
9  A. Yes.
10 Q. -- numbers?
11 A. Yes.
12 Q. Okay. So that's the total of the HP and Compaq
13 orders?
14 A. Yes.
15 Q. All right. And then SOM?
16 A. Stands for Service Order Management, and these
17 are transactions that are logged for HP channel
18 partners.
19 Q. Okay.
20 A. These are for pre-merger Compaq parts.
21 Q. In addition to the pre-merger Compaq parts
22 reflected above in eSpares and digital classic?
23 A. Yes.
24 Q. Okay. Now, let's flip back to the second page.
25 This appears to -- as the document says in the upper

168
RUTH E. DIEDERICH CERTIFIED SHORTHAND REPORTERS
Phone: (916) 722-7814    Fax: (916) 726-0784

RICHARD CHIZEK

1  left, it has a notation, this is the weighted average
2  for the year '03. Okay. And I'll represent that's how
3  it was produced.
4      Now, we have the same Roseville, eSpares,
5  Canadian blue, Canadian red and digital classic up
6  above.
7      Do you see that?
8  A. Yes.
9  Q. Okay. And my first question is, Do you know why
10 there is nothing reported for the month of October?
11 A. No.
12 Q. Okay. Why -- under USA TTL, now in '03, we also
13 have Missouri listed there.
14     Do you see that?
15 A. Yes.
16 Q. Okay. Why isn't Missouri reflected up above in
17 the calls month-to-date performance and weighted
18 average?
19     MS. CARROLL: Objection; calls for speculation.
20     THE WITNESS: Should I answer that?
21     MS. CARROLL: Yeah.
22 Q. BY MR. HANSEN: Yeah.
23     MS. CARROLL: Go ahead and answer.
24     THE WITNESS: Oh, I believe up until that point,
25 they just hadn't -- hadn't decided to include the

169
RUTH E. DIEDERICH CERTIFIED SHORTHAND REPORTERS
Phone: (916) 722-7814    Fax: (916) 726-0784

1  pre-merger Compaq calls and transactions that were being
2  logged at the HP Direct MITG center. It's just
3  indicative of the evolution of the business, I think.
4     Q.   BY MR. HANSEN: Well, let me -- so the upper --
5  the first bracket there we have, and all the months and
6  quarters --
7     A.   Yes.
8     Q.   -- that's only for everything that's handled by
9  HP from Roseville?
10    A.   Yes.
11    Q.   Okay. And then the calls month-to-date
12 performance and weighted average for Missouri are
13 reported down in the next -- I'll call it bracket level
14 there?
15    A.   Yes.
16    Q.   Okay. And then Canada has its own bracket even
17 below that?
18    A.   Yes.
19    Q.   All right. Okay. Well, these calls just -- is
20 that just call center activity and not also reporting
21 web-based activity?
22    A.   This data is all related to call center
23 activity.
24    Q.   Okay. So the document that indicates in the
25 most detail, then, the orders and quantities and dollar

170

RUTH E. DIEDERICH CERTIFIED SHORTHAND REPORTERS
Phone: (916) 722-7814    Fax: (916) 726-0784

RICHARD CHIZEK

1  amounts for the eSpares business from May 4, '02 to
2  October 25, '03, reporting the fiscal years and the
3  grand total, then, is HP 11048 to 1105 -- 11050, which
4  is Exhibit M (sic)?
5     A.   Yes.
6     Q.   Okay. That reflects the bottom line grand total
7  of 15,915,000 in gross eSpares order for the last two
8  fiscal quarters in '02, and the entire fiscal year of
9  '03?
10    A.   Yes.
11    Q.   Okay. And that also reflects the net amount
12 total for the eSpares order for that time period?
13    A.   Yes, that's correct.
14       MR. HANSEN: Okay. That's all I have.
15       MS. CARROLL: I have no questions.
16       THE VIDEOGRAPHER: Okay. That's the end of the
17 tape.
18       We're off the record at 10:16 a.m.
19           (Whereupon, the deposition
20            adjourned at 10:16 a.m.)
21
22           ---oOo---
23
24
25

171

RUTH E. DIEDERICH CERTIFIED SHORTHAND REPORTERS
Phone: (916) 722-7814    Fax: (916) 726-0784

RICHARD CHIZEK
1  DEPONENT'S SIGNATURE AND CORRECTIONS PAGE
2  Deponent:  RICHARD CHIZEK
   Case Title:  Hewlett-Packard Development Company,
3               L.P. vs. Midwest Technology Information
                Group, Inc.
4  Date of Deposition:  Wednesday, May 4, 2005
5     I, RICHARD CHIZEK, have read my deposition and
   state that there are:
6
   (Check One) _____  no corrections
7              _____  corrections as noted below
8  Signed under penalty of perjury:
9
10 _____        _____
    (Date)                        (Signature)
11 Page    Line         Change/Add/Delete
12 ____   ____   _____
13 ____   ____   _____
14 ____   ____   _____
15 ____   ____   _____
16 ____   ____   _____
17 ____   ____   _____
18 ____   ____   _____
19 ____   ____   _____
20 ____   ____   _____
21 ____   ____   _____
22 ____   ____   _____
23 ____   ____   _____
24 (If you need more space, please use reverse side.)
25

172

RUTH E. DIEDERICH CERTIFIED SHORTHAND REPORTERS
Phone: (916) 722-7814    Fax: (916) 726-0784

RICHARD CHIZEK
1           REPORTER'S CERTIFICATE
2
3     I hereby certify that the witness in the
4  foregoing deposition was duly sworn by me to testify to
5  the truth in the within-entitled cause; that said
6  deposition was taken at the time and place herein named,
7  and that the testimony of said witness was reported by
8  me, a duly certified shorthand reporter and
9  disinterested person, and was thereafter transcribed
10 under my direction by computer-aided transcription.
11    I further certify that I am not of counsel or
12 attorney for either or any of the parties to said
13 deposition, nor in any way interested in the outcome of
14 the cause named in said caption.
15    In witness whereof, I have hereunto set my hand
16 this 18th day of May, 2005.
17
18
19
20         _____
              RUTH E. DIEDERICH, CSR, RPR
21                CSR No. 4952
22
23
24
25

173

RUTH E. DIEDERICH CERTIFIED SHORTHAND REPORTERS
Phone: (916) 722-7814    Fax: (916) 726-0784