Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
          FOR THE CENTRAL DISTRICT OF ILLINOIS
 2                   SPRINGFIELD, DIVISION

 3   HEWLETT-PACKARD              ) CIVIL ACTION NO. 04-3055
     DEVELOPMENT COMPANY, L.P.,)
 4   HEWLETT-PACKARD COMPANY     )
     AND COMPAQ TRADEMARK B.V.,)
 5                                )
              PLAINTIFFS,         )
 6                                )
     VS.                          )
 7                                )
     MIDWEST INFORMATION          )
 8   TECHNOLOGY GROUP, INC.,      )
     AND MICHAEL LAUBER,          )
 9                                )
              DEFENDANTS.         )
10   ---------------------------
11
                       DEPOSITION OF
12                    SANDRA J. URWIN

13                  TAKEN ON BEHALF OF
                        DEFENDANTS
14

15        DEPOSITION OF SANDRA J. URWIN, taken

16   before Cynthia Craig, General Notary Public within

17   and for the State of Nebraska, beginning at

18   9:00 a.m., on October 14, 2004, at the

19   Hewlett-Packard Office, 10810 Farnam Drive, Omaha,

20   Nebraska.
21
22
23
24
25
```

Page 2

```
 1              A P P E A R A N C E S
 2   FOR THE PLAINTIFFS:
     MS. ELIZANN CARROLL
 3   THOMPSON & KNIGHT, LLP
     1700 Pacific Avenue, Suite 3300
 4   Dallas, Texas 75201
     (214) 969-1700  FAX 969-1751
 5
     FOR THE DEFENDANTS:
 6   MR. JAMES A. HANSEN
     SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL
 7   525 Jersey
     P.O. Box 1069
 8   Quincy, Illinois 62306
     (217) 223-3030  FAX 223-1005
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1                  I N D E X
 2   CASE CAPTION ......................... Page   1
     APPEARANCES .......................... Page   2
 3   INDEX ................................ Page   3
     TESTIMONY ............................ Page   4
 4   REPORTER CERTIFICATE ................. Page 114
     COST CERTIFICATE ..................... Page 115
 5   READ & SIGN LETTER ................... Page 116
     ERRATA SHEET ......................... Page 117
 6
 7   DIRECT EXAMINATION:
         By Mr. Hansen.................... Page   4
 8
 9
     EXHIBITS:                      MARKED
10
     GG. ITCS Call Tracking
11       Bates Stamp HP000044 - 45
         ( 2 pages ) ....................   94
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1        (Whereupon, the following proceedings were had,
 2   to-wit:)
 3        COURT REPORTER:  Are there any
 4   stipulations?
 5        MR. HANSEN:  No.
 6             SANDRA J. URWIN,
 7        having been first duly sworn,
 8   was examined and testified as follows:
 9           DIRECT EXAMINATION
10   BY MR. HANSEN:
11   Q.   Please, state your name for the record.
12   A.   Sandra Urwin.
13   Q.   Okay.  How old are you?
14   A.   Forty-four.
15   Q.   Okay.  Your date of birth?
16   A.   9/11/1960.
17   Q.   You reside here in Omaha?
18   A.   Yes.
19   Q.   Are you married?
20   A.   Divorced.
21   Q.   Okay.  Tell me your educational
22   background.
23   A.   I have a degree in -- I'm a CPA.  I don't
24   have a programming degree, but I just have a college
25   education in programming.
```

Page 5

```
 1   Q.   Where did you go to college at?
 2   A.   Peru State College.
 3   Q.   Where is that located?
 4   A.   In Peru, Nebraska.
 5   Q.   Okay.  What did you obtain your degree in?
 6   A.   Business administration.
 7   Q.   Have any minors?
 8   A.   No.
 9   Q.   Have you done any work towards obtaining a
10   master's degree?
11   A.   No.
12   Q.   And you said you're a CPA, when did you
13   pass the exam?
14   A.   1985.
15   Q.   When did you get your degree?
16   A.   1982.
17   Q.   Okay.  You said you've had some
18   postgraduate type training?
19   A.   Yep.
20   Q.   In what now?
21   A.   Computer programming.
22   Q.   Okay.  Was that at a school, a technical
23   center?
24   A.   Yeah, Metro Tech here in Omaha.
25   Q.   Did you receive a certification for that?
```

2 (Pages 2 to 5)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

Page 6

1   A.  No.
2   Q.  Okay.  How many hours of computer training
3  has it been?  Tell me how the program is set up.
4  You said you had some computer training.
5   A.  Well, I had one degree so I didn't feel I
6  needed another one, so I just went back for
7  programming specifics, so I didn't, you know, feel I
8  needed to take science and English.  I had already
9  done that once, so I was just taking programming
10 classes.
11  Q.  How many did you take?
12  A.  Oh, I took probably six or seven classes.
13 I don't remember exactly.
14  Q.  Any recently?
15  A.  No.
16  Q.  Okay.  When was I guess --
17  A.  The last time?
18  Q.  Time frame, yeah.
19  A.  1997, 1996, two years.
20  Q.  Have you ever had your deposition taken
21 before?
22  A.  No.
23  Q.  Okay.  I'm sure you met with the attorney
24 that is seated next to you.  This is a process where
25 I am going to be asking you questions and hopefully

Page 7

1  you'll be giving answers.
2      If at any time you do not understand me
3  ask me to rephrase it and I will put it in a form
4  that hopefully you can answer.
5   A.  Uh-huh, okay.
6   Q.  Again, the second rule is we can't say
7  huh-uh, uh-huh, or nonverbal answers because our
8  court reporter is typing this up into a booklet to
9  be read later and it may be used at trial, may not,
10 but one person's uh-huh is another person's huh-uh,
11 so Ms. Carroll and myself will remind you in a
12 friendly fashion to answer out loud, okay?
13  A.  Okay.
14  Q.  Lastly, I know you may know where my
15 question is going, but it's hard when two people are
16 talking at the same time, so if you would allow me
17 to ask my question completely before you answer, I
18 in turn will allow you to answer completely before I
19 ask my next question, okay?
20  A.  Okay.
21  Q.  I want to go over your employment history.
22 How long have you been employed with Compaq/HP?
23  A.  Five years.
24  Q.  Okay.  Were you in an accounting field
25 prior to coming over to Compaq?

Page 8

1   A.  No, I had one programming job before that.
2   Q.  Well, let's go to your employment history.
3  Tell me what you've done since you graduated from
4  college -- well, that -- I don't want to go that
5  far.  Let's say the ten years, so starting in 1994
6  what were you doing?
7   A.  I was a controller for a construction
8  company.
9   Q.  Okay.  Was that here in Omaha?
10  A.  Yes.
11  Q.  What was the name of the company?
12  A.  Essex Corporation.
13  Q.  E-S-S-E-X?
14  A.  Uh-huh.
15  Q.  How long were you in that position?
16  A.  Three years I think.  I can't remember
17 exactly.  I think it was about three.
