Page 58

1  A. Correct.
2  Q. Is that the programming that you were
3  involved in?
4  A. Yes.
5  Q. Same with No. 9 under the credit approval?
6  A. Yes.
7  Q. Okay. Was there any involvement on your
8  side, not the web side, the VISTA side, in having to
9  create UDFs to be used on the VISTA side with MITG?
10 A. Okay, you will have to repeat that.
11 Q. Sure. Well, let's use an example.
12 A. Okay.
13 Q. Go to go -- flip to Page 7, see where it
14 says system limitations under 1.7?
15 A. Yes.
16 Q. One of them is user defined fields are not
17 currently inputted into MITG's web tools.
18 A. Yes.
19 Q. So were -- were user defined fields
20 developed on the MITG --
21 A. No.
22 Q. -- side?
23    Were they developed on the VISTA side?
24 A. They were developed on the VISTA side in
25 the Inacom days. Inacom used UDFs.

Page 59

1  Q. Did you have to develop specific UDFs for
2  use with MITG?
3  A. No.
4  Q. Okay. The UDFs were already in place on
5  the VISTA side?
6  A. Yes.
7  Q. And was it then coordinating the
8  information so the MITG side of things could
9  interact with those UDFs?
10 A. Their purpose for MITG was to send the
11 data within the UDF. The UDF definition had always
12 been around, they just had no way to transmit the
13 data to us.
14 Q. Okay. Were you involved at all in
15 creating the capability for MITG to transmit that
16 data?
17 A. No, that would be Deb Broady. My piece
18 would have been to accept the data and to validate
19 the data.
20 Q. Okay. Once it came to VISTA?
21 A. Yes.
22 Q. Okay. Then under No. 10 on Page 9, order
23 acknowledgement, do you see where I'm at?
24 A. Yes.
25 Q. Okay. And this is what you were involved

Page 60

1  in I think you testified earlier, in creating the
2  acknowledgement back to MITG that the credit card
3  had been approved and that the order number was
4  submitted back to their web tool?
5  A. Correct.
6  Q. Okay. Go to Page 1, please.
7  A. (Witness complies.)
8  Q. See where it says functional requirements?
9  A. Yes.
10 Q. Okay. Under 1.1 there it says web order
11 entry, created a required field name, salesmen
12 number in the MITG web tool?
13 A. Yes.
14 Q. Okay. Was that an example then -- and if
15 you look at 1.2 and 1.3, they talk about the same
16 thing, creating required fields for each user
17 defined field identified by the customer?
18 A. Yes.
19 Q. Was that creating those UDFs so that data
20 could be transmitted over to the VISTA side, the
21 UDFs were already in existence?
22 A. The concept of UDFs was already in
23 existence, yes. It was to be able to -- see, webs
24 have their own database where they store their data.
25 They have to transmit it to us and then we have

Page 61

1  databases where we store our data.
2     We have some fields that we said, well, we
3  have this field called salesmen and written by
4  that's required on our system, so you need to be
5  able to send us that data, so they had to create new
6  fields on their database so they could store that
7  data and then send it to us.
8  Q. Okay. Was there any change of -- or
9  creation of UDFs on your side of things?
10 A. The creation of UDFs?
11 Q. Specific to MITG?
12 A. Programatically?
13 Q. Yes.
14 A. No, UDFs are set up manually by business
15 people.
16 Q. Okay.
17 A. There's a screen, they go set up
18 definitions, they do that. The IT piece, we handle
19 the data within the UDF.
20 Q. Was there specific UDFs that the business
21 side had to create for the interface with MITG?
22 A. No.
23 Q. Okay.
24 A. UDF is defined in our database attached to
25 the customer. It's a customer unique setup. Just

16 (Pages 58 to 61)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

S. URWIN - Direct (By MR. HANSEN)

Page 62

1  like each customer has their address, a customer has
2  their own UDF definition. UDFs are always set up
3  manually.
4      Q.  Per each customer?
5      A.  Per each customer.
6      Q.  And then if that customer wants to
7  interface with your database and your UDFs, they
8  have to then create the required fields for
9  transmission on their side much like MITG had to do
10 here?
11     A.  Correct.
12     Q.  Okay. Are you aware of other customers
13 that have taken technology developed by this
14 Middleware and created those fields to interface
15 with VISTA?
16     A.  No.
17     Q.  Okay. Is there any web-based customers
18 currently interfacing with VISTA?
19     A.  Yes.
20     Q.  Okay. Who are they?
21     A.  Are you talking about specific customers
22 or just the Compaq web sites?
23     Q.  Not Compaq web sites, I'm talking --
24     A.  Direct customers?
25     Q.  Correct.

Page 63

1      A.  I don't know of any.
2      Q.  Okay. You said there are, what, Compaq
3  web sites that interface with VISTA?
4      A.  Yes.
5      Q.  Okay. Do you know what those web sites
6  are?
7      A.  The partner direct web site, which is
8  resellers; the public sector web site, that's your
9  government, education, medical.
10     Q.  I'm sorry, hold on. Government, education
11 and what?
12     A.  Medical.
13     Q.  Okay.
14     A.  The SMB, which is small/medium business
15 web site, and they have some web sites that come
16 through Houston. Somehow the orders originate and
17 then Houston translates them to us to fulfil.
18         Now, I don't know the exact web sites of
19 those, but they just route through Houston.
20     Q.  Okay. You said the public sector, the
21 government, education and medical, for instance,
22 medical is that somebody like Merck?
23     A.  No, that would like a hospital.
24     Q.  Oh, okay.
25     A.  Merck would be, oh, we call them major

Page 64

1  area direct, a large company.
2      Q.  Okay. Are there large companies that are
3  interfacing with -- directly with VISTA?
4      A.  If they did it would be via EDI.
5      Q.  Okay. Is there any -- let's focus on the
6  large customers like you just mentioned, the Merck,
7  is there any of them, such as, you know, Microsoft,
8  Xerox, UPS, that are interfacing directly with VISTA
9  via an XML or Middleware?
10     A.  The only one that I know about is SBC, is
11 Southwestern Bell.
12     Q.  Okay. And was there a -- when was that
13 Middleware XML -- were you involved in that
14 programming?
15     A.  I was not directly involved but theirs is
16 not web-based. They don't have an actual -- well, I
17 guess I don't know if they are -- their method of
18 communicating, SBC chose to use XML as opposed to
19 EDI, because EDI you have to have your programming
20 staff and your system to be able to use EDI
21 methodology.
22         I'm not really an expert on that, but
23 SBC requested as a customer, well, we don't want to
24 use EDI we like the XML base of communication so
25 we'll do it that way.

