E-FILED
Wednesday, 01 February, 2006  04:37:43 PM
Clerk, U.S. District Court, ILCD

AUG 3 0 2004

December 5, 2001

*RMA Responsibilities*
   *CSN:*
     MITG receives customer requests for return and forwards customer to Custom Edge.
     Custom Edge will research the claim as necessary.
     Custom Edge will issue the RMA number and document it in the notes.
     Custom Edge will order replacement part (if applicable) and update the claim with MSC number for replacement part. If feasible, the webtool will track the replacement part to customer. If this is not feasible, Custom Edge will track replacement part to customer and update notes when delivered.
     Custom Edge will send call tags to customer for return of part and put tracking numbers in claim.
     Custom Edge will contact the customer regarding return of part.
     Custom Edge will track return part from customer to warehouse.
     Custom Edge will issue credits to customer accordingly and document in claim.

   *Outsourced:*
   MITG receives customer requests for return and researches the claim.
   MITG will order replacement part (if applicable).
   MITG will send call tags to customer for return of part.
   MITG will make follow up calls to customer on 3rd and 5th business day after customer receives tags.
   MITG will inform Custom Edge on 6th business day if customer has not returned part and Custom Edge will bill customer accordingly.
   MITG will (upon return of part from customer) issue any credit necessary to Custom Edge.

If a customer says he/she has returned a part on their own accord and there is no proof of delivery, MITG will not be held responsible.

2 ways to start an RMA:
- Phone 800-848-4589 (from their invoice, or past purchase knowledge)
- Web Page www.compaqdirectparts.com/rma (CSR, phone prompts)

RMA Issue Possibilities:
- DOA
  - Replacement no restock fee charged
  - Return for credit on product $150.00 or more
- Incorrect part ordered by customer error
  - Return for credit $150.00 or more, 20% Restock fee charged
- Incorrect part ordered due to technical support
  - Replacement no restock fee charged
  - Return for credit



DEPOSITION EXHIBIT
2/17/05
ML #4

MITG 0527

1

- Incorrect part received,
    - Replacement no restock fee charged
    - Return for credit
- No longer wants part
    - Return for credit on product $150.00 or more
- Unacceptable Conditions (dirty, etc.)
    - Replacement no restock fee charged
    - Return for credit
- Damaged in Shipping
    - Replacement no restock fee charged
    - Return for credit
- Damaged from the warehouse
    - Replacement no restock fee charged
    - Return for credit
- Duplicated in the shipping process
    - Return
- Missing parts
    - Replacement no restock fee charged
    - Return for credit
- Wrong Size due to technical support
    - Replacement no restock fee charged
    - Return for credit
- Wrong Size ordered by customer
    - Return for credit $150.00 or more, 20% Restock fee charged
- Wrong Size received
    - Replacement no restock fee charged
    - Return for credit
- Part failed within specified warranty period
    - Replacement no restock fee charged
- Wrong brand due to technical support
    - Replacement no restock fee charged
    - Return for credit

- Wrong brand ordered by customer
    - Return for credit $150.00 or more, 20% Restock fee charged
- Wrong brand received
    - Replacement no restock fee charged
    - Return for credit
- Delayed shipment *Current
    - Return for credit $150.00 or more, 20% Restock fee charged
- Delayed shipment *Future (ie: Dispatch Service)
    - Return for credit
- Refused shipment
    - 20% Restock Fee charged

MITG 0528

2

RMA Specifications:
- Once an RMA is issued, it will remain valid for 5 business days after the receipt of the call tags.
- Products must be in their original packaging and must include all manuals, power cords, and Compaq Direct Parts installed software and options.
- Opened software and opened consumable products (ie: printer cartridges, paper, etc.) are not eligible for return.
- Products cannot be returned if they are damaged, have been modified, or have had serial numbers removed.
- One part per RMA number. All parts must be shipped from customer to "warehouse" individually.
- Shipping charges are non-refundable.
- If product is received back to Compaq Direct Parts and tested and is not defective a 20% restock fee will be charged.

