Message

Page 1 of 2

ron

**From:** Bloomquist, Troy [Troy.Bloomquist@hp.com]
**Sent:** Tuesday, May 27, 2003 1:59 PM
**To:** Hatfield, Jeff
**Cc:** Ronald Haught Jr.; Teresa Koch
**Subject:** FW: Interesting Information We Wanted to Pass On...
**Follow Up Flag:** Follow up
**Flag Status:** Orange

Hey,

Do you have any idea who heads up the Small and Medium Business dept? Why would we send customers outside the company?? This is lost revenue..

-----Original Message-----
**From:** April [mailto:aprilm@mitg.com]
**Sent:** Tuesday, May 27, 2003 1:52 PM
**To:** Bloomquist, Troy
**Cc:** Ronald Haught Jr.; Teresa Koch; Suzi Briscoe
**Subject:** RE: Interesting Information We Wanted to Pass On...

Troy,
Some other information we found out later last week.

We had a customer that was speaking with the Spares Store looking for p/n 105739-001 and was referred to contact the Small & Medium Business department who referred the customer to a number of places...Insight at 800-467-4448, CDW 800-528-4239 or Micro Warehouse 888-292-5137. The customer came to us and we were able to provide them with a quote.

And another customer started at the Welcome Center and was forwarded to the Small and Medium Business department who referred them to either Ambry at 877-462-6279, PC Part Finder 800-626-4273, or Netstream 972-682-5000. The customer came to us and w were able to provide them with pricing/availability on this part. However customer wanted to know why the difference in pricing...and the three companies above are not part of Compaq.

And we've had three different customers in the last week report that they are not happy with our pricing becuase they were told they could also get memory from American Memory Hotline (not a Compaq department) and folks are referring them to this department and they get to us and want to know why Compaq/HP is higher than the corporate.

Just wanted to forward this information to you that was reported from our customers.
Thanks,
April

-----Original Message-----
**From:** April [mailto:aprilm@mitg.com]
**Sent:** Wednesday, May 21, 2003 3:29 PM
**To:** Troy Bloomquist
**Cc:** Ronald Haught Jr.; Teresa Koch; Suzi Briscoe
**Subject:** Interesting Information We Wanted to Pass On...

We were told some interesting information the last couple of days and I wanted to pass this information on...specifically:
On Monday (5/19/03) **Lyle from the Warranty group** referred a customer to do any of the following for

EXHIBIT 15
Deponent Crowley
Date 9/28/04  Rptr RL
DEPOBOOK

MITG 0101

1/29/2004

purchasing part number 306577-001 (This part is available on CSN for $25 our cost, $29 customer cost.): He told her she could contact an Authorized Service Provider in her area, she could contact the Spares Store at 1-800-225-5385, she could contact HP Online Parts at 1-800-848-4589 (that's us), or she could go to Ambry 1-214-357-5710. (I went to the Ambry site and this part is selling for $55.00). But, why would technical support refer someone to Ambry when this is a part that is available from CSN? Case number was given NA030519046066.

Tuesday 05/20/03:

A customer called the Welcome Center looking to order part number 386504-B21, and routed to an auto attendant after choosing some options for what she was needing she was transferred to Eric Bowen. She explained what she needed and he referred her to call 800-888-5858 (Small and Medium Business). She spoke with Sony at the Small and Medium Business dept and he explained that they no longer sell this item and he referred her to contact Super Warehouse at 800-814-5410. The customer ended up getting to us and gave us this information so I called Super Warehouse and got their website www.superwarehouse.com this is a site that does not appear to be an HP site and sells all different kinds of products.

My question on both of these is why would our internal representative be referring customers to places that are not Compaq/HP?

Wanted to share this info...
Thanks,
April

From: ron [mailto:rdhj@mitg.com]
Sent: Monday, January 12, 2004 11:07 AM
To: 'Terri Welch'; 'Teresa M Koch'; 'Richard Rice'
Subject: RE: Feedback from GlobalOnlineParts.com Customer
Importance: High

Very interesting.. I think that we might include a portion of this into our letter. TERESA.. and explain or better yet.. ask WHY are you referring business to the outside.. when we give you profit to allow us to fill these orders...

MITG 0430



MITG, Inc

217-214-7299 ext 7111

Direct Dial 214-214-7111

Fax-217-214-7211

http://www.mitg.com <http://www.mitg.com/>

rdhj@mitg.com

The information contained in this e-mail message is PRIVILEGED AND CONFIDENTIAL, and is intended for the use of the addressee and no one else. If you are not the intended recipient, please do not read, distribute, reproduce or use this e-mail message (or the attachments) and notify the sender of the mistaken transmission. Thank you.

