**E-FILED**
Wednesday, 01 February, 2006  04:41:33 PM
Clerk, U.S. District Court, ILCD

| | |
|---|---|
| From: | rdhj@mitg.com |
| Sent: | Friday, March 22, 2002 11:34 AM |
| To: | Troy Bloomquist |
| Cc: | Mike Lauber (MITG) |
| Subject: | orders / calls |

Troy,

the calls at CPdirect.. seem to be slow (very slow) this week.. Is there any idea why the calls are not being sent here???? and is the tech support call still on?

Please advise..

thanks
ron



MITG 068

| | |
|---|---|
| From: | rdhj@mitg.com |
| Sent: | Thursday, April 18, 2002 10:34 AM |
| To: | Troy Bloomquist |
| Subject: | INfo |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Orange |

Troy,

Can you get me more calls.. We are sending 4-6 people home a day because the calls are not increasing... We will have the web tool in place very quickly.... But I need to keep these people busy....

Please advise of the status of this issue... and hope your day is getting better then the rest of the week.

ron

**Ronald D. Haught Jr.**
President / CEO - MITG, INC.
# 17 Northport Plaza
Hannibal, MO. 63401
(573) 221-0535 Phone
(573) 221-0599 Fax

MITG 069

ron

| | |
|---|---|
| From: | rdhj@mitg.com |
| Sent: | Thursday, June 13, 2002 8:55 AM |
| To: | Troy Bloomquist; troy.bloomquist@hp.com |
| Cc: | Mike Lauber (MITG) |
| Subject: | calls |

Troy,

Can you advise why the number of calls is down over the past week or so... ?? any ideas????

ron

MITG 070

From: rdhj@mitg.com
Sent: Tuesday, September 03, 2002 1:58 PM
To: troy.bloomquist@hp.com
Subject: just FYI

Follow Up Flag: Follow up
Flag Status: Orange

Calls are way the hell down.... Can you help me....

Needing more volume.. they are down below 500 per day...

RON..

call my cell.. if you can...

MITG 071

**From:** rdhj@mitg.com
**Sent:** Monday, October 21, 2002 4:22 PM
**To:** Troy Bloomquist
**Subject:** call volume

**Importance:** High

Troy,

you told me that you could check into the calls today.. I know that you did not have time.. but if you would, could you please try to find out why our calls are getting lesser and lesser... this is really starting to worry me... I need it to increase.. not dwindle...

ron

MITG 075

ron

| | |
|---|---|
| From: | Bloomquist, Troy [Troy.Bloomquist@hp.com] |
| Sent: | Monday, October 21, 2002 4:44 PM |
| To: | rdhj@mitg.com |
| Subject: | RE: call volume |

I've made the request. Andover only took 540 calls on Friday vs 436 for us. I will try to get you an answer by the end of week. It not just a matter of pushing a button to send over calls. I will call you tonight!

-----Original Message-----

| | |
|---|---|
| From: | rdhj@mitg.com [mailto:rdhj@mitg.com] |
| Sent: | Monday, October 21, 2002 4:22 PM |
| To: | Bloomquist, Troy |
| Subject: | call volume |
| Importance: | High |

Troy,

you told me that you could check into the calls today.. I know that you did not have time.. but if you would, could you please try to find out why our calls are getting lesser and lesser... this is really starting to worry me... I need it to increase.. not dwindle...

ron

MITG 076

1

From: rdhj@mitg.com [mailto:rdhj@mitg.com]
Sent: Wednesday, July 24, 2002 8:10 AM
To: troy.bloomquist@hp.com
Subject: Calls
Importance: High

Troy,

Just an FYI the number of calls seems to be dropping off.. We are down about 100 per day over the past 2 weeks. Was just wondering if you have heard anything.. or if you have had a spare sec. to try to get us more volume...

Please advise,

RON

MITG 0482

From: rdhj@mitg.com [mailto:rdhj@mitg.com]
Sent: Monday, April 07, 2003 3:45 PM
To: Troy Bloomquist
Subject: Call volume
Importance: High

I know that you have alot on your plate.. just FYI our calls are going to be under 300 today. If you could put it on your agenda for sometime within the next week or so to get with the Call Center person or tell me who to call and what to say.. That would be super.. The much reduced call volume is starting to hurt!!!

I know you have about 1000 other things to do this week.. just wanted to put this on your short term list..

Thanks

MITG 0486

From: rdhj@mitg.com [mailto:rdhj@mitg.com]
Sent: Friday, April 04, 2003 3:55 PM
To: Troy Bloomquist
Subject: call logs

Troy,

Can you forward on to me the call stats from the other divisions. Our call volume is really sucking BAD.. and we are just wanting to see if it is across the board or not???

Please advise..

ron

MITG 0487