E-FILED
Wednesday, 01 February, 2006  04:41:50 PM
Clerk, U.S. District Court, ILCD



October 30, 2003

Ronald D. Haught Jr.
President/CEO
MITG Inc.
4220 Koch's Lane
Quincy, Illinois 62305

Delivered via UPS Overnight

Re: Termination Notice of Standard Support Agreement between Compaq Direct, Inc. (now Hewlett-Packard Company (HP)) and Midwest Information Technology Group (MITG) Inc., entered into on February 7, 2002.

Ronald Haught;

This letter shall serve as notice that HP will Terminate the referenced Agreement pursuant to section 7; Term;Termination Fee, paragraph A in which termination notification will be given sixty (60) days prior to the renewal date. The effective date of termination will be February 7, 2004.

Nothing herein this Termination Notice shall mean to Terminate or affect any other Agreement(s) between HP and MITG.

Any and all questions regarding this notice shall be directed to me at the address, telephone, or fax information listed below. No other agreements oral, written, or other shall be effective to, nor modify this Notice unless it is in writing by me. No communications with any HP personnel regarding this notice shall be considered binding on behalf of HP that are not communicated in writing by me

Sincerely

*Kristin Triolo*

Kristin Triolo
West and Central Sub-Region Manager
HP Services Resale Procurement
Hewlett-Packard Company
7887 Sitio Abeto
Carlsbad, California 92009
(760) 943-8199 Office
(760) 518-3155 Cell
(760) 943-8277 Fax

cc: Sheryl Williams        Lynn Farlin
    Bill Crowley           Louise Meyerfield
    Shari Ellis            Randy Wagner
    Charlie Boyle

MITG 08