Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE CENTRAL DISTRICT OF ILLINOIS
 2                     SPRINGFIELD, DIVISION

 3   HEWLETT-PACKARD            ) CIVIL ACTION NO. 04-3055
     DEVELOPMENT COMPANY, L.P., )
 4   HEWLETT-PACKARD COMPANY    )
     AND COMPAQ TRADEMARK B.V., )
 5                              )
              PLAINTIFFS,       )
 6                              )
     VS.                        )
 7                              )
     MIDWEST INFORMATION        )
 8   TECHNOLOGY GROUP, INC.,    )
     AND MICHAEL LAUBER,        )
 9                              )
              DEFENDANTS.       )
10   ---------------------------

11
                         DEPOSITION OF
12                       DEBRA P. BROADY

13                   TAKEN ON BEHALF OF
                           DEFENDANTS
14

15         DEPOSITION OF DEBRA P. BROADY, taken

16   before Cynthia Craig, General Notary Public within

17   and for the State of Nebraska, beginning at

18   1:00 p.m., on October 14, 2004, at the

19   Hewlett-Packard Office, 10810 Farnam Drive, Omaha,

20   Nebraska.

21

22

23

24

25
```

Page 2

```
             A P P E A R A N C E S
 1
 2  FOR THE PLAINTIFFS:
    MS. ELIZANN CARROLL
 3  THOMPSON & KNIGHT, LLP
    1700 Pacific Avenue, Suite 3300
 4  Dallas, Texas 75201
    (214) 969-1700  FAX 969-1751
 5
    FOR THE DEFENDANTS:
 6  MR. JAMES A. HANSEN
    SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL
 7  525 Jersey
    P.O. Box 1069
 8  Quincy, Illinois 62306
    (217) 223-3030  FAX 223-1005
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
            I N D E X
 1
 2  CASE CAPTION .................... Page  1
    APPEARANCES ..................... Page  2
 3  INDEX ........................... Page  3
    TESTIMONY ....................... Page  6
 4  REPORTER CERTIFICATE ............ Page 60
    COST CERTIFICATE ................ Page 61
 5  READ & SIGN LETTER .............. Page 62
    ERRATA SHEET .................... Page 63
 6
    DIRECT EXAMINATION:
 7      By Mr. Hansen................ Page  4
 8
```

Page 4

1   (Whereupon, the following proceedings were had,
2   to-wit:)
3        COURT REPORTER: Are there any
4   stipulations?
5        MR. HANSEN: No stipulations.
6        DEBRA P. BROADY,
7        having been first duly sworn,
8   was examined and testified as follows:
9        DIRECT EXAMINATION
10  BY MR. HANSEN:
11      Q. Go ahead and state your name for the
12  record.
13      A. Debra Broady.
14      Q. You're employed with HP?
15      A. Yes, I am.
16      Q. How long have you been here?
17      A. Four years.
18      Q. Well, what is your title now?
19      A. Business analyst.
20      Q. Have you been in that position for
21  four years?
22      A. No.
23      Q. What did you start out as?
24      A. EDI programmer analyst.
25      Q. Okay. EDI program --

Page 5

1       A. Programmer analyst.
2       Q. And how long were you in that role?
3       A. For probably about a year and a half.
4       Q. How long have you been a business analyst?
5       A. Since February.
6       Q. '04?
7       A. Yes.
8       Q. And you've been here for four years. What
9   did you do before you were an EDI programmer
10  analyst?
11      A. I was a Middleware programmer analyst.
12      Q. Was that your involvement in the project
13  with MITG?
14      A. Yes, it was.
15      Q. Okay. How long were you the Middleware
16  programmer analyst?
17      A. Two and a half years, whatever the
18  difference.
19      Q. Was that the first job you had here, was
20  the Middleware?
21      A. No, my first job was EDI programmer
22  analyst.
23      Q. Then you went to Middleware?
24      A. Yes.
25      Q. Then you went to EDI business analyst?

2 (Pages 2 to 5)

D. BROADY - Direct (By MR. HANSEN)

Page 6

1  A.  Yes.
2  Q.  What's your educational background?
3  A.  I'm currently working on a bachelor's in
4  business management. I do have an associate's in
5  AS/400 programming.
6  Q.  Okay. Where is that from?
7  A.  My associate's is from Metro Community
8  College.
9  Q.  Is that here in Omaha?
10 A.  Yes.
11 Q.  Where are you working on your bachelor's
12 at?
13 A.  Bellevue University.
14 Q.  Bellevue, Nebraska.
15 A.  Yes.
16 Q.  Did you graduate high school?
17 A.  Yes.
18 Q.  Okay. Are you from around the area here?
19 A.  No.
20 Q.  Okay. What did you do before you came to
21 HP?
22 A.  I was an EDI programmer analyst.
23 Q.  Where at?
24 A.  Werner Enterprises.
25 Q.  Is that W-E-R-N-E-R, the trucking company?

Page 7

1  A.  Yes.
2  Q.  How long were you with Werner?
3  A.  Approximately three years.
4  Q.  Okay. You live in Omaha?
5  A.  I live in Papillion.
6  Q.  Okay. Let's get to the job duties and
7  responsibilities you had as a Middleware programmer
8  while at HP.
9  A.  I was responsible for developing
10 Middleware applications. That's pretty much it.
11 Q.  Okay. I got some testimony this morning
12 from Ms. Urwin. She said she was a VISTA programmer
13 on the VISTA order entry side, that there's web
14 programmers over here and that Deb Broady was with
15 the Middleware which is kind of in the middle, would
16 you agree?
17 A.  Makes sense.
18 Q.  In a nutshell?
19 A.  Yeah.
20 Q.  Okay. In laymen's terms so I can
21 understand it.
22     Were you the individual that in the
23 Middleware -- Middleware programmer analyst position
24 helped create the interface between MITG and VISTA?
25 A.  Yes.

Page 8

1  Q.  Okay. Who did you report to, is it
2  Exendine?
3  A.  Yep.
4  Q.  Okay. Were you involved in the creation
5  of the -- well, let me back up.
6     How do you want me to refer to it:
7  Middleware, XML, interface? Are they all synonymous
8  if I use them interchangeably, or what would you
9  prefer?
10 A.  Middleware.
11 Q.  Middleware?
12 A.  Yeah, it's a little more than just XML,
13 but, yeah, our group is referred to as Middleware.
14 Q.  XML, would you agree, is kind of an e-mail
15 string of data that's securely encrypted for this
16 instance, it was that way because there was credit
17 card transactions going back and forth in a very
18 generic sense?
19 A.  Sure.
20 Q.  Well, tell me, what does XML mean to you?
21 A.  XML is just a format, a format of data
22 that comes across.
23 Q.  Fields of data, is that --
24 A.  Yes.
25 Q.  Okay.

Page 9

1  A.  It's a very specific format.
2  Q.  And the Middleware, were you in your
3  position as a programmer analyst for the entire time
4  of that project for the MITG deal?
5  A.  Yes, I was.
6  Q.  Okay. Is there anyone else besides
7  yourself in the Middleware group that was involved
8  in that with MITG?
9  A.  Primarily I dealt with --
10 Q.  Okay. Is there anyone more knowledgeable
11 or involved than you were on the Middleware side?
12 A.  Probably not, no.
13 Q.  Okay. It's my understanding and there's
14 been testimony that the reason the Middleware idea
15 came about and MITG was approached was to enhance
16 efficiencies and eliminate the double order entry
17 that was ongoing when an order was received at the
18 MITG tool and it had to be manually keyed in again
19 in VISTA, is that your understanding?
20 A.  That was my understanding.
21 Q.  Okay. And prior to -- well, let me ask it
22 this way: Did you have any other involvement with
23 MITG other than Middleware?
24 A.  No.
25 Q.  Okay. Prior to -- strike that.

3 (Pages 6 to 9)

D. BROADY - Direct (By MR. HANSEN)

Page 10

1    So there was not a tool or system in place
