Hewlett Packard Development Co., et al vs.
Midwest Information Technology, et al

Deposition of Scott Stringer

3:04-cv-03065 #7415 Page 1 of 15

E-FILED
Wednesday, 01 February, 2006 04:54:34 PM
Clerk, U.S. District Court, ILCD

Page 65

[1] were unaware that — that Andover didn't outsource
[2] any percentage of its sales?
[3] MR. HANSEN: I'm going to object to the
[4] form. I don't think he ever testified that Andover
[5] did outsource its sales, but subject to that, I
[6] object to the form. Go ahead.
[7] Q: (By Ms. Carroll) Is it your belief, I'm
[8] going to try to clear this up, in your report, you
[9] have tried to determine a percentage outsourced
[10] sales by Andover based on the sales volume of MITG,
[11] correct?
[12] A: Yes, ma'am.
[13] Q: And by doing that and coming up with a
[14] percentage of outsourced sales by MITG and applying
[15] that percentage to Andover, you are then making the
[16] assumption that Andover outsourced a percentage of
[17] its sales, right?
[18] MR. HANSEN: No, I'm going to object. That
[19] mischaracterizes his testimony which was
[20] specifically MITG could outsource based on the
[21] Bible not Andover outsourcing, so object to the
[22] form. Go ahead.
[23] A: Just as I stated earlier about when we were
[24] speaking, the standard support agreement that was
[25] in place for MITG was obviously different than the

Page 66

[1] Andover call center, and so there would be
[2] opportunities for MITG to outsource a product
[3] because of the part in the standard support
[4] agreement where gross profit would be subject to a
[5] split. So again, this being in more detail fashion
[6] being an example of how MITG handled its orders, to
[7] me, was the best evidence because although
[8] Ms. Pound does testify to that, and I recall
[9] discussing that with Mr. Hansen or reading that
[10] someplace else, the fact remains is that how
[11] Andover was run, it being outsourced, would be
[12] different than MITG because of the standard support
[13] agreement.
[14] Q: (By Ms. Carroll) Well, but you have to
[15] take into account who the people are who are
[16] calling into the call center, right? You have
[17] people who have a phone number for HP direct, and
[18] they end up getting serviced by MITG, right?
[19] A: Okay. Yes, ma'am.
[20] Q: And those people, when they call in can
[21] get, order any kind of spare part because MITG has
[22] both in-stock parts and they can source parts from
[23] someplace else, right?
[24] A: Correct.
[25] Q: And those people, to your knowledge, did

Page 67

[1] they know whether some of those parts were at the
[2] time they were ordering were going to come directly
[3] from in stock at HP, or whether they were going to
[4] be acquired from somebody else?
[5] A: Are you talking about the customer?
[6] Q: Correct.
[7] A: No.
[8] Q: So the customer is calling in saying I want
[9] these three Compaq parts and these three Sun parts,
[10] and I want you to ship them to me, and that's what
[11] MITG did, right?
[12] A: I believe so.
[13] Q: Do you know when a customer called in to
[14] Andover they said, we want three Compaq parts and
[15] three Sun parts, what Andover had the capability of
[16] handling for those people? Could they do the whole
[17] order just like MITG?
[18] A: I don't know the answer.
[19] Q: Have you seen anything that said when both
[20] MITG was operational and Andover was being handled
[21] in Andover, whether Andover could do exactly what
[22] MITG did?
[23] A: I don't know.
[24] MR. HANSEN: Is this an okay time to use
[25] the restroom?

Page 68

[1] (At this time, there was a break in the
[2] deposition.)
[3] Q: (By Ms. Carroll) When you said you didn't
[4] -- well, let me back up. Based on Ms. Pound's
[5] testimony and a caller called in to Andover, they
[6] got -- they were calling for Compaq and deck spare
[7] parts, right?
[8] A: That's my understanding.
[9] Q: That's what they were able to get from
[10] talking to that salesperson?
[11] A: That's my understanding.
[12] Q: And when -- we disagree of the date of the
[13] transition of the calls, but regardless, we agree
[14] that at some point, all of the Andover calls were
[15] then handled by Roseville?
[16] A: Yes, ma'am.
[17] Q: Whether it be November or April. When
[18] those calls were no longer answered by people
[19] physically located in Andover and people located in
[20] Roseville, what kind of parts would those callers
[21] be able to get, do you know?
[22] A: What type of calls or parts were they able
[23] to get in Roseville?
[24] Q: Right. Did it change from something other
[25] than for a year, I have a Compaq computer, and I

Hewlett Packard Development Co., et al vs.
Midwest Information Technology, et al.

Deposition of Scott Stringer
11/2/2005

## Page 69

[1] have a deck, and I want spare parts, and I'm using
[2] Andover as my place for spare parts. When they
[3] were still at Andover, I could call that 800
[4] number, and I could get deck parts and I got Compaq
[5] parts, I didn't know where I was calling, I get
[6] Andover?
[7]     A: Right.
[8]     Q: When I was still calling this 800 number
[9] and those people are now located in California, am
[10] I still getting my deck parts and my Compaq parts?
[11]     A: Yes, ma'am.
[12]     Q: Do you have any understanding as to whether
[13] or not those callers were presented with an
[14] expanded group of parts, namely multi-vendor or
[15] third party parts?
[16]     A: No.
[17]     Q: So do you assume that when those calls, if
[18] those calls instead of going to California had gone
[19] to MITG, that MITG would have been selling them
[20] both in-stock parts that they had been buying and
[21] sourced product?
[22]     A: I believe they would have done that, yes.
[23]     Q: And what is the basis for that belief?
[24]     MR. HANSEN: When we say sourced product,
[25] are you talking about outsourced multi-vendor or

## Page 70

[1] out-sourced CSN?
[2]     MS. CARROLL: We've agreed on a meaning of
[3] sourced.
[4]     MR. HANSEN: I will let him answer.
[5]     Q: (By Ms. Carroll) When -- if those calls
[6] had gone to MITG instead of going to Roseville,
[7] would they, those people have been -- is it your
[8] belief that those folks could buy in-stock Compaq
[9] parts and the Digital parts that they had been
[10] buying plus they would buy an expanded group of
[11] parts?
[12]     A: I believe that the MITG personnel because
[13] of the standard support agreement would have
[14] outsourced some of that because part of the
[15] standard support agreement and the Bible basically
[16] say that they can, even though there is an in-stock
[17] part, if they can find a price break outside of the
[18] company, they get the 75/25 split. So I believe
[19] that that's a different way of operating than what
[20] Roseville would have done and Andover would have
[21] done, because I don't understand that they had that
[22] same agreement.
[23]     Q: And now, then is it your belief then that a
[24] percentage of the people who were calling in to
[25] quote Andover, if they had been directed to MITG

## Page 71

[1] instead of Roseville, would have been ordering out
[2] -- product, in-stock products that MITG would find
[3] that were the $150 or $200 less than the listed
[4] price presented by HP?
[5]     A: That's my understanding, yes.
[6]     Q: And the basis for that assumption is what?
[7]     A: The basis for that assumption is because
[8] MITG operated that way.
[9]     Q: But you don't know as you sit here today
[10] what percentage of the outsourced product that were
[11] sold by MITG in 2003, were in-stock products that
[12] they were able to acquire cheaper someplace else
[13] versus legacy products or multi-vendor products?
[14]     A: That's correct, I don't know that split
[15] out.
[16]     Q: Did you assume then for the purpose of your
[17] analysis here, that when people called in for the
[18] Andover calls that they had gotten to MITG instead
[19] of going to Roseville would have then, 44 percent
[20] of their calls would have been resulted in sales of
[21] in-stock parts through CSN, and that 56 percent of
[22] their calls would have resulted in sales of stocked
[23] Compaq parts that were available from another
[24] vendor to entitle them to the price break?
[25]     A: Yes.

