1   of the CD that you just received, is that correct?

2   How I worded that?  I think that's right.  I believe

3   that's what you were trying to get to, and that's

4   our best method of getting you the information

5   you've requested.

6       Q.    Okay.  Do you know if there is any way or

7   have you talked to anyone, if there's any way to

8   take all the Excel spreadsheets, invoices, that have

9   been produced on that CD and merge them so you could

10  do a total or you could do searches on it for

11  customers?  Do you know if Excel works that way?

12      A.    I don't know.  I would say as large as

13  they are, probably not.

14      Q.    These are random invoices that were

15  selected off of the CD that you all provided, and I

16  understand from Ms. Koch that she began in July of

17  2000 and wasn't familiar with the way CEI invoicing

18  was done necessarily prior to her arrival, was there

19  invoicing to CEI prior to July 15th of 2000?

20      A.    You know, I don't recall.  There was a

21  process in place, but I don't remember what it is.

22  There were instances where Sherry Ellis would let us

23  know how much to bill for.  I mean there was a

24  whole -- in the beginning there was a huge mess of

25  how that all went and I don't recall.

1     Q.    How did you -- at one point these invoices

2  began to have a profit and incentive entries over --

3  for example, on Exhibit 38, began to have a profit

4  and incentive split, and we went -- I went through

5  with Ms. Koch the various differences on some of

6  them or American Eagle is the 50% split, etcetera,

7  when do you recall there first being a percentage

8  split of profits with Custom Edge?

9     A.    I don't recall.

10     Q.    Okay.  They appear on -- they first appear

11  on the invoices that have been provided on

12  spreadsheets in December of 2000, do you have any

13  recollection one way or the other as to whether they

14  began to appear on the spreadsheets because it just

15  went into effect?  Let me show you what I mean.

16  This is the very first spreadsheet that is for

17  December --

18     A.    7th.

19     Q.    -- 7th.  Is the very first spreadsheet

20  that has this profit and 25% incentive --

21     A.    It's Exhibit 31.

22     Q.    Thank you.

23     A.    You're welcome.

24     Q.    The first one that has this exhibit, that

25  has these two columns on here, does looking at this

1    give you any idea whether it was because

2    December 7th was when that first went into effect

3    that it first appears in the spreadsheet that way?

4        A.    I don't know.  There would have been -- I

5    would believe there would have been information

6    prior to that, but once again, that was, you know,

7    five generations ago.  All that information quite

8    frankly your client has because I don't.

9        Q.    Well, let me ask you this, did you have

10   any involvement in deciding what the various --

11   there were format changes from 2000, did you have

12   any involvement in deciding that?

13       A.    That was Sherry Ellis and her vindictive

14   ways of doing business.

15       Q.    Okay.  And I understood that the customer

16   numbers that were on -- that were provided

17   particularly in the early days, there were various

18   formats for customer numbers, that some of them were

19   OW and some of them were a bunch of numbers.  I

20   understand from Ms. Koch these customer numbers were

21   being provided to MITG by Custom Edge and these were

22   not MITG created customer numbers, was she correct

23   on that?

24       A.    You know, I don't know.  I can't

25   necessarily say that she is because we did have a

1    numerology, a numbering system that was put in place

2    back then, but I don't recall what that was.  Again,

3    we went through various methods through that

4    probably first 12 or 18 months, so I can't answer

5    that one way or the other.

6        Q.    Eventually, it looks like it was all

7    business you were doing with Custom Edge and then

8    Compaq Direct and HP Direct, all the customers were

9    identified by OS1, do you recall that?

10        A.    Not necessarily, no.  And not throughout

11    that time frame, they weren't.

12        Q.    During the term of the Standard Support

13    Agreement, do you remember that the numbers were all

14    OS1 numbers?

15        A.    Not all, no.

16        Q.    If we look at these documents that have

17    been provided here, for example, on these B2B Sales

18    Report in Exhibit 42, all of these numbers are OS1

19    numbers.  When we look at Exhibit 41, all of the

20    customer numbers are OS1 numbers.  Is there another

21    set of -- are you telling me this happened to all be

22    OS1 numbers and that there are other numbers that

23    MITG was using to identify customers that were

24    subject to the Standard Support Agreement?

