**COUNTER-DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT TABLE OF CONTENTS**
(In Order of Appearance)

TAB #

| | |
|---|---|
| 1. | Troy Bloomquist's Deposition and Exhibit C |
| 2. | Bill Crowley's Deposition |
| 3. | Bill Crowley's Declaration Page |
| 4. | Teresa Koch's Deposition |
| 5. | Gary "Chip" Love's Deposition |
| 6. | Diane Pound's Deposition |
| 7. | Diane Pound's Declaration Page |
| 8. | Roland Soriano's Deposition |
| 9. | Richard Chizek's Deposition |
| 10. | Ronald Haught's Deposition |
| 11. | Shari Ellis' Deposition and Exhibit P, HP00011 |
| 12. | John Brewer's Deposition |
| 13. | Sandra Urwin's Deposition |
| 14. | Debra Broady's Deposition |
| 15. | Louise Meyerfeld's Depositions (#1 September 29, 2004; # 2 May 4, 2005) and Exhibits Q, UU, VV and DDDD |
| 16. | Michael Lauber's Deposition |