5

```
                    TERESA KOCH,
having been first duly sworn, testified as follows:
                    EXAMINATION BY:
                    MS. CARROLL
    Q    Can you state your name for the record,
please.
    A    Teresa Koch.
    Q    And Ms. Koch, what is your address?
    A    3420 South 46th Street, Quincy, Illinois.
    Q    All right.  You currently work for MITG,
is that correct?
    A    Correct.
    Q    And what do you do for MITG?
    A    I'm the chief financial officer.
    Q    How long have you been the CFO for MITG?
    A    Since July of 2000.
    Q    And what did you do before you went to
MITG?
    A    I worked for a local ISP data stream
network.
    Q    And how did you end up at MITG?
    A    The owners of those two corporations had
business acquaintances and I met them through that.
    Q    All right.  And you understand that your
deposition today is in both your individual capacity
```

6

```
and as a corporate representative of MITG on certain
subject matters?
    A    I guess.
         MR. HANSEN:  Yes.
              (Exhibit No. 20 was marked for
              identification.)
    Q    Let me hand you what's been marked as
Deposition Exhibit 20, which is a document, Amended
Notice of Deposition of the Corporate Midwest
Information Technology Group, Inc, and I understand
from Mr. Hansen that you have been designated to
provide responses on behalf of MITG on 8 and 9?
    A    That's my understanding too.
    Q    Okay.  All right.  And what, if anything,
did you do to prepare for your deposition today?
    A    I met with Mr. Hansen.
    Q    Okay.
    A    Here and reviewed documents as presented.
    Q    What documents did you review?
    A    Financial statement documents that were
prepared for you.
         MR. HANSEN:  Just let me know which ones
         you're pulling.  I have them here and we can
         just do it that way.  That will probably be
         easier.
```

7

```
BY MS. CARROLL:
    Q    Okay.  If you -- well, let me just show
you -- was it revenue and expense reports?
    A    Correct.
    Q    For '02, '03 and '04?
    A    Yes, that's correct.
    Q    And what did you do to prepare, what
documents or information did you use to prepare the
revenue and expense reports that you have prepared
for me?
    A    Sales and revenue records of the company.
    Q    All right.  And do these numbers -- well,
let me strike that.  Sales and revenue, is that one
in the same or something different from sales?
    A    Well, revenue you could look at as maybe
more could possibly be defined as services versus
sale of product, so it's just a standard accounting
term.
    Q    All right.  That's what I'm wondering, is
there something other than sales that was generating
revenue that's reflected in these charts?
    A    There may be some service or fees included
in there.
    Q    All right.  Fair enough.  And is this the
revenue and expenses of MITG as a total company as
```

8

```
opposed to any particular portion of MITG?
    A    I guess I don't fully understand that
question.
    Q    All right.  You are aware that MITG for a
period of time was doing business under a contract
with HP Direct?
    A    Oh, yes.  I understand, I guess the answer
to that is that all of those revenues are included
in these numbers.
    Q    All right.  And for any other business
that MITG was doing, that's also included in these
numbers?
    A    That's right.
    Q    Do you have any documents that break out
the revenue and expenses of just the Compaq
Direct/HP Direct portion of the business?
    A    Not in a concise form.
    Q    Okay.  Do you have any capabilities to
create such a report or is the information not
stored in that?
    A    I presented an invoice register that would
have had all the billings to HP and Compaq, and
those numbers would be included in the numbers
presented.
    Q    Okay.
```

9

        MS. CARROLL: And Jim, if I could just take a quick look.
   A    Those would be the same numbers that were given to HP and Compaq in invoicing, which they already have.
   Q    All right.
        MR. HANSEN: So the record's clear, what this is is orders that were placed?
        THE WITNESS: Those are just recent.
        MR. HANSEN: On 2/7/05 and 2/8/05 from Hewlett-Packard regarding a shipment to Emerson Shaeffer Valve, and they wanted HP cable, which is reflected in two invoices.
        THE WITNESS: Those are two HP POs.
        MS. CARROLL: Okay.
        MR. HANSEN: HP POs, but those numbers aren't reflected on any other documents.
        THE WITNESS: Correct.
        MS. CARROLL: All right. Let me just go through and make sure that I understand what these documents are showing without getting into too much nitty-gritty.
        THE WITNESS: Okay.
BY MS. CARROLL:
   Q    On this, just tell me, this is the current

10

history file and this bookends the first part of '04 to the end of the relationship, correct?
   A    Yeah, it was the first two months of '04.
   Q    Okay. And now this first column, what is the cumulative bill, what does that mean?
   A    That's just an item description from the accounting software that -- how it was billed, how it was decided to be billed with Omaha at the beginning of the contract, so these numbers wouldn't be reflected in any invoices presented to HP and Compaq for payment.
   Q    And what does incentives mean?
   A    A 25% split which is reduced off the billing amount, then they paid the net amount.
   Q    This would be the total sales that were shown on the invoices that were ultimately generated by HP and sent to the customers?
   A    I did not have any part of what HP did once they got that information. You would have to ask them.
   Q    All right. Let me -- I'm trying to just get your knowledge. This would be, this example, this $4,186 would be what MITG would show as what the invoice should be?
   A    To the customer for non-CSN product.

