Hewlett-Packard Development Company v.
Midwest Information Technology Group, Inc.

3:04-cv-03055-JES-CHE    #76-7    Page 1 of 6

Chip Love
March 30, 2005

E-FILED
Monday, 20 February, 2006   04:07:59 PM
Clerk, U.S. District Court, ILCD

Page 1

[1]  IN THE UNITED STATES DISTRICT COURT
     FOR THE CENTRAL DISTRICT OF ILLINOIS
[2]  SPRINGFIELD DIVISION
[3]  HEWLETT-PACKARD             *
     DEVELOPMENT COMPANY, L.P.,  *
[4]  HEWLETT-PACKARD COMPANY,    *
     AND COMPAQ TRADEMARK B.V.,  *
[5]
         Plaintiffs,             *
[6]  VS.         * CIVIL ACTION NO. 04-3055
[7]  MIDWEST INFORMATION         *
     TECHNOLOGY GROUP, INC.,     *
[8]
         Defendant.              *
[9]
[10]
[11]     ORAL AND VIDEO DEPOSITION OF
[12]            CHIP LOVE
[13]          March 30, 2005
[14]
[15]  ORAL AND VIDEO DEPOSITION OF CHIP LOVE,
[16] produced as a witness at the instance of the Defendant,
[17] and duly sworn, was taken in the above-styled and
[18] numbered cause on the 30th day of March, 2005, from
[19] 8:54 a.m. to 11:10 a.m., before Carolyn Ruiz Coronado,
[20] Certified Shorthand Reporter in and for the State of
[21] Texas, reported by stenographic means, at
[22] Hewlett-Packard, Houston Executive Briefing Center,
[23] 20555 SH249, Building CC11, Houston, Texas, pursuant to
[24] the Texas Rules of Civil Procedure and the provisions
[25] stated on the record or attached hereto.

Page 2

[1]            APPEARANCES
[2]
[3] FOR THE PLAINTIFFS:
[4]   Ms. Elizann Carroll
      LAW OFFICES OF JUNEAU, BOLL & WARD
[5]   15301 Spectrum Drive, Suite 300
      Addison, Texas 75001
[6]   PHONE: (972) 866-8330
      FAX: (972) 866-8378
[7]
[8] FOR THE DEFENDANTS:
[9]   Mr. James A. Hansen
      SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL
[10]  525 Jersey, P.O. BOX 1069
      Quincy, Illinois 62306
[11]  PHONE: (217) 223-3030
      FAX: (217) 223-1005
[12]
[13] ALSO PRESENT:
[14]  Videographer
      Houston Reporting Service
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 3

[1]            INDEX
[2]                                PAGE
[3] APPEARANCES ............... 02
    EXHIBITS ................ 03
[4] EXAMINATION
      By Mr. Hansen ........... 05,89
[5]   By Ms. Carroll ........... 82
    CHANGES ................. 94
[6] SIGNATURE ................ 95
    REPORTER'S CERTIFICATE ........ 96
[7]        DEFENDANT'S EXHIBITS
[8] NUMBER & DESCRIPTION
[9]   Exhibit BBBB ............ 65
    Parts Ordered For Ship To Transaction Report
[10]  Exhibit CCCC ............ 87
      E-mail String
[11]
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 4

[1]         PROCEEDINGS
[2] 03/30/2005 (Deposition commenced at 8:54 a.m.)
[3]    THE VIDEOGRAPHER: We're now beginning
[4] this deposition. The date is March 30th, 2005. Time
[5] is approximately 8:54 a.m. We are now on the video
[6] record.
[7]    (Oath administered)
[8]    CHIP LOVE,
[9] having been first duly sworn, testified as follows:
[10]        DIRECT EXAMINATION
[11]        BY MR. HANSEN:
[12]  Q: Please state your name for the record.
[13]  A: Gary Love.
[14]  Q: Do you go by the name Chip?
[15]  A: Yes.
[16]  Q: Okay. You're currently employed with
[17] Hewlett-Packard?
[18]  A: Yes.
[19]  Q: And what is your position?
[20]  A: I manage a parts services and development team
[21] for the PL91 trade parts business within customer
[22] service.
[23]  Q: Okay. What does PL91 stand for?
[24]  A: Profit loss statement. It's just a trade
[25] parts business — or I think it's officially called the

