E-FILED
Monday, 20 February, 2006 04:08:21 PM
Clerk, U.S. District Court, ILCD

Page 5

**PROCEEDINGS**

[1]
[2] 03/29/2005 (Deposition commenced at 3:59 p.m.)
[3]  **THE VIDEOGRAPHER:** We're now beginning
[4] this deposition. The date is March 29, 2005. Time is
[5] approximately 3:59 p.m. We are now on the video
[6] record.
[7]  (Oath administered)
[8]  DIANE POUND,
[9] having been first duly sworn, testified as follows:
[10]  EXAMINATION
[11]  BY MR. HANSEN:
[12]  **Q:** Please state your name for the record.
[13]  **A:** Diane Pound.
[14]  **Q:** Ms. Pound, my name's Jim Hansen; and I
[15] represent the defendants, MITG and Michael Lauber, in a
[16] lawsuit filed in the Central District of Illinois by
[17] Hewlett-Packard. And your deposition is being taken
[18] today in that case. And it is being videotaped for the
[19] members of the jury, if needed at a later date.
[20]  I know you may have gone over this with
[21] your attorney but I'm going to give you some background
[22] information first. If I ask you a question at any time
[23] today that you do not understand, please ask me to
[24] rephrase it and I will do so. Okay?
[25]  **A:** Okay.

Page 6

[1]  **Q:** And we are also taking down today this
[2] testimony in a typed format for reading later. It's
[3] very difficult, if we're talking at the same time. So
[4] I will ask you to allow me to complete my question, and
[5] I in turn will give you the same courtesy in finishing
[6] your answer. Okay?
[7]  **A:** Okay.
[8]  **Q:** And then lastly, we need verbal answers. You
[9] may go uh-um, uh-uh but we need them out loud because
[10] somebody's uh-uh is another's uh-huh. So —
[11]  **A:** Okay.
[12]  **Q:** — okay?
[13]  Please state — are you employed with HP?
[14]  **A:** Yes.
[15]  **Q:** Okay. And where is your current business
[16] address?
[17]  **A:** Marlboro, Massachusettes.
[18]  **Q:** Okay. And what do you do there?
[19]  **A:** I work for customer operations and I am the
[20] liaison between — I work with invoicing and sales
[21] compensations, sales operations. So I make sure that
[22] orders get booked and invoiced.
[23]  **Q:** When you say "orders get booked and invoiced,"
[24] what type of orders?
[25]  **A:** Could be contract, could be per event.

Page 7

[1]  **Q:** Per event, you said?
[2]  **A:** Yeah. Like time and material-type.
[3]  **Q:** Okay. How long have you been employed with
[4] Hewlett-Packard? Were you with Compaq prior to
[5] Hewlett-Packard?
[6]  **A:** I was — yes. And I was with Digital prior to
[7] Compaq. So I started with Digital in May of 1981.
[8]  **Q:** Okay. Let's go back a little ways here. Is
[9] Marlboro, Massachusettes, different or the same as an
[10] entity I'll call the Andover Call Center? Is that
[11] located there in Marlboro?
[12]  **A:** No.
[13]  **Q:** Okay. Where — is the Andover Call Center
[14] still in operation?
[15]  **A:** No.
[16]  **Q:** Okay. Did you work at the Andover Call
[17] Center?
[18]  **A:** Yes.
[19]  **Q:** Okay. And where was that located at?
[20]  **A:** In Andover, Massachusettes.
[21]  **Q:** Okay. And how long were you there?
[22]  **A:** Two years.
[23]  **Q:** And what were those years?
[24]  **A:** April 2001 through April 2003.
[25]  **Q:** Okay. What did you do at the Andover Call

Page 8

[1] Center?
[2]  **A:** I managed the call center group.
[3]  **Q:** Okay. And what type of call center was it?
[4] And let me preface that by saying, did it start out a
[5] Digital call center?
[6]  **A:** Yes.
[7]  **Q:** Okay. Did it then become a Compaq call
[8] center?
[9]  **A:** Yes — well, combined.
[10]  **Q:** Okay. And did it ever become an HP call
[11] center?
[12]  **A:** No. When HP acquired us, that's when we
[13] transitioned the Andover Call Center to Roseville and
[14] it became one call center.
[15]  **Q:** Okay. When you were there in April of '01 to
[16] April of '03 — I take it when you started it was a
[17] Compaq call center?
[18]  **A:** Digital.
[19]  **Q:** Digital.
[20]  Okay. When did it switch to Compaq?
[21]  **A:** I don't remember the exact date.
[22]  **Q:** How about month and year?
[23]  **A:** It would have been . . .
[24]  **Q:** Summer of '01?
[25]  **A:** Yeah. Yeah.

