## DECLARATION OF DIANE POUND

1. My name is Diane Pound. I am over the age of 18 years, am fully competent to make this Declaration and hereby make this Declaration under penalty of perjury. The matters stated herein are within and are true and correct.

2. I was employed by Hewlett-Packard ("HP") from the time of the merger of Compaq and HP, until my retirement on October 14, 2005. Prior to the merger, I worked for Compaq Computer Corp. in Andover, MA, as the Andover call center manager. The Andover call center was not a part of the Compaq Direct subsidiary, and I was never employed by Compaq Direct. Likewise, the call center employees worked for Compaq Computer Corp., not Compaq Direct. I worked at the call center at the time Compaq acquired Digital Equipment Corp. ("DEC"). After the merger of Compaq and HP, I continued to manage the Andover call center group until the calls answered by that call center were completely transitioned to an HP call center in Roseville, CA., which occurred in April 2003. Overall, I was the Andover call center manager from April 2001 to April 2003.

3. As the Andover call center manager, one of my responsibilities was to oversee the work of the agents who answered the telephone calls from customers. The Andover call center agents handled three distinct issues: (1) invoicing; (2) lap top warranty issues; and (3) the sale of in stock Compaq and DEC spare parts. During the time I was call center manager, Andover did not offer for sale or sell third party or multi-vendor spare parts, nor did it offer for sale or sell legacy Compaq or DEC spare parts, nor did it offer for sale or sell HP parts.

So sworn under penalty of perjury, this 9th day of December, 2005 at Walpole, MA.

*Diane Pound*
Diane Pound

**DECLARATION OF DIANE POUND Page 1**