## Page 1

```
           UNITED STATES DISTRICT COURT
           CENTRAL DISTRICT OF ILLINOIS
                SPRINGFIELD DIVISION
                     ---oOo---

HEWLETT-PACKARD DEVELOPMENT
COMPANY, L.P., HEWLETT-PACKARD
COMPANY, and COMPAQ TRADEMARK B.V.,

            Plaintiffs,

      vs.              Civil Action No. 04-3055

MIDWEST INFORMATION TECHNOLOGY
GROUP, INC., and MICHAEL LAUBER,

            Defendants.
_____/


                  Deposition of
                  ROLAND SORIANO
              Friday, January 14, 2005


Job No. 1764RD
Reported by:  Ruth E. Diederich, RPR, CSR
              CSR No. 4952
```

RUTH E. DIEDERICH CERTIFIED SHORTHAND REPORTERS
Phone: (916) 722-7814    Fax: (916) 726-0784

## Page 2

A P P E A R A N C E S

FOR THE PLAINTIFFS:

JUNEAU, BOLL & WARD
BY: ELIZANN CARROLL, Esq.
15301 Spectrum Drive, Suite 300
Addison, Texas 75001
(972) 866-8333

FOR THE DEFENDANTS:

SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL
BY: JAMES A. HANSEN, Esq.
525 Jersey
Quincy, Illinois 62306
(217) 223-3030

---oOo---

## Page 3

ROLAND SORIANO        Friday, January 14, 2005

Examination by Mr. Hansen                   4

---oOo---

E X H I B I T S

(None marked)

---oOo---

## Page 4

BE IT REMEMBERED that under the applicable sections of the Code of Civil Procedure of the State of California, on Friday, January 14, 2005, commencing at the hour of 9:11 a.m. thereof, at Hewlett-Packard, 8000 Foothills Boulevard, Building R10, Roseville, California, before me, Ruth E. Diederich, a Certified Shorthand Reporter in the State of California, there personally appeared

ROLAND SORIANO,

called as a witness by the defendants in the above-entitled action, who, having been duly sworn by me to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

---oOo---

EXAMINATION BY MR. HANSEN

Q. Good morning. Could you please state your name for the record.

A. My name is Roland Soriano.

Q. Okay. And that is spelled S-o-r-i-a-n-o?

A. That is correct.

Q. Okay. Who is your -- are you currently employed with HP?

A. Yes.

Q. Okay. How long have you been employed with

**Page 9**

Q. Okay. Do you know if MITG -- I want to use the right language here -- was categorized, I'll say, as a channel business, or were they a parts business, or is there a difference?

A. So can you ask me the question again?

Q. Sure. MITG, I think we can agree, they were not repairing product; correct?

A. That's what I know, yes.

Q. That's all I'm here to find out, what you know, so --

Were they an authorized parts reseller?

A. I don't believe so.

Q. Okay. If you are not an authorized parts reseller or an authorized service provider, what business group do you -- well, strike that.

If you are not an authorized parts reseller or an authorized service provider, can you be categorized under the channel business?

A. No.

Q. Okay. So if I'm an entity that is taking calls and filling orders under an agreement I have with HP for parts, is that what's called the parts business center operations?

A. It depends on -- on what the responsibility --

Q. Was the -- as the manager of the channel and

**Page 10**

parts business center operations, did MITG fall under your umbrella?

A. My understanding is that they may have the same business model as my operation.

Q. Okay. What do you mean by "the same business model"?

A. My understanding is that they have a call center, and they also have a website. Their parts are multi-vendor and ours are strictly HP.

Q. When you say the same business model, Roseville has a call center and HP has a website? Is that what you are talking about?

A. HP has a call center and HP has a website for parts sales.

Q. Okay. Going back, we were talking about you came back to Roseville in '92, '93. You were responsible for supporting the channel business. Was it solely the channel business at that time?

A. The scope of my job is specific to that customer assignment, yeah, channel.

Q. And is that the same as it is now?

A. It's a combination of both now.

Q. Okay. When you came back in '92 or '93, has your -- maybe your titles changed, but have your duties and responsibilities changed in general?

**Page 11**

A. Yes.

Q. Okay. Give me a brief background how.

A. Some of the programs that I used to manage has been moved to other group -- or other managers. The responsibility is more focused than being broad.

Q. Okay. Your focus has narrowed?

A. Yes.

Q. Was that -- strike that.

Okay. And then you said you have been here since '92, '93, here in Roseville; is that correct?

