Page 2

```
                A P P E A R A N C E S
 1
 2   FOR THE PLAINTIFFS:
     MS. ELIZANN CARROLL
 3   THOMPSON & KNIGHT, LLP
     1700 Pacific Avenue, Suite 3300
 4   Dallas, Texas  75201
     (214) 969-1700  FAX 969-1751
 5
     FOR THE DEFENDANTS:
 6   MR. JAMES A. HANSEN
     SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL
 7   525 Jersey
     P.O. Box 1069
 8   Quincy, Illinois  62306
     (217) 223-3030  FAX 223-1005
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1             I N D E X
 2   CASE CAPTION ................ Page   1
     APPEARANCES ................. Page   2
 3   INDEX ....................... Page   3
     TESTIMONY ................... Page   4
 4   REPORTER CERTIFICATE ........ Page 124
     COST CERTIFICATE ............ Page 125
 5   READ & SIGN LETTER .......... Page 126
     ERRATA SHEET ................ Page 127
 6
     DIRECT EXAMINATION:
 7     By Mr. Hansen.............. Page   4
 8
 9   EXHIBITS:                  MARKED
10   HH.  E-mail Bates
          Stamp HP 001270
11        ( 1 page ) .................  26
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1        (Whereupon, the following proceedings were had,
 2   to-wit:)
 3        COURT REPORTER:  Are there any
 4   stipulations?
 5        MR. HANSEN:  No.
 6             SHARI K. ELLIS,
 7        having been first duly sworn,
 8      was examined and testified as follows:
 9             DIRECT EXAMINATION
10   BY MR. HANSEN:
11     Q.  Good morning.  Please, state your name for
12   the record.
13     A.  Shari Ellis.
14     Q.  Okay.  Is your first name spelled
15   S-H-A-R-I?
16     A.  Yes.
17     Q.  Okay.  How old are you?
18     A.  Forty-two.
19     Q.  Date of birth?
20     A.  3/11/62.
21     Q.  Okay.  You live here in Omaha?
22     A.  Fremont.
23     Q.  Are you married?
24     A.  Yes.
25     Q.  Children?
```

Page 5

```
 1     A.  Yes.
 2     Q.  How many?
 3     A.  Two.
 4     Q.  Okay.  Grown or still living at home?
 5     A.  I have a 21-year-old and a 16-year-old.
 6     Q.  Okay.  What is your educational
 7   background?
 8     A.  High school.
 9     Q.  Okay.  Are you from around the area here?
10     A.  Yeah, I was born and raised in Fremont.
11     Q.  How far is Fremont from here?
12     A.  Thirty, forty miles.
13     Q.  Which direction?
14     A.  West.
15     Q.  What is your current position at HP?
16     A.  I am an international customer service
17   rep.
18     Q.  International, you focus on accounts that
19   are overseas?
20     A.  Exports.
21     Q.  Have you ever had your deposition taken?
22     A.  No.
23     Q.  You may have been instructed on some
24   ground rules by your attorney here today.  If I ask
25   a question you don't understand, ask me to rephrase
```

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

Page 26

1  was going to be beginning on January 5th, do you see
2  that at the top?
3      A.  Yes.
4      Q.  Okay.  Is that the new account setup
5  process for the transitioning of accounts away from
6  the MITG and VISTA system into the HP system?
7      A.  These were brand-new accounts that had no
8  former business with MITG or Compaq at the time from
9  a spare perspective.
10     Q.  But if a new account called MITG were to
11 set up an order and set up an account in VISTA as of
12 January 5, they were going to be directed to
13 HP Roseville?
14     A.  Yes.
15         MR. HANSEN:  Okay.  And then let me mark
16 this exhibit.
17         (Exhibit No. HH
18         marked for identification.)
19 BY MR. HANSEN:
20     Q.  And then Exhibit HH--I'll let your
21 attorney take a moment to get her copy out--is a
22 document labeled HP 1270 at the bottom, do you see
23 that?
24     A.  Yes.
25     Q.  And this is an e-mail you sent to

