E-FILED
Monday, 20 February, 2006 04:10:27 PM
Clerk, U.S. District Court, ILCD

**Page 2**

1       A P P E A R A N C E S
2  FOR THE PLAINTIFFS:
3  MS. ELIZANN CARROLL
   THOMPSON & KNIGHT, LLP
   1700 Pacific Avenue, Suite 3300
4  Dallas, Texas 75201
   (214) 969-1700  FAX 969-1751
5
   FOR THE DEFENDANTS:
6  MR. JAMES A. HANSEN
   SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL
7  525 Jersey
   P.O. Box 1069
8  Quincy, Illinois 62306
   (217) 223-3030  FAX 223-1005
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 3**

1              I N D E X
2  CASE CAPTION ......................... Page   1
   APPEARANCES .......................... Page   2
3  INDEX ................................ Page   3
   TESTIMONY ............................ Page   4
4  REPORTER CERTIFICATE ................. Page 114
   COST CERTIFICATE ..................... Page 115
5  READ & SIGN LETTER ................... Page 116
   ERRATA SHEET ......................... Page 117
6
7  DIRECT EXAMINATION:
      By Mr. Hansen.................... Page   4
8
9
   EXHIBITS:                   MARKED
10
   GG.  ITCS Call Tracking
11      Bates Stamp HP000044 - 45
        ( 2 pages ) ...................    94
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 4**

1  (Whereupon, the following proceedings were had,
2  to-wit:)
3       COURT REPORTER:  Are there any
4  stipulations?
5       MR. HANSEN:  No.
6         SANDRA J. URWIN,
7  having been first duly sworn,
8  was examined and testified as follows:
9            DIRECT EXAMINATION
10 BY MR. HANSEN:
11  Q.  Please, state your name for the record.
12  A.  Sandra Urwin.
13  Q.  Okay.  How old are you?
14  A.  Forty-four.
15  Q.  Okay.  Your date of birth?
16  A.  9/11/1960.
17  Q.  You reside here in Omaha?
18  A.  Yes.
19  Q.  Are you married?
20  A.  Divorced.
21  Q.  Okay.  Tell me your educational
22  background.
23  A.  I have a degree in -- I'm a CPA.  I don't
24  have a programming degree, but I just have a college
25  education in programming.

**Page 5**

1  Q.  Where did you go to college at?
2  A.  Peru State College.
3  Q.  Where is that located?
4  A.  In Peru, Nebraska.
5  Q.  Okay.  What did you obtain your degree in?
6  A.  Business administration.
7  Q.  Have any minors?
8  A.  No.
9  Q.  Have you done any work towards obtaining a
10  master's degree?
11  A.  No.
12  Q.  And you said you're a CPA, when did you
13  pass the exam?
14  A.  1985.
15  Q.  When did you get your degree?
16  A.  1982.
17  Q.  Okay.  You said you've had some
18  postgraduate type training?
19  A.  Yep.
20  Q.  In what now?
21  A.  Computer programming.
22  Q.  Okay.  Was that at a school, a technical
23  center?
24  A.  Yeah, Metro Tech here in Omaha.
25  Q.  Did you receive a certification for that?

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

S. URWIN - Direct (By MR. HANSEN)

Page 38

1    Q. Okay. When we say interface, XML, isn't
2    that just a fancy glorified e-mail string pretty
3    much?
4    A. No.
5    Q. Okay. What is it?
6    A. It's a way to transmit data via web
7    servers.
8    Q. Okay. And it's done by transferring that
9    data securely and encrypted over the e-mail because
10   you got credit card information, correct?
11   A. Yes.
12   Q. And did the XML that MITG created with
13   Compaq establish standard fields for entries called
14   UDFs?
15   A. Okay. Repeat that one more time.
16   Q. Okay. Did the XML establish UDFs?
17   A. No.
18   Q. Okay. There was no user defined fields
19   for entries that were created by the XML?
20   A. It could be a data element. That isn't
21   how I understand your question.
22   Q. Okay.
23   A. UDFs was a terminology that was developed
24   in the Inacom --
25   Q. Stands for -- go ahead.

