Page 2

```
           A P P E A R A N C E S
FOR THE PLAINTIFFS:
MS. ELIZANN CARROLL
THOMPSON & KNIGHT, LLP
1700 Pacific Avenue, Suite 3300
Dallas, Texas  75201
(214) 969-1700  FAX 969-1751

FOR THE DEFENDANTS:
MR. JAMES A. HANSEN
SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL
525 Jersey
P.O. Box 1069
Quincy, Illinois  62306
(217) 223-3030  FAX 223-1005
```

Page 3

```
                I N D E X
CASE CAPTION .......................... Page   1
APPEARANCES ........................... Page   2
INDEX ................................. Page   3
TESTIMONY ............................. Page   6
REPORTER CERTIFICATE .................. Page  60
COST CERTIFICATE ...................... Page  61
READ & SIGN LETTER .................... Page  62
ERRATA SHEET .......................... Page  63

DIRECT EXAMINATION:
    By Mr. Hansen..................... Page   4
```

Page 4

1  (Whereupon, the following proceedings were had,
2  to-wit:)
3       COURT REPORTER:  Are there any
4  stipulations?
5       MR. HANSEN:  No stipulations.
6            DEBRA P. BROADY,
7     having been first duly sworn,
8  was examined and testified as follows:
9            DIRECT EXAMINATION
10 BY MR. HANSEN:
11    Q.  Go ahead and state your name for the
12 record.
13    A.  Debra Broady.
14    Q.  You're employed with HP?
15    A.  Yes, I am.
16    Q.  How long have you been here?
17    A.  Four years.
18    Q.  Well, what is your title now?
19    A.  Business analyst.
20    Q.  Have you been in that position for
21 four years?
22    A.  No.
23    Q.  What did you start out as?
24    A.  EDI programmer analyst.
25    Q.  Okay.  EDI program --

Page 5

1     A.  Programmer analyst.
2     Q.  And how long were you in that role?
3     A.  For probably about a year and a half.
4     Q.  How long have you been a business analyst?
5     A.  Since February.
6     Q.  '04?
7     A.  Yes.
8     Q.  And you've been here for four years.  What
9  did you do before you were an EDI programmer
10 analyst?
11    A.  I was a Middleware programmer analyst.
12    Q.  Was that your involvement in the project
13 with MITG?
14    A.  Yes, it was.
15    Q.  Okay.  How long were you the Middleware
16 programmer analyst?
17    A.  Two and a half years, whatever the
18 difference.
19    Q.  Was that the first job you had here, was
20 the Middleware?
21    A.  No, my first job was EDI programmer
22 analyst.
23    Q.  Then you went to Middleware?
24    A.  Yes.
25    Q.  Then you went to EDI business analyst?

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

D. BROADY - Direct (By MR. HANSEN)

Page 10

1 So there was not a tool or system in place
2 that -- prior to this project -- when I refer to the
3 project I'm talking about the Middleware with MITG,
4 that was allowing MITG and VISTA to interface?
5     A.   Not that I'm aware of.
6     Q.   Okay.  And is it your understanding that
7 the Middleware was to create that tool that would
8 allow orders to come into MITG's web site and be
9 directly placed into the VISTA system?
10    A.   Yes.
11    Q.   Okay.  And was there any XML interfaces
12 linking to VISTA from any other outside web sites
13 prior to the one created with MITG?
14    A.   What do you mean by outside web sites?
15 Outside of our --
16    Q.   Customers, General Motors, General
17 Electric, MITG vendors?
18    A.   That had their own web site that was
19 linked up through our firewall?
20    Q.   Sure.
21    A.   Not that I'm aware of.
22    Q.   Okay.
23    A.   I can't think of any, no.
24    Q.   Was there any -- for instance, did
25 Microsoft have the capability to have an XML

Page 11

1 interface through any Compaq web site directly into
2 VISTA prior to this project with MITG?
3     A.   Prior to, yes.
4     Q.   Okay.  What was that interface?
5     A.   I believe it was our Version 2.
6     Q.   Version 2 of what?
7     A.   Version 2 of the XML format that came in.
8     Q.   Okay.  Was that a direct interface link
9 between Microsoft and VISTA?
10    A.   No.
11    Q.   Okay.  That's my question.  Was there any
12 direct interface link between Microsoft or any other
13 entity directly into VISTA?
14    A.   No.
15    Q.   Okay.  Microsoft had an XML -- excuse me,
16 Microsoft had a Middleware I'll call it link with
17 what now, Version 2.0, which was what?
18    A.   So that's just a format, an XML format,
19 and that's how we define that flow of orders that
20 came in.
21    Q.   Okay.  Let me ask it this way:  Did
22 Microsoft or any other entity have the ability to go
23 to a web site and place an order and have that order
24 directly linked into VISTA prior to the Middleware
25 that was developed with MITG?

