E-FILED

Monday, 20 February, 2006  04:14:43 PM
Clerk, U.S. District Court, ILCD













