# Complainant Transmittal Cover Sheet

**To:** MITG

**From:** Hewlett-Packard Company, Hewlett-Packard Development Company, L.P. and Compaq Trademark B.V., Complainants

**Cc:** National Arbitration Forum

**Date:** February 25, 2004

**Re:** hpdirectonlineparts.com, hpdirectonline.com, hponlineparts.com, compaqdirectonline.com and compaqonlineparts.com

---

The attached Complaint is being filed against you with the National Arbitration Forum (the "Forum") pursuant to the Uniform Domain Name Dispute Resolution Policy (the "Policy") adopted by the Internet Corporation for Assigned Names and Numbers ("ICANN") on October 24, 1999 and incorporated in your Registration Agreement with the Registrar of your domain name(s). By submitting this Complaint to the Forum, the Complainant agrees to abide and be bound by the provisions of the Policy, the ICANN Rules, and the Forum's Supplemental Rules.

**Until you are notified by the Forum that a proceeding has commenced, you have no duty to act with regard to this Complaint.**

- The Forum will examine the Complaint to determine whether it conforms to the ICANN Policy, Rules, and the Supplemental Rules.

- If the Complaint conforms to those standards, the Forum will forward an official copy of the Complaint to you.

- *Once the official Complaint is forwarded to you*, you will have **twenty (20)** calendar days to submit a Response to both the Forum and the Complainant in accordance with the Policy, Rules, and Supplemental Rules.

- You may seek legal assistance to represent you in this administrative proceeding.

The Policy and Rules governing this proceeding can be found at:

    ICANN Policy              http://www.icann.org/udrp/udrp-policy-24oct99.htm
    ICANN Rules               http://www.icann.org/udrp/udrp-rules-24oct99.htm
    Forum Supplemental Rules  http://www.arb-forum.com/domains/domain-rules.html

Alternatively, you may contact the Forum to obtain any of the above documents.

    Telephone:  (800) 474-2371 or (651) 631-3700
    E-mail:     info@arb-forum.com

*Please provide the Forum with the contact information (mailing address, e-mail address, telephone number) where the official Complaint and other communications in the administrative proceeding should be sent.*

EXHIBIT 2

502917 000160 DALLAS 1707362.1