

**NATIONAL**

**ARBITRATION**

**FORUM**

| | |
|---|---|
| Hewlett-Packard Company, )<br>Hewlett-Packard Development )<br>Company, L.P. )<br>3000 Hanover Street )<br>Palo Alto, CA 94304 and )<br>Compaq Trademark B.V. )<br>Startbaan 16 )<br>1187 XR Amstelveen )<br>The Netherlands )<br>)<br>Complainants )<br>v. )<br>MITG and Michael Lauber )<br>4220 Kochs Ln )<br>P.O. Box 5208 )<br>Quincy, IL 62305 )<br>)<br>Respondents )<br>_____) | **Domain Names In Dispute**<br>hpdirectonlineparts.com<br>hpdirectonline.com<br>hponlineparts.com<br>compaqdirectonline.com<br>compaqonlineparts.com |

### HEWLETT-PACKARD COMPANY, HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P. AND COMPAQ TRADEMARK B.V.'S ORIGINAL COMPLAINT IN ACCORDANCE WITH THE UNIFORM DOMAIN NAME DISPUTE RESOLUTION POLICY

1.  Hewlett-Packard Company, Hewlett-Packard Development Company, L.P. and Compaq Trademark B.V. ("Hewlett-Packard", "Compaq" or "Complainants") submit this Complaint against Midwest Information Technology Group, Inc. ("MITG") and Michael Lauber ("Lauber") (together, the "Respondent") for decision in accordance with the Uniform Domain Name Dispute Resolution Policy, adopted by the Internet Corporation for Assigned Names and Numbers (ICANN) on August 26, 1999 and approved by ICANN on October 24, 1999 (ICANN Policy), and the Rules for Uniform Domain Name Dispute Resolution Policy (ICANN Rules), adopted by ICANN on August 26, 1999 and approved by ICANN on October 24, 1999, and the National Arbitration Forum (NAF) Supplemental Rules (Supp. Rules). ICANN Rule 3(b)(i).

2.  **COMPLAINANT CONTACT INFORMATION**

|   |   |   |
|---|---|---|
| a. | Name: | Hewlett-Packard Development Company, L.P., (a Texas limited partnership);<br>Hewlett-Packard Company (a Delaware Corporation); and<br>Compaq Trademark B.V. (a Netherlands company) |
| b. | Contact: | Jim Struthers |
| c. | Address: | 20555 SH 249, MS 110701<br>Houston, Texas 77070 |
| d. | Telephone: | (281) 518-3488 |
| e. | Fax: | (281) 514-8332 |
| f. | E-Mail: | jim.struthers@hp.com |

Complainants' authorized representatives in this administrative proceeding (ICANN Rule 3(b)(ii)) are their outside counsel, Molly Buck Richard and Heather C. Brunelli, both of Thompson & Knight LLP. Contact details are:

**EXHIBIT**
tabbies
3

|   |   |   |
|---|---|---|
| a. | Names: | Molly Buck Richard and Heather C. Brunelli |
| b. | Address: | Thompson & Knight LLP, 1700 Pacific Avenue, Suite 3300, Dallas, Texas 75201 |
| c. | Telephone: | (214) 969-1700 |
| d. | Fax: | (214) 969-1751 |
| e. | E-Mail: | molly.richard@tklaw.com; heather.brunelli@tklaw.com |

The Complainants' preferred method for communications directed to the Complainants in the administrative proceeding: ICANN Rule 3(b)(iii).

**Electronic-Only Material**

|   |   |   |
|---|---|---|
| a. | Method: | e-mail |
| b. | Address: | heather.brunelli@tklaw.com |
| c. | Contact: | Heather C. Brunelli |

**Material Including Hard Copy**

|   |   |   |
|---|---|---|
| a. | Method: | by facsimile transmission, with mailed confirmation of transmission |
| b. | Address/Fax: | Thompson & Knight, LLP 1700 Pacific Ave. Suite 3300 Dallas, TX 75201 (214) 999-1665 |
| c. | Contact: | Heather C. Brunelli |

The Complainants choose to have this dispute heard before a single-member administrative panel.  ICANN Rule 3(b)(iv).

3.    **RESPONDENT INFORMATION**

The name of the registrant for <hpdirectonlineparts.com>, <hpdirectonline.com> and <hponlineparts.com> is listed as Mike Lauber in the AllDomains.com "WhoIs" database.  Registrant contact details (ICANN Rule 3(b)(v)) are:

|   |   |   |
|---|---|---|
| a. | Name: | Mike Lauber |
| b. | Address: | 4220 Kochs Ln P.O. Box 5208, Quincy, IL 62305 |

The name of the registrant for <compaqdirectonline.com> and <compaqonlineparts.com> is listed as MITG in the AllDomains.com 'WhoIs' database.
Registrant contact details (ICANN Rule 3(b)(v)) are:

|   |   |   |
|---|---|---|
| a. | Name: | MITG |
| b. | Address: | 4220 Kochs Lane Quincy, IL 62305 |

Administrative Contact information for <hpdirectonlineparts.com>, <hpdirectonline>, <hponlineparts.com>, <compaqdirectonline.com> and <compaqonlineparts.com> is listed as:

|   |   |   |
|---|---|---|
| a. | Name: | Mike Lauber |
| b. | Address: | 4220 Kochs Ln P.O. Box 5208, Quincy, IL 62305 |
| c. | E-Mail: | mlauber@mitg.com |
| d. | Phone: | +1 (217) 214-7299 |
| e. | Fax: | +1 ((217) 214-7204 |

Technical and Zone contact information for <hpdirectonlineparts.com>, <hpdirectonline>, <hponlineparts.com>, <compaqdirectonline.com> and <compaqonlineparts.com> is listed as:

|   |   |   |
|---|---|---|
| a. | Name: | Hostmaster, Adams Networks |
| b. | Address: | PO Box 99 Golden, IL 62339 |
| c. | E-Mail: | nic@adams.net |
| d. | Phone: | +1 (217) 696-4611 |
| e. | Fax: | +1 (217) 696-4811 |

The Rules provide that a Complaint may relate to multiple domain names when it is established through similarity of contact information that one entity registered the domain names using different names. *Compaq Information Technologies Group, L.P. v. Dealer Direct, Inc.,* FA97062 (Nat. Arb. Forum June 14, 2001).

