E-FILED
Monday, 27 March, 2006  03:38:17 PM
Clerk, U.S. District Court, ILCD

B

| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|------|------|------|------|------|
| HP & DESIGN | 614803 | 10/25/55 | 1941 | thermistor mounts. |
| HP & DESIGN | 850251 | 6/4/68 | 1965 | technical periodicals, pamphlets and books, reprints of articles, data sheets, product and system application notes, technical bulletins, and product and system operating and service manuals, all of said goods relating to electrical, measuring, scientific, and medical equipment. |
| HP & DESIGN | 862308 | 12/24/68 | Cl. 9 1966<br><br>Cl. 9 1965<br><br>Cl. 10 1966 | Electrical systems, instruments, components, and apparatus (for example, amplifiers, power supplies, transducers, probes and electrodes, transformers, solid state circuits and components, waveguide-to-coaxial adapters, coaxial connectors, and cables) in Class 9; Systems, instruments, and apparatus used for analysis, synthesis, counting, measuring, data acquisition and processing, detection, inspection, testing, display, recording, or standards purposes (for example, gas chromatographs, distortion analyzers, spectrum analyzers, frequency synthesizers, counters, ammeters, ohmmeters, impedance meters, voltmeters, power meters, frequency meters, SWR meters, ratio meters, microwave noise figure meters, frequency measurement instrumentation, quartz thermometers, data acquisition and handling systems, calculators, computers and data processing systems, test equipment for locating faults in power or telephone cables, signal sources, mixers, modulators, attenuators, coaxial and waveguide instrumentation, oscilloscopes, plotters and recorders, and frequency and time standards) and accessories (for example, column materials and backflush valves for use |

| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|------|------|------|------|------|
| | | | | with chromatographic columns, cameras for use with oscilloscopes, and carts for mobilizing test equipment) used with these systems, instruments, and apparatus in Class 9; Medical systems, instruments, and apparatus used for research, diagnostic, or therapeutic purposes (for example, cardiological instruments, blood chemistry instruments, stethoscopes, metabolism testing instruments, patient monitoring and recording systems, resuscitative instruments, and transducers, electrodes, preamplifiers, oscillographic recorders, magnetic tape recorders, and data displays for use in physiological measurements or recording and displaying physiological phenomena) in Class 10. |
| HP & DESIGN | 1031413 | 1/27/76 | 1966 | Clocks; timers; laboratory and portable time standards; and elapsed time, time ratio, time interval and average time inteval measuring instruments. |
| HP | 1116835 | 4/24/79 | 1941 Cl. 9<br><br>1966 Cl. 10<br><br>1957 Cl. 14<br><br>1941 Cl. 16<br><br>1943 Cl. 37<br><br>1949 Cl. 41 | Computers, calculators and other data handling and processing apparatus; programs for computers and calculators; magnetic cards, tapes and discs; video and audio recordings; photographic cameras for use with oscilloscopes; electrical, electronic, optical, signaling and measuring apparatus, components and instruments and semiconductor devices in Class 9; Medical instruments and apparatus used for research, diagnostic or therapeutic purposes- namely, monitoring, recording, cardiovascular, cardiographic, heart stimulating, resuscitating, respiratory, perinatal, neonatal and diagnostic radiological instruments and systems in Class 10; Timepieces-namely, clocks in Class 14; Newsletter and technical periodicals, pamphlets and books, |

| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|---|---|---|---|---|
| | | | | catalogs, reprints of articles, data sheets, product and system application notes, technical bulletins, pens for recording apparatus, chart and recording papers, and product and system operating and service manuals, all of said goods relating to electrical, measuring, scientific, computing and medical equipment in Class 16; Calibration, maintenance, installation, and repair of electronic, data processing, medical and analytical equipment in Class 37; Production of video and audio recordings for others; seminars and training courses in the fields of science, engineering, health care and business in Class 41. |
| HP & DESIGN | 1251648 | 9/20/83 | 1979 | Newsletter and technical journals, pamphlets, books, catalogs, reprints of articles, data sheets, product and system application notes, technical bulletins, chart and recording papers, product and system operating and service manuals, all dealing with electrical, measuring, scientific, computing and medical equipment and data processing; pens and print heads for printers, plotters and recorders; and office stationery-namely, tablets and binders. |
| HP | 1474656 | 2/2/88 | 1971 | Electrocardiograph sensor adhesive materials, transmission gels, electrolytes, cremes, lotions, pastes, and contact fluids. |
| HP & DESIGN | 1775518 | 6/8/93 | 1980 | Seminars and training courses in the fields of science, engineering, computer systems, health care, and business; production of video and audio recordings for others. |
| HP | 1840215 | 6/21/94 | 1941 Cl. 9  1965 Cl. 44 | House mark for computers, computer software, data processing and data storage systems and parts therefor; printers and parts therefor; electronic test and measurement systems and parts therefor; semiconductors, facsimile |

| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|---|---|---|---|---|
| | | | | machines; analytical instruments and parts therefore in Class 9; house mark for medical equipment; namely, ultrasound imaging devices; cardiovascular, cardiographic, respiratory, fetal-maternal monitoring and recording instruments and attachments therefor; resuscitation equipment in Class 44.. |
| HP & DESIGN | 1842724 | 7/5/94 | 1980 Cl. 9<br><br>1980 Cl. 10 | House mark for computers, computer software, data processing and data storage systems and parts therefore; printers and parts therefor; electronic test and measurement systems and parts therefor; semiconductors; facsimile machines; analytical instruments and parts therefore in Class 9; House mark for medical equipment; namely, ultrasound imaging devices; cardiovascular, cardiographic, respiratory, fetal-maternal monitoring and recording instruments and attachments therefor; resuscitation equipment in Class 10. |
| HP & DESIGN | 1683247 | 4/14/92 | 1980 | Calibration, maintenance, installation, and repair of electronic, data processing, medical and analytical equipment. |
| HP & DESIGN | 1735159 | 11/24/92 | 1979 Cl. 42<br><br>1979 Cl. 35 | Consultation services in the field of computer, electronic, signaling, measuring, data processing, analytical, and medical products; custom design of measurement and computation services; rental and leasing services for computer, electronic, signaling, measuring, analytical, and medical equipment; retail mail and telephone order services for data processing, calculating, medical, and analytical products in Class 42; Business networking and business management consulting services; rental and leasing services for data processing equipment in Class 35. |
| HP | 1733457 | 11/17/92 | 1955 Cl. 42 | Consultation services in the field of computer, electronic, signaling, |

| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|---|---|---|---|---|
| | | | 1955 Cl. 35 | measuring, data processing, analytical, and medical products; custom design of measurement and computation services; rental and leasing services for computer, electric signaling, measuring, analytical, and medical equipment; retail mail and telephone order services for data processing, calculating, medical, and analytical products in Class 42; Business networking and business management consulting services; rental and leasing services for data processing equipment in Class 35. |
| HP | 2065140 | 5/27/97 | 1983 | Chromatography chemicals; stationary and mobile phase chemical compositions for use with chromatography equipment; chemicals for use as packing and filtering materials for use with chromatography equipment. |
| HP & DESIGN | 2069931 | 6/10/97 | 1993 | Laboratory relocation services, namely, moving laboratory furnishings and equipment for others. |
| HP | 2067314 | 6/3/97 | 1993 | Laboratory relocation services, namely, moving laboratory furnishings and equipment for others. |
| HP & DESIGN | 2070017 | 6/10/97 | 1988 | Computer disaster recovery planning. |
| HP | 2070019 | 6/10/97 | 1988 | Computer disaster recovery planning. |
| HP | 2404023 | 11/14/00 | 1987 | Scanners, cameras and copiers. |
| HP & DESIGN | 2404024 | 11/14/00 | 1987 | Scanners, cameras and copiers. |
| HP & DESIGN | 2017918 | 11/19/96 | 1980 | Financial services, namely purchase financing and lease financing services. |
| HP | 2015875 | 11/12/96 | 1980 | Financial services, namely purchase financing and lease financing services |
| HP | 2539942 | 2/19/02 | 1994 | Internet consulting services, namely, providing assistance to others in developing internet portals and creating business processes for use in the field of electronic commerce; consulting services in the field of internet and intranet network security; computer infrastructure hosting services, namely, providing computer hardware, computer software, computer peripherals and |

| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|---|---|---|---|---|
| | | | | related operational and support services to others on a subscription or pay-per-use basis; providing leased-time access to software applications via the internet; information technology management and consulting services. |
| HP-GL | 1489998 | 5/31/88 | 1977 Cl. 16<br><br>1977 Cl. 9 | Graphics language computer programs user manuals, pamphlets and guidebooks in Class 16; Connection graphics language computer programs in Class 9. |
| HP DIRECT & DESIGN | 1761887 | 3/30/93 | 1987 | Mail order catalog services featuring computer systems, peripherals, supplies, parts, paper, magnetic storage media, and related goods. |
| HP HEWLETT PACKARD & DESIGN | 1850493 | 8/23/94 | 1980 Cl. 9<br><br>1980 Cl. 10<br><br>1980 Cl. 16<br><br>1980 Cl. 36<br><br>1980 Cl. 37<br><br>1980 Cl. 41<br><br>1980 Cl. 42<br><br>1980 Cl. 9 | House mark for computers, computer software, data processing and data storage systems and parts therefor; printers and parts therefor; electronic test and measurement systems and parts therefor; semiconductors; facsimile machines; analytical instruments and parts therefor in Class 9; House mark for medical equipment; namely, ultrasound imaging devices, cardiovascular, cardiographic, respiratory, fetal-maternal monitoring and recording instruments and attachments therefor; resuscitation equipment in Class 10; Newsletters, periodicals, pamphlets, books, catalogs, product and system application notes, technical bulletins, product and system operating and service manuals, all relating to electrical, data processing, measuring, scientific, computing and medical equipment; printing, graph and computer paper; pens; and print heads for printers, plotters and data recorders in Class 16; Financial services; namely, lease financing and purchase financing in Class 36; Maintenance, installation and repair of electronic data processing, medical and analytical equipment in |

| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|------|------|------|------|------|
| | | | | Class 37; Seminars and training courses in the fields of science, engineering, computer systems, health care, and business; production of video and audio recordings for others in Class 41; Consulting services in the field of computer electronics, signaling, measuring, data processing, analytical and medical products; calibration and custom design of measurement computation and network systems; rental and leasing services for computer electronic signaling, measuring analytical and medical equipment; retail, mail and telephone order services for data processing, calculating, medical and analytical products, computer programming services in Class 42; Toner cartridges in Class 9. |
| HP VISUALIZE | 2414234 | 12/19/00 | 1995 | Computer hardware and software for use in the field of computer graphics, and user manuals supplied therewith. |
| HP RTL | 2134023 | 2/3/98 | 1991 Cl. 9<br><br>1991 Cl. 16 | Connection software for printers and plotters; computer programs for graphics language applications used to print monochrome and color output in the form of engineering drawings, business graphics, textual material, and digital images; and instruction materials supplied therewith in Class 9; Computer printing system software publications, particularly technical reference manuals, user manuals, product brochures, pamphlets and guide books for graphics language applications in Class 16. |
| HP-GL/2 | 2237984 | 4/13/99 | 1990 | Hardcopy output devices, namely, plotters and printers for use with computers, and printer language software therefor. |
| HP PRINTER READY & DESIGN | 2154803 | 5/5/98 | 1996 | Computers. |
| HP PLANET PARTNERS | 2347484 | 5/2/00 | 1997 Cl. 2 | Ink filled cartridges, toner cartridges and documentation sold therewith in Class 2; |

| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|---|---|---|---|---|
| LASERJET TONER CARTRIDGE RECYCLING PROGRAM & DESIGN | | | 1997 Cl. 40 | Toner cartridge recycling in Class 40. |
| HP STAR | 2261482 | 7/13/99 | 1997 | Providing technical sale and service training to channel partners in the field of computer hardware and software. |
| HP SMALL BUSINESS SPOTLIGHT & DESIGN | 2214133 | 12/29/98 | 1997 | Business support membership program providing information and resources in the nature of web based product information, newsletters, marketing tools, and qualified sales referrals/leads for resellers of computers and computer peripherals who focus on selling to small business. |
| HP FIRSTVIEW | 2400433 | 10/31/00 | 1997 | Consulting services in the field of work flow analysis for peripherals, namely, computer printers. |
| HP REALLIFE & DESIGN | 2373423 | 8/1/00 | 1998 | Ink and ink cartridges |
| HP WORLD | 2339761 | 4/11/00 | 1996 | Printed matter, namely, newsletters, pamphlets, magazines, brochures, books, catalogs, reprints of articles and application notes, all on the subject of computers and printers; technical bulletins; product and system operating and services manuals. |
| HP WORLD | 2275713 | 9/7/99 | 1996 | Exhibitions and trade shows in the field of computers and information technology. |
| HP SELECT EXPRESS | 2309938 | 1/18/00 | 1998 | Direct shipment and delivery services for computer software, computer hardware and computer peripherals. |
| HP INVENT & DESIGN | 2474422 | 7/31/01 | 1999 Cl. 9 / 1999 Cl. 42 / 1999 Cl. 35 | House mark for computers, computer software, data processing and data storage systems and parts therefor; printers and parts therefor; electronic test and measurement systems and parts therefor; semiconductors; facsimile machines; analytical instruments and parts therefor in Class 9; Support services for computer products, network |

| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|---|---|---|---|---|
| | | | | planning and management services, computer programming services, design of computation systems, rental and leasing services for computer products in Class 42; Retail mail and telephone order services for data processing and calculating products in Class 35. |
| HP LEASE-A-JET | 2516006 | 12/11/01 | Sect 44 | Electrical, magnetic and optical data input and output apparatus for computers, namely, printers, facsimile machines, scanners, plotters, display and touch screens, voice recognition computer programs, and audio speakers in Class 9; Financial services, namely, purchase financing and lease financing services for computer hardware and computer software; and insurance services, namely, underwriting extended warranty contracts in the field of computer hardware and peripherals in Class 36; Providing information regarding the use of computer hardware and software; and rental and leasing services for computer hardware and software in Class 42. |
| HP DUALEXPRESS! | 2582818 | 6/18/02 | 1999 | Computer hardware and software for upgrading system files and guiding user through the upgrade process for use in the field of computer operating systems. |
| HP INVENT & DESIGN | 2586062 | 6/25/02 | 2000 | Toner cartridges; ink jet cartridges for printers. |
| HP INVENT & DESIGN | 2586063 | 6/25/02 | 2000 | Printed matter, namely, newsletters, periodicals, pamphlets, books, catalogs, reprints of articles, data sheets, papers all concerning computer technology and electronic commerce; technical bulletins; product and system operating and services manuals; printing paper; pens; and plastic transparency films. |
| HP INVENT & DESIGN | 2702267 | 4/1/03 | 1999 Cl. 36 1999 | Financial services, namely, purchase financing and lease financing services in Class 36; Calibration, maintenance, installation and repair of electronic, data |

| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|---|---|---|---|---|
| | | | Cl. 37 | processing, medical and analytical equipment in Class 37. |
| HP PLANET PARTNERS | 2703249 | 4/1/03 | 2001 | Maintenance, repair and refurbishing of computer hardware, computer peripherals and electronics; Recycling of computer hardware, computer peripherals and electronics. |
| HP INVENT & DESIGN | 2,711,862 | April 29, 2003 | 2000 | Internet consulting services, namely, providing assistance to others in the development of internet portals, and creating business processes for use in the field of electronic commerce; consulting services in the field of internet and intranet network security; computer infrastructure hosting services, namely providing computer hardware, computer software, computer peripherals and related operational and support services to others on a subscription or pay-per-use basis; providing leased-time access to software applications via the internet; information technology management and consulting services. |
| HP-UX | 1,801,952 | November 2, 1993 | 1983 | Computer, operating system software and instruction manuals sold therewith. |

C

## TABLE OF HP MARKS – FOREIGN

| MARK | COUNTRY | REG. NO. | REG. DATE |
|------|---------|----------|-----------|
| HP | Afghanistan | 5074 | 08/16/95 |
| HP | Africa (OAPI) | 31538 | 06/15/93 |
| HP | Africa (OAPI) | 31537 | 06/15/93 |
| HP | Albania | 8511 | 06/29/01 |
| HP | Algeria | 47551 | 10/06/93 |
| HP | Algeria | 56037 | 04/30/89 |
| HP | Andorra | 6557 | 06/11/97 |
| HP | Anguilla | 2969 | 01/26/98 |
| HP | Antigua & Barbuda | 5216 | 10/16/97 |
| HP | Argentina | 1603123 | 06/06/96 |
| HP | Argentina | 1676082 | 07/22/98 |
| HP | Argentina | 1538050 | 09/30/94 |
| HP | Argentina | 1538051 | 09/30/94 |
| HP | Argentina | 1487962 | 11/30/93 |
| HP | Argentina | 1593703 | 03/14/96 |
| HP | Argentina | 1635898 | 06/19/97 |
| HP | Argentina | 1655420 | 01/14/98 |
| HP | Armenia | 2016 | 07/09/97 |
| HP | Aruba | 16436 | 11/16/93 |
| HP | Australia | A477824 | 12/04/87 |
| HP | Australia | A477820 | 12/04/84 |
| HP | Australia | A477821 | 12/04/87 |
| HP | Australia | A477822 | 12/04/87 |
| HP | Australia | A47,823 | 12/04/87 |
| HP | Australia | A478,492 | 12/17/87 |
| HP | Australia | A492677 | 08/05/88 |
| HP | Australia | 656304 | 12/04/97 |
| HP | Australia | 703504 | 02/28/96 |
| HP | Austria | 145968 | 02/18/93 |
| HP | Azerbaijan | 950194 | 04/21/95 |
| HP | Bahamas | 15392 | 07/15/92 |
| HP | Bahamas | 15393 | 07/15/92 |
| HP | Bahamas | 15394 | 07/15/92 |
| HP | Bahrain | 15061 | 05/31/92 |
| HP | Bahrain | 15062 | 05/31/92 |
| HP | Bahrain | 15063 | 05/31/92 |
| HP | Bahrain | 1006 | 05/31/92 |
| HP | Bahrain | 1007 | 05/31/92 |
| HP | Bahrain | 1008 | 05/31/92 |
| HP | Bangladesh | 34313 | 02/02/92 |
| HP | Bangladesh | 34317 | 02/02/92 |

