**E-FILED**
Monday, 27 March, 2006  03:39:24 PM
Clerk, U.S. District Court, ILCD

D



Home
Link-to
Contact

# hp.com is

# Reserved

**Registrar:** ALLDOMAINS.COM INC.   **Status:** REGISTRAR-LOCK

**Domain options / additional information:** *(Click below to expand)*
+ if you own this domain...
+ if you are trying to register/buy this domain...
+ if you are researching this domain...

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.  Domain Name: HP.COM
   Registrar: ALLDOMAINS.COM INC.
   Whois Server: whois.alldomains.com
   Referral URL: http://www.alldomains.com
   Name Server: ATLANTA.AMERICAS.HP.NET
   Name Server: PALOALTO.AMERICAS.HP.NET
   Name Server: BOEBLINGEN.EUROPE.HP.NET
   Name Server: GRENOBLE.EUROPE.HP.NET
   Name Server: SGPNS.ASIAPAC.HP.NET
   Name Server: SWINDON.EUROPE.HP.NET
   Status: REGISTRAR-LOCK
   Updated Date: 23-feb-2004
   Creation Date: 03-mar-1986
   Expiration Date: 04-mar-2005
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

This search is sponsored by LinkPopularity.com

[whois.alldomains.com]
Alldomains.com - The Leader in Corporate Domain Management
--------------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
--------------------------------------------------------------

The Data in Alldomains.com's WHOIS database is provided by Alldomains.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record. Alldomains.com
does not guarantee its accuracy. By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or (2) enable high volume, automated,
electronic processes that apply to Alldomains.com (or its systems).
Alldomains.com reserves the right to modify these terms at any time.

**Featured F**

Register a dom
with **Register**
only $20. Inclu

- Free 10-pag
- Free web for
- Free e-mail f
- Free domain
- Name portfo
manager
- Dynamic DN

**Click he
discounte**

**Domain Re**
123 Easy Dom
Names
123 Registratio
1dni.com
1st Domain.net
4Domains.com
Active ISP AS/
Address Creatio
Aitdomains.cor
Alice's Registry
Alldomains.cor
America Online
Ascio Technolo
ATLNTD.com
AWRegistry
BB Online UK
Bizcn.com, Inc
BookMyName
BulkRegister.co

By submitting this query, you agree to abide by this policy.

Registrant:
    Hewlett-Packard Company
    (DOM-261401)
    3000 Hanover Road
    Palo Alto
    CA
    94304
    US

Domain Name: hp.com

    Registrar Name: Alldomains.com
    Registrar Whois: whois.alldomains.com
    Registrar Homepage: http://www.alldomains.com

Administrative Contact:
    HP Hostmaster
    (NIC-1467775)
    Hewlett-Packard Company
    1000 NE Circle Blvd
    MS413G
    Corvallis
    OR
    97330
    US
    hostmaster@hp.com
    +1.8005247638
    Fax- +1.5417156789
Technical Contact, Zone Contact:
    HP Hostmaster
    (NIC-1467776)
    Hewlett-Packard Company
    3404 East Harmony Rd., MS 20
    Fort Collins
    CO
    80528
    US
    hostmaster@hp.com
    +1.8005247638
    Fax- +1.9708983793

Created on..............: 1986-Mar-03.
Expires on..............: 2006-Mar-04.
Record last updated on..: 2004-Feb-23 07:08:50.

Domain servers in listed order:

| | |
|---|---|
| AM1.HP.COM | 15.227.128.50 |
| SGPNS.ASIAPAC.HP.NET | 15.211.128.50 |
| EU1.HP.COM | 16.14.64.50 |
| EU3.HP.COM | 16.8.64.50 |
| GRENOBLE.EUROPE.HP.NET | 15.203.128.39 |
| PALOALTO.AMERICAS.HP.NET | 15.243.160.50 |

Alldomains.com - The Leader in Corporate Domain Management
------------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/



SEARCH ALL DOMAIN REGISTRARS

Home
Link-to
Contac

## hp.net is

# Reserved

**Registrar:** ALLDOMAINS.COM INC.

**Status:** REGISTRAR-LOCK

**Domain options / additional information:** *(Click below to expand)*

+ If you own this domain...

+ If you are trying to register/buy this domain...

+ If you are researching this domain...

