E-FILED
Monday, 27 March, 2006  03:42:08 PM
Clerk, U.S. District Court, ILCD



NATIONAL

ARBITRATION

FORUM

| | |
|---|---|
| Hewlett-Packard Company )<br>Hewlett-Packard Development )<br>Company, L.P. )<br>3000 Hanover Street )<br>Palo Alto, CA 94304 and )<br>)<br>Compaq Trademark B.V. )<br>Startbaan 16 )<br>1187 XR Amstelveen )<br>The Netherlands )<br>)<br>Complainants )<br>)<br>v. )<br>)<br>MITG and Michael Lauber )<br>4220 Kochs Ln )<br>P.O. Box 5208 )<br>Quincy, IL 62305 )<br>)<br>Respondent )<br>_____) | **Domain Names In Dispute:**<br>hpdirectonlineparts.com<br>hpdirectonline.com<br>hponlineparts.com<br>compaqdirectonline.com<br>compaqonlineparts.com |

**HEWLETT-PACKARD COMPANY, HEWLETT-PACKARD DEVELOPMENT COMPANY L.P. AND COMPAQ TRADEMARK B.V.'S ADDITIONAL SUBMISSION UNDER FORUM SUPPLEMENTAL RULE 7**

Pursuant to the National Arbitration Forum Supplemental Rule 7, Hewlett-Packard Company, Hewlett-Packard Development Company L.P. and Compaq Trademark B.V. ("Hewlett-Packard" "Compaq" or "Complainants") submit this response to the Answer submitted by Midwest Information Technology Group, Inc. ("MITG") and Michael Lauber ("Lauber") (together the "Respondents") on March 18, 2004.

<u>Respondents actions violate ICANN Policy.</u>

502917 000160 DALLAS 1717290.1

EXHIBIT
5

In their Response to Complainants' Original Complaint, Respondents' concede that the domain names <hpdirectonlineparts.com> <hpdirectonline.com> <hponlineparts.com> <compaqdirectonline.com> <compaqonlineparts.com> incorporate the well known HP and COMPAQ marks along with descriptive wording, and thereby concede that the domain names are confusingly similar to the famous HP and COMPAQ marks. In arguing that registration and use of the domain names does not violate the ICANN Policy, Respondents rely instead on arguments that they use the famous HP and COMPAQ marks in their domain names with the "express and/or implied consent of Complainants and not in bad faith." Contrary to Respondents' arguments, Respondents were never granted express or implied consent to use the famous HP and COMPAQ marks in their domain names and Respondents continue to use the domain names after Complainants notified them that such use infringed their trademark rights. Therefore their use and registration of these domain names is a violation of Complainants' trademarks rights and of the ICANN Policy.

Respondents registered the domain names <hpdirectonlineparts.com> <hpdirectonline.com> <hponlineparts.com> <compaqdirectonline.com> <compaqonlineparts.com> without Complainants' knowledge. Complainants and Respondents entered into a contract whereby they acknowledged each other's intellectual property rights and conducted business together. When this business arrangement ended, Complainants believed that Respondents would acknowledge and respect their rights in the famous HP and COMPAQ marks and would cease all use and registration of the domain names at issue. It was during this time the Complainants sought the voluntary transfer of the domain names evidenced by <u>Exhibit D</u> to the Response. Contrary to Respondent's allegations, Complainants made no underhanded attempt to change the domain name registration information without Respondent's consent. As Respondents had no legitimate right to the domain names, Complainants' believed that they would agree to the voluntary transfer and therefore began the process, during which they sought Respondents consent to the transfer

When it became apparent to Complainants that Respondents did not intend to voluntarily transfer the domain names and intended to continue to use the domain names they notified Respondents that such use and registration was a violation of Complainants' trademark rights. See <u>Exhibit 1</u> to Complainant's Additional Submission. After the receipt of this letter, if Respondents' had previously believed that they had an implied right to use the domain names, such action on the part of Complainants should have made clear to Respondents that any such consent was revoked.

Respondents try to frame the issues in this proceeding as contractual issues between the parties. This is not the case. Respondents are simply infringing upon Complainants' trademark rights in bad faith. There is nothing in either of the agreements cited by Respondents that gives Respondents the right to use Complainants' world famous trademarks in their domain names. Respondents have simply exploited the fame of the Complainants' trademarks for their own benefit and continue to do so despite requests by Complainants for them to stop. Their actions indicate their bad faith intent to profit from use of the domain names in violation of Complainants' trademark rights.

