```
 1                UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF ILLINOIS
 2                     SPRINGFIELD DIVISION

 3

 4

 5   HEWLETT-PACKARD DEVELOPMENT          )
     COMPANY, L.P., HEWLETT-PACKARD       )
 6   COMPANY, and COMPAQ TRADEMARK B.V.,  )
                                          )
 7           PLAINTIFFS,                  )
                                          )   Civil Action
 8           vs.                          )   No. 04-3055
                                          )
 9   MIDWEST INFORMATION TECHNOLOGY       )
     GROUP, INC. and MICHAEL LAUBER,      )
10                                        )
             DEFENDANTS.                  )
11
```

        DISCOVERY DEPOSITION of MICHAEL LAUBER, taken in
the above-entitled case before Tracy L. Grott, a Notary
Public and Certified Shorthand Reporter of Adams County,
Illinois, at 9:00 a.m., on February 17, 2005, at 525 Jersey,
Adams County, Quincy, Illinois, pursuant to stipulation
hereto annexed.

                    Tracy L. Grott, CSR
                     2901 Sonata Drive
                     Quincy, IL  62301
                       217-223-3624

EXHIBIT 8

```
 1   names registered by or on behalf of MITG that
 2   incorporate HP in them other than the ones in the
 3   exhibits that I showed you?
 4        A    I don't know exactly, no.
 5        Q    Okay.  Let me just hand you what's
 6   previously been marked Deposition Exhibit W.
 7   Deposition Exhibit W is a series of emails dealing
 8   with the website, MITG website addresses.  If you
 9   can just flip through those, I have a couple of
10   questions for you.
11             MS. CARROLL:  It starts at the back and
12        goes forward.  They're the same date, but
13        they're in time sequence.  Well, wait a minute.
14             THE WITNESS:  No, this starts in the
15        front.
16             MR. HANSEN:  That was --
17             MS. CARROLL:  It starts in the front and
18        goes backwards.  Sorry.
19             THE WITNESS:  Okay.
20   BY MS. CARROLL:
21        Q    Are you familiar with these email
22   exchanges?
23        A    Yes.
24        Q    Okay.  I take it from the content of this
25   first email string from November 28th of '01 that
```

```
 1   MITG was looking to register Compaqspareparts.com?
 2        A    According to Troy, yes.  Troy had
 3   requested it.
 4        Q    All right.  Well, I'm looking at your
 5   email to Ron Haught from you saying
 6   www.Compaqspareparts.com, hey, this address is taken
 7   by someone already.  You see that at the bottom?
 8        A    Okay.
 9        Q    That was one of the additional websites
10   you were attempting to register, correct?
11        A    Yes.
12        Q    All right.  And then Mr. Bloomquist
13   responds with some suggestions, how about
14   Compaqparts.com.  You see that at the top?
15        A    Yep.
16        Q    Did you attempt to register either of
17   those two suggestions from Mr. Bloomquist, do you
18   recall?
19        A    Yeah, I think I did.
20        Q    Do you know if those, if you were
21   successful in registering Compaqparts.com and
22   Compaq-spareparts.com?
23        A    It doesn't look like it because there's --
24   they're not listed on the third page.
25        Q    All right.  So the third page is later in
```

1   the day, it is listed with four emails from
2   Mr. Haught to Mr. Bloomquist which has cc.'d four
3   names that had been registered, correct?
4       A   Correct.
5       Q   Now tell me why -- as we saw from Exhibits
6   2 and 3, Compaqdirectonline and
7   Compaqonlineparts.com were listing MITG as the
8   registrant and Compaqdirectspareparts.com, and
9   Compaqdirectservice.com lists CEI as the registrant.
10  Do you know why the distinction between listing MITG
11  as the registrant on 2 and CEI as the registrant on
12  3?
13      A   No.
14      Q   There is a response from Troy with an
15  additional, apparently a suggestion
16  Cpqspareparts.com.  Did you do anything with that,
17  do you know?
18      A   Where's that reference?
19      Q   At the top of this third page.
20      A   I don't recall if we did anything with
21  that.
22      Q   Okay.  Then on the last page of the
23  exhibit there is, at the very top, it's from John
24  Brewer to M. Brummit?
25      A   Michael Brummit.

```
1       Q    Who's he?
2       A    The IT person.
3       Q    Okay.
4       A    For MITG.
5       Q    All right.  This indicates towards the end
of the -- well, in the second email it's actually
from you to Ron Haught, Troy Bloomquist and others
that the current www.ceiparts.com would forward to
Compaqdirectonline.com.
10      A    Correct.
11      Q    So this is what you were just describing
to me that the beginning use of the Compaq domain
name was simply CEI up to that point and the website
was substantially the same?
15      A    Correct.
16      Q    And December 18 of 2001 is the date of
these emails?
18      A    Correct.
19      Q    Okay.  And this references
Compaqdirectparts.com and Compaqonlineparts.com.
Were those the only two Compaq websites, domain
names, that were being used out of the four?
23      A    I believe so.
24      Q    All right.  Do you know at this time
whether -- well, strike that.  Is it fair to say
```

1  based on this last email here on MITG 0535, the last
2  email string, that on or about December 18, 2001,
3  the Compaq domain names were being used for live
4  websites?
5      A    Well, it states it would be a new site as
6  of Monday in the email.
7      Q    So a week from then because this is
8  indicating Tuesday, December 18th, so it's the next
9  week that the website would go live?
10     A    I believe so, yeah, just from what it
11 states in the email.
12     Q    Okay.  The web hosting company that's
13 listed -- if you need to go back -- do you recall
14 what web hosting service you were using?
15     A    Alldomains.
16     Q    Well, that's the company that's
17 registering, what about the web hosting?  Do you
18 recall what company was actually hosting the server?
19 Adams.net?
20     A    At this time, yeah, Adams.net.
21     Q    All right.  Now were you involved in
22 selecting who MITG was going to use as a web hosting
23 company?
24     A    No.
25     Q    Do you have any information about what

```
 1  capabilities Adams.net had as a web hosting company?
 2       A    They're a telephone company.  They're an
 3  IT company, from what I understand.  I don't know
 4  what you're asking, I mean.
 5.      Q    In terms of the service that they provide
 6  when they're doing web hosting, do you have any
 7  information about their capabilities?
 8       A    No.
 9       Q    Do you know why they were selected as the
10  web hosting company?
11       A    Because they provide it?
12            MR. HANSEN:  If you know.
13            THE WITNESS:  I don't know.  I don't know.
14            MR. HANSEN:  That's fine.
15  BY MS. CARROLL:
16       Q    Okay.  You said once the websites were up
17  you didn't have any responsibility for maintaining
18  those or keeping up the content of those?
19       A    No.
20       Q    What about -- well, who did, once the
21  websites were up, who at MITG made the decisions in
22  terms of the content of the websites?
23       A    Ronald Haught.
24       Q    Okay.  You were aware that
25  Hewlett-Packard, the relationship between MITG and
```