Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE CENTRAL DISTRICT OF ILLINOIS
 2                      SPRINGFIELD, DIVISION

 3   HEWLETT-PACKARD              ) CIVIL ACTION NO. 04-3055
     DEVELOPMENT COMPANY, L.P.,   )
 4   HEWLETT-PACKARD COMPANY      )
     AND COMPAQ TRADEMARK B.V.,   )
 5                                )
              PLAINTIFFS,         )
 6                                )
     VS.                          )
 7                                )
     MIDWEST INFORMATION          )
 8   TECHNOLOGY GROUP, INC.,      )
     AND MICHAEL LAUBER,          )
 9                                )
              DEFENDANTS.         )
10   ---------------------------

11
                        DEPOSITION OF
12                      TROY BLOOMQUIST

13                   TAKEN ON BEHALF OF
                        DEFENDANTS
14

15         DEPOSITION OF TROY BLOOMQUIST, taken

16   before Cynthia Craig, General Notary Public within

17   and for the State of Nebraska, beginning at

18   9:00 a.m., on October 12, 2004, at the

19   Hewlett-Packard Office, 10810 Farnam Drive, Omaha,

20   Nebraska.

21

22

23

24

25
```

EXHIBIT 9

THOMAS & THOMAS COURT REPORTERS
AND CERTIFIED LEGAL VIDEO, L.L.C.

1  extent there's a suggestion that these are all one
2  e-mail string. They're consecutively Bates numbered
3  but they are two separate e-mails.
4         MR. HANSEN: We'll go over that.
5  BY MR. HANSEN:
6     Q.   Is the first page MITG 532 an e-mail sent
7  from you to rdhj@MITG.com, dated Wednesday,
8  November 28, 2001?
9     A.   Yes.
10    Q.   Okay. And is that the e-mail address for
11 Ron Haught?
12    A.   Yes.
13    Q.   Okay. And in there -- in that e-mail
14 there on MITG 532, are you discussing domain names
15 with him to be used by MITG for these web-based
16 sites?
17    A.   Yeah, they were asking me questions on
18 obviously what -- in -- since we've already been
19 web-based do we want to continue to be wed-based in
20 our program, and that was one of our initiatives is
21 to become a web-based program. We were obviously
22 looking for -- to continue that path and also on the
23 parts side, so yes.
24    Q.   And apparently down here in the e-mail
25 that was cc'd to you, the folks at MITG were looking

T. BLOOMQUIST - Direct (By MR. HANSEN)

Page 38

1  for a site that apparently had already been taken by
2  someone else?
3      A.   Okay.
4      Q.   Is that --
5      A.   Yes.
6      Q.   -- how you read that?
7           Are these the names that you suggested to
8  the MITG folks to try and capture as a domain name
9  the compaqparts.com or compaq-spareparts.com?
10     A.   It appears from this e-mail that the
11 answer to that is yes.
12     Q.   Now let's turn to the page MITG 534, this
13 is an e-mail from Mr. Haught back to you dated
14 November 28, 2001, which if you look at the time,
15 3:43 p.m., it's after your e-mail to him that we
16 just discussed at the top of Page 532, correct?
17     A.   Yes.
18     Q.   He informs you that they have gone and
19 registered the following and asked if you had any
20 other suggestions for names; is that correct?
21     A.   Appearing -- yes.
22     Q.   Okay.  And it appears that they had
23 registered four domain names, and then you provided
24 one more suggestion so they could register that
25 which was captain CPQSspareparts.com; is that

1  correct?
2      A.   Yes.
3      Q.   Okay.  Do you know if that was ever
4  captured or not?
5      A.   To my knowledge -- to my knowledge, no,
6  but I can't confirm that.
7      Q.   Okay.  And were these then various sites
8  when we talk about a potential customer going to --
9  or MITG, excuse me, delivering a quote via their web
10 site to the customer after -- prior to the
11 Middleware when the MITG was involved, is that the
12 web sites that a customer could go to to look at
13 their quotes or was this after --
14     A.   Well, this -- it's not after the
15 Middleware.
16     Q.   Okay.
17     A.   I mean, I -- I mean, the only site I have
18 recollection of that was actually used by our
19 customers was the Compaq Direct online site.
20     Q.   Okay.
21     A.   I mean that was used by our customers.
22 I'm not saying that they didn't have these sites
23 reserved, but the ones that we -- the one we were
24 using for our -- for the program was the
25 Compaq Direct online parts site.

Page 40

1   Q.  Okay. Well, let me ask you which one that
2   is because there's not one here that reads that. We
3   have compaqdirectonline.com, compaqonlineparts.com,
4   compaqdirectspareparts.com and
5   compaqdirectservices.com, so you said it was one of
6   these first two?
7   A.  It was one of the first two.
8   Q.  Okay. Now, going back to the -- going to
9   those sites, did you or someone else within the
10  Compaq organization give MITG the authorization to
11  go ahead and capture those domain names to use in
12  the order process?
13      MS. CARROLL:  Objection to the extent that
14  it calls for a legal conclusion.
15  BY MR. HANSEN:
16  Q.  You can answer.
17  A.  I don't want to say that I told them what
18  sites to get, but I will say I told them these sites
19  are okay to use.
20  BY MR. HANSEN:
21  Q.  Okay.
22  A.  But I once again want to state that I
23  didn't say go procure it, but I did say, yes, I said
24  yes, this is fine.
25  Q.  Okay. Well, and those were the sites that

1  were used throughout the term of the agreement,
2  correct?
3     A.   Right.
4     Q.   Okay. All right. So let's go back to
5  this order system prior to the Middleware being
6  developed, which was MITG delivering the quotes, the
7  customer could look up the quote, but then your
8  division would contact you, get your group engaged,
9  you would get the order into VISTA and then the
10 customer would be invoiced.
11         Was that -- the VISTA order entry system,
12 was that in place at Compaq years before?
13    A.   The VISTA order system came with the
14 Inacom.
15    Q.   Okay.
16    A.   The Inacom purchase.
17    Q.   Okay. Was there in this system an
18 internal purchase order created as well as an
19 external purchase order, was there one to MITG and
20 one for HP, or Compaq at the time?
21    A.   So you're saying the VISTA system?
22    Q.   Yeah, correct.
23    A.   Well, the VISTA system would produce, you
24 know, an order number for the customer, and we would
25 have -- for MITG -- MITG -- as far as how MITG was