UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD DIVISION

---oOo---

HEWLETT-PACKARD DEVELOPMENT
COMPANY, L.P., HEWLETT-PACKARD
COMPANY, and COMPAQ TRADEMARK B.V.,

    Plaintiffs,

    vs.                Civil Action No. 04-3055

MIDWEST INFORMATION TECHNOLOGY
GROUP, INC., and MICHAEL LAUBER,

    Defendants.
_____/


Deposition of

BILL CROWLEY

Tuesday, September 28, 2004


Job No. 1608RD
Reported by: Ruth E. Diederich, RPR, CSR
    CSR No. 4952



**RUTH E. DIEDERICH, RPR, CSR**

CERTIFIED SHORTHAND REPORTER

1000 Sunrise Avenue, Suite 9B    TEL (916) 722-7814
PMB 346    FAX (916) 726-0784
Roseville, California  95661

EXHIBIT 10

1    Q.    Okay.

2    A.    They became HP Direct.

3    Q.    Okay.  And that was during the time in which
4 MITG was still providing services pursuant to the
5 Standard Support Agreement between the parties?

6    A.    Correct.

7    Q.    Okay.  So would MITG have then been providing
8 services for not only Compaq Direct, but then after the
9 merger, HP Direct?

10    A.    After the merger, HP Direct included Compaq, HP,
11 everything.  So HP -- it was a name change to HP Direct.

12    Q.    Okay.  But is it your testimony that MITG did
13 not provide any services for any other entity under the
14 HP Direct umbrella besides the Compaq Direct parts?

15    A.    No --

16    Q.    Okay.

17    A.    -- that's not my testimony.

18    Q.    Okay.  Then my previous question was, Is it your
19 understanding and knowledge that MITG provided parts,
20 services, pursuant to the Standard Support Agreement for
21 HP Direct after the merger took place?

22    A.    Yes.  They provided parts to HP Direct.

23    Q.    Okay.

24    A.    And that's not the same as all of HP, or it's
25 not the -- the same as -- as our organization.

37

1   A.   Yes.

2   Q.   Okay. Were you familiar with the Standard

3   Support Agreement prior to October 2003?

4   A.   No.

5   Q.   Okay. What is your understanding as to what

6   services were provided by MITG under the Standard

7   Support Agreement?

8   A.   My understanding is that MITG provided call

9   center services and logistics and fulfillment -- parts

10  fulfillment to Compaq Direct.

11  Q.   Would those services have also been provided to

12  HP Direct after the merger?

13  A.   Right.

14  Q.   Okay. And it said under paragraph 1 there in

15  Exhibit A, that -- the second sentence, that "These

16  services will be offered to CDI's," which at the time

17  was an abbreviation for Compaq Direct, Inc., as

18  contained in the first paragraph above that, "end users,

19  customers, companies or commercial entities directed or

20  referred by CDI to MITG."

21       Do you see where I'm at there?

22  A.   Yes.

23  Q.   Okay. Would that also, after the merger, have

24  been the same for HP Direct?

25  A.   Yes.