

Hewlett-Packard Company
3000 Hanover Street
Mail Stop 1050
Palo Alto, CA 94304-1112
www.hp.com

Suzanne R. Miller
Counsel
Corporate Legal Department

650.857.4939 Tel
650.857.3710 Fax
suzannem@hp.com

19 March 2004

Delmer R. Mitchell
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey
P.O. Box 1069
Quincy, Illinois 62306

VIA FACSIMILE AND U.S. MAIL

Re: Termination Notice of Agreement for development of Middleware between Compaq Direct, Inc. (now Hewlett-Packard Company) ("**HP**") and Midwest Information Technology Group, Inc. ("**MITG**"), effective February 8, 2002 (the "**Agreement**")

Dear Mr. Mitchell:

This letter serves as notice that HP will terminate the Agreement with your client, MITG. Under Section 6(a) of the Agreement, either party may terminate the Agreement by giving notice of its intent not to renew no less than ninety (90) days prior to the end of the then-current contract year. The current contract year began on February 8, 2004 and therefore the effective date of termination shall be February 8, 2005.

The Agreement set forth terms under which MITG would develop software described therein (the "Middleware") and license it to HP. Although the license grant (set forth in Section 3 of the Agreement) will terminate on February 8, 2005, HP stopped using the Middleware and does not intend to use it for the remainder of the term.

Sincerely,

*Suzanne R. Miller*

Suzanne R. Miller
Counsel

HEWLETT-PACKARD COMPANY

CC: Kristin Triolo
    Jim Struthers

EXHIBIT 13

HP001123



October 30, 2003

Ronald D. Haught Jr.
President/CEO
MITG Inc.
4220 Koch's Lane
Quincy, Illinois 62305

Delivered via UPS Overnight

Re: Termination Notice of Standard Support Agreement between Compaq Direct, Inc. (now Hewlett-Packard Company (HP)) and Midwest Information Technology Group (MITG) Inc., entered into on February 7, 2002.

Ronald Haught;

This letter shall serve as notice that HP will Terminate the referenced Agreement pursuant to section 7; Term;Termination Fee, paragraph A in which termination notification will be given sixty (60) days prior to the renewal date. The effective date of termination will be February 7, 2004.

Nothing herein this Termination Notice shall mean to Terminate or affect any other Agreement(s) between HP and MITG.

Any and all questions regarding this notice shall be directed to me at the address, telephone, or fax information listed below. No other agreements oral, written, or other shall be effective to, nor modify this Notice unless it is in writing by me. No communications with any HP personnel regarding this notice shall be considered binding on behalf of HP that are not communicated in writing by me

Sincerely

*[signature: Kristin Triolo]*

Kristin Triolo
West and Central Sub-Region Manager
HP Services Resale Procurement
Hewlett-Packard Company
7887 Sitio Abeto
Carlsbad, California 92009
(760) 943-8199 Office
(760) 518-3155 Cell
(760) 943-8277 Fax

cc: Sheryl Williams    Lynn Farlin
    Bill Crowley       Louise Meyerfield
    Shari Ellis        Randy Wagner
    Charlie Boyle

MITG 08