HP and Compaq v. MITG  
3:04-cv-03055-JES-CHE # 80-3   Page 1 of 10  
CondenseIt™   Ronald Haught  
E-FILED  
Thursday, 13 April, 2006 05:20:02 PM  
Clerk, U.S. District Court, ILCD

---

Page 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

HEWLETT-PACKARD DEVELOPMENT )
COMPANY, L.P., HEWLETT-PACKARD )
COMPANY, and COMPAQ TRADEMARK B.V.,)
)
Plaintiffs, )
)
- vs - ) No. 04-3055
)
MIDWEST INFORMATION TECHNOLOGY )
GROUP, INC., and MICHAEL LAUBER, )
)
Defendants. )

DEPOSITION of RONALD HAUGHT, taken in the above-entitled case before Gina Nottingham, a Notary Public and Certified Shorthand Reporter of Adams County, Illinois, at 9:00 o'clock A.M., on February 18, 2005, at 525 Jersey Street, Quincy, Adams County, Illinois.

---

Page 2

APPEARANCES:

MS. ELIZANN CARROLL
Attorney at Law
15301 Spectrum Drive, Suite 300
Addison, Texas 75001

appeared for the Plaintiffs.

MR. JAMES HANSEN
Attorney at Law
525 Jersey Street
Quincy, Illinois 62301

appeared for the Defendants.

ALSO PRESENT:

Ms. Gaynelle Jones
Litigation Counsel for Hewlett-Packard

MRS. GINA L. NOTTINGHAM, CSR
License No. 084-002584
924 Rim Road
Quincy, Illinois 62301
(217) 224-7089

EXHIBIT 1

Gina L. Nottingham, C.S.R.

---

Page 3

INDEX

DEPONENT                              PAGE NUMBER
RONALD HAUGHT
   Examination by Ms. Carroll              4

EXHIBITS

NUMBER                          MARKED    IDENTIFIED
Deposition Exhibit Number 20       *          7
Deposition Exhibit Number 5        *         17
Deposition Exhibit Number 4        *         37
Deposition Exhibit Number 2        *         42
Deposition Exhibit Number 1        *         43
Deposition Exhibit Number 6        *         64
Deposition Exhibit Number 22      72         72
Deposition Exhibit Number 19       *         76
Deposition Exhibit GG              *         96
Deposition Exhibit Number 23     147        147
Deposition Exhibit M               *        154
Deposition Exhibit KK              *        169
Deposition Exhibit Number 24     169        172
Deposition Exhibit Number 25     169        171
Deposition Exhibit B               *        184
Deposition Exhibit C               *        194
Deposition Exhibit Number 21       *        206
Deposition Exhibit Number 26     209        209
Deposition Exhibit Number 27     222        222
Deposition Exhibit Number 28     263        263

---

Page 4

(Whereupon the Deponent was sworn by the Notary Public.)

R O N A L D   H A U G H T

having been first duly sworn by the Notary Public, deposeth and saith as follows:

EXAMINATION BY

MS. CARROLL:

