Whois.Net
3:04-cv-03055-JES-CHE    # 80-4    Page 1 of 10

Page 1 of 2
**E-FILED**
Thursday, 13 April, 2006  05:22:10 PM
Clerk, U.S. District Court, ILCD



## WHOIS information for **hpdirectservices.com**:

```
[whois.alldomains.com]
MarkMonitor.com - The Leader in Corporate Domain Management
-----------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.markmonitor.com
-----------------------------------------------------------

The Data in MarkMonitor.com's WHOIS database is provided by MarkMonitor.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record.  MarkMonitor.com
does not guarantee its accuracy.  By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or  (2) enable high volume, automated,
electronic processes that apply to MarkMonitor.com (or its systems).
MarkMonitor.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:
        Mike Lauber (DOM-177508)
        4220 Kochs Ln P.O. Box 5208 Quincy IL 62305 US

    Domain Name: hpdirectservices.com

        Registrar Name: Alldomains.com
        Registrar Whois: whois.alldomains.com
        Registrar Homepage: http://www.alldomains.com

    Administrative Contact:
        Mike Lauber (NIC-1567167)
        4220 Kochs Ln P.O. Box 5208 Quincy IL 62305 US
        mlauber@mitg.com +1.2172147299 Fax- +1.2172147204
    Technical Contact, Zone Contact:
         Hostmaster (NIC-1196754)   Adams Networks
        PO Box 99 Golden IL 62339 US
        nic@adams.net +1.2176964611 Fax- +1.2176964811

    Created on..............: 2002-Jan-02.
    Expires on..............: 2007-Jan-02.
    Record last updated on..: 2003-Dec-01 00:12:06.

    Domain servers in listed order:

    NS1.BZSOLUTIONS.COM           66.180.6.9
    LX.ADAMS.NET                  216.138.0.11
    NS2.BZSOLUTIONS.COM           66.180.6.5
    NS.ADAMS.NET                  216.138.0.4

MarkMonitor.com - The Leader in Corporate Domain Management
```

```
-----------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.MarkMonitor.com
-----------------------------------------------------------
```

Search WHOIS records: [        ]  [Submit]

**Domain Registration**
Domain Pricing, Suggest-A-Name
Search by Keyword, Search Deleted Domains

**Hosting Resources**
Web Plans, E-Commerce, Custom Websites
VPS, Managed Hosting, Reseller Programs

Copyright © 1997-2003

**NTT/VERIO**



## WHOIS information for **hpdirectonlineparts.com**:

```
[whois.alldomains.com]
MarkMonitor.com - The Leader in Corporate Domain Management
----------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.markmonitor.com
----------------------------------------------------------

The Data in MarkMonitor.com's WHOIS database is provided by MarkMonitor.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record.  MarkMonitor.com
does not guarantee its accuracy.  By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or  (2) enable high volume, automated,
electronic processes that apply to MarkMonitor.com (or its systems).
MarkMonitor.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:
     Mike Lauber (DOM-177510)
     4220 Kochs Ln P.O. Box 5208
     Quincy IL 62305
     US

   Domain Name: hpdirectonlineparts.com

     Registrar Name: Alldomains.com
     Registrar Whois: whois.alldomains.com
     Registrar Homepage: http://www.alldomains.com

   Administrative Contact:
     Mike Lauber (NIC-1548741)
     4220 Kochs Ln P.O. Box 5208
     Quincy IL 62305
     US
     mlauber@mitg.com
     +1.2172147299
     Fax- +1.2172147204
   Technical Contact, Zone Contact:
      Hostmaster (NIC-1196751)   Adams Networks
     PO Box 99
     Golden IL 62339
     US
     nic@adams.net
     +1.2176964611
     Fax- +1.2176964811

   Created on..............: 2002-Jan-02.
   Expires on..............: 2007-Jan-02.
   Record last updated on..: 2004-Dec-03 22:53:29.

   Domain servers in listed order:
```



