E-FILED
Thursday, 22 June, 2006  04:03:26 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, and COMPAQ TRADEMARK B.V., <br><br>Plaintiffs, <br><br>vs. <br><br>MIDWEST INFORMATION TECHNOLOGY GROUP, INC., <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 04-3055 |

### MOTION IN LIMINE

COMES NOW the Defendant/Counterclaim Plaintiff, **Midwest Information Technology Group, Inc.** ("MITG"), by and through its attorneys, **Schmiedeskamp, Robertson, Neu & Mitchell**, and moves the Court for an order in limine instructing the Plaintiffs/Counterclaim Defendants Hewlett-Packard, Development Company, L.P., Hewlett-Packard Company, and Compaq Trademark B.V. (collectively "HP"), its counsel, and its witnesses from mentioning, referring to, inferring, arguing before the jury, or otherwise attempting to convey before the jury, evidence of settlement negotiations and amounts sought or offered in settlement, including, but not limited to, a certain letter dated March 5, 2004. In support of its motion, MITG submits the accompanying memorandum of law in accordance with Local Rule 7.1(B)(1).

WHEREFORE, Defendant/Counterclaim Plaintiff, **Midwest Information Technology Group, Inc.**, requests that this court exclude the March 5, 2004 letter (and any other evidence

1

obtained during settlement negotiations offered to prove liability or the validity or invalidity of claims or damages) pursuant to Fed. R. Evid. 408.

MIDWEST INFORMATION TECHNOLOGY
GROUP, INC.,
Defendant/Counterclaim Plaintiff

s/_____James A. Hansen_____
James A. Hansen IL Bar #6244534
Attorney for Defendant/Counterclaim Plaintiff,
Midwest Information Technology Group, Inc.
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: jhansen@srnm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Molly Buck Richard
>The Richard Law Group
>8411 Preston Road, Suite 890
>Dallas, TX 75201-4693
>
>Elizann Carroll
>Juneau, Boll & Ward
>15301 Spectrum Drive, Suite 300
>Addison, TX 75001
>
>Scott Spooner
>Heyl, Royster, Voelker & Allen
>Suite 575, National City Center
>1 North Old State Capitol Plaza
>P.O. Box 1687
>Springfield, IL 62705-1687

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

>s/_____James A. Hansen_____
>James A. Hansen IL Bar #6244534
>Attorney for Defendant/Counterclaim Plaintiff,
>Midwest Information Technology Group, Inc.
>Schmiedeskamp, Robertson, Neu & Mitchell
>525 Jersey Street, P. O. Box 1069
>Quincy, IL 62306-1069
>Telephone: (217) 223-3030
>Facsimile: (217) 223-1005
>E-mail: jhansen@srnm.com

3