E-FILED
Thursday, 20 July, 2006   11:19:53 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, AND COMPAQ TRADEMARK B.V.<br><br>Plaintiffs<br><br>VS.<br><br>MIDWEST INFORMATION TECHNOLOGY GROUP, INC.,<br><br>Defendant. | § § § § § § § § § § § § § § § § | Civil Action No. 04-3055 |

## JOINT MOTION TO DIMISS WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties to this action, hereby move this Court to dismiss, with prejudice, this lawsuit, with each party to bear their own costs and expenses, including attorney's fees.

WHEREFORE, Plaintiffs and Defendant respectfully request that this Court dismiss all claims asserted by Plaintiffs against Defendant Midwest Information Technology Group, Inc. and by Counter-Plaintiff Midwest Information Technology Group, Inc, against Counter-Defendants Hewlett-Packard Development Company, L.P., Hewlett-Packard Company and Compaq Trademark BV in this lawsuit with prejudice, with costs being borne by the party incurring same.

Respectfully submitted,

/s Elizann Carroll
ELIZANN CARROLL
Texas State Bar No. 00787209
JUNEAU, BOLL & WARD, P.L.L.C.
15301 Spectrum Dr., Suite 300
Addison Texas 75001
(972) 866-8333
(972) 866-8378 *fax*

MOLLY BUCK RICHARD
Texas State Bar No. 16842800
Richard Law Group
8411 Preston Road, Suite 890
Dallas, TX 75225
(214) 206 4300
(214) 206 4330 (fax)
molly@richardlawgroup.com

SCOTT D. SPOONER
Heyl, Royster, Voelker & Allen
Suite 575 National City Center
1 North Old State Capital Plaza
P. O. Box 1687
Springfield, IL 62705
(217) 522-8822
(217) 523-3902 *fax*

ATTORNEYS FOR
PLAINTIFFS/COUNTERDEFENDANTS

/s James A. Hansen
James A. Hansen IL Bar #6244534
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005

ATTORNEY FOR
DEFENDANT/COUNTER-PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to Delmer Mitchell and James Hansen, counsel for Defendants, and Molly Buck Richard and Scott Spooner, counsel for Plaintiffs.

/s Elizann Carroll
ELIZANN CARROLL
State Bar No. 00787209
JUNEAU, BOLL & WARD
15301 Spectrum Dr., Suite 300
Addison Texas 75001
(972) 866-8333
(972) 866-8378 *fax*
ecarroll@juneauboll.com