18  Q.  Okay.  Give me when you started and when
19 you left the best you recall?
20  A.  I -- probably '93 to '96 I think, and then
21 in '96 and '97, I went to school at Metro Tech then
22 I got at a job at another company as an entry level
23 programmer.  I did that for two years.
24  Q.  Okay.  Hold on, let's see, so that would
25 be '97 to '99, two years at this programming job

Page 9

1  because then in '99, if --
2   A.  Yes.
3   Q.  Okay.  You said -- I want to focus on the
4  '97 to '99 time frame.  You said you were an entry
5  level programmer for another company?
6   A.  Yes.
7   Q.  What was that company?
8   A.  Oriental Trading.
9   Q.  Are they based here in Omaha?
10  A.  Yes.
11  Q.  Briefly describe for me I guess what were
12 your duties as an entry level programmer.
13  A.  I was a programmer, and my area was
14 finance programming, so --
15  Q.  So did you say Oriental Trading?
16  A.  Yes.
17  Q.  You said you were there for a year?
18  A.  Two years.
19  Q.  I'm sorry, two years?
20  A.  Uh-huh.
21  Q.  Then in '99 you came over to -- what
22 company were you employed with?
23  A.  Inacom.
24  Q.  Okay.  Worked with Mr. Bloomquist and
25 Ms. Ellis over there?

3 (Pages 6 to 9)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

S. URWIN - Direct (By MR. HANSEN)

Page 10

1  A.  Not until the project started, not at
2  first.
3  Q.  Okay.  Were you aware they were employed
4  with Inacom?
5  A.  No.
6  Q.  What did you do for Inacom?
7  A.  I was hired as an order entry programmer.
8  Q.  Entering what type of orders?
9  A.  Every type of order that we have possible.
10 Q.  Which is what?
11 A.  RPG programming, we can take orders from
12 the web but the processing of orders on the 400,
13 that's what I did.
14 Q.  Okay.  What's RPG stand for?
15 A.  Report program generated.  It's just a
16 program language.
17 Q.  What?
18 A.  Very specific to a hardware platform.
19 Q.  Okay.  Specific to the IBM AS400?
20 A.  Yes.
21 Q.  Tell me, you said any type of order that
22 Inacom was taking, were they involved in computer
23 parts and third-party parts orders at that time?
24 A.  As far as the type of order fulfilled
25 possibly.  I don't know, to us as a programmer an

Page 11

1  order is an order.  Our job was to fulfill the
2  order, make sure it got shipped and invoiced.
3  Q.  Okay.  And are you telling me you don't
4  know what type of order Inacom was filling in that
5  role, in your role with Inacom?
6  A.  There were thousands a day.
7  Q.  Tell me what type of --
8  A.  Inacom -- Inacom was in mostly thousands
9  of seats or more, so they were in large companies, a
10 lot of resellers, and the companies that have a
11 large number of employees, I think that is their
12 emphasis.
13 Q.  Give me examples of those companies.
14 A.  General Motors, General Electric,
15 Wells Fargo Banking, Sodexa.
16 Q.  Were you the person who would enter that,
17 make sure it got invoiced and shipped for those
18 large companies when they needed various parts?
19 A.  No.
20 Q.  Okay.  Were you just the programmer that
21 set up the programs for those to take place?
22 A.  Yes.
23 Q.  Okay.  I take it they had -- Inacom had,
24 what, customer service reps that would enter the
25 orders?

Page 12

1  A.  Yes.
2  Q.  Okay.  Did your job ever change with
3  Inacom, your title?
4  A.  No.
5  Q.  Okay.  Did your duties and
6  responsibilities ever change with Inacom?
7  A.  No.
8  Q.  Okay.  Tell me the next employer -- how
9  long were you with Inacom?
10 A.  Well, let's see, I started September --
11 September 13th of 1999, and I can't remember
12 exactly, but Compaq bought it, so whenever that
13 officially took place.  I don't remember the date.
14 It seems like it was probably within a year after I
15 started Compaq purchased us.
16 Q.  Did you become part of the group that was
17 known as CEI?
18 A.  Yes.
19 Q.  Okay.  What did -- did you assume a new
20 title --
21 A.  No.
22 Q.  -- at that time?  You got to let me finish
23 my question.
24 A.  Okay.
25 Q.  Did your job responsibilities change?

Page 13

1  A.  No.
2  Q.  What did you do for CEI, were they still
3  operating on the IBM AS400?
4  A.  Yes.
5  Q.  Were you still -- if I use the term
6  creating the programs, is that --
7  A.  Yes.
8  Q.  -- the type of work you were doing?
9      And what was the order system that is in
10 place for CEI as far as was there an interface that
11 allowed the customer to interface directly with CEI
12 for orders?
13 A.  Okay.  Under CEI?
14 Q.  Yes?
15 A.  Well, at first when Compaq bought us we
16 had a partner direct web site that was connected
17 because that is what the business was, but then when
18 Compaq purchased us they said to take on more
19 different customer types, so we had to do
20 programming changes to accommodate bringing those on
21 through our system, and so it evolved and over time
22 then we converted more and more of Compaq
23 customers --
24     (Off the record.)
25

4 (Pages 10 to 13)

S. URWIN - Direct (By MR. HANSEN)

Page 14

1    MR. HANSEN: Back on.
2  BY MR. HANSEN:
3    Q.  I think we left off talking about the
4  VISTA system and you said that was -- that had --
5  that was always there, it was with Inacom and then
6  it came over when Compaq purchased Inacom, correct?
7    A.  Correct.
8    Q.  Okay. Let me go up just a bit. When
9  we -- when you referred to the IBM AS/400, is that
10 just -- what is the AS/400?
11   A.  It's a mid range computer system. VISTA
12 is just like a name they call it, an acronym, so
13 when we talk about like the web was called
14 eCommerce, so that -- we refer it to as VISTA or
15 eCommerce instead of servers and AS/400. It was
16 just a naming convention that we used, and today we
17 still call it VISTA.
18   Q.  So is AS/400 the same as VISTA?
19   A.  It's the name for our system. You could
20 have AS/400 and another company, the same model or
21 whatever, but it's just a naming thing that we call
22 it. It's a home grown name.
23   Q.  What is, the VISTA?
24   A.  VISTA.
25   Q.  Yeah.

Page 15

1    A.  It's just the name of -- it's something
2  that we just -- yeah.
3    Q.  When I refer to it as VISTA order entry
4  system, are those order entries placed onto the
5  AS/400?
6    A.  When we talk about VISTA order entry, that
7  usually refers to someone manually typing in an
8  order.
9    Q.  Is AS/400 the --
10   A.  The hardware.
11   Q.  For that order?
12   A.  For that order, where it resides.
13   Q.  Okay. And in your role as a computer
14 program -- did you I guess develop the hardware for
15 the manually typing in of those orders, the place
16 where those orders reside?