Page 65

1          So those come in but they're not through a
2  web site. It's directly in.
3      Q.  Okay. Was any of these -- was SBC using
4  any XML interface prior to the technology created by
5  the MITG and Compaq project?
6      A.  I can't remember the exact date when they
7  converted to XML, but their XML piece comes in
8  through a different set of programs.
9          There's another set. We call it our
10 encore modular programming.
11     Q.  I'm sorry, what?
12     A.  It's called encore. We have an actual
13 web-based tool that our internal users can use.
14 It's called encore. It's a home-grown project that
15 was developed, and that has different modularized
16 programming compared to eCommerce, and SBC comes
17 through the encore piece. It doesn't even come
18 through this other eCommerce piece, but the
19 transmission is still XML, but the programming and
20 the way the work is processed is different.
21     Q.  Other than Compaq companies that you
22 talked about earlier, are you aware of anyone using
23 an XML interface such an SBC or any other customer
24 prior to that XML that was developed by Compaq and
25 MITG?

17 (Pages 62 to 65)

Page 66
1  A. No.
2  Q. Okay. Now, we talked about the medical,
3  you said that would be a hospital?
4  A. Yes.
5  Q. Okay. Would they be interfacing on an XML
6  via an eCommerce web base?
7  A. No.
8  Q. Okay. Would they be -- how would they be
9  interfacing with Compaq/HP via an XML?
10 A. They would go out to the HP or the Compaq
11 web site and click on the link, and that would take
12 them to the correct web site to place the order.
13 Q. Okay. And are you aware of XML's being
14 used as an interface from web sites such as the one
15 you just mentioned prior to the development of the
16 MITG and Compaq Middleware?
17 A. Yes.
18 Q. Okay. So what about -- strike that.
19    So these interfaces are -- VISTA is still
20 being used, they're still being -- the XML, the
21 interface whether it's through the Compaq, slash,
22 hp.com web site still runs to VISTA, correct?
23 A. Correct.
24 Q. Okay. Then we have -- are you aware of
25 other -- I think you may have answered this and I

Page 67
1  apologize, but are you aware of web-based eCommerce
2  such as that which MITG was classified, having an
3  XML interface with VISTA?
4  A. No.
5  Q. Okay. Were you involved in creating or
6  programming other XML Middleware pieces for
7  companies, you know, call them outside companies
8  like MITG, from the time frame of June of 2001,
9  which is the date of Exhibit V, up to and including
10 the end of 2003?
11 A. No.
12 Q. Okay. You said you aren't currently aware
13 of any other entities interfacing with VISTA via an
14 XML, I'll call them an outside company, do you know
15 what I mean, like MITG?
16 A. Uh-huh, yes.
17 Q. Are you aware at any time after the
18 Middleware was developed of other entities
19 interfacing via an XML to VISTA?
20 A. Outside companies?
21 Q. Yes.
22 A. No.
23 Q. Okay. So is it your testimony then that
24 all the interfacing that you're currently aware of,
25 other than that from MITG, was by companies through

Page 68
1  a Compaq or HP web site?
2  A. Yes.
3  Q. Okay. Do you know what companies owned
4  what web sites of Compaq and HP during the time
5  Middleware was developed?
6  A. Companies owned a web site?
7  Q. Do you know what companies owned what
8  Compaq web sites that were used to interface with
9  VISTA?
10 A. Okay. Say it one more time. I'm not sure
11 I understand the question.
12 Q. Are you aware of what companies owned what
13 Compaq web sites that interfaced with VISTA?
14 A. No.
15 Q. Okay. Go to Page 12 in that document, do
16 you see in the middle there, No. 2, Middleware
17 process?
18 A. Yes.
19 Q. Okay. Is this the -- 2.1, 2.2, 2.3 and
20 2.4 the areas of the VISTA site that you were
21 involved in?
22 A. Yes.
23 Q. Okay. And then under order process, that
24 appears to be under No. 3, Mr. Anderson almost
25 entirely, all the way up to 3.9, with Mr. Haught

Page 69
1  listed on 3.6, were involved in the development on
2  the VISTA side for those processes?
3  A. Yes.
4  Q. Okay. It does mention in there that under
5  3.1, it says, place all service parts orders sent
6  from MITG into EDI review and release. What was EDI
7  review and release?
8  A. That was a program, that's the program
9  named, O104. It's a screen where our business
10 people go in and can look at these orders in advance
11 of letting them move through the system to be credit
12 approved so they can see if there's errors.
13 Q. Did you say that was for the customer or
14 for MITG?
15 A. It's a screen that is used by our internal
16 customer service.
17 Q. So the internal CSRs could go in and look
18 at that screen to hopefully maybe catch a problem
19 before it had gotten to the end and credit approval?
20 A. No, we actually catch the problem
21 programatically --
22 Q. Okay.
23 A. -- and we list the things that are wrong
24 with the order so they can go view them and fix
25 them.

18 (Pages 66 to 69)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

Page 70

1   Q.  The CSR --
2   A.  The CSR could fix it.
3   Q.  Okay.  Under the -- skip over now to
4   Page 24.
5        Were you involved in the portion there
6   under Section 2.1 regarding the testing period, were
7   you involved in the testing?
8   A.  Yes, I was.
9   Q.  Okay.  And was the XML run on various test
10  servers?
11  A.  Yes.
12  Q.  Okay.  How many?
13  A.  I'm not in a server piece, but we have a
14  production system of VISTA and then we have a test
15  system of VISTA, so on -- we would have ran those on
16  the test VISTA system.
17  Q.  Okay.  Do you recall how long the testing
18  period was?
19  A.  I don't remember.
20  Q.  Were you involved in the approval of the
21  testing?
22  A.  What type of approval?
23  Q.  Well, I understand you probably were
24  involved in the testing of the system through VISTA,
25  but the written approval came from the individuals

Page 71

1   listed there on 24, correct, approval of testing,
2   written approval was required by --
3   A.  Yeah, approval comes from the business.
4   Q.  Okay.  Were you involved in the actual
5   implementation of the Middleware into the system,
6   into the VISTA system?
7   A.  Yes, but I'm not Middleware, okay, we
8   understand that?
9   Q.  I understand.
10  A.  But, yes, I was involved, I was there the
11  evening we installed it and --
12  Q.  How was it installed?
13  A.  You actually take your program changes,
14  like I said, for example, the change if it's an
15  "I" type order and I -- bringing back some thoughts
16  here, I had to put in the program to make sure the
17  shipping was always BWI, those were the programming
18  changes.
19       What we do is we call it a turnover
20  process, which means, okay, we have a program that
21  has all the changes, it's on a test system, and then
22  when it's ready to go we call live into production,
23  we actually have to move that production code change
24  from test to production, and then when you move
25  the -- your program changes to production, you put

Page 72

1   orders through and then you look at them and
2   validate that they're coming through properly, the
3   data is proper, and I was involved in all that.
4   Q.  Do you I guess take that project piece
5   program changes, whatever you want to call it, and
6   place it on a go-live server at Compaq or how is
7   that done?
8   A.  Well, in VISTA it would be -- we have
9   actually two physically different hardware, AS/400.
10  One is called our test system, we call it Valcom S3,
11  that's just the name of the -- the test environment,
12  and it's actually physical hardware.
13       And then there's, you know, a connection
14  between each system that promotes it to Valcom S1,
15  which is our production system.  That's how VISTA
16  works.
17       Now, there's a different process for the
18  actual XML piece because that's servers, that's, you
19  know, your network servers.  They promote their
20  stuff differently.
21  Q.  Okay.  Who is -- is that Deb Broady?
22  A.  Yes.
23  Q.  Okay.  So any installation on the XML
24  piece on the network servers is Ms. Broady?
25  A.  Yes.