RMA Procedures:
1. RMA request submitted online or via phone to MITG, Inc.
2. Researched and approved/rejected within 2 business days by MITG, Inc.
3. Call tags sent to the customer (if applicable) within 1 business day and replacement part sent (if applicable) by MITG, Inc.
    a. At this point MITG, Inc. will contact with the customer and give them the information of their call tags being shipped or that their RMA has been rejected. Documentation will be made at this point.
4. 2nd Business Day After Tags are sent: MITG, Inc. will track call tags going to customer and verify delivery.
5. 2nd Business Day After Tags are Received at customer location: MITG, Inc. will track call tags coming from the customer
    a. If parts are "in transit" skip to #8.
    b. If parts are NOT "in transit" back to MITG, Inc. customer will be contacted and advised if they do not return this part they will not receive a credit, or will be charged for the part, whichever is applicable. Information obtained will be documented.

    If the customer claims that they did not receive the tags at this point the RMA process will start over with #3 above. While on the phone with the customer verification will be made of the address. Documentation will be made.
6. 5th Business Day After Tags are Received at customer location: MITG, Inc. will track call tags coming from the customer
    a. If parts are "in transit" skip to #8.
    b. If parts are NOT "in transit" back to MITG, Inc. customer will be contacted and advised if they do not return this part they will not receive a credit, or will be charged for the part, whichever is applicable. Information obtained will be documented.
        If the customer claims that they did not receive the tags at this point the RMA process will start over with #3 above. While on

the phone with the customer verification will be made of the address. Documentation will be made.
7. 6th Business Day:
   a. If part is NOT "in transit" recorded documentation by MITG, Inc., of trying to get part back from customer, will be forwarded to Custom Edge.
      Custom Edge. will have to:
         1. Contact customer and attempt to get part "in transit" from the customer and the necessary documentation relayed to MITG within 2 business days.
         2. Using the information obtained MITG will bill Omaha for necessary charges.
         3. Custom Edge. will bill customer if necessary.
8. When part is received at MITG, Inc. it will be inspected.
   a. If correct part has the correct serial numbers in tact the part will be returned to vendor if necessary.
   b. If customer returns a part that has been tampered with, or does not follow RMA Specifications the part will be returned to customer with rejection notification. At this point MITG, Inc. will bill CEI accordingly. Custom Edge. will bill customer if necessary.
9. Track to vendor and verify receipt. Credit Custom Edge. accordingly. Custom Edge. will credit the customer if necessary.

*Billing Issues/Disputes*
- Any issues that Custom Edge has regarding billing will be emailed to Erika (cc: Terri, Teresa) explaining the dispute.
- Erika will have 24 hours in which to research the issue and reply.
- If a claim that has been billed requires a re-bill of a different amount, the impending credit will be for the first billing. The second, different amount cannot be short paid.

*CSN Orders vs. Outsourcing*
- Product may be purchased from an outside vendor if it is at least a $175.00 price difference than CSN. For memory and hard drives, the price difference to outsource is $100.00.
- If a part is unavailable from CSN at the time of order, the part can be ordered from an outside vendor. This information will be noted in the claim.
- If a part sourced through CSN has an ETA of more than 2 business days, the part can be outsourced. If this is done, MITG will notify Custom Edge of the change in cost centers.
- If CSN makes two (2) consecutive shipments that are incorrect or defective, MITG has the right to outsource the part as a customer satisfaction issue. If this is done, MITG will notify Custom Edge.

MITG 0530            4

*Communication*
- Communication between employees of Custom Edge and employees of MITG(whether initiated by either party) will maintain an acceptable level or professionalism by all parties.
- If an issue requires contact via phone to achieve a more prompt resolution, this discussion and resolution must follow in an email as to provide proper documentation and assure understanding by all parties involved.
- Custom Edge will utilize the webtool to obtain information that is available there. This tool was put into place to provide everyone with readily accessible information regarding all claims.
- There will be a weekly conference call between Custom Edge and MITG to discuss and resolve any matters at hand. These calls will take place on Tuesdays at 3:00p.m. and will be initiated by MITG.