---

From: Terri Welch [mailto:twelch@mitg.com]
Sent: Monday, January 12, 2004 10:50 AM
To: Ronald Haught Jr.; Teresa M Koch; Richard Rice
Subject: FW: Feedback from GlobalOnlineParts.com Customer

I thought the info from HP below was interesting. Especially the fact that they refer him to Netstream, PC Nation and Ambry.

Also, I don't know who is incorrect (HP or Kim) in regard to the information...would be interesting to know.

Terri A. Welch

Director of Administrative Services

MITG, Inc.

4220 Kochs Ln

Quincy IL 62305


Direct line: 217-214-7118

Fax: 217-214-7204

Email: twelch@mitg.com

MITG 0431

The information contained in this e-mail message is PRIVILEGED AND CONFIDENTIAL, and is intended for the use of the addressee and no one else. If you are not the intended recipient, please do not read, distribute, reproduce or use this e-mail message (or the attachments) and notify the sender of the mistaken transmission. Thank you.

-----Original Message-----
From: Morris, Toby L. [mailto:toby.l.morris@saint-gobain.com]
Sent: Monday, January 12, 2004 10:44 AM
To: 'info@globalonlineparts.com'
Subject: RE: Feedback from GlobalOnlineParts.com Customer

Below is a letter that I received from a previous inquiry with HP/Compaq.

The letter gave me the part # showing the RW drive available, I currently have the DVD installed; The Notebook is just not much use to me without the CD-RD.

---

Please retain this line in all replies: <ID:215504-370502845>

---

Dear HP Customer,

Thank you for contacting HP eServices.

This is in response to your e-mail regarding the Armada E500 Notebook.

From your e-mail, we understand that you wish to purchase the CD-RW drive.

To purchase the CD-RW drive please refer to the information below:

CD-RW Drive the spare part number is 153992-001.

For spare parts and prices, you can visit the following link:

MITG 0432

or HP Online Parts at:

http://www.compaqonlineparts.com/cust/index.asp (Phone: 800-848-4589 )

For more options, we recommend searching the Internet. Here are some examples:

1) Netstream at http://www.cpqparts.com

2) PC Nation at http://www.pcnation.com

3) Ambry at http://www.ambry.com

You can also contact a service center to have the part ordered for you. You can find the closest service center here:

http://compaq.infonow.net/bin/findNow?CLIENT_ID=COMPAQ_BUS_USA&MARKET=SERVICE

Please e-mail us in case of any further questions and we will be glad to assist you.

Thank you,

HP eServices


==== Created - toby.l.morris@saint-gobain.com - 1/7/04 11:11:37 AM ====

webform_submit_time : Wed Jan 07 2004 12:09:35

remote_host : atwnt947.external.hp.com

language : English [en]

template : CPQ_NOTEBOOKS

product_name : Armada E500

first_name : Toby

last_name : Morris

email_address : toby.l.morris@saint-gobain.com

MITG 0433

phone_number : 254-918-6462

Toby Morris
Senior Control Technician

2770 West Washington Street
Stephenville, TX. 76401
Tel.: (254) 918-6462 . Fax: (254)968-6993
e-mail: toby.l.morris@saint-gobain.com

-----Original Message-----
From: info@globalonlineparts.com [mailto:info@globalonlineparts.com]
Sent: Monday, January 12, 2004 9:16 AM
To: toby.l.morris@saint-gobain.com
Subject: Re: Feedback from GlobalOnlineParts.com Customer

Toby,


   On the Armada E500, i do not show that it can accept a cdrw drive. It can use a DVD rom but not a cdrw. If you have any further question, you may contact me or Compaq's technical support at 1-800-474-6836.


Kimberly

----- Original Message -----

From: toby.l.morris@saint-gobain.com


To: webmaster@globalonlineparts.com

Sent: Monday, January 12, 2004 8:43 AM

Subject: Feedback from GlobalOnlineParts.com Customer


Name    :Toby Morris
Email   :toby.l.morris@saint-gobain.com
About   : Question
Proiority: Normal


Comment: Compaq Armada E500
CD-RW Drive Part # 153992-001
Is this a good part No. for replacement of standard cd-r for one that will read/write and what is the price?

MITG 0434

The information contained in this e-mail message is PRIVILEGED AND CONFIDENTIAL, and is intended for the use of the addressee and no one else. If you are not the intended recipient, please do not read, distribute, reproduce or use this e-mail message (or the attachments) and notify the sender of the mistaken transmission. Thank you.

MITG 0435