2    that -- prior to this project -- when I refer to the
3    project I'm talking about the Middleware with MITG,
4    that was allowing MITG and VISTA to interface?
5    A.   Not that I'm aware of.
6    Q.   Okay. And is it your understanding that
7    the Middleware was to create that tool that would
8    allow orders to come into MITG's web site and be
9    directly placed into the VISTA system?
10   A.   Yes.
11   Q.   Okay. And was there any XML interfaces
12   linking to VISTA from any other outside web sites
13   prior to the one created with MITG?
14   A.   What do you mean by outside web sites?
15   Outside of our --
16   Q.   Customers, General Motors, General
17   Electric, MITG vendors?
18   A.   That had their own web site that was
19   linked up through our firewall?
20   Q.   Sure.
21   A.   Not that I'm aware of.
22   Q.   Okay.
23   A.   I can't think of any, no.
24   Q.   Was there any -- for instance, did
25   Microsoft have the capability to have an XML

Page 11

1    interface through any Compaq web site directly into
2    VISTA prior to this project with MITG?
3    A.   Prior to, yes.
4    Q.   Okay. What was that interface?
5    A.   I believe it was our Version 2.
6    Q.   Version 2 of what?
7    A.   Version 2 of the XML format that came in.
8    Q.   Okay. Was that a direct interface link
9    between Microsoft and VISTA?
10   A.   No.
11   Q.   Okay. That's my question. Was there any
12   direct interface link between Microsoft or any other
13   entity directly into VISTA?
14   A.   No.
15   Q.   Okay. Microsoft had an XML -- excuse me,
16   Microsoft had a Middleware I'll call it link with
17   what now, Version 2.0, which was what?
18   A.   So that's just a format, an XML format,
19   and that's how we define that flow of orders that
20   came in.
21   Q.   Okay. Let me ask it this way: Did
22   Microsoft or any other entity have the ability to go
23   to a web site and place an order and have that order
24   directly linked into VISTA prior to the Middleware
25   that was developed with MITG?

Page 12

1    A.   Not directly. There's some hops it takes
2    before it gets to us.
3    Q.   Are you aware of Microsoft or any other
4    entity now having the Middleware interface link
5    directly into VISTA now?
6    A.   No, I'm not aware of that.
7    Q.   Okay. You said it had to take some hops,
8    what's that mean?
9    A.   When the order comes in and is placed
10   through that web site or web tool it -- all of these
11   web sites interface with another Middleware solution
12   that is not within our group at HP Direct called web
13   methods, and that web methods in turn takes that --
14   those orders and sends them to the ASP that is
15   within the HP Direct domain I guess is --
16   Q.   Is that -- the ASP page is that --
17   A.   Yes.
18   Q.   -- is that VISTA?
19   A.   No.
20   Q.   Okay. Does then ASP page send the
21   information then to VISTA?
22   A.   No, it sends it to me.
23   Q.   To you?
24   A.   Yes.
25   Q.   What do you do with it?

Page 13

1    A.   Then I take that XML format and I convert
2    into it flat file format.
3    Q.   To then send on to VISTA?
4    A.   And then send it to VISTA.
5    Q.   Okay. We're talking about the current
6    arrangement with HP for various web sites that
7    there's a tool that will interface with Middleware
8    technology called web methods; is that correct?
9    A.   Yes, to the best of my ability, that still
10   happens today.
11   Q.   Okay. Were you asked or did you help
12   develop the web methods that you --
13   A.   No.
14   Q.   Okay. Have you ever had your deposition
15   taken before?
16   A.   No.
17   Q.   Okay I'm sure you met with Ms. Carroll and
18   she told you the backgrounds and guidelines for
19   today. I'll just go over them real quick.
20        We need you to answer out loud so if you
21   give a nod of the head or an uh-huh or huh-uh, I'm
22   probably going to step in and ask what your answer
23   is again because it's being typed up.
24        Second of all, if I ask a question you
25   don't understand ask me to rephrase it and I will so

4 (Pages 10 to 13)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

Page 14

1  you can hopefully answer it.
2      And lastly, I know I get a little quick to
3  hop in and ask another question, but I will try to
4  allow you to answer your -- to give your answer to
5  the end without cutting you off, but at the same
6  time you're going to have to allow me to ask the
7  question because we can't get two people talking at
8  the same time.
9      So the web methods you weren't asked to
10 develop or help out with at all?
11     A. No.
12     Q. Okay. What was your involvement in the
13 project with MITG for the Middleware?
14     A. I took their XML order and formatted it
15 into a flat file format and sent it to VISTA.
16     Q. You said you took the XML order, created
17 it into a flat file to send on to VISTA is that --
18 is that correct?
19     A. I -- there's a specific word I'm looking
20 for. I formatted it into a flat file format and
21 sent it to VISTA because they cannot read XML.
22     Q. Okay. Let me show you what's previously
23 been marked -- did Ms. Urwin run off with my
24 exhibits? As Exhibit V in this case, which is the
25 business requirements for OD 2001-522. I'm not

Page 15

1  going to go over everything in here with you.
2      Would you agree this is the project for
3  the Middleware -- have you seen this document
4  before?
5      A. Yes.
6      Q. And abstract was to create an interface
7  between Compaq service part's web tool and VISTA web
8  site to VISTA, VISTA to web site, do you see that?
9      A. Yes.
10     Q. Do you understand this to be the document
11 that was one of the versions developed for the
12 interface with MITG and VISTA?
13     A. Yes.
14     Q. Okay. Now, what -- on business processes,
15 Page 8, if you could go through that, tell me which
16 of those activity numbers you were involved in, and
17 it may help you out to speed things along if you
18 look to the right it says business delivery owner.
19     If it was Ronnie Haught at MITG I'll
20 assume unless you tell me differently that you
21 weren't involved in that part, but I want to look to
22 your boss, Mr. Exendine?
23     A. Yes.
24     Q. Okay. So, for instance, his name appears
25 on No. 6, you know, activity name is Middleware

Page 16

1  solution transfer of data; were you involved in
2  formating or programming that activity?
3      A. Yes.
4      Q. Okay. It says once the order is submitted
5  into the MITG web tool the Middleware solution
6  submits an order into the VISTA order entry system.
7      Did you have to come up with the formating
8  that would create that I guess to the flat file so
9  VISTA could read it?
10     A. I don't understand the question.
11     Q. Well, you said VISTA couldn't read the XML
12 as it came in from MITG, so what did you have to do
13 to I guess create the Middleware solution that would
14 allow VISTA to accept it directly into that system?
15     A. I put it into the flat file format that
16 was already existing.
17     Q. The flat file format already existing here
18 at Compaq?
19     A. Yes.
20     Q. Okay. Did that flat file format have the
21 information that is indicated there, it says the
22 following information is sent to VISTA, account
23 number, billed to, shipped to, do you see where I'm