## Page 72

[1]     Q: And you did that based on the overall
[2] outsourced percentage that you determined from MITG
[3] despite the fact that you don't know which
[4] percentage of outsourced were cheaper in-stock
[5] parts versus multi-vendor parts, right?
[6]     A: That was the best information I had, and I
[7] made that assumption, yes, ma'am.
[8]     Q: Are there -- other than assuming that the,
[9] if the Andover calls had been directed to MITG,
[10] those calls would have equalled this 44 percent, 56
[11] percent mix that you determined from the
[12] spreadsheet, are there any other assumptions that
[13] were made in trying to determine the percentage of
[14] source, CSN versus outsourced calls?
[15]     A: No, ma'am.
[16]     Q: And you told me that you did the
[17] calculation that's shown on Exhibit 66 by taking
[18] the box on the right-hand side, on the upper
[19] right-hand corner as you are looking at it, and
[20] this has CSN and the identification number is 150,
[21] and that had about 3.3, 3.4 million in sales
[22] volume?
[23]     A: Yes, ma'am.
[24]     Q: And the outsourced at almost 4.4 million in
[25] sales volume, right?

Hewlett Packard Development Co., et al vs.
Midwest Information Technology, et al.
3:04-cv-00551-CEJ    #74-5    Page 3 of 15
Deposition of Scott Stringer
11/2/2005

Page 73

[1] A: Yes, ma'am.
[2] Q: And you also know how many actual number of
[3] calls were resulted in outsourced sales, right,
[4] that was the 9086?
[5] A: Yes, that's correct.
[6] Q: And how many calls were CSN, result in CSN
[7] sales?
[8] A: I didn't track that, but it's basically the
[9] difference between the total calls and INV-1046
[10] tab.
[11] Q: And we -- so we know, we did this once
[12] before, and I forgot to write the number down, it
[13] starts at 11, which is the first -- I need to start
[14] at 11, which is the first 150, and I think I know
[15] where to go. Here is the split 18,648 is the last
[16] one, so the total number of calls that resulted in
[17] CSN part orders was what?
[18] MR. HANSEN: What was your first number?
[19] MS. CARROLL: 11.
[20] Q: (By Ms. Carroll) Do you see that 18,648,
[21] and then I will go back up to the top just so you
[22] can look at it and confirm it. Because these are
[23] the other numbers. We don't know what they refer
[24] to right? So how many calls resulted in -- in
[25] stock?

Page 74

[1] A: 18,637.
[2] Q: So what you have here is more than twice
[3] the number of calls per call volume resulting in
[4] the sale of an in-stock part by MITG as compared to
[5] a sourced product, right?
[6] A: Correct.
[7] Q: And now your report says what you are
[8] trying to do by coming up with this percentage is
[9] you want to determine the call volume, and you said
[10] you did that and resulted in the 56/44, but what
[11] you actually determined was the 56/44 is not the
[12] call volume but the percentage of revenue, right?
[13] A: Percentage of revenue, yes, ma'am.
[14] Q: But that's not accurate for call volume
[15] versus percentage of revenue, is it?
[16] A: It is different, yes, ma'am.
[17] Q: So if you are looking at call volume, the
[18] total number of calls that came in based on what
[19] we've just seen here, you would be looking at what
[20] percentage would be CSN calls based on these
[21] numbers that we have here versus outsourced calls?
[22] A: It would be about 67/33, something like
[23] that.
[24] Q: So if you use the actual number of calls
[25] instead of the revenue that was generated from

Page 75

[1] those calls, would you more than flip these
[2] percentages that you ended up using for your
[3] report, right?
[4] A: They would be different, yes, ma'am.
[5] Q: And so if what it tells you is that the
[6] salespeople, or the call center agents that were
[7] handling the calls for MITG, that pretty much
[8] two-thirds of the number of calls they were
[9] receiving were for people who were buying CSN parts
[10] but when they bought sourced parts, they cost more
[11] per call or per order, right?
[12] A: Correct.
[13] Q: Why since you are trying to determine call
[14] volume did you use the revenue numbers instead of
[15] the actual number of calls in coming up with your
[16] percentages?
[17] A: At the time it seemed like the -- because
[18] the boxes were laid out as much, that we split the
[19] business that way by revenues instead of by calls.
[20] Q: Would you agree with me that the more
[21] accurate way of trying to analyze the actual call
[22] volume would be to use the tab on the spreadsheet
[23] INV-1064 2003 that we've been looking at and
[24] looking at the actual number of calls in CSN orders
[25] versus actual number of calls that resulted in

Page 76

[1] outsourced product orders?
[2] A: Yes, ma'am, that certainly could be done.
[3] Q: And the result of that would be just as an
[4] overall picture would be by increasing the number
[5] of CSN calls to 67 percent, you would increase the
[6] number of calls that you would be -- that would
[7] come under the lost gross profits?
[8] A: Yes, ma'am.
[9] Q: And it would increase that part of the
[10] claim?
[11] A: Yes, ma'am.
[12] Q: And it would have the result of decreasing
[13] the lost gross profit on outsourced orders down
[14] below; is that right?
[15] A: Yes, ma'am, that's correct.
[16] Q: Let's look and see what kind of actual
[17] effect we have, if we do it this way. Look in
[18] 2003, on your report, Exhibit 3-5. Let's look at
[19] January of '03, and so with the total number of
[20] calls, you are using instead of total agent orders,
[21] you are using the total number of calls, and that's
[22] how you came up with 6845, correct?
[23] A: Yes, ma'am.
[24] Q: So using that number, calculate for me the
[25] percentages if you would, go with the 67 percent

Hewlett Packard Development Co., et al vs.
Midwest Information Technology, et al.
3:04-cv-00055-JEG-CHE    #74-5    Page 4 of 15
Deposition of Scott Stringer
11/2/2005

Page 77

[1] CSN and 33 percent.
[2] A: 67 percent CSN, 4586.
[3] Q: And how many would be outsourced calls?
[4] A: 2259.
[5] Q: Let's focus first on the CSN calls. Would
[6] you then for the purpose of your calculation, would
[7] you take the 4586 and add it to the, historically,
[8] the number of calls historically handled by MITG
[9] A: Yes, ma'am.
[10] Q: And that was based on the documents we
[11] looked at before, so that's 9277 calls, right?
[12] A: Correct.
[13] Q: And then when you total that up, what do
[14] you get?
[15] A: The one thing is that I basically compare
[16] that to 7810 because assume that the payment was
[17] made for the excess calls.
[18] Q: Oh, I see.
[19] A: So I would -- it would come up to 4586
[20] because we've already reached the excess.
[21] Q: And so then would you multiply that,
[22] instead the number you have came up with is 3012,
[23] so instead you would use 4586?
[24] A: Yes, ma'am.
[25] Q: Which would increase your damages once you

Page 78

[1] multiply it by 525. What would, instead of 15,813,
[2] what would your gross lose profit be?
[3] A: 24,077.
[4] Q: And now, you said the sourced, remaining
[5] sourced calls were what, 2000?
[6] A: 259.
[7] Q: And then would you multiply that by what
[8] you determined was the price per parts sale?
[9] A: Yes, ma'am.
[10] Q: And what amount do you get?
[11] A: 1,189,132.
[12] Q: Wait a minute.
[13] A: I'm sorry, 1,089,132.
[14] Q: And then in your calculation you had come
[15] up with 1.8, and then you multiply by the 24
[16] percent, right?
[17] A: Yes, ma'am.
[18] Q: And so your loss gross profit on lost sales
[19] at 24 percent, you came up originally with 443,521,
[20] what would the number be now?
[21] A: 261,392.
[22] Q: Which is how much less than your prior?
[23] A: 182,129.
[24] Q: So if you increased those percentages, you
[25] would have increased the number on the top by 7700

Page 79

[1] and decreased the number on the bottom by 182,000?
[2] A: Yes, ma'am.
[3] Q: Now, I want to focus on how you got to
[4] $482.13. Now, in terms of trying to -- just tell
[5] me generally why you needed to come up with a price
[6] per part to do your analysis.
[7] A: Because outsource parts have a different
[8] structure for revenue for MITG, and the sales
[9] number, the revenue number is important in
[10] computing what their percentage of their property's
[11] going to be on that.
[12] Q: And what way is the revenue number
[13] important?
[14] A: Well, because they receive 75 percent of
[15] the gross profit on that item, and in order to know
[16] the gross profit, you have to start with the
[17] revenue.
[18] Q: And explain to me how you got the 48,213
[19] again? You mentioned that previously before.
[20] A: Basically accumulated all of the outsourced
[21] dollars, which were, I believe, total invoice
[22] amount. We totaled it for all of the 11,000
[23] series, and then we divided that by the number of
[24] calls which was 9086 to come up with 48,213.
[25] Q: And you have that on Exhibit 66 that's in

Page 80

[1] front of you, the box has some additional
[2] calculations by you that show that those are the
[3] relevant numbers, the outsourced dollars being
[4] almost $4.4 million, and the calls being about
[5] 9000?
[6] A: Yes, ma'am.
[7] Q: Let me ask you this, there is another, and
[8] it shows right here, so I'm going to scroll over,
[9] on 58, this is indicating there are credits, in
[10] column H you get Is, and you get a C all the
[11] sudden, and then over here it says credit. Did you
[12] take into account in doing your analysis of the
[13] number of calls in revenue this credit information?
[14] A: No, ma'am.
[15] Q: Why not?
[16] A: I just utilized the information, and I just
[17] didn't back out any credits.
[18] MR. HANSEN: So the record's clear, it's in
[19] there. It's a negative credit, so when you tally
[20] the column, it takes it out.
[21] MS. CARROLL: But it's not controlled
[22] everywhere, and I'm just asking if he took it into
[23] account. I mean, obviously he didn't take it into
[24] account in computing the number of calls.
[25] Q: (By Ms. Carroll) You counted that as a

Hewlett Packard Development Co., et al vs.
Midwest Information Technology, et al.