25        A.    There could be.  I mean, I don't know, it

1   could be that one customer had multiple numbers.

2   That was one of the big problems with the whole HP

3   transition is you have a customer that might have

4   eight different numbers, so I think this was --

5       Q.   But did they have eight different numbers

6   for you?  When MITG was dealing with Kimberly

7   Clark --

8       A.   They might have had one of our numbers,

9   they might have had multiple HP numbers, they might

10  have had a Compaq number, they might have had an IBM

11  number, who knows.

12      Q.   Let me ask you this, those numbers were

13  based on their contacts with different parts of the

14  organization?

15      A.   On various organizations.

16      Q.   Okay.  Were all the numbers, and that's

17  fair, so Kimberly Clark could have multiple numbers,

18  but when MITG was dealing with them and doing an

19  invoice for Kimberly Clark that were sending to

20  Compaq Direct other than HP Direct, when you were

21  sending that to get an invoice, were you always

22  sending it under an OS1 number?

23      A.   Not necessarily, no.  In some cases we

24  billed direct, depending on the what the product

25  was.

1    Q.    Under the Standard Support Agreement?

2    A.    Well, you're talking apples and oranges

3    here.  You got to remember, we had the service

4    parts, so see, some of these customers -- narrow

5    your scope for me and I can answer.

6    Q.    What I want to do -- you've told me and

7    Ms. Koch has told me the same thing, which is the

8    customers that the sales were subject to the terms

9    of the Standard Support Agreement, there's a set of

10   those customers.

11   A.    Correct.

12   Q.    What I'm trying to find out is does that

13   entire set of customers all have OS1 numbers that

14   represents the business that you were doing under

15   the Standard Support Agreement?

16   A.    They would have had an OS number, yes.

17   Was that necessarily the number they used, no.

18   Would that or could that have been the number that

19   we arbitrarily decided was the best for tracking

20   purposes, that's a possibility, yes.

21   Q.    All right.  When you were submitting

22   invoices directly to Compaq Direct through the use

23   of the Middleware, that customer number that was

24   being used for Vista to recognize were all going to

25   be OS1 numbers?

1      A.    Not necessarily, no.

2      Q.    Can you give me any list that has --

3 during the time from February 7th of '02 to

4 February 7th of '04 customer numbers that were going

5 to -- that showed sales that were subject to the

6 Standard Support Agreement that were not OS1

7 numbers?

8      A.    But you just said -- you're asking two

9 questions.  You're question is, can I produce or am

10 I aware of customer numbers through the Standard

11 Support Agreement, but that would not be a Compaq

12 number necessarily.

13     Q.    What I'm trying to do, and let me explain

14 myself, you have told me and Ms. Koch told me that I

15 have all the information.

16     A.    That's correct.

17     Q.    What I want to know is every bit of

18 business that you did through the Standard Support

19 Agreement for me to look at what the sales were,

20 what the monies were paid to you --

21     A.    Uh-huh.

22     Q.    -- I ran a list of OS1 customers, are

23 those going to identify all of that business or are

24 you telling me that there were OS1 numbers then

25 there are eight digit numbers without letters and

1    then there are all these other things, that's what

2    I'm trying to find out.

3         A.   As painful as this is for me to say, there

4    could be.

5         Q.   Do you have a list then that tells me for

6    every customer that you were doing business with

7    under the Standard Support Agreement, what their

8    customer number was?

9         A.   No.

10        Q.   You've never -- you don't have a record of

11   that in your system?

12        A.   No, it was all done through the claim.

13   Like I said, this was kind of the generally agreed

14   to number, but I'm sure there were instances where

15   we were billing where they had billed customers

16   where there were no OS numbers, they would go off of

17   various other numbers, whether it was a GEM account,

18   which is government educational medical.  There was

19   a huge brouhaha.  A lot of this business could have

20   fallen under that.  I don't know what the percentage

21   differences are.

22        Q.   Are you telling me that there were sales

23   that were made of multivendor parts that MITG got

24   75% of the profit, HP got or Compaq got 25% of the

25   profit and the customer that was the subject of that

1    sale has a customer number that was submitted to

2    Vista different from an OS1 something, something?

3        A.    Yes.

4        Q.    All right.  But you can't tell me what

5    those other possible numbers are?