11

   Q    Okay. Then this is the 25% profit sharing?
   A    That's correct.
   Q    So this amount, the 3,804.84 is how much HP should have remitted to MITG?
   A    That's correct.
   Q    Okay. And this entire thing, that's --
   A    It's by date, right. And so this is -- I had rubber bands around it, but you can look at the current history file.
   Q    That's really just an accounting system.
   A    Correct.
   Q    Then everything in those dates would be reflected.
   A    This would be all of '03. Then I have '02 --
   Q    In rubber bands over there?
   A    Right. To my knowledge, to the customer for that business.
   Q    And invoice number is referring to what?
   A    The invoice number as it was presented, that would be reflected in HP's records.
   Q    Okay. This is an MITG invoice?
   A    Right.
   Q    MITG's invoice number to them, and this is

12

how much you're being -- MITG said, you owe this much minus your 25%, so you need to remit this amount?
   A    Correct.
   Q    Okay. And included on this MITG invoice could be -- could that be multiple? This is for one single client.
   A    No, that's just for one -- excuse me.
   Q    Okay. Go ahead.
   A    That invoice would be for one single day.
   Q    So this is all the business that MITG did for the day. It all went on a single invoice to MITG -- to HP Direct?
   A    Correct.
   Q    And were you the person responsible for getting these invoices sent to or did you oversee the process of getting the invoices sent to HP?
   A    It was under my oversight, yes.
   Q    Okay. And you made a distinction earlier about non-CSN parts. Explain.
   A    We didn't bill HP directly for CSN product.
   Q    So when someone called in to the call center and they ordered three parts, they wanted three parts and one of the parts you could get from

```
                                                                                            17
 1      period, right.
 2   BY MS. CARROLL:
 3      Q    Okay. So you have the total invoices and
 4   this represents all of -- the total invoice amount
 5   represents all of the revenue generated or I guess
 6   obtained by MITG from the sale of sourced products
 7   for HP Direct?
 8           MR. HANSEN:  Just so I'm clear, it's my
 9      understanding, she can testify to it, but that
10      is the total amount not deducting anything, so
11      we would have to deduct from that number, you
12      have to take off 25% or multiply by 75.
13           THE WITNESS:  No, that's not correct.
14   BY MS. CARROLL:
15      Q    Okay. When you do this it's -- when you
16   have here the incentive amount, so that last number
17   there --
18      A    That's the invoice amount.
19      Q    The invoice amount that was paid to MITG?
20      A    That's correct.
21      Q    Okay.
22      A    For those products, yes.
23      Q    So when we get to the end of the year for
24   2003, then what is our total?  This is the total
25   amount paid by HP to MITG not including the 41,000 a
```

```
                                                                                            18
 1   month?
 2      A    I believe the 41,000 a month is included
 3   in here.
 4      Q    Okay.
 5      A    But it's not necessarily paid, it's what
 6   was billed.
 7      Q    Okay.
 8      A    So there could be timing differences there
 9   with receivables.
10      Q    All right. So that amount is what,
11   please?
12      A    For the year.
13           MR. HANSEN:  What year?
14           THE WITNESS:  2003.
15      A    4,402,574.04.
16      Q    Let's do the other two years too so we
17   have it on the record. For '04 for the first two
18   months.
19      A    329,783.53.
20      Q    Okay. Then finally, if you can tell us
21   the number for the year, is that all of 2002?
22      A    This is 2/1/02 to 12/31/02, so it's for
23   the 11-month period ending 12/31/02.
24      Q    All right.
25      A    4,850,217.39.
```

```
                                                                                            19
 1      Q    Thank you.
 2      A    Here's the back page.
 3      Q    Thank you. Is it fair, can we take that
 4   number, those three numbers that we've just gone
 5   through and looking at these spreadsheets, if we
 6   deduct the total amount paid, these total invoices
 7   from here out of the total sales and revenue, would
 8   the remaining portion of that amount, for example,
 9   in '03 you have total sales and revenue of around
10   8.7 million and we saw that the total invoices were
11   at 4.4 million, does that -- is there any
12   relationship between those two numbers?
13      A    There's a relationship, but it would
14   better be reflected in the gross margin number
15   because of the way we did -- booked CSN sales and
16   then booked the cost of those sales to a net of
17   41,000, so we tried to book the full amount of our
18   sales.
19      Q    Okay. And now -- all right. You think
20   that in the stack of these documents here that we're
21   talking about, the current and history files,
22   include a monthly 41,000?
23      A    Right.
24      Q    Okay.
25      A    But there may have been, you know, several
```

```
                                                                                            20
 1   hundred thousand dollars a month in CSN sales that
 2   we didn't get any profit on besides the 41.
 3      Q    Right.
 4      A    And my entry on a monthly basis, so we
 5   could trend sales, was to book the -- because from
 6   our tool we could tell how much sales we did in CSN,
 7   so it's reflected in those numbers also.
 8      Q    So what this number includes, the
 9   8.7 million that we're looking at, almost
10   8.8 million in 2003, is all of the sourced product,
11   MITG's profit on the sourced product, the $41,000 a
12   month plus the costs of the stocked part on CSN's
13   website?
14      A    Correct.
15      Q    Okay. Is there any -- so when you're
16   looking at this, at your net income -- well, let's
17   back up. Let's start with going through, I was
18   going to use 2003 because it's so large it's easier
19   to see.
20           MS. CARROLL:  What is the baits number on
21      that, please.
22           MR. HANSEN:  MITG0613.
23           MS. CARROLL:  I'm sorry, I forgot what the
24      baits number was.
25
```