Page 5

[1] replacement parts business.
[2] **Q:** Does that include multivendor spare parts?
[3] **A:** No.
[4] **Q:** Does that include Compaq replacement parts?
[5] **A:** Yes.
[6] **Q:** Is that — if I use the term "CSN," what does
[7] that mean?
[8] **A:** It's one of our avenues of sale.
[9] **Q:** Is that an avenue to obtain Compaq replacement
[10] parts?
[11] **A:** Yes.
[12] **Q:** Have you ever had your deposition taken
[13] before?
[14] **A:** No.
[15] **Q:** Okay. I'm sure you've met with Counsel
[16] previously. I will just tell you, if there's a
[17] question that I ask you today that you don't
[18] understand, ask me to rephrase it and I'll do so.
[19] Okay?
[20] **A:** Sure.
[21] **Q:** We are having this typed up for a transcript,
[22] and we need verbal answers. So occasionally you may
[23] nod your head or shrug your shoulders, we may remind
[24] you to answer out loud. Okay?
[25] **A:** Okay.

Page 6

[1] **Q:** And also, if you could, just let me complete
[2] my question before you answer, and I'll try to do the
[3] same to you 'cause it's very hard to take two people
[4] type — talking at the same time. All right?
[5] **A:** (Moving head up and down)
[6] **Q:** How long have you been employed with either
[7] Compaq and Hewlett-Packard or just Hewlett-Packard?
[8] **A:** A little over 13 years.
[9] **Q:** Have you always been at the Houston location?
[10] **A:** Yes.
[11] **Q:** And I take it then you were originally with
[12] Compaq?
[13] **A:** Yes.
[14] **Q:** Have you — what did you start out doing when
[15] you came on to Compaq?
[16] **A:** I was a supervisor in tech support arena as a
[17] call center.
[18] **Q:** Okay. What call center?
[19] **A:** What do you mean "what call center"? Sorry.
[20] **Q:** You said supervisor in tech support for a call
[21] center?
[22] **A:** Yeah. For — it was Compaq's customer service
[23] call center. Sorry.
[24] **Q:** Okay. And where was that at?
[25] **A:** Located here.

Page 7

[1] **Q:** Was it a call center that simply answered
[2] customer service calls or did it —
[3] **A:** Correct.
[4] **Q:** Okay. There was no replacement parts?
[5] **A:** No, not at the time. It was strictly tech
[6] support.
[7] **Q:** At some point in time, did that call center
[8] have the ability to take and fulfill Compaq — well,
[9] Compaq replacement part orders?
[10] **A:** No. That was Compaq's tech support center
[11] still, basically doing the same thing today. They have
[12] nothing to do with the trade parts business.
[13] **Q:** Okay. Is that a call center here in Houston?
[14] **A:** I'm not sure where they are now.
[15] **Q:** Well, how about when you were working for it?
[16] **A:** It was here in Houston. Just a lot of changes
[17] and outsourcing and stuff.
[18] **Q:** Sure. In your current position, are you
[19] responsible for any call center activity?
[20] **A:** No.
[21] **Q:** How are the replacement parts — the
[22] replacement part business that you're responsible for,
[23] is that — where is the avenue that those parts orders
[24] are fulfilled?
[25] **A:** Today?