Page 13

[1] **A:** Yes.
[2] **Q:** And did your call center also sell to
[3] businesses, I take it?
[4] **A:** Yes.
[5] **Q:** Did Andover operate under any sort of contract
[6] with Compaq?
[7] **A:** Not that I'm — not that I know of.
[8] **Q:** Okay. How many phone numbers did the Andover
[9] Call Center have, let's say in the year 2002, when you
[10] were operating for Compaq?
[11] **A:** We had one 800 phone number with options.
[12] **Q:** Do you recall that number?
[13] **A:** 1-800-225-5385. I think.
[14] **Q:** Okay. And off of that were the routed options
[15] for what?
[16] **A:** There was a recorded message that would say
[17] press 1 for Digital parts, press 2 for Compaq parts,
[18] press 3 for laptop repair, and press 4 for invoicing
[19] questions.
[20] **Q:** Did — you said the Web site became
[21] operational, you thought, around Summer of '02?
[22] **A:** Yes.
[23] **Q:** And how — how was that Web site set up? Was
[24] there an interface at all between Andover and Compaq
[25] for the ordering of the parts, if you know?

Page 14

[1] **MS. CARROLL:** I'm going to object to it
[2] as vague.
[3] **A:** I don't know — I don't understand —
[4] **Q:** (BY MR. HANSEN) Have you ever heard of an XML
[5] interface?
[6] **A:** No.
[7] **Q:** Okay. Have you ever heard of the term, middle
[8] ware?
[9] **A:** No.
[10] **Q:** Okay. The Compaq call center, I'm going to
[11] refer to it as that, at Andover, did it sell parts for
[12] Presario and non-Presario products?
[13] **A:** Yes.
[14] **Q:** And you said earlier it did not sell
[15] third-party multivendor parts; is that correct?
[16] **A:** Correct.
[17] **Q:** Did it outsource any percentage of its sales?
[18] **A:** No.
[19] **Q:** It was 100 percent Compaq spare parts?
[20] **A:** Compaq and Digital.
[21] **Q:** I'm sorry, Compaq and Digital.
[22] What — we'll go over these in a little
[23] bit. What were the type of call volumes Andover was
[24] experiencing on a daily basis when — it was a Compaq
[25] call center in the year 2002?

Page 15

[1] **MS. CARROLL:** I object to that as overly
[2] broad and vague.
[3] Go ahead.
[4] **A:** I really don't remember the call volumes.
[5] **Q:** (BY MR. HANSEN) Okay. Let — I'm going to
[6] hand you some documents that have already been marked
[7] in this case, to go over with you. Actually, I'll just
[8] make this easier. I'll mark this one.
[9] This will be Defendant's Exhibit HHH,
[10] which are documents that have been previously produced,
[11] HP 11252 to 11255. And I'll hand that to you. And
[12] indicate to you that it actually reads from the back
[13] forward. So you'll have to go to the last page, which
[14] is the first e-mail.
[15] Let me know when you finish reading that
[16] e-mail, please. Just the last page.
[17] **A:** Oh. Okay.
[18] **Q:** Okay. Is this an e-mail from yourself to
[19] Louise Meyerfeld and Janine Lindstrom,
[20] L-I-N-D-S-T-R-O-M, dated Wednesday, October 30, 2002?
[21] **A:** Yes.
[22] **Q:** Okay. Who is Janine?
[23] **A:** I believe she was the person that handled the
[24] phone — like, she would be the one that would change
[25] the options. Like 1 for Digital, 2 for Compaq.

Page 16

[1] **Q:** To your knowledge, was she out in California
[2] in Roseville?
[3] **A:** No. I believe she was in Massachusettes
[4] somewhere.
[5] **Q:** Okay. You also CCed some other folks —
[6] Richard Chizek, Janet Peterson, Victor Manzo, Chip Love
[7] and Roland Soriano. Are those individuals you had
[8] dealt with prior to October 30, 2002?
[9] **A:** I have no idea who Victor Manzo is, but the
[10] rest of the people were people that — either from
[11] Roseville or — Chip was the business person and Janet
[12] was my manager.
[13] **Q:** Okay. Chip, was he in Houston?
[14] **A:** Yes.
[15] **Q:** Okay. And was Houston, at that time, a Compaq
[16] company that he was with?
[17] **A:** Yes.
[18] **Q:** Okay. What — what was your understanding —
[19] was there a call center in Houston?
[20] **A:** No.
[21] **Q:** Okay. Was Chip Love somebody you reported to
[22] or . . .
[23] **A:** He was our business contact. So we kind of
[24] worked for him indirectly.
[25] **Q:** Okay. Reading this e-mail to Ms. Meyerfeld,

3:04-cv-00050-JES-CHE   # 76-8   Page 3 of 5

Hewlett-Packard Development Company, v.
Midwest Information Technology Group, Inc.