A. That's correct.

Q. Who do you report to?

A. Today?

Q. Yes.

A. I report to Jim Dupree.

Q. Okay. How about -- let's go back to 2000. Is it still Jim Dupree?

A. No.

Q. Okay. Who did you report to from, let's say, 2002 up to 2004?

A. Randy Wagner.

Q. Okay. When did the change take place that you reported to Jim Dupree?

A. I believe it was last year.

Q. Last year?

**Page 12**

We're going to go over some exhibits that I've marked previously from other depositions.

A. Excuse me. It was this -- no. Last year. Today is 2005, so it's last year.

Q. Okay. I'm not trying to trick you.

Okay. I am going to hand you an exhibit that was marked yesterday at Mr. Chizek's deposition as Exhibit LL. And why don't you go ahead and take a look at that document, and I'll ask you some questions about it.

A. Okay.

Q. Okay. This is a document -- my name is on here only because this was sent to me by your counsel in an e-mail form, and I printed it out. It's part of a group of e-mails that was sent regarding a document production. So what I want to focus on, though, is the upper e-mail is from Mr. Chizek to Troy Bloomquist dated October 23, 2002, and you are cc'd on that; correct?

A. Uh-huh.

Q. Is that a yes?

A. Yes. Yes. I'm sorry.

Q. That's okay.

Have you ever had your deposition taken before?

A. No.

Q. Okay. I'm sure you have been told some basic

**Page 21**

2   Q.  Have you ever talked to anyone at MITG?
3   A.  No.
4   Q.  All your conversations were with
5   Troy Bloomquist?
6   A.  That is correct.
7   Q.  Was it your understanding at the time in which
8   your conversations with him were taking place, he was
9   the manager of the MITG --
10  A.  Yes.
11  Q.  -- group?
12  A.  Yes.
13  Q.  Okay.  Troy Bloomquist --
14  A.  Well, let -- I didn't know about MITG.  All I
15  know is Troy was managing the call center.
16  Q.  Okay.  Which you knew as HP Direct?
17  A.  Yes.
18  Q.  At some point in time, you were made aware
19  HP Direct was MITG?
20      MS. CARROLL:  Objection; vague, assumes facts
21  not in evidence.
22  Q.  BY MR. HANSEN:  You can answer.
23  A.  No.
24  Q.  Okay.  Well, are you aware of any other call
25  center that was referenced as HP Direct in Hannibal,

**Page 22**

1   Missouri?
2   A.  My understanding was they were Compaq Direct.
3   Q.  Okay.
4   A.  Then after the merger, they were HP Direct.
5   Q.  Okay.
6   A.  We were called HP Direct, as well, so that's --
7   so I don't -- it was more of a naming.
8   Q.  How about if we just refer to Troy Bloomquist in
9   that group.
10  A.  Okay.
11  Q.  Okay.  Go in the e-mail, then, above
12  Ms. Pound's, where Janet -- or, excuse me --
13  Louise Meyerfeld responds to her on that same date where
14  she informs Diane on MITG 84 that, "We are taking this
15  in two steps.  Transitioning the non Presario calls
16  will happen on 11/18.  Mr. Chizek told me yesterday
17  non Presario calls are the spare parts calls."  Is that
18  correct, do you know?
19  A.  Non Presario calls are not spare parts calls?
20  Q.  Okay.  What are they?
21  A.  No.  Is that the question?
22  Q.  Oh, no.  I was informed yesterday that
23  non Presario calls were Compaq spares business, the
24  spare parts calls.
25  A.  Uh-huh.

**Page 23**

1   Q.  Is that correct, as opposed to --
2   A.  Presario is Compaq.
3   Q.  Okay.  What is non Presario calls?  Multi-vendor
4   spare part calls?
5   A.  Could be.
6   Q.  Okay.  Do you know as you sit here?
7   A.  Non Presario calls, I don't know if those are
8   parts calls.  They're not -- I don't know if they're
9   spare parts calls.
10  Q.  Okay.  Well, I guess as of 11/18, this e-mail
11  references that the non Presario calls were going to be
12  transitioned to Roseville beginning on 11/18.  What was
13  your understanding as to what types of calls those --
14  this was referencing?
15  A.  It could be order status calls, it could be
16  technical support calls.
17  Q.  Okay.  Whatever they were, it was --
18  A.  It would be parts identification calls.
19  Q.  Okay.  How is that different, then as far
20  as -- the next paragraph says, "As far as the Presario
21  calls, the call center is not staffed appropriately to
22  take on any more than the 400 to 500 discussed.  We need
23  to understand that piece of the business to determine
24  what is needed to transition it, if that is decided what
25  we want to do.  The decision has not been finalized yet