Page 27

1  Terri Welch on Wednesday, December 17th of 2003,
2  correct?
3      A.  Yes.
4      Q.  Okay.  Which is the day after this e-mail
5  string with Troy that we referenced in Exhibit AA?
6      A.  Yes.
7      Q.  Okay.  And in that e-mail to Terri -- is
8  Terri a female or male?
9      A.  Female.
10     Q.  That is what I thought.
11         In that e-mail to Terri you're instructing
12 her regarding new account setup, correct?
13     A.  Yes.
14     Q.  In your e-mail, you're instructing her
15 that beginning January 5, 2004, any new account
16 request was to be sent to Sonia Perez, do you see
17 that?
18     A.  Yes.
19     Q.  Who is Sonia Perez?
20     A.  A credit analyst within HP.
21     Q.  Okay.  Is she over in Roseville?
22     A.  Yes.
23     Q.  And that phone number there, is that her
24 number?
25     A.  Yes.

Page 28

1      Q.  Okay.  And you then further tell Ms. Welch
2  in the e-mail that accounts for spare orders would
3  no longer be set up in VISTA; is that correct?
4      A.  Yes.
5      Q.  Okay.  And VISTA was the Compaq ordering
6  system?
7      A.  Yes.
8      Q.  Okay.  And were the new account spares
9  orders then going to be sent to Roseville for
10 handling?
11     A.  Yes.
12     Q.  Okay.  That was as of January 5th of 2004?
13     A.  Yes.
14     Q.  So as of January 5th, 2004, if there was a
15 new account set up it was going to be sent to
16 Ms. Perez in Roseville to be placed into the
17 HP system?
18     A.  Yes.
19     Q.  Okay.  In fact, if a new account then had
20 a spare parts order after January 5th of 2004, it
21 was going to be sent to Roseville to be filled?
22     A.  Yes.
23     Q.  Okay.  So MITG, as of January 5th, '04,
24 was removed from filling any spare parts orders for
25 any new accounts?

Page 29

1      A.  New business.
2      Q.  Simply meaning someone who didn't have an
3  account in VISTA?
4      A.  Yes.
5      Q.  Okay.  Do you see the name there, Helen?
6      A.  Yes.
7      Q.  Okay.  Was she here on the Compaq side?
8      A.  Yes.
9      Q.  Okay.  All right.  So she was no longer
10 going to be setting up the new accounts here on
11 Compaq VISTA, they were going to go to Ms. Perez for
12 HP?
13     A.  Yes.
14     Q.  All right.  Let me show you what was
15 previously marked as Deposition Exhibit DD, let me
16 find it, there it is right at the bottom, ask you to
17 take a look at that.
18     A.  (Witness complies.)
19     Q.  As a matter of fact, you probably only
20 need to look at the first page starting down at the
21 bottom of 1236 as you were a recipient on an e-mail
22 that was forwarded by Troy Bloomquist on Thursday,
23 January 15 of '04, do you see that?
24     A.  Yes.
25     Q.  Okay.  And Mr. Bloomquist had forwarded to

8 (Pages 26 to 29)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

S. ELLIS - Direct (By MR. HANSEN)

Page 38

1 to understand why they had to have two account
2 numbers and --
3  Q. Because if existing customers called
4 HP for an HP part and didn't have an HP number that
5 order couldn't be placed?
6  A. Right, they had to be set up with an
7 account number for HP parts.
8  Q. So basically all of the 2,000 or so
9 customers you referred to, if they had two separate
10 part numbers, they had -- if they had one part
11 number here, they had to go through a registration
12 period to obtain two numbers on the Roseville side?
13  A. Yes.
14  Q. Okay. Were you giving -- were you getting
15 feedback that that was creating a problem having --
16  A. Yes.
17  Q. Was it creating a problem because orders
18 were trying to be placed at Roseville and people
19 didn't have these two numbers?
20  A. Yes.
21  Q. That was around the time of your e-mail to
22 Troy on January 15 of '04?
23  A. Yes.
24  Q. And those were for the accounts that have
25 been serviced by MITG and Compaq Direct that were