Page 39

1    A. -- days, user defined fields.
2    Q. Okay. And you said it was what in Inacom
3    days?
4    A. It was -- that -- the UDF concept was
5    developed by Inacom, and then when MITG sends us
6    data they were able to -- if they wanted to use that
7    functionality of UDFs they could send us the data
8    they wanted us to put in to those fields.
9    Q. I guess why was MITG approached to create
10   this interface if UDFs and XML interfaces were
11   already available through Inacom and Compaq?
12   A. Because --
13   MS. CARROLL: Objection: Calls for
14   speculation.
15   BY MR. HANSEN:
16   Q. Go ahead and answer.
17   A. Why were they asked to develop?
18   Q. Yeah.
19   A. Because they have to have a means to
20   communicate with us, and that was their means to
21   communicate as far -- it's the same with EDI. EDI
22   is just a different methodology of transferring
23   data. It's through a -- you know, like an ISO
24   standard data format.
25   It's -- every single web site that we have

Page 40

1    to bring on with Compaq, we do it one at a time,
2    because it's a lot of work on programming's side.
3    They -- the programmers on their side have to send
4    us the data and they have -- that's the method of
5    communication, so that's -- they had to develop that
6    because there was no way for them to communicate to
7    us without that.
8    Q. Without what?
9    A. Without the XML. The XML is your method
10   of communicating with us.
11   Q. I understand that, but what was so unique
12   about it that -- was it simply that Compaq needed
13   some information from MITG, why Compaq couldn't
14   develop it on its own? Do you need the other user
15   to supply data, is that the uniqueness about it?
16   A. Yes, they have to supply data, we have to
17   tell them what kind of data we can accept, what the
18   field sizes are, what's allowed, what kind of data
19   integrity is allowed in that field, so you have
20   to -- you have to communicate that to whoever is
21   sending you the data, what's allowed, and so that's
22   our --
23   Q. I'm sorry. Go ahead.
24   What I guess had -- you said there had
25   been some XML interfaces that you know of created

Page 41

1    with other Compaq companies that was using web-based
2    communication for order entry but there had been
3    none created for web-based order entry with third
4    parties such as MITG?
5    A. I'll refer that to Deb Broady because she
6    probably would know more about where those orders
7    come from than me. When it gets to VISTA it's
8    not -- I really don't know where all the different
9    web sites -- I know they come from a lot of places
10   but it's not really my job, so I think Deb Broady
11   probably could answer that question better.
12   Q. Let me ask it this way: Have you ever
13   been involved in any programming on the VISTA side
14   for an XML project similar to the one you did with
15   MITG prior to the MITG one?
16   A. As far as third-party, no, but I had done
17   a lot of -- I work on every project when we bring on
18   a new web site, and it always requires the new
19   programming based on the specific requirements of
20   whatever that web site is, so I'm involved in all of
21   them.
22   Q. Whether that's compaq.com,
23   compaqparts.com, anything like that?
24   A. It -- no, when I would say Compaq, I would
25   say they segregate by customer uniqueness, like

11 (Pages 38 to 41)

S. URWIN - Direct (By MR. HANSEN)

Page 42

1  public sector would be government.  They have unique
2  needs because they do contract pricing, and they --
3  they have special needs because their government,
4  and then we have small/medium business, very unique
5  because they're usually high volume, low quantity
6  credit card orders.
7       Public sectors are usually high quantity,
8  high dollar orders, and then, let's see, what other
9  ones, the partner direct, they're for resellers only
10  so it's -- they're unique in that they -- the
11  reseller submits the order but we send it to the
12  person who is going to receive the order and we bill
13  them differently.
14       And so the interface is all the same.
15  It's just that we have to do special programming to
16  accept the data and translate the data how it needs
17  to based on that customer.
18     Q.  You said these are various web sites, I
19  mean, what are some of the web site's names?
20     A.  Well, they have different URLs, you know,
21  the link?
22     Q.  Right.
23     A.  If you go onto hp.com it'll say are you a
24  small/medium business or are you a -- they'll say
25  that, are you a public sector, are you a reseller or