Page 12

1     A.   Not directly.  There's some hops it takes
2 before it gets to us.
3     Q.   Are you aware of Microsoft or any other
4 entity now having the Middleware interface link
5 directly into VISTA now?
6     A.   No, I'm not aware of that.
7     Q.   Okay.  You said it had to take some hops,
8 what's that mean?
9     A.   When the order comes in and is placed
10 through that web site or web tool it -- all of these
11 web sites interface with another Middleware solution
12 that is not within our group at HP Direct called web
13 methods, and that web methods in turn takes that --
14 those orders and sends them to the ASP that is
15 within the HP Direct domain I guess is --
16    Q.   Is that -- the ASP page is that --
17    A.   Yes.
18    Q.   -- is that VISTA?
19    A.   No.
20    Q.   Okay.  Does then ASP page send the
21 information then to VISTA?
22    A.   No, it sends it to me.
23    Q.   To you?
24    A.   Yes.
25    Q.   What do you do with it?

Page 13

1     A.   Then I take that XML format and I convert
2 into it flat file format.
3     Q.   To then send on to VISTA?
4     A.   And then send it to VISTA.
5     Q.   Okay.  We're talking about the current
6 arrangement with HP for various web sites that
7 there's a tool that will interface with Middleware
8 technology called web methods; is that correct?
9     A.   Yes, to the best of my ability, that still
10 happens today.
11    Q.   Okay.  Were you asked or did you help
12 develop the web methods that you --
13    A.   No.
14    Q.   Okay.  Have you ever had your deposition
15 taken before?
16    A.   No.
17    Q.   Okay I'm sure you met with Ms. Carroll and
18 she told you the backgrounds and guidelines for
19 today.  I'll just go over them real quick.
20        We need you to answer out loud so if you
21 give a nod of the head or an uh-huh or huh-uh, I'm
22 probably going to step in and ask what your answer
23 is again because it's being typed up.
24        Second of all, if I ask a question you
25 don't understand ask me to rephrase it and I will so

4 (Pages 10 to 13)

Page 30

1  going through my group.
2     Q.  Okay.
3     A.  So however it was before I don't know,
4  prior to my group coming in to the picture.
5     Q.  Okay.  Are you aware of any customers, for
6  instance, Microsoft, that has the interface ability
7  through Middleware directly into VISTA currently?
8     A.  I am not aware.
9     Q.  Okay.  Are you aware, if I remove
10 Microsoft from it, any customers that have that
11 ability?
12    A.  I am not aware.
13    Q.  Are you aware if Microsoft or any other
14 customer has a direct interface link to any of the
15 Compaq Houston groups?
16    A.  I don't know.
17    Q.  Okay.  Were you in -- I think you said you
18 left the Middleware programming -- you were there
19 for two and a half years and left that position in
20 February of '04?
21    A.  Yes.
22    Q.  Okay.  Were you involved in designing,
23 creating any interfaces with outside entities after
24 MITG?
25    A.  No.

Page 31

1     Q.  Okay.  Were you involved in creating
2  interfaces for Compaq that involved the same
3  methodology or technology that was developed with
4  MITG?
5     A.  Can you clarify?
6     Q.  Was this model that was used for
7  developing MITG interface used then for Compaq to
8  create any other interfaces with outside entities?
9     A.  No.
10    Q.  Okay.  No, you weren't involved in that
11 or, no, you don't believe it was ever done?
12    A.  I don't believe it was ever done.
13    Q.  Okay.  If there was testimony that there
14 was various test orders that were run on an
15 interface with Microsoft, were you -- into VISTA
16 system, were you privy to any of that?
17       MS. CARROLL:  I'm going to object to the
18 extent that it misstates prior testimony of the
19 witness.  You can go ahead and answer.
20       THE WITNESS:  Can you ask the question
21 again.
22 BY MR. HANSEN:
23    Q.  Sure.  Were you involved in any running of
24 testing, for instance, test orders, for any XML
25 interface with Microsoft and Compaq?

Page 32

1     A.  So I could have been involved with testing
2  of orders?
3     Q.  Throughout a direct interface between
4  Microsoft and Compaq?
5     A.  No, I'm sorry.
6     Q.  Okay.  If Microsoft, for instance, placed
7  an order through what's called the small/medium
8  business group in that web site of which you said
9  the interface with VISTA was in place, was there any
10 way for that order to be routed from VISTA to MITG's
11 web site?
12    A.  No.
13    Q.  If that happened do you know how that
14 could have happened?
15    A.  I guess I'd have to have a specific
16 example.
17    Q.  Okay.  Say, for instance, Microsoft goes
18 to the small/medium business web site -- strike
19 that.
20       Say Microsoft goes to one of these Compaq
21 web sites you were talking about that had the
22 interface on it and they submit an order, you said
23 that automatically had an interface direct to VISTA
24 prior to MITG, that was a Compaq web site, are you
25 following me?