See Exhibit A attached hereto for copies of the WHOIS information for <hpdirectonlineparts.com>, <hpdirectonline>, <hponlineparts.com>, <compaqdirectonline.com> and <compaqonlineparts.com>. ICANN Rules 3(b)(v) and 3(b)(vi).

4.     **DISPUTED DOMAIN NAMES**

    a.     The following domain names are the subject of this Complaint: ICANN Rule 3(b)(vi).

        hpdirectonlineparts.com
        hpdirectonline.com
        hponlineparts.com
        compaqdirectonline.com
        compaqonlineparts.com

    b.     Registrar Information: ICANN Rule 3(b)(vii).

| | | |
|---|---|---|
| i. | Registrar's Name: | AllDomains.com, Inc. |
| ii. | Registrar Address: | 1800 Sutter Street, Suite 100 |
| | | Concord, CA 94520 |
| iii. | Telephone Number: | (800) 561-5313 |
| iv. | Facsimile Number: | (925) 685-9620 |

    c.     Trademark/Service Mark Information: ICANN Rule 3(b)(viii).

"Hewlett-Packard," "Compaq" and "Complainants," as used herein, include Hewlett-Packard's and Compaq's licensees and predecessors in interest.

Hewlett-Packard is an internationally known company specializing in computer hardware and software, printers, electronics, and other technical goods and services. The company was founded in 1939 and now has 140,000 employees with capabilities in 178 countries doing business in more than 40 currencies and more than 10 languages. Revenues for the combined companies were in excess of $70 billion for the fiscal year that ended October 31, 2003.

Hewlett-Packard is the owner of over 40 trademarks and service marks registered on the Principal Register of the United States Patent and Trademark Office for the trademark "HP" and for marks containing "HP" (collectively, the "HP Marks"). See Exhibit B. In addition, Complainants also use the HP Marks worldwide, and have registrations for trademarks and service marks containing HP in over 140 countries and regions around the world. See Exhibit C. The mark "HP" was first used by Hewlett-Packard in commerce at least as early as 1941, was continuously used thereafter, and is still in use on or in connection with Complainants' goods, services, and advertising for its goods and services throughout the world.

Hewlett-Packard also owns various domain name registrations for domain names incorporating "HP" such as <hp.com>, <hp.net>, <hp.org>, <hpshopping.com>, <hpprinters.com> and <hpprinter.com>. See Exhibit D. At the domains <hp.com>, <hp.net> and <hp.org>, Hewlett-Packard operates a website that contains information about its products and services as well as information about the company, and at <hpshopping.com> Complainants operate a commercial website selling its products. See Exhibit E.

Compaq Trademark B.V., an affiliate of Hewlett-Packard Company, is a successor in interest to Compaq Computer Corporation and is the owner of numerous proprietary marks used in connection with computer hardware, computer software, computing and business solutions services and other related goods and services. Compaq is the owner of numerous trademarks and service marks registered on the Principal Register of the United States Patent and Trademark Office for the trademark "COMPAQ" and for marks containing "COMPAQ" (collectively, the "COMPAQ Marks"). See Exhibit F.

The mark "COMPAQ" was first used by Compaq in commerce at least as early as 1982, was continuously used thereafter, and is still in use in the United States and globally. Compaq has invested substantial effort, including the expenditure of millions of dollars each year, to develop goodwill in the COMPAQ Marks and to cause consumers throughout the United States and the rest of the world to recognize the COMPAQ Marks as distinctly designating products associated with Complainant. In 1994, Compaq was the largest global supplier of personal computers

Significant revenue is generated from sales at the <compaq.com> website. Compaq owns the domain name registration for <compaq.com>. See Exhibit G. At the domain <compaq.com> the Complainant operates a website that contains information about the products and services offered by Compaq. See Exhibit H.

## 5.    FACTUAL AND LEGAL GROUNDS

This Complaint is based on the following factual and legal grounds: ICANN Rule 3(b)(ix).

In November 2001 MITG registered the domain names <compaqonlineparts.com> and <compaqdirectonline.com> without the express or implied consent of Compaq or its predecessors in interest. At the time, MITG was not a licensee of Compaq nor was MITG authorized to use the COMPAQ mark in a domain name.

On February 7, 2002, MITG entered into a contract with Compaq Direct, Inc., a subsidiary of Compaq Computer Corporation, to provide certain computer related customer support services (the "Agreement"). A true and correct copy of the Agreement is attached hereto as Exhibit I. Hewlett-Packard is a successor in interest to Compaq Computer Corporation as regards this Agreement. Complainants were not aware of MITG's domain name registrations at the time of entering into the Agreement. In the Agreement, each party acknowledged the other party's ownership of intellectual property rights, including trademarks, and each party agreed not to use the other party's intellectual property rights without permission and then only to the extent necessary to the efficient performance of obligations under the Agreement. MITG had at the time of the Agreement and still has both actual and constructive notice and knowledge of Hewlett-Packard's rights in the HP and COMPAQ marks. MITG acknowledged Hewlett-Packard's intellectual property rights and agreed to limited use of Hewlett-Packard's intellectual property rights only during the effective period of the Agreement. MITG did not have Hewlett-Packard's consent or authorization to use the COMPAQ or HP marks or imitations or variations thereof outside the scope of the Agreement.