1

| MARK | COUNTRY | REG. NO. | REG. DATE |
|------|---------|----------|-----------|
| HP | Barbados | 81/6335 | 02/27/98 |
| HP | Barbados | 81/6336 | 02/27/98 |
| HP | Barbados | 81/6337 | 02/27/98 |
| HP | Barbados | 81/6338 | 02/27/98 |
| HP | Barbados | 81/6339 | 02/27/98 |
| HP | Barbados | 81/7702 | 08/19/98 |
| HP | Belarus | 1977 | 12/17/93 |
| HP | Belize | 1229537 | 03/10/98 |
| HP | Belize | 8049 | 03/10/98 |
| HP | Belize | 1229539 | 03/10/98 |
| HP | Benelux | 151483 | 01/05/87 |
| HP | Benelux | 438289 | 12/21/87 |
| HP | Benelux | 543474 | 12/30/93 |
| HP | Benelux | 592530 | 02/05/96 |
| HP | Bermuda | 22087 | 08/15/97 |
| HP | Bermuda | 22091 | 05/12/93 |
| HP | Bermuda | 22090 | 05/12/93 |
| HP | Bermuda | 25031 | 07/26/93 |
| HP | Bermuda | 25033 | 07/26/93 |
| HP | Bermuda | 25032 | 07/26/93 |
| HP | Bolivia | C-62124 | 10/09/96 |
| HP | Bolivia | C-62121 | 10/09/96 |
| HP | Bolivia | C-62123 | 10/09/96 |
| HP | Bolivia | C-62119 | 10/09/96 |
| HP | Bolivia | C-62118 | 10/09/96 |
| HP | Bolivia | C-62120 | 10/09/96 |
| HP | Brazil | 006816495 | 11/25/88 |
| HP | Brazil | 006816657 | 11/25/88 |
| HP | Brazil | 814812716 | 04/16/91 |
| HP | Brazil | 814812767 | 01/28/92 |
| HP | Brazil | 814812759 | 06/21/94 |
| HP | Brazil | 814941257 | 05/14/91 |
| HP | Brazil | 816915440 | 08/12/97 |
| HP | Brazil | 818446030 | 07/29/97 |
| HP | Brunei Darussalam | 22053 | 08/08/92 |
| HP | Brunei Darussalam | 21121 | 08/08/95 |
| HP | Brunei Darussalam | 27537 | 08/08/95 |
| HP | Bulgaria | 21560 | 09/13/93 |
| HP | Bulgaria | 2504 | 09/13/93 |
| HP | Burundi | 2997/BUR | 03/16/95 |
| HP | Cambodia | KH015422/0 | 09/04/01 |
| HP | Cambodia | KH015423/0 | 09/04/01 |
| HP | Cambodia | KH015424/0 | 09/04/01 |
| HP | Cambodia | KH015425/0 | 09/04/01 |

2

| MARK | COUNTRY | REG. NO. | REG. DATE |
|------|---------|----------|-----------|
| HP | Cambodia | KH015426/0 | 09/04/01 |
| HP | Canada | TMA377516 | 12/21/90 |
| HP | Canada | TMA432631 | 09/02/94 |
| HP | Canada | TMA456115 | 03/22/96 |
| HP | Canada | TMA471447 | 02/21/97 |
| HP | Canada | TMA493264 | 04/20/98 |
| HP | China | 1330533 | 11/07/99 |
| HP | Colombia | 135419 | 10/01/91 |
| HP | Colombia | 135420 | 10/01/91 |
| HP | Colombia | 137565 | 08/27/91 |
| HP | Colombia | 135250 | 10/01/91 |
| HP | Colombia | 135212 | 10/01/91 |
| HP | Colombia | 135211 | 10/01/91 |
| HP | Colombia | 236031 | 09/20/00 |
| HP | Colombia | 204511 | 12/26/97 |
| HP | Costa Rica | 86887 | 05/04/94 |
| HP | Costa Rica | 62678 | 09/21/83 |
| HP | Costa Rica | 80773 | 09/17/92 |
| HP | Costa Rica | 80772 | 09/17/92 |
| HP | Costa Rica | 80655 | 08/20/92 |
| HP | Costa Rica | 81213 | 11/02/92 |
| HP | Croatia | Z920988 | 06/20/96 |
| HP | Croatia | Z951015 | 07/16/97 |
| HP | Cuba | 126023 | 11/20/97 |
| HP | Cuba | 126022 | 11/20/97 |
| HP | Cuba | 126021 | 11/20/97 |
| HP | Cuba | 126020 | 11/20/97 |
| HP | Cyprus | 36003 | 02/13/92 |
| HP | Cyprus | 36004 | 02/13/92 |
| HP | Cyprus | 36005 | 02/13/92 |
| HP | Cyprus | 36006 | 02/13/92 |
| HP | Cyprus | 36007 | 02/13/92 |
| HP | Cyprus | 36008 | 02/13/92 |
| HP | Czech Republic | 188001 | 01/30/96 |
| HP | Czech Republic | 199888 | 04/29/97 |
| HP | Czech Republic | 170980 | 09/30/92 |
| HP | Democratic Republic of Congo | 2758/91 | 12/28/91 |
| HP | Denmark | 4634/93 | 07/02/93 |
| HP | Denmark | 4572/97 | 10/31/97 |
| HP | Denmark | 5439/1996 | 09/27/96 |
| HP | Djibouti | 060/99 | 02/28/99 |
| HP | Dominica | 133/97 | 11/28/97 |
| HP | Dominican Republic | 55335 | 11/15/92 |
| HP | Dominican Republic | 55336 | 11/15/92 |