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.  Domain Name: HP.NET
   Registrar: ALLDOMAINS.COM INC.
   Whois Server: whois.alldomains.com
   Referral URL: http://www.alldomains.com
   Name Server: ATLANTA.AMERICAS.HP.NET
   Name Server: PALOALTO.AMERICAS.HP.NET
   Status: REGISTRAR-LOCK
   Updated Date: 21-nov-2003
   Creation Date: 06-may-1996
   Expiration Date: 27-dec-2004
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

This search is sponsored by WebSiteHosting.com

[whois.alldomains.com]
Alldomains.com - The Leader in Corporate Domain Management
-------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
-------------------------------------------------------

The Data in Alldomains.com's WHOIS database is provided by Alldomains.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record.  Alldomains.com
does not guarantee its accuracy.  By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or  (2) enable high volume, automated,
electronic processes that apply to Alldomains.com (or its systems).
Alldomains.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:

### Featured F

Register a dor
with **Register**
only $20. Inclu

- Free 10-pag
- Free web for
- Free e-mail f
- Free domain
- Name portfo
manager
- Dynamic DN

**Click he
discounte

#### Domain Re

000Domains.cc
007Names, Inc.
1 eNameCo
123 Easy Dom
Names
123 Registratio
1dni.com
1st Domain.net
4Domains.com
Active ISP AS/
Address Creatic
Aitdomains.cor
Alice's Registry
Alldomains.cor
America Online
Ascio Technolc
ATLNTD.com
AWRegistry

Hewlett-Packard Company
(DOM-257935)
3000 Hanover Road
Palo Alto
CA
94304
US

Domain Name: hp.net

Registrar Name: Alldomains.com
Registrar Whois: whois.alldomains.com
Registrar Homepage: http://www.alldomains.com

Administrative Contact:
HP Hostmaster
(NIC-1467775)
Hewlett-Packard Company
1000 NE Circle Blvd
MS413G
Corvallis
OR
97330
US
hostmaster@hp.com
+1.8005247638
Fax- +1.5417156789
Technical Contact, Zone Contact:
HP Hostmaster
(NIC-1467776)
Hewlett-Packard Company
3404 East Harmony Rd., MS 20
Fort Collins
CO
80528
US
hostmaster@hp.com
+1.8005247638
Fax- +1.9708983793

Created on..............: 1996-May-06.
Expires on..............: 2004-Dec-27.
Record last updated on..: 2003-Jun-06 14:34:45.

Domain servers in listed order:

ATLANTA.AMERICAS.HP.NET                15.227.128.50
PALOALTO.AMERICAS.HP.NET               15.243.160.50

Alldomains.com - The Leader in Corporate Domain Management
----------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
----------------------------------------------------------

www. [                              ]    Search
Searches shared database registry and queries appropriate registrar.



## hp.org is

## Reserved

**Domain options / additional information:** *(Click below to expand)*
+ **if you own this domain...**
+ **if you are trying to register/buy this domain...**
+ **if you are researching this domain...**

This search is sponsored by WebSiteHosting.com

NOTICE: Access to .ORG WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the PIR registry database. The data in this record is provided by Public Interest Registry for informational purposes only, and PIR does not guarantee its accuracy. This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator or any ICANN-Accredited Registrar, except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. PIR reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy. Domain ID:D1866382-LROR
Domain Name:HP.ORG
Created On:12-Dec-1996 05:00:00 UTC
Last Updated On:17-Sep-2003 20:22:26 UTC
Expiration Date:11-Dec-2006 05:00:00 UTC
Sponsoring Registrar:R17-LROR
Status:CLIENT DELETE PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:1495138
Registrant Name:HP Hostmaster
Registrant Organization:Hewlett-Packard Company
Registrant Street1:3000 Hanover St.
Registrant City:Palo Alto
Registrant State/Province:CA
Registrant Postal Code:94304
Registrant Country:US
Registrant Phone:+1.8005247638
Registrant FAX:+1.5417156789
Registrant Email:hostmaster@HP.com
Admin ID:1477322
Admin Name:Domain Registration Manager
Admin Organization:Hewlett-Packard Company

Page 1 of 2

Home
Link-to
Contac

**Featured F**

Register a dor
with **Register**
only $20. Inclu

- Free 10-pag
- Free web for
- Free e-mail f
- Free domain
- Name portfo
manager
- Dynamic DN

**Click he**
**discounte**

**Domain Re**
007Names, Inc.
1 eNameCo
123 Easy Doma
Names
123 Registratio
1dni.com
1st Domain.net
4Domains.com
Active ISP AS/
Address Creatic
Aitdomains.cor
Alice's Registry
Alldomains.cor
America Onlin
Ascio Technolc
ATLNTD.com
AWRegistry
BB Online UK