Complainants disagree with the irrational interpretation of the facts, contracts and law upon which the Registrants' arguments are based. Complainants cite two contracts to support their arguments as to why they have a legitimate right to use the domain names containing

Complainants' famous marks and why their use and registration of these marks was not in bad faith. Neither agreement provides them with any rights to use the famous HP and COMPAQ marks in their domain names. See <u>Exhibit I</u> to Complainants' Original Complaint and <u>Exhibit C</u> to Respondent's Response. Complainants claim that the Standard Support Agreement provides them with the right to register and use domain names that include the famous HP and COMPAQ marks. <u>Exhibit I</u> to Complainants' Original Complaint. However, as pointed out in Complainants' Original Complaint, in this agreement each party acknowledged the other party's ownership of intellectual property rights, including trademark rights, and agreed not to use the other party's intellectual property without permission and then only to the extent necessary to perform its obligations under the contract. Respondents thereby acknowledged Complainants' rights in the HP and Compaq marks. Nothing in this agreement grants Respondents the rights they claim in their Response.

Respondents also point to what they refer to as the "Middleware Agreement" to support their claim that they have a legitimate right to register and use the domain names. See <u>Exhibit C</u> to Respondents' Response. They emphasize the fact that the Middleware Agreement has not been terminated. The Middleware Agreement is a contract under which Complainants authorized MITG to develop, at MITG's own expense, software to interface with the HP web tool that accessed HP's order entry system. The contract has nothing to do with, nor does it discuss, the right to use the famous HP and COMPAQ marks. Respondents' reliance on this agreement is entirely misplaced. Simply because this agreement, relating entirely to a software program, has not been terminated, does not mean that Respondents have been granted any rights to use the famous HP and COMPAQ marks in their domain names.

No contract between Complainants and Respondents expressly or impliedly confers any rights upon Respondents to use the famous COMPAQ and HP marks. Complainants have asked Respondents to cease using the domain names. Despite Complainants' letter to MITG clearly stating that use of the HP and COMPAQ marks in domain names is considered an infringement of Complainants' trademarks, Respondents continue to argue that they have an implied right to use the famous HP and COMPAQ marks in their domain names. Such an argument is baseless.

The actions that Respondents have taken regarding these domain names clearly show that Respondents have registered and are using the domain names in bad faith. They registered the domain names without Complainants' knowledge and continued to use the domain names after Complainants asked them to stop. Their own actions show that they consider continued use of the domain names to be an infringement of Complainants' marks since subsequent to the filing of the Original Complaint, Respondents have taken down the web sites found at the domain names. See <u>Exhibit 2</u> to this Additional Submission.

Respondents have put forward no legitimate arguments showing that they have a right or legitimate interest in the domain names. Nor have they provided any evidence that their registration and use is not in bad faith. By registering and using the domain names for their own commercial gain without approval from Complainants to do so and continuing to do so after Complainants asked them to stop, their actions violate the ICANN Policy.

<u>Other Legal Proceedings</u>
Subsequent to the filing of Complainants' Original Complaint in Accordance with the Uniform Domain Name Dispute Resolution Policy, which was submitted to the National

Arbitration Forum on February 25, 2004, Complainants' filed a complaint with the United States District Court in the Central District of Illinois on February 27, 2004 regarding the Respondents' improper use of Complainants' trademarks. Complainants ask that the Panel exercise its discretion to proceed with a decision in this arbitration proceeding.

March 22, 2004

Molly Buck Richard
Heather C. Brunelli
Thompson & Knight LLP
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201

Attorneys for Complainant
Hewlett-Packard Company

## EXHIBITS

EXHIBIT 1      Letter of February 2, 2004 from Molly Richard, attorney for Complainants, to William McClearly, attorney for Respondents.

EXHIBIT 2      Print outs showing current inactivity of domain names.

# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

1700 PACIFIC AVENUE • SUITE 3300
DALLAS, TEXAS 75201-4693
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON

ALGIERS
MONTERREY
PARIS
RIO DE JANEIRO

Direct Dial:    (214) 969-1677
E-Mail: molly.Richard@tklaw.com

February 2, 2004

**VIA FACSIMILE – (217) 223-1005**

Mr. William McCleery, Jr.
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey
P. O. Box 1069
Quincy, Illinois 62306

Re:    MITG

Dear Mr. McCleery:

As you know, I represent Hewlett-Packard Development Company and Compaq Trademark B.V., owners of the trademark rights in the Compaq and HP trademarks. Our client has attempted to obtain the cooperation of Midwest Information Technology Group (MITG) and its principal, Mike Lauber in connection with the transfer of four domain names that your client registered just shortly prior to entering into an agreement with Compaq Direct, Inc. As you know, that agreement terminates pursuant to its terms on February 7, 2004.

You have stated that it is your client's position that he does not have any obligation to transfer the domain names to our clients because they constitute his "Intellectual Property" as defined by the agreement. Your client cannot claim ownership rights to the HP or Compaq marks or to any domain names that incorporate those marks. First, your client registered these domain names in anticipation of entering into an agreement with Compaq Direct, Inc. Your client never had any intellectual property rights to the HP or Compaq trademarks before, during or after the agreement with Compaq Direct, Inc. Obviously, after the parties' relationship terminates on February 7, 2004, your client will have no right to use any of these domain names and, indeed, any use would constitute trademark infringement and may violate the Anticybersquatting Protection Act. Accordingly, we are demanding that your client voluntarily transfer these domain names to our clients immediately to avoid further action. In the event that your client refuses to transfer these domain names and our client loses control over these sites after the termination of the agreement, our clients will have a claim for damages for lost revenues in addition to statutory damages and attorneys fees.