Q. Can you state your name for the record, please, sir?

A. Ronald Dean Haught, Jr.

Q. And what is your address, Mr. Haught?

A. 4304 Deer Ridge Road, Quincy, Illinois, 62305.

Q. Thank you. Have you had your deposition taken before?

A. Yes.

Q. How many times?

A. Several over the years. I was former law enforcement, so I have been through this process a few times over the years.

Q. Okay. Any of the depositions relating to MITG?

A. One.

Q. Okay. And what kind of case was that?

Page 41

1 example, Compaqonlineparts.com that when they were
2 trying to acquire a part they just got information
3 and then they had to issue a purchase order of some
4 kind? There was not -- they couldn't type it in,
5 yes, this part is available, it can be shipped in two
6 days? Did it always work that way where you had give
7 a quote and then the people issue the purchase order?
8     A. Not always. There were credit card
9 customers. There were two different types of
10 business through this specific model you are
11 referring to.
12     Q. All right.
13     A. It was consumer and as well B to B. The
14 consumer did have the ability to request a quote and/
15 or request product through a website, either through
16 my sites or through the sites that we developed for
17 CEI slash Compaq, whatever you want to call it. And
18 then as well we did have the B to B customers as well
19 that did do PO business as well.
20     Q. All right. What websites -- prior to the
21 Standard Support Agreement what websites did MITG
22 develop for use with the Compaq business, the Compaq
23 Direct business?
24     A. Well, there were several.
25     Q. Okay. Do you recall what any of the names

Page 42

1 are?
2     A. Not off the top of my head. If you've got
3 something to show me, I could say yeah or nay.
4     Q. Let me show you what was previously marked
5 as Deposition Exhibit 2, which are pages from
6 Whois.net that have domain names with the Compaq name
7 in them that are noted as being registered by MITG.
8     A. Okay. And your question was then?
9     Q. Are those -- which websites are those,
10 because they are all registered November of 2001, is
11 that correct?
12     A. I'm sorry. That's correct.
13     Q. All right. And you have Compaqonlineparts,
14 Compaqdirectonline?
15     A. One was consumer. One was B to B. I don't
16 recall which.
17     Q. All right. And were those websites
18 operational prior to the start of the Standard
19 Support Agreement?
20     A. Prior to the Standard Support Agreement?
21 Yes.
22     Q. What was the difference between the two
23 websites? You said one was consumer, one was B to B?
24     A. That's correct. One was more catered
25 toward a credit card type customer, and the other one

Page 43

1 created more towards a business. There were various
2 offshoots from the B to B site as well. For example,
3 we had customized pages for BP Amoco, for -- I don't
4 remember the other ones now. They were the exact
5 same page and used the exact same Vista system, etc.,
6 but were specifically inlaid so that Compaq could
7 address their direct customer need.
8     Q. Did MITG develop those custom pages?
9     A. Yes. At the direction of Compaq Direct.
10     Q. And who were you dealing with at Compaq
11 Direct on that, the issues relating to the
12 development of these websites?
13     A. Well, we were specifically advised to
14 develop those by Troy Bloomquist, who was our general
15 contact.
16     Q. There were -- well, let me ask you this.
17 Mike Lauber is listed as the administrative contact
18 on these domain names. Why is that?
19     A. I instructed him to go get the domain
20 names. So he did.
21     Q. Then let me hand you what was previously
22 marked as Exhibit, Deposition Exhibit 1, which are
23 pages from Whois.net, and these are domain names that
24 include the HP in them. Did you instruct Mr. Lauber
25 to register the HP, the domain names with HP in them?

Page 44

1     A. I directed -- as I was directed, correct.
2     Q. Directed. As directed by who?
3     A. By Mr. Bloomquist and, if I recall
4 correctly, I believe Chip Love was actually involved
5 in facilitating the domain names being registered.
6     Q. And they were employees of who?
7     A. Of Compaq HP, whoever you want to call it.
8     Q. Well, tell me when those, the HP domain
9 names were registered, sir?
10     A. January of '02.
11     Q. All right. Do you know when the merger of
12 HP and Compaq was?
13     A. No, I don't.
14     Q. Are you sure your recollection is correct?
15 If I tell you that the merger of HP and Compaq was
16 not until May of 2002 --
17     A. I'm sorry?
18        MR. HANSEN: I think he -- I don't think he
19 testified when the merger was.
20        MS. CARROLL: Q. It's your testimony --
21 are your sure your testimony as to be instructed to
22 register those by people with Compaq slash HP, are
23 you sure that's correct in light of the fact that the
24 merger was in May of '02, over four months after the
25 registration of those websites?