DEPOSITION EXHIBIT
2/17/05  ML #1

# DECLARATION OF ELIZANN CARROLL

1. My name is Elizann Carroll. I am over the age of 18 years, am fully competent to make this Declaration and hereby make this Declaration under penalty of perjury. I am one of the attorneys for Plaintiffs in this case. The matters stated herein are within my personal knowledge and are true and correct.
2. Attached hereto as Exhibit A is a true and correct copy of pages from the website www.icann.org, the official website of the Internet Corporation for Assigned Names and Numbers. The pages were accessed through the first time visitor link.
3. Attached hereto as Exhibit B is a true and correct copy of the Uniform Domain Name Dispute Resolution Policy, as approved by ICANN on October 24, 1999, obtained from the official website of ICANN.
4. Attached hereto as Exhibit C is a true and correct copy of the Rules for Uniform Domain Name Dispute Resolution Policy, as approved by ICANN on October 24, 1999, obtained from the official website of ICANN.

So sworn under penalty of perjury on this 13th day of April 2006 at Addison, Texas

/s Elizann Carroll


EXHIBIT 2

DECLARATION OF ELIZANN CARROLL   PAGE 1

Site Map || Forum    Quick Links Announcements

ICANN Home >>

# Welcome to ICANN!

Please read our FAQs.

Browse our background documents.

Confused by the acronyms? Read the glossary.

Find out how you can get involved with ICANN.

Get an overview of ICANN's entire website by visiting the Site Index.

Have a complaint about a registrar? ICANN does not resolve individual customer-service complaints about registrars. You can, however, lodge a complaint about a registrar here.

If you have a problem with an incorrect Whois entry, you may submit a Whois Data Problem Report.

Have a problem with a company or individual taking your domain name? ICANN provides the Uniform Dispute Resolution Policy to help resolve these cases.

---

## What is ICANN?

The Internet Corporation for Assigned Names and Numbers (ICANN) is an internationally organized, non-profit corporation that has responsibility for Internet Protocol (IP) address space allocation, protocol identifier assignment, generic (gTLD) and country code (ccTLD) Top-Level Domain name system management, and root server system management functions. These services were originally performed under U.S. Government contract by the Internet Assigned Numbers Authority (IANA) and other entities. ICANN now performs the IANA function.

As a private-public partnership, ICANN is dedicated to preserving the operational stability of the Internet; to promoting competition; to achieving broad representation of global Internet communities; and to developing policy appropriate to its mission through bottom-up, consensus-based processes.

## What is the Domain Name System?

The Domain Name System (DNS) helps users find their way around the Internet. Every computer on the Internet has a unique address called its "IP address" (Internet Protocol address). Because IP addresses (which are strings of numbers) are hard to remember, the DNS allows a familiar string of letters (the "domain name") to be used instead. So rather than typing "192.0.34.163," you can type "www.icann.org."

## What is ICANN's Role?

ICANN is responsible for coordinating the management of the technical elements of the DNS to ensure universal resolvability so that all users of the Internet can find all valid addresses. It does this by overseeing the distribution of unique technical identifiers used in the Internet's operations, and delegation of Top-Level Domain names (such as .com, .info, etc.).

EXHIBIT 2a

Other issues of concern to Internet users, such as the rules for financial transactions, Internet content control, unsolicited commercial email (spam), and data protection are outside the range of ICANN's mission of technical coordination.

## How does ICANN work?

Within ICANN's structure, governments and international treaty organizations work in partnership with businesses, organizations, and skilled individuals involved in building and sustaining the global Internet. Innovation and continuing growth of the Internet bring forth new challenges for maintaining stability. Working collectively, ICANN's participants address those issues that directly concern ICANN's mission of technical coordination. Consistent with the principle of maximum self-regulation in the high-tech economy, ICANN is perhaps the foremost example of collaboration by the various constituents of the Internet community.

ICANN is governed by an internationally diverse Board of Directors overseeing the policy development process. ICANN's President directs an international staff, working from three continents, who ensure that ICANN meets its operational commitment to the Internet community.