17   A.  It existed under Inacom.
18   Q.  Okay.
19   A.  But all of our projects that we were
20 assigned to do were mostly enhancements of --
21   Q.  Of AS/400?
22   A.  -- doing new programs.
23       The 400, the hardware piece, I was never
24 involved with it.
25   Q.  Okay.

Page 16

1    A.  But changing programs, you have an order
2  entry system, and my job was to enhance the order
3  entry programs according to what the business
4  requested.
5    Q.  The business being CEI and Compaq?
6    A.  CEI, Compaq, yes.
7    Q.  Okay. You said after Compaq bought Inacom
8  your position and duties did not change when you
9  were with CEI?
10   A.  No.
11   Q.  Have they changed at any point in time
12 over the past five years?
13   A.  No, I'm still a programmer.
14   Q.  Okay. After you went to CEI did the --
15 did CEI then take a name change or what group were
16 you in next, did you become Compaq Direct or --
17   A.  I think it was -- well, CEI we were a
18 subsidiary of Compaq.
19   Q.  Right.
20   A.  And then they phased out that corporation.
21   Q.  CEI?
22   A.  And then we became Compaq employees, but
23 our location is called Compaq Direct because we --
24 that's what we -- the nature of our business was,
25 but we were still Compaq employees.

Page 17

1    Q.  Then once the merger, HP employee?
2    A.  Yes.
3    Q.  Okay. I guess do you have a certain title
4  now? After the merger did they change your titles
5  at all?
6    A.  Yes, the -- I think I'm a Business
7  Analyst 4 I think.
8    Q.  Okay. Fancy code?
9    A.  Fancy name but I'm still doing the same
10 thing I did.
11   Q.  Okay. Have you always been here in Omaha?
12   A.  Yes.
13   Q.  Now, you are at a different business
14 location than we're here at today for the
15 deposition?
16   A.  Yes.
17   Q.  You're at what's called the tech center?
18   A.  Tech center.
19   Q.  Okay. Which is here in Omaha though?
20   A.  Yes.
21   Q.  Okay. What is the address for the tech
22 center?
23   A.  13831 Chalco Valley Parkway.
24   Q.  Chalco?
25   A.  C-H-A-L-C-O.

5 (Pages 14 to 17)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

S. URWIN - Direct (By MR. HANSEN)

Page 18

1    Q.  Valley Parkway you said?
2    A.  Yes.
3    Q.  Did you review any materials prior to your
4  deposition today, documents, e-mails, pleadings?
5    A.  Regarding this case?
6    Q.  Yes.
7    A.  Specifically?
8    Q.  Yes.
9    A.  No.
10   Q.  I know you've met with your attorney and I
11 don't want to know what you talked about with her,
12 but did you go and look at anything on your computer
13 to, you know, prepare for today, refresh your
14 memory?
15   A.  No.
16   Q.  Throughout this case since it was pending
17 have you been asked to try and pull documents on
18 behalf of HP to provide for the case?
19       MS. CARROLL:  Objection.
20 BY MR. HANSEN:
21   Q.  You can answer.
22   A.  Yes.
23   Q.  What?
24   A.  Is it okay?
25       MS. CARROLL:  Yeah, you can.

Page 19

1  BY MR. HANSEN:
2    Q.  Believe me, she'll step in and tell you
3  when you can't answer.
4    A.  Any documents that we had regarding the
5  project.
6    Q.  Let me -- I don't mean to interrupt, but
7  when you refer to the project we got to get straight
8  what we're talking about, the Middleware project?
9    A.  Yes.
10   Q.  Okay.  Go ahead.
11   A.  I had to -- well, any documents that we
12 had I had to search for.  I didn't have too many.
13 They were mostly gone, but some of the documents on
14 when we shut down the project and an ITCS case that
15 was opened --
16   Q.  What does that mean?
17   A.  When the business requests something of
18 the programming department they're required to open
19 up what we call an ITCS tracking case; in other
20 words, they can't call us up on the phone.  It has
21 to be a documented process, so they open up a case,
22 tell us what they want us to do, and then we have to
23 respond when we completed that work, and it's a way
24 to track issues or requests from the business.
25   Q.  Okay.  You said you did a search for any

Page 20

1  documents regarding the project, where did you
2  search?
3    A.  I have a file drawer in my cubicle.
4    Q.  Okay.  Did you find anything residing in
5  that file drawer relative to the request?
6    A.  Yes.
7    Q.  Okay.  And I take it you produced those
8  documents to the attorney or someone within HP?
9    A.  Yes.
10   Q.  Okay.  Do you recall what those documents
11 were?
12   A.  One was the project plan.
13   Q.  If I refer -- if I show you what's been
14 marked in this case as Deposition Exhibit V, is that
15 what you're talking about?
16   A.  No.
17   Q.  Okay.  What is the project plan?
18   A.  The project plan would be a document where
19 it says you're assigned this task as a programmer,
20 and you're allowed so many days to do it and this
21 task is dependant upon this task.  It's a plan of
22 who's going to perform what and the time lines
23 associated with it.
24   Q.  Okay.  Is it called the project plan, is
25 that what the document is titled?

Page 21

1    A.  Yes.
2    Q.  How many pages is it roughly?
3    A.  Maybe five.
4    Q.  Who did you turn that over to, the
5  person's name?
6    A.  I didn't turn it over to anyone.
7    Q.  Oh, did you give a copy to somebody?
8    A.  Well, no, I didn't because I had mine, a
9  copy, and on the project plan I put my personal
10 handwritten notes on it, and when the other group
11 had the project plan without my handwritten notes
12 and they were supposed to supply that, so they said
13 they didn't need mine.
14   Q.  Who is the other group?
15   A.  The project leader which would be the web
16 developers.
17   Q.  How about -- can you give me some names?
18   A.  Neil McShannon (phonetic).
19   Q.  Okay.  Because I haven't seen this
20 document, okay, if someone was supposed to turn it
21 over, it hasn't been turned over unless you can
22 identify it for me.  So Mr. McShannon was -- his
23 group was supposed --
24   A.  His group --
25   Q.  Let me finish my question.

6 (Pages 18 to 21)

S. URWIN - Direct (By MR. HANSEN)

Page 22

1    His group had the project plan without
2  your handwritten notes on it?
3    A.  Yes.
4    Q.  Okay.  And in talking to that group it was
5  your understanding that they were going to turn over
6  their copy because they had a clean copy--I'll refer
7  to it--with no notes on it?
8    A.  Yes.
9    Q.  Okay.  Did Mr. McShannon tell you he was
10 going to do that?
11   A.  Yes.
12   Q.  Okay.  What else did you find in your file
13 drawer?
14   A.  Some of my programming notes.  I was the
15 lead on -- for the VISTA system I was the lead
16 programmer, and so I had some handwritten notes on
17 what programs we needed to change, what we needed to
18 do, and so I could discuss it with other programmers
19 on the project.