Page 73

1   Q.  Okay.  And I take it you two have to be
2   working in conjunction with each other and connected
3   somehow?
4   A.  Yes.
5   Q.  Who does that?
6   A.  There's a group called -- they're
7   considered -- they're lumped in with the Middleware
8   programming staff, but VISTA cannot read XML.  It's
9   a system limitation.
10       So Deb Broady's job was to take the data
11  from the XML, convert it into a flat file format so
12  the VISTA system could read it.  It came readable to
13  us, and that is done through a process -- it's an
14  IMB product called MQ series.
15       And so her job was to map XML into the
16  MQ series message so VISTA could read it.
17  Q.  Is that different then -- well, strike
18  that.
19       Does that process have to be undertaken
20  for VISTA reading any XML for instance from Compaq
21  sites?
22  A.  Yes.
23  Q.  Okay.  So no matter where it's coming from
24  VISTA has to somehow have the XML mapped so it can
25  be read?

19 (Pages 70 to 73)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

Page 74

1 A. Yes.
2 Q. Okay. And I take it based on your
3 testimony that had been done previously to this
4 project creation on the internal Compaq site?
5 A. Yes.
6 Q. It had not been done with an outside party
7 such as MITG?
8 A. No.
9 Q. Web-based?
10 A. No.
11 Q. Okay. No, it had not been done or no, I'm
12 not correct?
13 A. No, it had -- it already existed before
14 MITG. The MQ series translation, XML translation
15 already existed on other web sites that transmitted
16 to us, and they were Compaq owned.
17 Q. Right. As opposed to an outside party --
18 A. Yes.
19 Q. -- like MITG?
20 Okay. Going to that record of meeting I
21 had you look at, you are listed as an attendee on
22 that meeting, which took place on June 20, 2001?
23 A. Yes.
24 Q. And Mr. Bloomquist told us earlier that
25 those meetings took place over at the tech center

Page 75

1 that's where meeting location was, Taipei?
2 A. Yes.
3 Q. Is Taipai a conference room over at the
4 tech center?
5 A. Yeah, I think so. I can't remember which
6 floor I guess.
7 Q. All right. And it says on there that
8 topic, you know, under discussion, reviewed
9 functional requirements, it apparently -- Chad
10 McCord, who is he?
11 A. He works with Deb Broady. They actually
12 do the same function.
13 Q. Okay. He identified two order rejection
14 scenarios for orders submitted to VISTA, and you are
15 listed there as requesting a list of rejection
16 codes?
17 A. Yes.
18 Q. Okay. Can you tell me what that means?
19 A. That's the new program that we did that
20 they had specific reason codes like why we rejected
21 it, so I just wanted a list of what type of things
22 they would consider errors that would reject an
23 order.
24 Q. When you say they, MITG or Compaq?
25 A. Well --

Page 76

1 Q. The business -- Compaq business side?
2 A. Compaq business side like Shari Ellis.
3 So one would be, for example, Code 002
4 means you sent a bad zip code, and 003 means you
5 didn't -- you sent in a part number that was bad,
6 that was invalid, an invalid part number.
7 So I asked them for a list of what are the
8 things that -- the errors that you want to be
9 checked against and notified.
10 Q. Okay. You asked for that list from the
11 Compaq side?
12 A. Correct.
13 Q. Okay. It says written by field, the
14 requirement does not currently follow programming in
15 place today, is that related to the rejection codes?
16 A. No, the written by field in our system
17 would have the name of the person who actually
18 entered the order.
19 Q. Okay.
20 A. If an internal web site didn't send us the
21 written by, we would auto populate it with something
22 generic.
23 For example, the SMB web sites, we don't
24 know who entered the individual, the individual
25 could have entered the order, could have been the

Page 77

1 customer or the TSR, the customer service person.
2 We auto populate that field with direct
3 plus, so it's a generic field, but when you manually
4 type in an order it captures the person who actually
5 physically entered it.
6 So if they wanted to capture in their
7 up-front web site who actually typed in the
8 order--let's say MITG had a staff of five people and
9 they wanted permanent capture of who entered that
10 order--they would have to tell us that, we don't
11 know.
12 So that field would be an additional
13 thing. If they wanted us to capture that they'd
14 have to tell us.
15 Q. So was that -- would that be a field you
16 would have to create?
17 A. We already had the field.
18 Q. Okay.
19 A. They just didn't submit it to us.
20 Q. Submit what?
21 A. The data --
22 Q. Okay.
23 A. -- within it, so if there's no data in it
24 we would put a generic like for -- for example, our
25 Jim Web we put in Jim web, or if it's partner direct

20 (Pages 74 to 77)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

Page 78

1  we put in eCommerce.
2     Q.  Okay.  On the next page it says Chad
3  McCord is going to e-mail Chris Fortun-Vondra a list
4  of rejection codes that currently exists in OE 1900.
5  What's OE 1900?
6     A.  That's that the program that processes --
7  remember I said that MQ series messages the flat
8  file?
9     Q.  Right.
10    A.  It reads that message, flat file data, and
11 processes the order.
12    Q.  Okay.  And apparently Ms. Ellis was going
13 to get that list of rejection codes you requested to
14 Chris Fortun-Vondra?
15    A.  Yes.
16    Q.  Okay.  Was Chris Fortun-Vondra on the
17 IT side or business side?
18    A.  She's on the IT side.
19    Q.  Okay.  Was she in your department,
20 Ms. Broady's or another one?
21    A.  Neil McShannon's.
22    Q.  What department is that?
23    A.  The web programmers, or they would handle
24 like ASP pages, URLs, you know, the web programmers
25 site.  She was the project manager.  She's not a