Signatures:

_____
Ronald D. Haught, Jr
MITG
Date: 12-5-01

_____
Troy Bloomquist
Custom Edge
Date: 12/5/2001

This document may be amended with approval by both parties.



January 30, 2004

Dear Parts Customer,

This letter is to inform you of some upcoming changes to the ordering process for HP and Compaq genuine parts. HP would to thank you for your service and replacement parts business over recent months, and in an effort to better serve your business needs, HP is consolidating certain ordering processes and support services. We recognize these changes may impact your business and kindly ask for your patience and cooperation. This letter outlines the HP Parts Business support services information you will need during this time, including your primary points of contact and online options to order HP and Compaq branded parts.

Business consolidation
In order to help our customers locate parts more effectively, the HP Parts Business is consolidating spare parts ordering into one location. Effective February 7, 2004, parts ordering through the organization known as "HP Direct" will no longer be available. In addition, the following website and phone numbers will be out of service.

- HP Direct Online Site { HYPERLINK "http://www.compaqdirectonline.com/" } will no longer be used for parts orders. Please go to { HYPERLINK "http://www.hp.com/buy/parts" }
- Phone numbers: 800-848-9771 and 800-848-4589 will no longer be used for parts orders. Please call 800-227-8164.

HP Parts Business ordering
Effective February 7, 2004, please use the following ordering and returns processes for HP and Compaq replacement parts.

- HP Parts Store online
  The HP Parts Store on the web is available 7 days a week, 24 hours a day for ordering both HP and Compaq branded parts.
    - Go to the website at { HYPERLINK "https://partsdirect.hp.com/" }
    - Click 'Register' and follow the necessary steps
    - The main page lists reference numbers for assistance.

- HP Parts Business Sales Center
  To reach an HP Parts Sales Center Representative for ordering for both HP and Compaq branded parts, please dial 800-227-8164. Our hours of operation are Monday through Friday, 5AM - 5PM PST. HP Parts Sales agents at each of these options can address parts inquiries, parts identification, pricing and availability, order placement, order status, and backorder inquiries. Order Reference Numbers are provided for completed orders.
    - Select Option #2 on the phone menu for Compaq branded parts issues, parts identification, and ordering options, select Option #2.
    - Select Option #3 on the phone menu for HP branded parts issues, parts identification, and ordering options, select Option #3.

Support program modification
Although HP and Compaq parts can still be ordered online from the HP Parts Store and by calling the HP Parts Business Sales Center, some previously offered services at 'HP Direct,' will no longer be available through the HP Parts Business Center. The dissolved services include:



HP001125

1. Dedicated Account Management and assigned Sales Representatives.
2. Per incident parts sourcing and delivery options for HP and Compaq branded parts that are not in the current catalog of inventory.
3. Per incident parts sourcing and delivery options for other 'Multi-Vendor,' i.e. non-HP and Compaq parts.

### Net 30 Parts accounts

HP Parts Business is moving any existing 'HP Direct' Net 30 Accounts to the HP Parts Business Center Accounts programs. (Due to current business infrastructure, separate accounts are established for purchase of HP and Compaq parts.)

### Payment terms

- HP Parts accepts Visa, MasterCard, Discover, and American Express credit cards.
- An HP or Compaq Parts Account is required for any Net 30 orders.
- Please be prepared to provide the following information: an account number, purchase order number, part number, quantity, and Ship-To information.

### Returns

- Please call 800-227-8164, and select Option #4.
- Please be prepared to provide the following information: Original order number, PO from the original order, Part Number, Quantity to return, Reason for the return
- For eligible part returns issues, an RMA (Return Material Authorization) will be provided.
- Return as instructed, referencing your RMA number

HP appreciates your business and will continue to provide the replacement parts that you need. If you have any questions about this process change, please don't hesitate to contact us. And again, we thank you for your patience and cooperation.

Sincerely,

Bill Crowley
HP Parts Business Manager

HP001126