24 reading from?
25     A. Yes.

Page 17

1      Q. So were you taking the XML and putting it
2  into that flat file format that existed as listed
3  there?
4      A. Yes.
5      Q. Okay. Then flip over to activity
6  No. 10 on Page 8, the order acknowledgement, did you
7  create that solution? Once credit card approval is
8  obtained, the Middleware solution submits the order
9  number and nontaxable order total to MITG's web
10 tool.
11     Was that already in existence here or did
12 you have to create something to send the
13 acknowledgement back to MITG?
14     A. We had to create a program that would
15 specifically post it out to MITG's ASP page.
16     Q. Okay. Was there any programs that were
17 previously operating in the XML as an interface with
18 the web site like that here at Compaq that would
19 post an acknowledgement?
20     A. Yes.
21     Q. With who? Was it, you know,
22 General Motors, Wells Fargo, was it web sites, what
23 are we talking about?
24     A. It was ASP pages, like for our SMB.
25     Q. Small business group?

5 (Pages 14 to 17)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

D. BROADY - Direct (By MR. HANSEN)

Page 18

1   A.  Small/medium business, yes.
2   Q.  When you say ASP pages are you talking
3   about web sites?
4   A.  Yes.
5   Q.  Okay. Do you recall what that -- for
6   instance, for the small/medium business web site
7   what was it?
8   A.  I have -- I don't know.
9   Q.  Okay. If that was already being done why
10  then did you have to kind of reinvent the wheel with
11  MITG?
12  A.  Because it was a completely different web
13  site.
14  Q.  So anytime a new web site was created --
15  or excuse me, anytime a new web site was being used
16  the interface had to be recreated?
17  A.  Pretty much, yes.
18  Q.  Okay. What was different I guess about
19  the MITG web site?
20  A.  The format of their order acknowledgement
21  was not the standard format that we were using for
22  other interfaces. The ASP page was different and
23  the queue that I picked that message out of was
24  different.
25  Q.  Okay. Tell me what you mean when you say

Page 19

1   the queue you picked the message out of was
2   different, what -- who was the --
3   A.  We used queuing technology to send our
4   orders to VISTA and for VISTA to send to
5   acknowledgements back to us, and we used that
6   queuing technology not only for orders but any other
7   kind of communication methods that we may do back
8   and forth with VISTA.
9   Q.  Okay. So the ASP page was different, does
10  that mean it was just a new www. whatever it was?
11  A.  Yes.
12  Q.  Do you know what the web pages were that
13  you had the interface with VISTA already created
14  for, their specific --
15  A.  No.
16  Q.  -- domain names?
17  A.  No.
18  Q.  Okay. Do you know if that was for
19  instance -- well, let me back up.
20      We can agree that this is premerger time,
21  correct?
22  A.  Yes.
23  Q.  Okay. So let's take, for instance,
24  www.compaq.com, do you know if that was being used
25  as an order entry point for customers for parts?

Page 20

1   A.  I don't know.
2   Q.  Okay. Can you tell me if there was an XML
3   interface created between VISTA and any parts
4   ordering that came off of compaq.com?
5   A.  I do not know.
6   Q.  Okay. Do you know if there was any
7   web-based ordering ongoing for parts prior to the
8   domain names that MITG set up?
9   A.  No.
10  Q.  Okay. But let me be clear on this, so you
11  do recall though that you had previously set up XML
12  interfaces linking web sites directly into VISTA for
13  order systems -- for ordering of parts prior to the
14  one developed with MITG?
15  A.  That was already set up, yes.
16  Q.  Okay. That being the interface?
17  A.  Yes.
18  Q.  Okay.
19  A.  Those interface, orders coming in,
20  acknowledgements going out.
21  Q.  But were those interfaces an XML interface
22  or were they an EDI interface?
23  A.  XML.
24  Q.  Okay. Who were they with?
25  A.  They were with SMB, public sector.

Page 21

1   Q.  Internal Compaq divisions?
2   A.  Yes.
3   Q.  Okay. Was there any with any -- was there
4   any XMLs interfacing with any noninternal Compaq
5   entity?
6   A.  No.
7   Q.  Okay. Ms. Urwin testified earlier that
8   there's two AS/400 physical hardware systems here
9   where one's a test system and one's I'll call it a
10  go-live system?
11  A.  Yes.
12  Q.  Okay. She testified that on that go-live
13  system that there's I'll call them five fingers,
14  okay, five separate divisions all sharing the same
15  program, which is OE 1900. There was spare parts,
16  parts direct, small and medium business, public
17  sector and I can't remember the fifth. Do you know
18  what --
19  A.  Can you name the ones again? There's --
20  Q.  Spare parts, public sector -- I'll go
21  directly to what she said.
22      Spare parts, public sector, parts direct.
23  A.  I think by parts direct you mean partner
24  direct.
25  Q.  Okay. Sorry, partner direct.

6 (Pages 18 to 21)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

D. BROADY - Direct (By MR. HANSEN)

Page 22

1  A.  Okay.
2  Q.  Partner direct, spare parts, small/medium
3  business, public sector, and I forgot the fifth.
4  A.  That would probably be the
5  Version 2 interface that I was talking about.
6  Q.  Okay. Who was the Version 2 -- the
7  Version 2, is that the interface that we just got
8  done talking about --
9  A.  It's one of them, yes -- well, I'm sorry,
10 it's not SMB, small/medium business. SMB and this
11 Version 2 are separate.
12 Q.  Who was Version 2 interfacing with?
13 A.  Another web site that -- an internal
14 Compaq web site that customers can place orders
15 through.
16 Q.  Okay. I guess if there was already an
17 interface in place between Compaq web sites and
18 customers where customers could place orders into a
19 web site that would directly interface with VISTA,
20 why was there a need then to create a new interface
21 with MITG?
22     MS. CARROLL: Objection: Calls for
23 speculation.
24 BY MR. HANSEN:
25 Q.  You can answer.

Page 23

1  A.  Can you rephrase the question?
2  Q.  Sure. You said there was already an
3  interface, XML created this Version 2.0, that
4  interfaced for various Compaq web sites where
5  customers could go to place orders, do you recall
6  just telling me?
7  A.  Yes.
8  Q.  If that's the case and a customer could
9  place an order at a Compaq web site that directly
10 had XML interface into VISTA why was there the need
11 then to recreate that with MITG?
12     MS. CARROLL: Same objection.
13     THE WITNESS: I mean, do you want me to
14 take a guess as to why I believe --
15 BY MR. HANSEN:
16 Q.  Yeah.
17 A.  -- that's the case?
18 Q.  Yes.
19 A.  Because those web sites weren't able to --
20 weren't set up to handle the parts that MITG was
21 sending through.
22 Q.  Were you involved in any discussions that
23 centered around, hey, we already have this XML, just
24 transfer this web site over to them, we've already
25 got the interface with them?

Page 24

1  A.  I was not.
2  Q.  Okay. But you did testify that there was
3  no XML interface to the external Compaq world prior
4  to MITG?
5  A.  Yes.
6  Q.  Yes, that I'm correct in that statement?
7  A.  I did testify to that, yes.
8  Q.  Okay. Now, going back to where I was with
9  this OE 1900, okay, Ms. Urwin testified that