3:04-cv-05055-SES-GHE Document #: 74-5 Page 5 of 15

Deposition of Scott Stringer
11/2/2005

Page 81

[1] call when it results in a credit?
[2] A: Correct.
[3] Q: In doing this calculation that you did, it
[4] results according to your chart, Exhibit 3-4 of
[5] your report, just looking at 2003 for the whole
[6] year, this shows by taking the number of calls in
[7] the way that you've calculated and the way we've
[8] just discussed whether or not that number might be
[9] lower, but just using the numbers that you've got,
[10] it's 46,073, you multiply it by the $482.13, and
[11] you end up with lost sales of $22 million, correct?
[12] A: Yes, ma'am.
[13] Q: Did you at any time take into consideration
[14] the revenues that were actually obtained or
[15] generated through Andover for their years?
[16] A: No, ma'am, I did not reconcile that.
[17] Q: Let me show you what was previously marked
[18] as Exhibit 52, and you told me at the beginning of
[19] your deposition that you looked at this document.
[20] That's HP 11048 and 11049 as repetitive, generally
[21] repetitive information that's on Exhibit 51 that's
[22] 11007 through 009?
[23] A: Yes, ma'am.
[24] Q: And if you look at that document, it
[25] actually has some information that's not contained

Page 82

[1] in the other exhibit, Exhibit 51, that we've been
[2] talking about, and that's the revenue information
[3] on the bottom, right?
[4] A: Yes, ma'am.
[5] Q: And the revenue information there indicates
[6] what kind of revenue for '03, whether it be
[7] physical year or calendar year '03, that was
[8] generated by calls and web orders for Andover?
[9] A: Well, this is a ten month number of
[10] 12,681,370. Did I say 12? I meant ten.
[11] MR. HANSEN: Wait a minute.
[12] A: That's for '02.
[13] MR. HANSEN: Oh, I'm sorry.
[14] Q: (By Ms. Carroll) Okay. And so the number
[15] is 12 million, right, for fiscal year '03, for the
[16] ten months for '03, which column should we be
[17] using? Well I think in your first report, you were
[18] using the column that would be over here which
[19] would be the 12,681,370?
[20] A: Correct.
[21] Q: Did you -- you didn't do any reconciliation
[22] for the fact that the actual ten month period
[23] that's reflected for '03, in here there was 12,681
[24] -- $12,681,370 in actual sales by Andover?
[25] A: No, ma'am, I did not reconcile.

Page 83

[1] Q: So instead you just went over a ten month
[2] time period using the $482.13 to say if those calls
[3] had gone to MITG instead of being handled by
[4] Roseville, it would have generated $22 million over
[5] 12 months instead of $12.6 million over ten months?
[6] A: Correct.
[7] MR. HANSEN: What exhibit is that, 52?
[8] MS. CARROLL: 52.
[9] Q: (By Ms. Carroll) Why did you not reconcile
[10] those TWO numbers to determine whether or not the
[11] $12 million was an appropriate number?
[12] A: I just didn't do it.
[13] Q: The other thing that we learned from
[14] Exhibit 52 here is, again, it's over a ten month
[15] time period, but the total orders when you are
[16] looking here it's gross orders is the first column,
[17] which matches the orders here, the total orders,
[18] you have 55 here and then gross. Do you see how it
[19] has a different heading, it's called gross orders
[20] on 52 and total orders on 51?
[21] A: Correct.
[22] Q: So if we look down that column, what you
[23] also see is that for the ten month period covered
[24] by this exhibit, there were 81,615 calls that were,
[25] since you are using this number as calls, this

Page 84

[1] number of calls that came in that would have gone
[2] to MITG, correct?
[3] A: Yes, ma'am.
[4] Q: And the total number of calls that MITG
[5] handled for 2003, without these calls, do you have
[6] that number someplace in your report?
[7] A: Yes. That's 68,132.
[8] Q: And we see that on Exhibit 3-4?
[9] A: Yes, ma'am.
[10] Q: So if the Andover, if the Andover calls had
[11] gone to MITG, it would have more than doubled the
[12] number of calls that was coming into their call
[13] center?
[14] A: Correct.
[15] Q: And if you look at this, would you agree
[16] with me that looking at this that based on the
[17] number here in the gross orders column of the
[18] 81,615 that resulted in the $12,681,370 in revenue,
[19] that the dollars on the parts sales sold by Andover
[20] was significantly less than what kind of numbers
[21] MITG was generating from their calls?
[22] A: That number is definitely lower, yes,
[23] ma'am.
[24] Q: Did you take that, if you look at this, can
[25] you do the calculation for me and tell me what the

Hewlett Packard Development Co., et al vs.
Midwest Information Technology, et al.
3:04-cv-00055-JLH Document #: 374-5 Page 6 of 15
Deposition of Scott Stringer
11/2/2005

Page 85

[1] average part sale was based on the information on
[2] 52?
[3] A: It looks like $155.38.
[4] Q: Did you in doing your calculations consider
[5] that that would be the appropriate number what the
[6] average price of the part sale was actually by
[7] Andover as opposed to what MITG experienced in
[8] 2003?
[9] A: No, ma'am.
[10] Q: Why not?
[11] A: I didn't look at that data. I utilized the
[12] MITG historical.
[13] Q: Well, the end result is by using the MITG
[14] historical instead of reconciling it with the
[15] Andover actual, you ended up inflating the value of
[16] the part, the average part price by over $300?
[17] MR. HANSEN: Object to the form. Go ahead.
[18] A: They are different, yes, ma'am.
[19] Q: (By Ms. Carroll) And the number that you
[20] came up with is over $300 higher than the number
[21] that is reflected from the actual statistics that
[22] we see from Andover, right?
[23] A: My number is higher than that number,
[24] correct.
[25] Q: Over $3700 higher, right?

Page 86

[1] A: Yes, ma'am.
[2] Q: The lost gross profit number that you used
[3] of 24 percent that I'm looking at in Exhibit 3-4,
[4] in particular, where did you come up with a 24
[5] percent?
[6] A: That was from MITG 0613.
[7] Q: In your previous deposition, that was
[8] marked as Exhibit 46. So what you did is looked at
[9] the totals, the revenue, this is revenues and
[10] expenses sheet for 2003, that I understand from
[11] Ms. Koch's deposition testimony that she had
[12] prepared, so you used this information to determine
[13] that the net profit based on the sales and revenue
[14] operating expenses, etc., was 24 percent, right?
[15] A: Yes, ma'am.
[16] Q: Why did you use this 24 percent from this
[17] information for the purpose of your report?
[18] A: This was the best information I had that
[19] discussed the gross profit that MITG would have
[20] made historically.
[21] Q: During the period of time that they were
[22] under the standard support agreement?
[23] A: Yes, ma'am.
[24] Q: Now, in your first report, you used 40
[25] percent?