6        A.    No.

7        Q.    Let me show you what was previously marked

8    as Deposition Exhibit 39, are you familiar with that

9    document at all?

10        A.    No.

11        Q.    This is sales and revenue and net income

12    numbers for 2000 and 2001, do you have -- did you

13    have any discussions with Ms. Koch about trying to

14    create a document that indicated what revenue was

15    for the years 2000 and 2001 and what the net income

16    was for those years as part of this litigation?

17        A.    I believe the question was asked to

18    produce this, and I said great, go for it.

19        Q.    Okay.  Do you -- have you looked at those

20    numbers to determine if they appear to be accurate?

21        A.    No, I wouldn't have a clue.

22        Q.    Would you defer to Ms. Koch on the

23    accuracy of those numbers?

24        A.    Yes, I would.

25        Q.    There's a significant difference in the

1   revenue between 2000 and 2001 from $1.2 million to

2   over $6.5 million, what is -- what are the major

3   factors attributing to that increased sales in terms

4   of pieces of business from 2000 to 2001?

5       A.   Without looking at some documentation, I

6   couldn't tell you.

7       Q.   Your deposition back in February we looked

8   at a document that was a written agreement entitled

9   Scope of Work that was dated I think in the

10  beginning of January of '01 that set out some

11  payment terms between Compaq Direct or Custom Edge

12  and MITG, did MITG's sales and revenue grow in 2001

13  primarily because of referrals or the business they

14  were doing with Custom Edge or Compaq Direct?

15      A.   First off, I think your terminology is

16  incorrect.  It would be Compaq.  There was no Custom

17  Edge in that date frame.

18      Q.   All right.  Compaq Direct, is this

19  difference in business primarily additional business

20  with Compaq Direct?

21      A.   I can't answer that, again, without any --

22  I need to have supporting documentation before I can

23  answer that.

24      Q.   Well, can you think of any other

25  significant business changes between 2000 and 2001

1    that would contribute to an increase of over

2    $5 million in business?

3         A.    There were other business endeavors

4    besides HP and Compaq, yes.

5         Q.    All right.  And in 2000, you, and you

6    being MITG, lost a 196, $197,000, do you have -- let

7    me show you this.  In 2004, it appears that MITG by

8    the end of last year lost about $110 million, would

9    you agree -- I mean $110,000, sorry.  Would you

10   agree with me that it would appear that it's

11   consistent between 2004 and the year 2000 in terms

12   of MITG losing business when only a small portion of

13   their business is being referred by HP or Compaq?

14        MR. HANSEN:  I'll object to the form.  If

15        you can answer, go ahead.

16        THE DEPONENT:  Well, rephrase.  I'm not

17        getting what you're trying to reference here.

18        Q    (By Ms. Carroll) Well, if you look at --

19   this is the year before there was any written

20   agreement.  In the year 2001, there's the Scope of

21   Work that has the beginning of the 75/25, at least

22   in a written agreement of the 75/25 split, and then

23   the Standard Support Agreement is in place for the

24   years 2002 and 2003.  If you look at the year before

25   you entered into a written agreement with Compaq

1    Direct, MITG lost money.  If you look at the year

2    after the end of the written agreement, MITG looses

3    money.  Doesn't this indicate to you that your level

4    of business when you don't have the HP or the Compaq

5    referred business had been consistent from 2000 to

6    2004?

7         MR. HANSEN:  Same objection to form.  Go

8      ahead.

9         THE DEPONENT:  No.  No, it doesn't.  It

10     doesn't lead me to believe that.

11    Q    (By Ms. Carroll) Can you tell me any

12    reasons why -- what's the difference in the business

13    that MITG does between the year 2000 and what they

14    did post Standard Support Agreement, so after

15    February 7th of '04?

16    A    There could have been or there are other

17    corporations that would have been involved in that.

18    I would have to defer those questions to Ms. Koch, I

19    don't know.

20    Q    Other corporations, what do you mean by

21    other corporations?

22    A    Well, this is -- you're looking at a base

23    number based on tax returns, correct, is that where

24    this number is derived from?

25    Q    From -- these year end numbers -- Ms. Koch

1    testified that these are year end numbers that were

2    put together to give to the accountant to do taxes.

3        A.    Then I would have to defer to her.  I

4    don't have any opinion one way or another.