Page 8

[1] **Q:** Yes.
[2] **A:** Depending on the customer segment, it can be
[3] on the Web or they can be in a call center.
[4] **Q:** Okay. Let's go back a little bit. How long
[5] have you been in your current position?
[6] **A:** Since the merger of HP and Compaq.
[7] **Q:** I forget again when that was. Was that '02?
[8] **A:** July — June, July of '02, I believe.
[9] **Q:** Prior to that — let's just focus on the year
[10] 2000 to 2002, when the merger take place — took place.
[11] **A:** Okay.
[12] **Q:** What were you doing?
[13] **A:** I managed Compaq, Assisted Services.
[14] **Q:** Okay. And what is that? What were your
[15] duties there?
[16] **A:** It was a small team that basically managed the
[17] trade parts business or the parts sales business of
[18] Compaq. Spare parts sales business, I should say.
[19] **Q:** Did you have any involvement in that time
[20] frame with the folks at Omaha, Troy Bloomquist?
[21] **A:** Yes.
[22] **Q:** Okay. Did you — let me back up. Did
[23] Troy Bloomquist report to you?
[24] **A:** No.
[25] **Q:** Okay. Tell me, you said that the position you

Hewlett-Packard Development Company v.
Midwest Information Technology Group, Inc.

Chip Love
March 30, 2005

3:04-cv-03055-JES-CHE   # 76-7   Page 3 of 6

Page 17

[1] application that was created by MITG with Compaq?
[2] **A:** No.
[3] **Q:** When did Compaq launch the eSpares store?
[4] **A:** July time frame of '02.
[5] **Q:** And what's that Web site?
[6] **A:** The URL?
[7] **Q:** Yeah.
[8] **A:** Compaq.com/sparestore, I think.
[9] **Q:** Was there ever a call center here in Houston
[10] that took front-end consumer orders?
[11] **A:** No.
[12] **Q:** Prior to launching the eSpares store, what was
[13] the vehicle for ordering of Compaq parts?
[14] **A:** For an end user?
[15] **Q:** Yes.
[16] **A:** There wasn't one.
[17] **Q:** Okay. Well, say, for instance, I was a
[18] consumer or customer prior to the launch of the eSpares
[19] store and I needed a part for a Compaq laptop that I
[20] had and I called the 1-800 okay Compaq number, who was
[21] I told to contact to get that part?
[22] **A:** It depends on the time frame we're talking
[23] about.
[24] **Q:** Prior to the launch of the e store in July —
[25] **A:** How much prior?

Page 18

[1] **Q:** A year.
[2] **A:** You were either sent to, like, an authorized
[3] service provider, who may service you or you were — we
[4] didn't have an avenue to sell externally.
[5] **Q:** Authorized service provider, is that the same
[6] as an authorized local reseller?
[7] **A:** The names can be interchanged, yes.
[8] **Q:** Okay. And prior to the relationship between
[9] Compaq and MITG, were all part sales referred back to
[10] local channel partners?
[11] **MS. CARROLL:** I'm going to object to that
[12] as vague.
[13] **A:** No.
[14] **Q:** (BY MR. HANSEN) Well, where else could they
[15] be referred to? You told me the authorized service
[16] provider. Where else?
[17] **MS. CARROLL:** Objection. Calls for
[18] speculation.
[19] **A:** Can you go back to the first question?
[20] **Q:** (BY MR. HANSEN) Okay. Prior to the
[21] relationship between Compaq and MITG —
[22] **A:** Uh-huh.
[23] **Q:** — were all part sales referred back to local
[24] channel partners?
[25] **MS. CARROLL:** I'm going to object to that

Page 19

[1] question as misleading and assumes facts not in
[2] evidence.
[3]    Go ahead.
[4] **Q:** (BY MR. HANSEN) You can answer the question.
[5] **A:** Yes.
[6] **Q:** Prior to February of 2002, who had access to
[7] fulfilling part orders through the CSN?
[8] **MS. CARROLL:** Objection to the extent it
[9] calls for speculation.
[10] **A:** Prior to 2002?
[11] **Q:** (BY MR. HANSEN) Uh-huh.
[12] **A:** Primarily, service providers.
[13] **Q:** Would those also be people classified as
[14] reseller partners?
[15] **A:** No. Service providers. They have to be
[16] service authorized. CSN was a service authorization
[17] application, not a reseller application.
[18] **Q:** Okay. Could you tell me that again? CSN was
[19] what?
[20] **A:** Channel Services Network. And it's for our
[21] service authorized providers, which may be a reseller.
[22] **Q:** Okay. Going to hand you what has previously
[23] been marked as Deposition Chizek LL.
[24]    (Witness reviewing document)
[25] **A:** Okay.