Diane Pound
March 29, 2005

Page 17

[1] it appears that there had been an increase in volume at
[2] the Andover Call Center and that you were losing almost
[3] 500 calls per day and that customers were not happy
[4] about the long wait time; is that correct?
[5]     A: Yes.
[6]     Q: Okay. Do you know why there was an increase
[7] in the volume to where you were losing almost 500 calls
[8] per day when you sent this e-mail on October 30, 2002?
[9]     A: Yes. There was — there was another call
[10] center, and I have no idea where they were. And it
[11] took us awhile to figure this out. But there was
[12] another call center that closed down and referred all
[13] their calls to us and they had actually laid off a
[14] group of people and — I don't remember how many people
[15] — but, you know, there was like 50 people in this call
[16] center and then . So they, like, left it on their
[17] answering machine or whatever or just routed the calls
[18] directly to us —
[19]     Q: Okay.
[20]     A: — and we were not aware of it; so we didn't
[21] have time to get resources.
[22]     Q: And how many people were at Andover at this
[23] time?
[24]     A: I had six people on the phone. There were 15
[25] people in the group but they did other things.

Page 18

[1]     Q: Okay. And you said you did not know where
[2] this other call center was located that closed?
[3]     A: No, I don't.
[4]     Q: Okay. What type of calls were being referred
[5] to you?
[6]     A: A lot of them were things that we didn't sell
[7] through our store.
[8]     Q: How were they, multivendor, third-party parts?
[9]     A: No. They were more what we called "options."
[10] So they were docking station, might be memory, which at
[11] the time we didn't sell. Trying to think of some other
[12] things that — I just know we had terms — those were
[13] known as what we called "options." And that was part
[14] of the problem, is we were getting these calls and we
[15] couldn't even help the customer.
[16]     Q: Were any of the calls for parts for other
[17] entities such as IBM parts, Sun parts, Dell, anything
[18] like that?
[19]     A: No.
[20]     Q: Okay. To your understanding, they were Compaq
[21] parts?
[22]     A: Yes.
[23]     Q: Okay. And the fact was, you only had six
[24] people there and you had this influx of calls that you
[25] couldn't help these people, one, because you didn't

Page 19

[1] have the manpower; and two, you didn't sell those parts
[2] they were looking for?
[3]     A: Correct.
[4]     Q: And you indicate in the next paragraph to
[5] Ms. Meyerfeld, We thought the volume was going to
[6] decrease on Monday but it has not changed. Was that in
[7] reference to the transition?
[8]     A: Yes.
[9]     Q: Okay. So at this point in time, in October
[10] 2002, your call center had already been transitioning
[11] to Roseville?
[12]     A: Yes.
[13]     Q: And you, in fact, asked Ms. Meyerfeld if
[14] Roseville could handle the thousand calls per day
[15] starting on November 18th; is that correct?
[16]     A: Correct.
[17]     Q: Why November 18th?
[18]     A: I don't remember.
[19]     Q: Okay.
[20]     A: I don't know.
[21]     Q: You then indicate that you left Richard a
[22] voice message to see if he could come up with a plan B
[23] to deal with this critical issue. Is that
[24] Richard Chizek?
[25]     A: Yes.

Page 20

[1]     Q: Okay. Do you recall if he contacted you back
[2] by phone?
[3]     A: I don't remember.
[4]     Q: Okay. Going to the next page, you apparently
[5] got a response from Louise Meyerfeld that same day. If
[6] you'll look kind of towards the top of the page?
[7]     A: Uh-huh.
[8]     Q: Do you see where I'm at?
[9]     A: Uh-huh.
[10]     Q: Is that a yes?
[11]     A: Yes.
[12]     Q: Okay.
[13]     A: Sorry.
[14]     Q: And she indicated to you, she being
[15] Ms. Meyerfeld, that the process was being taken in two
[16] steps. Do you see where I'm reading from?
[17]     A: Yes.
[18]     Q: One says transitioning the non-Presario calls
[19] will happen on 11/18. Do you see that?
[20]     A: Yes.
[21]     Q: Okay. What is non-Presario calls?
[22]     A: That would be a different type of laptop or
[23] desktop. So there were Presario and then there were —
[24] I don't even know what other ones but .
[25]     Q: Were they all Compaq?