**Page 24**

1   as to where the Presario business should fall."
2       What is your understanding of what the Presario
3   business was?
4   A.  So Presario is a product name.  Presario is a --
5   a PC name, so there's a lot of parts associated with
6   Presario, a lot of software as well.  So Presario
7   business is -- can be a lot of things.  It could be
8   technical support for Presario, it could be spare parts
9   for Presario, it could be software application for
10  Presario.
11  Q.  And all calls not relating to Presario, that
12  product line, were going to be transitioned to Roseville
13  on 11/18?
14  A.  Okay.
15  Q.  No.  I'm asking you, based on this e-mail, is
16  that what you --
17  A.  Yes.
18  Q.  -- were under the understanding of?
19  A.  Yes.
20  Q.  Okay.  And the decision had not been made as to
21  what was going to be done with the Presario product line
22  in and of itself?
23  A.  That is correct.
24  Q.  Okay.  But as she references, apparently the
25  only decision that had been made is that it was going t

```
 2  installed?
 3  A.  I did not order that personally.  I made --
 4  Q.  Okay.
 5  A.  -- direction to order it.
 6  Q.  Okay.  All right.  Do you know if it was
 7  installed?
 8  A.  I can't remember.  I think so.
 9  Q.  Okay.  Do you know if any of these calls from
10  Andover were, in fact, redirected to HP Direct in
11  Hannibal, Missouri?
12  A.  That was my assumption.
13  Q.  Okay.  At some point in time, did the
14  integration of Andover take place to Roseville?
15  A.  Yes.
16  Q.  Okay.  And do you know, was that in November of
17  2002?
18  A.  I believe that was about that time.
19  Q.  Okay.  Do you recall if, in fact -- well,
20  yesterday, Mr. Chizek testified that those calls
21  referenced in Chizek KK were not redirected to MITG, and
22  that they were redirected to Roseville after Roseville
23  added more staff and put their migration on a faster
24  track.  Do you recall that taking place?
25  A.  What I recall was the customer issue was
                                                              29
 1  resolved.  Roseville was -- like I mentioned, was the
 2  other option.  I was not informed that they were
 3  staffing Roseville at that time, so the recommendation I
 4  made was from the help of Troy.
 5  Q.  Okay.  Can you tell me one way or the other
 6  whether calls were actually ever sent to the MITG
 7  HP Direct call center in Hannibal, Missouri?
 8  A.  That, I cannot recall.
 9  Q.  Okay.  Was Andover eventually closed down, or is
10  it still ongoing?
11  A.  They are closed down.
12  Q.  Okay.  Do you know when that happened?
13  A.  Shortly after the transition.
14  Q.  Migrating them to Roseville?
15  A.  That's correct.
16  Q.  Did anyone ever tell you that MITG could not
17  handle the capacity of the Andover volume?
18  A.  No.
19  Q.  Did anyone ever tell you that MITG could not
20  fill the order requests such as those that were being
21  placed at Andover?
22  A.  No.
23  Q.  Okay.  I'm going to -- well, before I get to
24  that, were you ever involved in the decision-making
25  process after you made your option recommendation on why
                                                              30
 1  the calls were not forwarded to the HP Direct call
 2  center in Hannibal?
 3  A.  I was consulted.
 4  Q.  Okay.  Why was the decision made to redirect the
 5  Andover calls to Roseville, as opposed to the option you
 6  recommended, which was the call center in Hannibal,
 7  Missouri?
 8  A.  My concern is to resolve the customer issue,
 9  making sure that the customers who are calling are being
10  answered.
11  Q.  Okay.  My question is, Why specifically were the
12  Andover calls sent to Roseville when you had recommended
13  the option of sending them to the call center in
14  Hannibal, Missouri?
15  A.  Because that was the one -- the first option.
16  Q.  Okay.  But did somebody specifically tell you
17  why it was decided to send them to Roseville, as opposed
18  to the call center in Hannibal, Missouri?
19  A.  As I recall, yes, that we do have the staffing
20  available.
21  Q.  And did anyone tell you that they wanted to keep
22  the calls here at Roseville so that all revenue from any
23  of those parts or sales calls would go to HP as opposed
24  to the call center in Hannibal, Missouri?
25      MS. CARROLL:  Object to that as vague.
                                                              31
 1      THE WITNESS:  My primary concern is the
 2  customer --
 3  Q.  BY MR. HANSEN:  Okay.
 4  A.  -- experience.
 5  Q.  Are you involved in decisions that affect the
 6  bottom line profit?
 7  A.  From a cost perspective.
 8  Q.  Okay.  Were you involved in any decisions
 9  regarding the revenue that HP could generate from the