Page 39

1 now being transitioned to Roseville?
2  A. Yes.
3  Q. So that would -- that would have been a
4 situation where not only for new accounts but that
5 was for the existing 2,000 accounts, correct?
6  A. Yes, some of them did have accounts
7 already established in Roseville, you know, they had
8 an account there and they had an account with us, so
9 some of those accounts were able to transition
10 without any issues at all because they had an
11 established account.
12  Q. At Roseville?
13  A. At Roseville.
14  Q. Was that for the ordering of spare parts?
15  A. Yes.
16  Q. Okay. Much like the ordering that took
17 place through MITG on the Compaq side?
18  A. Yes.
19  Q. Okay. So some people had -- some people
20 had accounts in place at both spots, others did not?
21  A. Yes.
22  Q. Okay. So the problem was created then,
23 for instance, if an existing customer did not
24 have -- strike that. I got what you're saying.
25  Did you have actual conversations

Page 40

1 yourself, for instance, on the phone dealing with
2 customers around this time, January of 2004, where a
3 customer expressed to you that concern that, hey,
4 I've gone to Roseville to order a spare part and I
5 can't get my part, what's going on, and then you had
6 to explain to them the account system?
7  A. Not the customer.
8  Q. Okay. Who did you have conversations like
9 that with, customer service reps?
10  A. Yes.
11  Q. Okay. HP Direct customer service
12 representatives?
13  A. Yes.
14  Q. Okay. Who at this time -- had they been
15 informed of the transition?
16  A. Yes.
17  Q. Okay. And the transition was going to be
18 for them to direct the existing and new accounts to
19 Roseville for the transition?
20  A. The existing accounts did not transition
21 until after -- until February.
22  Q. Well, if they're setting up new accounts
23 they're obviously transitioning at this point in
24 time?
25  A. They were setting up the accounts but not

Page 41

1 sending the orders.
2  Q. Well, you just testified that you were
3 receiving backlash from customers that were placing
4 the orders that had to have the two accounts,
5 correct?
6  A. That were trying to set up the accounts.
7  Q. Okay. However, the customer service reps
8 were directed to send any new accounts to Roseville
9 right away, don't even send them to us?
10  A. As of January.
11  Q. Right, 5th.
12  A. Yes.
13  Q. Now, let me show you Crowley Exhibit E.
14  A. (Witness reviewing document.)
15  Q. Okay. Take a look at HP 241, which is
16 part of this exhibit, specifically focusing on this
17 section down.
18  A. Okay.
19  Q. That is an e-mail from Bill Crowley dated
20 October 13 of 2003, to a group of people of which
21 you're a recipient, correct?
22  A. Yes.
23  Q. At this point in time you were involved in
24 the transition team with HP for MITG, correct?
25  A. Yes.

11 (Pages 38 to 41)

Page 78

1  you see that?
2     A.  Yes.
3     Q.  Were you the individual that was supplying
4  information to someone to compile these matrices?
5     A.  I don't remember doing this. The only
6  information I ever gave was to Chuck Schmaderer, so
7  maybe he was giving it to them.
8     Q.  Well, do you recall getting on a daily
9  basis information from Mr. Schmaderer or someone
10 else here regarding the number of calls that were
11 being handled by the call center labeled U.S.
12 Hannibal, MO, in this instance, February 5 of '04?
13    A.  The only call center rates I ever called
14 on that I ever got was from MITG.
15    Q.  Okay. Well, I'll represent to you that
16 MITG is U.S. Hanaball, Missouri, okay, so you --
17 would you get the calls offered handle rate and
18 service level from them on a daily basis?
19    A.  No.
20    Q.  Okay. Do you know why then your name
21 appears on this document, on HP 1140?
22    A.  No.
23    Q.  Do you recall providing matrix information
24 to anyone in Roseville on a daily basis so they
25 could calculate and come up with these matrices as

Page 79

1  identified in HP 1139?
2     A.  I don't remember. I might have given
3  something to Richard Krisek towards the end after
4  Troy left.
5     Q.  Okay. Well, let's go to
6  Exhibit Meyerfeld M, specifically within that
7  exhibit MITG 60, which indicates a matrix dated
8  December 1 of 2003, I'll lay these side by side for
9  you, again where it says matrix provided by and your
10 name appears there on MITG 61?
11    A.  Yes.
12    Q.  Okay. Were you -- were you providing --
13 in this matrix it's labeled differently, it's
14 Missouri HP Direct, do you see that?
15    A.  Yes.
16    Q.  Okay. Do you see calls offered?
17    A.  Yes.
18    Q.  Do you know what that volume -- or do you
19 know what that column represents?
20    A.  I think it means the calls that they took.
21    Q.  Per day?
22    A.  Yeah.
23    Q.  Handle rate, are you familiar with that?
24    A.  Yes.
25    Q.  Okay. What is the handle rate?