Page 43

1  are you a consumer, and then when you click on that
2  link it'll take you to that specific web site, and
3  those web sites on the Compaq side are -- have a
4  different set of programmers, they have different
5  needs, so even within HP those are considered
6  separate web sites.  We treat them very differently
7  on our side in VISTA.
8     Q.  Okay.  Now, all of those sites you said
9  there is different programmers for each of them
10  or --
11     A.  Different programmers for the web
12  programming team --
13     Q.  Yes.
14     A.  -- are total different programming teams,
15  yes.
16     Q.  Okay.  But I thought you said earlier if
17  there's anything that's involved in programming like
18  that you've got a hand in it and you're involved in
19  it.
20     A.  Because I'm on the VISTA piece, I'm not a
21  web programmer, I'm a VISTA.  All orders flow
22  through VISTA to be fulfilled.
23     Q.  Okay.  That's my next question, VISTA is
24  still being used?
25     A.  VISTA is still being used.

Page 44

1     Q.  Okay.  So if I'm a consumer, I go to
2  hp.com and I click on the I'm a consumer and I go to
3  that web page and I put in that order on that web
4  page, HP would have a web-based programmer that
5  would work with you as the VISTA programmer to
6  create that interface?
7     A.  Correct.
8     Q.  Okay.  And prior to the development of the
9  XML with MITG what if I was a consumer like the
10  example we just went over, and I went to a web page
11  to submit an order -- well, strike that.  Let me
12  rephrase it.
13       Okay.  What was your role on the
14  programming side, the VISTA side, during the
15  creation of the XML?
16     A.  I am not a Middleware XML programmer, so I
17  had no involvement in that piece.
18     Q.  What was your role in the programming on
19  the VISTA side to create or to establish the
20  interface with the web site?
21     A.  We have one generic interface for all
22  orders that come in from web sites, we have one
23  program that comes in that processes every single
24  eCommerce order, which would be web-based.
25       My part would be to modify that program to

Page 45

1  know -- we would know by the customer type where
2  that order originated from, so my role was to, for
3  example, where I said it was an "I" type.  Up until
4  then every order was an "O" type.
5     Q.  Was "O"?
6     A.  We call it "O" type, which means orders,
7  which means we fulfilled it.
8       I had to put in the program that says if
9  this order is a -- we call it Customer Type SO1 and
10  SO2, if it was that customer type I had to change
11  the order type to an "I" within the program.
12       I had to develop the acknowledgement back
13  to MITG because no other web site asked for that
14  functionality.  That was a new thing that they
15  wanted, and so when they -- we had to create a new
16  cancellation reason code.
17       They have their own set of reason codes as
18  opposed to the rest of the entire business, and the
19  process to send the response back was new, and that
20  was my biggest piece in my programming, was how to
21  get the response back to them.
22     Q.  Okay.  And you said it was new, is that
23  because everything else you had been involved in was
24  simply internal Compaq related as far as an outside
25  company like MITG requesting an acknowledgement

12 (Pages 42 to 45)

S. URWIN - Direct (By MR. HANSEN)

Page 62

1  like each customer has their address, a customer has
2  their own UDF definition.  UDFs are always set up
3  manually.
4      Q.  Per each customer?
5      A.  Per each customer.
6      Q.  And then if that customer wants to
7  interface with your database and your UDFs, they
8  have to then create the required fields for
9  transmission on their side much like MITG had to do
10  here?
11      A.  Correct.
12      Q.  Okay.  Are you aware of other customers
13  that have taken technology developed by this
14  Middleware and created those fields to interface
15  with VISTA?
16      A.  No.
17      Q.  Okay.  Is there any web-based customers
18  currently interfacing with VISTA?
19      A.  Yes.
20      Q.  Okay.  Who are they?
21      A.  Are you talking about specific customers
22  or just the Compaq web sites?
23      Q.  Not Compaq web sites, I'm talking --
24      A.  Direct customers?
25      Q.  Correct.