Page 33

1     A.  Okay, yeah.
2     Q.  Okay.
3     A.  So they --
4     Q.  Let me start over.
5        Microsoft goes to, let's say, compaq.com,
6  okay, and submits an order and there's an interface
7  directly with VISTA, correct, you said there was an
8  XML interface that you had created prior to anything
9  with MITG that had that interface between compaq.com
10 or internal web sites?
11    A.  That I created?
12    Q.  That your group created, there was --
13    A.  Yes.
14    Q.  -- Middleware interface?
15    A.  Yes, I'm sorry.
16    Q.  Okay.  I probably phrased that improperly
17 by saying you.
18       I mean, there was a Middleware interface
19 in existence, okay, after the Middleware with MITG
20 was created, okay, let's say Microsoft goes to a web
21 site that is MITG owned and places an order that has
22 a direct interface to VISTA, is there any way that
23 that order could somehow come into VISTA and get
24 kicked out to MITG for fulfilling of the order?
25    A.  No.

9 (Pages 30 to 33)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

Page 46

1 Q. Okay. Prior to that was it a direct
2 interface between VISTA and that partner direct web
3 site?
4 A. I -- I believe so.
5 Q. Okay.
6 A. I'm not a hundred percent sure.
7 Q. Okay. Here's another area where your name
8 was given to me to ask questions about.
9     Ms. Urwin said that SBC, Southwestern
10 Bell, has a method of communicating using an XML
11 instead of an EDI, I believe she said through the
12 SMB web site which uses encore programming.
13     Do you know what she's referring to by
14 that?
15 A. I know encore is another web tool that we
16 have within the HP Direct realm.
17 Q. Is it an interface direct between the web
18 site and VISTA?
19 A. Is encore an interface, is that --
20 Q. Yeah, right?
21 A. Encore links directly into VISTA, yes.
22 Q. Okay. And is it a link directly into
23 VISTA from the web site?
24 A. I don't know.
25 Q. Okay. Do you know if SBC has a method of

Page 47

1 interfacing with a direct XML right into VISTA as
2 opposed to going to whatever web site?
3 A. I believe they go through encore.
4 Q. Encore is a program, right, or set of
5 software or --
6 A. My understanding of encore, again, you
7 know, this is not -- this is just strictly my
8 understanding with what I know, is that's just like
9 a web interfacing to VISTA.
10 Q. So it's an interface from the web site to
11 VISTA much like the Middleware we used here?
12 A. No, it's just like a web front end to look
13 at the information that's in VISTA.
14 Q. Oh, okay, which is different than -- or is
15 it different than the type of Middleware interfacing
16 we're talking about?
17 A. Yes.
18 Q. Okay. Were you ever involved in that
19 encore stuff?
20 A. No.
21 Q. I think you answered you're not aware of
22 orders from other companies coming into VISTA that
23 did not originate from MITG but appearing on the
24 review and release screen to be then submitted back
25 to MITG via the Middleware?

Page 48

1 A. I'm not aware.
2 Q. What did you have to do to turn off or
3 deactivate the Middleware between Compaq and MITG?
4 Were you involved in that process?
5 A. I did not have to do anything.
6 Q. Were you already gone from your role as a
7 Middleware programmer?
8 A. No.
9 Q. Okay. Ms. Urwin testified regarding this
10 exhibit earlier, this call tracking, where she put
11 in the shut down the flow of various items, and she
12 said -- granted she said I assume Ms. Broady may
13 have done it on her end as well.
14     Do you recall doing anything such as
15 shutting down flow of orders or removing robot jobs
16 related to this Middleware?
17 A. No.
18 Q. Okay. Do you know if that was done by
19 your group?
20 A. Not -- so it may have been done since I've
21 left because it's no longer used, but it wasn't done
22 to physically shut that off.
23 Q. While you were there?
24 A. While I was there because it was being
25 done on the ASP group, the AS.

Page 49

1 Q. Ms. Urwin's group?
2 A. No.
3 Q. Okay. Who is the ASP group, the other
4 side, Mr. McShannon?
5 A. Yes.
6 Q. Okay. And what are those ASP people, what
7 are they, the web programmers?
8 A. Yes.
9 Q. Okay. What do they -- I know you're not
10 in that group, but generally what -- when you say
11 web program, are they -- what are they doing,
12 programming in the URLs and domain names or --
13 A. They at one time had full responsibility
14 of partner direct. As far as what they did for us
15 they would accept an XML order such as MITG, would
16 submit the XML order to their ASP page, they would
17 validate that this is a valid XML document, and they
18 would see if this is a service parts order, if it is
19 I need to put it in to this queue to be sent to me.
20     Once he knew that it got into that queue
21 he sent a status message while the connection was
22 still open that said everything's okay, and that's
23 how service parts knew the order got to us
24 successfully.
25 Q. Okay. So they were involved kind of I

13 (Pages 46 to 49)

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.