In January 2002, Lauber registered the domain names <hponlineparts.com>, <hpdirectonline.com> and <hpdirectonlineparts.com> without the express or implied consent of Hewlett-Packard. Hewlett-Packard has never granted Lauber any right to use its HP marks. Lauber has never been a licensee of Hewlett-Packard nor has Hewlett-Packard ever authorized Lauber to use the HP marks. The domain names registered by Lauber were subsequently used by MITG.

During the course of the contractual relationship between Compaq and MITG and then Hewlett-Packard and MITG, MITG made use of the <compaqonlineparts.com>, <compaqdirectonline.com> <hponlineparts.com>, <hpdirectonline.com> and <hpdirectonlineparts.com> domain names as points of contact for consumers to order Compaq and then Hewlett-Packard replacement parts. Compaq and Hewlett-Packard impliedly consented to this use of the domain names by MITG to facilitate MITG's performance under the Agreement.

Beginning February 7, 2002, MITG provided certain customer services to customers of Compaq and then Hewlett-Packard in compliance with the Agreement. On or around October 13, 2003, Hewlett-Packard informed MITG that it did not intend to renew the contract at the expiration of the two-year term, and therefore, the effective date of termination of the contract was February 7, 2004. Thus, on February 7, 2004, the Agreement terminated pursuant to the express provisions of the Agreement.

On or around February 2, 2004, Hewlett-Packard contacted Respondents and requested that they assign the domain names to Hewlett-Packard. Respondents refused to assign the domain names and claimed the right to continue to use such domain names, despite the incorporation of federally registered trademarks of Complainants.

## A.    CONFUSINGLY SIMILAR DOMAIN NAME (ICANN Rule 3(b)(ix)(1) and ICANN Policy ¶ 4(a)(i)):

The domain names <hpdirectonlineparts.com>, <hpdirectonline.com> and <hponlineparts.com>, are confusingly similar to Complainants' famous HP mark, which was registered as a trademark throughout the world long before

Respondent registered the domain names on January 2, 2002. See Exhibit A. In fact, Complainants' HP mark was in use for more than 60 years and had become famous for the products manufactured by and services offered by Complainants prior to Respondent's registration of the <hpdirectonlineparts.com>, <hpdirectonline.com> and <hponlineparts.com> domain names. The domain names <compaqdirectonline.com> and <compaqonlineparts.com> are confusingly similar to Complainant's famous COMPAQ mark, which was registered as a trademark long before Respondent registered the domain names on November 28, 2001. Complaint's COMPAQ mark was in use for almost 20 years and had become famous for the products manufactured by and services offered by Complainants prior to Respondent's registration of the domain names.

The domain names <hpdirectonlineparts.com>, <hpdirectonline>, <hponlineparts.com>, <compaqdirectonline.com> and <compaqonlineparts.com> each contain Complainants' famous HP or COMPAQ trademark along with the descriptive words "direct" "online" and/or "parts" and the most common URL suffix ".com." "The mere addition of descriptive or generic words to a famous mark, however, does not eliminate the similarity between the domain name and the trademark." *Caterpillar Inc. v. Stephen R. Vine*, FA97097 (Nat. Arb. Forum June 22, 2001). *See also Sony Kabushiki Kaisha v. Inja, Kil*, D2000-1409 (WIPO Dec. 9, 2000) (finding that "neither the addition of an ordinary descriptive word... nor the suffix '.com' detract from the overall impression of the dominant part of the name in each case, namely the trademark SONY"); *Gorstew Limited and Unique Vacations, Inc. v. Travel Concierge*, FA 94925 (Nat. Arb. Forum July 13, 2000) (finding respondent's domain name <sandalshoneymoons.com> confusingly similar to Complainant's SANDALS mark since adding the descriptive term "honeymoon" only further confuses the consumers); *The J. Paul Getty Trust v. Domain 4 Sale & Company*, FA 95262 (Nat. Arb. Forum Sept. 7, 2000) (finding the mere addition of the descriptive term "museum" to Complainant's famous GETTY mark to not circumvent confusing similarity); *Hewlett-Packard Co. v. Mike Rayne*, FA 101465 (Nat. Arb. Forum Dec. 17, 2001) (finding the domain name <hewlettpackardfax.com> to be confusingly similar to the HEWLETT PACKARD mark and <hpcopier.com> confusingly similar to the HP mark); *Hewlett-Packard Co. v. Raveclub Berlin*, FA 146572 (Nat. Arb. Forum March 27, 2003) (finding the domain name <hewletpackardprinters.com> to be confusingly similar to the HEWLETT-PACKARD mark); *Hewlett-Packard Company v. Posch Software*, FA 95322 (Nat. Arb. Forum Sept. 12, 2000) (finding <hp-software.com> confusingly similar to the HP mark); *Hewlett-Packard Company v. Compu-D International Inc.*, FA 99660 (Nat. Arb. Forum Oct 5, 2001) (finding the domain name <hpdeals.com> confusingly similar to the HP mark). The term "parts" is descriptive when used in connection with Complainants' HP and COMPAQ marks since Complainants manufacture and market a line of computers, computer peripherals and computer accessories, all of which contain "parts" and the terms "direct" and "online" are generic when used in association with direct sales over the Internet. The addition of the descriptive terms "parts" and/or the generic terms "direct" and "online"" and the URL suffix ".com" does not prevent the domain names <hpdirectonlineparts.com>, <hpdirectonline>, <hponlineparts.com>, <compaqdirectonline.com> and <compaqonlineparts.com> from being confusingly similar to Complainants' HP and COMPAQ Marks.