3

| MARK | COUNTRY | REG. NO. | REG. DATE |
|------|---------|----------|-----------|
| HP | Dominican Republic | 54906 | 10/15/92 |
| HP | Ecuador | 0104-94 | 05/18/88 |
| HP | Ecuador | 0127-88 | 07/04/88 |
| HP | Ecuador | 2607-93 | 10/06/93 |
| HP | Ecuador | 2606-93 | 10/06/93 |
| HP | Ecuador | 2605-93 | 10/06/93 |
| HP | Ecuador | 436-93 | 10/28/93 |
| HP | Ecuador | 437-93 | 10/28/93 |
| HP | Ecuador | 438-93 | 10/28/93 |
| HP | Ecuador | 249-93 | 10/25/93 |
| HP | Egypt | 80078 | 05/08/96 |
| HP | Egypt | 80079 | 06/10/95 |
| HP | Egypt | 80080 | 01/21/98 |
| HP | Egypt | 80081 | 06/10/95 |
| HP | Egypt | 80082 | 03/20/96 |
| HP | Egypt | 80083 | 04/15/95 |
| HP | El Salvador | 242/25 | 03/22/95 |
| HP | El Salvador | 231/25 | 03/22/95 |
| HP | El Salvador | 232 | 03/22/95 |
| HP | El Salvador | 5/26 | 03/24/95 |
| HP | El Salvador | 67BOOK126 | 02/19/01 |
| HP | El Salvador | 235/25 | 03/22/95 |
| HP | Estonia | 08689 | 03/03/94 |
| HP | Ethiopia | 2993 | 06/09/99 |
| HP | European Community | 52499 | 01/25/01 |
| HP | European Community | 469700 | 01/08/99 |
| HP | European Community | 1232487 | 11/14/00 |
| HP | European Community | 1232552 | 11/15/00 |
| HP | Finland | 215558 | 09/30/99 |
| HP | Finland | 144138 | 06/05/96 |
| HP | Finland | 212323 | 12/31/98 |
| HP | France | 1473219 | 06/24/88 |
| HP | France | 1689908 | 08/29/91 |
| HP | Gaza District | 3442 | 09/18/96 |
| HP | Gaza District | 3443 | 09/18/96 |
| HP | Gaza District | 3444 | 09/18/96 |
| HP | Gaza District | 4819 | 06/03/98 |
| HP | Gaza District | 4820 | 06/03/98 |
| HP | Gaza District | 4821 | 06/03/98 |
| HP | Georgia | 2250 | 06/05/96 |
| HP | Germany | 1180657 | 09/02/91 |
| HP | Germany | 1159211 | 05/21/90 |
| HP | Germany | 39405003 | 12/05/95 |
| HP | Germany | 39516321 | 03/14/96 |

4

| MARK | COUNTRY | REG. NO. | REG. DATE |
|------|---------|----------|-----------|
| HP | Germany | 39601025 | 06/20/96 |
| HP | Ghana | 25,716 | 04/29/96 |
| HP | Ghana | 25717 | 10/13/99 |
| HP | Greece | 93866 | 05/22/89 |
| HP | Greece | 115721 | 05/17/96 |
| HP | Guatemala | 39949 | 10/10/80 |
| HP | Guatemala | 39948 | 10/01/80 |
| HP | Guatemala | 66960 | 04/09/92 |
| HP | Guatemala | 66950 | 04/07/92 |
| HP | Guatemala | 66951 | 04/07/92 |
| HP | Guatemala | 70541 | 04/13/94 |
| HP | Haiti | 246 | 09/21/94 |
| HP | Haiti | 247 | 09/21/94 |
| HP | Haiti | 248 | 09/21/94 |
| HP | Haiti | 249 | 09/21/94 |
| HP | Haiti | 250 | 09/21/94 |
| HP | Haiti | 251 | 09/21/94 |
| HP | Honduras | 58294 | 08/27/93 |
| HP | Honduras | 58293 | 08/27/93 |
| HP | Honduras | 58290 | 08/27/93 |
| HP | Honduras | 1563 | 08/27/93 |
| HP | Honduras | 1564 | 08/27/93 |
| HP | Honduras | 1566 | 08/27/93 |
| HP | Hong Kong | 11921/2000 | 10/25/91 |
| HP | Hong Kong | 05084/96 | 10/25/91 |
| HP | Hong Kong | 11922/2000 | 09/02/00 |
| HP | Hong Kong | 9962/97 | 03/02/92 |
| HP | Hong Kong | 10502/97 | 03/02/92 |
| HP | Hong Kong | 15182/1999 | 03/02/92 |
| HP | Hong Kong | 941/2000 | 01/17/00 |
| HP | Hong Kong | 344/2000 | 01/06/00 |
| HP | Hong Kong | 343/2000 | 01/06/00 |
| HP | Hungary | 135976 | 02/21/90 |
| HP | Iceland | 560/1986 | 10/27/86 |
| HP | Iceland | 430/1993 | 05/27/93 |
| HP | India | 492589 | 06/10/88 |
| HP | India | 492588 | 06/10/88 |
| HP | India | 492592 | 06/10/88 |
| HP | Indonesia | 496181 | 11/15/94 |
| HP | Indonesia | 496180 | 11/15/94 |
| HP | Indonesia | 391382 | 09/19/97 |
| HP | Indonesia | 391383 | 09/19/97 |
| HP | Indonesia | 391424 | 09/19/97 |
| HP | Indonesia | 391384 | 09/19/97 |

| MARK | COUNTRY | REG. NO. | REG. DATE |
|------|---------|----------|-----------|
| HP | Indonesia | 391385 | 09/19/97 |
| HP | Indonesia | 391425 | 09/19/97 |
| HP | Indonesia | 391387 | 09/19/97 |
| HP | Indonesia | 460988 | 01/05/01 |
| HP | Iran | 70399 | 04/26/93 |
| HP | Ireland | 155331 | 05/22/89 |
| HP | Ireland | 155332 | 05/22/89 |
| HP | Ireland | 155333 | 05/22/89 |
| HP | Ireland | 202009 | 07/01/96 |
| HP | Israel | 80432 | 12/04/94 |
| HP | Israel | 80433 | 12/04/94 |
| HP | Israel | 80434 | 12/04/94 |
| HP | Israel | 80435 | 12/04/94 |
| HP | Israel | 80436 | 12/04/94 |
| HP | Israel | 80437 | 12/04/94 |
| HP | Israel | 96669 | 06/02/96 |
| HP | Italy | 838508 | 03/08/01 |
| HP | Italy | 663573 | 11/24/95 |
| HP | Italy | 686482 | 09/18/96 |
| HP | Italy | 713785 | 06/16/97 |
| HP | Japan | 3363492 | 11/28/97 |
| HP | Japan | 3285407 | 04/18/97 |
| HP | Japan | 3297528 | 04/25/97 |
| HP | Japan | 4016570 | 06/20/97 |
| HP | Japan | 4380494 | 04/28/00 |
| HP | Kazakhstan | 397 | 05/31/93 |
| HP | Kenya | 40251 | 12/15/92 |
| HP | Kenya | 40252 | 12/15/92 |
| HP | Kenya | 40250 | 12/15/92 |
| HP | Kenya | SMA0760 | 12/20/02 |
| HP | Kenya | SMA0761 | 12/19/02 |
| HP | Kenya | SMA0762 | 12/19/02 |
| HP | Korea, Democratic People's | 9503 | 03/10/98 |
| HP | Korea, Republic of | 458310 | 11/10/99 |
| HP | Korea, Republic of | 40177 | 01/13/98 |
| HP | Korea, Republic of | 414344 | 08/04/98 |
| HP | Kuwait | 15053 | 10/31/83 |
| HP | Kuwait | 15054 | 10/31/83 |
| HP | Kuwait | 15055 | 10/31/83 |
| HP | Kuwait | 42774 | 11/24/02 |
| HP | Kuwait | 42773 | 11/24/02 |
| HP | Kuwait | 32382 | 03/31/97 |
| HP | Kyrgyzstan | 2116 | 01/26/95 |
| HP | Laos | 3287 | 07/27/94 |