Admin Street1:1000 Circle Blvd   MS 413G
Admin City:Corvallis
Admin State/Province:OR
Admin Postal Code:97330
Admin Country:US
Admin Phone:+1.5417152100
Admin Email:Hostmaster@hp.com
Tech ID:1457890
Tech Name:HP Hostmaster
Tech Organization:Hewlett-Packard Company
Tech Street1:3404 East Harmony Rd. MS 20
Tech City:Fort Collins
Tech State/Province:CO
Tech Postal Code:80528
Tech Country:US
Tech Phone:+1.8005247638
Tech Email:hostmaster@hp.com
Name Server:ATLANTA.AMERICAS.HP.NET
Name Server:PALOALTO.AMERICAS.HP.NET

| www. | | **Search** |
| --- | --- | --- |
| Searches shared database registry and queries appropriate registrar. | | |

BetterWhois.com: Results for   hopping.com

Page 1 of 3



## hpsshopping.com is

# Reserved

**Registrar:** ALLDOMAINS.COM INC.

**Status:** REGISTRAR-LOCK

**Domain options / additional information:** *(Click below to expand)*

\+ if you own this domain...

\+ if you are trying to register/buy this domain...

\+ if you are researching this domain...

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.  Domain Name: HPSSHOPPING.COM
  Registrar: ALLDOMAINS.COM INC.
  Whois Server: whois.alldomains.com
  Referral URL: http://www.alldomains.com
  Name Server: NS1.IHP-SERVICES.COM
  Name Server: NS2.IHP-SERVICES.COM
  Status: REGISTRAR-LOCK
  Updated Date: 30-sep-2002
  Creation Date: 24-feb-1999
  Expiration Date: 24-feb-2007
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

This search is sponsored by LinkPopularity.com

[whois.alldomains.com]
Alldomains.com - The Leader in Corporate Domain Management
--------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
--------------------------------------------------------

The Data in Alldomains.com's WHOIS database is provided by Alldomains.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record.  Alldomains.com
does not guarantee its accuracy.  By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or  (2) enable high volume, automated,
electronic processes that apply to Alldomains.com (or its systems).
Alldomains.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:

---

**Home**
**Link-to**
**Contac**

**Featured F**

Register a dor
with **Register**
only $20. Incl

- Free 10-pag
- Free web for
- Free e-mail f
- Free domain
- Name portfo
manager
- Dynamic DN

**Click he
discounte**

**Domain Re**
007Names, Inc.
1 eNameCo
123 Easy Doma
Names
123 Registratio
1dni.com
1st Domain.net
4Domains.com
Active ISP ASz
Address Creatic
Aitdomains.cor
Alice's Registry
Alldomains.cor
America Online
Ascio Technolc
ATLNTD.com
AWRegistry
BB Online UK

Hewlett-Packard Company (DOM-257980)
3000 Hanover Road Palo Alto CA 94304 US

Domain Name: hpshopping.com

Registrar Name: Alldomains.com
Registrar Whois: whois.alldomains.com
Registrar Homepage: http://www.alldomains.com

Administrative Contact:
HP Hostmaster (NIC-1467775) Hewlett-Packard Company
1000 NE Circle Blvd MS413G Corvallis OR 97330 US
hostmaster@hp.com +1.8005247638 Fax- +1.5417156789
Technical Contact, Zone Contact:
HP Hostmaster (NIC-1467776) Hewlett-Packard Company
3404 East Harmony Rd., MS 20 Fort Collins CO 80528 US
hostmaster@hp.com +1.8005247638 Fax- +1.9708983793

Created on..............: 1999-Feb-24.
Expires on..............: 2007-Feb-24.
Record last updated on..: 2003-Apr-22 15:01:35.

Domain servers in listed order:

NS1.IHP-SERVICES.COM          216.240.194.8
NS2.IHP-SERVICES.COM          216.240.203.8

Alldomains.com - The Leader in Corporate Domain Management
--------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
--------------------------------------------------------

www. [                    ]    **Search**

Searches shared database registry and queries appropriate registrar.

BetterWhois.com: Results for hpprinters.com



## hpprinters.com is

# Reserved

**Registrar:** REGISTER.COM, INC.

**Status:** REGISTRAR-LOCK

**Domain options / additional information:** *(Click below to expand)*

+ If you own this domain...