It is imperative that I hear from you no later that 4 p.m. CST on Tuesday, February 3, 2004 on this matter.

Sincerely,

Molly Buck Richard

MBR:dvc
c: Hewlett-Packard Development Company

502917.000002 Dallas 1697053.1

MSN Search: www.hpdirectonlineparts.com -- More Useful Everyday      Page 1 of 1

 **We can't find "www.hpdirectonlineparts.com"**

You can try again by typing the URL in the address bar above.
Or, search the Web:

**Download MSN Toolbar!**

Go to MSN Search to see complete results for "www.hpdirectonlineparts.com".

Check availability or register the domain name 'www.hpdirectonlineparts.com'.

More information about this error.
About Results

Not satisfied with your results? Help us improve.

**Powered by MSN Search**

©2004 Microsoft Corporation. All rights reserved.   Terms of Use   TRUSTe Approved Privacy Statement

http://search.msn.com/dnserror.aspx?FORM=DNSAS&q=www.hpdirectonlineparts.com      3/19/2004

MSN Search: www.hpdirectonline.com -- More Useful Everyday                                    Page 1 of 1

 We can't find "www.hpdirectonline.com"

You can try again by typing the URL in the address bar above.
Or, search the Web:

**Download MSN Toolbar!**

Go to MSN Search to see complete results for "www.hpdirectonline.com".

Check availability or register the domain name 'www.hpdirectonline.com'.

More information about this error.
About Results

Not satisfied with your results? Help us improve.

Powered by  MSN Search

©2004 Microsoft Corporation. All rights reserved.    Terms of Use    TRUSTe Approved Privacy Statement

http://search.msn.com/dnserror.aspx?FORM=DNSAS&q=www.hpdirectonline.com                        3/19/2004

MSN Search: www.hponlineparts.com -- More Useful Everyday                                          Page 1 of 1

 We can't find "www.hponlineparts.com"

**You can try again by typing the URL in the address bar above.
Or, search the Web:**

[                                          ]  [    ]     **Download MSN Toolbar!**

Go to MSN Search to see complete results for "www.hponlineparts.com".

**Check availability or register the domain name 'www.hponlineparts.com'.**

More information about this error.
*About Results*

Not satisfied with your results? Help us improve.

**Powered by** MSN Search

©2004 Microsoft Corporation. All rights reserved.    Terms of Use    TRUSTe Approved Privacy Statement

http://search.msn.com/dnserror.aspx?FORM=DNSAS&q=www.hponlineparts.com                              3/19/2004

MSN Search: www.compaqdirectonline.com -- More Useful Everyday								Page 1 of 1

 We can't find "www.compaqdirectonline.com"

**You can try again by typing the URL in the address bar above.**
**Or, search the Web:**

[          ] [search]    **Download MSN Toolbar!**

Go to MSN Search to see complete results for "www.compaqdirectonline.com".

**Check availability or register the domain name 'www.compaqdirectonline.com'.**

More information about this error.
*About Results*

Not satisfied with your results? Help us improve.

**Powered by** MSN Search

©2004 Microsoft Corporation. All rights reserved.    Terms of Use    TRUSTe Approved Privacy Statement

http://search.msn.com/dnserror.aspx?FORM=DNSAS&q=www.compaqdirectonline.com				3/19/2004

MSN Search: www.compaqonlineparts.com -- More Useful Everyday               Page 1 of 1

 We can't find "www.compaqonlineparts.com"

**You can try again by typing the URL in the address bar above.**
**Or, search the Web:**

[              ]   [search]                    **Download MSN Toolbar!**

Go to <u>MSN Search</u> to see complete results for "www.compaqonlineparts.com".

<u>**Check availability or register the domain name 'www.compaqonlineparts.com'.**</u>

<u>More information about this error.</u>
*About Results*

Not satisfied with your results? <u>Help us improve.</u>

**Powered by** ✔ **MSN Search**

©2004 Microsoft Corporation. All rights reserved.    Terms of Use    TRUSTe Approved Privacy Statement

http://search.msn.com/dnserror.aspx?FORM=DNSAS&q=www.compaqonlineparts.com            3/19/2004

## CERTIFICATE OF FIRST CLASS MAILING

I hereby certify that a true and correct copy of Hewlett-Packard Company, Hewlett-Packard Development Company L.P. and Compaq Trademark B.V.'s Additional Submission Under forum Supplemental Rule 7 (with Exhibits) was sent via First Class Mail to:

James A. Hansen
Schmiedeskamp, Robertson,, Neu & Mitchell
252 Jersey
PO Box 1069
Quincy, IL 62301

on March 22, 2004.

Heather C. Brunelli

502917 000160 DALLAS 1717290.1