Page 45

1  A. In regard to the dates?
2  Q. (Nodded her head up and down.)
3  A. No. I mean, I'm not going to sit here and
4  say I'm a hundred percent sure. We had heard
5  rumblings through the grapevine for quite sometime.
6  Q. Do you have any communications in writing
7  whatsoever that show that in January of 2001 Troy
8  Bloomquist, Chip Love, or anyone else working for
9  Compaq directed MITG to register websites that
10 include the HP in the domain name?
11     MR. HANSEN: And, for the record, I'm going
12 to object. Your question as asked references January
13 of 2001. I assume you meant January of 2002.
14     MS. CARROLL: Q. I'm sorry. Thank you.
15 I'll clarify the question. Do you have any written
16 document, communication, e-mail, letter, anything,
17 that shows that MITG was instructed in January of
18 2002 to register domain names with HP included in
19 them by Chip Love or by Troy Bloomquist?
20 A. For that specific timeframe I don't have
21 any recollection. If it exists, you have it.
22 Q. Okay. So anything that you have relating
23 to the registration of the domain names you've turned
24 over?
25 A. That's correct.

Page 46

1  Q. Okay. And so if there were no e-mails, no
2  letters, no written documents showing any
3  communication from Troy or from Chip or from anyone
4  else at Compaq or HP directing you to register the
5  domain names, then no such documentation exists?
6      MR. HANSEN: Specific to HP I would agree
7  with that statement or that question.
8      MS. CARROLL: Yeah. I'm not asking for you
9  to agree. I'm asking for the witness to agree.
10     MR. HANSEN: Then I ask you to rephrase the
11 question, because in its form you said there exists
12 no communication between Troy Bloomquist and MITG to
13 register domain names. You didn't have that
14 qualifier on there.
15     MS. CARROLL: Q. I disagree with that.
16 The record will show it, but I'll ask the question
17 again. If there is no -- you've produced all the
18 documents that you have. If there is no document in
19 any of the MITG documents that have been produced to
20 date showing that Troy Bloomquist or Chip Love or
21 anyone else from Compaq directed you, MITG, in
22 January of 2002 to register the HP domain names, does
23 that mean that no such documentation exists?
24 A. For January 2002? For that timeframe I
25 would say that's correct.

Page 47

1  Q. All right. Do you recall anyone from HP in
2  January of 2002 or earlier communicating with you
3  telling you that it was, that MITG should register
4  domain names that include HP in those domain names?
5  A. If as you have explained to me that the
6  merger date is later than what I recall, then the
7  answer to that question would be no.
8  Q. Thank you.
9  A. Uh-huh.
10 Q. There are some additional domain names, let
11 me show you Exhibit 3, that are registered that
12 include Compaq in the domain names that list the
13 registrant as CEI but list MITG's address. Do you
14 know why?
15 A. I can't answer that, no, I don't know why.
16 Q. Okay.
17 A. It looks like Mike Lauber is the
18 administrative contact.
19 Q. Right. But was it intended that CEI or
20 Custom Edge be the owner of those websites?
21 A. No.
22 Q. Who do you contend is the owner of those
23 websites?
24 A. I would be the owners of those websites
25 because he was my employee.

Page 48

1  Q. Were you -- was your customer ever CEI?
2  A. No.
3  Q. Why are the HP domain names registered in
4  Mike Lauber's name personally?
5  A. I instructed him to do it. I can't answer
6  that.
7  Q. Well, would you agree with me that since
8  they are registered to him personally that your
9  company doesn't own them?
10 A. No, I would not agree with that.
11 Q. Why not?
12 A. Because he was an employee of mine and
13 instructed to follow an order based on his
14 employment.
15 Q. Well, he apparently didn't follow your
16 order if he registered them in his own name, right?
17 A. Correct.
18 Q. Have you ever had a discussion with him
19 about transferring or assigning them from his name
20 personally to MITG?
21 A. Yes.
22 Q. Can you tell me why that hasn't been done?
23 If it involves communications with counsel, please
24 don't tell me.
25 A. I don't have a problem answering. Do you?