Designed to respond to the demands of rapidly changing technologies and economies, the flexible, readily implemented policy development process originates in the three Supporting Organizations. Advisory Committees from individual user organizations, and technical communities work with the Supporting Organizations to create appropriate and effective policies. Over eighty governments closely advise the Board of Directors via the Governmental Advisory Committee.

## ICANN's Accomplishments

*Among ICANN's recent accomplishments:*

ICANN established market competition for generic domain name (gTLD) registrations resulting in a lowering of domain name costs by 80% and saving consumers and businesses over US$1 billion annually in domain registration fees.

ICANN implemented a Uniform Domain Name Dispute Resolution Policy (UDRP), which has been used to resolve more than 5000 disputes over the rights to domain names. The UDRP is designed to be efficient and cost effective.

Working in coordination with the appropriate technical communities and stakeholders, ICANN adopted guidelines for the deployment of Internationalized Domain Names (IDN), opening the way for registration of domains in hundreds of the world's languages.

## ICANN's Ongoing Work

In 2000, ICANN introduced seven new gTLDs: .aero, .biz, .coop, .info, .museum, .name, and .pro. The ICANN community is currently exploring possibilities to add additional gTLDs.

In response to community concerns over privacy and accessibility, ICANN is hosting several workshops regarding Whois, the public database of domain name registrations.

With the deployment of IPv6, the new IP address numbering protocol, global network interoperability continues to be a primary mission for ICANN.

## ICANN Welcomes Participation

Participation in ICANN is open to all who have an interest in global Internet policy as it relates to ICANN's mission of technical coordination. ICANN provides many online forums which are

accessible through ICANN's website, and the Supporting Organizations and Advisory Committees have active mailing lists for participants. Additionally, ICANN holds public meetings throughout the year. Recent meetings have been held in Bucharest, Montreal, Shanghai, Rio de Janeiro, and Accra.

For more information on the Supporting Organizations and Advisory Committees, please refer to their websites:

Address Supporting Organization (ASO) - <www.aso.icann.org>

Country Code Domain Name Supporting Organization (CCNSO) - <www.ccnso.icann.org>

Generic Names Supporting Organization (GNSO) - <www.gnso.icann.org>

At-Large Advisory Committee - <www.alac.icann.org>

Governmental Advisory Committee - <www.gac.icann.org>

More information on ICANN can be found on ICANN's website: <http://www.icann.org>

This file last modified 30-Mar-2005
© 2006 Internet Corporation For Assigned Names and Numbers



# Uniform Domain Name Dispute Resolution Policy

Policy Adopted: August 26, 1999
Implementation Documents Approved: October 24, 1999

Notes:

1. This policy is now in effect. See www.icann.org/udrp/udrp-schedule.htm for the implementation schedule.

2. This policy has been adopted by all accredited domain-name registrars for domain names ending in .com, .net, and .org. It has also been adopted by certain managers of country-code top-level domains (e.g., .nu, .tv, .ws).

3. The policy is between the registrar (or other registration authority in the case of a country-code top-level domain) and its customer (the domain-name holder or registrant). Thus, the policy uses "we" and "our" to refer to the registrar and it uses "you" and "your" to refer to the domain-name holder.

## Uniform Domain Name Dispute Resolution Policy

(As Approved by ICANN on October 24, 1999)

1. **Purpose.** This Uniform Domain Name Dispute Resolution Policy (the "Policy") has been adopted by the Internet Corporation for Assigned Names and Numbers ("ICANN"), is incorporated by reference into your Registration Agreement, and sets forth the terms and conditions in connection with a dispute between you and any party other than us (the registrar) over the registration and use of an Internet domain name registered by you. Proceedings under Paragraph 4 of this Policy will be conducted according to the Rules for Uniform Domain Name Dispute Resolution Policy (the "Rules of Procedure"), which are available at www.icann.org/udrp/udrp-rules-24oct99.htm, and the selected administrative-dispute-resolution service provider's supplemental rules.