20   Q.  Okay.  Did you turn those over?
21   A.  No.
22   Q.  Are those sitting in your file drawer at
23 the tech center?
24   A.  Yes.
25   Q.  Why didn't you turn those over?

Page 23

1    A.  They didn't ask for those specifically.
2    MR. HANSEN:  Well, while we're on the
3  record, I mean, these are obviously things that are
4  pertinent to the --
5    MS. CARROLL:  I think you need to look at
6  your request for production of documents, what you
7  asked for.
8    MR. HANSEN:  I asked for anything related
9  to Middleware.
10   MS. CARROLL:  I don't believe you did ask
11 a question that broad.  I will look at -- I will
12 look at the documents, I'll get a copy of the
13 documents from Sandy, I'll look at the document
14 request and I'll produce them if they're relevant
15 and responsive to what you've asked for.
16   MR. HANSEN:  Well, I'm going to reserve
17 the right then if they're produced after today to
18 not foreclose my right to redepose this witness
19 specifically relative to anything that has not been
20 turned over including the project plan or any notes
21 or anything else she has sitting back in the file
22 drawer which hasn't been turned over.
23   MS. CARROLL:  Well, I'll just say for the
24 record that I will object to you trying to do it
25 unless they're, in fact, responsive to one of your

Page 24

1  requests.
2    MR. HANSEN:  We'll take a look at them and
3  let the court resolve that.
4  BY MR. HANSEN:
5    Q.  What else did you have, ma'am, that was
6  sitting in your file drawer?
7    A.  I think there was a business card from the
8  programmer from --
9    Q.  Okay.
10   A.  -- for MITG.
11   Q.  Okay.  You're also aware that there were
12 some programmers that were hired by MITG and worked
13 here at the facility during the Middleware project?
14   A.  Yes.
15   Q.  Okay.  Were those some individuals that
16 worked directly with you as the lead on the VISTA
17 side in developing the Middleware?
18   A.  Yes, but I'm not a Middleware programmer.
19   Q.  Right, I understand.
20   A.  You understand that piece, I'm a VISTA
21 programmer.
22   Q.  I understand that, but the two had to
23 coincide to get the interface working together?
24   A.  Yes.
25   Q.  Okay.  Anything else that you can think

Page 25

1  of, the last thing said you was a business card,
2  anything else?
3    A.  I can't think of anything else that was
4  there, no.
5    Q.  Okay.  Did you do any search on your
6  computer, your laptop, server, anything like that
7  for any documents?
8    A.  I looked for old e-mails, and there wasn't
9  any.  I had deleted everything related to that
10 project.
11   Q.  Any other areas that you searched besides
12 your old e-mails, your file drawer?
13   A.  No.
14   Q.  Okay.  Going to the time frame of 2000,
15 2001, prior to the Middleware being developed, we've
16 talked about the VISTA order entry system that was
17 in place, and I think you said VISTA was simply an
18 acronym for an order entry system?
19   A.  Correct.
20   Q.  Explain to me your understanding of how
21 orders were placed in early 2001 into the VISTA;
22 they were manually entered?
23   A.  Okay.  Under Inacom days?
24   Q.  After Compaq bought --
25   A.  Okay.

7 (Pages 22 to 25)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

S. URWIN - Direct (By MR. HANSEN)

Page 26

1  Q. -- CEI --
2  During CEI, okay, prior to the Middleware
3  being developed with MITG, can you explain how the
4  VISTA order entry system worked?
5  A. So you're talking manual order -- we have
6  multiple methods to get orders.
7  Q. Okay.
8  A. We have EDI.
9  Q. Stands for electronic data interface?
10  A. Interchange I believe, yes, we had web
11  orders and then we have manual entered.
12  Q. Okay. Now, were all three of these linked
13  to the VISTA for the order entry --
14  A. Yes.
15  Q. -- for the order entry system?
16  A. Yes.
17  Q. Okay. Explain to me how EDI worked with
18  VISTA.
19  A. EDI customers send in, you know, the
20  standard EDI -- I don't know what they call them,
21  data transaction comes in, a program takes that data
22  and maps it to a file on VISTA, VISTA takes that
23  file data and creates an order, and it's all
24  automated.
25  Q. Okay. Was this before the development of

Page 27

1  the Middleware?
2  A. Yes, that existed in Inacom days.
3  Q. Okay. Was that with authorized resellers?
4  A. It could be resellers, it could also be
5  what we call our major area direct, which would be
6  like large corporations.
7  Q. Okay. Was there a Middleware interface
8  that existed between EDI and VISTA prior to the one
9  developed by MITG?
10  A. EDI is different than web-based because --
11  so if you -- when you talk about Middleware and
12  MITG, we would call them a web-based order, note an
13  EDI. EDI is a different type of data transmission.
14  ECommerce is an XML transmission, EDI is a
15  standard published way to transmit data.
16  Q. Okay. All right. EDI you said could be
17  authorized resellers or orders placed from major
18  companies from what you said earlier,
19  General Motors, GE?
20  A. Yes.
21  Q. Okay. And that data that would come in
22  from the EDI from the customer you said would go
23  into a file on VISTA, VISTA would take that file
24  data and create an order?
25  A. Correct.

Page 28

1  Q. Would -- is that then -- after VISTA gets
2  ahold of it and creates the order is it shipped back
3  along some stream to the customer or reseller?
4  A. It could if the customer requested that.
5  It would be like an acknowledgement. They have
6  acknowledgements where we have received the order or
7  acknowledgements that we shipped the orders. It
8  depends on what the customer asked for.
9  Q. And were those orders that were being
10  filled directly by CEI, Compaq as opposed to a third
11  party like MITG?
12  A. It could be either. Depending on the
13  product we either fulfilled it within our own
14  warehouse, but if it was product that we didn't
15  stock in our warehouse our system would know that
16  based on the design, and we would do dropships to
17  third-party vendors, so it was more product-based
18  rather than customer-based.
19  Q. Okay. When you say you do a dropship to a
20  third-party vendor what do you mean by a dropship?
21  A. That would be a request to a third-party
22  vendor to ship it directly to our customer.
23  Q. Was there some sort of program in place
24  for that communication requesting the dropship via
25  EDI, VISTA?

Page 29

1  A. Dropships to vendors can happen as a rule
2  multiple ways depending on the dropship vendor. I
3  think most are EDI.
4  Q. Okay.
5  A. Some are manual I think.
6  Q. Okay. Then you said there was web orders
7  which was web-based?
8  A. Yes.
9  Q. ECommerce?
10  A. Yes.
11  Q. And that's what you said MITG was
12  considered?
13  A. Yes.
14  Q. Okay. Is that because they were operating
15  a web site?
16  A. No, because their data came in there
17  through XML as opposed to the EDI mailbox
18  methodology.