Page 79

1  programmer.  She's like the project -- she took care
2  of all the paperwork.
3     Q.  Do you recall when -- if you look under
4  action items, it says compile all the tests in one
5  project and send to everyone by close of business
6  Friday, June 29th, and schedule a conference call
7  for Monday, July 2nd, do you see that?
8     A.  Yes.
9     Q.  Do you recall if those took place or was
10 it delayed?
11    A.  I don't remember.
12    Q.  Okay.  But you received what you testified
13 to earlier was the final project plan?
14    A.  The project plan could change every week.
15    Q.  I understand that, but you said in your
16 file drawer you had the final project plan that had
17 your handwritten notes on it?
18    A.  Not the final one.  At the time that I was
19 given it I printed it out.  It could have changed
20 the next week if she changed the project plan or
21 time frame or assignments.
22    Q.  What project plan do you have in your
23 file, do you know the date?
24    A.  I don't know the date.
25    Q.  Do you know whether it's the final one or

Page 80

1  not?
2     A.  No, I don't.
3     Q.  Okay.  If you then flip to the next page,
4  is that the breakdown of the various teams that were
5  involved?
6     A.  Yes.
7     Q.  Okay.  So we have the Compaq XML team, and
8  is that the team Ms. Broady was in as well?
9     A.  Yes.
10    Q.  Okay.  You're the direct VISTA team?
11    A.  Yes.
12    Q.  And it lists you and your boss there,
13 Mr. Anderson?
14    A.  Yes.
15    Q.  Okay.  Then we have the business team,
16 business analyst and MITG.
17        Okay.  Flip to the last page -- sorry, the
18 second to last page, on the top it says task
19 underscore name?
20    A.  (Witness complies.)
21    Q.  Do you see that?
22    A.  Yes.
23    Q.  Okay.  On the bottom there, 35 and 36, do
24 you see it says UAT?
25    A.  Yes.

Page 81

1     Q.  What does UAT mean?
2     A.  User acceptance testing.
3     Q.  Okay.  So is that the testing of the
4  system, it says conducted for two weeks by MITG and
5  Compaq Direct staff?
6     A.  That's the testing where we're done with
7  our programming, they're ready to test it --
8     Q.  Right.
9     A.  -- the users, which is the business.
10    Q.  Now, on that page everything is listed for
11 one day with a question mark by it, do you see that?
12    A.  Yes.
13    Q.  Okay.  Do you know why that is?
14    A.  No.
15    Q.  Okay.  Do you recall if those were ever
16 updated as to when they took place or when they were
17 to take place?
18    A.  I don't know.
19    Q.  Okay.  And I think you said you don't
20 recall when the XML finally went live, the time
21 frame?
22    A.  The actual exact date?
23    Q.  Well, I don't want exact.  Was it April or
24 June 2001, was it August, do you recall the month?
25    A.  I -- you know, I -- it was cold so I think

21 (Pages 78 to 81)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

Page 82

1  it was in the -- in the fall.
2  Q.  Okay.  Of 2001?
3  A.  Yes.
4  Q.  And just so I'm clear, when you say goes
5  live, it gets switched over from the test -- get the
6  name right, the test system of the AS/400 over to
7  the live system of the AS/400?
8  A.  That's correct.
9  Q.  Okay.  And the live you said is the Valcom
10 S1?
11 A.  That's just the name of the hardware.
12 Q.  Okay.  Now, I take it that hardware links
13 to everyone that may have access to the VISTA
14 system?
15 A.  You have to have a log-in, a security
16 access, to get in to that system, correct.
17 Q.  Okay.  And are those log-ins for customer
18 service reps that use VISTA?
19 A.  Employees of Compaq, yes.
20 Q.  Okay.  To your knowledge, has the XML
21 technology such as that developed in this project
22 been implemented for use with other outside
23 customers that use VISTA?
24 A.  No.
25 Q.  Are you aware if it's been implemented for

Page 83

1  Microsoft, UPS, Xerox or any other outside
2  companies?
3  A.  No.
4  Q.  No, you're not aware, or no, it hasn't?
5  A.  I know exactly where Microsoft orders come
6  from and I know exactly where UPS orders come from,
7  and it's not -- they don't use the same methodology
8  that MITG did.
9  Q.  What methodology do they use?
10 A.  UPS orders are all manually entered by
11 people in Indianapolis, our location in Indianapolis
12 by our employees.  There is no electronic
13 transmission of UPS orders whatsoever.
14 Q.  How about Microsoft?
15 A.  Microsoft transmits XML to what we call
16 web methods.  Now, I'm not a --
17 Q.  Web programmers --
18 A.  -- web programmer, so I'm not -- but they
19 go to Compaq's location in Houston.  They do some
20 kind of translation of the Microsoft XML, and then
21 they translate it and send it to us for fulfillment,
22 because Microsoft may have orders coming in and
23 Compaq Houston decides based on what they're
24 ordering is HP Direct going to fulfill it, is
25 MI5 warehouse in Houston going to fulfill it.

Page 84

1  They're just a router piece, so we don't
2  get orders directly from Microsoft.  We get them
3  through the Compaq Houston process.
4  Q.  Compaq Direct in Houston?
5  A.  There's no Compaq Direct in Houston, so
6  it's just the Compaq that existed before we were
7  bought.
8  Q.  Okay.  Now, do you know if the Compaq
9  Houston side of things had the XML interface with
10 the Microsoft to accept the orders that you said are
11 routed here to you prior to the development of the
12 Middleware with MITG?
13 A.  I'm not sure of the date.  I'm not sure.
14 Q.  Okay.  Do you know if Houston was even
15 taking orders prior to the agreements that are at
16 issue in this case with MITG?
17 A.  With MITG?
18 Q.  Yes.
19 A.  I don't know.
20 Q.  Okay.  Do you know when you started taking
21 orders that had been routed from Houston to here?
22 A.  Through Microsoft itself, because we
23 have -- all the Houston web sites are all the web
24 sites like SMB, the public sector, are all based out
25 of Houston, so I guess you'd have to be more

Page 85

1  specific.
2  Q.  I'm sorry, what web sites did you say were
3  based out of Houston?
4  A.  The small/medium business and public
5  sector.  It used to be called the GEM, government,
6  education, medical.
7      Those -- all those web programmers, all
8  the server -- physical location of the servers for
9  those are located in Houston.
10 Q.  How long have they been down there in
11 Houston?
12 A.  They were there before they even bought
13 us.
14 Q.  Okay.
15 A.  That was Compaq's, like their home.  I
16 don't know what you call it.
17 Q.  Office?
18 A.  Home office.
19 Q.  Okay.
20 A.  You know, HP's is in California and --
21 Q.  But had Houston been routing orders to
22 Omaha -- at what point in time did that start?
23 A.  It depends on which web site.  They all
24 came on at different times.
25 Q.  Let's go to the SMB.