10 previously that all five of those groups that we
11 just talked about prior to spare parts being turned
12 off, were running on the same program and was
13 creating backlogs and problems with the program, and
14 then at some point in time they were all split off
15 to where they had five separate finger arms off the
16 same program, do you understand that to be the case
17 as well?
18 A.  Yes.
19 Q.  Okay. Do you know when that split out
20 occurred?
21 A.  I'm not exactly for sure.
22 Q.  How about the year?
23 A.  2002.
24 Q.  Okay.
25 A.  I believe.

Page 25

1  Q.  After the Middleware project with MITG?
2  A.  (Witness nods head.)
3  Q.  You have to answer out loud.
4  A.  Oh, I'm sorry, that was a question, after
5  the Middleware, was it after?
6  Q.  Yeah, this is dated June 13 of 2001.
7  A.  No, okay, then it must have been 2001. It
8  was around the time we did spare parts service
9  parts.
10 Q.  Ms. Urwin also testified that to her
11 knowledge that these split out fingers all have an
12 XML interface directly into VISTA, is that correct,
13 meaning the spare parts through MITG's web site had
14 an interface with VISTA, that the public sector
15 group has an XML interface directly into VISTA,
16 partner direct has --
17 A.  And that interface was through me.
18 Q.  Right.
19 A.  Through my team.
20 Q.  Yes?
21 A.  Yes.
22 Q.  She said, to the best of her recollection,
23 that, for instance, the public sector interface came
24 after MITG's interface was developed?
25 A.  I can't remember the exact timing. There

7 (Pages 22 to 25)

D. BROADY - Direct (By MR. HANSEN)

Page 26

1 were so many changes going on at that time.
2   Q.  Okay.  Is the public sector group an
3 interface that is direct to the outside Compaq
4 world, meaning directed to -- for instance, she said
5 the public sector was government, education and
6 medical; is that a direct XML interface, for
7 instance, under medical for a hospital into the
8 VISTA order system?
9   A.  No.
10  Q.  What's it a direct interface to?
11  A.  With that web site.
12  Q.  Which is what?
13  A.  I have no idea.
14  Q.  Okay.  No, the -- let's take the hospital
15 example under the public sector, they would go to
16 whatever web site it is we're talking about, for
17 purposes of this hypothetical, assume let's call it
18 www.publicsector.com, so this hospital goes to that
19 site to order parts, that web site, the
20 publicsector.com has the direct interface link to
21 VISTA?
22  A.  No.
23  Q.  Okay.  What does the web site have a
24 direct interface link to?
25  A.  They would send it on to web methods.

Page 27

1   Q.  And HP?
2   A.  Yes.
3   Q.  Okay.  Which then sends it where?
4   A.  To the ASP page.
5   Q.  To you to then place in the VISTA?
6   A.  Yes.
7   Q.  Okay.  Is there any other web site that
8 has a direct link interface into VISTA on the public
9 sector, the partner direct, or the other entities
10 that we mentioned?
11  A.  No.
12  Q.  Okay.  They've all been transferred to HP,
13 it has to go through web methods first?
14  A.  Yes.
15  Q.  Okay.  How about prior to the web methods
16 being developed, did any of those branches have a
17 direct interface from the web site to VISTA?
18  A.  If I remember correctly, partner direct
19 did.
20  Q.  Okay.  And partner direct is -- do you
21 know what the web site is?
22  A.  No.
23  Q.  Do you know what -- is partner direct, you
24 know -- are customers placing orders through there
25 or -- what's your best understanding of what that

Page 28

1 is?
2   A.  That's my best understanding right there.
3 I'm --
4   Q.  Customers would go to a web site, place an
5 order through partner direct, it could link directly
6 to VISTA and then kick out the acknowledgement?
7   A.  Yes, that's my understanding.  I --
8   Q.  Were you --
9   A.  -- am I little -- I mean, that's not my
10 area of expertise.
11  Q.  I understand.  Were you involved in -- you
12 don't need to keep looking at her for assurances on
13 your deposition testimony.
14      MS. CARROLL:  But she can.
15      MR. HANSEN:  Well, you know, and I'll make
16 a note on the record that you keep looking at her
17 and you keep nodding.
18 BY MR. HANSEN:
19  Q.  Did you --
20  A.  I only looked at her once.
21      MS. CARROLL:  Well, I'm going object to
22 your comments on the record about the fact that the
23 witness looked at me once or twice.  She's not
24 looked at me for every answer.  I'm not coaching
25 her, I'm not doing anything and I object to the

Page 29

1 extent that you're trying to suggest that there's
2 something improper going on between me and this
3 witness.
4       Go ahead and ask away.
5 BY MR. HANSEN:
6   Q.  Were you involved in developing that
7 interface for the partner direct?
8   A.  No.
9   Q.  Who from the Middleware side was, was it
10 your group?
11  A.  Yes.
12  Q.  Was it somebody else within your group?
13  A.  Yes.
14  Q.  Okay.  Did that occur after 2001?
15  A.  No.
16  Q.  Okay.  Do you know when that occurred?
17  A.  No.
18  Q.  Then I guess how can you tell me --
19  A.  Well --
20  Q.  -- it didn't -- go ahead.
21  A.  So my group came about in 2000, and
22 that's, you know, some of these interfaces like
23 partner direct already existed.  We just changed it
24 from the original way the orders were coming in;
25 however, that was before we came into existence to

8 (Pages 26 to 29)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

D. BROADY - Direct (By MR. HANSEN)

Page 30

1 going through my group.
2  Q. Okay.
3  A. So however it was before I don't know,
4 prior to my group coming in to the picture.
5  Q. Okay. Are you aware of any customers, for
6 instance, Microsoft, that has the interface ability
7 through Middleware directly into VISTA currently?
8  A. I am not aware.
9  Q. Okay. Are you aware, if I remove
10 Microsoft from it, any customers that have that
11 ability?
12  A. I am not aware.
13  Q. Are you aware if Microsoft or any other
14 customer has a direct interface link to any of the
15 Compaq Houston groups?
16  A. I don't know.
17  Q. Okay. Were you in -- I think you said you
18 left the Middleware programming -- you were there
19 for two and a half years and left that position in
20 February of '04?
21  A. Yes.
22  Q. Okay. Were you involved in designing,
23 creating any interfaces with outside entities after
24 MITG?
25  A. No.

Page 31

1  Q. Okay. Were you involved in creating
2 interfaces for Compaq that involved the same
3 methodology or technology that was developed with
4 MITG?
5  A. Can you clarify?
6  Q. Was this model that was used for
7 developing MITG interface used then for Compaq to
8 create any other interfaces with outside entities?
9  A. No.
10  Q. Okay. No, you weren't involved in that
11 or, no, you don't believe it was ever done?
12  A. I don't believe it was ever done.
13  Q. Okay. If there was testimony that there
14 was various test orders that were run on an
15 interface with Microsoft, were you -- into VISTA
16 system, were you privy to any of that?
17     MS. CARROLL: I'm going to object to the
18 extent that it misstates prior testimony of the
19 witness. You can go ahead and answer.
20     THE WITNESS: Can you ask the question
21 again.
22 BY MR. HANSEN:
23  Q. Sure. Were you involved in any running of
24 testing, for instance, test orders, for any XML
25 interface with Microsoft and Compaq?

Page 32

1  A. So I could have been involved with testing
2 of orders?