Page 87

[1] A: Yes, ma'am.
[2] Q: Why did you reduce that from the 40 percent
[3] to the 24 percent?
[4] A: I can't remember where I got the 40 percent
[5] the first time. I think it was through discussion,
[6] but I don't recall. But this in doing the second
[7] calculation, I felt that it was appropriate to go,
[8] this was the best indication of the internal gross
[9] profit that they would recognize on those sales.
[10] Q: Do you have any understanding as to what
[11] sources of revenue or what pieces of business
[12] generated the revenue that is totaled out to be
[13] $8.7 million, almost $8.8 million?
[14] A: Both CSN and outsourced parts, it's a
[15] combination.
[16] Q: And do you have any understanding as to
[17] whether there is any business that is not covered
[18] by the standard support agreement included in that
[19] $8,784,000 number?
[20] A: Would you restate that question again? I'm
[21] sorry.
[22] Q: Do you have any understanding -- do you
[23] have any understanding as to whether there is any
[24] additional business outside the standard support
[25] agreement that is included in the total revenue

Page 88

[1] number for 2003 that's on MITG 0613?
[2] A: My understanding is that the vast majority
[3] if not all of that number is the CSN, and the
[4] outsourced under the standard agreement, and that
[5] there may be other revenues in there, but they are
[6] immaterial. That's my understanding.
[7] Q: What is your understanding during the time
[8] of the standard support agreement if someone called
[9] in to get a part that could be ordered through CSN,
[10] and it was in fact ordered through CSN, how MITG
[11] was paid for that part or how they were
[12] compensated? Let me ask the question again.
[13] Somebody calls in, they are getting parts that are
[14] acquired through CSN, they were invoiced. The
[15] customer was invoiced by whom, do you know?
[16] A: I think directly by Hewlett Packard.
[17] Q: And then how did Hewlett Packard compensate
[18] MITG?
[19] A: Well, to the extent that they exceeded the
[20] call volume of 41 or of 7810 calls a month, they
[21] would receive $5.25 per call.
[22] Q: Is it your understanding that the sales in
[23] revenue number that is on MITG 0613 includes the
[24] cost of the CSN part even though that income never
[25] came into MITG's account?

Hewlett Packard Development Co., et al vs.
Midwest Information Technology, et al.    Page 7 of 15

Deposition of Scott Stringer
11/2/2005

Page 89

[1] A: Correct.
[2] Q: And then the -- how is it accounted for in
[3] the cost of goods sold?
[4] A: The 25, I'm sorry, I believe it is backed
[5] out directly out of cost of goods sold dollar for
[6] dollar, and I also believe -- yes, sorry.
[7] Q: So if. I will just make up a number. If a
[8] million dollars of -- well, we looked at that and
[9] saw that I think under your analysis 44 percent of
[10] the dollar volume was CSN parts, so would it be
[11] your belief that whatever it was, 3.3 million was
[12] that we saw on the spreadsheet for Exhibit 66 for
[13] CSN parts, that the 3,300,000 number went into
[14] sales and revenue, and that exact same number was
[15] backed out of cost of goods sold?
[16] A: That's my understanding.
[17] Q: Does that in anyway distort the financial
[18] by putting that number in and taking it out that
[19] way?
[20] A: There is definitely not a GAAPed-based
[21] financial statement.
[22] Q: And GAAP being generally accepted
[23] accounting principles?
[24] A: Yes, ma'am.
[25] Q: Did it -- it really simply inflates the

Page 90

[1] sales and revenue, but it balances out for
[2] accounting purposes of your use of the 24 percent
[3] because it's backed out dollar for dollar on the
[4] cost of goods sold. Is that your belief?
[5] A: It's the best information that you had to
[6] determine what that percentage would have been.
[7] Q: Is there other information that you asked
[8] for to help you determine the 24 percent and the
[9] information you were told it wasn't available or to
[10] just go with what you had?
[11] A: This is the only financial statement that
[12] we received, and it's not prepared in accordance
[13] with GAAP. We did not have gross profit
[14] specifically by CSN versus non-CSN, and so this was
[15] the closest that we had to determine what the gross
[16] profit might be.
[17] Q: All right. And I guess the million dollar
[18] question, did you ask for any other information
[19] from sample or tax returns or something or finances
[20] that were prepared in accordance with generally
[21] accepted accounting principles?
[22] A: I was not given anything prepared in
[23] accordance with generally accepted accounting
[24] principals because I was told that those did not
[25] exist.

Page 91

[1] Q: So you asked for them and were told they
[2] didn't exist?
[3] A: That's correct.
[4] MS. CARROLL: Off the record a second.
[5] (At this time, there was a break in the
[6] deposition for lunch.)
[7] Q: (By Ms. Carroll) Back on the record after
[8] lunch, and want to go on to the next aspect of your
[9] analysis of lost profits and breach of contract
[10] claim, and that is getting down to the net profit.
[11] We talked about the 24 percent that was applied
[12] when you are looking at the lost sales, but looking
[13] at the overall numbers on Exhibit 3-1, your overall
[14] conclusion was lost net profits of $6,242,140, and
[15] tell me -- do you see that?
[16] A: Yes.
[17] Q: And summarizing this, what you did was go
[18] with the lost gross profits on CSN calls, plus the
[19] lost gross profit on outsourced orders to get
[20] overall lost gross profits, and then you deducted
[21] incremental operating expenses?
[22] A: Yes, ma'am.
[23] Q: To get the net profits?
[24] A: Yes, ma'am.
[25] Q: How did you -- strike that. The

Page 92

[1] information that you are using for the incremental
[2] operating expenses are based on information that
[3] you got from Teresa Koch; is that correct?
[4] A: Yes, ma'am, as well as through discussions
[5] with Mr. Haught, and they are the identical, it's
[6] the identical information from my first depo.
[7] Q: Did you ask -- well, and what these numbers
[8] are from your discussions with Mr. Haught and with
[9] Mrs. Koch, are these estimates?
[10] A: Yes, they are estimates.
[11] Q: Did you ask for any backup as to the
[12] numbers that are assigned to the various
[13] incremental operating expenses?
[14] A: I just asked for their opinion based upon
[15] increased volume, and these are the numbers that
[16] they gave me.
[17] Q: And when you asked them, since you've
[18] changed your methodology, has that -- did you need
[19] to go back and ask them if those numbers were still
[20] good based on the change in methodology, or were
[21] those old numbers still going to be good?
[22] A: I think those old numbers still would have
[23] been good.
[24] Q: And what -- you said that the numbers were
[25] based on estimates provided by them based on the

Hewlett Packard Development Co., et al vs.
Midwest Information Technology, et al.

3:04-cv-00655-CHE #74-5 Page 8 of 15

Deposition of Scott Stringer
11/2/2005

Page 93

[1] increased, what was it, the increased call volume,
[2] the increased revenue sales, what was this?
[3] A: It would be the increased activity that
[4] they would have to have to handle the Andover call
[5] volume.
[6] Q: So just looking at, we can just look at
[7] January of '04, they have -- you just use -- you
[8] use the same numbers throughout the time period
[9] which you did from November 9 of '02, to the end of
[10] standard support agreement February of '04, and the
[11] assumption that was made was the increased business
[12] that would be coming in if Andover had, the Andover
[13] policy had gone to MITG was a you need four admin
[14] people, five agents, and one supervisor?
[15] A: Yes.
[16] Q: Do you know what each of the roles are,
[17] what these people do?
[18] A: This was -- no, ma'am. My question to
[19] Mr. Haught and to Ms. Koch was, tell me about the
[20] personnel and the costs that you would have to have
[21] to handle the increased volume from Andover, and
[22] their discussion with me was that they needed to
[23] have four administrative people, five agents, and
[24] one supervisor.
[25] Q: And so -- well, let me see, when you -- do

Page 94

[1] you have your first report handy?
[2] A: Yes.
[3] Q: If we look at exhibit, I'm just trying to
[4] find an exhibit that sets this out, and I guess
[5] it's 4-2?
[6] MR. HANSEN: Are you looking at the old
[7] report?
[8] MS. CARROLL: The old report number 4-2.
[9] A: And 3 does that as well.
[10] Q: (By Ms. Carroll) And this is inclusive of
[11] calls and sales on the exhibit, right, because I'm
[12] just trying to see if I can get something close?
[13] So on the new report, you have your lost gross
[14] profit on calls and lost gross profit on sales
[15] minus your incremental operating expenses, and it
[16] looks on what I'm looking as Exhibit 4-2 of your
[17] old report, we have the same thing, lost gross
[18] profit on sales, the lost call center revenue,
[19] minus the incremental operating expenses. I'm not
[20] counting the 25 percent deal.
[21] A: Correct.
[22] Q: Is that correct?
[23] A: Those incremental operating expenses in my
[24] old report are consistent in all the exhibits where
[25] I calculate net profit, and I've taken those exact