5        Q.    I'm not looking at numbers themselves, I'm

6    trying to get a description as the owner of MITG --

7        A.    Uh-huh.

8        Q.    -- what were the types of parts and

9    services that were provided in 2000 versus the types

10   of parts and services you were providing in 2004

11   after the end of the Standard Support

12   Agreement?

13       A.    Could have been the same, could have been

14   different.  There are multiple facets, too.  But

15   will I agree to your generalization, no, I will not.

16       Q.    In 2000 you were selling, you being MITG,

17   sold spare parts to customers, you did depot

18   repairs?

19       A.    Uh-huh, I believe so.

20       Q.    All right.  What else, what other kind of

21   business -- I think, had you closed the retail

22   stores by then?

23       A.    I don't know.

24       Q.    You don't know whether you closed your

25   retail stores in 2000?

1      A.    I'm terrible with dates like that.

2      Q.    After the end of the Standard Support

3   Agreement what does MITG do to make money, sell

4   computer spare parts?

5      A.    That's part of it, sure.  Services.  Could

6   have been wiring, cabling.  Could have been a myriad

7   of things.

8      Q.    Well, it's just last year, what was it?

9      A.    Oh, I'm sorry.

10     Q.    Since last year, I'm sorry.

11     A.    Since 2004?

12     Q.    Yeah.  Since the end of the Standard

13  Support Agreement what parts -- what have they been

14  doing other than selling spare parts for computers,

15  are there other sources of revenue for MITG other

16  than the sale of computer spare parts?

17     A.    That, again, is a question I would have to

18  defer to Ms. Koch.

19     Q.    She's the accountant, what I'm looking for

20  is do you have, for example, repair services, do you

21  do cabling?  Are there services that are provided by

22  the people who work for you or by you personally

23  other than selling spare parts?

24     A.    Yes, there are.

25     Q.    And what are those?

```
 1        A.   Again, they could be -- within the MITG

 2   umbrella?

 3        Q.   Yes.

 4             MR. HANSEN:  Yes.

 5             THE DEPONENT:  Again, I don't know how she

 6        breaks that flow down, so I can't answer that.

 7             MS. CARROLL:  Okay, don't look at these

 8        numbers.

 9             THE DEPONENT:  Okay.

10             MR. HANSEN:  Just describe what MITG did

11        last year.

12             MS. CARROLL:  In the year 2004 to make

13        money.

14             THE DEPONENT:  Parts and service.  Same

15        thing we've been doing.

16        Q    (By Ms. Carroll) What kind of services are

17   being provided?

18        A.   Whether it's on site, there is some depot

19   business, as well, you know, it's traditionally a

20   parts related business and that's the crux of it,

21   yes.

22        Q.   And is it fair to say in 2000, the crux of

23   your business was also selling spare parts and you

24   also provided services like depot repair, etcetera?

25        A.   I'm sure there were other things than
```

1    that, but yes.

2         Q.   All right.   Were you aware that John

3    Brewer from E Data Enterprises had his deposition

4    taken in this case?

5         A.   Yes.

6         Q.   And are you aware that Mr. Brewer

7    testified that there was no software that he created

8    for MITG loaded on HP systems?

9              MR. HANSEN:   Object to the form

10        mischaracterizes his testimony.   Go ahead.

11             THE DEPONENT:   No, I wasn't aware of that.

12        Q    (By Ms. Carroll) Would you defer to -- let

13   me ask you this, would you defer to Mr. Brewer in

14   terms of his description of the software that he

15   created for the MITG system to communicate with

16   Vista?

17        A.   No, I would want to see it.   I would want

18   to see what he testified to.

19        Q.   Do you believe that you know more than

20   Mr. Brewer who created the package or the software,

21   know more about that software than he does?

22        A.   The actual operational aspects of it?

23        Q.   Well, what was created and where it

24   resides?

25        A.   Do I believe I know more?

1      Q.   Correct.

2      A.   No.   I do believe that I am possibly aware

3  of more facts than he was.

4      Q.   What kind of facts do you think he might

5  be missing?

6      A.   Again, I would have to see his testimony

7  to see what he said.

8      Q.   Why don't you give me a couple minutes.   I

9  might be done.

10         MR. HANSEN:   Sure.

11                        (A recess was taken.)