Page 20

[1] **Q:** (BY MR. HANSEN) And on the bottom of that
[2] exhibit is an e-mail from Troy Bloomquist to
[3] Richard Chizek dated October 22nd, 2002. Do you see
[4] that?
[5] **A:** Yes.
[6] **Q:** Okay. And then Troy is sending him a note
[7] from his call center. Is that what that says?
[8] **A:** Yes.
[9] **Q:** Okay. Did you have an understanding in
[10] October 2002, that the call center was Compaq Direct in
[11] Hannibal, Missouri?
[12] **A:** I don't — I may have, I don't know. I don't
[13] remember exactly.
[14] **Q:** Well, let me ask you this: Prior to October
[15] 2002, had you ever met Ron Haught from MITG?
[16] **A:** No.
[17] **Q:** Okay. Have you ever met Ron Haught?
[18] **A:** No.
[19] **Q:** Have you ever spoken to Ron Haught?
[20] **A:** No.
[21] **Q:** Did you have an understanding then that there
[22] was a call center in Omaha in October of 2002?
[23] **A:** No. I know at some time in the workings with
[24] Troy we determined that the call center was not located
[25] in Omaha, but I'm not — I really do not remember when

Hewlett-Packard Development Company v.
Midwest Information Technology Group, Inc.

Chip Love
March 30, 2005

3:04-cv-03055-JES-CHE    # 76-7    Page 4 of 6

Page 33

[1] about the number that was going to be placed on the
[2] eSpare Web site, the call center number?
[3]    A: I don't remember any specific conversations.
[4]    Q: Okay. Did somebody have to notify the
[5] 1-800-OK-COMPAQ number for routing of calls to Andover
[6] off of the eSpares store?
[7]    MS. CARROLL: Object to the extent that
[8] calls for speculation.
[9]    A: Did we communicate to the OK-COMPAQ folks?
[10]   Q: (BY MR. HANSEN) Let's say I'm a consumer that
[11] calls in wanting a part off the eSpares store and I
[12] call the 1-800 number —
[13]   A: Right.
[14]   Q: — the 1-800-OK-COMPAQ number —
[15]   A: Right.
[16]   Q: — was there a voice prompt that told me what
[17] option to select?
[18]   A: I'm not overly familiar with the OK-COMPAQ,
[19] like with the BDM or the phone menu, so I'm not sure
[20] what they were doing.
[21]   Q: Okay. Did the spares store Web site have the
[22] ability to handle net term customers?
[23]   A: No.
[24]   Q: Okay. In fact, were they only handling credit
[25] card customers?

Page 34

[1]    A: Credit card, correct.
[2]    Q: At some point in time, did the Web store have
[3] the ability to handle net term customers?
[4]    A: Not eSpares.
[5]    Q: Okay. Is eSpares still only handling credit
[6] card customers?
[7]    A: eSpares is no longer in existence.
[8]    Q: Okay. When did it shut down?
[9]    A: I don't remember specifically. I think it was
[10] in November of — like a year — a little over a year
[11] ago. So November of '03, I think.
[12]   Q: Okay. In the time in which you were involved
[13] with the eSpares stores —
[14]   A: Uh-huh.
[15]   Q: — eSpares store, sorry —
[16]   A: Okay.
[17]   Q: — did it ever obtain the capacity to handle
[18] net term customers?
[19]   A: No.
[20]   Q: Okay. Did the eSpares store service both
[21] Compaq and Hewlett-Packard parts?
[22]   A: No.
[23]   Q: Only Compaq parts?
[24]   A: Yes, eSpares was only Compaq.
[25]   Q: Okay. And was it or was it not multivendor