Page 29

[1] Q: Okay. And then if we go over, there's a
[2] column there listed for calls offered; is that correct?
[3] A: Yes.
[4] Q: Okay. And that mentions the calls offered to
[5] the Roseville eSpares on that — on that date; is that
[6] correct?
[7] A: Yes.
[8] Q: What was the number there?
[9] A: 698.
[10] Q: Okay. Now, assume from my question that your
[11] call center was still operational in March of '03,
[12] specifically March 12 of '03, which is that document
[13] you have in front of you. Were you sending your
[14] reports to someone in Roseville to put this together?
[15] A: Yes.
[16] Q: Okay. And the information then was actually
[17] from the Andover Call Center but being reported under
[18] Roseville eSpares; is that your understanding?
[19] A: It wasn't all done in Andover 'cause they were
[20] also taking calls in Roseville.
[21] Q: Okay. So as of March 12, 2003, the calls for
[22] Compaq parts that were handled at Andover were also
[23] being handled at Roseville?
[24] A: Yes.
[25] Q: Okay. When HP bought Compaq, did you also

Page 30

[1] start selling HP product at Andover?
[2] A: No.
[3] Q: You were always a Digital and Compaq call
[4] center?
[5] A: Yes.
[6] Q: Okay. And at some point in time, you
[7] mentioned the beginning of '03 the transition took
[8] place where HP's call center in Roseville was going to
[9] begin to handle and eventually take over your Compaq
[10] and Digital calls; is that correct?
[11] A: Yes.
[12] Q: Okay. Now, the next column there on that page
[13] is what, is there a handle rate?
[14] A: Yes.
[15] Q: Okay. Then like a service level?
[16] A: Yes.
[17] Q: And then a month-to-date service level?
[18] A: Yes.
[19] Q: Okay. But if we go down is there also a
[20] column for Web site?
[21] A: A separate category, yes.
[22] Q: Okay. Is your Andover Web site listed?
[23] A: Yes, under eSpares.
[24] Q: Okay. And is that — okay. Is that a Web
[25] site that was also being handled by Roseville?

Page 31

[1] A: Yes.
[2] Q: Okay. So the eSpares line there would
[3] reference not only your call center but Roseville's
[4] call center for the handling of Web-based orders for
[5] Compaq and Digital parts?
[6] A: Yes. This category right here actually means
[7] the availability of the Web site, like it was up 24 by
[8] 7, a hundred percent.
[9] Q: Okay. And, in fact, there's been some prior
[10] testimony and I just will ask if you know, was there
[11] any orders tracked off of the Web site?
[12] A: Yes.
[13] Q: Okay. I mean, did you track and keep a number
[14] you reported to someone in Roseville as to how many
[15] orders were taken off your Web site on a daily basis?
[16] A: There were metrics reports that were
[17] generated. I didn't do them personally.
[18] Q: Okay. But somebody at Andover did them and
[19] sent them on to Roseville?
[20] A: And Chip Love, yes.
[21] Q: Okay. So those — those — were those metrics
[22] separate and apart from the phone metrics?
[23] A: Yes.
[24] Q: Okay. And who were those sent to in
[25] California?

Page 32

[1] MS. CARROLL: Objection. Calls for
[2] speculation.
[3] Q: (BY MR. HANSEN) If you know?
[4] A: Richard. And I don't know, there was a few
[5] people; but I know Richard was, Richard Chizek.
[6] Q: Okay. And then they were also sent to
[7] Chip Love who — who was in Houston?
[8] A: Yes.
[9] Q: Okay. Now, the last column or the last
[10] grouping there is referenced to orders; is that
[11] correct?
[12] A: Yes.
[13] Q: Okay. And is that for orders placed that day
[14] for your call center?
[15] A: Yes.
[16] Q: And what line is Andover referenced under?
[17] A: It's combined with Roseville,
[18] Roseville/Andover.
[19] Q: Okay. Do you know — tell me what the total
[20] number is there for orders placed?
[21] A: 322.
[22] Q: Okay. Do you know if that is specifically and
[23] solely for Compaq and Digital parts handled by Andover
[24] and Roseville?
[25] A: I don't know if it includes HP spare parts.

3:04-cv-03055-JES-CHE    # 76-8    Page 5 of 5

Diane Pound
March 29, 2005

Hewlett-Packard Development Company v.
Midwest Information Technology Group, Inc.