10  Andover calls, as opposed to referring that elsewhere?
11  A.  State that again, please.
12  Q.  Were you involved in any of the decision or
13  discussion as to routing the Andover calls to Roseville,
14  as opposed to forwarding that revenue to another entity
15  such as the call center in Hannibal, Missouri?
16  A.  Yes.
17  Q.  Okay.  And what were those discussions on how
18  that would affect revenues and profits at HP, as opposed
19  to sending that out to the call center in Hannibal?
20  A.  Well, the discussion was involving making sure
21  that we have enough capacity to handle the customer
22  calls.
23  Q.  Okay.  And I take it that it was determined you
24  had the capacity?
25  A.  Yes.
                                                              32
```

```
 1   Q.  Okay.  But you have heard of customers placing
 2   orders on the Vista system?
 3   A.  Yes.
 4   Q.  Okay.  And are those orders placed here to
 5   Roseville?
 6   A.  No.
 7   Q.  Okay.  Where are they placed to?
 8       MS. CARROLL:  Objection; calls for speculation.
 9       THE WITNESS:  I've heard of Vista.  We don't use
10   Vista as an ordering tool.
11   Q.  BY MR. HANSEN:  Okay.  But some customers are
12   using Vista as an ordering tool?
13   A.  That's correct.
14   Q.  Okay.  And as you sit here, can you tell me any
15   of those customers?
16   A.  I can't remember.  It's very few.  I don't know
17   who they are.
18   Q.  Do you know if it's for the -- for their parts
19   ordering?
20   A.  Yes.
21   Q.  I am going to say spare parts ordering.
22   A.  Yes.
23   Q.  Are you involved at all in retrieving those
24   orders or --
25   A.  No.
                                                        41

 1   Q.  You have got to let me finish.
 2       -- or account information to fill those orders
 3   when they come in from these customers using Vista?
 4   A.  Not me personally, no.
 5   Q.  Okay.  Is your parts and channels business
 6   center involved in doing that?
 7   A.  Can you rephrase the terminology?
 8   Q.  Yeah.  You said you weren't personally involved
 9   in pulling and filling those orders.  Who is?  Is your
10   group involved in that?
11   A.  Some -- some of my people do.
12   Q.  Okay.  And are those "some of your people" here
13   in Roseville?
14   A.  Yes.
15   Q.  Okay.  And how is that done?
16   A.  They somehow log into a system, and they pull
17   those orders.
18   Q.  Okay.  And those are orders that are directly
19   placed from the customer into the system?
20       MS. CARROLL:  Okay.  Object to the extent that
21   it calls for speculation.
22       THE WITNESS:  I don't know the details.
23   Q.  BY MR. HANSEN:  Well, you just -- you do know,
24   at least, I guess your people have to log in and pull
25   the parts order; correct?
                                                        42

 1   A.  Right.  Uh-huh.
 2   Q.  Is that a yes?
 3   A.  Yes.
 4   Q.  And somehow, that order has to get in that
 5   system from the customer; correct?
 6   A.  Yes.
 7   Q.  Okay.  What I'm getting at is, You don't know
 8   what customers do that, or how it's done, but --
 9   A.  Yes.
10   Q.  -- but you do know that your people go in and
11   pull those orders, they log into a system and pull those
12   orders?
13   A.  Yes.
14   Q.  Okay.  Which is different than placing an order
15   by way of telephone?
16   A.  Yes.
17   Q.  Okay.  And do the people in your group go in and
18   pull these orders on a daily basis?
19   A.  Yes.
20   Q.  Okay.  And is that information that is
21   documented and kept?
22   A.  As far as I know.
23   Q.  Okay.  So if -- if it is --
24       Is it kept, do you know, on a monthly basis?
25   Yearly basis?  How is it done, if you know?
                                                        43

 1   A.  I'm not sure what the -- you know, how the
 2   document is kept.
 3   Q.  Are you familiar with PBCO metrics?
 4   A.  Yes.
 5   Q.  Okay.  Is it done in that type of fashion on a
 6   spreadsheet?
 7   A.  Not that I'm aware of.
 8   Q.  Okay.  Do you know the individuals in your group
 9   by name who are involved in pulling the Vista orders?
10   A.  I don't know the names, but it's in the call
11   center.
12   Q.  Okay.  Do you know who their manager is?
13   A.  Lauri.
14   Q.  Vagadori?
15   A.  Well, that was before, but the call center
16   manager.
17   Q.  It was Lauri, but she's no longer --
18   A.  She's no longer here.
19   Q.  Okay.  Who is that person now?
20   A.  Shelly Borca.
21   Q.  How do you spell the last name?
22   A.  B-o-r-c-a.
23   Q.  Do you know if the Vista account system was used
24   here in Roseville prior to the integration of the
25   HP Direct call center in February of '04?
                                                        44
```