Page 80

1     A.  The number of calls that they were able
2  to --
3     Q.  Handle from offered?
4     A.  Yes.
5     Q.  Service level, I'm not trying to trick
6  you, service level on the second page indicated that
7  how many -- what percentage of the calls were
8  answered in 180 seconds, do you see that?
9     A.  Yes.
10    Q.  Okay. Do you understand then that they --
11 for instance, Missouri HP Direct were offered
12 204 calls, they were able to handle a hundred
13 percent of them, a hundred percent of them were
14 answered within 180 seconds, is that how you
15 understand this --
16    A.  Yes.
17    Q.  -- chart?
18       Okay. Then month-to-date service level,
19 is that what this column is?
20    A.  Yes.
21    Q.  Okay. And did you understand that to mean
22 that was the service level they were operating --
23 well, unfortunately in this case it's as of
24 December 1, which was the first day of the month,
25 does that represent a running total for the month to

Page 81

1  date?
2     A.  Yes.
3     Q.  Okay. Now, under orders on Page 61, do
4  you see we have Roseville PL91?
5     A.  Yes.
6     Q.  Roseville, Andover?
7     A.  Yes.
8     Q.  Okay. Then Missouri?
9     A.  Yes.
10    Q.  Okay. Do you understand MITG to be
11 Missouri?
12    A.  Yes.
13    Q.  Okay. Do you know what Roseville PL91 is?
14    A.  I don't know what PL91 is.
15    Q.  Roseville, backslash, Andover; do you know
16 what that call center is? Is it the Andover call
17 center for one?
18    A.  I don't know. I didn't know they had a
19 call center there.
20    Q.  Okay. Well, earlier I thought you told me
21 that was HP Direct?
22    A.  Well, I thought it was HP Direct but
23 obviously I was wrong.
24    Q.  Why do you say that?
25    A.  Well, because it's -- no, Andover,

21 (Pages 78 to 81)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.



From: Manzo, Victor
Sent: Monday, August 16, 2004 5:39 PM
To: Crowley, Bill
Subject: FW: Hp Direct updates

Importance: High

-----Original Message-----
From: MEYERFELD,LOUISE (HP-Roseville,ex1)
Sent: Thursday, January 22, 2004 10:23 AM
To: CHIZEK,RICHARD (HP-Roseville,ex1); SORIANO,ROLAND (HP-Roseville,ex1); MILLER,TRACY L (HP-USA,ex1); BOYLE,CHARLIE J (HP-Paramus,Paramus, NJ USA)
Cc: PEREZ,SONIA (HP-Roseville,ex1); MM-20040113-COWAN,YVONNE (HP-USA,ex1); MANZO,VICTOR (HP-Roseville,ex1); KARAS,JOHN (HP-Roseville,ex1); ELLIS,SHARI (HP-Omaha); HANDLAN,AMY (HP-Atlanta); Lauri. Vagadori (Lauri.Vagadori@sykes.com)
Subject: Hp Direct updates
Importance: High

Account Set ups:

Thanks for the updates today. Sounds like we are moving on a fast track. So, during this meeting, we will get status from Melissa regarding finalizing the accout set up process. Due date is 1/28, with Sonia having the new accounts to Melissa by 1/22-23.

The letters will be mailed out to the top 89 accounts by Jan 29th, with the follow up calls starting Feb1, that will provide account numbers and information about the Parts Store and other information required about placing parts orders. The remainder of the letters (2000+) will go out the first week in Feb. The letters will contain the Parts Store url as well as any needed phone numbers.

Telecom:

Victor has provided Victoria and Amy with the VDN's and they will begin doing some testing. It appears, that everything is on track to move the calls in the expected timeframe....Anytime between 5PM 2/6-2/8.

Phones need to be up ready to go in Roseville by 5AM 2/9.

Website cut off:

I am working with Linda Gretzinger as far at capturing the domains currently used at MITG. Linda believes it will, even with a signed approval from MITG, it could take 2 months to complete.

Shari will have to work with Ron at MITG to ensure every mention or link to HP is removed, and these sights are not utilized for business.