Page 63

1      A.  I don't know of any.
2      Q.  Okay.  You said there are, what, Compaq
3  web sites that interface with VISTA?
4      A.  Yes.
5      Q.  Okay.  Do you know what those web sites
6  are?
7      A.  The partner direct web site, which is
8  resellers; the public sector web site, that's your
9  government, education, medical.
10      Q.  I'm sorry, hold on.  Government, education
11  and what?
12      A.  Medical.
13      Q.  Okay.
14      A.  The SMB, which is small/medium business
15  web site, and they have some web sites that come
16  through Houston.  Somehow the orders originate and
17  then Houston translates them to us to fulfil.
18          Now, I don't know the exact web sites of
19  those, but they just route through Houston.
20      Q.  Okay.  You said the public sector, the
21  government, education and medical, for instance,
22  medical is that somebody like Merck?
23      A.  No, that would like a hospital.
24      Q.  Oh, okay.
25      A.  Merck would be, oh, we call them major

Page 64

1  area direct, a large company.
2      Q.  Okay.  Are there large companies that are
3  interfacing with -- directly with VISTA?
4      A.  If they did it would be via EDI.
5      Q.  Okay.  Is there any -- let's focus on the
6  large customers like you just mentioned, the Merck,
7  is there any of them, such as, you know, Microsoft,
8  Xerox, UPS, that are interfacing directly with VISTA
9  via an XML or Middleware?
10      A.  The only one that I know about is SBC, is
11  Southwestern Bell.
12      Q.  Okay.  And was there a -- when was that
13  Middleware XML -- were you involved in that
14  programming?
15      A.  I was not directly involved but theirs is
16  not web-based.  They don't have an actual -- well, I
17  guess I don't know if they are -- their method of
18  communicating, SBC chose to use XML as opposed to
19  EDI, because EDI you have to have your programming
20  staff and your system to be able to use EDI
21  methodology.
22          I'm not really an expert on that, but
23  SBC requested as a customer, well, we don't want to
24  use EDI we like the XML base of communication so
25  we'll do it that way.

Page 65

1          So those come in but they're not through a
2  web site.  It's directly in.
3      Q.  Okay.  Was any of these -- was SBC using
4  any XML interface prior to the technology created by
5  the MITG and Compaq project?
6      A.  I can't remember the exact date when they
7  converted to XML, but their XML piece comes in
8  through a different set of programs.
9          There's another set.  We call it our
10  encore modular programming.
11      Q.  I'm sorry, what?
12      A.  It's called encore.  We have an actual
13  web-based tool that our internal users can use.
14  It's called encore.  It's a home-grown project that
15  was developed, and that has different modularized
16  programming compared to eCommerce, and SBC comes
17  through the encore piece.  It doesn't even come
18  through this other eCommerce piece, but the
19  transmission is still XML, but the programming and
20  the way the work is processed is different.
21      Q.  Other than Compaq companies that you
22  talked about earlier, are you aware of anyone using
23  an XML interface such an SBC or any other customer
24  prior to that XML that was developed by Compaq and
25  MITG?