## B.    NO RIGHTS OR LEGITIMATE INTERESTS IN DOMAIN NAMES (ICANN Rule 3(b)(ix)(2) and ICANN Policy ¶4(a)(ii):

Respondents have no rights or legitimate interests in the <hpdirectonlineparts.com>, <hpdirectonline>, <hponlineparts.com>, <compaqdirectonline.com> and <compaqonlineparts.com> domain names because Respondents are not commonly known by Complainants' mark, nor have Respondents used the domain names in connection with a bona fide offering of goods and services or for a legitimate noncommercial or fair use since the termination of the agreement with Complainants.

Respondent is currently using the domain names <hpdirectonline.com>, <hponlineparts.com>, <compaqdirectonline.com> and <compaqonlineparts.com> to resolve to a website providing a "customer notice" explaining that "HP will no longer offer HP Direct Online through MITG" and providing a prominent link to the MITG website. See Exhibit J. The MITG website linked through this page allows consumers to purchase computer parts and accessories of Complainant's competitors. See Exhibit K. The <hpdirectonlineparts.com> domain name does not appear to resolve to an active website. See Exhibit L. Respondents' use of the active domain names to redirect customers to the MITG website, and to solicit orders for Complainant's competitor's products is not a bona fide offering of goods or services, nor a legitimate noncommercial fair use. Policy ¶ 4(c)(i), 4(c)(iii).; *Espinoza v. Gruber*, FA 0101000096376 (Nat. Arb. Forum Feb. 8, 2001) (finding no legitimate interest in domain names after termination of license to use trademarks contained in the domain names); *Gorstew Limited & Unique Vacations, Inc., v. Private Holidays*, FA 0103000096810 (Nat. Arb. Forum April 30, 2001) (finding that respondent did not use the domain name in connection with a bona fide offering of goods and services "because linking a domain name that

infringes upon another's marks to a website that competes with the Complainant is not a 'bona fide' use."). Once the agreement between Complainant and MITG ended, any implied rights conferred upon MITG to use the COMPAQ or HP marks no longer existed. *See Hanson Medical Inc. v. JMM Distributing, Inc.,*FA 6000095072 (Nat. Arb. Forum Aug. 25, 2000) (finding that all rights that the respondent had to use the marks arose out of the agreement between the parties, therefore when the agreement ended, the respondent's right to use the mark in the domain name ended).

The Complainants have not authorized Respondents to use the HP and COMPAQ mark in their domain names. MITG registered the <compaqdirectonline.com> and <compaqonlineparts.com> prior to entering into the Agreement with Complainant and with no authorization to do so from Complainants. Lauber registered the <hpdirectonlineparts.com>, <hpdirectonline.com> and <hponlineparts.com> prior to any Agreement between Compaq and MITG and without express authorization by Complainants. In fact, these registrations occurred prior to the actual merger among Complainants so Lauber apparently registered these domain names in anticipation of the merger. These domain names were registered in Lauber's name as opposed to MITG's name, despite the fact that they were used by MITG, presumably to avoid having Complainants discover their registration. Complainant's failure to object to Respondents' registration of the domain names during the term of the Agreement does not mean Complainant relinquished its rights in its marks to Respondent, particularly in light of the language in the Agreement concerning ownership of the intellectual property of the parties. *See Mountain Mudd LLC v. Snowden,* FA 0110000100248 (Nat. Arb. Forum Nov. 27, 2001).

On information and belief, Respondents are not known as "compaqdirectonline.com" and "compaqonlineparts.com" "hpdirectonlineparts.com", "hpdirectonline.com" or "hponlineparts.com" nor were they known by these names at any time prior to registration of the domain names. Policy ¶4(c)(ii) has been interpreted to require a showing that one has been commonly known by the domain name prior to registration of the domain name. See *RMO, Inc. v. Burbridge,* FA 96040 (Nat. Arb. Forum May 16, 2001).

The fact that the <hpdirectonlineparts.com> website is now inactive does not change the fact that Respondents have no right or legitimate interests in or to the domain name. See *Hewlett-Packard Co. v. Ruben Moreno,* FA 94372 (Nat. Arb. Forum April 28, 2000) (finding that respondent had no right or legitimate interest in the <openview.net> domain name where the site was inactive); *Federal National Mortgage Association v. Domain Stuff.co,* FA 114620 (Nat. Arb. Forum July 29, 2002) (finding that respondent had no rights or legitimate interests in or to a domain name where the domain name was inactive at the time of the domain name dispute but had been active previously, such activity not giving rise to a right or legitimate interest in the domain name). In addition, Respondent could resume use at any time.

For all of the above reasons, Respondents have no rights or legitimate interest in the domain names.