6

| MARK | COUNTRY | REG. NO. | REG. DATE |
|------|---------|----------|-----------|
| HP | Latvia | M 12 316 | 01/31/94 |
| HP | Lebanon | 59003 | 10/02/92 |
| HP | Liberia | 3394/34 | 03/03/94 |
| HP | Liechtenstein | 8742 | 04/29/93 |
| HP | Liechtenstein | 12771 | 12/23/02 |
| HP | Lithuania | 7131 | 04/29/93 |
| HP | Macau | 315 | 09/11/96 |
| HP | Macau | 316 | 09/11/96 |
| HP | Macau | 317 | 09/11/96 |
| HP | Macau | 318 | 09/11/96 |
| HP | Macau | 319 | 09/11/96 |
| HP | Macau | 320 | 03/10/98 |
| HP | Macedonia | 00741 | 12/13/95 |
| HP | Madagascar | 00753 | 12/06/94 |
| HP | Malawi | 280/93 | 09/16/93 |
| HP | Malawi | 281/93 | 09/16/93 |
| HP | Malawi | 282/93 | 09/16/93 |
| HP | Malaysia | 91/02621 | 05/30/91 |
| HP | Malaysia | 91/02620 | 05/31/91 |
| HP | Malaysia | 97/19943 | 08/30/01 |
| HP | Malaysia | 97/19966 | 07/19/01 |
| HP | Malaysia | 97/19953 | 09/06/01 |
| HP | Malaysia | 99/05467 | 06/23/99 |
| HP | Malta | 21685 | 08/10/92 |
| HP | Malta | 21686 | 08/10/92 |
| HP | Malta | 21687 | 08/10/92 |
| HP | Mauritius | A46/181 | 03/05/01 |
| HP | Mexico | 400869 | 05/02/91 |
| HP | Mexico | 401748 | 11/05/91 |
| HP | Mexico | 403623 | 01/15/92 |
| HP | Mexico | 401782 | 11/07/91 |
| HP | Mexico | 404025 | 01/22/92 |
| HP | Mexico | 404024 | 01/22/92 |
| HP | Mexico | 424609 | 10/27/92 |
| HP | Mexico | 491849 | 05/17/95 |
| HP | Moldova, Republic of | 1135 | 03/21/94 |
| HP | Monaco | 9314725 | 03/20/93 |
| HP | Mongolia | 1276 | 02/03/94 |
| HP | Montserrat | 3006 | 11/13/97 |
| HP | Morocco | 33606 | 05/31/83 |
| HP | Morocco | 47968 | 12/30/91 |
| HP | Myanmar | 2616/1993 | 08/24/93 |
| HP | Myanmar | 2617/1993 | 08/24/93 |
| HP | Myanmar | 2613/1993 | 08/24/93 |

502917 000001 DALLAS 1575529.1

| MARK | COUNTRY | REG. NO. | REG. DATE |
|------|---------|----------|-----------|
| HP | Myanmar | 2615/1993 | 08/24/93 |
| HP | Myanmar | 2612/1993 | 08/24/93 |
| HP | Myanmar | 2614/1993 | 08/24/93 |
| HP | Namibia, Republic of | 93/0965 | 01/12/00 |
| HP | Namibia, Republic of | 93/0966 | 11/06/00 |
| HP | Namibia, Republic of | 93/0967 | 11/06/00 |
| HP | Namibia, Republic of | 93/0968 | 11/06/00 |
| HP | Namibia, Republic of | 93/0969 | 11/06/00 |
| HP | Namibia, Republic of | 93/0970 | 10/07/93 |
| HP | Nepal | 10596/052 | 05/11/95 |
| HP | Nepal | 10597/052 | 05/11/95 |
| HP | Nepal | 10595/052 | 05/11/95 |
| HP | Nepal | 10599/052 | 05/11/95 |
| HP | Nepal | 10598/052 | 05/11/95 |
| HP | Nepal | 10594/052 | 05/11/95 |
| HP | Netherlands Antilles | 00028 | 01/12/93 |
| HP | New Zealand | 184057 | 05/24/95 |
| HP | New Zealand | 184058 | 05/24/95 |
| HP | New Zealand | 184059 | 05/24/88 |
| HP | New Zealand | 191230 | 02/28/89 |
| HP | New Zealand | 191231 | 02/28/89 |
| HP | New Zealand | 191232 | 02/28/89 |
| HP | New Zealand | 247581 | 05/14/97 |
| HP | New Zealand | 262183 | 01/12/99 |
| HP | Nicaragua | 24,733 C.C. | 01/11/94 |
| HP | Nicaragua | 24,773 C.C. | 01/13/04 |
| HP | Nicaragua | 24,966 C.C. | 02/07/94 |
| HP | Nicaragua | 25,074 C.C. | 02/15/94 |
| HP | Nicaragua | 25,075 C.C. | 02/15/94 |
| HP | Nicaragua | 25,073 C.C. | 02/15/94 |
| HP | Nigeria | 55155 | 09/17/91 |
| HP | Nigeria | 53036 | 09/17/91 |
| HP | Norway | 174392 | 06/20/96 |
| HP | Norway | 176481 | 08/29/96 |
| HP | Norway | 203342 | 06/22/00 |
| HP | Norway | 206254 | 12/28/00 |
| HP | Oman | 6559 | 01/31/01 |
| HP | Oman | 6560 | 01/31/01 |
| HP | Oman | 6561 | 01/31/01 |
| HP | Oman | 6562 | 01/31/01 |
| HP | Oman | 6563 | 01/31/01 |
| HP | Oman | 6564 | 01/31/01 |
| HP | Panama | 30816 | 03/30/83 |
| HP | Panama | 30814 | 03/30/83 |