+ If you are trying to register/buy this domain...

+ If you are researching this domain...

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.   Domain Name: HPPRINTERS.COM
  Registrar: REGISTER.COM, INC.
  Whois Server: whois.register.com
  Referral URL: http://www.register.com
  Name Server: ATLANTA.AMERICAS.HP.NET
  Name Server: PALOALTO.AMERICAS.HP.NET
  Name Server: DENVER.AMERICAS.HP.NET
  Status: REGISTRAR-LOCK
  Updated Date: 20-nov-2002
  Creation Date: 03-jul-1997
  Expiration Date: 02-jul-2004
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

This search is sponsored by WebSiteHosting.com

[whois.register.com]

The data in Register.com's WHOIS database is provided to you by
Register.com for information purposes only, that is, to assist you in
obtaining information about or related to a domain name registration
record.  Register.com makes this information available "as is," and
does not guarantee its accuracy.  By submitting a WHOIS query, you
agree that you will use this data only for lawful purposes and that,
under no circumstances will you use this data to: (1) allow, enable,
or otherwise support the transmission of mass unsolicited, commercial
advertising or solicitations via direct mail, electronic mail, or by
telephone; or (2) enable high volume, automated, electronic processes
that apply to Register.com (or its systems).  The compilation,
repackaging, dissemination or other use of this data is expressly
prohibited without the prior written consent of Register.com.
Register.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

**Home**
**Link-to**
**Contact**

**Featured F**

Register a dom
with **Register**
only $20. Inclu

- Free 10-pag
- Free web for
- Free e-mail f
- Free domain
- Name portfo
manager
- Dynamic DN

**Click he
discounte**

**Domain Re**

1st Domain.net
4Domains.com
Active ISP AS/
Address Creatic
Aitdomains.com
Alice's Registry
Alldomains.com
America Online
Ascio Technolc
ATLNTD.com
AWRegistry
BB Online UK
Bizcn.com, Inc
BookMyName
BulkRegister.co
Capital Networ
Ltd.
Catalog.com, Ir

Organization:
    Hewlett-Packard Company
    HP Hostmaster
    3404 East Harmony Rd   MS 68
    Fort Collins, CO 80528
    US
    Phone: 800-524-7638
    Fax..: 970-898-2836
    Email: hostmaster@HP.com

Registrar Name....: Register.com
Registrar Whois...: whois.register.com
Registrar Homepage: http://www.register.com

Domain Name: HPPRINTERS.COM

    Created on..............: Thu, Jul 03, 1997
    Expires on..............: Fri, Jul 02, 2004
    Record last updated on..: Fri, Nov 15, 2002

Administrative Contact:
    Hewlett-Packard company
    HP Hostmaster
    3404 East Harmony Rd., MS 68 - Fort Collins
    CO,  80528
    US
    Phone: +1 8005247638
    Fax..: +1 9708982836
    Email: hostmaster@hp.com

Technical Contact:
    Hewlett-Packard Company
    HP Hostmaster
    3404 East Harmony Rd   MS 68.
    Fort Collins, CO 80528
    US
    Phone: 970-898-7023
    Fax..: 404-648-1848
    Email: Hostmaster@hp.com

Zone Contact:
    Hewlett-Packard Company
    HP Hostmaster
    3404 East Harmony Rd   MS 68.
    Fort Collins, CO 80528
    US
    Phone: 970-898-7023
    Fax..: 404-648-1848
    Email: Hostmaster@hp.com

Domain servers in listed order:

ATLANTA.AMERICAS.HP.NET          15.227.128.50
DENVER.AMERICAS.HP.NET           15.235.240.50
PALOALTO.AMERICAS.HP.NET          15.243.160.50

Register your domain name at http://www.register.com



## hpprinter.com is

# Reserved

**Registrar:** ALLDOMAINS.COM INC.          **Status:** REGISTRAR-LOCK

**Domain options / additional information:** *(Click below to expand)*

+ if you own this domain...

+ if you are trying to register/buy this domain...

+ if you are researching this domain...