# WHOIS information for **hpdirectonlineparts.com**:

```
[whois.alldomains.com]
MarkMonitor.com - The Leader in Corporate Domain Management
-----------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.markmonitor.com
-----------------------------------------------------------

The Data in MarkMonitor.com's WHOIS database is provided by MarkMonitor.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record.  MarkMonitor.com
does not guarantee its accuracy.  By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or  (2) enable high volume, automated,
electronic processes that apply to MarkMonitor.com (or its systems).
MarkMonitor.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:
       Mike Lauber (DOM-177510)
       4220 Kochs Ln P.O. Box 5208
       Quincy IL 62305
       US

   Domain Name: hpdirectonlineparts.com

       Registrar Name: Alldomains.com
       Registrar Whois: whois.alldomains.com
       Registrar Homepage: http://www.alldomains.com

   Administrative Contact:
       Mike Lauber (NIC-1548741)
       4220 Kochs Ln P.O. Box 5208
       Quincy IL 62305
       US
       mlauber@mitg.com
       +1.2172147299
       Fax- +1.2172147204
   Technical Contact, Zone Contact:
        Hostmaster (NIC-1196751)   Adams Networks
       PO Box 99
       Golden IL 62339
       US
       nic@adams.net
       +1.2176964611
       Fax- +1.2176964811

   Created on..............: 2002-Jan-02.
   Expires on..............: 2007-Jan-02.
   Record last updated on..: 2004-Dec-03 22:53:29.

   Domain servers in listed order:
```



# WHOIS information for **hpdirectonline.com**:

```
[whois.alldomains.com]
MarkMonitor.com - The Leader in Corporate Domain Management
------------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.markmonitor.com
------------------------------------------------------------

The Data in MarkMonitor.com's WHOIS database is provided by MarkMonitor.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record.  MarkMonitor.com
does not guarantee its accuracy.  By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or  (2) enable high volume, automated,
electronic processes that apply to MarkMonitor.com (or its systems).
MarkMonitor.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:
       Mike Lauber (DOM-177514)
       4220 Kochs Ln P.O. Box 5208 Quincy IL 62305 US

   Domain Name: hpdirectonline.com

       Registrar Name: Alldomains.com
       Registrar Whois: whois.alldomains.com
       Registrar Homepage: http://www.alldomains.com

   Administrative Contact:
       Mike Lauber (NIC-1492903)
       4220 Kochs Ln P.O. Box 5208 Quincy IL 62305 US
       mlauber@mitg.com +1.2172147299 Fax- +1.2172147204
   Technical Contact, Zone Contact:
        Hostmaster (NIC-1196750)   Adams NetWorks
       PO Box 99 Golden IL 62339 US
       nic@adams.net +1.2176964611 Fax- +1.2176964811

   Created on..............: 2002-Jan-02.
   Expires on..............: 2007-Jan-02.
   Record last updated on..: 2004-Jan-28 07:27:16.

   Domain servers in listed order:

   LX.ADAMS.NET                  216.138.0.11
   NS.ADAMS.NET                  216.138.0.4

MarkMonitor.com - The Leader in Corporate Domain Management
------------------------------------------------------------
  Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.MarkMonitor.com
------------------------------------------------------------
```