2. **Your Representations.** By applying to register a domain name, or by asking us to maintain or renew a domain name registration, you hereby represent and warrant to us that (a) the statements that you made in your Registration Agreement are complete and accurate; (b) to your knowledge, the registration of the domain name will not infringe upon or otherwise



EXHIBIT 2b

violate the rights of any third party; (c) you are not registering the domain name for an unlawful purpose; and (d) you will not knowingly use the domain name in violation of any applicable laws or regulations. It is your responsibility to determine whether your domain name registration infringes or violates someone else's rights.

**3. Cancellations, Transfers, and Changes.** We will cancel, transfer or otherwise make changes to domain name registrations under the following circumstances:

    a. subject to the provisions of Paragraph 8, our receipt of written or appropriate electronic instructions from you or your authorized agent to take such action;

    b. our receipt of an order from a court or arbitral tribunal, in each case of competent jurisdiction, requiring such action; and/or

    c. our receipt of a decision of an Administrative Panel requiring such action in any administrative proceeding to which you were a party and which was conducted under this Policy or a later version of this Policy adopted by ICANN. (See Paragraph 4(i) and (k) below.)

We may also cancel, transfer or otherwise make changes to a domain name registration in accordance with the terms of your Registration Agreement or other legal requirements.

**4. Mandatory Administrative Proceeding.**

This Paragraph sets forth the type of disputes for which you are required to submit to a mandatory administrative proceeding. These proceedings will be conducted before one of the administrative-dispute-resolution service providers listed at www.icann.org/udrp/approved-providers.htm (each, a "Provider").

    **a. Applicable Disputes.** You are required to submit to a mandatory administrative proceeding in the event that a third party (a "complainant") asserts to the applicable Provider, in compliance with the Rules of Procedure, that

        (i) your domain name is identical or confusingly similar to a trademark or service mark in which the complainant has rights; and

        (ii) you have no rights or legitimate interests in respect of the domain name; and

        (iii) your domain name has been registered and is being used in bad faith.

http://www.icann.org/dndr/udrp/policy.htm

In the administrative proceeding, the complainant must prove that each of these three elements are present.

**b. Evidence of Registration and Use in Bad Faith.** For the purposes of Paragraph 4(a)(iii), the following circumstances, in particular but without limitation, if found by the Panel to be present, shall be evidence of the registration and use of a domain name in bad faith:

> (i) circumstances indicating that you have registered or you have acquired the domain name primarily for the purpose of selling, renting, or otherwise transferring the domain name registration to the complainant who is the owner of the trademark or service mark or to a competitor of that complainant, for valuable consideration in excess of your documented out-of-pocket costs directly related to the domain name; or
>
> (ii) you have registered the domain name in order to prevent the owner of the trademark or service mark from reflecting the mark in a corresponding domain name, provided that you have engaged in a pattern of such conduct; or
>
> (iii) you have registered the domain name primarily for the purpose of disrupting the business of a competitor; or
>
> (iv) by using the domain name, you have intentionally attempted to attract, for commercial gain, Internet users to your web site or other on-line location, by creating a likelihood of confusion with the complainant's mark as to the source, sponsorship, affiliation, or endorsement of your web site or location or of a product or service on your web site or location.

**c. How to Demonstrate Your Rights to and Legitimate Interests in the Domain Name in Responding to a Complaint.** When you receive a complaint, you should refer to Paragraph 5 of the Rules of Procedure in determining how your response should be prepared. Any of the following circumstances, in particular but without limitation, if found by the Panel to be proved based on its evaluation of all evidence presented, shall demonstrate your rights or legitimate interests to the domain name for purposes of Paragraph 4(a)(ii):

> (i) before any notice to you of the dispute, your use of, or demonstrable preparations to use, the domain name or a name corresponding to the domain name

http://www.icann.org/dndr/udrp/policy