19  Q. Did it come in through an -- well, when
20  you say it came in through XML, only after the
21  Middleware was created, or did that -- was there an
22  XML interface with MITG and VISTA prior to the
23  Middleware?
24  MS. CARROLL: Object that it's vague and
25  ambiguous as to the term Middleware because I think

8 (Pages 26 to 29)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

S. URWIN - Direct (By MR. HANSEN)

Page 30

1  that's what's hanging up the question.
2  BY MR. HANSEN:
3      Q.  Tell me the XML that MITG had in place
4  prior to the interface that was developed, the
5  project?
6      A.  There wasn't one.
7      Q.  Okay. You said MITG was considered
8  web-based because their data came in through an XML,
9  and my question was is after the project was
10 developed?
11     A.  Yes.
12     Q.  What were they considered prior to the
13 interface being developed?
14     A.  They were considered nothing. It wasn't
15 even -- what I understand is they entered orders
16 manually. We had customer service reps that
17 physically typed in the order on our system.
18     Q.  Did that also take place under the first
19 scenario, EDI and VISTA, manual entry?
20     A.  Yes.
21     Q.  Okay. We had some testimony previously in
22 this case and we'll go over the documents, but is it
23 your understanding that prior to the development of
24 the XML that a call came to MITG, they delivered a
25 quote via their web site to the customer, the

Page 31

1  customer could look up that quote on the web site
2  and then the order was submitted to Compaq via MITG?
3      A.  You're asking if that is my understanding?
4      Q.  Yes, uh-huh.
5      A.  I don't really -- I didn't really know how
6  they did it before then. I was not involved with
7  that.
8      Q.  Well, what was your understanding as to
9  why the XML needed to be developed?
10     A.  It was to -- they were somehow -- what I
11 understand is that the orders were originated maybe
12 from MITG, but they were entered in VISTA because we
13 just did the billing portion of it, and it took a
14 staff of I'm not sure how many people to enter in
15 these orders.
16         They often got backlogged with the
17 volumes, and my understanding was to automate it,
18 you could better serve the customer to get the
19 orders out faster.
20     Q.  Did you also understand it would eliminate
21 some double-entry problems, meaning the order --
22     A.  Yes.
23     Q.  -- meaning the order was entered at MITG,
24 it had to come here, a customer rep had to enter it
25 here onto VISTA, and it would eliminate those

Page 32

1  inefficiencies?
2      A.  Yes, manual errors.
3      Q.  Okay. And I think you answered my
4  question earlier, but to your knowledge was there a
5  tool or system that would allow MITG and VISTA to
6  interface through an XML prior to this project?
7      A.  No.
8      Q.  Okay. You would agree with my statement
9  that VISTA was an order entry system that was used
10 by not only web-based, such as MITG, but the EDI
11 people that you mentioned earlier, so VISTA
12 encompassed more than just web-based orders?
13     A.  Yes.
14     Q.  Okay. Are you aware of other web-based
15 companies other than MITG that was using VISTA prior
16 to the development of the Middleware XML?
17     A.  Web-based, third-party companies or
18 web-based Compaq companies?
19     Q.  Web-based third-party companies.
20     A.  There might have been, you know, I'm not
21 sure of all the companies. I know, you know, our
22 major ones are mostly Compaq, but I think there was
23 some further downstream that might have been --
24 well, I'm trying to think.
25         Like one they called it digital

Page 33

1  marketplace, and it was supposed to be like you go
2  to a Sam's Club and enter your Sam's Club number and
3  you can order a computer, and those orders would
4  come through us through some kind of web interface,
5  but maybe they might have started at Sam's Club but
6  that order would go through some kind of Compaq
7  translation and then they would submit the order to
8  us to fulfill, so most of them I think were still
9  Compaq, we could call them Compaq companies.
10     Q.  Okay.
11     A.  Even though the -- where the order first
12 originated from, it could be anywhere.
13     Q.  Okay. When you say Compaq companies, do
14 you mean company web sites?
15     A.  Company owned web sites, yes.
16     Q.  Okay. Are you aware if any of those other
17 sites had an XML interface such as the one that MITG
18 was approached to create?
19     A.  Yes.
20     Q.  Okay. They did?
21     A.  Yes.
22     Q.  Okay. Why then was there a need for an
23 XML to be developed with MITG?
24     A.  Because their business was -- their
25 requirements were different than the other ones.

9 (Pages 30 to 33)

Page 34

1  Q. When you say their requirements --
2  A. Their requirements, one of the first
3  projects that I was on to convert a Compaq web site
4  was the small/medium business that came on before
5  MITG.
6  Q. Okay.
7  A. We did the XML interface with them, but
8  they had unique needs because they cater to
9  small/medium business customers.
10      They do their pricing different, they have
11  different products they sell, they have a different
12  uniqueness, they have agents, so we have to program
13  things based on their unique business segment.
14      MITG was very unique in that we just did
15  the billing for them. We never did fulfillment, so
16  they are a different order type. We call them order
17  type, which is like invoice only, which means just
18  bill the customer but never ship it.
19      Every other order that comes in on XML
20  are -- we call them O-type orders, which means we're
21  going to do the fulfillment piece of that, so it had
22  to be developed, we had to do specific programming
23  to accommodate their uniqueness.
24  Q. Okay. You said you did -- you being
25  Compaq, did not fulfill the orders. Are you aware

Page 35

1  of a threshold in which if a part was able to be
2  obtained through CSR it had to come from CSR to MITG
3  before they could outsource it?
4      MS. CARROLL: Objection: Vague. Do you
5  mean CSN?
6      MR. HANSEN: I mean CSN, not CSR. I'll
7  rephrase.
8  BY MR. HANSEN:
9  Q. Are you aware that there was some
10  requirements that if there was a part in stock
11  through CSN that it had to be -- MITG had to use
12  that part to fulfill the order prior to outsourcing?
13  A. I had no idea how they fulfilled their
14  order.
15  Q. My question is if that was the case, if it
16  had to come through CSN, wouldn't Compaq before --
17  A. What is CSN?
18  Q. Compaq Services Network.
19  A. I've never heard that before. I don't
20  know what that is.
21  Q. Okay. Well, so if I tell you it says,
22  applicable orders are submitted into CSN, the Compaq
23  Services Network, otherwise all orders are sourced
24  by an MITG supplier, you've never heard of CSN?
25  A. No, no.

Page 36

1  Q. Okay.
2  A. Not as a programmer. We're not privy to
3  that type of information.
4  Q. Well, the reason I bring that up is
5  because you said Compaq would not fulfill the order
6  and that was the difference for MITG. If it was
7  coming from Compaq Services Network to fulfill the
8  order before it's being outsourced by MITG to
9  another supplier, I guess how can you say that
10  Compaq was never fulfilling the order?
11      MS. CARROLL: Object to that as vague.
12  BY MR. HANSEN:
13  Q. Go ahead.
14      MS. CARROLL: Let me finish my objection
15  before you tell her to go ahead.
16      It calls for speculation. If you can
17  answer the question go ahead and answer the
18  question.