22 (Pages 82 to 85)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

Page 86

1   A.  SMB came on shortly -- that was one of my
2   first projects that I worked on after I was in --
3   started working there, so, let's see, I started in
4   1999, I think SMB went live early 2001.
5   Q.  How about the public sector?
6   A.  Public sector, probably maybe two and a
7   half years, so whatever that would be.
8   Q.  Late 2001, early 2002?
9   A.  It would be probably 2002, it went in
10  after MITG.
11  Q.  Okay.  And what is the web site
12  classification that, for instance, Microsoft would
13  fall under at Houston?  Is it SMB, public sector or
14  other?
15  A.  Neither.
16  Q.  Okay.  What would they fall under?
17  A.  Maybe that is a question Deb Broady could
18  answer.  I -- I'm not sure, but they don't come
19  through either of those web sites.
20  Q.  Okay.  Do you know what web site they come
21  through?
22  A.  I don't think they come through a web
23  site.  I think it's just a communications link
24  between Microsoft.  Somehow they -- Microsoft might
25  have a front end tool that their employees use where

Page 87

1   they type in an order, they transmit it to Houston,
2   Houston looks at the orders, sees what types of
3   items they purchased, and then they route it to
4   wherever, and we might be one of them.
5   Q.  Okay.  That would be the -- which you just
6   described, the punching in of the order, it gets
7   routed to Houston which would be the XML between
8   Microsoft and Houston?
9   A.  Correct.
10  Q.  Okay.  And do you know when that was
11  established?
12  A.  No, I don't.
13  Q.  Okay.  Do you know when Houston started,
14  at what point in time, routing orders from Microsoft
15  to Omaha here?
16  A.  I don't know exactly the date.
17  Q.  Do they use the VISTA system for that, the
18  other placement, Houston?
19  A.  No.
20  Q.  Okay.  Are you aware of test runs that
21  were done using the XML interface with Microsoft?
22  A.  No, I was not involved.
23  Q.  Okay.  Any of the -- were you involved in
24  discussing or training anyone at Houston on the
25  programming aspect of the XML side?

Page 88

1   A.  No.
2   Q.  Okay.  Are you aware of other outside
3   customers such as companies, let's say Microsoft,
4   Capital One, Wells Fargo, whoever you want to call
5   it, having a direct interface with the VISTA system?
6   A.  Not through XML, but EDI, yes.
7   Q.  You're not aware of anyone that has a
8   direct interface customerwise to VISTA through an
9   XML?
10  A.  Except SBC, which goes through encore,
11  that's the only exception.
12  Q.  Okay.  And you said you didn't recall when
13  that was established?
14  A.  That was a year and a half project.  I
15  remember when it was going on, I don't remember the
16  date.
17  Q.  When was it going on, was it recently?
18  A.  No, they've been on board for a while.
19  Q.  Okay.  Has the XML Middleware been
20  implemented for use between VISTA and other vendors
21  such as third-party parts suppliers?
22  A.  An XML interface?
23  Q.  Yes.
24  A.  No.
25  Q.  How about resellers?

Page 89

1   A.  Resellers would go through our partner
2   direct web site.
3   Q.  Which do you have the actual www.dot
4   whatever it is?
5   A.  No, I could get that.  I don't know
6   exactly what it is.
7   Q.  Okay.  Is the partner direct web site
8   linked to VISTA?
9   A.  Yes, it's different than the other web
10  sites in that it can be able to do these real time
11  availability calls, real time pricing calls through
12  these encore modulars that I'm talking about, so
13  they're still external, they still have their own
14  database, they still have their own front-end
15  customer facing tools, but they -- programatically
16  they have closer ties to item status, order status
17  pricing availability.
18  Q.  Have you been involved in XML interface
19  creation as the VISTA application developer for
20  other customers?
21  A.  Say that one more time.
22  Q.  Sure.  Have you been involved in the
23  creation of the XML interfaces such as the one we've
24  seen in the documents here in your title which is
25  contained in the exhibit here, you were the VISTA

23 (Pages 86 to 89)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

Page 90

1  application developer, correct?
2      A.  Yes.
3      Q.  With other customers besides someone like
4  MITG?
5      A.  No.
6      Q.  Has anyone else in your group been
7  involved in that?
8      A.  Not that I'm aware of.
9      Q.  Okay.  Are you aware of the XML model that
10 was developed with MITG and Compaq being used for
11 other customers or third-party suppliers?
12     A.  No.
13     Q.  Did you -- well, is that XML still
14 operational?
15     A.  No.
16     Q.  How was it -- how did it become
17 unoperational?
18     A.  Well, Deb Broady can explain the flow that
19 comes in through her on the translation.  I call her
20 a translator, translate from XML to flat file.
21         When it gets to VISTA, we had multiple
22 processes running to process the data, the flat file
23 data, so we had multiple jobs running for each
24 customer grouping, so service parts had their own,
25 the small business -- small/medium had their own,

Page 91

1  the GEM had their own, partner direct had their own.
2         We did that because at one time they used
3  to be combined into one process, but there was so
4  much volume of orders that it was always backlogged,
5  so architecturally we changed it to have the same
6  program but multiple instances of it running so we
7  could process these orders more timely.
8         And when it came to end service parts,
9  when we were given notification that they were no
10 longer able to process orders, we actually stopped
11 the job that was running, and that's where that
12 ITCS case documents that at 4 o'clock on that Friday
13 we shut down the job so we could -- VISTA would no
14 longer process any data coming in.
15        And I also had our operations person --
16 those jobs were automatically started on Sundays
17 because we did backups on Sunday, and then when the
18 system was back up and running it would
19 automatically start those jobs, and I had him remove
20 it from the auto startup process.
21     Q.  When was the change made to separate out
22 these groupings, spare parts, small/medium business?
23     A.  I don't remember the exact date.
24     Q.  Do you remember the year?
25     A.  No, actually I don't.

Page 92

1      Q.  Okay.  So you said when this -- when you
2  wanted to no longer process data coming from the end
3  users, the end user being MITG?
4      A.  MITG, is that what you're saying, yes?
5      Q.  No, is that who you were referring to?
6      A.  The -- well, when I say end of job, jobs
7  would be considered anything electronically
8  submitted as opposed to manually entered.
9         Manually entered orders could still exist.
10 I mean, that's not a job that runs and -- a
11 background job that runs and does processing.
12     Q.  Okay.  So you're talking about a job that
13 is being run on this -- the go-live server?
14     A.  On the go-live VISTA system, yes.
15     Q.  Okay.  And you told somebody to shut that
16 down?
17     A.  I called the operators and told them to
18 end the job.
19     Q.  When you say end the job, what do they do,
20 remove it from the system?
21     A.  No, they do a four and it just stops the
22 job, just stops processing.
23     Q.  Okay.  But it's still on the go-live,
24 still on the system?
25     A.  Well, the other ones are still running.