3  Q. Throughout a direct interface between
4 Microsoft and Compaq?
5  A. No, I'm sorry.
6  Q. Okay. If Microsoft, for instance, placed
7 an order through what's called the small/medium
8 business group in that web site of which you said
9 the interface with VISTA was in place, was there any
10 way for that order to be routed from VISTA to MITG's
11 web site?
12  A. No.
13  Q. If that happened do you know how that
14 could have happened?
15  A. I guess I'd have to have a specific
16 example.
17  Q. Okay. Say, for instance, Microsoft goes
18 to the small/medium business web site -- strike
19 that.
20     Say Microsoft goes to one of these Compaq
21 web sites you were talking about that had the
22 interface on it and they submit an order, you said
23 that automatically had an interface direct to VISTA
24 prior to MITG, that was a Compaq web site, are you
25 following me?

Page 33

1  A. Okay, yeah.
2  Q. Okay.
3  A. So they --
4  Q. Let me start over.
5     Microsoft goes to, let's say, compaq.com,
6 okay, and submits an order and there's an interface
7 directly with VISTA, correct, you said there was an
8 XML interface that you had created prior to anything
9 with MITG that had that interface between compaq.com
10 or internal web sites?
11  A. That I created?
12  Q. That your group created, there was --
13  A. Yes.
14  Q. -- Middleware interface?
15  A. Yes, I'm sorry.
16  Q. Okay. I probably phrased that improperly
17 by saying you.
18     I mean, there was a Middleware interface
19 in existence, okay, after the Middleware with MITG
20 was created, okay, let's say Microsoft goes to a web
21 site that is MITG owned and places an order that has
22 a direct interface to VISTA, is there any way that
23 that order could somehow come into VISTA and get
24 kicked out to MITG for fulfilling of the order?
25  A. No.

9 (Pages 30 to 33)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

D. BROADY - Direct (By MR. HANSEN)

Page 34

1  Q. Okay. Well, if these groupings, for
2  instance, were still clustered on the AS/400, was it
3  possible for a misrouting like that to occur?
4  A. You mean before we split off?
5  Q. Correct.
6  A. No.
7  Q. Why not?
8  A. Because it used separate queues and we
9  knew where the order originated, where that order
10 needed to go, what queue that order needed to be
11 sent to.
12 Q. Okay. Assume that after the MITG
13 Middleware interface was created that there were
14 orders for Microsoft that were reviewed and released
15 by VISTA and sent to MITG that did not originate on
16 MITG's web site, how would that have occurred?
17     MS. CARROLL: I'll object to that as
18 assuming facts not in evidence. Go ahead.
19     THE WITNESS: I don't know. I don't know
20 how that would happen. It -- my understanding is it
21 would have to be under the service parts account
22 number.
23 BY MR. HANSEN:
24 Q. What would have to be under?
25 A. Whatever these orders are that are in

Page 35

1  there.
2  Q. Okay. What does that have to do with how
3  the order then could possibly end up in MITG if it
4  came in from a different web site?
5  A. I mean, my understanding is service parts
6  had their own specific account numbers that they
7  used, and if these were under a certain account
8  number they were considered service parts and --
9  Q. Okay. I guess what I'm saying or what I'm
10 asking is, let's say, Microsoft goes to one of these
11 other web sites, small/medium business, partner
12 direct, whatever, and places an order for Spare Part
13 No. whatever, 12345, and uses the interface with
14 VISTA from that web site, was it possible then for
15 once VISTA got it, reviewed it and released it to
16 send it to MITG?
17 A. I don't see how it is possible.
18 Q. Okay. Are you aware of any customers that
19 have a direct XML interface with any Compaq web site
20 currently?
21 A. I'm not aware.
22 Q. Is there any XML interfaces currently with
23 a group called IPR, stands for IP Revolution?
24 A. Not that I'm aware of.
25 Q. Were you involved in any of that, any work

Page 36

1  with IP Revolution to create a Middleware interface?
2  A. No.
3  Q. Again, have you heard of any situation
4  occurring such as the one we talked about where a
5  Microsoft order, for instance, that didn't come from
6  the MITG web site but VISTA reviewed it, released
7  it, approved it and resubmitted it back to MITG,
8  have you ever heard of that taking place?
9  A. Not to my recollection.
10 Q. And what I'm talking about is basically a
11 nonMITG generated order that is being sent to MITG
12 to fill through a VISTA review and release.
13 A. I don't remember, that doesn't ring a bell
14 at all.
15 Q. Okay. What was the last Middleware
16 interface that you set up prior to leaving that
17 Middleware role with VISTA?
18 A. That would be the one with MITG.
19 Q. How many -- in the two and a half years
20 that you were at the Middleware position, how many
21 interfaces such as the one with MITG were you
22 involved in creating?
23 A. Creating?
24     MS. CARROLL: Objection.
25

Page 37

1  BY MR. HANSEN:
2  Q. Or formating, whatever you want to call
3  it?
4  A. Creating from beginning to end would be --
5  MITG would be the only one.
6  Q. How about tweaking or modifying?
7  A. How many --
8  Q. Uh-huh.
9  A. -- was I involved in?
10 Q. How many?
11 A. All of them.
12 Q. How many, was it a weekly thing?
13 A. Yes, we were constantly adding features,
14 modifying.
15 Q. Okay. Were those for -- were all of those
16 for Compaq related web sites?
17 A. Yes.
18 Q. Okay. Was there any for any outside
19 entities such as MITG where you didn't have to
20 create the entire thing but just had to tweak or
21 modify some areas?
22 A. No.
23 Q. Okay. Ms. Urwin, unfortunately for you,
24 gave me your name as the person to probably ask some
25 questions of, so she indicated something along the

10 (Pages 34 to 37)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

D. BROADY - Direct (By MR. HANSEN)

Page 38

1 lines that Microsoft currently can interface, for
2 instance, through web methods with Compaq in
3 Houston, but then she was not aware of a direct XML
4 Middleware link to Omaha, and she said, well, I'd be
5 better off asking Ms. Broady about that.
6          Do you know the web sites that Houston
7 uses?
8     A.   No.
9     Q.   Okay. Are you aware of the interface
10 Microsoft has to the web methods from Compaq
11 Houston?
12    A.   I'm speaking just from my understanding of
13 how Microsoft orders work, and I mean, yeah, that
14 flowed through what I did.
15    Q.   Through the Middleware?
16    A.   Through -- yes, our Middleware group.
17    Q.   Okay. And would those orders flow to
18 Omaha to the VISTA order entry system?
19    A.   Yes.
20    Q.   Okay. And would those orders flow through
21 an interface that your group created?
22    A.   Yes.
23    Q.   Okay. And that interface was created
24 after the interface with MITG?
25    A.   No.

Page 39

1     Q.   Okay. Well, I asked you earlier if there
2 was any interface with the internal world prior to
3 MITG, and you said no. Maybe you and I just aren't
4 on the same page.
5     A.   You asked me earlier what was --
6     Q.   If there was any external interface
7 between VISTA and any customer on the outside world,
8 and you said, no, they were all internal Compaq
9 related?
10    A.   Right.
11    Q.   Okay. What is the Microsoft interface
12 then that we're talking about right now?