Page 95

[1] same numbers forward to the second report.
[2] Q: And from the time you got this information
[3] from them, when you just told them I need to know
[4] how many more people, they didn't tell you what it
[5] is that admins do versus agents versus supervisors?
[6] A: No, ma'am. I relied on them to tell me
[7] what, you know, what people they would need to
[8] handle that volume.
[9] Q: Do you have any understanding as to whether
[10] any of those -- well, strike that. Do you have any
[11] understanding as to which of these ten people
[12] answer the phones, handle sales calls?
[13] A: No, ma'am.
[14] Q: And you didn't get any backup for whether
[15] or not that's accurate that on average they pay
[16] admins 30,000 in salary plus benefits, and agents
[17] $40,000 in salary plus benefits, and supervisors
[18] $50,000 plus benefits?
[19] A: My only source was through discussion with
[20] Mr. Haught and Ms. Koch.
[21] Q: And the same thing on the extra costs from
[22] computer and things, that's just strictly based on
[23] numbers with no documentary backup, correct?
[24] A: Strictly from discussions with Ms. Koch.
[25] Q: And so you couldn't vouch for the accuracy

Page 96

[1] of that information, right?
[2] A: Well, it's speculative because it's based
[3] upon revenue that didn't come over, so the question
[4] was, again, what I testified to previously what
[5] would it take for you to handle that additional
[6] volume, and you know, some of it would be they have
[7] capacity and others they would have incremental
[8] operating expenses, so I asked the question and I
[9] got the answer, and I stuck with that answer.
[10] Q: And my question is, you can't vouch for
[11] whether or not these numbers, even if you add these
[12] people, whether or not these are the numbers based
[13] on their historical information of what they pay
[14] people?
[15] A: That's correct.
[16] Q: Let me, if you will go to the exhibit that
[17] you have on all the calls that's been marked as
[18] Exhibit 63, starts with MITG O615. I think it's
[19] looking for the things on MITG's call volumes.
[20] That's 0614.
[21] A: Oh.
[22] Q: These included in the call information for
[23] 2002 through early 2004, in Exhibit 53, are
[24] exhibits that address calls that come in on a
[25] employee basis, and if you will turn to MITG 0634.

Hewlett Packard Development Co., et al vs.
Midwest Information Technology, et al.
3:04-cv-00635-JCC-FJF #74-5 Page 9 of 15
Deposition of Scott Stringer
11/2/2005

Page 97

[1] MR. HANSEN: Is that marked in his previous
[2] exhibit?
[3] MS. CARROLL: It's 53 in his.
[4] MR. HANSEN: Okay. Thank you.
[5] Q: (By Ms. Carroll) This report is identified
[6] at the top as, All Employees 2002. Do you see
[7] that?
[8] A: Yes, ma'am, I do.
[9] Q: And if you go toward the end of the report
[10] because we are looking at the calls being in
[11] November according to your report, and we need to
[12] move down the date a little bit. Did you make any
[13] attempt when you were trying to determine whether
[14] or not the four admins, five agents, and one
[15] supervisor was going to be enough at looking at the
[16] MITG reports that show what their existing staff
[17] was able to handle in terms of the number of calls
[18] and the number of sales being made?
[19] A: No. The only thing I did was I asked
[20] Mr. Haught that information because I don't have
[21] any information about the efficiencies of these
[22] particular people, whether they are at 100 percent
[23] capacity or 50 percent capacity, and so there
[24] wasn't enough data for me to really make that
[25] determination.

Page 98

[1] Q: If you look -- well, let me ask you to
[2] switch to MITG 0685.
[3] A: I don't have 0685.
[4] Q: Okay. Well --
[5] A: I probably do, but I just don't have it in
[6] here.
[7] MR. HANSEN: I've got it right here.
[8] MS. CARROLL: Is he going to be able to see
[9] it?
[10] MR. HANSEN: I hope. I can direct you to
[11] where you want to be.
[12] Q: (By Ms. Carroll) This is another report of
[13] the front that's identified as Daily Per Person
[14] 2003, since 2003 is the easiest year, since it
[15] takes care of the whole year.
[16] A: Yes, ma'am.
[17] Q: If you look across here, this is indicating
[18] a person in each of the columns, there is a person
[19] with a number of calls and a number of sales and
[20] the percentage of sales.
[21] A: Yes, ma'am.
[22] Q: All right. Now, did you make -- you had
[23] this information before your first report when you
[24] used these incremental operating expense numbers,
[25] right?

Page 99

[1] A: Yes, ma'am.
[2] Q: All right. Looking at these, just even
[3] looking at January, there are people identified as
[4] answering the calls or handling these telephone
[5] calls. Tell me how many people, you've got Paul,
[6] second one Jarrod, I have no idea what the next one
[7] says.
[8] MR. HANSEN: It's so mall. Let me help
[9] you, Paul, Jarrod, begins with a Z.
[10] MS. CARROLL: Okay. That's three. And the
[11] next one is four?
[12] MR. HANSEN: Betty, 5, Holly, 6, Gail, 7,
[13] Tammy, Mary, Richard --
[14] MS. CARROLL: Well, no, no, I just want to
[15] know who's actually answering calls. Well, they
[16] have answer calls eventually in January, but let's
[17] stick to the early part of January here, right
[18] there in the first column.
[19] MR. HANSEN: Seven.
[20] Q: (By Ms. Carroll) You've got seven people,
[21] the report carries, and it does, that should cover
[22] everybody. So you have seven people answering
[23] calls in the first part of January of '03, and
[24] based on your report, on Exhibit 3-5, you have
[25] seven people answering 9277 calls. Is that --

Page 100

[1] A: No, that's not what I have.
[2] Q: What do you have then?
[3] A: As a business expands, efficiency should
[4] increase, and what you can't quantify is what will
[5] the existing people be able to take on through
[6] increased pressure of work volume. And so you can
[7] not simply take the structure as it is in '03 and
[8] come up with some correlation per agent. Maybe you
[9] can do that, but it's reasonable to me that when a
[10] business expands, efficiency expands because coffee
[11] breaks are shorter, people become more efficient
[12] because they have to. So the correlation between
[13] the number of agents in '03 and the incremental
[14] agents needed for additional volume, there should
[15] be less agents needed for additional volume because
[16] of the economies at scale and efficiencies
[17] achieved. That seems to be sense to me.
[18] MR. HANSEN: I think there is more people
[19] we missed, just so the record's clear. If you look
[20] over to the far right.
[21] MS. CARROLL: And I think those are
[22] salespeople, Tony, because I've seen those, Tony,
[23] Andrea.
[24] MR. HANSEN: Daniel, Richard, which just so
[25] the record's clear, are different names than the

Hewlett Packard Development Co., et al vs
Midwest Information Technology, et al.
3:04-cv-03055-JES-CHE  #74-5  Page 10 of 15
Deposition of Scott Stringer
11/2/2005

### Page 101

[1] seven we have over to the left that we talked
[2] about.
[3]     MS. CARROLL: And they have significantly
[4] lower -- you are looking at Andrea with one.
[5]     MR. HANSEN: Sure, I just want to --
[6]     MS. CARROLL: That's fair enough. That's
[7] what the document reflects.
[8]     Q: (By Ms. Carroll) When we looked before at
[9] the numbers, again, using the reports from MITG, we
[10] saw that you used in 2003, the sales calls as
[11] opposed to the number of calls answered, and if you
[12] ever used -- so you have incoming calls, you have
[13] sales calls, and then you have these seven agents
[14] plus what appear to be some other sales
[15] representatives answering fewer number of calls.
[16] You have all of those people who when the calls
[17] come in, 419 are answered, for example, on January
[18] 2 of '03, in the MITG 0673. We are having to flip
[19] between two reports now, I'm sorry.
[20]     MR. HANSEN: Yeah, for quick reference, you
[21] can use mine. So what she's saying is for January
[22] -- what did you say January what?
[23]     MS. CARROLL: January 2.
[24]     Q: (By Ms. Carroll) Take the first date, and
[25] then the number of calls actually answered though