12                        (Exhibit No. 44 was marked for

13                         identification.)

14  BY MS. CARROLL:

15     Q.   Let me hand you what I've marked as

16  Deposition Exhibit 44.  It's a letter from

17  Mr. Hansen to me explaining efforts, particularly

18  the two first paragraphs is what I'm interested in,

19  efforts by MITG to retrieve the information that was

20  requested in our Interrogatory and Request for

21  Production.  The letter's dated July 15th, '05.  Can

22  you read the first two paragraphs of that and let me

23  know when you're done.

24     A.   Uh-huh.

25     Q.   All right.  Is that an accurate -- those

1    two paragraphs, accurate descriptions of efforts

2    that were undertaken by MITG to attempt to retrieve

3    the information requested by Hewlett Packard?

4         A.   Is it an accurate description?

5         Q.   Correct.

6         A.   In lieu of what you're hunting for, no.

7         Q.   Well, I mean --

8         A.   There was a subsequent correspondence,

9    correct.

10              MR. HANSEN:  I don't know.  Answer.  Just

11         go ahead.

12              THE DEPONENT:  You know --

13              MS. CARROLL:  I subsequently told the

14         expert that he couldn't do it.

15              THE DEPONENT:  Yeah, the data doesn't

16         exist.

17         Q    (By Ms. Carroll) So what is represented in

18    that July 15th letter is accurate as to the initial

19    efforts that were undertaken by MITG, and that was

20    waiting to hear from an expert?

21         A.   Well, this was given to Jim while I was on

22    the road traveling, yes.  And my understanding via

23    phone call was, hey, we think this is where it's at,

24    but that data doesn't exist.  There is no data, so

25    there was a subsequent call, whatever, that was on a

1    Friday?  That said hey, you know, it's just not

2    there, that whole piece of hardware doesn't exist

3    anymore and that information did not get

4    transferred.  What the statement was is we were able

5    to find, like I explained earlier, the legend, so to

6    speak.  That portion of it was like I guess the

7    front end of the web page, but there was no

8    substance behind it to make it operate.  And the way

9    that it was explained to me was, hey, we found this

10   file or groups of files and we can do this, but we

11   don't know how to piece it together.  When I

12   returned back into town we figured out, guys,

13   there's no data to substantiate this.  All that

14   stuff's gone.

15        Q.    Let me ask you this, we, being HP,

16   requested access to the data base, the electronic

17   information.  Based on what's in this letter that

18   seems, at least the initial indications that the

19   data might be retrievable if you could figure out

20   how to get to it, we have asked the Court to order

21   us to have access to the electronic data and there's

22   a hearing tomorrow morning, and what I'm trying to

23   find out is are you prepared to state under oath

24   that that data doesn't exist at all?

25        A.    No.

1    Q.   So you have nothing to give HP?  If the

2  Court ordered you to do it, you couldn't do it?

3    A.   Yeah.  This letter was an attempt for us

4  to give you what you had asked for, and quite

5  frankly I guess it was a little bit aggressive on my

6  part to make this statement to Jim to put it in a

7  letter before I had fully investigated it, but no,

8  the data doesn't exist.  If I had it, I would give

9  it to you.  And we went to great lengths in an

10  attempt to find that hardware and, but it's just not

11  around.  That's a long time ago and a moon ago.

12    Q.   So the information isn't being withheld

13  due to an objection or withheld because you don't

14  want me to try to get somebody to get it, it's just

15  not there?

16    A.   It just doesn't exist, correct.  If I had

17  it, I would be happy to give it to you.  I have

18  nothing to hide, it just doesn't exist.  I mean it

19  exists on your side.  You're folks have got to have

20  it somewhere because it was transmitted to them, but

21  I don't have it anymore.

22    MR. HANSEN:  And when you say that,

23    transmitted in the daily invoices, what are you

24    talking about?

25    THE DEPONENT:  Years ago.

1       Q    (By Ms. Carroll) Right.  But we've also

2    asked for, which HP doesn't have, is your net

3    profit, and you can't get to that information

4    either?

5       A.   Correct.

6       Q.   All right.  With that, I'm done.

7            MR. HANSEN:  Okay.  We'll read and sign.

8                       (Whereupon, the deposition was

9                       concluded at 4:13 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25