Page 35

[1] parts as well?
[2]    A: No.
[3]    Q: Were the orders off of the eSpares store CSN
[4] orders?
[5]    A: No.
[6]    Q: Because that's a channel services network?
[7]    A: Right. Completely different application.
[8]    Q: Since the eSpares store was — well, let me
[9] back up. Were you ever involved in any development or
[10] programming for the spare store to have an XML
[11] interface between the end customer and the Web site?
[12]   A: No.
[13]   Q: I'm sorry?
[14]   A: No.
[15]   Q: The eSpares store, you said you believe was
[16] shut down in November of 2003. Was there a new site
[17] created or was it discontinued altogether?
[18]   A: New site.
[19]   Q: Okay. What is the new site?
[20]   A: HP parts store.
[21]   Q: Is it off the hp.com Web site?
[22]   A: Yes.
[23]   Q: Do they sell Compaq parts at that site?
[24]   A: Yes.
[25]   Q: Do they sell Hewlett-Packard parts at that

Page 36

[1] site as well?
[2]    A: Yes.
[3]    Q: Okay. Were you involved in any way whatsoever
[4] with the development of the HP parts store Web site?
[5]    A: No.
[6]    Q: Okay. What — tell me a little bit more about
[7] your current position. You said you are the manager
[8] for the parts service and development team?
[9]    A: Yeah. Program — program development and —
[10] or services development and program development.
[11]   Q: Is that developing business?
[12]   A: It's very much a business development
[13] organization, yes.
[14]   Q: Okay. Is that business development with who,
[15] authorized resellers?
[16]   A: It varies between — it's all customer
[17] segments, really.
[18]   Q: Are you involved in any decisions with
[19] third-party entity that provide multivendor spare parts
[20] solutions on behalf of Compaq and Hewlett-Packard?
[21]   A: I don't believe we have anyone providing
[22] third-party parts support.
[23]   Q: Okay. Are you aware that previously there
[24] were entities such as MITG that provided multivendor
[25] spare parts solutions?

Page 77

[1] **A:** Correct.
[2] **Q:** Okay. And the parts orders that had
[3] previously been handled by the — well, strike that.
[4] The ordering of the parts, once the Web-based
[5] application, the eSpares store was launched, the end
[6] user could still use the call center, Compaq Direct to
[7] place those orders, correct?
[8] **A:** Yes.
[9] **Q:** Okay. They just now had a choice. They could
[10] either use the phone or they could use the Web site?
[11] **A:** Correct.
[12] **Q:** Okay. So the parts that were offered on the
[13] Web site application were also offered through Compaq
[14] Direct?
[15] **A:** Correct.
[16] **Q:** Okay. And the parts options that were offered
[17] on the Web site, you said, were handled and supported
[18] by Andover because Compaq Direct, you said, didn't have
[19] the supporting structure to do that?
[20] **MS. CARROLL:** I'm going to object to that
[21] as vague.
[22] **Q:** (BY MR. HANSEN) Is that correct?
[23] **A:** I don't understand the question.
[24] **Q:** Okay.
[25] **A:** If you could ask it again, please.