Page 37

[1] **Q:** Okay. And it says, We're going to appoint
[2] references to those parts on the HP Direct Web site to
[3] eSpares and EPDO. Was that meaning to eSpares
[4] transition to Roseville or to your eSpares site, if you
[5] know?
[6] **A:** At that time it would have been to Roseville.
[7] **Q:** Okay. It then says, Have an option added to
[8] the HP Direct phone line. It's your understanding that
[9] was also Compaq Direct?
[10] **A:** Yes.
[11] **Q:** Okay. Do you know that phone line number?
[12] **A:** No.
[13] **Q:** Okay. Do you know if HP/Compaq customers
[14] routed to Andover in the Web sites for parts purchases
[15] were ever given the added option to go to HP Direct?
[16] **A:** Yes.
[17] **Q:** Okay. There was — well, let me back up.
[18] There was an option placed on your phone tree to send
[19] customers to HP Direct which you understood to be
[20] Compaq Direct in Omaha?
[21] **A:** No, I'm sorry, we never had an option. I
[22] mean, if — what we had — the people in the call
[23] centers could refer people to HP or Compaq Direct —
[24] **Q:** Okay.
[25] **A:** — if we didn't have the part.

Page 38

[1] **Q:** Okay. I understand. So if some customer
[2] called into your call center you had the ability to
[3] send them to Compaq Direct/HP Direct if you did not
[4] have the part?
[5] **A:** Yes.
[6] **Q:** Okay. You did not, though, have an option off
[7] the tree routing, as I call it, off your 1-800 number
[8] where a customer could press 3 to go to Compaq
[9] Direct —
[10] **A:** No, we didn't.
[11] **Q:** — or HP Direct?
[12] **A:** No.
[13] **Q:** And did Compaq Direct sell the same type of
[14] parts you sold, the same Compaq parts?
[15] **MS. CARROLL:** Objection. Calls for
[16] speculation.
[17] **A:** I don't know exactly what they sold.
[18] **Q:** (BY MR. HANSEN) Do you know if they sold
[19] Presario and non-Presario parts?
[20] **A:** Yes, I believe they did.
[21] **Q:** Okay. Did they also sell Digital parts?
[22] **A:** I don't know.
[23] **Q:** Okay. All right. Getting into these call
[24] volumes that were produced for — okay. I've marked
[25] Defendant Exhibit III, which is document HP10826,

Page 39

[1] headed Option 1 Digital Classic Call Volume Report CO03
[2] (sic) Activity; and attached to that is HP10827 through
[3] HP10837. And I will tell you that the front page looks
[4] to be the — your summary. The accompanying pages
[5] appear to be month and weekly breakdown. So go ahead
[6] and take a look at that for a second.
[7] **MR. HANSEN:** Let's go off the record for
[8] a second.
[9] **THE VIDEOGRAPHER:** We're now going off
[10] the record. The time is approximately 4:44 p.m.
[11]     (Off the record)
[12] **THE VIDEOGRAPHER:** We're now back on the
[13] record. The time is approximately 4:51 p.m.
[14] **Q:** (BY MR. HANSEN) Ms. Pound, have you had a
[15] chance to look over Exhibit III?
[16] **A:** Yes.
[17] **Q:** Okay. The page there at the front, the top of
[18] the document says, Option 1 Digital Classic Call Volume
[19] Report?
[20] **A:** Yes.
[21] **Q:** Okay. CY03, does that stand for calendar year
[22] '03?
[23] **A:** Yes.
[24] **Q:** Digital Classic, is that your call center or
[25] is that the product sold at your call center?

Page 40

[1] **MS. CARROLL:** Objection, vague.
[2] **Q:** (BY MR. HANSEN) Tell me what Digital Classic
[3] call volume means.
[4] **A:** These are the calls when they — when they
[5] select — when a customer called 1-800-225-5385 and
[6] they selected option 1, meaning for a Digital part. So
[7] these only show the calls that were going into option
[8] 1; and then there should be other reports that show
[9] option 2, 3, 4.
[10] **Q:** Option 2 being Compaq?
[11] **A:** Yes.
[12] **Q:** Okay. Option 1 — now what was that number,
[13] 1-800-25 —
[14] **A:** 225-5385.
[15] **Q:** Okay. Now, this is for year '03. And if
[16] you'll look, I attached also, did I not, the year
[17] breakdown on the —
[18] **A:** Yes.
[19] **Q:** Okay. Focusing just on the cover page there.
[20] We have January totals, February, March, quarter 1 and
[21] then quarter 2. Nothing reported for quarter 3 or 4,
[22] correct?
[23] **A:** Correct.
[24] **Q:** Is that because by quarter 3 and 4 your call
[25] center had totally transitioned to Roseville?