Δπ EXHIBIT /
Deponent Meyerfeld
Date 9/29/07  Rptr. RP
DEPOBOOK

HP 000009

Training on S accounts:

John Karas is working on this piece and will put documentation together and plan a train the trainer session. This is due by 1/29 to allow ample time to train the trainer.

Calls to MITG that result in backorder:

As of 2/2, will be forwarded to Roseville 800-227-8164 opt 2, opt 2 for order placement. This is to allow VISTA access to be shut down and eleviate manual steps for Shari after the Feb 8th date.

Post shipment processes:

Shari will remain in place short term to work out outstanding order issues placed on VISTA prior to 2/6.

A meeting has been scheduled to include Shari and Maureen Heath to discuss the backend processes and integratio of those into the Customer Solutions group (Maureens, Sharon,s). These meeting will begin 1/26, and will continue until integratio is complete (approx 1-2 months).

Start up date for Rosevill Sales Center 2/9.

Regards,
Louise

From: Manzo, Victor
Sent: Monday, August 16, 2004 5:39 PM
To: Crowley, Bill
Subject: FW: Minutes of Account Set-Up Meeting

-----Original Message-----
From: CHIZEK,RICHARD (HP-Roseville,ex1)
Sent: Friday, January 16, 2004 3:52 PM
To: CHIZEK,RICHARD (HP-Roseville,ex1); COWAN,YVONNE C (HP-Roseville);
ALLEN,MELISSA A (HP-Colorado Springs); PEREZ,SONIA (HP-Roseville,ex1);
MILLER,TRACY L (HP-USA,ex1); MEISNER,CLAUDIA (HP-Houston)
Cc: ELLIS,SHARI (HP-Omaha); KARAS,JOHN (HP-Roseville,ex1); MANZO,VICTOR (HP-Roseville,ex1); MEYERFELD,LOUISE (HP-Roseville,ex1); SORIANO,ROLAND (HP-Roseville,ex1)
Subject: Minutes of Account Set-Up Meeting

Purpose:

1. Review HP Parts Account Set Up Request process, and firm up agreements per Account Set-Up practices, and ensure 'Red' Account Set-up development issues are completed and implemented.

2. Review the HP Direct/MITG Migration announcement, and provide Accounts Team with details of the migration.

Background
Ordering for pmCompaq parts has been consolidated at Roseville Parts Sales Center. We need the ability to extend Net 30 Accounts for purchase of both HP and pmCompaq to eligible clients. Customers who are not eligible for Net 30 terms will continue be offered Credit Card and/or Mail-In options. The HP Direct pmCompaq focused parts order mgt. is migrating to Roseville on Feb. 9. Many clients have had dedicated HP Direct accounts, but may not have HP Parts or pmCompaq/eSpares accounts. HP Parts Business Management wants to ensure those clients have HP and pmCompaq parts accounts to continue accepting their parts orders.

Sonia - Indicates that 'Red' account set-up processes are in place and she has the basics. Set-up is contingent on account approvals from Melissa Allen. Melissa returns to office Tuesday.

Claudia - Mary Petrovich is a key linkage and process expert to assist with questions about 'Red' account set-up.

Tracy - Shared 'Red' account set up processes with the team. These may require some updating and consolidation. Richard agrees to look through the processes and suggest updates.

Yvonne - To release the announcement asap, recommends HP Direct migration letter includes that 'account numbers will follow.' Approx. 110 pre-MITG accounts identified as recurrent parts customers. Many of the MITG clients have existing HP accounts.

HP000011

Richard - Sonia can redirect any 'new account requests' back to Parts if not related to HP Direct/MITG Migration, or have not been 'pre-qualified' at PBCO-PDO or eSpares. Submit requests back to John K. to reassign callback to Sykes team.

Richard will also calibrate Shari Ellis and MITG that 'new account set up requests' and/or parts inquiries should be directed to PBCO 800-227-8164.

A draft of the announcement letter to MITG clients is attached outlining process changes and parts options. Do not forward outside of project team.

Thanks for taking time to participate and implement these processes.

Regards,
Richard Chizek,
HP Parts Sales Centers Manager
HPS Americas - Channel and Parts Business
916 785-8651 (desk)
916 628-5225 (cell)

To Order Parts: <www.hp.com/buy/parts>
1-800-227-8164

HP000012