17 (Pages 62 to 65)

S. URWIN - Direct (By MR. HANSEN)

Page 82

1    it was in the -- in the fall.
2    Q.   Okay.  Of 2001?
3    A.   Yes.
4    Q.   And just so I'm clear, when you say goes
5    live, it gets switched over from the test -- get the
6    name right, the test system of the AS/400 over to
7    the live system of the AS/400?
8    A.   That's correct.
9    Q.   Okay.  And the live you said is the Valcom
10   S1?
11   A.   That's just the name of the hardware.
12   Q.   Okay.  Now, I take it that hardware links
13   to everyone that may have access to the VISTA
14   system?
15   A.   You have to have a log-in, a security
16   access, to get in to that system, correct.
17   Q.   Okay.  And are those log-ins for customer
18   service reps that use VISTA?
19   A.   Employees of Compaq, yes.
20   Q.   Okay.  To your knowledge, has the XML
21   technology such as that developed in this project
22   been implemented for use with other outside
23   customers that use VISTA?
24   A.   No.
25   Q.   Are you aware if it's been implemented for

Page 83

1    Microsoft, UPS, Xerox or any other outside
2    companies?
3    A.   No.
4    Q.   No, you're not aware, or no, it hasn't?
5    A.   I know exactly where Microsoft orders come
6    from and I know exactly where UPS orders come from,
7    and it's not -- they don't use the same methodology
8    that MITG did.
9    Q.   What methodology do they use?
10   A.   UPS orders are all manually entered by
11   people in Indianapolis, our location in Indianapolis
12   by our employees.  There is no electronic
13   transmission of UPS orders whatsoever.
14   Q.   How about Microsoft?
15   A.   Microsoft transmits XML to what we call
16   web methods.  Now, I'm not a --
17   Q.   Web programmers --
18   A.   -- web programmer, so I'm not -- but they
19   go to Compaq's location in Houston.  They do some
20   kind of translation of the Microsoft XML, and then
21   they translate it and send it to us for fulfillment,
22   because Microsoft may have orders coming in and
23   Compaq Houston decides based on what they're
24   ordering is HP Direct going to fulfill it, is
25   MI5 warehouse in Houston going to fulfill it.

Page 84

1        They're just a router piece, so we don't
2    get orders directly from Microsoft.  We get them
3    through the Compaq Houston process.
4    Q.   Compaq Direct in Houston?
5    A.   There's no Compaq Direct in Houston, so
6    it's just the Compaq that existed before we were
7    bought.
8    Q.   Okay.  Now, do you know if the Compaq
9    Houston side of things had the XML interface with
10   the Microsoft to accept the orders that you said are
11   routed here to you prior to the development of the
12   Middleware with MITG?
13   A.   I'm not sure of the date.  I'm not sure.
14   Q.   Okay.  Do you know if Houston was even
15   taking orders prior to the agreements that are at
16   issue in this case with MITG?
17   A.   With MITG?
18   Q.   Yes.
19   A.   I don't know.
20   Q.   Okay.  Do you know when you started taking
21   orders that had been routed from Houston to here?
22   A.   Through Microsoft itself, because we
23   have -- all the Houston web sites are all the web
24   sites like SMB, the public sector, are all based out
25   of Houston, so I guess you'd have to be more

Page 85

1    specific.
2    Q.   I'm sorry, what web sites did you say were
3    based out of Houston?
4    A.   The small/medium business and public
5    sector.  It used to be called the GEM, government,
6    education, medical.
7        Those -- all those web sites, all
8    the server -- physical location of the servers for
9    those are located in Houston.
10   Q.   How long have they been down there in
11   Houston?
12   A.   They were there before they even bought
13   us.
14   Q.   Okay.
15   A.   That was Compaq's, like their home.  I
16   don't know what you call it.
17   Q.   Office?
18   A.   Home office.
19   Q.   Okay.
20   A.   You know, HP's is in California and --
21   Q.   But had Houston been routing orders to
22   Omaha -- at what point in time did that start?
23   A.   It depends on which web site.  They all
24   came on at different times.
25   Q.   Let's go to the SMB.