**C.     REGISTRATION AND USE IN BAD FAITH (ICANN Rule 3(b)(ix)(3) and ICANN Policy 4(a)(iii)):**

Respondents registered and are using the <hpdirectonlineparts.com>, <hpdirectonline.com>, <hponlineparts.com>, <compaqdirectonline.com> and <compaqonlineparts.com> domain names in bad faith. MITG's only right to use the domain names arose out of Complainant's implied consent under the Agreement between MITG and Complainants. After the Agreement ended, Respondents had no legitimate right to use the COMPAQ and HP marks. Their bad faith is evident because they have maintained registration of the domain names to prevent their use by Complainants and to disrupt Complainant's business due to the severance of their business relationship. *See Hanson Medical Inc. v. JMM Distributing, Inc.,* FA 6000095072 (Nat. Arb. Forum Aug. 25, 2000) (finding bad faith where respondents continued to hold and use domain names after a distributorship contract was terminated). In addition, bad faith is shown under ICANN Policy ¶4 (b) (iv) because they have used the domain names to promote the products of Complainants' competitors to confuse Complainant's customers. *See American Dermatological Corp. v. Here Miami Inc.,* FA 1000095763 (Nat. Arb. Forum Nov. 22, 2000) (finding evidence of bad faith where respondent used complainant's marks to promote products of complainant's competitors).

Any reasonable Internet user seeing the <hpdirectonline>, <hponlineparts.com>, <compaqdirectonline.com> and <compaqonlineparts.com> domain names is likely to assume that the websites affiliated with those domain names are sponsored by or affiliated with Complainants. Respondent has intentionally created this situation by use of the HP and COMPAQ marks. There is nothing in the domain names to suggest that the sites are not endorsed by or affiliated with Complainants. Although the <hpdirectonlineparts.com> site is no longer active, continued passive holding of a disputed domain name, without significant use, permits a further inference of bad faith. See *Caravan*

*Club v. Mrgsale,* FA 95314 (Nat. Arb. Forum Aug. 30, 2000). By having used the HP and COMPAQ mark in the domain names of websites selling products for use with Complainant's products, Respondent has registered and is using the domain names in bad faith. The domain names are used as an attempt to attract customers to Respondent's website, and to create consumer confusion as to the Complainants' sponsorship of Respondent's website. This is evidence of bad faith.

In addition, the wide notoriety of the Complainants' HP and COMPAQ mark permits the inference that Respondents knew of Complainants' ownership of the marks and that Respondent acted in bad faith by registering domain names that include marks they knew or should have known were the proprietary property of another. See *Hewlett-Packard Co. v. Mike Rayne,* FA 101465 (Nat. Arb. Forum Dec. 17, 2001). In addition, since MITG entered into the Agreement with Complainants acknowledging Complainants' rights in their intellectual property, MITG was clearly aware of their rights in the COMPAQ marks. In addition the <hpdirectonlineparts.com>, <hpdirectonline.com> and <hponlineparts.com> domain names were registered in Lauber's name before MITG entered into the Agreement. It appears from this action that MITG may have been attempting to conceal the registrations from Complainants by not putting the registrations in its own name.

All of these actions on the part of Respondents shows bad faith registration and use of the domain names.

6.      **REMEDY SOUGHT**

The Complainants request that the Panel issue a decision that the domain-name registrations be transferred to Complainant Hewlett-Packard Company. ICANN Rule 3(b)(x); ICANN Policy ¶ 4(i).

7.      **OTHER LEGAL PROCEEDINGS**

No other legal proceedings have been commenced or terminated in connection with or relating to the domain names that are the subject of this complaint. ICANN Rule 3(b)(xi).

8.      **COMPLAINT TRANSMISSION**

The Complainants assert that a copy of this Complaint, together with the cover sheet as prescribed by NAF's Supplemental Rules, has been sent or transmitted to the Respondent (domain-name holder), in accordance with ICANN Rule 2(b). ICANN Rule 3(b)(xii); NAF Supp. Rule 4(c).

9.      **MUTUAL JURISDICTION**

The Complainants will submit, with respect to any challenges to a decision in the administrative proceeding canceling or transferring the domain name, to the jurisdiction of a court in the location of the principal office of the Registrar, Concord, California. ICANN Rule 3(b)(xiii).

10.     **CERTIFICATION**

Complainants agree that their claims and remedies concerning the registration of the domain names, the dispute, or the dispute's resolution shall be solely against the domain-name holders and waive all such claims and remedies against (a) the National Arbitration Forum and panelists, except in the case of deliberate wrongdoing, (b) the registrar, (c) the registry administrator, and (d) the Internet Corporation for Assigned Names and Numbers, as well as their directors, officers, employees, and agents.

Complainants certify that the information contained in this Complaint is to the best of Complainants' knowledge complete and accurate, that this Complaint is not being presented for any improper purpose, such as to harass, and that the assertions in this Complaint are warranted under these Rules and under applicable law, as it now exists or as it may be extended by a good-faith and reasonable argument.

Respectfully Submitted,

Dated:  February 25, 2004

Molly Buck Richard
Heather C. Brunelli

THOMPSON & KNIGHT LLP
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201

ATTORNEYS FOR HEWLETT-PACKARD
DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD
COMPANY and COMPAQ TRADEMARK B.V.

## TABLE OF CONTENTS OF EVIDENCE

EXHIBIT A            Better-Whois.com's "Whois" information for <hpdirectonlineparts.com> <hpdirectonline.com> <hponlineparts.com> <compaqdirectonline.com> and <compaqonlineparts.com>.

EXHIBIT B            Table of federal trademark registrations incorporating HP.

EXHIBIT C            Table of registrations for the HP mark worldwide, excluding the US.

EXHIBIT D            Print outs of "Whois" information for <hp.com>, <hp.net>, <hp.org>, <hpshopping.com>, <hpprinters.com> and <hpprinter.com>.

EXHIBIT E            Print outs from the websites located at <hp.com>, <hp.net>, <hp.org> and <hpshopping.com>.

EXHIBIT F            Table of federal trademark registrations for marks incorporating COMPAQ.

EXHIBIT G            Better-Whois.com's "Whois" information for <compaq.com>

EXHIBIT H            Print out of website at <compaq.com>

EXHIBIT I            Copy of Agreement between Midwest Information Technology Group, Inc. and Compaq Direct, Inc.