8

| MARK | COUNTRY | REG. NO. | REG. DATE |
|------|---------|----------|-----------|
| HP | Panama | 30811 | 03/30/83 |
| HP | Panama | 61352 | 01/28/94 |
| HP | Panama | 61351 | 01/28/94 |
| HP | Panama | 65628 | 01/04/95 |
| HP | Papua New Guinea | A57561 | 01/29/93 |
| HP | Papua New Guinea | A57562 | 01/29/93 |
| HP | Papua New Guinea | A57563 | 01/29/93 |
| HP | Papua New Guinea | A57564 | 01/29/93 |
| HP | Papua New Guinea | A57565 | 01/29/93 |
| HP | Papua New Guinea | A57566 | 01/29/93 |
| HP | Paraguay | 152.967 | 04/08/92 |
| HP | Paraguay | 249748 | 04/08/92 |
| HP | Paraguay | 251328 | 04/08/92 |
| HP | Paraguay | 251329 | 04/08/92 |
| HP | Paraguay | 251330 | 04/08/92 |
| HP | Paraguay | 251331 | 04/08/92 |
| HP | Peru | 094219 | 11/25/91 |
| HP | Peru | 94218 | 07/18/96 |
| HP | Peru | 94217 | 07/18/96 |
| HP | Peru | 09219 | 11/25/91 |
| HP | Peru | 09218 | 11/25/91 |
| HP | Peru | 09266 | 11/28/91 |
| HP | Philippines | 35828 | 08/20/86 |
| HP | Philippines | 55330 | 06/08/93 |
| HP | Philippines | 57403 | 03/22/94 |
| HP | Poland | R-66687 | 12/19/89 |
| HP | Poland | 99489 | 05/15/98 |
| HP | Poland | 111999 | 06/28/99 |
| HP | Portugal | 276.635 | 09/26/94 |
| HP | Portugal | 276.636 | 07/15/93 |
| HP | Portugal | 276.637 | 07/15/93 |
| HP | Portugal | 276.638 | 07/15/93 |
| HP | Portugal | 276.639 | 07/15/93 |
| HP | Portugal | 276.640 | 07/15/93 |
| HP | Portugal | 308556 | 03/01/96 |
| HP | Portugal | 315049 | 10/14/96 |
| HP | Qatar | 9265 | 07/06/99 |
| HP | Qatar | 9266 | 07/06/99 |
| HP | Qatar | 9267 | 07/06/99 |
| HP | Qatar | 9268 | 07/06/99 |
| HP | Qatar | 9269 | 07/06/99 |
| HP | Qatar | 9270 | 07/06/99 |
| HP | Romania | R19140 | 04/07/92 |
| HP | Russian Federation | 158454 | 11/17/97 |

9

| MARK | COUNTRY | REG. NO. | REG. DATE |
|------|---------|----------|-----------|
| HP | Russian Federation | 91146 | 10/01/90 |
| HP | Rwanda | 3696/ERK | 12/30/93 |
| HP | Saint Kitts and Nevis | 4671 | 01/23/01 |
| HP | Samoa | 2973 | 09/28/93 |
| HP | Samoa | 2977 | 09/28/93 |
| HP | Samoa | 2978 | 09/28/93 |
| HP | Saudi Arabia | 214/66 | 09/16/89 |
| HP | Saudi Arabia | 214/67 | 09/16/89 |
| HP | Saudi Arabia | 214/68 | 09/16/89 |
| HP | Saudi Arabia | 214/69 | 09/16/89 |
| HP | Saudi Arabia | 214/70 | 09/16/89 |
| HP | Saudi Arabia | 216/16 | 09/16/89 |
| HP | Senegal | 40068 | 11/29/99 |
| HP | Seychelles | 3603 | 02/10/93 |
| HP | Seychelles | 3604 | 02/10/93 |
| HP | Seychelles | 3731 | 02/10/93 |
| HP | Sierra Leone | 16629 | 10/22/02 |
| HP | Sierra Leone | 16631 | 10/22/02 |
| HP | Sierra Leone | 16628 | 10/22/02 |
| HP | Singapore | 5663/88 | 10/13/88 |
| HP | Singapore | 5662/88 | 10/13/88 |
| HP | Singapore | 5661/88 | 10/13/88 |
| HP | Singapore | 2660/91 | 03/06/91 |
| HP | Singapore | 2658/91 | 03/06/91 |
| HP | Singapore | 1558/91 | 03/01/91 |
| HP | Singapore | 2793/95 | 03/28/95 |
| HP | Singapore | T96/02167Z | 08/31/96 |
| HP | Singapore | 2168/96 | 03/08/96 |
| HP | Singapore | T99/06304G | 06/19/99 |
| HP | Slovakia | 181550 | 08/13/98 |
| HP | Slovenia | 9870425 | 10/09/98 |
| HP | Slovenia | 9570327 | 02/20/97 |
| HP | South Africa | B92/10116 | 11/24/92 |
| HP | South Africa | B92/10117 | 11/24/92 |
| HP | South Africa | B92/10118 | 11/24/92 |
| HP | South Africa | B92/10119 | 11/24/92 |
| HP | South Africa | B92/10120 | 11/24/92 |
| HP | South Africa | B92/10121 | 11/24/92 |
| HP | South Africa | 95/04467 | 05/18/00 |
| HP | South Africa | 96/05986 | 04/12/99 |
| HP | South Africa | 96/05987 | 04/12/99 |
| HP | Spain | 1621691 | 03/05/92 |
| HP | Spain | 1621692 | 02/04/94 |
| HP | Spain | 1621693 | 03/05/92 |