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.   Domain Name: HPPRINTER.COM
  Registrar: ALLDOMAINS.COM INC.
  Whois Server: whois.alldomains.com
  Referral URL: http://www.alldomains.com
  Name Server: ATLANTA.AMERICAS.HP.NET
  Name Server: PALOALTO.AMERICAS.HP.NET
  Status: REGISTRAR-LOCK
  Updated Date: 24-mar-2003
  Creation Date: 15-mar-1999
  Expiration Date: 15-mar-2005
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

This search is sponsored by LinkPopularity.com

[whois.alldomains.com]
Alldomains.com - The Leader in Corporate Domain Management
----------------------------------------------------------
For Global Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
----------------------------------------------------------

The Data in Alldomains.com's WHOIS database is provided by Alldomains.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record.  Alldomains.com
does not guarantee its accuracy.  By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or  (2) enable high volume, automated,
electronic processes that apply to Alldomains.com (or its systems).
Alldomains.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:

### Sidebar

Home
Link-to
Contac

**Featured F**

Register a dor
with **Register**
only $20. Inclu

- Free 10-pag
- Free web for
- Free e-mail f
- Free domain
- Name portfo
manager
- Dynamic DN

**Click he**
discounte

Domain Re
1 eNameCo
123 Easy Doma
Names
123 Registratio
1dni.com
1st Domain.net
4Domains.com
Active ISP AS/
Address Creatic
Aitdomains.cor
Alice's Registry
Alldomains.cor
America Online
Ascio Technolo
ATLNTD.com
AWRegistry
BB Online UK
Bizcn.com, Inc

Hewlett-Packard Company
(DOM-257973)
3000 Hanover Road Palo Alto
CA
94304 US

Domain Name: hpprinter.com

Registrar Name: Alldomains.com
Registrar Whois: whois.alldomains.com
Registrar Homepage: http://www.alldomains.com

Administrative Contact:
HP Hostmaster
(NIC-1467775)
Hewlett-Packard Company
1000 NE Circle Blvd
MS413G Corvallis
OR
97330 US
hostmaster@hp.com +1.8005247638 Fax- +1.5417156789
Technical Contact, Zone Contact:
HP Hostmaster
(NIC-1467776)
Hewlett-Packard Company
3404 East Harmony Rd., MS 20 Fort Collins
CO
80528 US
hostmaster@hp.com +1.8005247638 Fax- +1.9708983793

Created on..............: 1999-Mar-15.
Expires on..............: 2005-Mar-15.
Record last updated on..: 2003-Jun-06 14:34:52.

Domain servers in listed order:

ATLANTA.AMERICAS.HP.NET              15.227.128.50
PALOALTO.AMERICAS.HP.NET             15.243.160.50

Alldomains.com - The Leader in Corporate Domain Management
----------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
----------------------------------------------------------

| www. | | **Search** |
|------|--|------------|
| Searches shared database registry and queries appropriate registrar. | | |

E

HP United States - Welcome



24 February 2004

Wisdom

»» Leasing equals smart business

**Business customers:**
»» Buy direct from HP online
or call 1-800-888-0262
»» Other ways to buy

»» Get the d220 microtower
for $349
»» See more business offers

Select: United States-English

»» Desktops & Workstations
»» Notebooks & Tablet PCs
»» Handheld Devices
»» Monitors & Projectors

»» Printing & Multifunction
»» Fax, Copiers & Scanners
»» Digital Photography
»» Supplies & Accessories

»» Storage
»» Servers
»» Networking

»» Software Products
»» Business & IT Services
»» Solutions

»» Home & Home Office

»» Small & Medium Business

»» Large Enterprise Business

»» Government & Education

»» Partners & Developers

»» **Online Shopping**

»» **Support & Drivers**

Search:

»» **Contact HP**

»» Jobs at HP    »» Newsroom    »» Promotions    »» Subscribe

»» Company information

Privacy statement    Using this site means you accept its terms    Safety recalls    © 2004 Hewlett-Packard Development Company, L.P.

http://www.hp.com/

HP United States - Welcome



24 February 2004

Select: United States-English

**Adaptive Enterprise:**
» Business & IT synchronized to capitalize on change

**Extend server reach**
» The next generation of enhanced x86 technology
» See server offers

Standardize
» Reduce cost, simplify change

» Desktops & Workstations
» Notebooks & Tablet PCs
» Handheld Devices
» Monitors & Projectors

» Printing & Multifunction
» Fax, Copiers & Scanners
» Digital Photography
» Supplies & Accessories

» Storage
» Servers
» Networking

» Software Products
» Business & IT Services
» Solutions

» Home & Home Office
» Small & Medium Business
» Large Enterprise Business
» Government & Education
» Partners & Developers

» Online Shopping
» Support & Drivers

Search: [            ] »

» Contact HP
» Company information
Privacy statement

» Jobs at HP
» Newsroom
Using this site means you accept its terms    Safety recalls