Search WHOIS records: [      ] Submit

**Domain Registration**
Domain Pricing, Suggest-A-Name
Search by Keyword, Search Deleted Domains

**Hosting Resources**
Web Plans, E-Commerce, Custom Websites
VPS, Managed Hosting, Reseller Programs

Copyright © 1997-2003

NTT/VERIO



## WHOIS information for **hponlineparts.com**:

```
[whois.alldomains.com]
MarkMonitor.com - The Leader in Corporate Domain Management
------------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.markmonitor.com
------------------------------------------------------------

The Data in MarkMonitor.com's WHOIS database is provided by MarkMonitor.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record.  MarkMonitor.com
does not guarantee its accuracy.  By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or  (2) enable high volume, automated,
electronic processes that apply to MarkMonitor.com (or its systems).
MarkMonitor.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:
        Mike Lauber
        (DOM-177515)
        4220 Kochs Ln
        P.O. Box 5208
        Quincy
        IL
        62305
        US

    Domain Name: hponlineparts.com

        Registrar Name: Alldomains.com
        Registrar Whois: whois.alldomains.com
        Registrar Homepage: http://www.alldomains.com

    Administrative Contact:
        Mike Lauber
        (NIC-1492967)
        4220 Kochs Ln
        P.O. Box 5208
        Quincy
        IL
        62305
        US
        mlauber@mitg.com
        +1.2172147299
        Fax- +1.2172147204
    Technical Contact, Zone Contact:
         Hostmaster
         (NIC-1196756)
```

```
       Adams Networks
       PO Box 99
       Golden
       IL
       62339
       US
       nic@adams.net
       +1.2176964611
       Fax- +1.2176964811

   Created on..............: 2002-Jan-02.
   Expires on..............: 2007-Jan-02.
   Record last updated on..: 2004-Jan-28 07:28:12.

   Domain servers in listed order:

   LX.ADAMS.NET                 216.138.0.11
   NS.ADAMS.NET                 216.138.0.4
```

MarkMonitor.com - The Leader in Corporate Domain Management
-----------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.MarkMonitor.com
-----------------------------------------------------------

Search WHOIS records:    Submit

**Domain Registration**
Domain Pricing, Suggest-A-Name
Search by Keyword, Search Deleted Domains

**Hosting Resources**
Web Plans, E-Commerce, Custom Websites
VPS, Managed Hosting, Reseller Programs

Copyright © 1997-2003                   NTT/VERIO



## WHOIS information for **hpdirectspareparts.com**:

```
[whois.alldomains.com]
MarkMonitor.com - The Leader in Corporate Domain Management
----------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.markmonitor.com
----------------------------------------------------------

The Data in MarkMonitor.com's WHOIS database is provided by MarkMonitor.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record.  MarkMonitor.com
does not guarantee its accuracy.  By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or  (2) enable high volume, automated,
electronic processes that apply to MarkMonitor.com (or its systems).
MarkMonitor.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:
        Mike Lauber
        (DOM-177509)
        4220 Kochs Ln
        P.O. Box 5208 Quincy
        IL
        62305 US

     Domain Name: hpdirectspareparts.com

        Registrar Name: Alldomains.com
        Registrar Whois: whois.alldomains.com
        Registrar Homepage: http://www.alldomains.com

     Administrative Contact:
        Mike Lauber
        (NIC-1567175)
        4220 Kochs Ln
        P.O. Box 5208 Quincy
        IL
        62305 US
        mlauber@mitg.com +1.2172147299 Fax- +1.2172147204
     Technical Contact, Zone Contact:
         Hostmaster
        (NIC-1196755)
        Adams Networks
        PO Box 99 Golden
        IL
        62339 US
        nic@adams.net +1.2176964611 Fax- +1.2176964811
```

```
Created on..............: 2002-Jan-02.
Expires on..............: 2007-Jan-02.
Record last updated on..: 2003-Dec-01 00:12:06.

Domain servers in listed order:

NS1.BZSOLUTIONS.COM          66.180.6.9
LX.ADAMS.NET                 216.138.0.11
NS2.BZSOLUTIONS.COM          66.180.6.5
NS.ADAMS.NET                 216.138.0.4
```

MarkMonitor.com - The Leader in Corporate Domain Management
------------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.MarkMonitor.com
------------------------------------------------------------

Search WHOIS records: [            ] Submit

**Domain Registration**
Domain Pricing, Suggest-A-Name
Search by Keyword, Search Deleted Domains

**Hosting Resources**
Web Plans, E-Commerce, Custom Websites
VPS, Managed Hosting, Reseller Programs

Copyright © 1997-2003              NTT/VERIO