19      THE WITNESS: From a programming
20  standpoint we were just told they were an "I" type
21  order, and "I" type orders never get physically
22  shipped. That's a definition of what an "I" type
23  order is.
24      I didn't -- it didn't matter to me as a
25  programmer how they got it shipped. It didn't -- it

Page 37

1  was irrelevant to me.
2  BY MR. HANSEN:
3  Q. Was there any -- okay.
4      So the Middleware XML that MITG was
5  approached to create, was that to create the
6  interface between the web tool of MITG and the VISTA
7  system?
8  A. Yes.
9  Q. Okay. And was it to create a tool that
10  would send the part orders from MITG's web site
11  directly in to the VISTA system?
12  A. Yes.
13  Q. Okay. Was it your understanding that the
14  purpose of that tool was going to be one to accept
15  the order for review directly into VISTA?
16  A. Yes.
17  Q. Okay. And then, two, review for credit
18  approval?
19  A. Yes.
20  Q. That's done by VISTA?
21  A. Yes.
22  Q. Okay. And then, three, the interface
23  would then submit an acknowledgement back to the web
24  site of MITG regarding the order?
25  A. Yes.

10 (Pages 34 to 37)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

Page 38

1    Q. Okay. When we say interface, XML, isn't
2 that just a fancy glorified e-mail string pretty
3 much?
4    A. No.
5    Q. Okay. What is it?
6    A. It's a way to transmit data via web
7 servers.
8    Q. Okay. And it's done by transferring that
9 data securely and encrypted over the e-mail because
10 you got credit card information, correct?
11    A. Yes.
12    Q. And did the XML that MITG created with
13 Compaq establish standard fields for entries called
14 UDFs?
15    A. Okay. Repeat that one more time.
16    Q. Okay. Did the XML establish UDFs?
17    A. No.
18    Q. Okay. There was no user defined fields
19 for entries that were created by the XML?
20    A. It could be a data element. That isn't
21 how I understand your question.
22    Q. Okay.
23    A. UDFs was a terminology that was developed
24 in the Inacom --
25    Q. Stands for -- go ahead.

Page 39

1    A. -- days, user defined fields.
2    Q. Okay. And you said it was what in Inacom
3 days?
4    A. It was -- that -- the UDF concept was
5 developed by Inacom, and then when MITG sends us
6 data they were able to -- if they wanted to use that
7 functionality of UDFs they could send us the data
8 they wanted us to put in to those fields.
9    Q. I guess why was MITG approached to create
10 this interface if UDFs and XML interfaces were
11 already available through Inacom and Compaq?
12    A. Because --
13       MS. CARROLL: Objection: Calls for
14 speculation.
15 BY MR. HANSEN:
16    Q. Go ahead and answer.
17    A. Why were they asked to develop?
18    Q. Yeah.
19    A. Because they have to have a means to
20 communicate with us, and that was their means to
21 communicate as far -- it's the same with EDI. EDI
22 is just a different methodology of transferring
23 data. It's through a -- you know, like an ISO
24 standard data format.
25       It's -- every single web site that we have

Page 40

1 to bring on with Compaq, we do it one at a time,
2 because it's a lot of work on programming's side.
3 They -- the programmers on their side have to send
4 us the data and they have -- that's the method of
5 communication, so that's -- they had to develop that
6 because there was no way for them to communicate to
7 us without that.
8    Q. Without what?
9    A. Without the XML. The XML is your method
10 of communicating with us.
11    Q. I understand that, but what was so unique
12 about it that -- was it simply that Compaq needed
13 some information from MITG, why Compaq couldn't
14 develop it on its own? Do you need the other user
15 to supply data, is that the uniqueness about it?
16    A. Yes, they have to supply data, we have to
17 tell them what kind of data we can accept, what the
18 field sizes are, what's allowed, what kind of data
19 integrity is allowed in that field, so you have
20 to -- you have to communicate that to whoever is
21 sending you the data, what's allowed, and so that's
22 our --
23    Q. I'm sorry. Go ahead.
24       What I guess had -- you said there had
25 been some XML interfaces that you know of created

Page 41

1 with other Compaq companies that was using web-based
2 communication for order entry but there had been
3 none created for web-based order entry with third
4 parties such as MITG?
5    A. I'll refer that to Deb Broady because she
6 probably would know more about where those orders
7 come from than me. When it gets to VISTA it's
8 not -- I really don't know where all the different
9 web sites -- I know they come from a lot of places
10 but it's not really my job, so I think Deb Broady
11 probably could answer that question better.
12    Q. Let me ask it this way: Have you ever
13 been involved in any programming on the VISTA side
14 for an XML project similar to the one you did with
15 MITG prior to the MITG one?
16    A. As far as third-party, no, but I had done
17 a lot of -- I work on every project when we bring on
18 a new web site, and it always requires the new
19 programming based on the specific requirements of
20 whatever that web site is, so I'm involved in all of
21 them.
22    Q. Whether that's compaq.com,
23 compaqparts.com, anything like that?
24    A. It -- no, when I would say Compaq, I would
25 say they segregate by customer uniqueness, like

11 (Pages 38 to 41)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

Page 42

1 public sector would be government. They have unique
2 needs because they do contract pricing, and they --
3 they have special needs because their government,
4 and then we have small/medium business, very unique
5 because they're usually high volume, low quantity
6 credit card orders.
7     Public sectors are usually high quantity,
8 high dollar orders, and then, let's see, what other
9 ones, the partner direct, they're for resellers only
10 so it's -- they're unique in that they -- the
11 reseller submits the order but we send it to the
12 person who is going to receive the order and we bill
13 them differently.
14     And so the interface is all the same.
15 It's just that we have to do special programming to
16 accept the data and translate the data how it needs
17 to based on that customer.
18     Q. You said these are various web sites, I
19 mean, what are some of the web site's names?
20     A. Well, they have different URLs, you know,
21 the link?
22     Q. Right.
23     A. If you go onto hp.com it'll say are you a
24 small/medium business or are you a -- they'll say
25 that, are you a public sector, are you a reseller or

Page 43

1 are you a consumer, and then when you click on that
2 link it'll take you to that specific web site, and
3 those web sites on the Compaq side are -- have a
4 different set of programmers, they have different
5 needs, so even within HP those are considered
6 separate web sites. We treat them very differently
7 on our side in VISTA.
8     Q. Okay. Now, all of those sites you said
9 there is different programmers for each of them
10 or --
11     A. Different programmers for the web
12 programming team --
13     Q. Yes.
14     A. -- are total different programming teams,
15 yes.
16     Q. Okay. But I thought you said earlier if
17 there's anything that's involved in programming like
18 that you've got a hand in it and you're involved in
19 it.
20     A. Because I'm on the VISTA piece, I'm not a
21 web programmer, I'm a VISTA. All orders flow
22 through VISTA to be fulfilled.
23     Q. Okay. That's my next question, VISTA is
24 still being used?