Page 93

1  You have five jobs and the other ones are still
2  running, the SMB, government web, that's still
3  running.
4      Q.  Okay.  So you're just talking about spare
5  parts?
6      A.  The spare parts had their own job running,
7  yes.
8      Q.  Okay.  My question is it's not removed
9  from the system, it's just a stop order that's
10 placed?
11     A.  It's a stopping of the processing, yes.
12     Q.  Of orders that were coming in from the XML
13 interface from the MITG web tool?
14     A.  Yes, there was more -- that was my piece
15 of the pie, but the front end, where they posted to
16 the ASP page, that was -- Neil McShannon's group did
17 some programming to reject orders at that point,
18 Deb Broady shut down her translation piece of spare
19 parts because she goes through a different flow, and
20 she can explain that in detail.
21        She shut down that, and then my piece was
22 to shut down the jobs that processed the flat file
23 data, but technically if they stopped everything
24 before me they should have never gotten there.
25     Q.  Okay.

24 (Pages 90 to 93)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

Page 94

1   A.  But we stopped it at all points.
2   Q.  The three points?
3   A.  The three points.
4   Q.  Is that shutdown specific to MITG? I
5   mean, was there any other web-based interfaces
6   coming in through that --
7   A.  No.
8   Q.  -- through those jobs?
9   A.  No, it was very specific to them.
10  Q.  Okay. But there was other XML interfacing
11  coming in through the other four areas that were not
12  stopped?
13  A.  That's correct.
14  Q.  Which come -- those other four that you're
15  talking about, these interfaces, they come from web
16  sites, correct?
17  A.  Correct.
18  Q.  I think you said you just don't know what
19  web sites they are, I mean the actual www. --
20  A.  No, I don't know, no, I don't.
21      MR. HANSEN:  All right. Let me mark these
22  two pages.
23      (Exhibit GG marked for
24       identification.)
25

Page 95

1   BY MR. HANSEN:
2   Q.  Documents HP 44 and 45, it says ITCS call
3   tracking, do you see that at the top?
4   A.  Yes.
5   Q.  Okay. What is this document?
6   A.  This is what I explained earlier on how
7   when the business has an issue they want IT to work
8   on, this is the -- they have to open up -- we call
9   them a case, and it describes what they want us to
10  do, and then we track it and we put in notes when we
11  finish it, complete it and it's -- the task is done,
12  we close the case. It's a way to document official
13  requests.
14  Q.  Okay. What was the -- who did the request
15  come from in this case?
16  A.  In this case it came from Shari Ellis.
17  Q.  Was it to you or were you just the person
18  that handled it?
19  A.  I -- when these cases come in, this is a
20  tool that's used by all the businesses, and then
21  they can route it to a specific IT division, so it
22  would -- this would have been routed to the order
23  entry division, which is my area.
24  Q.  Okay. You're listed as the owner there,
25  do you see that?

Page 96

1   A.  Yes, that's because I physically opened
2   the case on behalf of her, on Shari.
3   Q.  Okay. Case severity, what does that mean?
4   A.  Case severity goes SL1, Severity Level 1
5   through 4. SL1 would be the highest severity,
6   you've -- the issue has caused the system to totally
7   shut down, we can't process any orders; 5 would be
8   the lowest level, well, this is a problem but it's
9   not an urgent problem. It's not something that you
10  have to handle within two hours.
11      Each one has a criteria you're supposed to
12  respond to it immediately, you have to respond
13  within so many minutes. I think SL1 you have to
14  respond in 15 minutes. I mean, each level talks
15  about the response time.
16  Q.  What is SL4?
17  A.  SL4 would be towards the bottom, meaning
18  it's not -- the systems aren't down, there's no
19  crisis problem for customers, for order processing,
20  it's a judgment call.
21      I assigned the SL4, so I would have said,
22  you know, it's not a crisis but it's something that
23  has to do be done.
24  Q.  It says -- if you go down under phone
25  notes, do you see that?

Page 97

1   A.  Yes.
2   Q.  It says please shut down SO1, backslash,
3   SO2 4 p.m. central standard time on February 6.
4   2004. What does the SO1 and SO2 mean?
5   A.  That's the customer type.
6   Q.  One was credit card?
7   A.  And the other one was terms.
8   Q.  Okay. And is that the date that you
9   posted that, it says Sandra --
10  A.  That would have been the date that case
11  was opened.
12  Q.  Okay.
13  A.  That was the date that -- actually -- I
14  can actually remember this. Shari Ellis called me
15  on the phone and she said, you need to shut those
16  down, and I said, well, I'm going to open up a case
17  that can be documented because I need to also make
18  sure like Deb Broady's group knows about it, and so
19  she said okay.
20      So that would have been the date that she
21  officially notified me via phone, and then I opened
22  up the case to document it.
23  Q.  It says, end the daily report
24  February 10, 2004, what's the daily report?
25  A.  That was a report that showed the pro --

25 (Pages 94 to 97)

Page 98

1  like that specifically if the customer type was
2  SO1 or SO2, what was -- how many -- it would list
3  each order that was processed that day.
4      Q.  Okay.
5      A.  That was a request by Shari.  She's the
6  one that asked for it to stop at that date.
7      Q.  Who would the daily reports -- did you
8  hand them out or were they given to someone?
9      A.  No, they're -- it was an automated job
10 that ran at 7 o'clock in the morning and it created
11 an Excel spreadsheet and it was automatically
12 e-mailed to Shari and Troy.
13     Q.  Okay.  Case dispatched by you to order
14 entry, what does that mean?
15     A.  Well, the queue.  When you open up a case
16 you open up a generic case, and then you have to
17 send it to, well, which area is going to respond to
18 this queue.
19     Q.  Okay.  Accepted by Carla M-E-T-O-Y-E-R --
20     A.  Carla Metoyer?
21     Q.  Yes.
22     A.  She was the person that she was in our
23 order entry group, and her job was to accept -- like
24 when you get an e-mail notification and say, well,
25 you have a new case in your queue.