13    A.   I thought it was -- my understanding of
14 the Microsoft interface is it comes in through that
15 web site that Compaq has.
16    Q.   Okay. Is that through the group in
17 Houston?
18    A.   Yes.
19    Q.   Okay. Do you know when that interface was
20 created for the Houston group?
21    A.   I don't know.
22    Q.   Okay. Were you involved in creating it?
23    A.   No.
24    Q.   Okay. Do you know if it was before or
25 after the interface with MITG?

Page 40

1     A.   This interface was already existing. It
2 was before MITG came on board.
3     Q.   Do you know if there were any interfaces
4 for the Houston group that have been created after
5 the interface with MITG?
6     A.   I -- through my Middleware group?
7     Q.   (Counsel nods head.)
8     A.   I'm not aware of any.
9     Q.   Is there a Middleware group in Houston?
10    A.   I'm sure there is.
11    Q.   Okay. If there is an interface that
12 Microsoft is using with the Houston group, is it an
13 interface that sends the orders directly to VISTA
14 here in Omaha?
15    A.   I'm sorry, can you state the question
16 again?
17    Q.   If Microsoft has an interface with the web
18 sites, let's say, that are being run by the Houston
19 group, does that interface directly submit the order
20 to VISTA?
21    A.   Through --
22    Q.   The web site, whatever it is now,
23 compaq.com, whatever?
24    A.   The web site submits it through all the
25 different channels that we discussed before through

Page 41

1 us and into VISTA.
2     Q.   Is there any direct interface between any
3 of those Houston groups and VISTA that doesn't have
4 to go through the channels we talked about?
5     A.   Not that I am aware of.
6     Q.   Okay. Let me clear this up a little bit.
7          The Middleware with MITG, if I call that a
8 streamline one process, is that what you understood
9 that to be, or did it have to go through various
10 channels as well?
11    A.   No, that was direct.
12    Q.   A streamline direct?
13    A.   Right.
14    Q.   Is there any type of interfaces that you
15 know of --
16    A.   No.
17    Q.   That's okay. -- between VISTA and any
18 outside group?
19    A.   No.
20    Q.   Okay. Was there any link between these
21 various groups that were on the AS/400 before they
22 were bunched out for these interfaces?
23    A.   I don't understand.
24    Q.   Were they all linked together, I mean,
25 they were all operating on OE 1900, correct?

11 (Pages 38 to 41)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

D. BROADY - Direct (By MR. HANSEN)

Page 42

1  A.  Yes.
2  Q.  Okay. So were they all sharing the same
3  program?
4  A.  On VISTA, yes.
5  Q.  Okay. And spare parts is one of the
6  groups that was sharing that program on VISTA with
7  these other entities on AS400?
8  A.  No, because it was split off when spare
9  parts came about.
10 Q.  Okay. So your testimony is that the
11 cluster that was sharing the AS/400, spare parts was
12 not around at that time, they only came on after the
13 group split off and each had their own program?
14 A.  Yes, that is what I remember --
15 Q.  Okay.
16 A.  -- happening at that time.
17 Q.  Okay. And Ms. Urwin testified earlier
18 that to her recollection the interface for the
19 public sector, the Middleware interface, came on in
20 2002 after MITG, do you recall that as well?
21 A.  It's very possible. I mean, I can't
22 remember. I didn't work on setting up public
23 sector.
24 Q.  So you weren't involved in that Middleware
25 interface?

Page 43

1  A.  Well, I worked on the Middleware
2  interface, but I never set that up when it
3  originally came on board, so I can't remember as to
4  the exact timing, if it was before or after MITG
5  came into the picture.
6  Q.  Okay. Do you know if public sector had an
7  XML interface?
8  A.  Yes.
9  Q.  Prior to 2002?
10 A.  I don't know.
11 Q.  Okay. And when we say public sector, is
12 that -- we talked about government, education and
13 medical?
14 A.  Yes.
15 Q.  Okay. Would education and medical, still
16 go to spare parts to do their ordering?
17 A.  I don't know.
18 Q.  Do you know if the XML interface that was
19 created for the public sector was done to allow them
20 to no longer go to the spare parts for ordering so
21 they can go to another web site to do their
22 ordering?
23 A.  I don't know.
24 Q.  The XML -- the interface that was created
25 for the public sector group, you said was created

Page 44

1  for a web site as opposed to directly for, you know,
2  St. Joseph's Hospital?
3  A.  That is correct.
4  Q.  Okay. And those entities, government,
5  education and hospital, I guess could go to this web
6  site, whatever that is you said you couldn't
7  remember, it, right?
8  A.  (Witness nods head.)
9  Q.  And place their orders which would have a
10 direct link for them into the VISTA through that web
11 site?
12 A.  That is correct.
13 Q.  Okay. And just so we're clear again, you
14 don't know if that direct interface from that web
15 site, Middleware into VISTA and back, was
16 established prior to 2002 or prior to the MITG web
17 site?
18 A.  I don't remember.
19 Q.  Okay. Regardless, at some point in time
20 prior to you leaving your position as a Middleware
21 programmer, you recall that that interface was
22 created for that web site for the public sector?
23 A.  I can't say that I remember that it was
24 completed beginning -- or created beginning to end.
25 I know it was there, I know I worked on it; as to

Page 45

1  remembering the timing of it, if I worked on it
2  before or after MITG came on board, I can't remember
3  that.
4  Q.  When you left your position though, was
5  that up and running?
6  A.  Yes.
7  Q.  Okay.
8  A.  I'm sorry.
9  Q.  That's okay. Is the partner direct web
10 site Houston?
11 A.  So I --
12 Q.  Is it Compaq?
13 A.  I don't know where the partner direct
14 originated from. I don't know if that was
15 originally something that we had prior to even
16 becoming Compaq and then it just evolved and became
17 something that Compaq inherited. I don't know. I'm
18 not the right person to answer that question.
19 Q.  Do you know if the interface for partner
20 direct has to go through HP first, is that web --
21 what did you call it?
22 A.  Web methods, I believe it does now.
23 Q.  Okay. Do you know when that switch
24 occurred?
25 A.  I want to say a year or so ago.

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

D. BROADY - Direct (By MR. HANSEN)

Page 46

1  Q. Okay. Prior to that was it a direct
2  interface between VISTA and that partner direct web
3  site?
4  A. I -- I believe so.
5  Q. Okay.
6  A. I'm not a hundred percent sure.
7  Q. Okay. Here's another area where your name
8  was given to me to ask questions about.
9      Ms. Urwin said that SBC, Southwestern
10 Bell, has a method of communicating using an XML
11 instead of an EDI, I believe she said through the
12 SMB web site which uses encore programming.
13     Do you know what she's referring to by
14 that?
15 A. I know encore is another web tool that we
16 have within the HP Direct realm.
17 Q. Is it an interface direct between the web
18 site and VISTA?
19 A. Is encore an interface, is that --
20 Q. Yeah, right?
21 A. Encore links directly into VISTA, yes.
22 Q. Okay. And is it a link directly into
23 VISTA from the web site?
24 A. I don't know.
25 Q. Okay. Do you know if SBC has a method of

Page 47

1  interfacing with a direct XML right into VISTA as