### Page 102

[1] is 419, and if you look at that, so on that same
[2] day, you have seven people who are specifically
[3] being tracked in terms of the number of calls and
[4] the number of sales, and these four other people it
[5] doesn't say whether these are orders or calls that
[6] they are taking, but you don't think there is any
[7] correlation between the fact that there is 698
[8] incoming calls, 469 of them have been defined as
[9] sales calls, 419 of them are answered, and you have
[10] the number of people reflected on 0685 answering
[11] calls. You don't think by looking at that
[12] information for the entire year, that that is valid
[13] to try to determine whether or not five people was
[14] -- five agents was going to be sufficient to handle
[15] the increased number of calls if Andover had been
[16] transferred to MITG?
[17]     A: As I said earlier, it could be considered,
[18] but ultimately I know as a business person that
[19] efficiencies and economies of scales happen when a
[20] business becomes busier, and I posed the question
[21] to Mr. Haught because I would not have anyway of
[22] knowing that or quantifying that without being
[23] inside of his business and understanding that
[24] efficiency and economies to scale. So making a
[25] numerical quantification from existing operation

### Page 103

[1] and projecting that to future operations completely
[2] without taking into consideration efficiencies and
[3] economies of sale, it's almost impossible to do.
[4] So therefore, I relied upon the representation of
[5] Mr. Haught to tell me, if you got additional call
[6] volume, think through what it would take, what
[7] would you have to add to your staff and that was
[8] the way I posed the question to him, and that was
[9] the way I attacked this problem.
[10]     Q: Okay. When we looked before at how you got
[11] the Andover call volume on Exhibit 51, that's HP
[12] 11007 through 009, we are actually looking at these
[13] things as total number of orders as posed to number
[14] of calls, correct?
[15]     A: That's what it says, yes, ma'am.
[16]     Q: And if we look at that and you just even
[17] look at the second column on MITG 0685, they show
[18] the number of sales per person. Is there anyway in
[19] trying to correlate, you are looking at, and I will
[20] find the week ending January 4 on Exhibit 51, shows
[21] total orders using your column of 1000 -- that's
[22] not a good week. I will look at the week ending
[23] January 11, which is there. It shows a total
[24] volume of 1914 orders. And so is it your belief
[25] that if you have added five people, that five

### Page 104

[1] people in a week could have handled 1914 orders
[2] based on efficiency of scales or that the five
[3] people plus the seven people already there were
[4] going to cover that additional 1914 in sales?
[5]     A: I'm not rendering an opinion about a
[6] specific week per se, but I'm agreeing -- I will
[7] say this, the five people that were added will
[8] handle that volume and is assumed that the pressure
[9] of the volume will increase the efficiency of the
[10] existing agents.
[11]     Q: Did you have a specific discussion with
[12] Mr. Haught or with Ms. Koch about the -- how
[13] occupied their agents were that were already
[14] covering the calls that came do MITG?
[15]     A: When I talked to Mr. Haught, I asked him to
[16] consider the current capacity and to consider the
[17] current efficiency and tell me if Roseville had
[18] come over knowing what you know about the call
[19] volume, what would you have had to do to handle
[20] that volume, tell me about the additional costs you
[21] would have to have. And I said, I want to know
[22] about people, and I want to know about equipment,
[23] and anything else that you think is a variable cost
[24] that would be incremental to that effect. So I
[25] explained what I meant, and Mr. Haught thought

Hewlett Packard Development Co., et al vs.
Midwest Information Technology, et al.
3:04-cv-04055-JES-CHE #74-5 Page 11 of 15
Deposition of Scott Stringer
11/2/2005

## Page 105

[1] about it, and I can't remember how long the
[2] conversation was, but then we went through and he
[3] described the people in the three different types
[4] of people, and you know, what those folks, and then
[5] I asked them what would be paid, and I said does
[6] that include benefits, yes, etc.
[7]     Q: Let me ask you this, did he tell you that
[8] these, it's a total of ten people, five are listed
[9] as agents, do you -- did you understand from your
[10] conversation with him that agents mean the people
[11] answering the telephone?
[12]     A: I don't recall specifically whether I got
[13] into detail of, you know, the agents versus the
[14] admin and what their specific duties were.
[15]     Q: Well, I'm looking at MITG 0685, and I see
[16] in January, you are looking at Paul, and his sales
[17] just in the first few weeks before he apparently
[18] left the company ranged on January 4 as many as 40
[19] sales, but that is by far the most, he gets down to
[20] 29, there are a couple in the 20s, a couple single
[21] digits for these sales, and the same is true for
[22] all of these other people listed. The first seven
[23] people that are listed, you know, you are looking
[24] at maximum number of sale. I think Paul on the day
[25] he had 40 sales is the highest number in those

## Page 106

[1] first couple of weeks, right?
[2]     A: Let me take a look.
[3]     Q: Okay.
[4]     MR. HANSEN: Just so we are clear, she's
[5] looking at Paul, that's the guy right here in
[6] column 1, and then there is this column here, tiny
[7] written number of sales, and then next column says
[8] percentage of sales, she's on that 180,340.
[9]     MS. CARROLL: He has 40 sales in a day.
[10]    MR. HANSEN: Right, okay.
[11]    MS. CARROLL: Just looking at those couple
[12] of weeks, 40 is pretty high. I mean, he also has a
[13] low of five on 1-24-03.
[14]    MR. HANSEN: Okay. For Paul.
[15]    Q: (By Ms. Carroll) In looking at those
[16] numbers in terms of numbers of sales knowing what
[17] you know from Exhibit 51 and specifically HP 11008,
[18] that has the order volume for Andover that you are
[19] using to calculate increased call volume, you know
[20] what those are looking at those in saying, okay, in
[21] general, you've got these people who have had at
[22] most 40 and can handle as few at five orders at a
[23] time, that they are going to get an influx in a
[24] single week of 2000 calls, they have five people
[25] that they are going to all of the sudden more than

## Page 107

[1] double what they are handling in terms of orders?
[2]     MR. HANSEN: Object to the form. Is there
[3] a question there?
[4]     MS. CARROLL: Um-hum.
[5]     A: My answer doesn't change. Without doing a
[6] time and motion study of the existing personnel,
[7] you know, going back in time and seeing what they
[8] were handling and understanding what economies in
[9] sale and efficiencies achieved by adding the
[10] Roseville to the current operation, I would have to
[11] rely on what Mr. Haught told me, and you know, I
[12] asked him specifically, I asked him to think
[13] through if I talked about consider your current
[14] capacity, you know, consider efficiencies, you
[15] know, consider support people besides the people
[16] who are answering the phones, etc., and the best
[17] information I had was what Mr. Haught told me.
[18]    Q: (By Ms. Carroll) And I'm asking you did
[19] you challenge Mr. Haught's conclusion based on the
[20] information that, the documentary information they
[21] had provided you?
[22]    A: No.
[23]    Q: And if in fact, if you had, you would see,
[24] for example, what Paul, the gentleman we've been
[25] looking at, that the week starting January 13, and

## Page 108

[1] ending the 17th, he took a total of 73 orders, that
[2] was what he was able to handle, and if you look at
[3] Exhibit 52 for the week ending in that same time
[4] period, there would be 1871 calls, and if you added
[5] five people, you are only looking at those 300
[6] something orders.
[7]     MR. HANSEN: I'm going to object to the
[8] form. It assumes facts not in evidence, and it's
[9] trying to attempt to characterize every call that
[10] Paul took as a sales call, or whoever. So object
[11] to the form and foundation, go ahead.
[12]    Q: (By Ms. Carroll) Well, let me back up,
[13] because I want to make sure this is clear. On
[14] 0685, these are sales that are listed on here.
[15] There is a number of calls and a number of sales,
[16] and under sales, do you understand that to be
[17] orders, sales he made based on the calls he
[18] received?
[19]    MR. HANSEN: I don't disagree with that.
[20] My objection is that that assumes all the first
[21] column were potential sales calls. That's my
[22] objection.
[23]    Q: (By Ms. Carroll) Okay. Well, I only want
[24] to reference the sales column, that he has 73, that
[25] he made 73 sales in one week.

Hewlett Packard Development Co., et al vs.
Midwest Information Technology, et al

3:04-cv-03055-JES-CHE #74-5 Page 12 of 15

Deposition of Scott Stringer
11/2/2005

Page 109

MR. HANSEN: Do you see where she's at?

MS. CARROLL: It's the week ending on Friday the 17th.