Page 78

[1] **Q:** What was the entity that was supporting and
[2] handling the eSpares store orders?
[3] **A:** That would be Andover.
[4] **Q:** Okay. So Andover is offering the same type of
[5] parts then that Compaq Direct is offering. One's a
[6] Web-based, one's a phone-based mechanism?
[7] **A:** Yes. Yes.
[8] **Q:** Okay. And did that offering stay the same
[9] then throughout the time frame in which the eSpares
[10] store was operational through November of '03?
[11] **A:** Yes.
[12] **Q:** Okay. So the customer for that period of time
[13] had the option of calling the Compaq Direct call center
[14] to place an order or going to your eSpare Web site to
[15] place an order?
[16] **A:** Yes.
[17] **MS. CARROLL:** Objection. Calls for
[18] speculation.
[19] **Q:** (BY MR. HANSEN) So Compaq Direct was
[20] providing the same Compaq parts that your Web-based
[21] application was, that was being supported by Andover?
[22] **A:** Yes.
[23] **MS. CARROLL:** Objection. Overly broad.
[24] Calls for speculation.
[25] **A:** As far as I know, yes.

Page 79

[1] **Q:** (BY MR. HANSEN) So is that a yes?
[2] **A:** Yes.
[3] **Q:** Okay. Now, we've gone over these e-mails,
[4] which are marked as Defendant's Exhibit HHH, where
[5] Mr. Soriano indicated that the excess volume that was
[6] being experienced at Andover, one of the options was to
[7] route that to the HP Direct call center of Troy's group
[8] in Hannibal, Missouri. Do you recall that?
[9] **A:** I remember seeing that e-mail earlier today,
[10] yes.
[11] **Q:** Okay. And would you agree that that option
[12] was because — or is one of the options because HP
[13] Direct was offering the same parts as Andover was
[14] offering?
[15] **A:** Yes.
[16] **Q:** Okay. And did you send any follow-up
[17] correspondence or communication to the e-mails marked
[18] in HHH — and you can go ahead and take a look at those
[19] — indicating that HP Direct didn't have this
[20] supporting infrastructure to handle the excess volume
[21] that was being experienced by Andover?
[22] **A:** Did I — not that I remember.
[23] **Q:** Okay. So you never communicated to anyone
[24] that you didn't believe HP Direct was an option to
[25] handle the excess Andover call volume?

Page 80

[1] **A:** Not — not that I remember.
[2] **Q:** Okay. And as HP Direct is providing
[3] Troy Bloomquist's group the type of parts offerings
[4] that are being provided at Andover for Compaq, do you
[5] know — or did you have any involvement as to why the
[6] decision was made not to allow HP Direct to handle that
[7] excess call volume from Andover?
[8] **A:** No.
[9] **Q:** Okay. Is it your understanding that all that
[10] excess call volume for parts orders that were being
[11] experienced at Andover was not sent to HP Direct in
[12] Hannibal, Missouri, and instead was sent to Roseville?
[13] **MS. CARROLL:** I'm going to object that
[14] that is misleading, misstates prior testimony in this
[15] case and is vague. Objection.
[16] **MR. HANSEN:** Well, I'll just state that
[17] the prior testimony will speak for itself.
[18] But go ahead and answer.
[19] **MS. CARROLL:** That's correct.
[20] **THE WITNESS:** What was the question,
[21] again?
[22] **Q:** (BY MR. HANSEN) Sure. The question is: Were
[23] you involved in the decision to not send the excess
[24] call volume from Andover to HP Direct and instead send
[25] it to Roseville, California?

3:04-cv-03055-JES-CHE # 76-7 Page 6 of 6

Hewlett-Packard Development Company v.
Midwest Information Technology Group, Inc.

Chip Love
March 30, 2005

Page 81

[1] **A:** No.
[2] **Q:** Okay. Are you aware that that, in fact,
[3] occurred?
[4] **A:** Eventually, yes, I was aware.
[5] **Q:** Okay. Well, around the time frame of those
[6] e-mails in October of 2002, November of 2002, were you
[7] made aware that the decision was made in response to
[8] these concerns from Andover to send the calls to
[9] Roseville instead of to HP Direct in Hannibal,
[10] Missouri?
[11] **A:** Was I aware?
[12] **Q:** Well, you said you were made aware but —
[13] **A:** Yeah, I don't remember specifically when I
[14] became aware of where the calls were going —
[15] **Q:** Was —
[16] **A:** — Andover.
[17] **Q:** Was it in and around the time frame of those
[18] e-mails in Exhibit HHH?
[19] **A:** It may have been.
[20] **Q:** Okay.
[21] **MR. HANSEN:** That's all I have. Thanks.
[22] **MS. CARROLL:** Okay. I have a few
[23] questions.
[24] (Time is 10:53 a.m.)
[25]