22 (Pages 82 to 85)

S. URWIN - Direct (By MR. HANSEN)

Page 90

1  application developer, correct?
2      A.   Yes.
3      Q.   With other customers besides someone like
4  MITG?
5      A.   No.
6      Q.   Has anyone else in your group been
7  involved in that?
8      A.   Not that I'm aware of.
9      Q.   Okay.  Are you aware of the XML model that
10  was developed with MITG and Compaq being used for
11  other customers or third-party suppliers?
12      A.   No.
13      Q.   Did you -- well, is that XML still
14  operational?
15      A.   No.
16      Q.   How was it -- how did it become
17  unoperational?
18      A.   Well, Deb Broady can explain the flow that
19  comes in through her on the translation.  I call her
20  a translator, translate from XML to flat file.
21          When it gets to VISTA, we had multiple
22  processes running to process the data, the flat file
23  data, so we had multiple jobs running for each
24  customer grouping, so service parts had their own,
25  the small business -- small/medium had their own,

Page 91

1  the GEM had their own, partner direct had their own.
2          We did that because at one time they used
3  to be combined into one process, but there was so
4  much volume of orders that it was always backlogged,
5  so architecturally we changed it to have the same
6  program but multiple instances of it running so we
7  could process these orders more timely.
8          And when it came to end service parts,
9  when we were given notification that they were no
10  longer able to process orders, we actually stopped
11  the job that was running, and that's where that
12  ITCS case documents that at 4 o'clock on that Friday
13  we shut down the job so we could -- VISTA would no
14  longer process any data coming in.
15          And I also had our operations person --
16  those jobs were automatically started on Sundays
17  because we did backups on Sunday, and then when the
18  system was back up and running it would
19  automatically start those jobs, and I had him remove
20  it from the auto startup process.
21      Q.   When was the change made to separate out
22  these groupings, spare parts, small/medium business?
23      A.   I don't remember the exact date.
24      Q.   Do you remember the year?
25      A.   No, actually I don't.

Page 92

1      Q.   Okay.  So you said when this -- when you
2  wanted to no longer process data coming from the end
3  users, the end user being MITG?
4      A.   MITG, is that what you're saying, yes?
5      Q.   No, is that who you were referring to?
6      A.   The -- well, when I say end of job, jobs
7  would be considered anything electronically
8  submitted as opposed to manually entered.
9          Manually entered orders could still exist.
10  I mean, that's not a job that runs and -- a
11  background job that runs and does processing.
12      Q.   Okay.  So you're talking about a job that
13  is being run on this -- the go-live server?
14      A.   On the go-live VISTA system, yes.
15      Q.   Okay.  And you told somebody to shut that
16  down?
17      A.   I called the operators and told them to
18  end the job.
19      Q.   When you say end the job, what do they do,
20  remove it from the system?
21      A.   No, they do a four and it just stops the
22  job, just stops processing.
23      Q.   Okay.  But it's still on the go-live,
24  still on the system?
25      A.   Well, the other ones are still running.

Page 93

1  You have five jobs and the other ones are still
2  running, the SMB, government web, that's still
3  running.
4      Q.   Okay.  So you're just talking about spare
5  parts?
6      A.   The spare parts had their own job running,
7  yes.
8      Q.   Okay.  My question is it's not removed
9  from the system, it's just a stop order that's
10  placed?
11      A.   It's a stopping of the processing, yes.
12      Q.   Of orders that were coming in from the XML
13  interface from the MITG web tool?
14      A.   Yes, there was more -- that was my piece
15  of the pie, but the front end, where they posted to
16  the ASP page, that was -- Neil McShannon's group did
17  some programming to reject orders at that point,
18  Deb Broady shut down her translation piece of spare
19  parts because she goes through a different flow, and
20  she can explain that in detail.
21          She shut down that, and then my piece was
22  to shut down the jobs that processed the flat file
23  data, but technically if they stopped everything
24  before me they should have never gotten there.
25      Q.   Okay.