EXHIBIT J            Copy of website found at <hpdirectonline.com> <hponlineparts.com> <compaqdirectonline.com> and <compaqonlineparts.com> .

EXHIBIT K            Copy of MITG's website linked through the website found at <hpdirectonline.com> <hponlineparts.com> <compaqdirectonline.com> and <compaqonlineparts.com>.

EXHIBIT L            Print out from page showing inactivity of <hpdirectonlineparts.com>.

EXHIBIT M            Copy of the Uniform Domain Name Dispute Resolution Policy

## CERTIFICATE OF FEDERAL EXPRESS MAILING

I hereby certify that a true and correct copy of Hewlett-Packard Company's, Hewlett-Packard Development Company L.P.'s and Compaq Trademark B.V.'s Complaint (with Exhibits) was sent via Federal Express to:

Mike Lauber and MITG
4220 Kochs Ln.
P.O. Box 5208
Quincy, IL 62305

on February 25, 2004, under Federal Express Tracking No. 7925 7966 8147

Cheryl A. Olson

**A**



### ..SEARCH ALL DOMAIN REGISTRARS

Home
Link-to
Contac

**Featured F**

Register a dor
with **Register**
only $20. Inclu

- Free 10-pag
- Free web for
- Free e-mail f
- Free domain
- Name portfo
  manager
- Dynamic DN

**Click he
discounte**

## hpdirectonlineparts.com is

# Reserved

**Registrar:** ALLDOMAINS.COM INC.          **Status:** ACTIVE

**Domain options / additional information:** *(Click below to expand)*

+ **if you own this domain...**

+ **if you are trying to register/buy this domain...**

+ **if you are researching this domain...**

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.   Domain Name: HPDIRECTONLINEPARTS.COM
  Registrar: ALLDOMAINS.COM INC.
  Whois Server: whois.alldomains.com
  Referral URL: http://www.alldomains.com
  Name Server: LX.ADAMS.NET
  Name Server: NS.ADAMS.NET
  Status: ACTIVE
  Updated Date: 24-nov-2003
  Creation Date: 02-jan-2002
  Expiration Date: 02-jan-2007
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

This search is sponsored by LinkPopularity.com

**Domain Re**
Names
123 Registratio
1dni.com
1st Domain.net
4Domains.com
Active ISP AS/
Address Creatio
Aitdomains.cor
Alice's Registry
Alldomains.cor
America Online
Ascio Technolc
ATLNTD.com
AWRegistry
BB Online UK
Bizcn.com, Inc
BookMyName
BulkRegister.cc
Capital Networ

[whois.alldomains.com]
Alldomains.com - The Leader in Corporate Domain Management
-----------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
-----------------------------------------------------------

The Data in Alldomains.com's WHOIS database is provided by Alldomains.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record. Alldomains.com
does not guarantee its accuracy. By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or (2) enable high volume, automated,
electronic processes that apply to Alldomains.com (or its systems).
Alldomains.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:
        Mike Lauber (DOM-177510)

4220 Kochs Ln P.O. Box 5208 Quincy IL 62305 US

Domain Name: hpdirectonlineparts.com

Registrar Name: Alldomains.com
Registrar Whois: whois.alldomains.com
Registrar Homepage: http://www.alldomains.com

Administrative Contact:
Mike Lauber (NIC-1548741)
4220 Kochs Ln P.O. Box 5208 Quincy IL 62305 US
mlauber@mltg.com +1.2172147299 Fax- +1.2172147204
Technical Contact, Zone Contact:
Hostmaster (NIC-1196751)  Adams Networks
PO Box 99 Golden IL 62339 US
nic@adams.net +1.2176964611 Fax- +1.2176964811

Created on..............: 2002-Jan-02.
Expires on..............: 2007-Jan-02.
Record last updated on..: 2003-Dec-01 00:12:06.

Domain servers in listed order:

LX.ADAMS.NET          216.138.0.11
NS.ADAMS.NET          216.138.0.4

Alldomains.com - The Leader in Corporate Domain Management
------------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
------------------------------------------------------------

| www. | **Search** |
|------|------------|
| Searches shared database registry and queries appropriate registrar. | |



# hpdirectonline.com is

# Reserved

**Registrar:** ALLDOMAINS.COM INC.

**Status:** REGISTRAR-LOCK

**Domain options / additional information:** *(Click below to expand)*

+ If you own this domain...

+ If you are trying to register/buy this domain...

+ If you are researching this domain...

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.   Domain Name: HPDIRECTONLINE.COM
   Registrar: ALLDOMAINS.COM INC.
   Whois Server: whois.alldomains.com
   Referral URL: http://www.alldomains.com
   Name Server: LX.ADAMS.NET
   Name Server: NS.ADAMS.NET
   Status: REGISTRAR-LOCK
   Updated Date: 28-Jan-2004
   Creation Date: 02-Jan-2002
   Expiration Date: 02-Jan-2007
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

This search is sponsored by WebSiteHosting.com

[whois.alldomains.com]
Alldomains.com - The Leader in Corporate Domain Management
--------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
--------------------------------------------------------

The Data in Alldomains.com's WHOIS database is provided by Alldomains.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record.  Alldomains.com
does not guarantee its accuracy.  By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or  (2) enable high volume, automated,
electronic processes that apply to Alldomains.com (or its systems).
Alldomains.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:

---

*Featured R*

Register a dor
with **Register**
only $20. Inclu

- Free 10-pag
- Free web for
- Free e-mail f
- Free domain
- Name portfo
manager
- Dynamic DN