10

| MARK | COUNTRY | REG. NO. | REG. DATE |
|------|---------|----------|-----------|
| HP | Spain | 1621694 | 06/03/93 |
| HP | Spain | 1621695 | 02/02/93 |
| HP | Spain | 1621696 | 06/03/93 |
| HP | Spain | 1916393 | 07/05/95 |
| HP | Spain | 2006459 | 06/20/96 |
| HP | Sri Lanka | 64422 | 08/13/92 |
| HP | Sri Lanka | 64425 | 08/13/92 |
| HP | Sri Lanka | 64423 | 08/13/92 |
| HP | Sri Lanka | 64424 | 02/12/96 |
| HP | Sri Lanka | 64431 | 08/13/92 |
| HP | Sri Lanka | 64421 | 08/13/92 |
| HP | Sudan | 23586 | 03/04/97 |
| HP | Sudan | 23589 | 03/04/97 |
| HP | Sudan | 23592 | 03/04/97 |
| HP | Sudan | 23595 | 03/04/97 |
| HP | Sudan | 23598 | 03/04/97 |
| HP | Sudan | 23601 | 03/04/97 |
| HP | Suriname | 13427 | 10/22/92 |
| HP | Swaziland | 736/94 | 11/09/94 |
| HP | Sweden | 320338 | 12/20/96 |
| HP | Sweden | 324762 | 09/19/97 |
| HP | Sweden | 347584 | 07/20/01 |
| HP | Switzerland | 380.579 | 05/19/89 |
| HP | Switzerland | 415 511 | 05/13/93 |
| HP | Switzerland | 414 270 | 06/23/93 |
| HP | Switzerland | 431894 | 03/30/95 |
| HP | Switzerland | 438762 | 01/17/96 |
| HP | Switzerland | 441186 | 09/17/96 |
| HP | Syria | 31112 | 10/27/83 |
| HP | Syria | 22112 | 03/29/92 |
| HP | Taiwan | 34576 | 02/28/89 |
| HP | Taiwan | 452501 | 10/01/92 |
| HP | Taiwan | 471536 | 09/16/92 |
| HP | Taiwan | 483427 | 05/01/90 |
| HP | Taiwan | 429911 | 02/01/89 |
| HP | Taiwan | 472387 | 01/01/90 |
| HP | Taiwan | 35448 | 05/01/89 |
| HP | Taiwan | 34922 | 04/01/89 |
| HP | Taiwan | 537327 | 10/01/91 |
| HP | Taiwan | 592445 | 04/01/93 |
| HP | Taiwan | 664919 | 12/16/94 |
| HP | Taiwan | 717511 | 06/01/96 |
| HP | Taiwan | 087863 | 01/16/97 |
| HP | Taiwan | 939104 | 03/15/01 |

11

| MARK | COUNTRY | REG. NO. | REG. DATE |
|------|---------|----------|-----------|
| HP | Tajikistan | TJ 602 | 08/22/94 |
| HP | Tangier | 5781 | 06/06/83 |
| HP | Tangier | 8431 | 05/20/92 |
| HP | Tanzania, United Republic of | 22498 | 07/13/93 |
| HP | Tanzania, United Republic of | 22497 | 07/13/93 |
| HP | Tanzania, United Republic of | 22496 | 07/13/93 |
| HP | Tanzania, United Republic of | 311 | 12/12/95 |
| HP | Thailand | TM106146 | 01/27/00 |
| HP | Thailand | SM2619 | 02/24/95 |
| HP | Thailand | SM2623 | 02/24/95 |
| HP | Thailand | SM2622 | 02/24/95 |
| HP | Thailand | SM5855 | 12/02/97 |
| HP | Thailand | TM122856 | 11/01/00 |
| HP | Tunisia | EE98.0778 | 05/26/83 |
| HP | Tunisia | EE.90.0944 | 10/29/90 |
| HP | Turkey | 129034 | 07/10/91 |
| HP | Turkey | 172135 | 10/26/95 |
| HP | Turkmenistan | 140/2 | 07/30/97 |
| HP | Turks and Caicos Islands | 12341 | 02/24/00 |
| HP | Uganda | 18070 | 02/02/94 |
| HP | Uganda | 18062 | 06/01/95 |
| HP | Uganda | 18063 | 09/06/95 |
| HP | Ukraine | 5123 | 05/31/94 |
| HP | United Arab Emirates | 5784 | 07/10/96 |
| HP | United Arab Emirates | 5819 | 07/13/96 |
| HP | United Arab Emirates | 5820 | 07/13/96 |
| HP | United Arab Emirates | 5821 | 07/13/96 |
| HP | United Arab Emirates | 5822 | 07/13/96 |
| HP | United Arab Emirates | 5823 | 07/13/96 |
| HP | United Kingdom | 1229537 | 11/03/84 |
| HP | United Kingdom | 1229538 | 11/03/84 |
| HP | United Kingdom | 1229539 | 11/03/84 |
| HP | United Kingdom | 1282717 | 10/01/86 |
| HP | United Kingdom | 1282718 | 10/01/86 |
| HP | United Kingdom | 1282719 | 10/01/86 |
| HP | United Kingdom | 1159871 | 11/25/92 |
| HP | United Kingdom | 2000206 | 10/31/94 |
| HP | United Kingdom | 2016304 | 03/31/95 |
| HP | United Kingdom | 2058923 | 01/29/99 |
| HP | Uruguay | 339614 | 04/24/92 |
| HP | Uzbekistan | 2006 | 06/06/89 |
| HP | Venezuela | F-164560 | 08/19/94 |
| HP | Venezuela | F-164556 | 08/19/94 |
| HP | Venezuela | F-164557 | 08/19/94 |

12

| MARK | COUNTRY | REG. NO. | REG. DATE |
|------|---------|----------|-----------|
| HP | Venezuela | F-164559 | 08/19/94 |
| HP | Venezuela | F-164.558 | 08/19/94 |
| HP | Venezuela | F-167.153 | 08/19/94 |
| HP | Venezuela | F-167.151 | 08/19/94 |
| HP | Venezuela | N-041106 | 04/17/95 |
| HP | Vietnam | 24406 | 06/16/97 |
| HP | West Bank | 3978 | 09/11/00 |
| HP | West Bank | 3973 | 09/11/00 |
| HP | West Bank | 3976 | 09/11/00 |
| HP | West Bank | 5276 | 04/16/01 |
| HP | West Bank | 5279 | 04/16/01 |
| HP | West Bank | 5282 | 04/16/01 |
| HP | Yugoslavia | 38360 | 09/07/94 |
| HP | Zambia | 124/93 | 04/20/00 |
| HP | Zambia | 125/93 | 04/20/00 |
| HP | Zambia | 126/93 | 04/20/00 |

13