» Promotions
» Subscribe

© 2004 Hewlett-Packard Development Company, L.P.

http://www.hp.net/

HP United States - Welcome



24 February 2004

**HP** invent

All for you

» Capture, share, connect Discover
the HP Digital Photography Center

Select: United States-English »

» Home & Home Office

» Small & Medium Business

» Large Enterprise Business

» Government & Education

» Partners & Developers

**Home customers:**
» Shop at **hpshopping.com**
» Find an online retailer
» Find a store near you

» $100 off + free shipping
on customizable HP
Pavilion notebooks

» Desktops & Workstations
» Notebooks & Tablet PCs
» Handheld Devices
» Monitors & Projectors

» Printing & Multifunction
» Fax, Copiers & Scanners
» Digital Photography
» Supplies & Accessories

» Storage
» Servers
» Networking

» Software Products
» Business & IT Services
» Solutions

**Online Shopping**

**Support & Drivers**

» **Contact HP**

» Company information     » Jobs at HP     » Newsroom

Search: [          ]

» Promotions     » Subscribe »

Privacy statement     Using this site means you accept its terms     Safety recalls     © 2004 Hewlett-Packard Development Company, L.P.

http://www.hp.org/

 hpshopping.com
A subsidiary of hp

# home & home office store

**hpshopping.com**

» eNewsletter sign-up

» shopping cart

Your cart is empty

**purchase info**
- » order status
- » returns & exchanges
- » shipping info
- » customer service
- » respecting your privacy
- » secure transactions
- » mail-in rebates
- » online financing
- » academic program
- » find a store near you

**more info**
- » about hpshopping
- » support & drivers
- » learning library
- » digital living
- » affiliate program

BBBOnLine RELIABILITY PROGRAM

» customize a Compaq Presario R3000T
FREE Microsoft® wireless base station*
*after mail-in rebates when you add a 54g LAN option
FREE SHIPPING on your entire order

**computers**
desktops, notebooks, handhelds, monitors, dvd, networking, calculators, accessories

**printers**
all-in-ones, LaserJets, photo printers, inkjets, fax & copiers, mac compatible, accessories

**digital photography**
cameras, photo printers, scanners, digital projectors, mac compatible, accessories

**printing supplies**
cartridges, paper, and more

**outlet store**
great deals on closeout and refurbished products

**extended service plans**
protect your investment

## featured products

**Free shipping! New customizable HP Media Center m400y Photosmart PC**
- get a free hard drive and DVD writer upgrades
- pause and record live TV with PVR functionality
- featuring Intel Pentium 4 processor with Hyper-Threading technology

» customize an hp media center pc

**Get a wireless G base station with select customized Compaq Presario notebooks**
- full-featured notebooks with up to 15.4" display
- get a Microsoft wireless G base station when you add a Broadcom integrated wireless 54g LAN option to your customized Compaq Presario R3000Tor 2500 series notebook

» choose a Compaq Presario notebook series

**Free gift! HP psc 2175 all-in-one with free USB digital drive**
- print, scan, copy with this easy to use home office machine
- **$199.99** plus free pocket-sized USB Secure Digital drive with purchase

**you recently browsec**

hp 10 cyan printhead

**you recently searche**
- » c3104
- » c4935a
- » c4801a

**special offers !**

FREE SHIPPING on customized de: and notebooks
» see details

buy any print car get FREE SHIPPIN
» see cartridges

new free specia paper with purch select Officejet all
» see printers

WAREHOUSE
Get 10% to 15% (
» shop now

$100 off Compaq Presario notebo with mail-in rebate
» customize now

free photo pape with purchase of I Photosmart 7960 (
» see printers

new at hpshopp HP and Compaq p
» see the latest

**just for you**

» my printing supplie
save your list for later

clear browsed & search

HPshopping.com

Page 2 of 2

» see more info about this all-in-one

**25% off! HP Photosmart 435 digital camera and Photosmart 7660 printer duo**
- 3.3 MP digital camera with 5x digital zoom
- print directly to the six-ink-color 7660 printer
- $224.99 after $75 mail-in rebate

» see more info about this digital camera and printer

items

**top sellers**

» hp 10bii financial calculator
» hp psc 2410 photos all-in-one
» hp LaserJet 1012 pr

**as advertised**

» HP Pavilion desktop
» HP Pavilion noteboo

 **hot news & e-newslette**
» sign up

 **mobile ma sweepstak**
» enter to win!

 **NO INTEREST & NO PAYMENT** for 6 months with orde over $200. See details.

privacy statement        using this site means you accept its terms
© 2004 Hewlett-Packard Development Company, L.P.