25     A. VISTA is still being used.

Page 44

1     Q. Okay. So if I'm a consumer, I go to
2 hp.com and I click on the I'm a consumer and I go to
3 that web page and I put in that order on that web
4 page, HP would have a web-based programmer that
5 would work with you as the VISTA programmer to
6 create that interface?
7     A. Correct.
8     Q. Okay. And prior to the development of the
9 XML with MITG what if I was a consumer like the
10 example we just went over, and I went to a web page
11 to submit an order -- well, strike that. Let me
12 rephrase it.
13     Okay. What was your role on the
14 programming side, the VISTA side, during the
15 creation of the XML?
16     A. I am not a Middleware XML programmer, so I
17 had no involvement in that piece.
18     Q. What was your role in the programming on
19 the VISTA side to create or to establish the
20 interface with the web site?
21     A. We have one generic interface for all
22 orders that come in from web sites, we have one
23 program that comes in that processes every single
24 eCommerce order, which would be web-based.
25     My part would be to modify that program to

Page 45

1 know -- we would know by the customer type where
2 that order originated from, so my role was to, for
3 example, where I said it was an "I" type. Up until
4 then every order was an "O" type.
5     Q. Was "O"?
6     A. We call it "O" type, which means orders,
7 which means we fulfilled it.
8     I had to put in the program that says if
9 this order is a -- we call it Customer Type SO1 and
10 SO2, if it was that customer type I had to change
11 the order type to an "I" within the program.
12     I had to develop the acknowledgement back
13 to MITG because no other web site asked for that
14 functionality. That was a new thing that they
15 wanted, and so when they -- we had to create a new
16 cancellation reason code.
17     They have their own set of reason codes as
18 opposed to the rest of the entire business, and the
19 process to send the response back was new, and that
20 was my biggest piece in my programming, was how to
21 get the response back to them.
22     Q. Okay. And you said it was new, is that
23 because everything else you had been involved in was
24 simply internal Compaq related as far as an outside
25 company like MITG requesting an acknowledgement

12 (Pages 42 to 45)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

S. URWIN - Direct (By MR. HANSEN)

Page 46

1  back?
2  A. No, no other web site needed it because
3  they had other means of getting that data. It
4  was -- they didn't have rejections like that.
5  Q. Who is they?
6  A. The other web sites, for example, the
7  order would come in and let's say it didn't credit
8  card approve, well, because through order status and
9  other screens that we have on VISTA, they had
10 accessibility, Compaq employees have accessibility
11 to see that. They can see which orders were credit
12 card declined.
13        MITG didn't have visibility to our credit
14 card system or our credit card screens, and so we
15 had to develop a way to communicate back to them to
16 say this order was credit card declined, you need to
17 deal with it on your side.
18 Q. The reason they didn't have -- they
19 weren't -- I mean the Compaq --
20 A. They didn't have log-ins to our system to
21 see that data.
22 Q. Right. What did the "O" type order stand
23 for again?
24 A. We just call them an order, which means
25 that there's some type of physical inventory that's

Page 47

1  going to be shipped.
2  Q. Compaq shipped, is that what you're
3  talking about?
4  A. Well, not necessarily Compaq shipped. It
5  could be a dropship. It's just that -- an invoice
6  only, we call it, let's say, if you charge someone a
7  wrong price on an order, let's say you shipped an
8  order, you charged them $1,000, you're supposed to
9  charge them 900, well, what we do is we credit them
10 back for $1,000 and then we rebill them, an invoice
11 only for 900. It's a way to bill a customer but not
12 ship the project.
13 Q. That's the "O" type?
14 A. An "I" type is an invoice only, which
15 means a way to bill a customer but just the nature
16 of the "I" means we never fulfill it. An "O" type
17 order would be an order that we would fulfill.
18 Q. Okay. And you said you had to create as
19 part of the VISTA side, SO1 and SO2?
20 A. SO1 and SO2 are what we call customer
21 types, so we have customer number -- every customer
22 has a customer number and a customer type, and that
23 drives a lot of logic in all of VISTA.
24        It determines pricing, it's a way for us
25 to identify a customer segment so we can treat their

Page 48

1  order a little bit differently based on their -- the
2  type of customer they are.
3  Q. Okay. What type is SO1?
4  A. SO1 and SO2 were specifically the spare
5  parts, and I think the SO1 were always credit card
6  term orders, and SO2 were like net 30 days. They
7  were term type of orders.
8        MS. CARROLL: Can we take a quick break?
9        MR. HANSEN: We can take it right now.
10       (10:05 - 10:15 a.m. - Recess.)
11 BY MR. HANSEN:
12 Q. Handing you what has been marked as
13 Exhibit V previously in this case. Have you seen
14 that document before?
15 A. Yes.
16 Q. Okay. And your name doesn't appear
17 anywhere on there, but as part of the I guess
18 project team would you have received that?
19 A. Yes, my manager's name is on this.
20 Q. Who is your manager?
21 A. It was Dean Anderson. He is no longer
22 with the company.
23 Q. Okay. Who do you report to now?
24 A. Sheryl Witte (phonetic).
25 Q. How do you spell that?

Page 49

1  A. W-I-T-T-E.
2  Q. Okay. You said your boss was Dean
3  Anderson?
4  A. Yes.
5  Q. Okay. Is he still with the company?
6  A. Yes.
7  Q. Okay. Was he in your group?
8  A. No.
9  Q. What --
10 A. He's Deb Broady's boss, he's in
11 Middleware.
12 Q. Did the term Middleware exist prior to the
13 OD 2001-522?
14 A. Yes.
15 Q. Okay. If you flip to Page Roman
16 Numeral I, it has the abstract and the business
17 requirements initiation. Under authors was
18 Lisa Stork or Chris Fortun-Vondra in your group at
19 all?
20 A. No.
21 Q. Okay. Under approvers, was Chris Yarges,
22 Y-A-R-G-E-S -- do you know who that is?
23 A. Yes.
24 Q. Is that person still here?
25 A. Yes.

13 (Pages 46 to 49)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

S. URWIN - Direct (By MR. HANSEN)

Page 50

1    Q.  Is it a he or she?
2    A.  She.
3    Q.  Okay.  Was she in your group?
4    A.  No.
5    Q.  Okay.  What I guess was the -- you
6  reported to Mr. Anderson, did you have a specific
7  group name, were you a specific division?
8    A.  Yeah, we're IT.  These people are
9  business, so business people create the
10 requirements, IT fulfills the requirements.
11   Q.  Under technical business analyst,
12 Terrie Bonnett?
13   A.  Terrie Bonnett, yes.
14   Q.  Is that a business person or is that an
15 IT person?
16   A.  She would -- she is -- or at that time she
17 was the IT business analyst.  She physically is in
18 the tech center.  She would be considered IT.
19   Q.  Okay.  Under abstract -- under, excuse me,
20 scope applicability, were you brought in on this
21 from the very first meeting?