Page 99

1       She would be -- she was assigned--that was
2  her job--to go out and accept the cases, so she
3  accepted the case, which means, well, okay, order
4  entry is acknowledged, we received it, but then I
5  went up to her and I said, I'm going to go ahead and
6  put the case under my name because I'm going to be
7  working it, and so that's when I accepted it --
8      Q.  Okay.
9      A.  -- right after it.
10     Q.  It says, sent request to IT operators to
11 end job OEP 1900 SP, what does that stand for?
12     A.  That's the job I'm talking about, where we
13 have five of them, five different instances running,
14 that's the actual job that processes that flat file
15 data.
16     Q.  For spare parts?
17     A.  For spare parts.  The SP was for spare
18 parts, yes.
19     Q.  Then what's the number then on the next
20 line, OEC 0225?
21     A.  That was the report, daily report.
22     Q.  Okay.
23     A.  That was a we call it a robot job, which
24 means it's a scheduler, so it always runs at
25 7 o'clock in the morning.  That's -- our operations

Page 100

1  people set those up and I mean every day I don't
2  come in and say run this report at 7 o'clock.  It's
3  automated, and so the robot job definition had to be
4  removed to stop that report from running.
5      Q.  Okay.  Duane Vosberg removed OE 1900 SP
6  from the auto startup, is he in your group?
7      A.  He is in operations, he would be like
8  systems operations, operators.
9      Q.  Okay.  And then 2/11/04, is when you
10 closed this case?
11     A.  Yes, I closed it because all the things
12 that they had asked for, which means shutting down
13 the jobs and shutting down the report, were finished
14 and complete, and then at that point we're allowed
15 to close the case.
16     Q.  Now, if you wanted to open it back up
17 would you just simply have to send something like
18 this that says start back up OE 1900 SP?
19     A.  Yes.  You could reopen a closed case, yes.
20     Q.  Okay.  So it's not like the interface has
21 been totally deleted from the system?
22     A.  The interface as far as OE 1900?
23     Q.  Right.
24     A.  OE 1900 processes all orders, that will
25 never go away.

Page 101

1      Q.  Well, I'm talking about this specific --
2  out of the five, the spare parts interface that
3  we've been talking about here that you shut down?
4      A.  The job we shut down?
5      Q.  Right.
6      A.  Yes.
7      Q.  I mean it's not deleted and gone, it can
8  be opened again and started back up?
9      A.  Yes, we just shut down a customer flow.
10     Q.  Got you.  Okay.  The second page there, it
11 says this is an e-mail you sent to IT operators
12 regarding robot schedule request, and is that the
13 daily report we saw from --
14     A.  Yes.
15     Q.  -- saw from the first page?
16     A.  Yes.
17     Q.  Okay.  It says this report is no longer
18 needed, transition to SAP Roseville.  What is SAP
19 Roseville?
20     A.  I had understood that the orders were not
21 going to be processed by HP Direct anymore.
22     Q.  Where were they going to be processed?
23     A.  Somewhere in California.
24     Q.  Okay.  What is SAP?
25     A.  That is another -- that's an actual --

26 (Pages 98 to 101)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

Page 102

1  well, it's actually a software package.  It's the
2  software system that HP has.
3      Q.  Okay.  And do you know if that software
4  package -- well, strike that.
5          Was it your understanding the direct web
6  site orders were going to be processed in Roseville?
7      A.  No.
8      Q.  What was your understanding was
9  transitioned to Roseville then?
10     A.  The only -- Shari Ellis had told me, I
11 said, well, if we're not going to process these who
12 is, who's going to do it, and she said, well, SAP
13 Roseville.
14         That's as far as the extent I know.  I
15 don't know how they were doing it or what
16 methodology they were using.
17     Q.  Okay.  So let me ask the question then, do
18 you say SAP Roseville is using an XML interface
19 similar to the one --
20     A.  I have no idea.
21     Q.  -- that we've been talking about?
22     A.  I have no idea.
23     Q.  Okay.  And when you said you spoke to
24 Shari Ellis about it, if we're not processing the
25 orders who is and she told you it was her

Page 103

1  understanding Roseville, what orders, that's what my
2  question is, what orders?
3      A.  What orders?
4      Q.  Yeah, web site based orders or what?
5      A.  No, specifically spare part orders.
6      Q.  Okay.  And do you know what web site, if
7  any, that those spare part orders go through now?
8      A.  I don't know.
9      Q.  You don't know the technology they're
10 using?
11     A.  I do not know.
12     Q.  Okay.  If it's going to go through
13 Roseville are they tied in to VISTA?
14     A.  No.
15     Q.  HP has their own separate --
16     A.  Yes.
17     Q.  -- order system?
18     A.  Yes.
19     Q.  Okay.  But anything that goes through
20 Houston is tied through VISTA because that is a
21 Compaq red site?
22     A.  When they first bought us they had SAP
23 also.
24     Q.  Who does?
25     A.  Compaq.  Compaq had their own SAP, that's

Page 104

1  their software system to process and invoice orders.
2  HP also had SAP because it's a software package that
3  you can buy, and that's how they also -- that was
4  their order entry and invoicing system for their
5  orders.
6          When we were purchased by Compaq, they
7  fulfilled orders their own way, and then they --
8  the -- that was at a time when Compaq Houston, their
9  methodology was to sell everything to resellers and
10 then the resellers send to the customer.
11         Well, the era of computers have changed.
12 There's no profit margin, so it's more profitable to
13 sell it direct.  That's why they bought Inacom to do
14 that, so they can compete, and so they started
15 routing orders through us for reasons of
16 profitability.
17     Q.  Through VISTA?
18     A.  Well, yeah, because we did it direct.  We
19 weren't a reseller because when you do a reseller
20 you have to pay -- you know, you can't -- you lose
21 profit margin by selling to resellers, so the market
22 driven was, okay, let's start selling directly to
23 the customer, and Inacom did this.  That was their
24 business, that's the only reason they bought us.
25         And so we did the direct to the customer

Page 105

1  link, we had all these EDI things established with
2  customers, we had all these things already
3  established, and so they came in and bought us.
4      Q.  Did Inacom already have the VISTA system?
5      A.  Yes.
6      Q.  Okay.  And then Compaq buys Inacom and
7  continues to use the VISTA and the EDI that Inacom
8  had previously created?
9      A.  Yes.
10     Q.  Okay.  Although Compaq's -- Compaq, when
11 they purchased Inacom, also had the SAP package?
12     A.  Yes.
13     Q.  Okay.
14     A.  They still do today.
15     Q.  Right, but they -- Inacom then is --
16 becomes CEI?
17     A.  Correct.
18     Q.  And then at a point in time then MITG
19 takes over what CEI was doing?
20     A.  No.
21     Q.  Okay.  CEI, the name goes away, correct?
22     A.  Correct.
23     Q.  That becomes, what, Compaq Direct?
24     A.  That's our division, but we're technically
25 a Compaq corporation as opposed to a subsidiary.