2  opposed to going to whatever web site?
3  A. I believe they go through encore.
4  Q. Encore is a program, right, or set of
5  software or --
6  A. My understanding of encore, again, you
7  know, this is not -- this is just strictly my
8  understanding with what I know, is that's just like
9  a web interfacing to VISTA.
10 Q. So it's an interface from the web site to
11 VISTA much like the Middleware we used here?
12 A. No, it's just like a web front end to look
13 at the information that's in VISTA.
14 Q. Oh, okay, which is different than -- or is
15 it different than the type of Middleware interfacing
16 we're talking about?
17 A. Yes.
18 Q. Okay. Were you ever involved in that
19 encore stuff?
20 A. No.
21 Q. I think you answered you're not aware of
22 orders from other companies coming into VISTA that
23 did not originate from MITG but appearing on the
24 review and release screen to be then submitted back
25 to MITG via the Middleware?

Page 48

1  A. I'm not aware.
2  Q. What did you have to do to turn off or
3  deactivate the Middleware between Compaq and MITG?
4  Were you involved in that process?
5  A. I did not have to do anything.
6  Q. Were you already gone from your role as a
7  Middleware programmer?
8  A. No.
9  Q. Okay. Ms. Urwin testified regarding this
10 exhibit earlier, this call tracking, where she put
11 in the shut down the flow of various items, and she
12 said -- granted she said I assume Ms. Broady may
13 have done it on her end as well.
14     Do you recall doing anything such as
15 shutting down flow of orders or removing robot jobs
16 related to this Middleware?
17 A. No.
18 Q. Okay. Do you know if that was done by
19 your group?
20 A. Not -- so it may have been done since I've
21 left because it's no longer used, but it wasn't done
22 to physically shut that off.
23 Q. While you were there?
24 A. While I was there because it was being
25 done on the ASP group, the AS.

Page 49

1  Q. Ms. Urwin's group?
2  A. No.
3  Q. Okay. Who is the ASP group, the other
4  side, Mr. McShannon?
5  A. Yes.
6  Q. Okay. And what are those ASP people, what
7  are they, the web programmers?
8  A. Yes.
9  Q. Okay. What do they -- I know you're not
10 in that group, but generally what -- when you say
11 web program, are they -- what are they doing,
12 programming in the URLs and domain names or --
13 A. They at one time had full responsibility
14 of partner direct. As far as what they did for us
15 they would accept an XML order such as MITG, would
16 submit the XML order to their ASP page, they would
17 validate that this is a valid XML document, and they
18 would see if this is a service parts order, if it is
19 I need to put it in to this queue to be sent to me.
20    Once he knew that it got into that queue
21 he sent a status message while the connection was
22 still open that said everything's okay, and that's
23 how service parts knew the order got to us
24 successfully.
25 Q. Okay. So they were involved kind of I

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

Page 50

1  guess on the front end of the programming before the
2  info got to you?
3      A.  Yes.
4      Q.  Their group programmed the -- I guess
5  the -- they were the first face, if you will, after
6  the order had been released from the MITG web site,
7  to go to them first and then --
8      A.  Yes.
9      Q.  -- sent to you?
10     A.  Yes.
11     Q.  The interface that is coming through the
12 web sites, if it's a web site, for instance, that, I
13 don't know, assume compaq.com, can the interface
14 be -- is the interface created if it's a Compaq
15 owned web site with the web site directly from the
16 web site to VISTA as opposed to having to go to the
17 customer to create the interface?
18     A.  I don't understand what you're asking.
19     Q.  Okay.  You said the MITG, part of the
20 reason that interface had to be created, was because
21 they owned the web site, it was an external outer
22 world, not Compaq division web site?
23     A.  Yes.
24     Q.  Okay.  And prior to that the XMLs had all
25 been with -- the interfaces all been with Compaq

Page 51

1  owned web sites to your understanding?
2      A.  To my understanding, yes.
3      Q.  But as you sit here you can't tell me what
4  those web sites were?
5      A.  As I said, SMB, partner direct.
6      Q.  Okay.  Do you know if there were any spare
7  part web sites used for ordering prior to the one
8  that was established with MITG?
9      A.  To my knowledge, this was the first.
10     Q.  Okay.  To your knowledge, is there spare
11 parts ordering still being conducted through a
12 Compaq web site?
13     A.  I don't know.
14     Q.  Okay.  What did you say the ASP page stood
15 for?
16     A.  I'm sorry?
17     Q.  The ASP page, I thought you said orders
18 placed to the web sites currently, tools interface
19 with the Middleware web methods of HP, it takes
20 orders to the ASP page, then to you to be placed in
21 the format.  What is the ASP page again?
22     A.  There are different ASP pages.  You'd have
23 to ask, you know, McShannon's team.
24     Q.  Is ASP another word for like web site?
25     A.  Yeah.

Page 52

1      Q.  Okay.
2      A.  It's like www dot --
3      Q.  All right.  Besides Compaq I think you
4  said you're not aware of anyone that currently
5  interfaces with VISTA?
6      A.  Right.
7      Q.  Are you involved in the testing phase of
8  the Middleware?
9      A.  Yes.
10     Q.  Okay.  And that's one that was set up on
11 the AS/400, whatever the test server?  Ms. Urwin
12 testified you have a test server and go-live server,
13 two actual physical --
14     A.  Okay, yes, the AS/400.
15     Q.  You were involved in that testing; do you
16 know how long that testing took?
17     A.  For MITG?
18     Q.  Yeah, I'm sorry.
19     A.  Oh, several months.
20     Q.  Okay.  Do you know when the Middleware
21 with MITG actually went live or --
22     A.  I can't remember a specific date.
23     Q.  Do you recall a month, year?
24     A.  I believe it was 2001, and I want to say
25 it might have been around October.

Page 53

1      Q.  Okay.  Went something like this type of
2  program goes live, is it my -- tell me what you
3  know.  It gets switched over from the test server to
4  the go-live server with the code changes and
5  whatever needs to be implemented onto that server;
6  is that --
7      A.  Yes.
8      Q.  Okay.  And at that point in time I guess
9  orders are then now interfaced directly from MITG
10 into the VISTA order entry system and
11 acknowledgement is kicked back out to MITG?
12     A.  Yes.
13     Q.  Okay.  Do you recall having to set up a
14 UDF, user defined field, for each customer under
15 this Middleware project?
16     A.  This MITG Middleware project?
17     Q.  Correct, yeah, there was a field that was
18 created where each customer that was going to be
19 using the MITG web site that had a count, had to --
20 there had to be a user defined field set up for
21 that?
22     A.  I vaguely remember that.  To me, it's just
23 a field that I pass in, and I can't remember if that
24 was something after we implemented the project.
25     Q.  Okay.  Do you recall if there was

14 (Pages 50 to 53)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

D. BROADY - Direct (By MR. HANSEN)

Page 54

1 discussion with that due to invoicing problems?
2    A.  I don't remember.
3    Q.  Okay. Do you recall if that type of