MR. HANSEN: If you add up number of sales in the second column, I believe that comes to 73.

A: Okay.

Q: (By Ms. Carroll) But looking at what your expected increase was, and at least number of orders that's listed in Exhibit 52 for that week, it was 1871, and so if you only had, if you added five people, then those five people along with the existing seven people were going to handle 1871 more calls. Is that realistic based on the fact that Paul on a whole week was only going to be able to handle 73?

A: I don't know anything about Paul's capabilities. I don't know anything about these people's capabilities. And for all I know, the three administrative people could create efficiency as well with those five agents. Companies are going to operate at a different level of efficiency when they have more volume, and so I really can't answer this question any different than I already have, and that is I relied on Mr. Haught based upon his business, the understanding his own business,

Page 110

and his own people as to their efficiency and capacity and his ability to maybe replace Jarrod and Paul or whoever, what would it take to handle that volume. And that was really without engaging a time and motion study of his current people which wouldn't have done anything anyway because this is historical, that was my best estimate.

Q: And just so it's clear, you did not, you have accepted his estimates without challenging them based on documents and doing the exercise that we've been doing?

A: And I did not do that because I understand the differences and the effect of volume on efficiencies and economies of scale, and by going through that exercise would be basically meaningless.

Q: You know nothing about how efficient or inefficient the salespeople were or the people answering phone calls were at MITG because you didn't ask anybody, did you?

MR. HANSEN: Object to form.

Q: (By Ms. Carroll) Of the actual people who are answering those calls?

MR. HANSEN: Same objection.

A: I asked Mr. Haught given the efficiency

Page 111

that you had and the capacity that you had and if we were to add these, this volume to your existing operations what would it take to handle it. That process is no different than when an accountant does projections for financial statements, for mergers and acquisitions for business evaluations, etc., and that is a generally accepted method for trying to determine a hypothetical situation which I can't quantify which did not happen.

MS. CARROLL: Object as not responsive.

Q: (By Ms. Carroll) Did you will ask Mr. Haught how much capacity was being handled by the actual people that he had?

A: Not directly, but I asked him to consider the capacity that they were at and considering, you know, what would it take in additional people to handle that volume. And Mr. Haught's comment was, you know, it would have taken about five more people, five more agents, and I can't remember the number of admin, etc.

Q: Right. And so you don't know, and you don't have any specific information as to what capacity the existing people were running at to handle the existing business?

A: No, that's correct.

Page 112

Q: Let's look at MITG 0613, which is the revenue and expense analysis prepared by MITG that we talked about before. It was previously marked as Exhibit 46. Now, looking at for the year 2003, since it's the only complete calendar year we have, it indicates actual operating expenses of 1,618,840.70, correct?

A: Yes.

Q: And that 1.6 million in expenses generated the almost 8.8 million in sales and revenue, correct?

A: That was what they spent, yes, ma'am, according to this document.

Q: Now, so the actual operating expenses as a percentage of sales is what 18, 20 percent?

A: 18, a little over 18 percent.

Q: And these operating expenses your understanding is that these are both fixed and variable?

A: Yes, ma'am.

Q: Is it fixed and incremental?

A: No, fixed and variable.

Q: And then incremental, what is the difference?

A: Incremental is basically variable cost, and

Hewlett Packard Development Co., et al vs.
Midwest Info. Tech., et al.
3:04-cv-03000-JES-CHE # 74-5 Page 13 of 15
Deposition of Scott Stringer
11/2/2005

Page 113

[1] it's variable cost that you assign in a
[2] hypothetical situation.
[3] Q: Okay. So on your -- for the purpose of
[4] your analysis on Exhibit 3 -- let me go on 3-4
[5] because it has it summarized. You have -- you are
[6] looking at 22 million in lost revenue, and by your
[7] calculations, that was only going to need $391,000
[8] in incremental expenses; is that right?
[9] A: Correct.
[10] Q: And I'm sorry, I guess 3-2, is that where,
[11] it is 391,000 in incremental operating expense?
[12] A: Or 3-1.
[13] Q: It summarized total incremental operating
[14] expense of 2003, $391,956. Under the analysis
[15] information that was provided to you by Mr. Haught
[16] and Ms. Koch, the MITG could generate over $22
[17] dollars in sales by expending over $392,000.
[18] A: Correct.
[19] Q: And when you looked at those numbers, did
[20] that strike you based on the other financial
[21] information you had from MITG as being too low?
[22] A: No.
[23] Q: Why not?
[24] A: Because this, I do not know the break out
[25] of the fix versus variable expenses here on 0613

Page 114

[1] because I don't know about the economies of scale
[2] and the efficiencies that will occur. And my best
[3] information was to ask the man who runs the company
[4] what does he believe the incremental expenses would
[5] be if this volume came in, and it is not uncommon
[6] to see operating expenses dive dramatically as a
[7] percentage of revenues when revenues go up because
[8] of A, the effect and mix of variable versus fixed
[9] cost, and B, because of the efficiencies that
[10] additional volume forces a work force to do.
[11] Q: Did you ask anyone from MITG if there was a
[12] break out in the operating expenses included on
[13] MITG 0613 for fixed versus variable?
[14] A: I think indirectly I did in asking for
[15] financial information and not receiving it, yes,
[16] ma'am.
[17] Q: So as a CPA, do you believe that it is
[18] reasonable in terms of calculating the hypothetical
[19] lost profits on this claim that when historical
[20] information indicates that your operating expenses
[21] are 18 percent of your sales, that if you had these
[22] hypothetical sales that your operating expenses
[23] would only be 1.8 percent of those?
[24] A: I think it would be unreasonable to take
[25] the operating expense and make a correlation to

Page 115

[1] incremental volume based upon historical situation
[2] which will change dramatically. The best source of
[3] information is to go to the people who know and
[4] pose the question. It is generally accepted to
[5] utilize, to discuss with management, you know, what
[6] their understanding of incremental cost to be.
[7] That is a common practice by CPAs, and I think it's
[8] a reasonable practice.
[9] Q: How long did your conversation with
[10] Mr. Haught about the incremental operating
[11] expenses, how long did you talk with him?
[12] A: I don't remember.
[13] Q: And did you talk with Ms. Koch at all about
[14] this, or was she just the person who sent you the
[15] email with the cost for the phone headset,
[16] computer, etc?
[17] A: We talked a little bit with Ms. Koch, but
[18] it was primarily through the email.
[19] Q: And just so we are clear, the email that
[20] you and I have been referring to was previously
[21] marked as Exhibit 69, that's the per seat cost?
[22] MR. HANSEN: No, so the record's correct, I
[23] see 59.
[24] MS. CARROLL: That's what I said.
[25] MR. HANSEN: You said 69.

Page 116

[1] Q: (By Ms. Carroll) Exhibit 59 with the per
[2] seat cost, is that the email you are referring to
[3] in Ms. Koch?
[4] A: Yes, ma'am.
[5] Q: Do you recall if you got the information on
[6] the number of people by email?
[7] A: No, that was --
[8] Q: Directly?
[9] A: -- directly over the phone.
[10] Q: I just wanted to try to wrap up the breach
[11] of contract portion at least for now to go over a
[12] couple of things that you and I have talked about.
[13] On this claim for breach of contract, you and I
[14] discussed some areas that you have a number, and I
[15] posed questions to you as to whether or not another
[16] number might be suitable or appropriate, and I just
[17] want to go back over those. You and I talked about
[18] on the total calls for Andover, you used in Exhibit
[19] 51, 1107 to 1109, the total orders which included
[20] the agent orders and the web orders; is that
[21] correct?
[22] A: Yes, ma'am.
[23] Q: And you could not find a place in the
[24] standard support agreement that indicated that web
[25] orders were compensated the same way phone calls

Hewlett Packard Development Co., et al vs.
Midwest Information Technology, et al
3:04-cv-M0955-JPG-CJP #74-5 Page 14 of 15
Deposition of Scott Stringer
11/2/2005

Page 117

[1] were, correct?
[2] A: That's correct.
[3] Q: And so if you used agent orders here to
[4] reflect, which would reflect telephone orders, that
[5] would lower your number in your report that you
[6] used, correct?
[7] A: By using total orders versus total phone
[8] calls, but, yeah, in that spreadsheet, total orders
[9] is a function of adding agent orders and web
[10] orders.
[11] Q: Okay. So just so the record is clear, so
[12] if you used the agent orders only, that would have
[13] the effect of lowering your calculations because
[14] you would have a lower number of listed calls for
[15] Andover?
[16] A: If I used the agent orders in that
[17] spreadsheet, that's correct, if I use that line.
[18] Q: And another area we talked about in your
[19] report was using the, where you use the revenue
[20] number from Exhibit 66, to come up with a 54 or
[21] 56/44 split, if you use the actual number of calls
[22] that came in historically, that would flip the
[23] percentages to 67 percent for CSN and 33 percent
[24] for the outsourced orders, correct?
[25] A: Roughly, that's correct.