Page 82

[1] **CROSS-EXAMINATION**
[2] **BY MS. CARROLL:**
[3] **Q:** Do you — Mr. Love, do you know the content of
[4] the calls — we talked about in these e-mails — this
[5] increase in call volume to Andover. Do you know what
[6] kind of callers or what the content of those calls were
[7] that Andover was receiving?
[8] **A:** As far as — as it relates to this drastic
[9] increase?
[10] **Q:** Correct.
[11] **A:** My knowledge is this was more of a result of
[12] another, I guess, an 800 number within the postmerger,
[13] within HPshopping, shut down and redirected calls
[14] without — I don't even think anybody knew.
[15] **Q:** Do you know whether those — that drastic
[16] increase in calls that was the subject of the e-mails
[17] you discussed with Mr. Hansen earlier —
[18] **A:** Uh-huh.
[19] **Q:** — were calls to order Compaq parts?
[20] **MR. HANSEN:** Objection. Calls for
[21] speculation.
[22] **A:** No, I don't know.
[23] **Q:** (BY MS. CARROLL) All right. In terms of the
[24] administrative support functions that Andover had, in
[25] addition to supporting eSpares, what were those other

Page 83

[1] functions that Andover Call Center had, to your
[2] knowledge?
[3] **A:** Outside of the eSpares support?
[4] **Q:** Correct.
[5] **A:** They supported our 252 business.
[6] **Q:** Which is the DEC business?
[7] **A:** Which is the DEC — sorry, which is the DEC,
[8] the Digital Equipment spare parts business and that was
[9] call-in only. And they supported a contract, a parts
[10] contract business.
[11] **Q:** And when you were discussing with Mr. Hansen
[12] earlier why Compaq Direct was not an option to support
[13] eSpares, what were the administrative functions or the
[14] support functions that Andover had that, to your
[15] knowledge, Compaq Direct did not have?
[16] **A:** Access to our billing systems (sic), primarily
[17] for misshipments, DOA to correct —
[18] **THE REPORTER:** I'm sorry. Repeat that.
[19] **A:** Access to building systems to correct
[20] misshipments, the DOAs, the failures, if we had a
[21] cancellation of an order and the bills, you know, we
[22] shipped and they canceled in shipping. Anything that
[23] happened postorder, that had to do with either
[24] logistics systems or financial systems that Compaq
[25] Direct didn't have access to.

Page 84

[1] **Q:** (BY MS. CARROLL) Were those functions already
[2] in place at Andover prior to the start of the eSpares
[3] store?
[4] **A:** Yes.
[5] **Q:** Okay. Changing subject. Do you recall when
[6] you began testing eSpares store — you say it came
[7] online in July, do you remember when the process
[8] started of putting it — developing it, testing it?
[9] **A:** Probably at the beginning of that year.
[10] **Q:** Okay.
[11] **A:** Oh, even before —
[12] (Interruption)
[13] **Q:** (BY MS. CARROLL) Let me ask the question
[14] again —
[15] **A:** Okay.
[16] **Q:** — so we're — so we're clear — so the record
[17] is clear.
[18] Do you recall when you began testing the
[19] e store prior to it going live in July of 2002?
[20] **A:** I would say fall of that year. Maybe the
[21] summer before. We tested for quite a long time.
[22] **Q:** Okay. So the summer or fall of 2001?
[23] **A:** Yes. Yes.
[24] **Q:** Okay. Because having said it launched in '02?
[25] **A:** Yes.