24 (Pages 90 to 93)

S. URWIN - Direct (By MR. HANSEN)

Page 94

1    A.   But we stopped it at all points.
2    Q.   The three points?
3    A.   The three points.
4    Q.   Is that shutdown specific to MITG?  I
5  mean, was there any other web-based interfaces
6  coming in through that --
7    A.   No.
8    Q.   -- through those jobs?
9    A.   No, it was very specific to them.
10   Q.   Okay.  But there was other XML interfacing
11 coming in through the other four areas that were not
12 stopped?
13   A.   That's correct.
14   Q.   Which come -- those other four that you're
15 talking about, these interfaces, they come from web
16 sites, correct?
17   A.   Correct.
18   Q.   I think you said you just don't know what
19 web sites they are, I mean the actual www. --
20   A.   No, I don't know, no, I don't.
21       MR. HANSEN:  All right.  Let me mark these
22 two pages.
23           (Exhibit GG marked for
24            identification.)
25

Page 95

1  BY MR. HANSEN:
2    Q.   Documents HP 44 and 45, it says ITCS call
3  tracking, do you see that at the top?
4    A.   Yes.
5    Q.   Okay.  What is this document?
6    A.   This is what I explained earlier on how
7  when the business has an issue they want IT to work
8  on, this is the -- they have to open up -- we call
9  them a case, and it describes what they want us to
10 do, and then we track it and we put in notes when we
11 finish it, complete it and it's -- the task is done,
12 we close the case.  It's a way to document official
13 requests.
14   Q.   Okay.  What was the -- who did the request
15 come from in this case?
16   A.   In this case it came from Shari Ellis.
17   Q.   Was it to you or were you just the person
18 that handled it?
19   A.   I -- when these cases come in, this is a
20 tool that's used by all the businesses, and then
21 they can route it to a specific IT division, so it
22 would -- this would have been routed to the order
23 entry division, which is my area.
24   Q.   Okay.  You're listed as the owner there,
25 do you see that?

Page 96

1    A.   Yes, that's because I physically opened
2  the case on behalf of her, on Shari.
3    Q.   Okay.  Case severity, what does that mean?
4    A.   Case severity goes SL1, Severity Level 1
5  through 4.  SL1 would be the highest severity,
6  you've -- the issue has caused the system to totally
7  shut down, we can't process any orders; 5 would be
8  the lowest level, well, this is a problem but it's
9  not an urgent problem.  It's not something that you
10 have to handle within two hours.
11       Each one has a criteria you're supposed to
12 respond to it immediately, you have to respond
13 within so many minutes.  I think SL1 you have to
14 respond in 15 minutes.  I mean, each level talks
15 about the response time.
16   Q.   What is SL4?
17   A.   SL4 would be towards the bottom, meaning
18 it's not -- the systems aren't down, there's no
19 crisis problem for customers, for order processing,
20 it's a judgment call.
21       I assigned the SL4, so I would have said,
22 you know, it's not a crisis but it's something that
23 has to be done.
24   Q.   It says -- if you go down under phone
25 notes, do you see that?

Page 97

1    A.   Yes.
2    Q.   It says please shut down SO1, backslash,
3  SO2 4 p.m. central standard time on February 6.
4  2004.  What does the SO1 and SO2 mean?
5    A.   That's the customer type.
6    Q.   One was credit card?
7    A.   And the other one was terms.
8    Q.   Okay.  And is that the date that you
9  posted that, it says Sandra --
10   A.   That would have been the date that case
11 was opened.
12   Q.   Okay.
13   A.   That was the date that -- actually -- I
14 can actually remember this.  Shari Ellis called me
15 on the phone and she said, you need to shut those
16 down, and I said, well, I'm going to open up a case
17 that can be documented because I need to also make
18 sure like Deb Broady's group knows about it, and so
19 she said okay.
20       So that would have been the date that she
21 officially notified me via phone, and then I opened
22 up the case to document it.
23   Q.   It says, end the daily report
24 February 10, 2004, what's the daily report?
25   A.   That was a report that showed the pro --

25 (Pages 94 to 97)