**Click he
discounte**

*Domain Re*
123 Easy Doma
Names
123 Registratio
1dni.com
1st Domain.net
4Domains.com
Active ISP AS/
Address Creatic
Aitdomains.con
Alice's Registry
Alldomains.con
America Online
Ascio Technolo
ATLNTD.com
AWRegistry
BB Online UK
Bizcn.com, Inc
BookMyName
BulkRegister.co

*Home*
*Link-tc*
*Contac*

Mike Lauber
(DOM-177514)
4220 Kochs Ln
P.O. Box 5208 Quincy
IL
62305 US

Domain Name: hpdirectonline.com

Registrar Name: Alldomains.com
Registrar Whois: whois.alldomains.com
Registrar Homepage: http://www.alldomains.com

Administrative Contact:
Mike Lauber
(NIC-1492903)
4220 Kochs Ln
P.O. Box 5208 Quincy
IL
62305 US
mlauber@mitg.com +1.2172147299 Fax- +1.2172147204
Technical Contact, Zone Contact:
Hostmaster
(NIC-1196750)
Adams NetWorks
PO Box 99 Golden
IL
62339 US
nic@adams.net +1.2176964611 Fax- +1.2176964811

Created on...............: 2002-Jan-02.
Expires on...............: 2007-Jan-02.
Record last updated on..: 2004-Jan-28 07:27:16.

Domain servers in listed order:

LX.ADAMS.NET        216.138.0.11
NS.ADAMS.NET        216.138.0.4

Alldomains.com - The Leader in Corporate Domain Management
--------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
--------------------------------------------------------

| www. |  | Search |
|---|---|---|
| Searches shared database registry and queries appropriate registrar. | | |



# hponlineparts.com is

# Reserved

**Registrar:** ALLDOMAINS.COM INC.          **Status:** REGISTRAR-LOCK

**Domain options / additional information:** *(Click below to expand)*

+ if you own this domain...

+ if you are trying to register/buy this domain...

+ if you are researching this domain...

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.  Domain Name: HPONLINEPARTS.COM
   Registrar: ALLDOMAINS.COM INC.
   Whois Server: whois.alldomains.com
   Referral URL: http://www.alldomains.com
   Name Server: LX.ADAMS.NET
   Name Server: NS.ADAMS.NET
   Status: REGISTRAR-LOCK
   Updated Date: 28-Jan-2004
   Creation Date: 02-Jan-2002
   Expiration Date: 02-Jan-2007
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

This search is sponsored by WebSiteHosting.com


[whois.alldomains.com]
Alldomains.com - The Leader in Corporate Domain Management
------------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
------------------------------------------------------------

The Data in Alldomains.com's WHOIS database is provided by Alldomains.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record.  Alldomains.com
does not guarantee its accuracy.  By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or  (2) enable high volume, automated,
electronic processes that apply to Alldomains.com (or its systems).
Alldomains.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:

Home
Link-t
Contac

Featured F

Register a dor
with **Register**
only $20. Incl

- Free 10-pag
- Free web for
- Free e-mail f
- Free domain
- Name portfo
manager
- Dynamic DN

**Click he
discounte**

Domain Re
123 Easy Doma
Names
123 Registratio
1dni.com
1st Domain.net
4Domains.com
Active ISP AS/
Address Creatic
Aitdomains.con
Alice's Registry
Alldomains.con
America Online
Ascio Technolc
ATLNTD.com
AWRegistry
BB Online UK
Bizcn.com, Inc
BookMyName

Mike Lauber (DOM-177515)
4220 Kochs Ln P.O. Box 5208
Quincy IL 62305
US

Domain Name: hponlineparts.com

Registrar Name: Alldomains.com
Registrar Whois: whois.alldomains.com
Registrar Homepage: http://www.alldomains.com

Administrative Contact:
    Mike Lauber (NIC-1492967)
    4220 Kochs Ln P.O. Box 5208
    Quincy IL 62305
    US
    mlauber@mitg.com
    +1.2172147299
    Fax- +1.2172147204
Technical Contact, Zone Contact:
    Hostmaster (NIC-1196756)  Adams Networks
    PO Box 99
    Golden IL 62339
    US
    nic@adams.net
    +1.2176964611
    Fax- +1.2176964811

Created on...............: 2002-Jan-02.
Expires on..............: 2007-Jan-02.
Record last updated on..: 2004-Jan-28 07:28:12.

Domain servers in listed order:

LX.ADAMS.NET            216.138.0.11
NS.ADAMS.NET           216.138.0.4

Alldomains.com - The Leader in Corporate Domain Management
---------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
---------------------------------------------------------

```
+---------------------------------------------------------+
| www.[                            ]   [ Search ]         |
+---------------------------------------------------------+
|   Searches shared database registry and queries appropriate registrar. |
+---------------------------------------------------------+
```



# compaqdirectonline.com is

# Reserved

**Registrar:** ALLDOMAINS.COM INC.          **Status:** REGISTRAR-LOCK

**Domain options / additional information:** *(Click below to expand)*
+ **if you own this domain...**
+ **if you are trying to register/buy this domain...**
+ **if you are researching this domain...**

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.   Domain Name: COMPAQDIRECTONLINE.COM
  Registrar: ALLDOMAINS.COM INC.
  Whois Server: whois.alldomains.com
  Referral URL: http://www.alldomains.com
  Name Server: LX.ADAMS.NET
  Name Server: NS.ADAMS.NET
  Name Server: NS3.ADAMS.NET
  Status: REGISTRAR-LOCK
  Updated Date: 28-Jan-2004
  Creation Date: 28-nov-2001
  Expiration Date: 28-nov-2006
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