**F**

| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|---|---|---|---|---|
| COMPAQ & Design | 1,264,107 | 1/17/84 | 1982 | Personal computers in Class 9 |
| COMPAQ | 1,467,066 | 12/1/87 | 1982 | Personal computers and microcomputers, accessories and peripherals, namely floppy diskette drives; hard disk drives, video monitors; back-up tape drives, printed circuit boards; modems; computer keyboards; random access memory (RAM) modules; electrical connecting cables; read-only memories (ROMS); carrying cases for computers; programmed magnetic diskettes and user's guides and manuals sold as a unit with computers in Class 9 |
| COMPAQ (stylized) | 1,993,755 | 8/13/96 | 1993 | Personal computers; microcomputers; file servers; floppy diskette drives; hard disk drives; disk drive controllers; video monitors; video graphics controllers; back-up tape drives; blank magnetic tape cartridges; printed circuit boards; serial interface boards; combination serial and parallel interface boards; modems; computer keyboards; numeric keypads for computers; external disk drive storage cabinets with power supplies; liquid crystal external disk drive storage cabinets with power supplies; liquid crystal displays for converting portable computers to color displays; random access memory (RAM) modules; electrical connecting cables; read-only memories (ROMS); video random access memory (VRAM) modules; cache memory; memory expansion boards; central processing unit boards for upgrading personal computers; carrying cases for computers; programmed magnetic diskettes; computer user's guides and manuals all sold as a unit with computers; compact disk read-only memories (CD-ROMS); compact disk |

| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|------|------|------|------|------|
| | | | | read-only memory (CD-ROM) drives; rechargeable batteries; automobile electrical power adapters; battery chargers; AC adapters for computers; electrical connecting cables for computers and computer peripherals; computer pointing devices, namely mice, pens and trackballs; docking stations for portable computers; computer peripheral adapters; upgrade kits comprised of plug-in circuit boards and sound-producing software for adding audio capabilities to personal computers; PC cards for adding memory, modems, and I/O controllers to personal computers; intelligent drive array storage devices for personal computers and servers; prerecorded magnetic diskettes for storage of warranty registration information; disk drive storage systems for personal computers, namely a chassis and enclosure which accommodates a plurality of hot-pluggable disk drives and includes a built-in power supply for supplying electrical power to such disk drives; computer network interface controllers; uninterruptable power supplies (UPS'S); and computer software for computer initialization and configuration, diagnostic functions, operating systems, computer peripheral drivers, accessing information data bases, drive mirroring, data guarding, error lodging, automatic revision tracking, automatic server recovery, program delivery and license agreement acceptance, reference utility for technical information, monitoring and controlling one or more file servers in a local area network of personal computers in Class 9. |
| COMPAQ (stylized) | 1,993,756 | 8/13/96 | 1993 | Personal computers; microcomputers; file servers; floppy diskette drives; hard |

| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|---|---|---|---|---|
| | | | | disk drives; disk drive controllers; video monitors; video graphics controllers; back-up tape drives; blank magnetic tape cartridges; printed circuit boards; serial interface boards; combination serial and parallel interface boards; modems; computer keyboards; numeric keypads for computers; external disk drive storage cabinets with power supplies; liquid crystal external disk drive storage cabinets with power supplies; liquid crystal displays for converting portable computers to color displays; random access memory (RAM) modules; electrical connecting cables; read-only memories (ROMS); video random access memory (VRAM) modules; cache memory; memory expansion boards; central processing unit boards for upgrading personal computers; carrying cases for computers; programmed magnetic diskettes; computer user's guides and manuals all sold as a unit with computers; compact disk read-only memories (CD-ROMS); compact disk read-only memory (CD-ROM) drives; rechargeable batteries; automobile electrical power adapters; battery chargers; AC adapters for computers; electrical connecting cables for computers and computer peripherals; computer pointing devices, namely mice, pens and trackballs; docking stations for portable computers; computer peripheral adapters; upgrade kits comprised of plug-in circuit boards and sound-producing software for adding audio capabilities to personal computers; PC cards for adding memory, modems, and I/O controllers to personal computers; intelligent drive array storage devices for personal computers and servers; prerecorded magnetic diskettes for |