22   A.  Meeting of requirements?
23   Q.  No, meetings when this thing was -- when
24 this project was discussed, the initial release
25 5/22/01 --

Page 51

1    A.  No.
2    Q.  -- things like that?
3        Okay.  Let me show you what's previously
4  been marked as Exhibit X, which is a document called
5  Compaq record of meeting, do you see that?
6    A.  Yes.
7    Q.  Is your name on there, if you look up
8  here, attendees?
9    A.  Yes.
10   Q.  Okay.  So do you recall attending meetings
11 to discuss this project where various statuses were
12 given?
13   A.  Yes.
14   Q.  Okay.  And do you recall how often those
15 meetings took place?
16   A.  Not exactly, they might have been weekly.
17   Q.  Okay.
18   A.  I'm not sure.
19   Q.  Was a document like that created for every
20 meeting that took place?
21   A.  I'm not sure of that because I didn't keep
22 the notes.  Whoever kept notes I would -- that was
23 their duty.  I don't know if they actually did it
24 every meeting or not.
25   Q.  Well, as an attendee were you distributed

Page 52

1  copies of these records of meetings after the
2  meeting took place?
3    A.  Yes, through e-mail I would get them, but
4  I --
5    Q.  Okay.
6    A.  -- deleted them.
7    Q.  We'll go over this in a second.
8        Under that revision history, do you see
9  2.0, where it says update of the entire document?
10   A.  Yes.
11   Q.  Were you involved in any of the
12 documentation or updating documents, anything like
13 that, relative to the project?
14   A.  Of this specific business requirement?
15   Q.  Yes.
16   A.  No, that is the business function, not IT.
17   Q.  Okay.  Turn to Page 1, it says business
18 requirements overview up at the top, do you see --
19   A.  Yes.
20   Q.  -- under introduction?
21   A.  Yes.
22   Q.  Okay.  It says Compaq Direct and MITG,
23 Compaq Direct partner, have combined efforts and
24 created an environment that allows users to purchase
25 service parts.

Page 53

1        Currently all service parts orders
2  submitted into MITG's web tools are manually keyed
3  into Compaq Direct's VISTA order entry system for
4  invoicing purposes.
5        If product is procured by Compaq the same
6  order is also keyed into CSN.  I think that's what
7  you told me you didn't know existed prior to me
8  giving you that this morning, correct?
9    A.  Correct.
10   Q.  Okay.  The Compaq Direct service sales
11 team and MITG have identified the need to streamline
12 the service part entry process that exists between
13 them.
14       Duplicate entries into different ordering
15 tools is very tedious, time consuming and
16 inefficient.
17       And I take it, as you understand it, the
18 solution was to create a Middleware to exist between
19 the web tools and the VISTA order entry system as
20 stated in Section 1.2?
21   A.  Correct.
22   Q.  Okay.  Now, if we go to existing processes
23 down there at the bottom, we've talked about this a
24 little bit.  The first there is the Compaq Direct
25 process, and these were describing the processes

14 (Pages 50 to 53)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

S. URWIN - Direct (By MR. HANSEN)

Page 54

1  that exist as to an order being placed prior to the
2  XML, is that how you understand that?
3      A.  Yes.
4      Q.  Okay.  So, for instance, under that on
5  Page 1, customer submits a part number to MITG's web
6  tool, then if we skip down to No. 3, after the
7  customer approves the quote an order is submitted
8  via the web tool to Compaq Direct service parts
9  coordinator.
10         Would that be someone here who would
11  then -- under No. 4, it says the web tool order is
12  then keyed into VISTA for credit approval?
13     A.  You're asking me if I knew about that
14  system or what are you asking?
15     Q.  Yeah, we're summarizing this system that
16  was in this place; is that fair?
17     A.  Yes.
18     Q.  Okay.  Now, what I want to go over is it
19  then says in No. 4, the following information is
20  required, okay, and this is information originally
21  entered into the MITG web tool, and we have this --
22  both types of accounts are S accounts, do you see
23  that with a customer type of SO2?
24     A.  Yes.
25     Q.  Okay.  Now, that was information that

Page 55

1  was -- it says originally entered MITG web tool, and
2  if you skip down to where it says order type, do you
3  see where it has "I" in quotes?
4      A.  Yes.
5      Q.  Okay.  Is that what you described earlier
6  as the order type as opposed to the "O"; the "I" was
7  the one where you stated was not fulfilled by
8  Compaq?
9      A.  Correct.
10     Q.  The "I" stood for invoicing?
11     A.  Invoice only, which is billing only --
12     Q.  Okay.
13     A.  -- yes.
14     Q.  What does dropship flag underneath that
15  stand for?
16     A.  A dropship flag has multiple -- it could
17  mean different things.  For an "O" type order if
18  it's a dropship, yes, that means it will be a
19  third-party fulfillment order.
20         If it's an invoice only with a dropship
21  yes flag, that means we don't do any adjustments to
22  inventory.  For example, when we do invoicing we
23  don't do inventory decrements, like -- in other
24  words, it doesn't affect inventory quantities.
25         So depending on the order type, so an

Page 56

1  "O" type dropship, yes, means something different
2  than an "I" dropship, yes, the combination of the
3  two.
4      Q.  Okay.  Skip over to Page 7, do you see
5  under business impact, it says create a more
6  accurate and efficient environment.  The process
7  change and programming enhancements will save time
8  and resources from having to enter an order twice.
9      A.  Where are you reading that at?
10     Q.  1.6.
11     A.  1.6, okay.
12     Q.  Do you see what I just read?
13     A.  Yes.
14     Q.  Okay.  Tell me what your understanding --
15  what was the process change, was that simply the
16  creation of the interface?
17     A.  Yes.
18     Q.  Okay.
19     A.  To make the system automated as opposed to
20  manually performed.
21     Q.  Okay.  If you go over to Page 8 under
22  solution detail business process, do you see where
23  I'm at?
24     A.  Yes.
25     Q.  This is a chart there, and obviously we

Page 57

1  have an activity number, name, description,
2  execution note.  I understand manual is M, automated
3  is A.  Do you know what B stands for?
4      A.  No.
5      Q.  Right here.
6      A.  (Witness nods head.)
7      Q.  Then it say business IM delivery owner, is
8  that the group that was responsible for that
9  activity?
10     A.  Yes.
11     Q.  Okay.  So were you involved then where
12  Mr. Anderson's name appears --
13     A.  Yes.
14     Q.  -- in doing that programming --
15     A.  Yes.
16     Q.  -- or that activity, I'm sorry?
17     A.  Yes.
18     Q.  Okay.  So for instance, if we go to
19  Activity No. 7 on the VISTA order entry activity
20  description, after the order is sent to VISTA, the
21  order type dropship flag and ship via values are
22  programatically added to the order.
23         Execution mode means that's going to be
24  automatic, and then Mr. Anderson's group was
25  responsible for that activity?

15 (Pages 54 to 57)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.