27 (Pages 102 to 105)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

S. URWIN - Direct (By MR. HANSEN)

Page 106

1   Q.  Okay. Well, then MITG starts providing
2 third-party parts and orders through the VISTA
3 system?
4   A.  Correct, as a fulfiller.
5   Q.  Right, through their web tool?
6   A.  Yes.
7   Q.  Okay. Then the problems are identified
8 with the double entry system, then the approach is,
9 hey, let's create a Middleware interface between the
10 two systems?
11   A.  Correct.
12   Q.  Okay. My question is: In that time frame
13 did Houston at any point in time have an interface
14 with Omaha here in the VISTA system?
15   A.  The SMB web site did, yes.
16   Q.  But what about the situation where Houston
17 is taking orders from Microsoft, let's say through
18 an XML, did they have that interface back to VISTA?
19   A.  At that time I don't know, I don't
20 remember.
21   Q.  Okay. Are you aware of when or how
22 Houston developed any of the interfaces that they
23 have?
24   A.  With?
25   Q.  Outside customers such as Microsoft or

Page 107

1 third-party parts suppliers?
2   A.  I would -- I'm not -- they have their own
3 set of programmers in Houston. I would say that our
4 programmers staff would work with the programmers
5 staff of Microsoft to establish that communication
6 and they would work together.
7   Q.  Okay.
8   A.  And then when it goes through Houston to
9 us we would work with Houston on the communication.
10   Q.  Do you know if Chip Love was the
11 individual down in Houston who took any of the XML
12 technology created by Compaq at MITG and implemented
13 it down in Houston?
14   A.  I don't know Chip Love.
15   Q.  Okay. Fair enough.
16      MS. CARROLL:  Can we take a break?
17      MR. HANSEN:  We'll take a break for good
18 here in a minute.
19      MS. CARROLL:  Okay. That's even better.
20 BY MR. HANSEN:
21   Q.  And you weren't involved in any
22 programming with HP at their sites, that's totally
23 separate?
24   A.  That's totally separate.
25   Q.  Okay. Is the SPC XML interface through

Page 108

1 the Houston group to here, or is it directly with
2 Omaha?
3   A.  I'm -- I'm not sure, you'd have to ask Deb
4 Broady. I'm not sure.
5   Q.  The go-live physical AS/400 system--so
6 there was two of them, there was a test and a
7 life--that is the system that runs the five -- I'm
8 going to use the term jobs, you can correct me if
9 I'm wrong, one of which was the one that was the
10 spare parts and the shutdown; is that correct?
11   A.  Correct, jobs run on both systems.
12   Q.  All right. I'm talking about the VISTA
13 order entry system of which the spare parts
14 interface was shut down on --
15   A.  That was on the production system.
16   Q.  Okay. But there's four other ones that
17 are still live on that production system?
18   A.  Correct.
19   Q.  Two VISTA, the small and medium business?
20   A.  Yes.
21   Q.  Okay. And those are for order entries
22 into VISTA?
23   A.  Those are for any electronic orders that
24 come through Deb's translation.
25   Q.  Okay. And when you say electronic, so

Page 109

1 that would be -- are you talking about the
2 web-based?
3   A.  Yes.
4   Q.  Okay. So there is web-based orders coming
5 through Deb Broady's translation on that server for
6 small and medium business?
7   A.  Yes.
8   Q.  For -- I'm trying to remember the other
9 ones.
10   A.  The government, the public sector for
11 partner direct.
12   Q.  Okay.
13   A.  And then there's one that was an old --
14 the original one which we call the Inacom days,
15 because they had XMLs coming in in the Inacom day
16 because it started there.
17      So I talk about this -- these -- there's
18 five instances of jobs but it's one program. So
19 everyone shares the same program, SMB, public, we --
20 they all share one program you just have multiple
21 instances of it running.
22   Q.  Those are the five instances you
23 mentioned?
24   A.  Yes.
25   Q.  Does the manual have a certain name?

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

Page 110

1  A. OE 1900.
2  Q. Okay. So we may have OE 1900 SP for spare
3  parts, OE 1900 SMB for small business?
4  A. We put an extension on the end so we could
5  identify -- you know, it's easy to look in there and
6  see if one of the jobs failed, we could go out there
7  and -- that was one of the reasons to have multiple
8  jobs because if something didn't process correctly,
9  before it would shut down the job and no orders
10 would get processed. We became very backlogged. It
11 was an architectural design to change it so orders
12 could be processed faster.
13 Q. Okay. Can you tell me when the XML
14 interface for the public sector which was run of
15 that same program was created?
16 A. That's about two and a half years ago I
17 think.
18 Q. Okay.
19 A. It was after MITG.
20 Q. Okay.
21 A. But they used the same methodology.
22 Q. As --
23 A. The public sector uses the same
24 methodology as the SMB web site. They reused a lot
25 of the SMB code that they have in Houston. The two

Page 111

1  programming groups sit next to each other so they
2  tried to reuse some of the stuff that SMB had
3  already done, but they're a different web site
4  because their customer base has different needs.
5  Q. Okay. Were you involved in the
6  programming of the public sector XML that was
7  installed after MITG?
8  A. Not the XML piece, but I was involved in
9  the VISTA side, yes.
10 Q. Did you take technology that was used from
11 the model with MITG and implement that in the public
12 sector side?
13 A. No.
14 Q. Did you have to create user defined fields
15 from the public sector side?
16 A. No.
17 Q. Did the public sector side have to create
18 user defined fields to interact with the VISTA?
19 A. They sent us data.
20 Q. Much like MITG did?
21 A. Yes.
22 Q. And the MITG model was the -- strike that.
23 Did you use any of the same technology
24 models fields from the Middleware with MITG in the
25 development of the public sector XML?

Page 112

1  A. No.
2  Q. Was it a similar process though where the
3  data had to be sent like MITG by the public sector
4  into the fields that were previously created --
5  A. Yes, we --
6  Q. -- previously created on the VISTA side?
7  A. We have fields that we define to any
8  external web site no matter where they come from.
9  These are the fields lengths, this is what kind of
10 data we can accept and what we can't accept. It
11 doesn't matter where they originate from, we tell
12 them up front what that data is.
13    What I understand from Deb Broady, and she
14 can explain, but the XML that they used was an CXML
15 and no one uses it except MITG. It was new
16 development for Deb Broady, and no one has used it
17 since then. It's just -- no one ever wanted to use
18 it, and --
19 Q. So Ms. Broady would be the person?
20 A. She would -- can explain the format of the
21 XML.
22 Q. In the three-point system we talked about
23 on the Compaq side, we had you, for instance, on the
24 VISTA side, we then had Mr. McShannon's group on the
25 web connection side, and then is Ms. Broady the one

Page 113

1  in the middle, the XML that links the two?
2  A. Correct, she is the translator from XML to
3  flat file.
4  Q. That can be read by VISTA?
5  A. Correct.
6     MR. HANSEN: Okay. I think that's all I
7  have.
8     MS. CARROLL: Okay. All done.
9     (11:55 a.m. - Adjournment.)
10         ** ** ** **

29 (Pages 110 to 113)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.