4 UDF fields were used on the other interfaces that
5 were with the Compaq web sites prior to MITG,
6 specific UDF fields for each customer?
7    A.  To me, a UDF is a UDF. Anybody can bring
8 in a UDF. To me, it's a field that defines length.
9    Q.  Do you recall any discussions in this
10 Middleware project with MITG about creating a
11 specific one for customers which then could be used
12 at a later date because that option was not
13 available on the previous existing interfaces?
14    A.  I'm sorry, could you repeat that?
15    Q.  Do you recall any discussions during the
16 Middleware development with MITG about this user
17 defined fields specifically to customers being
18 developed so it could be used at a later date on
19 other interfaces to help with other invoicing?
20    A.  I don't remember.
21    Q.  Okay. Do you recall that being an issue?
22    A.  No.
23    Q.  Last thing I want to ask you about is
24 these type of meetings, like in Exhibit X there, I
25 don't see your name on the document, but did you

Page 55

1 attend meetings where the status of the Middleware
2 project was discussed?
3    A.  I can't remember specific meetings, but
4 that is part of what I would do in a project like
5 this.
6    Q.  For instance, if you look in this there
7 are various invitees, and I didn't see your name on
8 there and I was just wondering -- I mean, I don't
9 have -- I've got to sneeze.
10       I don't have any other documents regarding
11 records of meetings, so I don't know if these were
12 on a weekly-type basis or what, but, you know, were
13 there various type meetings where you did attend
14 relative to this project and I just happen to have
15 one where you weren't invited or --
16    A.  I don't remember any meetings. I remember
17 my main contact was the person I dealt with in
18 setting up MITG.
19    Q.  Who was that?
20    A.  John Brewer (phonetic).
21    Q.  Was he an MITG employee or was he a
22 programmer that was brought in to help facilitate
23 the project?
24    A.  He was a programmer that was contracted by
25 MITG to develop this.

Page 56

1    Q.  Okay. Now, I noticed your boss was
2 Mr. Exendine, correct?
3    A.  Yes.
4    Q.  He is on here and checked as an attendee?
5    A.  Yes.
6    Q.  Was it standard practice I guess at this
7 time in this project that he would attend and pass
8 on to you any relevant information?
9    A.  Yes.
10    Q.  Do you recall receiving documents like
11 this at any time?
12    A.  No.
13    Q.  Okay. And it says minutes copies to and
14 then there is invitees; George Powers, was he in
15 your group?
16    A.  No.
17    Q.  Bill Pogge?
18    A.  No.
19    Q.  Chris Yarges?
20    A.  No.
21    Q.  Let me just ask you about some of these
22 other people, Terrie Bonnett?
23    A.  She was in my group.
24    Q.  Okay.
25    A.  Well, she wasn't in the Middleware group

Page 57

1 but she was the business analyst. She was what I
2 now do, so --
3    Q.  What are your duties and responsibilities
4 now?
5    A.  Currently I analyze requirements for
6 projects, determine what needs to be done in order
7 to get the project constructed, help with the
8 design, decide on what we're going to do for
9 construction, attend meetings, give updates, assist
10 with testing, coordinate activities of the EDI and
11 Middleware group.
12    Q.  Okay. So it's still relative to
13 Middleware projects?
14    A.  Yes.
15    Q.  Is it still involving creating interfaces
16 from web sites in to VISTA?
17    A.  It hasn't been.
18    Q.  But if that came up it would fall under
19 your -- potentially could fall under your duties and
20 responsibilities?
21    A.  Potentially.
22    Q.  Okay.
23    A.  I'm sorry, not creating, not doing the
24 programming, but the analyst portion would.
25    Q.  Parameters reporting, meeting attending,

15 (Pages 54 to 57)

Page 58

1  that type of stuff?
2      A. Yes, designing.
3      Q. Have you been involved in any -- I think
4  you said the only Middleware that you were involved
5  in was in creation and taking it all the way through
6  to completion was this one with MITG?
7      A. Yes.
8      Q. Is your group HP Direct now?
9      A. Yes, HP Direct, HP.
10     Q. I don't know if I asked this, but who do
11 you report to?
12     A. Jim Exendine.
13     Q. Still?
14     A. Yes.
15     Q. Is it more you were removed from the
16 programming side and now you're on the business
17 side?
18     A. Yes. I'm sorry, I'm still within IT. I'm
19 not on the business side, but --
20     Q. Right, business analysis more than
21 programming within the IT side?
22     A. Yes.
23     Q. I think the last question I would have for
24 you, OE 1900 and these other fingers we were talking
25 about as I called them, they're still up and running

Page 59

1  on that system?
2      A. Yes.
3      Q. Okay. And their interfaces are still up
4  and running?
5      A. Yes.
6      Q. When I say interfaces, you understood what
7  I meant from the web sites into VISTA?
8      A. Yes, I understood.
9          MR. HANSEN: That's all I have.
10         MS. CARROLL: Okay. That's it.
11         (2:30 p.m. - Adjournment.)
12             ** ** ** **

Page 60

1                CERTIFICATE
2   STATE OF NEBRASKA    )
                         ) ss.
3   COUNTY OF DOUGLAS    )
4          I, Cynthia Craig, General Notary Public
5   within and for the State of Nebraska, do hereby
6   certify that the foregoing testimony of DEBRA P.
7   BROADY was taken by me in shorthand and thereafter
8   reduced to typewriting by use of Computer-Aided
9   Transcription, and the foregoing fifty-nine (59)
10  pages contain a full, true and correct transcription
11  of all the testimony of said witness, to the best of
12  my ability;
13         That I am not a kin or in any way
14  associated with any of the parties to said cause of
15  action, or their counsel, and that I am not
16  interested in the event thereof.
17         IN WITNESS WHEREOF, I hereunto affix my
18  signature and seal the 15th day of November, 2004.
19
20
             CYNTHIA A. CRAIG
21           GENERAL NOTARY PUBLIC
22
23  My Commission Expires:
24
25

Page 61

1   IN THE UNITED STATES DISTRICT COURT
    FOR THE CENTRAL DISTRICT OF ILLINOIS
2       SPRINGFIELD, DIVISION
3   HEWLETT-PACKARD          ) CIVIL ACTION NO. 04-3055
    DEVELOPMENT COMPANY, L.P.,)
4   HEWLETT-PACKARD COMPANY  )
    AND COMPAQ TRADEMARK B.V.,)
5                            )
        PLAINTIFFS,   )
6                            )
    VS.                      )
7                            )
    MIDWEST INFORMATION      )
8   TECHNOLOGY GROUP, INC.,  )
    AND MICHAEL LAUBER,      )
9                            )
        DEFENDANTS.   ) COST CERTIFICATE
10  ------------------------
11           DEPOSITION OF
12           DEBRA P. BROADY
13         TAKEN ON BEHALF OF
             DEFENDANTS
14
15         I, Cynthia Craig, General Notary Public
    within and for the State of Nebraska, do hereby
16  certify that the following costs should be assessed
    in the above-entitled matter to:
17
18    DEPOSITION OF: DEBRA P. BROADY
      DATE TAKEN: October 14, 2004
19    AMOUNT: $
      DELIVERED TO: Mr. James Hansen
20    ATTORNEY FOR: Defendant
      DATE DELIVERED: November 15, 2004
21
22
23         CYNTHIA A. CRAIG
           GENERAL NOTARY PUBLIC
24
25  My Commission Expires:

16 (Pages 58 to 61)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.