Page 118

[1] Q: And that would increase potentially the
[2] amount of the claim under the CSN calls, but would
[3] have the effect as we saw when we did the problem
[4] of decreasing the profits on the outsourced orders,
[5] correct?
[6] A: Yes, ma'am, that's correct.
[7] Q: All right. Another item that we addressed
[8] was how you calculated the MITG calls, and in 2002,
[9] you used calls answered, and then in 2003, you used
[10] sales calls, and then in 2004, you used all
[11] incoming calls?
[12] A: Yes, ma'am.
[13] Q: Based on the records we reviewed, do you
[14] agree that if you use calls answered, that the
[15] amounts or the number of calls for MITG would be
[16] lower?
[17] MR. HANSEN: We haven't sat here and gone
[18] through them all. I will take your representation
[19] that it would be lower.
[20] MS. CARROLL: Well, we can do a spot check.
[21] Q: (By Ms. Carroll) When we looked at the
[22] daily totals for, I will just pull this out, for
[23] 2003, this is a number that we've been throwing
[24] out, we had 469 under sales calls, which is the
[25] numbers the column you were using, and if you look

Page 119

[1] at all incoming calls, it's 419, and the
[2] discrepancy is sometimes not much of one.
[3] MR. HANSEN: Just so the record's clear,
[4] you are looking at January 2 of '03?
[5] MS. CARROLL: Right.
[6] MR. HANSEN: All incoming calls is actually
[7] 696.
[8] MS. CARROLL: But that's not the column he
[9] used.
[10] MR. HANSEN: No, I understand.
[11] MS. CARROLL: This is the column he used.
[12] If you used all incoming calls.
[13] MR. HANSEN: But that's not all incoming.
[14] That's number of calls answered.
[15] MS. CARROLL: Number of calls answered. I
[16] mean that number.
[17] MR. HANSEN: Right.
[18] Q: (By Ms. Carroll) It would reduce the
[19] number of MITG calls.
[20] A: Not by much.
[21] Q: But it would have the effect of some
[22] reduction if we were going to go through and count
[23] them all up, it's not necessarily thousands of
[24] calls, but you've got 30 or 40 calls, it looks
[25] like, on a daily basis at least in the early going.

Page 120

[1] A: If I looked at the totals on MITG 0678,
[2] there is only for the whole year, there is only 680
[3] call difference.
[4] Q: Okay. So that would have the effect in
[5] 2003 of reducing the number of calls you have for
[6] MITG by 680 then; is that accurate?
[7] MR. HANSEN: Whatever he said, 660, 680.
[8] A: Those two columns are different by 680
[9] calls.
[10] Q: (By Ms. Carroll) Another item we discussed
[11] was the cost of the part which you came up with
[12] $482.13, based on MITG's historical cost of sourced
[13] parts, correct?
[14] A: Yes, ma'am.
[15] Q: And we talked earlier today about if you
[16] used the information on the number of calls and the
[17] actual -- actually received by Andover and the
[18] number -- strike that. We looked at Exhibit 52,
[19] that showed the total number of orders and the
[20] total revenue generated, we had a significantly
[21] lower number if you used the actual numbers from
[22] Andover as opposed to historical information on
[23] MITG, correct?
[24] A: Yes, ma'am.
[25] Q: And then the final item that we discussed

Hewlett Packard Development Co., et al vs.
Midwest Information Technology, et al
3:04-cv-00055-JES-CHE #74-5 Page 15 of 15
Deposition of Scott Stringer
11/2/2005

Page 121

[1] that I want to mention, you had a transition date
[2] from Roseville, Andover to Roseville of November 9,
[3] rather than the April date in Ms. Pound's
[4] deposition, correct?
[5]     A: Correct.
[6]     Q: And by doing it the way that you did it, on
[7] each of these items combined had the effect of
[8] increasing the amount of the claim on the breach of
[9] contract claim against HP; is that correct?
[10]    A: Could you restate that question?
[11]    Q: Sure. By using the method that you used or
[12] the columns on the reports that you used versus the
[13] ones that I presented to you, that had the effect
[14] of increasing of making that claim higher than it
[15] would have been if you had used the ones that I
[16] suggested?
[17]    A: Are you talking about specifically 155
[18] versus 482?
[19] MR. HANSEN: All of them.
[20]    Q: (By Ms. Carroll) All of them.
[21]    A: Yes, if I were to use those numbers, it
[22] would be different, it would be lower, yes, ma'am.
[23]    Q: And at any time, and just to wrap this up,
[24] I think I've addressed these, at any time did you
[25] do a calculation using the areas that I suggested,

Page 122

[1] for example, how you got the percentage of calls or
[2] using April of '03, did you ever do a calculation
[3] based on that to determine what those would be?
[4]     A: No, ma'am.
[5]     Q: All right. Let's direct our attention now
[6] to the tortious interference claim. And I want to
[7] start in your report on the text, because I have a
[8] question or two about that. Right off the bat,
[9] this first part of the first sentence, because of
[10] the revenue recognition issues encountered in the
[11] breach of contract calculations. What does that
[12] mean, the revenue recognition issues encountered in
[13] the breach of contract?
[14]    A: Revenue recognition being that CSN only
[15] earns -- CSN only earns the 5.25 per call, and that
[16] outsourced, and CSN, that can be outsourced
[17] received, the gross profit. That revenue
[18] recognition, I'm calling it revenue recognition is
[19] a general term caused me to also change my tortious
[20] interference claim.
[21]    Q: Why did that make a change? Why did that
[22] change the way that you needed to do it, this CSN
[23] not be subject to 75/25 split?
[24]    A: Because in my previous report, I had
[25] utilized data from the first analysis, and

Page 123

[1] incorporated it into the tortious interference
[2] claim by assuming that business would decrease at a
[3] certain percentage. So I started with, in my
[4] previous report I started with the numbers
[5] calculated in my breach of contract claim and went
[6] down from there, because breach of contract claim
[7] numbers were in error because of my
[8] misunderstanding of how revenue was recognized on
[9] CSN. I then subsequently today changed the
[10] tortious interference analysis as well.
[11]    Q: So just briefly, look at your first report,
[12] assume that all of the sales that were made by
[13] Andover were subject to the 75/25 split.
[14]    A: Yes, ma'am.
[15]    Q: And since it was not, then you needed to
[16] redo that calculation to be able to get to a number
[17] that more accurately might reflect the tortious
[18] interference damage?
[19]    A: That's correct.
[20]    Q: Let's go through how you did it, and let me
[21] ask you this, why did you -- you changed the
[22] complete methodology of the way you did the
[23] tortious interference claim?
[24]    A: Yes, ma'am.
[25]    Q: How come you didn't do it the same way just

Page 124

[1] using the new revenue information that you learned
[2] from 2003, using the breach of contract?
[3]     A: Well, because the tortious interference
[4] claim, I'm sorry, yeah, because the tortious
[5] interference claim is about specific customers who
[6] are no longer customers of MITG because of
[7] allegedly having been contacted by HP. With
[8] receipt of the spreadsheet, I was able to see
[9] historical patterns by customers so that I could
[10] actually determine which customers had been buying
[11] from MITG and then comparing that to which
[12] customers were currently buying from MITG. So it
[13] was a much more detailed analysis because I had
[14] actual customer data and I did not have that
[15] before.
[16]    Q: Did you ask for actual customer data before
[17] your first report?
[18]    A: Yes, ma'am.
[19]    Q: So what you -- what the new method that you
[20] used in your supplemental report, correct, the
[21] 75/25 CSN issue as well as doesn't assume as I
[22] believe you did in your first report that all of
[23] the customers cease doing business at the end of
[24] the contract, cease doing business with MITG at the
[25] end of the contract?