This search is sponsored by LinkPopularity.com

[whois.alldomains.com]
Alldomains.com - The Leader in Corporate Domain Management
---------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
---------------------------------------------------------

The Data in Alldomains.com's WHOIS database is provided by Alldomains.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record. Alldomains.com
does not guarantee its accuracy. By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or (2) enable high volume, automated,
electronic processes that apply to Alldomains.com (or its systems).
Alldomains.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Featured F

Register a dor
with **Register**
only $20. Inclu

- Free 10-pag
- Free web for
- Free e-mail f
- Free domain
- Name portfo
  manager
- Dynamic DN

**Click he
discounte**

Domain Re

123 Registratio
1dni.com
1st Domain.net
4Domains.com
Active ISP AS/
Address Creatic
Aitdomains.cor
Alice's Registry
Alldomains.cor
America Online
Ascio Technolc
ATLNTD.com
AWRegistry
BB Online UK
Bizcn.com, Inc
BookMyName
BulkRegister.cc
Capital Networ

Registrant:
> MITG
> (DOM-166823)
> 4220 Koch s Lane
> Quincy
> IL
> 62305
> US

Domain Name: compaqdirectonline.com

> Registrar Name: Alldomains.com
> Registrar Whois: whois.alldomains.com
> Registrar Homepage: http://www.alldomains.com

Administrative Contact:
Mike Lauber
(NIC-1048774)
CEI
4220 Kochs Ln
P.O. Box 5208
Quincy
IL
62305
US
mlauber@mitg.com
+1.2172147299
Fax- +1.2172147204
Technical Contact, Zone Contact:
Hostmaster
(NIC-1048775)
Adams Networks
PO Box 99
Golden
IL
62339
US
nic@adams.net
+1.2176964611
Fax- +1.2176964811

Created on...............: 2001-Nov-28.
Expires on...............: 2006-Nov-28.
Record last updated on..: 2004-Jan-28 07:32:10.

Domain servers in listed order:

| | |
|---|---|
| NS.ADAMS.NET | 216.138.0.4 |
| LX.ADAMS.NET | 216.138.0.11 |
| NS3.ADAMS.NET | 198.49.126.22 |

Alldomains.com - The Leader in Corporate Domain Management
--------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
--------------------------------------------------------

www.

BetterWhois.com: Results for   mpaqonlineparts.com                    Page 1 of 3



Home
Link-to
Contac

# compaqonlineparts.com is

## Reserved

**Registrar:** ALLDOMAINS.COM INC.     **Status:** REGISTRAR-LOCK

**Domain options / additional information:** *(Click below to expand)*
+ **if you own this domain...**
+ **if you are trying to register/buy this domain...**
+ **if you are researching this domain...**

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.  Domain Name: COMPAQONLINEPARTS.COM
  Registrar: ALLDOMAINS.COM INC.
  Whois Server: whois.alldomains.com
  Referral URL: http://www.alldomains.com
  Name Server: LX.ADAMS.NET
  Name Server: NS.ADAMS.NET
  Name Server: NS3.ADAMS.NET
  Status: REGISTRAR-LOCK
  Updated Date: 28-Jan-2004
  Creation Date: 28-nov-2001
  Expiration Date: 28-nov-2006
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

This search is sponsored by LinkPopularity.com

Featured F

Register a dor
with **Register**
only $20. Inclu

- Free 10-pag
- Free web for
- Free e-mail f
- Free domain
- Name portfo
manager
- Dynamic DN

**Click he
discounte**

Domain Re

1 eNameCo
123 Easy Doma
Names
123 Registratio
1dni.com
1st Domain.net
4Domains.com
Active ISP AS/
Address Creatic
Aitdomains.cor
Alice's Registry
Alldomains.cor
America Online
Ascio Technolc
ATLNTD.com
AWRegistry
BB Online UK
Bizcn.com, Inc

[whois.alldomains.com]
Alldomains.com - The Leader in Corporate Domain Management
-------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
-------------------------------------------------------

The Data in Alldomains.com's WHOIS database is provided by Alldomains.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record.  Alldomains.com
does not guarantee its accuracy.  By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or  (2) enable high volume, automated,
electronic processes that apply to Alldomains.com (or its systems).
Alldomains.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:
>       MITG (DOM-166822)
>       4220 Koch s LAne
>       Quincy IL 62305
>       US

Domain Name: compaqonlineparts.com

>       Registrar Name: Alldomains.com
>       Registrar Whois: whois.alldomains.com
>       Registrar Homepage: http://www.alldomains.com

Administrative Contact:
>       Mike Lauber (NIC-1048779)
>       4220 Kochs Ln P.O. Box 5208
>       Quincy IL 62305
>       US
>       mlauber@mitg.com
>       +1.2172147299
>       Fax- +1.2172147204

Technical Contact, Zone Contact:
>       Hostmaster (NIC-1048780)  Adams Networks
>       PO Box 99
>       Golden IL 62339
>       US
>       nic@adams.net
>       +1.2176964611
>       Fax- +1.2176964811

Created on..............: 2001-Nov-28.
Expires on..............: 2006-Nov-28.
Record last updated on..: 2004-Jan-28 07:33:10.

Domain servers in listed order:

NS.ADAMS.NET           216.138.0.4
LX.ADAMS.NET           216.138.0.11
NS3.ADAMS.NET          198.49.126.22

Alldomains.com - The Leader in Corporate Domain Management
--------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
--------------------------------------------------------

| www. | | **Search** |
|------|------|------|
| Searches shared database registry and queries appropriate registrar. | | |