| MARK | REG. NO./SERIAL NO. | REG. DATE/FILING DATE | USE DATE | GOODS/SERVICES |
|------|------|------|------|------|
| | | | | storage of warranty registration information; disk drive storage systems for personal computers, namely a chassis and enclosure which accommodates a plurality of hot-pluggable disk drives and includes a built-in power supply for supplying electrical power to such disk drives; computer network interface controllers; uninterruptable power supplies (UPS'S); and computer software for computer initialization and configuration, diagnostic functions, operating systems, computer peripheral drivers, accessing information data bases, drive mirroring, data guarding, error lodging, automatic revision tracking, automatic server recovery, program delivery and license agreement acceptance, reference utility for technical information, monitoring and controlling one or more file servers in a local area network of personal computers in Class 9. |
| COMPAQ | 2,183,367 | 8/25/98 | 1996 | House mark for a full line of computer hardware and software in Class 9. |
| COMPAQ | 2,127,189 | 1/6/98 | 1986 | Books, printed forms, manuals, users guides and technical reference guides used in the operation of computer hardware and software, and newsletters for computer users in Class 16. |

**G**



# compaq.com is

# Reserved

Home
Link-to
Contac

**Featured F**

Register a dor
with **Register**
only $20. Incl

- Free 10-pag
- Free web for
- Free e-mail f
- Free domain
- Name portfo
manager
- Dynamic DN

**Click he
discounte**

**Domain Re**

123 Easy Doma
Names
123 Registratio
1dni.com
1st Domain.net
4Domains.com
Active ISP AS/
Address Creati
Aitdomains.cor
Alice's Registr
Alldomains.cor
America Online
Ascio Technolc
ATLNTD.com
AWRegistry
BB Online UK
Bizcn.com, Inc
BookMyName

**Registrar:** ALLDOMAINS.COM INC.          **Status:** REGISTRAR-LOCK

**Domain options / additional information:** *(Click below to expand)*

+ if you own this domain...

+ if you are trying to register/buy this domain...

+ if you are researching this domain...

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.   Domain Name: COMPAQ.COM
  Registrar: ALLDOMAINS.COM INC.
  Whois Server: whois.alldomains.com
  Referral URL: http://www.alldomains.com
  Name Server: NS1-PUBLIC.ZMA.COMPAQ.COM
  Name Server: NS1-PUBLIC.ZTX.COMPAQ.COM
  Name Server: NS1-PUBLIC.ZCA.COMPAQ.COM
  Status: REGISTRAR-LOCK
  Updated Date: 03-Jun-2003
  Creation Date: 20-apr-1995
  Expiration Date: 21-apr-2013
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

This search is sponsored by LinkPopularity.com

[whois.alldomains.com]
Alldomains.com - The Leader in Corporate Domain Management
----------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
----------------------------------------------------------

The Data in Alldomains.com's WHOIS database is provided by Alldomains.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record. Alldomains.com
does not guarantee its accuracy. By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or  (2) enable high volume, automated,
electronic processes that apply to Alldomains.com (or its systems).
Alldomains.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:
    Compaq Computer Corp
    (DOM-89154)
    20555 State Highway 249 Houston
    TX
    77070 US

Domain Name: compaq.com

    Registrar Name: Alldomains.com
    Registrar Whois: whois.alldomains.com
    Registrar Homepage: http://www.alldomains.com

Administrative Contact:
    Compaq Computer Corporation
    (NIC-1523703)
    Compaq Internet Domain Name Registrar
    20555 State Highway 249 Houston
    TX
    77070 US
    domainreg@compaq.com +1.2815188427
Technical Contact, Zone Contact:
    Domain Tech-Contact
    (NIC-366968)
    Compaq Computer Corp
    20555 State Highway 249 Houston
    TX
    77070 US
    domaintech@compaq.com +1.2815188427

Created on..............: 1995-Apr-20.
Expires on..............: 2015-Apr-21.
Record last updated on..: 2003-Nov-07 18:59:47.

Domain servers in listed order:

NS1-PUBLIC.ZTX.COMPAQ.COM      161.114.1.204
NS1-PUBLIC.ZMA.COMPAQ.COM     161.114.64.24
NS1-PUBLIC.ZCA.COMPAQ.COM     161.114.32.24

Alldomains.com - The Leader in Corporate Domain Management
---------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.alldomains.com/corp/
---------------------------------------------------------

| www. | | **Search** |
|------|-----|------------|
| Searches shared database registry and queries appropriate registrar. | | |